Gregory J. Glaser (SBN 226706)
4399 Buckboard Drive, Box 423
Copperopolis, CA 95228
Ph. (925) 642-6651
Fx. (209) 729-4557
greg@gregglaser.com

Ray L. Flores II (SBN 233643)
11622 El Camino Real Suite 100
San Diego, CA 92130
Ph. (858) 367-0397
Fx. (888) 336-4037
rayfloreslaw@gmail.com

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## EASTERN DISTRICT - SACRAMENTO

| | |
|---|---|
| Joy Garner, individually and on behalf of The Control Group; Joy Elisse Garner, individually and as parent of J.S. and F.G.; Evan Glasco, individually and as parent of F.G.; Traci Music, individually and as parent of K.M. and J.S., Michael Harris, individually and as parent of S.H., Nicole Harris, individually and as parent of S.H.,<br><br>Petitioners,<br><br>v.<br><br>DONALD JOHN TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.:<br><br>PETITIONERS' REQUEST FOR JUDICIAL NOTICE, APPENDIX NUMBER ONE |

- 1 -

**<u>TABLE OF CONTENTS</u>**                                                **Page**

**INTRODUCTION**                                                              07
**REQUESTS FOR JUDICIAL NOTICE**                                             12
1.   Common Definitions                                                      12
     A.  Adjuvant                                                            12
     B.  Alum                                                                12
     C.  Antibody                                                            12
     D.  Arthralgia                                                          13
     E.  Autoantibody                                                        13
     F.  Chronic inflammation                                               13
     G.  Comorbid                                                            14
     H.  Cytotoxic                                                           14
     I.  Demyelination                                                       14
     J.  Epidemic                                                            15
     K.  Epitope                                                             15
     L.  Etiology                                                            15
     M.  Histopathology                                                      15
     N.  Immune-mediated inflammatory disorders (IMIDs)                      16
     O.  Immune system                                                       16
     P.  Inflammation                                                        16
     Q.  Macrophage                                                          17
     R.  Medical emergency                                                   17
     S.  Myalgia                                                             17
     T.  Myelin                                                              18
     U.  Pandemic                                                            18
     V.  Pathogenesis                                                        18
     W.  Permanent injury                                                    18
     X.  Public health                                                       19
     Y.  Progressive disease                                                 19
     Z.  Regression                                                          19
2.   U.S. Infant Mortality Rate (IMR)                                        20
     A.  Definition and infant mortality rate statistics for 2017           20
     B.  U.S. infant mortality rate comparison to other OECD countries      20
     C.  Vaccination in etiology of all-cause mortality                     21
3.   Sudden Infant Death Syndrome (SIDS) and Sudden Unexpected Infant        22
     Death (SUID)
     A.  Definitions                                                         22
     B.  SIDS is leading cause of U.S. infant mortality                     22
     C.  SUID proportion of full-term infant deaths in the U.S.             23
     D.  Vaccination in etiology of SIDS                                     23
4.   Chronic Disease                                                         25
     A.  Definition                                                         25
     B.  Prevalence of pediatric chronic diseases                          25
     C.  Growing prevalence of chronic illness among U.S. children         26
     D.  Prescription drug use by American children and adolescents        27
     E.  Frequency of chronic disease in U.S. adults                       27
     F.  Growing prevalence of chronic disease in U.S. adults              28
     G.  Economic burden of chronic illness                                28

5.  Developmental disabilities                                        29
    A.  Definition                                                    29
    B.  Incidence of pediatric developmental disabilities             29
6.  Neurodevelopmental disorders (NDD)                                30
    A.  Definition                                                    30
    B.  Prevalence of NDD                                             30
    C.  Etiology of NDD                                               30
7.  Autism spectrum disorder (ASD)                                    31
    A.  Definitions                                                   31
    B.  Prevalence of ASD                                             31
    C.  Rising prevalence of ASD                                      32
    D.  Comorbid conditions in ASD                                    33
    E.  Etiology of ASD                                               34
    F.  Prenatal immune activation in etiology of ASD                 35
    G.  Economic burden of ASD                                        35
8.  Attention-deficit hyperactivity disorder (ADHD)                   36
    A.  Definition                                                    36
    B.  Prevalence of ADHD in U.S. children                           36
    C.  Prevalence of ADHD in U.S. adults                             37
    D.  Growing Prevalence of ADHD                                    37
    E.  Prevalence of medicated ADHD                                  37
    F.  Comorbid conditions in ADHD                                   37
    G.  Etiology of ADHD                                              38
    H.  Societal impact of ADHD                                       38
    I.  Lasting impairment in adults with history of ADHD in childhood 40
    J.  Economic burden of ADHD                                       41
9.  Learning disorders/disabilities                                   43
    A.  Definition                                                    43
    B.  Prevalence of learning disabilities                           43
10. Epilepsy                                                          44
    A.  Definition                                                    44
    B.  Prevalence of Epilepsy                                        45
    C.  Increasing Prevalence of Epilepsy                             45
11. Febrile seizures                                                  45
    A.  Definition and Prevalence                                     45
    B.  Vaccination is a probable suspect in etiology of febrile seizures 46
    C.  Prevalence of febrile seizures                                47
12. Tourette syndrome (TS)                                            47
    A.  Definition                                                    47
    B.  Prevalence of TS                                              47
    C.  Etiology of TS                                                47
    D.  Comorbid conditions                                           48
13. Mental Illness/Disorder                                           48
    A.  Any Mental Illness (AMI) and Serious Mental Illness (SMI)     48
    B.  Children's mental disorders                                   50
    C.  Prevalence and economic burden of mental disorders in young children 50
    D.  Vaccination is a probable suspect in etiology of mental disorders 50
14. Depression                                                        51
    A.  Definition                                                    51

|     | B.  Prevalence of depression in children | 52 |
|     | C.  Prevalence of depression in adults | 52 |
| 15. | Anxiety Disorders | 53 |
|     | A.  Definition and prevalence in children | 53 |
|     | B.  Prevalence of anxiety disorders in adults, and Impact | 53 |
| 16. | Obsessive-compulsive disorder (OCD) | 54 |
|     | A.  Definition | 54 |
|     | B.  Prevalence of OCD | 54 |
|     | C.  Etiology of OCD | 54 |
| 17. | Suicide and self-harm | 55 |
|     | A.  Increased rate of suicide | 55 |
|     | B.  Increased hospital visits for self-harming behavior | 55 |
| 18. | Diabetes | 56 |
|     | A.  Definition | 56 |
|     | B.  Prevalence of diabetes | 56 |
|     | C.  Increasing prevalence of diabetes | 56 |
|     | D.  Economic burden of diabetes | 57 |
| 19. | Type 1 Diabetes (T1D)/ Juvenile Diabetes | 57 |
|     | A.  Definition and Prevalence of T1D | 57 |
|     | B.  Growing prevalence of T1D | 58 |
| 20. | Cancer | 58 |
|     | A.  Definition | 58 |
|     | B.  Common types of childhood cancer | 58 |
|     | C.  Childhood cancer statistics | 59 |
|     | D.  Growing rates of colorectal cancer among young adults | 59 |
| 21. | Infertility | 60 |
|     | A.  Definitions | 60 |
|     | B.  Prevalence of infertility and impaired fecundity | 60 |
| 22. | Allergy | 61 |
|     | A.  Definitions | 61 |
|     | B.  Prevalence of allergy | 62 |
|     | C.  Prevalence of food allergy | 63 |
|     | D.  Prevalence of respiratory allergy in children and Increase in prevalence of allergy | 63 |
|     | E.  Increase in prevalence of anaphylaxis | 64 |
|     | F.  Medical and economic burden of food allergy | 64 |
|     | G.  Aluminum adjuvant is a reasonable suspect in etiology of allergy | 65 |
| 23. | Asthma | 66 |
|     | A.  Definition | 66 |
|     | B.  Prevalence of asthma | 66 |
|     | C.  Increasing prevalence of asthma | 66 |
|     | D.  Economic burden of asthma | 67 |
|     | E.  Etiology of asthma | 67 |
|     | F.  Aluminum adjuvant is a reasonable suspect in etiology of asthma | 67 |
| 24. | Erythema multiforme (EM)/ Stevens Johnson syndrome (SJS) / Toxic epidermal necrolysis (TEN) | 68 |
|     | A.  Definitions | 68 |
|     | B.  Vaccination is a reasonable suspect in etiology of EM/SJS/TEN | 69 |
| 25. | Autoimmune disorders | 69 |

A.  Definition                                                                69
B.  Types of autoimmune disorders                                             70
C.  Prevalence of autoimmune disorders                                        70
D.  Growing prevalence of autoimmune disorders                                71
26.  Myalgic encephalomyelitis/ chronic fatigue syndrome (ME/CFS)             71
A.  Definition                                                                71
B.  Prevalence of ME/CFS and Economic burden of ME/CFS                        71
C.  Vaccination is a reasonable suspect in etiology of ME/CFS                 72
27.  Guillain-Barré syndrome (GBS)                                            73
A.  Definition and Annual incidence of GBS                                    73
B.  Vaccination is a reasonable suspect in etiology of GBS                    73
28.  Multiple sclerosis (MS)                                                  75
A.  Definition                                                                75
B.  Increasing prevalence of MS                                               75
29.  Acute disseminated encephalomyelitis (ADEM)                              76
A.  Definition                                                                76
B.  Vaccination is a reasonable suspect in etiology of ADEM                   76
30.  Myasthenia gravis (MG)                                                   77
A.  Definition                                                                77
B.  Vaccination is a reasonable suspect in etiology of MG                     77
31.  Narcolepsy                                                               78
A.  Definition and Prevalence                                                 78
B.  Vaccination is a reasonable suspect in the etiology of narcolepsy         79
32.  Rheumatoid arthritis (RA)                                                80
A.  Definition                                                                80
B.  Prevalence of RA                                                          81
C.  Growing prevalence of RA                                                  81
D.  Vaccination is a reasonable suspect in etiology of RA                     81
33.  Juvenile idiopathic arthritis (JIA)                                      82
A.  Definition                                                                82
B.  Prevalence of JIA                                                         83
C.  Growing medical burden of JIA and other rheumatologic conditions         83
D.  Etiology of childhood arthritis                                           84
34.  Systemic lupus erythematosus (SLE)                                       84
A.  Definition                                                                84
B.  Prevalence of SLE                                                         84
C.  SLE mortality                                                             85
D.  Vaccination is a reasonable suspect in etiology of SLE                    85
35.  Sjögren's syndrome (SjS)                                                 86
A.  Definition                                                                86
B.  Prevalence of SjS                                                         86
C.  Vaccination is a reasonable suspect in etiology of SjS                    87
36.  Celiac Disease (CD)                                                      88
A.  Definition                                                                88
B.  Rising Annual Incidence of CD                                             88
C.  Economic burden of CD                                                     89
D.  Vaccination is a reasonable suspect in etiology of CD                     89
37.  Inflammatory Bowel Disease (IBD)                                         90
A.  Definition                                                                90

B. Prevalence of IBD ............................................................................ 90
C. Pediatric incidence and prevalence of IBD .................................... 91
D. Etiology of IBD ............................................................................... 91
E. Vaccination is a reasonable suspect in etiology of IBD ................. 92

38. Immune thrombocytopenia (ITP) ............................................................. 93
A. Definition and Incidence and prevalence of ITP ........................... 93
B. Vaccination as reasonable suspect in etiology of ITP ................... 94

39. Alopecia areata (AA) ............................................................................... 94
A. Definition and Prevalence of AA ................................................... 94
B. Vaccination is a reasonable suspect in etiology of AA .................. 94

40. Bullous Dermatoses ................................................................................ 95
A. Definition ........................................................................................ 95
B. Growing incidence of Bullous Pemphigoid (BP) in infants ........... 95
C. Vaccination is a reasonable suspect in etiology of BP in infants .... 96

41. Otitis Media ............................................................................................. 96
A. Definitions ...................................................................................... 96
B. Prevalence of AOM ........................................................................ 97
C. Economic burden of AOM .............................................................. 98
D. Immunologic deficits in etiology of otitis media ........................... 98

**CONCLUSION** ................................................................................................ 99

## INTRODUCTION

**Health Crisis in America**

The People of the United States of America, and particularly our Nation's children, are suffering from an unprecedented pandemic of chronic diseases. More American children are sick today than in any previous generation. They are suffering from a wide range of conditions: from asthma and autoimmune diseases to neurodevelopmental and mental health disorders that are increasingly known to be associated with an underlying dysregulated immune activation. The fallout from this health emergency is an economic, healthcare and national security crisis for our Nation.

**High Infant Mortality**

Notwithstanding that the United States spends more on healthcare than any country in the world, American children have poorer outcomes and are less likely to survive their first year of life than children born in many other high-income nations.

On their first day of birth, American infants have the highest mortality rate of any industrialized nation in the world.  Even when premature births are excluded, more apparently healthy American babies die in infancy of sudden and unexplained causes than infants in other wealthy countries.

**Pandemic of Chronic Diseases**

In recent decades, American children have experienced a decline in once common childhood infections, such as measles, whooping cough and chickenpox. At the same time, a growing number of children have begun suffering from a wide range of non-communicable, serious and often incurable illnesses, including neurodevelopmental disorders such as autism and learning disabilities, mental illnesses such as anxiety and obsessive compulsive disorder, and an array of immune-mediated diseases such as asthma and autoimmune diseases. These once rare pediatric anomalies now afflict American children in pandemic proportions.

A 2011 Health Affairs assessment estimated that 43 percent (32 million) of American children currently suffer from at least one of twenty chronic health conditions, which increases to more than half (54.1 percent) when overweight, obesity or being at risk for developmental delays

are included. Nearly one-fifth (14.2 million) of children have conditions resulting in a special health care need.

The Centers for Disease Control and Prevention (CDC) estimates that more than a quarter (27 percent) of American children have a chronic condition and one in fifteen are burdened with multiple chronic conditions.

It was reported in *The Journal of the American Medical Association* (JAMA) that chronic illnesses in children doubled from 12.8 to 26.6 percent between 1994 and 2006, with low-income, racial and ethnic minority children being disproportionately affected in an epidemic that has continued to grow.

Compared to children two generations ago (in the 1960s), as reported in *Health Affairs*, American children are now more than four times more likely to be burdened with a health condition so severe that it affects their usual daily activities.

A 2018 *Pediatrics* study reported that one-fifth of American children and adolescents regularly use prescription medication and 12% of boys aged six to 12 years are prescribed more than one drug.

Much of this disease burden has come from neurodevelopmental disorders, mental illness, and immune-mediated conditions.

**Neurodevelopmental disorders**

The profound neurodevelopmental disorder called Autism Spectrum Disorder, virtually non-existent less than a century ago, has increased to one in 54 in children aged 8 years in 2016.

ASD is projected to continue on its ascending trajectory into the future as its causes are unidentified and unaddressed.

In addition, the CDC reports that today more than seven million American children have been diagnosed with attention-deficit/hyperactivity disorder (ADHD), including 388,000 children aged just two to five years old.

The number of ADHD diagnoses swelled by 42 percent between 2003 and 2011 and continues to increase an average of five percent per year.

"The estimate for learning disabilities in 2011–2012 was 8.0 percent for children of ages 3–17 (NSCH, 2012a)."

"The root causes of the present global pandemic of neurodevelopmental disorders are only partly understood," according to a review in *Lancet Neurology,* which points to a significant role for environmental toxins in its causation.  "Although genetic factors have a role, they cannot explain recent increases in reported prevalence, and none of the genes discovered so far seem to be responsible for more than a small proportion of cases."

**Mental Illness**

According to the Child Mind Institute, 17.1 million American children have had or have a diagnosable mental illness.

The CDC reports that one in five children "experience a mental disorder in a given year," and that the Nation spends an estimated $247 billion each year treating and managing childhood mental disorders.

The CDC reports that 7.1 percent (4.4 million) of American children aged three to 17 are diagnosed with anxiety disorders that have been increasing in recent years. Another 1.9 million children have been diagnosed with depression.

According to the National Institute of Mental Health, "an estimated 49.5% of adolescents [aged 13-18] had any mental disorder. Of adolescents with any mental disorder, an estimated 22.2% had severe impairment."

Self-harm-related emergency department visits by youth have skyrocketed, with 18.8% annual increase among females aged 10 to 14 years starting in 2009, from 109.8 (95% CI, 69.9-149.7) in 2009 to 317.7 (95% CI, 230.3-405.1) per 100 000 population in 2015.

In 2016, suicide became the second leading cause of death for those aged 10 - 34 years, with the greatest increases among those 10 to 24 years old.

**Immune-Mediated Disorders**

Immune-mediated disorders — those involving immune activation – have soared among American children in recent decades; allergies, asthma and autoimmune diseases are all inexplicably on a sharp upward trajectory.

1    Asthma is the most common chronic disease of childhood and, in the latter part of the 20th

2  century, has reached epidemic proportions and continues to increase. According to the CDC, asthma

3  affects 25 million people, including six million children under 18 and is a "significant health and

4  economic burden to patients, their families, and society."

5    According to the Asthma and Allergy Foundation of America, more than 50 million

6  Americans are affected by allergies.

7    This includes millions of American children with reported allergic rhinitis (5.2 million),

8  respiratory allergies (7.1 million), food allergies (4.8 million) and skin allergies (9.2 million), in

9  2018.

10    A growing number of young Americans die from a life-threatening form of allergy called

11  anaphylaxis, as its occurrence is increasing across all ages in the United States, with highest risk of

12  mortality in teenagers and young adults.

13    Autoimmune diseases, of which there are at least 80 distinct conditions, occur as a result of

14  the immune system attacking the body's own tissues and organs. Some of the more common

15  autoimmune conditions include type 1 diabetes, rheumatoid arthritis, systemic lupus erythematosus

16  and inflammatory bowel disease. Taken together, these conditions, once so rare they were virtually

17  unheard of, have increased from year to year for mostly unknown reasons and are now, "as a group

18  afflict 5%–9% of the U.S. population," according to a report in International Journal of Molecular

19  Sciences.

20  **Pediatric Cancer**

21    According to American Cancer Society, childhood cancer rates have been rising for the past

22  few decades.

23    It has been reported in the Journal of the National Cancer Institute that children born in the

24  1990s have double the risk of colon cancer and quadruple the risk of rectal cancer compared to

25  people born in the 1950s.

26    The reasons for the increase in one of America's leading causes of childhood death,

27  pediatric cancer, are unknown.

28  **National Crisis**

1    The pandemic of childhood illness is straining the Nation, imposing an enormous and growing

2    burden on individuals, families and society.  Chronically ill children become chronically ill adults.

3    According to the CDC, chronic disease and mental illness account for most American

4    deaths, consume 90% of the Nation's $3.5 trillion in annual health care expenditures and are

5    projected to account for more than $42 trillion in spending by 2030.

6    The burden of illness is straining America's school system as well, which is struggling to

7    accommodate the demands of the growing population of students with special needs.

8    The health crisis of America's youth is a national security crisis as well; nearly a third (32

9    percent) of all young people have health problems – other than their weight – that prevent them

10   from military service.

11   The underlying causes of the soaring pandemic of childhood and adult chronic illness in

12   America must be identified, addressed and corrected in order to avert a national crisis.

13   **The Role of Vaccination**

14   Numerous peer-reviewed studies in the medical literature about increasing chronic illnesses

15   point to unidentified environmental agents as likely causes for the rise. Many toxins and

16   environmental and sociological changes have been implicated in children's chronic diseases but one

17   factor that is most likely to engage immune activation, and hence trigger immune-mediated

18   conditions, has not been thoroughly assessed.  That factor is exposure to vaccination.

19   Vaccination has been linked to a range of side effects, from febrile seizures to serious central

20   nervous system autoimmune disorders, such acute disseminated encephalomyelitis and Guillaine-

21   Barré syndrome. Numerous studies note a temporal association between vaccination and onset of a

22   wide-range of chronic conditions and sudden infant death.

23   Children in America receive more vaccines today than any previous generation in history. American

24   children currently receive up to 79 vaccine doses against 16 diseases by age 18, compared to the 1983

25   schedule with just 22 recommended doses against eight diseases.

26   The safety of the ever-expanding CDC-recommended vaccination schedule for children has

27   never been assessed against a control group—that is, no large-scale study has compared the health

28   outcomes of children who receive currently recommended childhood vaccinations to those who

receive none. This research gap leaves important questions unanswered about the role the current vaccination schedule plays in the development of immune-mediated dysregulation that underlies much of chronic childhood illness today.

## REQUESTS FOR JUDICIAL NOTICE

### 1. Common Definitions

#### A. Adjuvant

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'adjuvant' from the Centers for Disease Control and Prevention: "An adjuvant is an ingredient used in some vaccines that helps create a stronger immune response in people receiving the vaccine."

Citation: Centers for Disease Control and Prevention, *Adjuvants help vaccines work better*. https://www.cdc.gov/vaccinesafety/concerns/adjuvants.html, (accessed July 1, 2020).  See Exhibit 1.

#### B. Alum

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'alum' from *Introduction to Biomedical Engineering*: "Alum is potassium aluminum sulfate that is used as the starting solution to precipitate antigens with either aluminum phosphate or aluminum hydroxide," and the following description of alum from *Clinical Immunology*: "Alum is utilized as an adjuvant in many of the currently available vaccines composed of inactivated toxins or recombinant proteins."

Citation: *Introduction to Biomedical Engineering, Third Edition*. (2012) and *Clinical Immunology, Third Edition.* (2008).  https://www.sciencedirect.com/topics/medicine-and-dentistry/alum, (accessed July 1, 2020).  See Exhibit 2.

#### C. Antibody

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'antibody' from *Segen's Medical Dictionary*: "an immunoglobulin produced by plasma cells, which has a specific amino acid

1  sequence and specifically binds to the antigen(s) (e.g., foreign proteins, microbes or toxins) that

2  induced its synthesis; antibodies may also bind to closely related antigens."

3      Citation: *Segen's Medical Dictionary*. (2011).  https://medical-

4  dictionary.thefreedictionary.com/antibody, (accessed July 1, 2020).  See Exhibit 3.

5  **D. Arthralgia**

6      For recognition of a commonly known fact to public health officials familiar with the matter,

7  Petitioners request judicial notice of the following definition of 'arthralgia' from MedicineNet:

8  'arthralgia is "pain in a joint." '

9      Citation: MedicineNet, *Medical Definition of Arthralgia; Medical Author: William C. Shiel*

10  *Jr., MD, FACP, FACR*.  https://www.medicinenet.com/script/main/art.asp?articlekey=2343,

11  (accessed July 1, 2020).  See Exhibit 4.

12  **E. Autoantibody**

13      For recognition of a commonly known fact to public health officials familiar with the matter,

14  Petitioners request judicial notice of the following definition of 'autoantibody' from *Miller-Keane*

15  *Encyclopedia and Dictionary of Medicine, Nursing, and Allied Health*: "an antibody formed in

16  response to, and reacting against, an antigenic constituent of the individual's own tissues."

17      Citation: *Miller-Keane Encyclopedia and Dictionary of Medicine, Nursing, and Allied*

18  *Health, Seventh Edition*. (2003).  https://medical-dictionary.thefreedictionary.com/Autoantibody,

19  (accessed July 1, 2020).  See Exhibit 5.

20  **F. Chronic inflammation**

21      For recognition of a commonly known fact to public health officials familiar with the matter,

22  Petitioners request judicial notice of the following description of 'chronic inflammation' from

23  Healthline:

24      "Inflammation refers to your body's process of fighting against things that harm

25  it, such as infections, injuries, and toxins, in an attempt to heal itself… Chronic
    inflammation happens when this response lingers, leaving your body in a constant

26  state of alert. Over time, chronic inflammation may have a negative impact on
    your tissues and organs. Some research suggests that chronic inflammation could

27  also play a role in a range of conditions, from cancer to asthma."

28

1    Citation: Healthline, *Understanding and Managing Chronic Inflammation*; *Written by*

2    *Adrienne Santos-Longhurst; Medically reviewed by Seunggu Han, MD, Updated on July 27, 2018.*

3    https://www.healthline.com/health/chronic-inflammation, (accessed July 1, 2020).  See Exhibit 6.

4    **G. Comorbid**

5    For recognition of a commonly known fact to public health officials familiar with the matter,

6    Petitioners request judicial notice of the following definition of 'comorbid' from *Miller-Keane*

7    *Encyclopedia and Dictionary of Medicine, Nursing, and Allied Health:* "pertaining to a disease or

8    other pathological process that occurs simultaneously with another."

9    Citation: *Encyclopedia and Dictionary of Medicine, Nursing, and Allied Health, Seventh*

10    *Edition*. (2003).  https://medical-dictionary.thefreedictionary.com/comorbid, (accessed July 1,

11    2020).  See Exhibit 7.

12    **H. Cytotoxic**

13    For recognition of a commonly known fact to public health officials familiar with the matter,

14    Petitioners request judicial notice of the following definition of 'cytotoxic' from MedicineNet:

15    'cytotoxic is "toxic to cells, cell-toxic, cell-killing. Any agent or process that kills cells." '

16    Citation: MedicineNet, *Medical Definition of Cytotoxic; Medical Author: William C. Shiel*

17    *Jr., MD, FACP, FACR.*  https://www.medicinenet.com/script/main/art.asp?articlekey=19883,

18    (accessed July 1, 2020).  See Exhibit 8.

19    **I. Demyelination**

20    For recognition of a commonly known fact to public health officials familiar with the matter,

21    Petitioners request judicial notice of the following description of 'demyelination' from

22    MedicineNet: "a degenerative process that erodes away the myelin sheath that normally protects

23    nerve fibers. Demyelination exposes these fibers and appears to cause problems in nerve impulse

24    conduction that may affect many physical systems. Demyelination is seen in a number of diseases,

25    particularly multiple sclerosis."

26    Citation: MedicineNet, *Medical Definition of Demyelination*, *Medical Author: William C.*

27    *Shiel Jr., MD, FACP, FACR.*  https://www.medicinenet.com/script/main/art.asp?articlekey=11143,

28    (accessed July 1, 2020).  See Exhibit 9.

**J. Epidemic**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'epidemic' from *Farlex Partner Medical Dictionary*: 'an epidemic is "the occurrence in a community or region of cases of an illness, specific health-related behavior, or other health-related events clearly in excess of normal expectancy." '

Citation: *Farlex Partner Medical Dictionary*. (2012).  https://medical-dictionary.thefreedictionary.com/epidemic, (accessed July 1, 2020).  See Exhibit 10.

**K. Epitope**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'epitope' from *The American Heritage® Medical Dictionary:* "a localized region on the surface of an antigen capable of eliciting an immune response and of combining with a specific antibody to counter that response."

Citation: *The American Heritage® Medical Dictionary*. (2007).  https://medical-dictionary.thefreedictionary.com/epitope, (accessed July 1, 2020).  See Exhibit 11.

**L. Etiology**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'etiology' from *Farlex Partner Medical Dictionary*: 'etiology is "1. The science and study of the causes of disease and their mode of operation. 2. The science of causes, causality; in common usage, the cause itself." '

Citation: *Farlex Partner Medical Dictionary*. (2012).  https://medical-dictionary.thefreedictionary.com/etiology, (accessed July 1, 2020).  See Exhibit 12.

**M. Histopathology**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'histopathology' from *Farlex Partner Medical Dictionary*: 'histopathology is "the science or study dealing with the cytologic and histologic structure of abnormal or diseased tissue." '

1       Citation: *Farlex Partner Medical Dictionary*. (2012).  https://medical-

2 dictionary.thefreedictionary.com/histopathology, (accessed July 1, 2020).  See Exhibit 13.

3       **N. Immune-mediated inflammatory disorders (IMIDs)**

4       For recognition of a commonly known fact to public health officials familiar with the matter,

5 Petitioners request judicial notice of the following description of 'immune-mediated inflammatory

6 disorders (IMIDs)' from a Review article in *The American Journal of Managed Care*: "Immune-

7 mediated inflammatory disorders (I.M.I.D.s) are a group of diseases that involve an immune

8 response that is inappropriate or excessive, and is caused, signified, or accompanied by

9 dysregulation of the body's normal cytokine milieu. I.M.I.D.s cause acute or chronic inflammatory

10 injury, sometimes severe, in any organ system."

11       Citation: Williams & Meyers (2002). Immune-mediated Inflammatory Disorders (I.M.I.D.s):

12 The Economic and Clinical Costs. *The American Journal of Managed Care* 8(21 Suppl):S664-

13 S681.  https://pubmed.ncbi.nlm.nih.gov/12516953, (accessed June 9, 2020).  See Exhibit 14.

14       **O. Immune system**

15       For recognition of a commonly known fact to public health officials familiar with the matter,

16 Petitioners request judicial notice of the following definition of 'immune system' from *Farlex*

17 *Partner Medical Dictionary*: 'immune system is "an intricate complex of interrelated cellular,

18 molecular, and genetic components that provides a defense, the immune response, against foreign

19 organisms or substances and aberrant native cells." '

20       Citation: *Farlex Partner Medical Dictionary*. (2012).  https://medical-

21 dictionary.thefreedictionary.com/immune+system, (accessed July 1, 2020).  See Exhibit 15.

22       **P. Inflammation**

23       For recognition of a commonly known fact to public health officials familiar with the matter,

24 Petitioners request judicial notice of the following definition of 'inflammation' from *Miller-Keane*

25 *Encyclopedia and Dictionary of Medicine, Nursing, and Allied Health*: "a localized protective

26 response elicited by injury or destruction of tissues, which serves to destroy, dilute, or wall off both

27 the injurious agent and the injured tissue."

28

Citation: *Miller-Keane Encyclopedia and Dictionary of Medicine, Nursing, and Allied Health, Seventh Edition*. (2003).  https://medical-dictionary.thefreedictionary.com/inflammation, (accessed July 1, 2020).  See Exhibit 16.

**Q. Macrophage**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'macrophage' from MedicineNet: "a type of white blood cell that ingests foreign material. Macrophages are key players in the immune response to foreign invaders of the body, such as infectious microorganisms. They are normally found in the liver, spleen, and connective tissues of the body."

Citation: MedicineNet, *Medical Definition of Macrophage; Medical Author: William C. Shiel Jr., MD, FACP, FACR*.  https://www.medicinenet.com/script/main/art.asp?articlekey=4238, (accessed July 1, 2020).  See Exhibit 17.

**R. Medical emergency**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'medical emergency' from *Segen's Medical Dictionary*:

> "a medical or behavioral condition, the onset of which is sudden and manifests itself by symptoms of sufficient severity, including severe pain, such that a prudent lay person could reasonably expect the absence of immediate medical attention to result in: (1) placing the health of the afflicted person with such a condition in serious jeopardy; (2) serious impairment to the person's bodily functions; (3) serious dysfunction of any bodily organ or part; or (4) serious disfigurement."

Citation: *Segen's Medical Dictionary*. (2012).  https://medical-dictionary.thefreedictionary.com/medical+emergency, (accessed July 1, 2020).  See Exhibit 18.

**S. Myalgia**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'myalgia' from MedicineNet: "pain in the muscles or within muscle tissue."

1  Citation: MedicineNet, *Medical Definition of Myalgia; Medical Author: William C. Shiel*

2  *Jr., MD, FACP, FACR.*  https://www.medicinenet.com/script/main/art.asp?articlekey=12008,

3  (accessed July 1, 2020).  See Exhibit 19.

4  **T. Myelin**

5  For recognition of a commonly known fact to public health officials familiar with the matter,

6  Petitioners request judicial notice of the following description of 'myelin' from MedlinePlus:

7  "Myelin is an insulating layer, or sheath that forms around nerves, including those
   in the brain and spinal cord. It is made up of protein and fatty substances. This
8  myelin sheath allows electrical impulses to transmit quickly and efficiently along
   the nerve cells. If myelin is damaged, these impulses slow down. This can cause
9  diseases such as multiple sclerosis." '

10

11  Citation: MedlinePlus, U.S. National Library of Medicine, *Myelin*.

12  https://medlineplus.gov/ency/article/002261.htm, (accessed July 1, 2020).  See Exhibit 20.

13  **U. Pandemic**

14  For recognition of a commonly known fact to public health officials familiar with the matter,

15  Petitioners request judicial notice of the following description of 'pandemic' from *Farlex Partner*

16  *Medical Dictionary*:"disease affecting or attacking the population of an extensive region, country,

17  continent, global; extensively epidemic."

18  Citation: *Farlex Partner Medical Dictionary*. (2012).  https://medical-

19  dictionary.thefreedictionary.com/pandemic, (accessed July 1, 2020).  See Exhibit 21.

20  **V. Pathogenesis**

21  For recognition of a commonly known fact to public health officials familiar with the matter,

22  Petitioners request judicial notice of the following definition of 'pathogenesis' from *Farlex Partner*

23  *Medical Dictionary*:"the pathologic, physiologic, or biochemical mechanism resulting in the

24  development of a disease or morbid process."

25  Citation: *Farlex Partner Medical Dictionary*. (2012).  https://medical-

26  dictionary.thefreedictionary.com/pathogenesis, (accessed July 1, 2020).  See Exhibit 22.

27  **W. Permanent injury**

28

1    For recognition of a commonly known fact to public health officials familiar with the matter,

2  Petitioners request judicial notice of the following definition of 'permanent injury' from Legal

3  Information Institute, Cornell Law School: "physical or mental damage that will indefinitely restrict

4  the employment or other normal activities of an individual."

5    Citation: Legal Information Institute, Cornell Law School.  *Permanent Injury*.

6  https://www.law.cornell.edu/wex/permanent_injury,  (accessed June 29, 2020).  See Exhibit 23.

7    **X. Public health**

8    For recognition of a commonly known fact to public health officials familiar with the matter,

9  Petitioners request judicial notice of the following description of 'public health' from the CDC

10  Foundation: "Public health is the science of protecting and improving the health of people and their

11  communities. This work is achieved by promoting healthy lifestyles, researching disease and injury

12  prevention, and detecting, preventing and responding to infectious diseases."

13    Citation: CDC Foundation, *What Is Public Health?*  https://www.cdcfoundation.org/what-

14  public-health, (accessed July 1, 2020).  See Exhibit 24.

15    **Y. Progressive disease**

16    For recognition of a commonly known fact to public health officials familiar with the matter,

17  Petitioners request judicial notice of the following definition of 'progressive disease' from *Segen's*

18  *Medical Dictionary*: "any chronic or dread disease (e.g., cancer), which progresses with time in

19  scope and/or severity."

20    Citation: *Segen's Medical Dictionary*. (2012).  https://medical-

21  dictionary.thefreedictionary.com/progressive+disease, (accessed July 1, 2020).  See Exhibit 25.

22    **Z. Regression**

23    For recognition of a commonly known fact to public health officials familiar with the matter,

24  Petitioners request judicial notice of the following definition of 'regression' from *The American*

25  *Heritage® Medical Dictionary* used in *Medicine*:"subsidence of the symptoms or process of a

26  disease."

27    Citation: *The American Heritage® Medical Dictionary*. (2007).  https://medical-

28  dictionary.thefreedictionary.com/regression, (accessed July 1, 2020).  See Exhibit 26.

**2.** **U.S. Infant Mortality Rate (IMR)**

**A. Definition and infant mortality rate statistics for 2017**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'infant mortality rate' from the Centers for Disease Control and Prevention website: 'infant mortality rate (IMR) is "the ratio of infant deaths to live births in a given year." '

Citation: Murphy *et al*. (2018). Mortality in the United States, 2017. NCHS Data Brief No. 328.  https://www.cdc.gov/nchs/data/databriefs/db328-h.pdf, (accessed June 9, 2020).  See Exhibit 27.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following statistics published by the Centers for Disease Control and Prevention for the most recent year (2017) for which data are available: "A total of 22,335 deaths occurred in children under age 1 year in the United States in 2017, with an infant mortality rate of 579.3 infant deaths per 100,000 live births."

Citation: Murphy *et al*. (2018). Mortality in the United States, 2017. NCHS Data Brief No. 328.  https://www.cdc.gov/nchs/data/databriefs/db328-h.pdf, (accessed June 9, 2020).  See Exhibit 27.

**B. U.S. infant mortality rate comparison to other OECD countries**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website:

> "In 2010, the U.S. infant mortality rate was 6.1 infant deaths per 1,000 live births, and the United States ranked 26th in infant mortality among Organization for Economic Cooperation and Development [OECD] countries. After excluding births at less than 24 weeks of gestation to ensure international comparability, the U.S. infant mortality rate was 4.2, still higher than for most European countries and about twice the rates for Finland, Sweden, and Denmark."

Citation: MacDorman *et al*. (2014). International comparisons of infant mortality and related factors: United States and Europe, 2010. *National Vital Statistics Reports* 63(5):1-6.

https://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_05.pdf, (accessed June 9, 2020).  See Exhibit 28.

### C. Vaccination in etiology of all-cause mortality

#### 1.  5-Fold Higher Mortality

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from an article published in *EBioMedicine:*

> "DTP was associated with 5-fold higher mortality than being unvaccinated. No prospective study has shown beneficial survival effects of DTP. Unfortunately, DTP is the most widely used vaccine, and the proportion who receives DTP3 is used globally as an indicator of the performance of national vaccination programs. It should be of concern that the effect of routine vaccinations on all-cause mortality was not tested in randomized trials. All currently available evidence suggests that DTP vaccine may kill more children from other causes than it saves from diphtheria, tetanus or pertussis. Though a vaccine protects children against the target disease it may simultaneously increase susceptibility to unrelated infections."

Citation: Mogensen, S.W., et al. (2017), *The Introduction of Diphtheria-Tetanus-Pertussis and Oral Polio Vaccine Among Young Infants in an Urban African Community: A Natur...*, EBioMedicine, http://dx.doi.org/10.1016/j.ebiom.2017.01.041 (accessed June 23, 2020). See Exhibit 29.

#### 2. Increased Susceptibility

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from an article published in *Natural Reviews Immunology*:

> "Non-live vaccines (such as DTP vaccine, the pentavalent vaccine for DTP, hepatitis B virus (HBV) and Haemophilus influenzae type b, inactivated polio vaccine, single HBV vaccine, the RTS,S/AS01 malaria vaccine, and the H1N1 influenza vaccine) seem to increase susceptibility to vaccine-unrelated infections, particularly in females. Hence, non-live vaccines may have beneficial effects in preventing the target infection but negative effects by enhancing susceptibility to non-target infections. In epidemiological studies, the negative effects seem to be more pronounced than the beneficial effects, with the net effect being increased overall mortality for females."

Citation: Aaby *et al*. (2020). *The non-specific and sex-differential effects of vaccines. Nature Reviews Immunology*. https://doi.org/10.1038/s41577-020-0338-x, (accessed June 9, 2020).  See Exhibit 30.

### 3. Sudden Infant Death Syndrome (SIDS) and Sudden Unexpected Infant Death (SUID)

**A. Definitions**

#### 1. SIDS

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'sudden infant death syndrome' from *Gale Encyclopedia of Medicine*: "Sudden infant death syndrome (SIDS) is the unexplained death without warning of an apparently healthy infant, usually during sleep."

Citation: *Gale Encyclopedia of Medicine*. (2008).  https/medical-dictionary.thefreedictionary.com/sudden+infant+death+syndrome, (accessed July 1, 2020).  See Exhibit 31.

#### 2. SUID

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'sudden unexpected infant death' from the Centers for Disease Control and Prevention: "Sudden unexpected infant deaths include sudden infant death syndrome (SIDS), accidental suffocation in a sleeping environment, and other deaths from unknown causes."

Citation: Centers for Disease Control and Prevention, *About SUID and SIDS.* https://www.cdc.gov/sids/about/index.htm, (accessed July 1, 2020).  See Exhibit 32.

**B. SIDS is leading cause of U.S. infant mortality**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a chapter in *SIDS Sudden Infant and Early Childhood Death: The Past, the Present and the Future:* "Despite national safe sleep campaigns, SIDS remains the leading cause of post-neonatal infant mortality in the United States, with an overall rate of 0.40 SIDS deaths per 1,000 live births."

1    Citation: Haynes RL. Chapter 32. Biomarkers of Sudden Infant Death Syndrome (SIDS)

2  Risk and SIDS Death. In: Duncan JR, Byard RW, eds. *SIDS Sudden Infant and Early Childhood*

3  *Death: The Past, the Present and the Future*. Adelaide (AU): University of Adelaide Press; 2018.

4  https://www.ncbi.nlm.nih.gov/books/NBK513404, (accessed July 1, 2020).  See Exhibit 33.

5    **C. SUID proportion of full-term infant deaths in the U.S.**

6    For recognition of a commonly known fact to public health officials familiar with the matter,

7  Petitioners request judicial notice of the following quote from a study published in *Public Library of*

8  *Science* (*PLoS*) *Medicine:* "Sudden unexpected death in infancy (SUID) accounted for 43% of

9  FTIM [full-term infant mortality]."

10    Citation: Bairoliya & Fink. (2018). Causes of death and infant mortality rates among full-

11  term births in the United States between 2010 and 2012: An observational study. *PLoS Med* 15(3):

12  e1002531. https://doi.org/10.1371/journal.pmed.1002531, (accessed June 23, 2020).  See Exhibit

13  34.

14    **D. Vaccination in etiology of SIDS**

15    (1) For recognition of a commonly known fact to public health officials familiar with the

16  matter, Petitioners request judicial notice of the following quote from the Centers of Disease

17  Control and Prevention: "Babies receive multiple vaccines when they are between 2 to 4 months

18  old. This age range is also the peak age for sudden infant death syndrome (SIDS)."

19    Citation: Centers for Disease Control and Prevention, *Vaccines and Sudden Infant Death*

20  *Syndrome* (*SIDS*).  https://www.cdc.gov/vaccinesafety/concerns/sids.html, (accessed June 23,

21  2020).  See Exhibit 35.

22    (2) For recognition of a commonly known fact to public health officials familiar with the

23  matter, Petitioners request judicial notice of the following quote from a study published in *Indian*

24  *Journal of Medical Ethics:* "the number of observed deaths soon after vaccination among children

25  older than one year was significantly higher than that expected by chance."

26    Citation: Puliyel & Sathyamala (2018).  Infanrix hexa and sudden death: a review of the

27  periodic safety update reports submitted to the European Medicines Agency. *Indian Journal of*

28

1  *Medical Ethics* 3(1):43-47.  https://doi.org/10.20529/IJME.2017.079, (accessed June 9, 2020).  See

2  Exhibit 36.

3       (3) For recognition of a commonly known fact to public health officials familiar with the

4  matter, Petitioners request judicial notice of the following quote from a 2008 post-mortem study of

5  an infant SIDS death published in *Forensic Science International*: "acute respiratory failure likely

6  due to post hexavalent immunization-related shock was the cause of death."

7       Citation: D'Errico *et al*. (2008). Beta-tryptase and quantitative mast-cell increase in a sudden

8  infant death following hexavalent immunization. *Forensic Science International* 179(2-3):e25-e29.

9  https://doi.org/10.1016/j.forsciint.2008.04.018, (accessed June 9, 2020).  See Exhibit 37.

10       (4) For recognition of a commonly known fact to public health officials familiar with the

11  matter, Petitioners request judicial notice of the following quote from a study published in *Current*

12  *Medicinal Chemistry*: "vaccine components could have a direct role in sparking off a lethal outcome

13  in vulnerable babies."

14       Citation: Matturri *et al*. (2014). Sudden infant death following hexavalent vaccination: a

15  neuropathologic study. *Current Medicinal Chemistry* 21(7):941-946.

16  https://doi.org/10.2174/09298673113206660289, (accessed June 9, 2020).  See Exhibit 38.

17       (5) Forensic Pathology

18       *Introduction*

19       For recognition of a commonly known fact to public health officials familiar with the matter,

20  Petitioners request judicial notice of the following quote from A study published in The American

21  Journal of Forensic Medicine and Pathology reported that 21.9 percent of 32 cases of SIDS death

22  occurred within seven days of vaccination and three cases of infants who died within three days of

23  vaccination selected for immunopathological examination were reported to have immunological

24  pathology suggestive of a plausible role for vaccination in the deaths and stated that: "The important

25  question of whether the disorders are truly related to vaccination remains."

26       *Request for Judicial Notice*

27       For recognition of a commonly known fact to public health officials familiar with the matter,

28  Petitioners request judicial notice of a quote from a study published in The American Journal of

Forensic Medicine and Pathology: "Forensic pathologists must devote more attention to vaccination in sudden infant death cases."

Citation: Osawa *et al*. (2019). Sudden Infant Death After Vaccination. *The American Journal of Forensic Medicine and Pathology* 40(3):232-237. https://doi.org/10.1097/PAF.0000000000000494, (accessed May 19, 2020). See Exhibit 39.

## 4. Chronic Disease

### A. Definition

There is a degree of variation in the definition of 'chronic disease' by authoritative sources. For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definitions of 'chronic disease' from (i) MedicineNet: 'chronic disease is "a disease that persists for a long time. A chronic disease is one lasting 3 months or more, by the definition of the U.S. National Center for Health Statistics," or from (ii) the Centers for Disease Control and Prevention website: 'chronic diseases are "conditions that last 1 year or more and require ongoing medical attention or limit activities of daily living or both." '

Citations:

(1) MedicineNet, *Medical Definition of Chronic disease; Medical Author: William C. Shiel Jr., MD, FACP, FACR.*  https://www.medicinenet.com/script/main/art.asp?articlekey=33490, (accessed July 1, 2020).  See Exhibit 40.

(2) National Center for Chronic Disease Prevention and Health Promotion, Centers for Disease Control and Prevention, *About Chronic Diseases*. https://www.cdc.gov/chronicdisease/about/index.htm, (accessed July 1, 2020).  See Exhibit 41.

### B. Prevalence of pediatric chronic diseases

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of a quote from a study published in *Academic Pediatrics*:

"An estimated 43% of US children (32 million) currently have at least 1 of 20 chronic health conditions assessed, increasing to 54.1% when overweight, obesity, or being at risk for developmental delays are included; 19.2% (14.2 million) have conditions resulting in a special health care need, a 1.6 point

increase since 2003."

Citation: Bethell *et al*. (2011). A national and state profile of leading health problems and health care quality for US children: key insurance disparities and across-state variations. *Academic Pediatrics* 11(3 Suppl):S22-S33.  https://doi.org/10.1016/j.acap.2010.08.011, (accessed June 10, 2020).  See Exhibit 42.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention: "Approximately 27% of children in the United States have a chronic condition and 1 in 15 have MCCs [multiple chronic conditions]."

Citation: Centers for Disease Control and Prevention, *Multiple Chronic Conditions Among Outpatient Pediatric Patients, Southeastern Michigan, 2008–2013*.  BRIEF, Vol. 12, 2015. https://www.cdc.gov/pcd/issues/2015/14_0397.htm, (accessed June 10, 2020).  See Exhibit 43.

**C. Growing prevalence of chronic illness among U.S. children**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Journal of the American Medical Association (JAMA):* ' "Prevalence of chronic conditions among children and youth increased from 1988 to 2006," with end-study prevalence of any chronic health condition being 12.8% in 1994, 25.1% in 2000, and 26.6% in 2006, and with higher rates among male, Hispanic, and Black youth.'

Citation: Van Cleave *et al*. (2010). Dynamics of Obesity and Chronic Health Conditions among Children and Youth. *JAMA* 303(7):623–630.  https://doi.org/10.1001/jama.2010.104, (accessed June 10, 2020).  See Exhibit 44.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quotes from a study published in *Health Affairs*: 1) "Despite decreases in infectious diseases and trends of initial survival improvement in generally rare and complex conditions followed by mainly stable rates of these conditions, total rates of chronic health conditions and disability among children and youth continued to rise steadily over the past half-century." 2) "In 1960, 1.8 percent of children were reported to have a health

- 26 -

condition severe enough to interfere with usual daily activities." 3) "In 2010, more than 8 percent of children had a health condition that interfered with daily activities—an increase of more than 400 percent in fifty years."

Citation: Perrin *et al*. (2014). The rise in chronic conditions among infants, children, and youth can be met with continued health system innovations. *Health Affairs* 33(12):2099-2105. https://doi.org/10.1377/hlthaff.2014.0832, (accessed June 10, 2020).  See Exhibit 45.

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website: "Research indicates that the prevalence of chronic conditions is on the rise among pediatric patients."

Citation: Centers for Disease Control and Prevention, *Multiple Chronic Conditions Among Outpatient Pediatric Patients, Southeastern Michigan, 2008–2013*.  BRIEF, Vol. 12, 2015. https://www.cdc.gov/pcd/issues/2015/14_0397.htm, (accessed June 10, 2020).  See Exhibit 43.

**D. Prescription drug use by American children and adolescents**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Pediatrics*: "One-fifth of children and adolescents regularly use prescription medications with nearly 1 in 12 concurrent users of prescription medications at risk for a major drug–drug interaction."

Citation: Dima *et al*. (2018). Prescription Medication Use Among Children and Adolescents in the United States. *Pediatrics* 142(3):e20181042.  https://doi.org/10.1542/peds.2018-1042, (accessed June 10, 2020).  See Exhibit 46.

**E.  Frequency of chronic disease in U.S. adults**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers of Disease Control and Prevention website: "Six in 10 adults in the US have a chronic disease. Four in 10 have two or more."

Citation: National Center for Chronic Disease Prevention and Health Promotion, Centers for Disease Control and Prevention, *Chronic Diseases in America*.

1  https://www.cdc.gov/chronicdisease/resources/infographic/chronic-diseases.htm, (accessed July 1,

2  2020).  See Exhibit 47.

3  **F. Growing prevalence of chronic disease in U.S. adults**

4  For recognition of a commonly known fact to public health officials familiar with the matter,

5  Petitioners request judicial notice of the following quote from the Aspen Health Strategy Group

6  report: "The prevalence of chronic disease and the number of patients with multiple chronic

7  conditions have increased markedly over the past two decades. Compared to 8% in 1995, 18% of

8  adults were treated for five or more chronic diseases in 2015."

9  Citation: Aspen Health Strategy Group, The Aspen Institute, Washington DC (2019).

10  *Reducing the Burden of Chronic Disease.*

11  https://assets.aspeninstitute.org/content/uploads/2019/02/AHSG-Chronic-Disease-Report-2019.pdf,

12  (accessed May 2, 2020).  See Exhibit 48.

13  **G. Economic burden of chronic illness**

14  (1) For recognition of a commonly known fact to public health officials familiar with the

15  matter, Petitioners request judicial notice of the following quote from the Centers of Disease

16  Control and Prevention website: "90% of the nation's $3.5 trillion in annual health care

17  expenditures, are for people with chronic and mental health conditions."

18  Citation: National Center for Chronic Disease Prevention and Health Promotion, Centers for

19  Disease Control and Prevention, *Health and Economic Costs of Chronic Diseases.*

20  https://www.cdc.gov/chronicdisease/about/costs/index.htm#ref1, (accessed July 1, 2020).  See

21  Exhibit 49.

22  (2) For recognition of a commonly known fact to public health officials familiar with the

23  matter, Petitioners request judicial notice of the following quotes from a report in the *Annual*

24  *Review of Public Health*: 1) "Chronic diseases impose an enormous and growing burden on

25  individuals, families, and society, as well as on health care systems in the United States and

26  globally." 2) "[chronic diseases] account for most deaths and are major contributors to disability

27  and health care costs." 3) "Overall U.S. costs of chronic disease are projected to accumulate by

28

2030 to more than $42 trillion, with medical outlays and productivity losses costing $8,600 per person."

Citation: Allegrante *et al*. (2019). Interventions to Support Behavioral Self-Management of Chronic Diseases. *Annual Review of Public Health* 40:127-146. https://doi.org/10.1146/annurev-publhealth-040218-044008, (accessed May 2, 2020).  See Exhibit 50.

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Partnership to Fight Chronic Disease Health fact sheet, "care coverage costs for people with a chronic condition average $6,032 annually – five times higher than for those without such a condition."

Citation: The Partnership to Fight Chronic Disease, *Fact Sheet: The Growing Crisis of Chronic Disease in the United States*. https://www.fightchronicdisease.org/sites/default/files/docs/GrowingCrisisofChronicDiseaseintheUSfactsheet_81009.pdf, (accessed May 2, 2020).  See Exhibit 51.

**5.  Developmental disabilities**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'developmental disabilities' from the Centers for Disease Control and Prevention website: "Developmental disabilities are a group of conditions due to an impairment in physical, learning, language, or behavior areas."

Citation: Centers for Disease Control and Prevention, *Developmental Disabilities*. https://www.cdc.gov/ncbddd/developmentaldisabilities/index.html, (accessed July 1, 2020).  See Exhibit 52.

**B.  Incidence of pediatric developmental disabilities**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following fact from the Centers for Disease Control and Prevention website: "Recent estimates in the United States show that about one in six, or about 17%, of children aged 3 through 17 years have one or more developmental disabilities…"

1   Citation: Centers for Disease Control and Prevention, *Developmental Disabilities*.

2   https://www.cdc.gov/ncbddd/developmentaldisabilities/facts.html (accessed July 1, 2020).  See

3   Exhibit 53.

4   **6.  Neurodevelopmental disorders (NDD)**

5   **A.  Definition**

6   For recognition of a commonly known fact to public health officials familiar with the matter,

7   Petitioners request judicial notice of the following definition of 'neurodevelopmental disorders'

8   from *The American Heritage® Medical Dictionary:* "any of various conditions, including attention

9   deficit hyperactivity disorder, autism, intellectual disability, and learning disabilities, that begin in

10   childhood and involve impairments in neurological functioning that affect behavior, cognition, or

11   motor skills."

12   Citation: *The American Heritage® Medical Dictionary*. (2007)  https://medical-

13   dictionary.thefreedictionary.com/Neurodevelopmental+disorders, (accessed July 1, 2020).  See

14   Exhibit 54.

15   **B.  Prevalence of NDD**

16   For recognition of a commonly known fact to public health officials familiar with the matter,

17   Petitioners request judicial notice of the following quote from a review published in *The Lancet*

18   *Neurology*: "Neurodevelopmental disabilities, including autism, attention-deficit hyperactivity

19   disorder, dyslexia, and other cognitive impairments, affect millions of children worldwide, and

20   some diagnoses seem to be increasing in frequency."

21   Citation: Grandjean & Landrigan (2014). Neurobehavioural effects of developmental

22   toxicity. *Lancet Neurology* 13(3):330–338.  https://doi.org/10.1016/S1474-4422(13)70278-3,

23   (accessed April 27, 2020).  See Exhibit 55.

24   **C.  Etiology of NDD**

25   For recognition of a commonly known fact to public health officials familiar with the matter,

26   Petitioners request judicial notice of the following quote from a study published in *Lancet*

27   *Neurology:*

28

"The root causes of the present global pandemic of neurodevelopmental disorders are only partly understood. Although genetic factors have a role, they cannot explain recent increases in reported prevalence, and none of the genes discovered so far seem to be responsible for more than a small proportion of cases. Overall, genetic factors seem to account for no more than perhaps 30–40% of all cases of neurodevelopmental disorders. Thus, non-genetic, environmental exposures are involved in causation, in some cases probably by interacting with genetically inherited predispositions."

Citation: Grandjean & Landrigan (2014). Neurobehavioural effects of developmental toxicity. *Lancet Neurology* 13(3):330–338.  https://doi.org/10.1016/S1474-4422(13)70278-3, (accessed April 27, 2020).  See Exhibit 55.

### 7.  Autism spectrum disorder (ASD)

#### A.  Definitions

##### 1. Autism

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'autism' from *Gale Encyclopedia of Medicine:* "Autism is a complex developmental disorder distinguished by difficulties with social interaction, verbal and nonverbal communication, and behavioral problems, including repetitive behaviors and narrow focus of interest."

Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-dictionary.thefreedictionary.com/autism, (accessed July 1, 2020).  See Exhibit 56.

##### 2. Autism spectrum disorder (ASD)

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'autism spectrum disorder' from *The American Heritage® Medical Dictionary*: "a neurodevelopmental disorder starting in early childhood, characterized by impairments in social interaction and communication and by restricted or repetitive patterns of behavior, with symptoms varying from mild to severe."

Citation: *The American Heritage® Medical Dictionary*. (2007). https://medical-dictionary.thefreedictionary.com/autism+spectrum+disorders, (accessed April 27, 2020).  See Exhibit 57.

#### B.  Prevalence of ASD

1    (1) For recognition of a commonly known fact to public health officials familiar with the

2    matter, Petitioners request judicial notice of the following finding from a study published in

3    *Pediatrics* that '1 in 40 children between ages 3 to 17 had ASD.'

4    Citation: Kogan *et al*. (2018). The Prevalence of Parent-Reported Autism Spectrum Disorder

5    Among US Children. *Pediatrics* 142(6):e20174161.  https://doi.org/10.1542/peds.2017-4161,

6    (accessed April 27, 2020).  See Exhibit 58.

7    (2) For recognition of a commonly known fact to public health officials familiar with the

8    matter, Petitioners request judicial notice of the following quote in the 2020 report from the Centers

9    for Disease Control and Prevention, "For 2016, across all 11 sites, ASD prevalence was 18.5 per

10   1,000 (one in 54) children aged 8 years, and ASD was 4.3 times as prevalent among boys as among

11   girls."

12   Citation: Centers for Disease Control and Prevention, Morbidity and Mortality Weekly

13   Report, March 27, 2020. *Prevalence of Autism Spectrum Disorder Among Children Aged 8 Years —*

14   *Autism and Developmental Disabilities Monitoring Network, 11 Sites, United States, 2016.*

15   https://www.cdc.gov/mmwr/volumes/69/ss/ss6904a1.htm?s_cid=ss6904a1_w, (accessed July 1,

16   2020).  See Exhibit 59.

17   **C.  Rising prevalence of ASD**

18   (1) For recognition of a commonly known fact to public health officials familiar with the

19   matter, Petitioners request judicial notice of the following finding from a study published in *Journal*

20   *of Autism and Developmental Disorders* that 'diagnoses of autism spectrum disorder in western

21   California experienced a more than 100 1000-fold between birth year 1931, when prevalence was

22   only ~ 0.001%, and birth year 2012, when prevalence had increased to 1.18% among 5 year-olds

23   born in that year.'

24   Citation: Nevison *et al*. (2018). California Autism Prevalence Trends from 1931 to 2014 and

25   Comparison to National ASD Data from IDEA and ADDM. *Journal of Autism and Developmental*

26   *Disorders* 48:4103–4117.  https://doi.org/10.1007/s10803-018-3670-2, (accessed April 27, 2020).

27   See Exhibit 60.

28

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following findings in the *Summary of Autism Spectrum Disorder (ASD) Prevalence Studies* from the Centers of Disease Control and Prevention website, which indicates that the prevalence of ASD has soared from 0.07-.31 per 1,000 American children in the 1960s to 14.6 in 1,000 American children in 2012.

Citation: Centers for Disease Control and Prevention, *Summary of Autism Spectrum Disorder (ASD) Prevalence Studies*.

https://www.cdc.gov/ncbddd/autism/documents/ASDPrevalenceDataTable2016-508.pdf, (accessed April 27, 2020).  See Exhibit 61.

**D.  Comorbid conditions in ASD**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following finding from a review published in *Psychiatry Research* that 'comorbid psychiatric disorders among people with ASD include "anxiety disorders, depressive disorders, bipolar and mood disorders, schizophrenia spectrum, suicidal behavior disorders, attention-deficit/hyperactivity disorder, disruptive, impulse-control and conduct disorders amongst diverse age groups, with a majority in younger participants." '

Citation: Hossain *et al*. (2020). Prevalence of comorbid psychiatric disorders among people with autism spectrum disorder: An umbrella review of systematic reviews and meta-analyses. *Psychiatry Research* 287:112922.  https://doi.org/10.1016/j.psychres.2020.112922,  (accessed April 27, 2020).  See Exhibit 62.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Autism Speaks website: "A range of physical and mental-health conditions frequently accompany autism. They include, but are not limited to, the following: Gastrointestinal (GI) problems, Epilepsy, Feeding issues, Disrupted sleep, Attention-deficit/hyperactivity disorder (ADHD), Anxiety, Depression, Obsessive compulsive disorder (OCD), Schizophrenia, Bipolar Disorder."

1    Citation: Autism Speaks, *Medical Conditions Associated with Autism*.

2  https://www.autismspeaks.org/medical-conditions-associated-autism, (accessed July 1, 2020).  See

3  Exhibit 63.

4    **E.  Etiology of ASD**

5    (1) For recognition of a commonly known fact to public health officials familiar with the

6  matter, Petitioners request judicial notice of the following quote from the Centers for Disease

7  Control and Prevention website: "There may be many different factors that make a child more likely

8  to have an ASD, including environmental, biologic and genetic factors."

9    Citation: Centers for Disease Control and Prevention, *What is Autism Spectrum Disorder?*

10  https://www.cdc.gov/ncbddd/autism/facts.html, (accessed July 1, 2020).  See Exhibit 64.

11    (2) For recognition of a commonly known fact to public health officials familiar with the

12  matter, Petitioners request judicial notice of the following quote from a review published in

13  Neuropsychopharmacology:

14    "research emerging within the past two decades suggests that immune dysfunction
   is a viable risk factor contributing to the neurodevelopmental deficits observed in
15   autism spectrum disorders (ASD)… Further definition of the role of immune
   dysregulation in ASD thus necessitates a deeper understanding of the interaction
16   between both maternal and child immune systems."

17

18    Citation: Meltzer & Van de Water (2017). The Role of the Immune System in Autism

19  Spectrum Disorder. Neuropsychopharmacology 42(1):284-298.

20  https://doi.org/10.1038/npp.2016.158, (accessed May 7, 2020).  See Exhibit 65.

21    (3) For recognition of a commonly known fact to public health officials familiar with the

22  matter, Petitioners request judicial notice of the following quote from a review published in

23  *Environmental Health Perspectives*: "There is a pressing need to move forward quickly and

24  efficiently to understand environmental influences on autism in order to answer current regulatory

25  questions and inform treatment and prevention efforts."

26    Citation: Pelch *et al*. (2019). Environmental Chemicals and Autism: A Scoping Review of

27  the Human and Animal Research. *Environmental Health Perspectives* 127(4):46001.

28  https://doi.org/10.1289/EHP4386, (accessed May 1, 2020).  See Exhibit 66.

1

**F.  Prenatal immune activation in etiology of ASD**

2       For recognition of a commonly known fact to public health officials familiar with the matter,

3 Petitioners request judicial notice of the following quote from a review published in *Trends in*

4 *Molecular Medicine*: "The offspring of infected, or immune-activated dams also display cardinal

5 behavioral features of autism, as well as neuropathology consistent with that seen in human

6 autism."

7       Citation: Patterson (2011). Maternal infection and immune involvement in autism. *Trends in*

8 *Molecular Medicine* 17(7):389-394. https://doi.org/10.1016/j.molmed.2011.03.001, (accessed May

9 1, 2020).  See Exhibit 67.

10

**G.  Economic burden of ASD**

11       (1) For recognition of a commonly known fact to public health officials familiar with the

12 matter, Petitioners request judicial notice of the following findings from a study published in

13 *Pediatrics that* 'children with parent-reported ASD had higher levels of health care office visits and

14 prescription drug use compared with children without ASD; 76% of children with ASD used special

15 educational services compared to just 7% of children in the control group; and ASD was associated

16 with $3020 higher health care costs and $14,061 higher aggregate non–health care costs, including

17 $8610 higher school costs.'

18       Citation: Lavelle *et al*. (2014). Economic burden of childhood autism spectrum disorders.

19 *Pediatrics* 133(3):e520–e529.  https://doi.org/10.1542/peds.2013-0763, (accessed May 1, 2020).

20 See Exhibit 68.

21       (2) For recognition of a commonly known fact to public health officials familiar with the

22 matter, Petitioners request judicial notice of the following figures from the Autism Speaks website

23 reflecting research by London School of Economics and the University of Pennsylvania that 'the

24 cost to society of autism had tripled between 2006 and 2012 to $126 Billion per year and the costs

25 of providing care for each person with autism affected by intellectual disability through his or her

26 lifespan are $2.3 million compared to $1.4 for those with no intellectual disability.'

27       Citation: Autism Speaks, *New Research Finds Annual Cost of Autism Has More Than*

28 *Tripled to $126 Billion in the U.S. and Reached £34 Billion in the U.K.*

1 https://www.autismspeaks.org/press-release/new-research-finds-annual-cost-autism-has-more-

2 tripled-126-billion-us-and-reached, (accessed July 1, 2020). See Exhibit 69

3     **8.  Attention-deficit hyperactivity disorder (ADHD)**

4     **A.  Definition**

5        For recognition of a commonly known fact to public health officials familiar with the matter,

6 Petitioners request judicial notice of the following definition of 'attention-deficit hyperactivity

7 disorder' from *Gale Encyclopedia of Medicine*: 'attention-deficit hyperactivity disorder is "a

8 condition in which a person (usually a child) has an unusually high activity level and a short

9 attention span.  People with the disorder may act impulsively and may have learning and behavioral

10 problems." '

11        Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-

12 dictionary.thefreedictionary.com/Attention-deficit+hyperactivity+disorder, (accessed July 1, 2020).

13 See Exhibit 70.

14     **B.  Prevalence of ADHD in U.S. children**

15        For recognition of a commonly known fact to public health officials familiar with the matter,

16 Petitioners request judicial notice of the following quote from the Centers for Disease Control and

17 Prevention website: "The estimated number of children ever diagnosed with ADHD, according to a

18 national 2016 parent survey, is 6.1 million (9.4%). This number includes: 388,000 children aged 2–

19 5 years, 4 million children aged 6–11 years, 3 million children aged 12–17 years."

20        Citation: Centers for Disease Control and Prevention, *Data and Statistics about ADHD.*

21 https://www.cdc.gov/ncbddd/adhd/data.html, (accessed July 1, 2020). See Exhibit 71.

22     **C.  Prevalence of ADHD in U.S. adults**

23        For recognition of a commonly known fact to public health officials familiar with the matter,

24 Petitioners request judicial notice of the following quote from the National Institute of Mental

25 Health (NIMH) website: "The overall prevalence of current adult ADHD is 4.4%.  Prevalence was

26 higher for males (5.4%) versus females (3.2%).  The non-Hispanic white group (5.4%) had a higher

27 prevalence than all other race/ethnicity groups. The estimated lifetime prevalence of ADHD in U.S.

28 adults aged 18 to 44 years was 8.1%."

Citation: National Institute of Mental Health, Attention-Deficit/Hyperactivity Disorder (ADHD), https://www.nimh.nih.gov/health/statistics/attention-deficit-hyperactivity-disorder-adhd.shtml, (accessed July 1, 2020).  See Exhibit 72.

**D.  Growing Prevalence of ADHD**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website:

> "The percentage of US children 4-17 years of age with an ADHD diagnosis by a health care provider, as reported by parents, continues to increase. A history of ADHD diagnosis by a health care provider increased by 42% between 2003 and 2011: 7.8% had ever had a diagnosis in 2003, 9.5% had ever had a diagnosis in 2007, 11.0% had ever had a diagnosis in 2011. Average annual increase was approximately 5% per year."

Citation: Centers for Disease Control and Prevention, *Trends in the Parent-Report of Health Care Provider-Diagnosis and Medication Treatment for ADHD: United States, 2003—2011.* https://www.cdc.gov/ncbddd/adhd/features/key-findings-adhd72013.html, (accessed February 29, 2020). See Exhibit 73.

**E.  Prevalence of medicated ADHD**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'attention-deficit hyperactivity disorder' from a study published in *Journal of the American Academy of Child & Adolescent Psychiatry*: "[in 2011], 69% of children with current ADHD were taking medication for ADHD (6.1%, 3.5 million children)." "Prevalence of medicated ADHD increased by 28% from 2007—2011."

Citation: Visser *et al*. (2014). Trends in the parent-report of health care provider-diagnosed and medicated attention-deficit/hyperactivity disorder: United States, 2003-2011. *Journal of the American Academy of Child & Adolescent Psychiatry* 53(1):34–46.e2. https://doi.org/10.1016/j.jaac.2013.09.001, (accessed May 1, 2020). See Exhibit 74.

**F.  Comorbid conditions in ADHD**

1       For recognition of a commonly known fact to public health officials familiar with the matter,

2 Petitioners request judicial notice of the following quote from the Centers for Disease Control and

3 Prevention website:

> 4     "According to a national 2016 parent survey, 6 in 10 children with ADHD had at
> 5     least one other mental, emotional, or behavioral disorder. About 5 in 10 children
>     with ADHD had a behavior or conduct problem. About 3 in 10 children with
> 6     ADHD had anxiety. Other conditions affecting children with ADHD: depression,
>     autism spectrum disorder, and Tourette Syndrome."
> 7

8       Citation: Centers for Disease Control and Prevention, *Data and Statistics about ADHD*.

9 https://www.cdc.gov/ncbddd/adhd/data.html, (accessed July 1, 2020).  See Exhibit 71.

10     **G.  Etiology of ADHD**

11       For recognition of a commonly known fact to public health officials familiar with the matter,

12 Petitioners request judicial notice of the following quote from WebMD:  "No one knows exactly

13 what causes ADHD, but certain things are known to play a role…. Researchers believe that some

14 toxins may interfere with brain development. That, they say, could lead to hyperactivity, impulsive

15 behavior, and trouble paying attention."

16       Citation: WebMD, *Attention Deficit Hyperactivity Disorder: Causes of ADHD*.

17 https://www.webmd.com/add-adhd/childhood-adhd/adhd-causes, (accessed April 28, 2020).  See

18 Exhibit 76.

19     **H.  Societal impact of ADHD**

20       (1) For recognition of a commonly known fact to public health officials familiar with the

21 matter, Petitioners request judicial notice of the following quotes from a study published in *Journal*

22 *of Abnormal Child Psychology*: 1. "For children with ADHD, an elevated risk for non-normative

23 delinquency is just one of a slew of probable negative life outcomes, including school drop-out,

24 interpersonal difficulties, substance use, and unemployment."  2."Individuals with childhood

25 ADHD+CD [Conduct Disorder] displayed significantly worse delinquency outcomes than the other

26 three groups, across almost all indices of offending. When compared to comparison participants,

27 boys with ADHD-only and ADHD+ODD [Oppositional Defiant Disorder] in childhood displayed

28

earlier ages of delinquency initiation, a greater variety of offending, and higher prevalence of severe delinquency."

Citation: Sibley *et al*. (2010). The delinquency outcomes of boys with ADHD with and without comorbidity. *Journal of Abnormal Child Psychology* 39(1):21-32. https://doi.org/10.1007/s10802-010-9443-9, (accessed May 1, 2020). See Exhibit 77.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from an original article published in *Archives of Disease in Childhood*:

> "Attention deficit/hyperactivity disorder (ADHD) may affect all aspects of a child's life. Indeed, it impacts not only on the child, but also on parents and siblings, causing disturbances to family and marital functioning. The adverse effects of ADHD upon children and their families changes from the preschool years to primary school and adolescence, with varying aspects of the disorder being more prominent at different stages. ADHD may persist into adulthood causing disruptions to both professional and personal life."

Citation: Harpin (2005). The effect of ADHD on the life of an individual, their family, and community from preschool to adult life. *Archives of Disease in Childhood* 90(Suppl 1):i2-i7. https://doi.org/10.1136/adc.2004.059006, (accessed May 1, 2020). See Exhibit 78.

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Child and Adolescent Psychiatry and Mental Health*: "Children with ADHD and comorbid depression, anxiety, or phobias had significantly greater odds of experiencing > 2 weeks of missed school days, ≥ 6 visits to a healthcare provider (HCP), and ≥ 2 visits to the ER, compared with ADHD children without those comorbidities."

Citation: Classi *et al*. (2012). Social and emotional difficulties in children with ADHD and the impact on school attendance and healthcare utilization. *Child and Adolescent Psychiatry and Mental Health* 6(1):33.  https://doi.org/10.1186/1753-2000-6-33, (accessed May 1, 2020).  See Exhibit 79.

1   (4) For recognition of a commonly known fact to public health officials familiar with the

2   matter, Petitioners request judicial notice of the following quote from a study published in *Journal*

3   *of the American Academy of Child & Adolescent Psychiatry*:

4       "Attention-deficit/hyperactivity disorder (ADHD) is a neurobehavioral disorder
5       with childhood onset. Children with ADHD experience clinically significant
        functional impairment across settings (for example at home, in school, and with
6       friends), resulting in higher rates of unintentional injury, emergency room visits,
        peer problems, and academic failure. Approximately one-third of children
7       diagnosed with ADHD retain the diagnosis into adulthood, supporting the
        recognition of ADHD as a chronic health condition."
8

9   Citation: Visser *et al*. (2014). Trends in the parent-report of health care provider-diagnosed

10   and medicated attention-deficit/hyperactivity disorder: United States, 2003-2011. *Journal of the*

11   *American Academy of Child & Adolescent Psychiatry* 53(1):34–46.e2.

12   https://doi.org/10.1016/j.jaac.2013.09.001, (accessed May 1, 2020). See Exhibit 74.

13   **I.   Lasting impairment in adults with history of ADHD in childhood**

14   (1) For recognition of a commonly known fact to public health officials familiar with the

15   matter, Petitioners request judicial notice of the following quote from a study published in *Journal*

16   *of Clinical Child & Adolescent Psychology*:

17       "Adults with childhood attention-deficit hyperactivity disorder (ADHD)
18       experience impairment in core functional domains (e.g., educational attainment,
         occupational status, social relationships, substance abuse, and criminal behavior)"
19       and in this study to characterize impairment it was found that, "Nearly all young
         adult ADHD profiles were impaired in peer, educational, and financial domains,
20       and there was not a non-impaired ADHD profile."

21   Citation: Merrill *et al*. (2020). Functional Outcomes of Young Adults with Childhood

22   ADHD: A Latent Profile Analysis. *Journal of Clinical Child & Adolescent Psychology*, 49(2):215-

23   228.  https://doi.org/10.1080/15374416.2018.1547968, (accessed June 24, 2020).  See Exhibit 80.

24   (2) For recognition of a commonly known fact to public health officials familiar with the

25   matter, Petitioners request judicial notice of the following quote from a study published in *Journal*

26   *of Consulting and Clinical Psychology*:

27       "At age 30, adults with a history of ADHD exhibited substantially worse
28       outcomes than controls on most financial indicators, even when they and their

- 40 -

parents no longer endorsed any DSM symptoms of ADHD. Between ages 25 and 30, probands had exhibited considerably slower growth than controls in positive financial indicators (e.g., monthly income) and substantially less reduction than controls in indicators of financial dependence (e.g., living with parents), indicating worsening or sustained deficits on nearly all measures. When earnings trajectories from age 25 to age 30 were extrapolated using matched census data, male probands were projected to earn $1.27 million less than controls over their working lifetime, reaching retirement with up to 75% lower net worth."

Citation: Pelham *et al*. (2020). The long-term financial outcome of children diagnosed with ADHD. *Journal of Consulting and Clinical Psychology* 88(2):160-171. https://doi.org/10.1037/ccp0000461, (accessed May 1, 2020).  See Exhibit 81.

**J.  Economic burden of ADHD**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a review published in *Current Medical Research & Opinion*:

"The total excess cost of ADHD in the US in 2000 was $31.6 billion. Of this total, $1.6 billion was for the ADHD treatment of patients, $12.1 billion was for all other healthcare costs of persons with ADHD, $14.2 billion was for all other healthcare costs of family members of persons with ADHD, and $3.7 billion was for the work loss cost of adults with ADHD and adult family members of persons with ADHD. *Conclusion:* The annual cost of ADHD in the US is substantial. Both treated and untreated persons with ADHD, as well as their family members, impose considerable economic burdens on the healthcare system as a result of this condition."

Citation: Birnbaum *et al*. (2005). Costs of attention deficit-hyperactivity disorder (ADHD) in the US: excess costs of persons with ADHD and their family members in 2000. *Current Medical Research & Opinion* 21(2):195-206.  https://doi.org/10.1185/030079904X20303, (accessed June24, 2020).  See Exhibit 82.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a review published in *Journal of the American Academy of Child & Adolescent Psychiatry*:

"Overall national annual incremental costs of ADHD ranged from $143 to $266 billion (B). Most of these costs were incurred by adults ($105 B-$194 B) compared with children/adolescents ($38 B-$72 B). For adults, the largest cost category was productivity and income losses ($87 B-$138 B). For children, the largest cost categories were health care ($21 B-$44 B) and education ($15 B-$25

1

2

B). Spillover costs borne by the family members of individuals with ADHD were also substantial ($33 B-$43 B). Conclusion: Despite a wide range in the magnitude of the cost estimates, this study indicates that ADHD has a substantial economic impact in the United States."

3

4

5

6

Citation*: Doshi *et al.* (2012). Economic Impact of Childhood and Adult Attention-Deficit/Hyperactivity Disorder in the United States. *Journal of the American Academy of Child & Adolescent Psychiatry* 51(10):990-1002.e2. https://doi.org/10.1016/j.jaac.2012.07.008, (accessed June24, 2020).  See Exhibit 83.

7

8

9

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a review published in *Cost Effectiveness and Resource Allocation*:

10

11

12

13

14

"Results of the medical cost studies consistently indicated that children with ADHD had higher annual medical costs than either matched controls (difference ranged from $503 to $1,343) or non-matched controls (difference ranged from $207 to $1,560) without ADHD. Two studies of adult samples found similar results, with significantly higher annual medical costs among adults with ADHD (ranging from $4,929 to $5,651) than among matched controls (ranging from $1,473 to $2,771)."

15

16

17

Citation: Matza *et al.* (2005). A review of the economic burden of ADHD. *Cost Effectiveness and Resource Allocation* 3:5.  https://doi.org/10.1186/1478-7547-3-5, (accessed May 1, 2020).  See Exhibit 84.

18

19

20

21

22

23

(4) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quotes from a study published in *Journal of Attention Disorders*: 1. "In 2013, 1.4 million children aged 2 to 17 years were enrolled in NYS Medicaid."  2. "The ADHD cohort comprised 5.4% of all Medicaid-enrolled children."  3. "The total costs for the ADHD cohort (US$729.3 million) accounted for 18.1% of the total costs for children enrolled in NYS Medicaid."

24

25

26

27

Citation: Guo *et al.* (2018). Treatment Patterns and Costs Among Children Aged 2 to 17 Years With ADHD in New York State Medicaid in 2013. *Journal of Attention Disorders* 1087054718816176.  https://doi.org/10.1177/1087054718816176, (accessed May 1, 2020).  See Exhibit 85.

28

(5) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quotes from a review of *School Mental Health*:

> 1. "Results indicated that, as compared to students without ADHD, students with ADHD incurred a higher annual cost to the US Education system. Specifically, a student with ADHD incurred an average annual incremental cost to society of $5,007, as compared with $318 for students in the comparison group."

> 2. "Assuming a conservative prevalence rate of 5% for ADHD in childhood and adolescence, and extrapolating these results to the U.S. population between the ages of 5-18 (U.S. Census Bureau, 2009), the estimated annual costs associated with ADHD total $13.4 billion to the U.S. Education System. Thus, the incremental lifetime cost of educating the population of children with ADHD is approximately $174 billion over 13 years of education."

Citation: Robb *et al*. (2011). The Estimated Annual Cost of ADHD to the U.S. Education System. *School Mental Health* 3(3):169-177.  https://doi.org/10.1007/s12310-011-9057-6, (accessed May 1, 2020).  See Exhibit 86.

## 9.  Learning disorders/disabilities

### A.  Definition

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'learning disorders' from the Centers for Disease Control and Prevention website: "Having a learning disorder means that a child has difficulty in one or more areas of learning, even when overall intelligence or motivation is not affected….  Examples of Learning Disorders include: Dyslexia – difficulty with reading; Dyscalculia – difficulty with math; Dysgraphia – difficulty with writing."

Citation: Centers for Disease Control and Prevention, *Learning Disorders in Children*. https://www.cdc.gov/ncbddd/childdevelopment/learning-disorder.html, (accessed on July 1, 2020). See Exhibit 87.

### B.  Prevalence of learning disabilities

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a chapter in *Mental Disorders and Disabilities Among Low-Income Children*:

> "The estimate for current learning disabilities among children of ages 3–17 years in 2007 was 7.8 percent, with 3.7 percent rated as mild and 4.0 percent rated as moderate or severe (NSCH, 2007a,b). The estimate for learning disabilities in 2011–2012 was 8.0 percent for children of ages 3–17, with 4 percent rated as mild and 4 percent rated as moderate or severe (NSCH, 2012a)."

Citation: Boat TF, Wu JT, eds. Washington (DC): National Academies Press (US); 2015. *Mental Disorders and Disabilities Among Low-Income Children*.

https://www.ncbi.nlm.nih.gov/books/NBK332880/, (accessed on May 8, 2020). See Exhibit 88.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the National Institute on Deafness and Other Communication Disorders (NIDCD) website:

> "Nearly 1 in 12 (7.7 percent) U.S. children ages 3-17 has had a disorder related to voice, speech, language, or swallowing in the past 12 months. Among children who have a voice, speech, language, or swallowing disorder, 34 percent of those ages 3-10 have multiple communication or swallowing disorders, while 25.4 percent of those ages 11-17 have multiple disorders. Boys ages 3-17 are more likely than girls to have a voice, speech, language, or swallowing disorder (9.6 percent compared to 5.7 percent)."

Citation: National Institutes of Health, National Institute on Deafness and Other Communication Disorders, *Quick Statistics About Voice, Speech, Language*.

https://www.nidcd.nih.gov/health/statistics/quick-statistics-voice-speech-language, (accessed May 6, 2020). See Exhibit 89.

**10. Epilepsy**

**A. Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'epilepsy' from the Mayo Clinic website: "Epilepsy is a central nervous system (neurological) disorder in which brain activity becomes abnormal, causing seizures or periods of unusual behavior, sensations, and sometimes loss of awareness."

1    Citation: Mayo Clinic, *Epilepsy*, https://www.mayoclinic.org/diseases-

2    conditions/epilepsy/symptoms-causes/syc-20350093, (accessed July 1, 2020). See Exhibit 90.

3    **B.  Prevalence of Epilepsy**

4    For recognition of a commonly known fact to public health officials familiar with the matter,

5    Petitioners request judicial notice of the following quote from the Centers for Disease Control and

6    Prevention website: "In 2015, 1.2% of the US population had active epilepsy. This is about 3.4

7    million people with epilepsy nationwide: 3 million adults and 470,000 children."

8    Citation: Centers for Disease Control and Prevention, *Epilepsy Data and Statistics.*

9    https://www.cdc.gov/epilepsy/data/index.html, (accessed July 1, 2020). See Exhibit 91.

10    **C.  Increasing Prevalence of Epilepsy**

11    For recognition of a commonly known fact to public health officials familiar with the matter,

12    Petitioners request judicial notice of the following quote from the Centers for Disease Control and

13    Prevention website: "The number of adults with active epilepsy rose from 2.3 million in 2010 to 3

14    million in 2015. The number of children with the condition increased from 450,000 in 2007 to

15    470,000 in 2015."

16    Citation: Centers for Disease Control and Prevention, *More Americans have epilepsy than*

17    *ever before.*  https://www.cdc.gov/media/releases/2017/p0810-epilepsy-prevalence.html, (accessed

18    July 1, 2020). See Exhibit 92.

19    **11. Febrile seizures**

20    **A.  Definition and Prevalence**

21    (1) For recognition of a commonly known fact to public health officials familiar with the

22    matter, Petitioners request judicial notice of the following description of 'febrile seizures' from the

23    Centers for Disease Control and Prevention: "Sometimes, fevers can cause a child to experience

24    spasms or jerky movements called seizures. Seizures caused by fever are called 'febrile seizures'."

25    Citation: Centers for Disease Control and Prevention, *Childhood Vaccines and Febrile*

26    *Seizures.* https://www.cdc.gov/vaccinesafety/concerns/febrile-seizures.html, (accessed July 1,

27    2020). See Exhibit 93.

28

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website:

> "Up to 5% of young children will have a febrile seizure at some time in their life. Febrile seizures happen in children between the ages of 6 months and 5 years, with most occurring between 14–18 months of age. About 1 out of every 3 children who have a febrile seizure will have at least one more during childhood."

Citation: Centers for Disease Control and Prevention, *Childhood Vaccines and Febrile Seizures*. https://www.cdc.gov/vaccinesafety/concerns/febrile-seizures.html, (accessed July 1, 2020). See Exhibit 93.

**B. Vaccination is a probable suspect in etiology of febrile seizures**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website: 1 ."Studies have shown that for children younger than 7 years old, there is a very small increased risk of febrile seizures approximately 6 to 14 days after MMR vaccination; this happens in about 1 in 3,000 to 4,000 children."

Citation: Centers for Disease Control and Prevention, *Measles, Mumps, Rubella (MMR) Vaccine, Safety Information.* https://www.cdc.gov/vaccinesafety/vaccines/mmr-vaccine.html, (accessed July 1, 2020).  See Exhibit 94.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website:

> "There is a small increased risk for febrile seizures when inactivated influenza vaccine (flu shot) is given at the same doctor visit as either the PCV13 (pneumococcal) vaccine or the DTaP vaccine…. There may be a small increase in the risk of febrile seizure when PCV13 (pneumococcal) vaccine is given by itself."

Citation: Centers for Disease Control and Prevention, *Childhood Vaccines and Febrile Seizures*. https://www.cdc.gov/vaccinesafety/concerns/febrile-seizures.html, (accessed July 1, 2020). See Exhibit 93.

**C. Prevalence of febrile seizures**

Citation: Centers for Disease Control and Prevention, *Childhood Vaccines and Febrile Seizures*. https://www.cdc.gov/vaccinesafety/concerns/febrile-seizures.html, (accessed July 1, 2020). See Exhibit 93.

**12. <u>Tourette syndrome (TS)</u>**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'Tourette syndrome' from the U.S. National Library of Medicine: "Tourette syndrome is a complex disorder characterized by repetitive, sudden, and involuntary movements or noises called tics. Tics usually appear in childhood, and their severity varies over time."

Citation: U.S. National Library of Medicine, Genetics Home Reference. *Tourette Syndrome* (accessed on June 25, 2020).  See Exhibit 95.

**B.  Prevalence of TS**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website: "Studies that included children with diagnosed and undiagnosed TS [Tourette syndrome] have estimated that 1 of every 162 children (0.6%) have TS."

Citation: Centers for Disease Control and Prevention, *Data & Statistics on Tourette Syndrome*. https://www.cdc.gov/ncbddd/tourette/data.html, (accessed July 1, 2020). See Exhibit 96.

**C.  Etiology of TS**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quotes from the Centers for Disease Control and Prevention website: 1. "The causes of TS and other tic disorders are not well understood." 2. "Some research has shown that TS is a genetically complex disorder that likely occurs as a result of the effects of multiple genes interacting with other factors in the environment. Scientists are studying other possible causes and environmental risk factors that might contribute to TS."

Citation: Centers for Disease Control and Prevention, *Risk Factors and Causes for Tourette Syndrome*. https://www.cdc.gov/ncbddd/tourette/riskfactors.html, (accessed July 1, 2020). See Exhibit 97.

### D. Comorbid conditions

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website:

> "Among children diagnosed with TS, 86% also have been diagnosed with at least one additional mental, behavioral, or developmental disorder, such as: 63% had ADHD. 26% had behavioral problems, such as oppositional defiant disorder (ODD) or conduct disorder (CD). 49% had anxiety problems. 25% had depression. 35% had autism spectrum disorder. 47% had learning disabilities. 29% had speech or language problems. 30% had developmental delays. 12% had intellectual disabilities. More than one-third of people with TS also have obsessive-compulsive disorder. 42.6% have at least one co-occurring chronic health condition."

Citation: Centers for Disease Control and Prevention, *Data & Statistics on Tourette Syndrome*. https://www.cdc.gov/ncbddd/tourette/data.html, (accessed July 1, 2020). See Exhibit 96.

### 13. Mental Illness/Disorder

### A. Any Mental Illness (AMI) and Serious Mental Illness (SMI)

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'any mental illness' from the National Institute of Mental Health website: "Any mental illness (AMI) is defined as a mental, behavioral, or emotional disorder. AMI can vary in impact, ranging from no impairment to mild, moderate, and even severe impairment (e.g., individuals with serious mental illness as defined below)."

Citation: National Institute of Mental Health, *Mental Illness*. https://www.nimh.nih.gov/health/statistics/mental-illness.shtml, (accessed July 1, 2020). See Exhibit 98.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'serious mental illness' from

the National Institute of Mental Health website: "Serious mental illness (SMI) is defined as a mental, behavioral, or emotional disorder resulting in serious functional impairment, which substantially interferes with or limits one or more major life activities. The burden of mental illnesses is particularly concentrated among those who experience disability due to SMI."

Citation: National Institute of Mental Health, *Mental Illness*. https://www.nimh.nih.gov/health/statistics/mental-illness.shtml, (accessed July 1, 2020). See Exhibit 98.

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the National Institute of Mental Health website: "In 2017, there were an estimated 46.6 million adults aged 18 or older in the United States with AMI. This number represented 18.9% of all U.S. adults."

Citation: National Institute of Mental Health, *Mental Illness*. https://www.nimh.nih.gov/health/statistics/mental-illness.shtml, (accessed July 1, 2020). See Exhibit 98.

(4) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the National Institute of Mental Health website: "In 2017, there were an estimated 11.2 million adults aged 18 or older in the United States with SMI. This number represented 4.5% of all U.S. adults."

Citation: National Institute of Mental Health, *Mental Illness*. https://www.nimh.nih.gov/health/statistics/mental-illness.shtml, (accessed July 1, 2020). See Exhibit 98.

(5) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the National Institute of Mental Health website: "An estimated 49.5% of adolescents [aged 13-18] had any mental disorder. Of adolescents with any mental disorder, an estimated 22.2% had severe impairment."

Citation: National Institute of Mental Health, *Mental Illness*. https://www.nimh.nih.gov/health/statistics/mental-illness.shtml, (accessed July 1, 2020). See Exhibit 98.

**B. Children's mental disorders**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote of 'children's mental disorders' from the Centers for Disease Control and Prevention website: "Mental disorders among children are described as serious changes in the way children typically learn, behave, or handle their emotions, which cause distress and problems getting through the day."

Citation: Centers for Disease Control and Prevention, *Children's Mental Disorders*. https://www.cdc.gov/childrensmentalhealth/symptoms.html  (accessed July 1, 2020). See Exhibit 99.

**C. Prevalence and economic burden of mental disorders in young children**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Child Mind Institute report: "Mental health disorders are the most common health issues faced by our nation's school-aged children. One in five children suffers from a mental health or learning disorder, and 80% of chronic mental disorders begin in childhood."

Citation: Child Mind Institute, *2016 Child Mind Institute Children's Mental Health Report*. https://childmind.org/downloads/2016%20Childrens%20Mental%20Health%20Report.pdf, (accessed May 6, 2020). See Exhibit 100.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website: "It is estimated that as many as 1 out of 5 children experience a mental disorder in a given year, and an estimated $247 billion is spent each year on treatment and management of childhood mental disorders."

Citation: United States Centers for Disease Control and Prevention, *Improving Children's Behavioral Health*. https://www.cdc.gov/childrensmentalhealth/features/child-mental-health.html, (accessed July 1, 2020). See Exhibit 101.

**D. Vaccination is a probable suspect in etiology of mental disorders**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Frontiers in Psychiatry*:

> "Subjects with newly diagnosed AN [anorexia nervosa] were more likely than controls to have had any vaccination in the previous 3 months. Influenza vaccinations during the prior 3, 6, and 12 months were also associated with incident diagnoses of AN, OCD, and an anxiety disorder. Several other associations were also significant with HRs greater than 1.40 (hepatitis A with OCD and AN; hepatitis B with AN; and meningitis with AN and chronic tic disorder)."

Citation: Leslie *et al*. (2017). Temporal Association of Certain Neuropsychiatric Disorders Following Vaccination of Children and Adolescents: A Pilot Case-Control Study. *Frontiers in Psychiatry* 8:3. https://doi.org/10.3389/fpsyt.2017.00003, (accessed May 13, 2020).  See Exhibit 102.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Brain, Behavior, and Immunity*: "Greater increases in IL-6 were associated with greater mood disturbance on post-vaccine days, specifically depressed mood and cognitive symptoms."

Citation: Kuhlman *et al.* (2018). Within-subject associations between inflammation and features of depression: Using the flu vaccine as a mild inflammatory stimulus. *Brain, Behavior, and Immunity* 69:540-547.  https://doi.org/10.1016/j.bbi.2018.02.001, (accessed May 13, 2020).  See Exhibit 103.

**14. Depression**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'depression' from the National Institute of Mental Health website: "Depression (major depressive disorder or clinical depression) is a common but serious mood disorder. It causes severe symptoms that affect how you feel, think, and handle daily activities, such as sleeping, eating, or working."

1    Citation: National Institute of Mental Health, *Depression*.

2    https://www.nimh.nih.gov/health/topics/depression/index.shtml   (accessed July 1, 2020). See

3    Exhibit 104.

4    **B.  Prevalence of depression in children**

5    For recognition of a commonly known fact to public health officials familiar with the matter,

6    Petitioners request judicial notice of the following quote from the Centers of Disease Control and

7    Prevention website: "3.2% of children aged 3-17 years (approximately 1.9 million) have diagnosed

8    depression."

9    Citation: Centers for Disease Control and Prevention, *Anxiety and depression in children:*

10   *Get the facts.*  https://www.cdc.gov/childrensmentalhealth/features/anxiety-depression-

11   children.html, (accessed July 1, 2020).  See Exhibit 105.

12   **C.  Prevalence of depression in adults**

13   (1)    For recognition of a commonly known fact to public health officials familiar with the

14   matter, Petitioners request judicial notice of the following quote from the Centers of Disease

15   Control and Prevention website: "During 2013–2016, 8.1% of American adults aged 20 and over

16   had depression in a given 2-week period."

17   Citation: Centers for Disease Control and Prevention, National Center for Health Statistics,

18   *Prevalence of Depression Among Adults Aged 20 and Over: United States, 2013–2016*, NCHS Data

19   Brief No. 303, February 2018. https://www.cdc.gov/nchs/data/databriefs/db303.pdf, accessed May

20   5, 2020).  See Exhibit 106.

21   (2)    For recognition of a commonly known fact to public health officials familiar with the

22   matter, Petitioners request judicial notice of the following quote from the U.S. Department of

23   Health and Human Services, Substance Abuse and Mental Health Services Administration

24   (SAMHSA): "The percentage of adolescents aged 12 to 17 in 2018 who had a past year MDE

25   [major depressive episode] was higher than the percentages in 2004 to 2017."

26   Citation: Department of Health and Human Services (HHS), Substance Abuse and Mental

27   Health Services Administration (SAMHSA), *Key Substance Use and Mental Health Indicators in*

28   *the United States: Results from the 2018 National Survey on Drug Use and Health.*

1  https://www.samhsa.gov/data/sites/default/files/cbhsq-

2  reports/NSDUHNationalFindingsReport2018/NSDUHNationalFindingsReport2018.pdf, (accessed

3  July 5, 2020). See Exhibit 107.

4    **15. <u>Anxiety Disorders</u>**

5      **A.  Definition and prevalence in children**

6        (1) For recognition of a commonly known fact to public health officials familiar with the

7  matter, Petitioners request judicial notice of the following definition of 'anxiety disorders' from the

8  National Institute of Mental Health website: "anxiety disorders involve more than temporary worry

9  or fear. For a person with an anxiety disorder, the anxiety does not go away and can get worse over

10 time. The symptoms can interfere with daily activities such as job performance, school work, and

11 relationships."

12       Citation: National Institute of Mental Health, *Anxiety Disorders*,

13 https://www.nimh.nih.gov/health/topics/anxiety-disorders/index.shtml, (accessed July 1, 2020).  See

14 Exhibit 108.

15       (2) For recognition of a commonly known fact to public health officials familiar with the

16 matter, Petitioners request judicial notice of the following quote from the Centers for Disease

17 Control and Prevention: "7.1% of children aged 3-17 years (approximately 4.4 million) have

18 diagnosed anxiety."

19       Citation: Centers for Disease Control and Prevention, *Anxiety and depression in children:*

20 *Get the facts.*  https://www.cdc.gov/childrensmentalhealth/features/anxiety-depression-

21 children.html  (accessed July 1, 2020).  See Exhibit 105.

22     **B.  Prevalence of anxiety disorders in adults, and Impact**

23       For recognition of a commonly known fact to public health officials familiar with the matter,

24 Petitioners request judicial notice of the following quote from Anxiety and Depression Association

25 of America (ADAA):

26       "Anxiety disorders are the most common mental illness in the U.S., affecting 40
27       million adults in the United States age 18 and older, or 18.1% of the population
         every year…. People with an anxiety disorder are three to five times more likely
28

to go to the doctor and six times more likely to be hospitalized for psychiatric disorders than those who do not suffer from anxiety disorders."

Citation: Anxiety and Depression Association of America, *Fact and Statistics*. https://adaa.org/about-adaa/press-room/facts-statistics, (accessed July 1, 2020).  See Exhibit 109.

### 16. Obsessive-compulsive disorder (OCD)

#### A.  Definition

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'obsessive-compulsive disorder' from the National Institute of Mental Health website: "Obsessive-Compulsive Disorder (OCD) is a common, chronic, and long-lasting disorder in which a person has uncontrollable, reoccurring thoughts (obsessions) and/or behaviors (compulsions) that he or she feels the urge to repeat over and over."

Citation: National Institute of Mental Health. *Obsessive Compulsive Disorder.* https://www.nimh.nih.gov/health/topics/obsessive-compulsive-disorder-ocd/index.shtml, (accessed July 1, 2020).  See Exhibit 110.

#### B.  Prevalence of OCD

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Archives of Disease in Childhood*: "Once considered to be rare in youth, epidemiological studies have found an estimated prevalence [of OCD] of 0.25%–4% among children and adolescents."

Citation: Krebs & Heyman (2015). Obsessive-compulsive disorder in children and adolescents. *Archives of Disease in Childhood* 100(5):495-499. https://doi.org/10.1136/archdischild-2014-306934, (accessed May 7, 2020).  See Exhibit 111.

#### C.  Etiology of OCD

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website:

"It is not known exactly why some children develop OCD. There is likely to be a biological and neurological component, and some children with OCD also have Tourette syndrome or other tic disorders. There are some studies that suggest that health problems during pregnancy and birth may make OCD more likely, which is one of many important reasons to support the health of women during pregnancy."

Citation: Centers for Disease Control and Prevention, *Obsessive-Compulsive Disorder in Children.* https://www.cdc.gov/childrensmentalhealth/ocd.html, (accessed July 1, 2020).  See Exhibit 112.

### 17. Suicide and self-harm

#### A.  Increased rate of suicide

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website: "From 1999 through 2017, the age-adjusted suicide rate increased 33% from 10.5 to 14.0 per 100,000."

Citation: Centers for Disease Control and Prevention, National Center for Health Statistics Data Brief No. 330, November, 2108.  *Suicide Mortality in the United States, 1999–2017*, https://www.cdc.gov/nchs/products/databriefs/db330.htm, (accessed May 13, 2020). See Exhibit 113.

#### B.  Increased hospital visits for self-harming behavior

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Journal of the American Medical Association (JAMA)*: "Youth self-inflicted injury Emergency Department (ED) visit rates were relatively stable before 2008. However, rates among females significantly increased thereafter—particularly among females aged 10 to 14 years, who experienced an 18.8% annual increase from 2009 to 2015."

Citation: Mercado *et al*. (2017). Trends in Emergency Department Visits for Nonfatal Self-inflicted Injuries Among Youth Aged 10 to 24 Years in the United States, 2001-2015. *JAMA* 318(19):1931–1933.  https://doi.org/10.1001/jama.2017.13317, (accessed May 13, 2020).  See Exhibit 114.

**18. Diabetes**

**A. Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'diabetes' from the National Institute of Diabetes and Digestive and Kidney Diseases: "Diabetes is a disease that occurs when your blood glucose, also called blood sugar, is too high."

Citation: National Institute of Diabetes and Digestive and Kidney Diseases, *What is Diabetes?* https://www.niddk.nih.gov/health-information/diabetes/overview/what-is-diabetes, (accessed July 1, 2020).  See Exhibit.

**B. Prevalence of diabetes**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the American Diabetes Association website: "In 2018, 34.2 million Americans, or 10.5% of the population, had diabetes."

Citation: The American Diabetes Association, *Statistics About Diabetes*. https://www.diabetes.org/resources/statistics/statistics-about-diabetes, (accessed July 1, 2020).  See Exhibit 116.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the American Diabetes Association website: "About 210,000 Americans under age 20 are estimated to have diagnosed diabetes, approximately 0.25% of that population."

Citation: The American Diabetes Association, *Statistics About Diabetes*. https://www.diabetes.org/resources/statistics/statistics-about-diabetes, (accessed July 1, 2020).  See Exhibit 116.

**C. Increasing prevalence of diabetes**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Journal of the American Medical Association (JAMA):* "Between 2001 and 2009 in 5 areas of the United States, the prevalence of both type 1 and type 2 diabetes among children and adolescents increased."

Citation: Dabelea *et al.* (2014). Prevalence of type 1 and type 2 diabetes among children and adolescents from 2001 to 2009. *JAMA* 311(17):1778-1786. https://doi.org/10.1001/jama.2014.3201, (accessed May 13, 2020).  See Exhibit 117.

**D.  Economic burden of diabetes**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Diabetes Care*:

> "The total estimated cost of diagnosed diabetes in 2017 is $327 billion, including
> $237 billion in direct medical costs and $90 billion in reduced productivity. For
> the cost categories analyzed, care for people with diagnosed diabetes accounts for
> 1 in 4 health care dollars in the U.S., and more than half of that expenditure is
> directly attributable to diabetes. People with diagnosed diabetes incur average
> medical expenditures of ∼$16,750 per year, of which ∼$9,600 is attributed to
> diabetes. People with diagnosed diabetes, on average, have medical expenditures
> ∼2.3 times higher than what expenditures would be in the absence of diabetes.
> Indirect costs include increased absenteeism ($3.3 billion) and reduced
> productivity while at work ($26.9 billion) for the employed population, reduced
> productivity for those not in the labor force ($2.3 billion), inability to work
> because of disease-related disability ($37.5 billion), and lost productivity due to
> 277,000 premature deaths attributed to diabetes ($19.9 billion)."

Citation: The American Diabetes Association (2018). Economic Costs of Diabetes in the U.S. in 2017. *Diabetes Care* dci180007. https://doi.org/10.2337/dci18-0007, (accessed May 13, 2020).  See Exhibit 118.

**19. Type 1 Diabetes (T1D)/ Juvenile Diabetes**

**A.  Definition and Prevalence of T1D**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'type 1 diabetes/ juvenile diabetes' from the Mayo Clinic: "Type 1 diabetes, once known as juvenile diabetes or insulin-dependent diabetes, is a chronic condition in which the pancreas produces little or no insulin. Insulin is a hormone needed to allow sugar (glucose) to enter cells to produce energy."

Citation: Mayo Clinic, *Type 1 Diabetes*. https://www.mayoclinic.org/diseases-conditions/type-1-diabetes/symptoms-causes/syc-20353011  (accessed July 1, 2020).  See Exhibit 119.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the American Diabetes Association: "Nearly 1.6 million Americans have type 1 diabetes, including about 187,000 children and adolescents."

Citation: The American Diabetes Association, *Statistics About Diabetes*. https://www.diabetes.org/resources/statistics/statistics-about-diabetes, (accessed July 1, 2020).  See Exhibit 116.

**B.  Growing prevalence of T1D**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Journal of the American Medical Association (JAMA):* "type 1 diabetes increased between 2001 and 2009 in all sex, age, and race/ethnic subgroups except for those with the lowest prevalence (age 0–4 years and American Indians). Adjusted for completeness of ascertainment, there was a 21.1% (95% CI, 15.6%–27.0%) increase in type 1 diabetes over 8 years."

Citation: Dabelea *et al*. (2014). Prevalence of type 1 and type 2 diabetes among children and adolescents from 2001 to 2009. *JAMA* 311(17):1778-1786. https://doi.org/10.1001/jama.2014.3201, (accessed May 13, 2020).  See Exhibit 117.

**20. <u>Cancer</u>**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'cancer' from the National Cancer Institute website: "a term for diseases in which abnormal cells divide without control and can invade nearby tissues."

Citation: National Cancer Institute, *NCI Dictionary of Cancer Terms*. https://www.cancer.gov/publications/dictionaries/cancer-terms/def/cancer, (accessed July 1, 2020). See Exhibit 121.

**B.  Common types of childhood cancer**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the National Cancer Institute website:

> "Overall, among children and adolescents (ages 0 to 19) in the United States, the most common types of cancer are leukemias, brain and central nervous system tumors, and lymphomas. Among children (ages 0 to 14 years), the most common types of cancer are leukemias, followed by brain and other central nervous system tumors, lymphomas, soft tissue sarcomas (of which half are rhabdomyosarcoma), neuroblastoma, and kidney tumors. Among adolescents (ages 15 to 19 years), the most common types of cancer are brain and other central nervous system tumors and lymphomas, followed by leukemias, gonadal (testicular and ovarian) germ cell tumors, thyroid cancer, and melanoma."

Citation: National Cancer Institute, *Child and Adolescent Cancers Fact Sheet*. https://www.cancer.gov/types/childhood-cancers/child-adolescent-cancers-fact-sheet, (accessed July 1, 2020).  See Exhibit.

**C.  Childhood cancer statistics**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the American Cancer Society website:

> "About 11,050 children in the United States under the age of 15 will be diagnosed with cancer in 2020…. Childhood cancer rates have been rising slightly for the past few decades…. After accidents, cancer is the second leading cause of death in children ages 1 to 14. About 1,190 children under the age of 15 are expected to die from cancer in 2020."

Citation: American Cancer Society, *Key Statistics for Childhood Cancers*. https://www.cancer.org/cancer/cancer-in-children/key-statistics.html, (accessed July 1, 2020).  See Exhibit 123.

**D.  Growing rates of colorectal cancer among young adults**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Journal of the National Cancer Institute*: "Compared with adults born circa 1950, those born circa 1990 have

1  double the risk of colon cancer (IRR = 2.40, 95% CI = 1.11 to 5.19) and quadruple the risk of rectal

2  cancer (IRR = 4.32, 95% CI = 2.19 to 8.51)."

3      Citation: Siegel *et al*. (2017). Colorectal Cancer Incidence Patterns in the United States,

4  1974–2013. *Journal of the National Cancer Institute* 109(8):djw322.

5  https://doi.org/10.1093/jnci/djw322, (accessed May 13, 2020).  See Exhibit 124.

6      **21. Infertility**

7      **A. Definitions**

8      **Infertility**

9      (1) For recognition of a commonly known fact to public health officials familiar with the

10  matter, Petitioners request judicial notice of the following definition of 'infertility' from the Centers

11  for Disease Control and Prevention website: "In general, infertility is defined as not being able to

12  get pregnant (conceive) after one year (or longer) of unprotected sex."

13      Citation: Centers for Disease Control and Prevention, *Infertility FAQs*.

14  https://www.cdc.gov/reproductivehealth/infertility/index.htm, (accessed May 13, 2020).  See

15  Exhibit 125.

16      **Impaired fecundity**

17      (2) For recognition of a commonly known fact to public health officials familiar with the

18  matter, Petitioners request judicial notice of the following definition of 'impaired fecundity' from

19  the Centers for Disease Control and Prevention website: "Impaired fecundity is a condition related

20  to infertility and refers to women who have difficulty getting pregnant or carrying a pregnancy to

21  term."

22      Citation: Centers for Disease Control and Prevention, *Infertility FAQs*.

23  https://www.cdc.gov/reproductivehealth/infertility/index.htm, (accessed July 1, 2020).  See Exhibit

24  125.

25      **B. Prevalence of infertility and impaired fecundity**

26      For recognition of a commonly known fact to public health officials familiar with the matter,

27  Petitioners request judicial notice of the following quote from the Centers for Disease Control and

28  Prevention website:

"About 6% of married women aged 15 to 44 years in the United States are unable to get pregnant after one year of trying (infertility). Also, about 12% of women aged 15 to 44 years in the United States have difficulty getting pregnant or carrying a pregnancy to term, regardless of marital status (impaired fecundity)."

Citation: Centers for Disease Control and Prevention, *Infertility FAQs*. https://www.cdc.gov/reproductivehealth/infertility/index.htm, (accessed July 1, 2020).  See Exhibit 125.

**22. Allergy**

**A.  Definitions**

**Allergy**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'allergy' from *Farlex Partner Medical Dictionary*: 'allergy is "hypersensitivity caused by exposure to a particular antigen (allergen) resulting in a marked increase in reactivity to that antigen on subsequent exposure, sometimes resulting in harmful immunologic consequences." '

Citation: *Farlex Partner Medical Dictionary*. (2012). https://medical-dictionary.thefreedictionary.com/allergy, (accessed July 1, 2020).  See Exhibit 126.

**Allergic rhinitis/ hay fever**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'allergic rhinitis' from *Gale Encyclopedia of Medicine:* "Allergic rhinitis, more commonly referred to as hay fever, is an inflammation of the nasal passages caused by allergic reaction to airborne substances."

Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-dictionary.thefreedictionary.com/allergic+rhinitis, (accessed October 18, 2020).  See Exhibit 127.

**Food allergy**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'food allergy' from *Collins Dictionary of Medicine*: 'food allergy is "sensitivity to one or more of the components of normal diets."

1    Citation: *Collins Dictionary of Medicine*. (2004, 2005). https://medical-

2    dictionary.thefreedictionary.com/food+allergy, (accessed July 1, 2020).  See Exhibit 128.

3    **Atopic dermatitis (AD) / eczema**

4    For recognition of a commonly known fact to public health officials familiar with the matter,

5    Petitioners request judicial notice of the following definition of 'atopic dermatitis' from *Gale*

6    *Encyclopedia of Medicine*: "Atopic dermatitis, a form of eczema, is a non-contagious disorder

7    characterized by chronically inflamed skin and sometimes intolerable itching."

8    Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-

9    dictionary.thefreedictionary.com/atopic+dermatitis, (accessed July 1, 2020).  See Exhibit 129.

10    **Anaphylaxis**

11    For recognition of a commonly known fact to public health officials familiar with the matter,

12    Petitioners request judicial notice of the following definition of 'anaphylaxis' from *Gale*

13    *Encyclopedia of Medicine:* "Anaphylaxis is a rapidly progressing, life-threatening allergic

14    reaction."

15    Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-

16    dictionary.thefreedictionary.com/anaphylaxis, (accessed July 1, 2020).  See Exhibit 130.

17    **B.  Prevalence of allergy**

18    (1) For recognition of a commonly known fact to public health officials familiar with the

19    matter, Petitioners request judicial notice of the following quotes from the Asthma and Allergy

20    Foundation of America website: 1. "More than 50 million Americans have experienced various

21    types of allergies each year." 2. "Allergic conditions are the most common health issues affecting

22    children in the U.S.  In 2015, 8.2 percent of adults and 8.4 percent of children were diagnosed with

23    hay fever."

24    Citation: Asthma and Allergy Foundation of America, *Allergy Facts and Figures.*

25    https://www.aafa.org/allergy-facts/, (accessed July 1, 2020).  See Exhibit 131.

26    (2) For recognition of a commonly known fact to public health officials familiar with the

27    matter, Petitioners request judicial notice of the following quote from the Centers for Disease

28    Control and Prevention: 'for "children under 18 years,

**A.** Number with reported hay fever in the past 12 months: 5.2 million

**B.** Percent with reported hay fever in the past 12 months: 7.2%

**C.** Number with reported respiratory allergies in the past 12 months: 7.1 million

**D.** Percent with reported respiratory allergies in the past 12 months: 9.6%

**E.** Number with reported food allergies in the past 12 months: 4.8 million

**F.** Percent with reported food allergies in the past 12 months: 6.5%

**G.** Number with reported skin allergies in the past 12 months: 9.2 million

**H.** Percent with reported skin allergies in the past 12 months: 12.6%"

For "adults aged 18 and over,

**I.** Number with diagnosed hay fever in the past 12 months: 19.2 million

**J.** Percent with diagnosed hay fever in the past 12 months: 7.7%" '

Citation: Centers for Disease Control and Prevention, *Allergies and Hay Fever.* https://www.cdc.gov/nchs/fastats/allergies.htm, (accessed July 1, 2020).  See Exhibit 132.

**C.  Prevalence of food allergy**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Food Allergy Research and Education (FARE) website:

> "Approximately 32 million people in the United States have food allergies. Nearly 11 percent of people age 18 or older – more than 26 million adults – have food allergies. Results from a 2015-2016 survey of more than 38,000 children indicate that 5.6 million children, or nearly 8 percent, have food allergies. That's one in 13 children, or roughly two in every classroom." Specific food allergies affecting Americans include: shellfish: 8.2 million, milk: 6.1 million, peanut: 6.1 million, tree nuts: 3.9 million, egg: 2.6 million, fin fish: 2.6 million, wheat: 2.4 million, soy: 1.9 million, sesame: 0.7 million. About 40 percent of children with food allergies are allergic to more than one food."

Citation: Food Allergy Research and Education, *Fact and Statistics.* https://www.foodallergy.org/resources/facts-and-statistics, (accessed May 12, 2020).  See Exhibit 133.

**D.  Prevalence of respiratory allergy in children and Increase in prevalence of allergy**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website: "Respiratory allergy prevalence increased with the increase of age (10.8% among 0–4 years, 17.4% among 5–9 years, and 20.8% among 10–17 years).

Citation: Centers for Disease Control and Prevention, National Center for Health Statistics, Data Brief No. 121, 2013. *Trends in Allergic Conditions Among Children: United States, 1997–2011*. https://www.cdc.gov/nchs/data/databriefs/db121.pdf, (accessed April 29, 2020).  See Exhibit 134.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention Data Brief: "Among children aged 0–17 years, the prevalence of food allergies increased from 3.4% in 1997–1999 to 5.1% in 2009–2011. The prevalence of skin allergies increased from 7.4% in 1997–1999 to 12.5% in 2009–2011."

Citation: Centers for Disease Control and Prevention, *National Children's Health Survey Data Brief No. 121, 2013. Trends in Allergic Conditions Among Children: United States, 1997–2011*. https://www.cdc.gov/nchs/data/databriefs/db121.pdf, (accessed May 12, 2020).  See Exhibit 134.

**E.  Increase in prevalence of anaphylaxis**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Current Allergy and Asthma Reports*: "The occurrence of anaphylaxis is increasing across all ages in the United States, with increased risk of worse outcome in teenagers/young adults and in those with comorbid conditions such as asthma."

Citation: Dinakar (2012). Anaphylaxis in children: current understanding and key issues in diagnosis and treatment. *Current Allergy and Asthma Reports* 12(6):641-649. https://doi.org/10.1007/s11882-012-0284-1, (accessed May 12, 2020).  See Exhibit 135.

**F.  Medical and economic burden of food allergy**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *JAMA Pediatrics:* "Food allergies cost about $24.8 Billion per year."

Citation: Gupta *et al*. (2013). The economic impact of childhood food allergy in the United States. *JAMA Pediatrics* 167(110):1026-1031. https://doi.org/10.1001/jamapediatrics.2013.2376, (accessed May 12, 2020).  See Exhibit 136.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Food Allergy Research and Education (FARE) website*:* "Each year in the U.S., 200,000 people require emergency medical care for allergic reactions to food.  Pediatric hospitalizations for food allergy tripled between the late 1990s and the mid-2000s. Between 2004 and 2006, an average of 9,500 children received in-patient hospital care for food allergies each year."

Citation: Food Allergy Research and Education: *Fact and Statistics.* https://www.foodallergy.org/resources/facts-and-statistics, (accessed May 12, 2020).  See Exhibit 133.

**G.  Aluminum adjuvant is a reasonable suspect in etiology of allergy**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Genetics and Molecular Research*: "This study evaluated different dosage forms of aluminum adjuvant in generating allergic rhinitis animal models."

Citation: Xi *et al*. (2014). Role of aluminum adjuvant in producing an allergic rhinitis animal model. *Genetics and Molecular Research* 13(3):5173-5181. https://doi.org/10.4238/2014.July.7.10, (accessed May 12, 2020).  See Exhibit 137.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *International Archives of Allergy and Immunology:* "Brown Norway rats were sensitized to protein extracts (RuBisCO, apple, soy, peanut, garden pea) or ovalbumin (OVA) combined with *Bordetella pertussis* and aluminum hydroxide, followed by oral allergen challenges."

Citation: Ahrens *et al.* (2014). Development of an animal model to evaluate the allergenicity of food allergens. *International Archives of Allergy and Immunology* 164(2):89-96. https://doi.org/10.1159/000363109, (accessed May 12, 2020).  See Exhibit 138.

**23. Asthma**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'asthma' from *Gale Encyclopedia of Medicine*:

> "Asthma is a chronic (long-lasting) inflammatory disease of the airways. In those susceptible to asthma, this inflammation causes the airways to spasm and swell periodically so that the airways narrow. The individual then must wheeze or gasp for air. Obstruction to air flow either resolves spontaneously or responds to a wide range of treatments, but continuing inflammation makes the airways hyper-responsive to stimuli such as cold air, exercise, dust mites, pollutants in the air, and even stress and anxiety."

Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-dictionary.thefreedictionary.com/asthma, (accessed July 1, 2020).  See Exhibit 139.

**B.  Prevalence of asthma**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following figures from the Centers of Disease Control and Prevention website: 'Asthma affects over 24 million people (2018) , including over 5 million children under age 18 (2018)…"

Citation: Centers for Disease Control and Prevention, *Most Recent National Asthma Data.* https://www.cdc.gov/asthma/most_recent_national_asthma_data.htm, (accessed July 1, 2020).  See Exhibit 140.

**C.  Increasing prevalence of asthma**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following figures from the Centers of Disease Control and Prevention website: "Asthma is increasing every year in the US. Too many people have asthma.

1   The number of people with asthma continues to grow. One in 12 people (about 25 million, or 8% of

2   the population) had asthma in 2009, compared with 1 in 14 (about 20 million, or 7%) in 2001."

3           Citation: Centers for Disease Control and Prevention, *Asthma in the US.*

4   https://www.cdc.gov/vitalsigns/asthma/index.html, (accessed July 1, 2020).  See Exhibit 141.

5           **D.  Economic burden of asthma**

6           For recognition of a commonly known fact to public health officials familiar with the matter,

7   Petitioners request judicial notice of the following quote from a paper published in *Annals of Global*

8   *Health*: "In the United States, asthma cost about $3,300 per patient each year in medical expenses.

9   Medical costs associated with asthma increased from $48.6 billion in 2002 to $50.1 billion in 2007,

10  and will likely keep growing."

11          Citation: Serebrisky & Wiznia (2019). Pediatric Asthma: A Global Epidemic. *Ann Glob*

12  *Health* 85(1):6.  https://doi.org/10.5334/aogh.2416, (accessed May 12, 2020).  See Exhibit 142.

13          **E.  Etiology of asthma**

14          (1) For recognition of a commonly known fact to public health officials familiar with the

15  matter, Petitioners request judicial notice of the following quote from the Centers of Disease

16  Control and Prevention website: "In most cases, we don't know the exact causes of asthma and we

17  don't know how to cure it."

18          Citation: Centers for Disease Control and Prevention, *You Can Control Your Asthma.*

19  https://www.cdc.gov/nceh/features/asthmaawareness/index.html, (accessed July 1, 2020).  See

20  Exhibit 143.

21          (2) For recognition of a commonly known fact to public health officials familiar with the

22  matter, Petitioners request judicial notice of the following quote from a review published in *Expert*

23  *Review of Clinical Immunology*: "Asthma is generally believed to result from gene-environment

24  interactions."

25          Citation: Propp & Becker (2013). Prevention of asthma: where are we in the 21st century?

26  *Expert Review of Clinical Immunology* 9(12):1267–1278.

27  https://doi.org/10.1586/1744666x.2013.858601, (accessed July 1, 2020).  See Exhibit 144.

28          **F.  Aluminum adjuvant is a reasonable suspect in etiology of asthma**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a review published in *American Journal of Physiology - Lung Cellular and Molecular Physiology*:

> "Allergic mouse models of asthma are generated by first sensitizing an animal to a foreign protein, most commonly ovalbumin. This is typically done by injecting the protein intraperitoneally along with an adjuvant, typically aluminum hydroxide, that serves to enhance the protein's immunogenicity for reasons that are complex and not entirely understood."

Citation: Bates *et al*. (2009). Animal models of asthma. *American Journal of Physiology - Lung Cellular and Molecular Physiology* 297(3):L401-L410. https://doi.org/10.1152/ajplung.00027.2009, (accessed May 12, 2020).  See Exhibit 145.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Vaccine*:

> "The global expression of immune response genes in infants after vaccination and their role in asthma and allergy is not clearly understood... Here, array technology was used to assess the expression kinetics of immune response genes with association to asthma and allergy in peripheral blood mononuclear cells (PBMC) of five healthy infants after vaccination with Infanrix-Polio + Hib. At 12 h after in vitro re-stimulation of the PBMC with pertussis toxin (PT) antigen, 14 immune response pathways, 33 allergy-related and 66 asthma-related genes were found activated."

Citation: Lahdenperä *et al*. (2008). Kinetics of asthma- and allergy-associated immune response gene expression in peripheral blood mononuclear cells from vaccinated infants after in vitro re-stimulation with vaccine antigen. *Vaccine* 26(14):1725-1730. https://doi.org/10.1016/j.vaccine.2008.01.041, (accessed May 12, 2020).  See Exhibit 146.

## 24. Erythema multiforme (EM)/ Stevens Johnson syndrome (SJS) / Toxic epidermal necrolysis (TEN)

### A.  Definitions

#### (1) Erythema Multiforme/Stevens Johnson Syndrome(EM/SJS)

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'erythema multiforme' from *Gale Encyclopedia of Medicine:*

"Erythema multiforme is a skin disease that causes lesions and redness around the lesions. Erythema multiforme appears on the skin and the mucous membranes (the lining of the mouth, digestive tract, vagina, and other organs). Large, symmetrical red blotches appear all over the skin in a circular pattern. On mucous membranes, it begins as blisters and progresses to ulcers. A more advanced form, called Stevens-Johnson syndrome, can be severe and even fatal."

Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-dictionary.thefreedictionary.com/erythema+multiforme, (accessed July 1, 2020).  See Exhibit 147.

(2) **Toxic epidermal necrolysis (TEN)**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'toxic epidermal necrolysis' from *Gale Encyclopedia of Medicine:* "Toxic epidermal necrolysis is a rare condition that causes large portions of the epidermis, the skin's outermost layer, to detach from the layers of skin below."

Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-dictionary.thefreedictionary.com/toxic+epidermal+necrolysis  (accessed July 1, 2020).  See Exhibit 148.

**B.  Vaccination is a reasonable suspect in etiology of EM/SJS/TEN**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quotes from a study published in *Vaccine*:

1. "Most reports of EM/SJS/TEN described onset of symptoms within 14 days of vaccination; for cases of SJS with known time to onset, 71% described onset of symptoms within 3 days of vaccination."

2. "Of 466,027 reports to VAERS during 1999-2017, we identified 984 reports of EM, 89 reports of SJS, 6 reports of SJS/TEN, and 7 reports of TEN. Few reports of EM (9%), and most reports of SJS (52%), SJS/TEN (100%), and TEN (100%) were serious. Overall, 55% of reports described males, 48% described children aged < 4 years; 58% of EM/SJS/TEN occurred ≤ 7 days after vaccination…Overall, childhood vaccines (e.g., combined measles, mumps, and rubella vaccine) were most commonly reported."

Citation: Su *et al*. (2020). Erythema multiforme, Stevens Johnson syndrome, and toxic epidermal necrolysis reported after vaccination, 1999-2017. *Vaccine* 38(7):1746-1752. https://doi.org/10.1016/j.vaccine.2019.12.028, accessed May 12, 2020).  See Exhibit 149.

**25. Autoimmune disorders**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'autoimmune disorder' from *Gale Encyclopedia of Medicine:* 'autoimmune disorder is "a disorder caused by a reaction of an individual's immune system against the organs or tissues of the body. Autoimmune processes can have different results: slow destruction of a particular type of cell or tissue, stimulation of an organ into excessive growth, or interference in function." '

Citation: *Gale Encyclopedia of Medicine*. (2008). https://medical-dictionary.thefreedictionary.com/Autoimmune+disorder  (accessed July 1, 2020).  See Exhibit 150.

**B.  Types of autoimmune disorders**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the National Institute of Allergy and Infectious Diseases website: "More than 80 diseases occur as a result of the immune system attacking the body's own organs, tissues, and cells. Some of the more common autoimmune diseases include type 1 diabetes, rheumatoid arthritis, systemic lupus erythematosus, and inflammatory bowel disease."

Citation: National Institute of Allergy and Infectious Diseases, *Autoimmune Diseases*. https://www.niaid.nih.gov/diseases-conditions/autoimmune-diseases, (accessed July 1, 2020).  See Exhibit 151.

**C.  Prevalence of autoimmune disorders**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *International Journal of Molecular Sciences:* "Of the 80 individual autoimmune diseases, common examples include rheumatoid arthritis (RA), Type 1 Diabetes (T1D), and the autoimmune thyroid diseases; others may be rarer, but as a group afflict 5%–9% of the U.S. population."

Citation: Parks *et al*. (2014). Expert panel workshop consensus statement on the role of the environment in the development of autoimmune disease. *International Journal of Molecular Sciences* 15(8):14269-14297. https://doi.org/10.3390/ijms150814269, (accessed May 12, 2020). See Exhibit 152.

### D. Growing prevalence of autoimmune disorders

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *International Journal of Celiac Disease*: "Epidemiological data provide evidence of a steady rise in autoimmune disease throughout Westernized societies over the last decades... Rheumatic, endocrinological, gastrointestinal and neurological autoimmune diseases revealed the following annual % increases per year: 7.1, 6.3, 6.2, and 3.7, respectively."

Citation: Lerner *et al*. (2015). The World Incidence and Prevalence of Autoimmune Diseases is Increasing. *International Journal of Celiac Disease* 3(4):151-155. https://doi.org/10.12691/ijcd-3-4-8, (accessed May 12, 2020).  See Exhibit 153.

### 26. **Myalgic encephalomyelitis/ chronic fatigue syndrome (ME/CFS)**

### A. Definition

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'chronic fatigue syndrome' from a review published in *Clinical Immunology:* 'chronic fatigue syndrome,

> "which is also known as myalgic encephalomyelitis/chronic fatigue syndrome (ME/CFS), is a complex disease which presents with pronounced disabling fatigue, mental and physical post-exertional malaise, pain, sleep disturbances and cognitive impairment.  Diagnostic criteria additionally emphasize symptoms of immune system dysregulation, autonomic nervous system dysfunction and metabolic disturbance."

Citation: Shoenfeld *et al*. (2020). Complex syndromes of chronic pain, fatigue and cognitive impairment linked to autoimmune dysautonomia and small fiber neuropathy. *Clinical Immunology* 214:108384, https://doi.org/10.1016/j.clim.2020.108384,  (accessed May 12, 2020).  See Exhibit 154.

### B. Prevalence of ME/CFS and Economic burden of ME/CFS

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers of Disease

1  Control and Prevention website: "An estimated 836,000 to 2.5 million Americans suffer from

2  ME/CFS. About 90 percent of people with ME/CFS have not been diagnosed."

3      Citation: Centers for Disease Control and Prevention, *Myalgic Encephalomyelitis/Chronic*

4  *Fatigue Syndrome.* https://www.cdc.gov/me-cfs/about/index.html, (accessed July 1, 2020).  See

5  Exhibit 155.

6      (2) For recognition of a commonly known fact to public health officials familiar with the

7  matter, Petitioners request judicial notice of the following quote from the Centers of Disease

8  Control and Prevention website: "ME/CFS costs the U.S. economy about $17 to $24 billion

9  annually in medical bills and lost incomes."

10     Citation: Centers for Disease Control and Prevention, *Myalgic Encephalomyelitis/Chronic*

11 *Fatigue Syndrome.* https://www.cdc.gov/me-cfs/about/index.html, (accessed July 1, 2020).  See

12 Exhibit 155.

13     **C.  Vaccination is a reasonable suspect in etiology of ME/CFS**

14     (1) For recognition of a commonly known fact to public health officials familiar with the

15 matter, Petitioners request judicial notice of the following quote from a review published in

16 *Autoimmunity Reviews*: "Myalgic Encephalomyelitis/Chronic Fatigue Syndrome (ME/CFS) is a

17 multifactorial and poorly understood disabling disease. We present epidemiological, clinical and

18 experimental evidence that ME/CFS constitutes a major type of adverse effect of vaccines,

19 especially those containing poorly degradable particulate aluminum adjuvants."

20     Citation: Gherardi *et al*. (2019). Myalgia and chronic fatigue syndrome following

21 immunization: macrophagic myofasciitis and animal studies support linkage to aluminum adjuvant

22 persistency and diffusion in the immune system. *Autoimmunity Reviews* 18(7):691-705.

23 https://doi.org/10.1016/j.autrev.2019.05.006, (accessed May 12, 2020).  See Exhibit 156.

24     (2) For recognition of a commonly known fact to public health officials familiar with the

25 matter, Petitioners request judicial notice of the following quote from a chapter in *Vaccines and*

26 *Autoimmunity:* "CFS has been reported to emerge following vaccination in several reports,

27 including after measles, mumps and rubella (MMR), Pneumovax, influenza, hepatitis B virus

28

(HBV), tetanus, typhoid and poliovirus vaccines… Such reports have made researchers concerned regarding the role of vaccinations in the onset of CFS and the safety of their use in CFS patients."

Citation: Shoenfeld *et al.*, *Chapter 36. "Infections, Vaccinations and Chronic Fatigue Syndrome."* In: Shoenfeld Y, Agmon-Levin N, and Tomljenovic L eds. *Vaccines and Autoimmunity*, Wiley-Blackwell, 2015, pp. 345-348.  See Exhibit 157.

**27. Guillain-Barré syndrome (GBS)**

**A. Definition and Annual incidence of GBS**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'Guillain-Barré syndrome' from the Centers for Disease Control and Prevention: "Guillain-Barré syndrome (GBS) is a rare disorder where the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis."

Citation: Centers for Disease Control and Prevention, *Guillain-Barré Syndrome*. https://www.cdc.gov/vaccinesafety/concerns/guillain-barre-syndrome.html, (accessed July 1, 2020). See Exhibit 158.

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention: "Each year in the United States, an estimated 3,000 to 6,000 people develop GBS. Most people fully recover from GBS, but some have permanent nerve damage."

(2) Citation: Centers for Disease Control and Prevention, *Guillain-Barré Syndrome*. https://www.cdc.gov/vaccinesafety/concerns/guillain-barre-syndrome.html, (accessed May 12, 2020).  See Exhibit 158.

**B. Vaccination is a reasonable suspect in etiology of GBS**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Vaccine*: "Using data from Vaccine Adverse Event Reporting System, we identified 69 reports of Guillain–Barré Syndrome (GBS) after Gardasil vaccination that occurred in the United States between 2006 and 2009. The onset of symptoms was within 6 weeks after vaccination in 70% of the patients in

1   whom the date of vaccination was known. The estimated weekly reporting rate of post-Gardasil

2   GBS within the first 6 weeks (6.6 per 10,000,000) was higher than that of the general population,

3   and higher than post-Menactra and post-influenza vaccinations."

4       Citation: Souayah *et al*. (2011). Guillain–Barré syndrome after Gardasil vaccination: Data

5   from Vaccine Adverse Event Reporting System 2006–2009. *Vaccine* 29(5):886-889.

6   https://doi.org/10.1016/j.vaccine.2010.09.020, (accessed May 12, 2020).  See Exhibit 159.

7       (2) For recognition of a commonly known fact to public health officials familiar with the

8   matter, Petitioners request judicial notice of the following quote from a study published in *Journal*

9   *of Clinical Neuromuscular Disease:* "There were 1000 cases (mean age, 47 years) of GBS reported

10  after vaccination in the United States between 1990 and 2005. The onset of GBS was within 6

11  weeks in 774 cases, >6 weeks in 101, and unknown in 125. Death and disability after the event

12  occurred in 32 (3.2%) and 167 (16.7%) subjects, respectively. The highest number (n = 632) of

13  GBS cases was observed in subjects receiving influenza vaccine followed by hepatitis B vaccine (n

14  = 94). Other vaccines or combinations of vaccines were associated with 274 cases of GBS… Our

15  results suggest that vaccines other than influenza vaccine can be associated with GBS."

16      Citation: Souayah *et al*. (2009). Guillain-Barré syndrome after vaccination in United States:

17  data from the Centers for Disease Control and Prevention/Food and Drug Administration Vaccine

18  Adverse Event Reporting System (1990-2005). *Journal of Clinical Neuromuscular Disease* 11(1):1-

19  6. https://doi.org/10.1097/CND.0b013e3181aaa968, (accessed May 12, 2020).  See Exhibit 160.

20      (3) For recognition of a commonly known fact to public health officials familiar with the

21  matter, Petitioners request judicial notice of the following quote from the Centers for Disease

22  Control and Prevention:

23          "In 1976, there was a small increased risk of GBS after swine flu vaccination, which
            was a special flu vaccine for a potential pandemic strain of flu virus. The National

24          Academy of Medicine, formerly known as Institute of Medicine, conducted a scientific
            review of this issue in 2003 and found that people who received the 1976 swine flu vaccine

25          had an increased risk for developing GBS. The increased risk was approximately one
            additional case of GBS for every 100,000 people who got the swine flu vaccine. Scientists

26          have several theories about the cause, but the exact reason for this link remains unknown.
            There have been several studies of the risk of GBS after flu vaccine and CDC monitors for

27          GBS during each flu season. The data on an association between seasonal influenza vaccine
            and GBS have been variable from season-to-season. When there has been an increased risk,

28

1   it has consistently been in the range of 1-2 additional GBS cases per million flu vaccine
    doses administered."

2   Citation: Centers for Disease Control and Prevention, *Guillain-Barré Syndrome*.

3   https://www.cdc.gov/vaccinesafety/concerns/guillain-barre-syndrome.html, (accessed May 12,

4   2020).  See Exhibit 158.

5   **28. Multiple sclerosis (MS)**

6   **A.  Definition**

7   For recognition of a commonly known fact to public health officials familiar with the matter,

8   Petitioners request judicial notice of the following description of 'multiple sclerosis' from the Mayo

9   Clinic website: "Multiple sclerosis (MS) is a potentially disabling disease of the brain and spinal

10  cord (central nervous system). In MS, the immune system attacks the protective sheath (myelin) that

11  covers nerve fibers and causes communication problems between your brain and the rest of your

12  body. Eventually, the disease can cause permanent damage or deterioration of the nerves."

13  Citation: Mayo Clinic, *Multiple Sclerosis*. https://www.mayoclinic.org/diseases-

14  conditions/multiple-sclerosis/symptoms-causes/syc-20350269, (accessed July 1, 2020).  See Exhibit

15  161.

16  **B.  Increasing prevalence of MS**

17  (1) For recognition of a commonly known fact to public health officials familiar with the

18  matter, Petitioners request judicial notice of the following quotes from a study published in

19  *Neurology*:

20  a. "The estimated 2010 prevalence of MS in the US adult population cumulated over

21  10 years was 309.2 per 100,000 (95% confidence interval [CI] 308.1–310.1), representing 727,344

22  cases."

23  b. "On the basis of observed increases in prevalence with our VA and

24  Intercontinental Marketing Services datasets after 2010, we estimated that the prevalence of MS in

25  2017 cumulated over 17 years would range from 337.9 per 100,000 population (n = 851,749

26  persons with MS) to 362.6 per 100,000 population (n = 913,925 persons with MS)."

27

28

1   Citation: Wallin *et al*. (2019). The prevalence of MS in the United States: A population-

2   based estimate using health claims data. *Neurology* 92(10).

3   https://doi.org/10.1212/WNL.0000000000007035, (accessed May 12, 2020).  See Exhibit 162.

4   (2) For recognition of a commonly known fact to public health officials familiar with the

5   matter, Petitioners request judicial notice of the following quote from MultipleSclerosis.net: "The

6   rates of MS have increased worldwide since 1955. The first report of MS in the U.S. was published

7   in 1976 and found 123,000 cases. A study from 1990 found 300,000 cases of MS. This compares to

8   the estimated 750,000 to 1 million cases in 2019.  Another study found that rates of MS increased

9   by about 10 percent between 1990 and 2016."

10   Citation: MultipleSclerosis.net, *MS Statistics*. https://multiplesclerosis.net/what-is-

11   ms/statistics/, (accessed May 12, 2020).  See Exhibit 163.

12   **29. <u>Acute disseminated encephalomyelitis (ADEM)</u>**

13   **A.  Definition**

14   For recognition of a commonly known fact to public health officials familiar with the matter,

15   Petitioners request judicial notice of the following description of 'acute disseminated

16   encephalomyelitis' from a study published in *Neurology*:

17   "Acute disseminated encephalomyelitis (ADEM) is an immune-mediated
    inflammatory disorder of the CNS [central nervous system] characterized by a
18   widespread demyelination that predominantly involves the white matter of the
    brain and spinal cord. The condition is usually precipitated by a viral infection or
19   vaccination. The presenting features include an acute encephalopathy with
20   multifocal neurologic signs and deficits. Children are preferentially affected."

21   Citation: Tenembaum *et al*. (2007). International Pediatric MS Study Group. Acute

22   disseminated encephalomyelitis. *Neurology* 68(16 Suppl 2):S23-S36.

23   https://doi.org.10.1212/01.wnl.0000259404.51352.7f, (accessed May 12, 2020).  See Exhibit 164.

24   **B.  Vaccination is a reasonable suspect in etiology of ADEM**

25   (1) For recognition of a commonly known fact to public health officials familiar with the

26   matter, Petitioners request judicial notice of the following quote from a study published in *Clinical*

27   *Neuroscience*: "Post-vaccination ADEM has been associated with several vaccines such as rabies,

28

- 76 -

diphtheria–tetanus–polio, smallpox, measles, mumps, rubella, Japanese B encephalitis, pertussis, influenza, hepatitis B, and the Hog vaccine."

Citation: Huynh *et al*. (2008). *Post-vaccination encephalomyelitis: literature review and illustrative case. Clinical Neuroscience* 15(12):1315-1322. https://doi.org/10.1016/j.jocn.2008.05.002, (accessed May 12, 2020).  See Exhibit 165.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a review published in *Autoimmunity Reviews:*

> "A wide variety of inflammatory diseases temporally associated with the administration of various vaccines, has been reported in the literature. A PubMed search from 1979 to 2013 revealed seventy one (71) documented cases. The most commonly reported vaccinations that were associated with CNS demyelinating diseases included influenza (21 cases), human papilloma virus (HPV) (9 cases), hepatitis A or B (8 cases), rabies (5 cases), measles (5 cases), rubella (5 cases), yellow fever (3 cases), anthrax (2 cases), meningococcus (2 cases) and tetanus (2 cases)."

Citation: Karussis & Petrou (2013). The spectrum of post-vaccination inflammatory CNS demyelinating syndromes. *Autoimmunity Reviews* 13(3):215-224. https://doi.org.10.1016/j.autrev.2013.10.003, (accessed May 12, 2020).  See Exhibit 166.

### 30. Myasthenia gravis (MG)

#### A. Definition

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'myasthenia gravis' from the National Institute of Neurological Disorders and Stroke website: "Myasthenia gravis is a chronic autoimmune, neuromuscular disease that causes weakness in the skeletal muscles that worsens after periods of activity and improves after periods of rest. These muscles are responsible for functions involving breathing and moving parts of the body, including the arms and legs."

Citation: National Institute of Neurological Disorders and Stroke, *Myasthenia Gravis Fact Sheet*. https://www.ninds.nih.gov/Disorders/Patient-Caregiver-Education/Fact-Sheets/Myasthenia-Gravis-Fact-Sheet, (accessed July 1, 2020).  See Exhibit 167.

#### B. Vaccination is a reasonable suspect in etiology of MG

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *BMC Neurology:* "HPV vaccination may cause MG owing to unexpected abnormal autoimmune responses."

Citation: Chung *et al*. (2018). Myasthenia gravis following human papillomavirus vaccination: a case report. *BMC Neurology* 18(1):222. https://doi.org/10.1186/s12883-018-1233-y, (accessed May 12, 2020).  See Exhibit 168.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Journal of the Neurological Sciences*: "case histories and series hint at a temporal association between hepatitis B vaccines and the development of various neuropathy syndromes, polyarteritis nodosa complicated by vasculitic neuropathy, myasthenia gravis and dermatomyositis. Conceivably, the hepatitis B vaccines have a potential to occasionally trigger the onset of immune diseases in individuals with an underlying genetic or immunological susceptibility."

Citation: Stübgen (2010). Neuromuscular disorders associated with hepatitis B vaccination. *Journal of the Neurological Sciences* 292(1–2):1–4. https://doi.org/10.1016/j.jns.2010.02.016, (accessed May 12, 2020).  See Exhibit 169.

**31. Narcolepsy**

**A.  Definition and Prevalence**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'narcolepsy' from the National Institute of Neurological Disorders and Stroke website: "Narcolepsy is a chronic neurological disorder that affects the brain's ability to control sleep-wake cycles."

Citation: National Institute of Neurological Disorders and Stroke, *Narcolepsy Fact Sheet.* https://www.ninds.nih.gov/Disorders/Patient-Caregiver-Education/Fact-Sheets/Narcolepsy-Fact-Sheet#3201_1, (accessed July 1, 2020).  See Exhibit 170.

1    (2) For recognition of a commonly known fact to public health officials familiar with the

2    matter, Petitioners request judicial notice of the following quote from the National Institute of

3    Neurological Disorders and Stroke website:

> "When cataplexy is present, the cause is most often the loss of brain cells that
> produce hypocretin.  Although the reason for this cell loss is unknown, it appears
> to be linked to abnormalities in the immune system... Researchers believe that in
> individuals with narcolepsy, the body's immune system selectively attacks the
> hypocretin-containing brain cells because of a combination of genetic and
> environmental factors."

Citation: National Institute of Neurological Disorders and Stroke, *Narcolepsy Fact Sheet.*

https://www.ninds.nih.gov/Disorders/Patient-Caregiver-Education/Fact-Sheets/Narcolepsy-Fact-

Sheet#3201_1, (accessed July 1, 2020).  See Exhibit 170.

11    (3) For recognition of a commonly known fact to public health officials familiar with the

12    matter, Petitioners request judicial notice of the following quote from the National Institute of

13    Neurological Disorders and Stroke website: "Anywhere from 135,000 to 200,000 people in the

14    United States have narcolepsy. However, since this condition often goes undiagnosed, the number

15    may be higher."

16    Citation: National Institute of Neurological Disorders and Stroke, *Narcolepsy Fact Sheet.*

17    https://www.ninds.nih.gov/Disorders/Patient-Caregiver-Education/Fact-Sheets/Narcolepsy-Fact-

18    Sheet#3201_1, (accessed July 1, 2020).  See Exhibit 170.

19    **B.  Vaccination is a reasonable suspect in the etiology of narcolepsy**

20    (1) For recognition of a commonly known fact to public health officials familiar with the

21    matter, Petitioners request judicial notice of the following quote from a study published in *PLoS*

22    *One*: "The incidence of narcolepsy was 9.0 in the vaccinated as compared to 0.7/100,000 person

23    years in the unvaccinated individuals, the rate ratio being 12.7 (95% confidence interval 6.1-30.8).

24    The vaccine-attributable risk of developing narcolepsy was 1:16,000 vaccinated 4 to 19-year-olds

25    (95% confidence interval 1:13,000-1:21,000)."

26    Citation: Nohynek *et al*. (2012). AS03 adjuvanted AH1N1 vaccine associated with an abrupt

27    increase in the incidence of childhood narcolepsy in Finland. *PLoS One* 7(3):e33536.

28    https://doi.org/10.1371/journal.pone.0033536, (accessed May 12, 2020).  See Exhibit 171.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Brain:* "H1N1 vaccination was associated with narcolepsy-cataplexy with an odds ratio of 6.5 (2.1-19.9) in subjects aged<18 years, and 4.7 (1.6-13.9) in those aged 18 and over."

Citation: Dauvilliers *et al*. (2013). Increased risk of narcolepsy in children and adults after pandemic H1N1 vaccination in France. *Brain* 136(Pt 8):2486-2496. https://doi.org/10.1093/brain/awt187, (accessed May 12, 2020).  See Exhibit 172.

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *BMJ*: "The increased risk of narcolepsy after vaccination with ASO3 adjuvanted pandemic A/H1N1 2009 vaccine indicates a causal association."

Citation: Miller *et al*. (2013). Risk of narcolepsy in children and young people receiving AS03 adjuvanted pandemic A/H1N1 2009 influenza vaccine: retrospective analysis. *BMJ* 346:f794. https://doi.org/10.1136/bmj.f794, (accessed June 6, 2020).  See Exhibit 173.

(4) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Sleep*: "We found a significantly increased risk of narcolepsy in adults following Pandemrix vaccination in England."

Citation: Stowe *et al*. (2016). Risk of Narcolepsy after AS03 Adjuvanted Pandemic A/H1N1 2009 Influenza Vaccine in Adults: A Case-Coverage Study in England. *Sleep* 39(5):1051-1057. https://doi:10.5665/sleep.5752, (accessed May 12, 2020).  See Exhibit 174.

**32. <u>Rheumatoid arthritis (RA)</u>**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'rheumatoid arthritis' from the Centers of Disease Control and Prevention website: "Rheumatoid arthritis, or RA, is an autoimmune and inflammatory disease, which means that your immune system attacks healthy cells in your body

by mistake, causing inflammation (painful swelling) in the affected parts of the body. RA mainly attacks the joints, usually many joints at once."

Citation: Centers for Disease Control and Prevention, *Rheumatoid Arthritis*. https://www.cdc.gov/arthritis/basics/rheumatoid-arthritis.html, (accessed July 1, 2020).  See Exhibit 175.

**B.  Prevalence of RA**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers of Disease Control and Prevention website: "From 2013–2015, an estimated 54.4 million US adults (22.7%) annually had ever been told by a doctor that they had some form of arthritis, rheumatoid arthritis, gout, lupus, or fibromyalgia."

Citation: Centers for Disease Control and Prevention, *Arthritis-Related Statistics*. https://www.cdc.gov/arthritis/data_statistics/arthritis-related-stats.htm, (accessed July 1, 2020).  See Exhibit 176.

**C.  Growing prevalence of RA**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Rheumatology International:*

> "Analysis of data from the two databases indicated that the RA prevalence rate in commercially insured adult US population ranged from 0.41 to 0.54% from 2004 to 2014. The prevalence varied substantially by gender and age in each year and increased gradually across the years for most subgroups… The prevalence of RA in the US appeared to increase during the period from 2004 to 2014, affecting a conservative estimate of 1.28-1.36 million adults in 2014."

Citation: Hunter *et al*. (2017). Prevalence of Rheumatoid Arthritis in the United States Adult Population in Healthcare Claims Databases, 2004-2014. *Rheumatology International* 37(9):1551-1557. https://doi.org/10.1007/s00296-017-3726-1, (accessed May 12, 2020).  See Exhibit 177.

**D.  Vaccination is a reasonable suspect in etiology of RA**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a review published in

*Immunopharmacology & Immunotoxicology*: "The animal models of RA with a proven track record of predictability for efficacy in humans include: collagen type II induced arthritis in rats as well as mice, adjuvant induced arthritis in rats and antigen induced arthritis in several species."

Citation: Choudhary *et al*. (2018). Experimental animal models for rheumatoid arthritis. *Immunopharmacology & Immunotoxicology* 40(3):193-200. https://doi.org/10.1080/08923973.2018.1434793, (accessed May 12, 2020).  See Exhibit 178.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Infection & Immunity:* "When the canine rOspA vaccine was combined with aluminum hydroxide, all vaccinated hamsters developed arthritis after challenge with *B. burgdorferi* sensu stricto."

Citation: Croke *et al*. (2000). Occurrence of Severe Destructive Lyme Arthritis in Hamsters Vaccinated With Outer Surface Protein A and Challenged With Borrelia Burgdorferi. *Infection & Immunity* 68(2):658-663. https://doi.org/10.1128/iai.68.2.658-663.2000, (accessed May 12, 2020). See Exhibit 179.

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Autoimmunity Reviews*: "there was an obvious association between vaccinations and increased risk of RA."

Citation: Wang *et al*. (2017). Vaccinations and risk of systemic lupus erythematosus and rheumatoid arthritis: A systematic review and meta-analysis. *Autoimmunity Reviews* 16 (7):756-765. https://doi.org/10.1016/j.autrev.2017.05.012, (accessed July 1, 2020).  See Exhibit 180.

**33. Juvenile idiopathic arthritis (JIA)**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'juvenile idiopathic arthritis' from the Mayo Clinic website:

> "Juvenile idiopathic arthritis, formerly known as juvenile rheumatoid arthritis, is the most common type of arthritis in children under the age of 16.  Juvenile

idiopathic arthritis can cause persistent joint pain, swelling and stiffness. Some children may experience symptoms for only a few months, while others have symptoms for the rest of their lives."

Citation: Mayo Clinic, *Juvenile Idiopathic Arthritis*. https://www.mayoclinic.org/diseases-conditions/juvenile-idiopathic-arthritis/symptoms-causes/syc-20374082, (accessed July 1, 2020). See Exhibit 181.

**B.  Prevalence of JIA**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Genetics Home Reference website: "One in 1,000, or approximately 294,000, children in the United States are affected [by JIA]."

Citation: Genetics Home Reference, U.S. National Library of Medicine, *Juvenile Idiopathic Arthritis*. https://ghr.nlm.nih.gov/condition/juvenile-idiopathic-arthritis#statistics, (accessed July 1, 2020).  See Exhibit 182.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *The Journal of Rheumatology*: "The prevalence of JIA per 100,000 persons was 44.7 (95% CI 39.1–50.2) on December 31, 2009."

Citation: Harrold *et al*. (2013). Incidence and prevalence of juvenile idiopathic arthritis among children in a managed care population, 1996-2009. *The Journal of Rheumatology* 40(7):1218–1225. https://doi.org/10.3899/jrheum.120661, (accessed July 1, 2020).  See Exhibit 183.

**C.  Growing medical burden of JIA and other rheumatologic conditions**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Arthritis Care & Research*:

> "The number of ambulatory care visits for SPARC [significant pediatric arthritis and other rheumatologic conditions] increased from 665,000 in 2001 to 813,000 in 2002 to 828,000 in 2003 to 1,000,000 in 2004 for an average annualized estimate of 827,000 visits (95% CI 609,000–1,044,000) including an average

annualized estimate of 83,000 ED visits."

Citation: Sacks *et al.* (2007). Prevalence of and annual ambulatory health care visits for pediatric arthritis and other rheumatologic conditions in the United States in 2001–2004. *Arthritis Care & Research* 57(8):1439-1445. https://doi.org/10.1002/art.23087, (accessed May 12, 2020). See Exhibit 184.

### D.  Etiology of childhood arthritis

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and Prevention website: "The exact cause of childhood arthritis is unknown. In childhood arthritis the immune system may not work right which causes the inflammation in the joints and other body systems."

Citation: Centers for Disease Control and Prevention, *Childhood Arthritis*. https://www.cdc.gov/arthritis/basics/childhood.htm, (accessed July 1, 2020).  See Exhibit 185.

### 34. Systemic lupus erythematosus (SLE)

### A.  Definition

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'systemic lupus erythematosus' from the Merck Manual: "Systemic lupus erythematosus is a chronic autoimmune inflammatory connective tissue disorder that can involve joints, kidneys, skin, mucous membranes, and blood vessel walls."

Citation: Merck Manual Consumer Version, *Systemic Lupus Erythematosus (SLE), (Disseminated Lupus Erythematosus or Lupus), by Alana M. Nevares, MD, The University of Vermont Medical Center, Last full review/revision Apr 2020.* https://www.merckmanuals.com/home/bone,-joint,-and-muscle-disorders/autoimmune-disorders-of-connective-tissue/systemic-lupus-erythematosus-sle, (accessed July 1, 2020).  See Exhibit 186.

### B.  Prevalence of SLE

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers for Disease Control and

1  Prevention website: "A conservative estimate suggests a [national] prevalence of 161,000 with

2  definite SLE and 322,000 with definite or probable SLE."

3       Citation: Centers for Disease Control and Prevention, *Systemic Lupus Erythematosus*.

4  https://www.cdc.gov/lupus/facts/detailed.html#prevalence, (accessed July 1, 2020).  See Exhibit

5  187.

6       **C.  SLE mortality**

7       For recognition of a commonly known fact to public health officials familiar with the matter,

8  Petitioners request judicial notice of the following quote from a study published in *Arthritis &*

9  *Rheumatology*:

10      "During 2000–2015, there were 28,411 deaths of females with SLE recorded as
        an underlying or contributing cause of death. SLE ranked among the top 20

11      leading causes of death in females between 5 and 64 years of age. SLE ranked
        tenth among those ages 15–24 years, fourteenth among those ages 25–34 years

12      and 35–44 years, and fifteenth among those ages 10–14 years."

13

14      Citation: Yen & Singh (2018). Brief Report: Lupus—An Unrecognized Leading Cause of

15  Death in Young Females: A Population-Based Study Using Nationwide Death Certificates, 2000–

16  2015. *Arthritis & Rheumatology* 70(8):1251-1255. https://doi.org/10.1002/art.40512, (accessed May

17  12, 2020).  See Exhibit 188.

18      **D. Vaccination is a reasonable suspect in etiology of SLE**

19      (1) For recognition of a commonly known fact to public health officials familiar with the

20  matter, Petitioners request judicial notice of the following quote from a study published in *Clinical*

21  *Rheumatology*: "In the current study, a temporal association between immunization with HPV

22  vaccine and the appearance of a spectrum of SLE-like conditions is reported. Additionally, among

23  the patients described, several common features were observed that may enable better identification

24  of subjects at risk."

25      Citation: Gatto *et al*. (2013). Human papillomavirus vaccine and systemic lupus

26  erythematosus. *Clinical Rheumatology* 32:1301–1307. https://doi.org/10.1007/s10067-013-2266-7

27   (accessed May 12, 2020).  See Exhibit 189.

28

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *PLoS One*: "Repeated immunization with antigen causes systemic autoimmunity in mice otherwise not prone to spontaneous autoimmune diseases… akin to systemic lupus erythematosus (SLE)."

Citation: Tsumiyama *et al*. (2009). Self-organized criticality theory of autoimmunity. *PLoS One* 4(12):e8382. https://doi.org/10.1371/journal.pone.0008382, (accessed May 12, 2020).  See Exhibit 190.

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Autoimmunity Reviews*: "The pooled findings suggested that vaccinations significantly increased risk of SLE."

Citation: Wang *et al*. (2017). Vaccinations and risk of systemic lupus erythematosus and rheumatoid arthritis: A systematic review and meta-analysis. *Autoimmunity Reviews* 16 (7):756-765. https://doi.org/10.1016/j.autrev.2017.05.012, (accessed July 1, 2020).  See Exhibit 180.

**35. Sjögren's syndrome (SjS)**

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'Sjögren's syndrome' from the National Institutes of Arthritis and Musculoskeletal and Skin Diseases website: "Sjögren's syndrome is an autoimmune disease. In Sjögren's syndrome, your immune system attacks the glands that make tears and saliva….It most often causes dryness in the mouth and eyes. It can also lead to dryness in other places that need moisture, such as the nose, throat, and skin."

Citation: National Institutes of Arthritis and Muskuloskeletal and Skin Diseases, *Sjögren's Syndrome*. https://www.niams.nih.gov/health-topics/sjogrens-syndrome, (accessed July 1, 2020). See Exhibit 191.

**B.  Prevalence of SjS**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the American College of

1  Rheumatology website: "Between 400,000 and 3.1 million adults have Sjögren's syndrome. This

2  condition can affect people of any age, but symptoms usually appear between the ages of 45 and 55.

3  It affects ten times as many women as men. About half of patients also have rheumatoid arthritis or

4  other connective tissue diseases, such as lupus."

5      Citation: American College of Rheumatology, *Sjögren's Syndrome*.

6  https://www.rheumatology.org/I-Am-A/Patient-Caregiver/Diseases-Conditions/Sjogrens-Syndrome,

7  (accessed July 1, 2020).  See Exhibit 192.

8      **C.  Vaccination is a reasonable suspect in etiology of SjS**

9      (1) For recognition of a commonly known fact to public health officials familiar with the

10 matter, Petitioners request judicial notice of the following quote from a study published in *Clinical*

11 *and Experimental Rheumatology:* "In the NZM2758 mice, alum induces a Sjögren's syndrome-like

12 disorder that is characterized by chronic salivary gland dysfunction and the presence of lymphocytic

13 infiltrates within the salivary glands. Thus, the potential of aluminum based adjuvants for induction

14 of autoimmunity should be closely monitored in individuals genetically susceptible to developing

15 autoimmune disorders."

16     Citation: Bagavant *et al*. (2014). Alum, an aluminum-based adjuvant, induces Sjögren's

17 syndrome-like disorder in mice. *Clinical and Experimental Rheumatology* 32(2):251-255.

18 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3990870/, (accessed May 12, 2020).  See Exhibit

19 193.

20     (2) For recognition of a commonly known fact to public health officials familiar with the

21 matter, Petitioners request judicial notice of the following quote from a study published in *The*

22 *Israel Medical Association Journal:* "the administration of vaccines containing *Saccharomyces*

23 *cerevisiae* should be carefully evaluated in patients with SjS since there is the possibility that such

24 vaccines may elicit the production of autoantibodies in these patients. Moreover, the question

25 whether vaccines may cause an autoimmune disease in otherwise healthy subjects is still

26 unanswered…the possible association between vaccination and autoimmune diseases, including

27 SjS, is a matter of which physicians should be aware of."

28     Citation: Colafrancesco et al. (2014) Sjögren's syndrome: Another facet of the

autoimmune/inflammatory syndrome induced by adjuvants (ASIA). *Journal of Autoimmunity.* 51:

10-16. See Exhibit 194.

(3) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *The Israel Medical Association Journal:* "several case reports have suggested that both vaccines and silicone may trigger the development of SS."

Citation: Colafrancesco *et al*. (2016). Autoimmune/Inflammatory Syndrome Induced by Adjuvants and Sjögren's Syndrome. *The Israel Medical Association Journal* 18(3-4):150–153. https://pubmed.ncbi.nlm.nih.gov/27228631, (accessed July 1, 2020).  See Exhibit 195.

## 36. Celiac Disease (CD)

### A.  Definition

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'celiac disease' from a study published in *The American Journal of Gastroenterology*: "Celiac disease is a chronic immune-mediated disease characterized by small intestinal inflammation. Triggered by gluten exposure in genetically sensitive individuals, this disease is associated with excess mortality as well as a number of complications, including type 1 diabetes and lymphoproliferative disease."

Citation: Ludvigsson *et al*. (2013). Increasing incidence of celiac disease in a North American population. *The American Journal of Gastroenterology* 108(5):818–824. https://doi.org/10.1038/ajg.2013.60, (accessed May 12, 2020).  See Exhibit 196.

### B.  Rising Annual Incidence of CD

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Clinical Gastroenterology and Hepatology*: "The overall annual incidence of celiac disease was 2.1 per 100,000 (95% confidence interval [CI], 1.7–2.6) but increased from 0.9 per 100,000 (CI, 0.5–1.2) in 1950–1989 to 3.3 per 100,000 (95% CI, 2.2–4.4) in the 1990s. The incidence was 9.1 per 100,000 (95% CI, 5.2–13.0) in the final 2 years of the study."

Citation: Murray *et al*. (2003). Trends in the identification and clinical features of celiac disease in a North American community, 1950-2001. *Clinical Gastroenterology and Hepatology* 1(1):19-27. https://doi.org/10.1053/jcgh.2003.50004, (accessed May 12, 2020).  See Exhibit 197.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *The American Journal of Gastroenterology*: "The overall age- and sex-adjusted incidence of CD in the study period was 17.4 (95% confidence interval [CI] = 15.2–19.6) per 100,000 person-years, increasing from 11.1 (95% CI=6.8–15.5) in 2000–2001 to 17.3 (95% CI=13.3–21.3) in 2008–2010."

Citation: Ludvigsson *et al*. (2013). Increasing incidence of celiac disease in a North American population. *The American Journal of Gastroenterology* 108(5):818–824. https://doi.org/10.1038/ajg.2013.60, (accessed May 12, 2020).  See Exhibit 196.

**C.  Economic burden of CD**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Alimentary Pharmacology & Therapeutics*: "Over a 4-year period, coeliac disease cases experienced higher out-patient costs (mean difference of $1457; P = 0.016) and higher total costs than controls (mean difference of $3964; P = 0.053)."

Citation: Long *et al*. (2010). The economics of coeliac disease: a population-based study. *Alimentary Pharmacology & Therapeutics*, 32: 261-269. https://doi.org/10.1111/j.1365-2036.2010.04327.x, (accessed May 12, 2020).  See Exhibit 198.

**D.  Vaccination is a reasonable suspect in etiology of CD**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *The American Journal of Gastroenterology*: "The high CD incidence (17 per 100,000 p-y in the past decade) points towards a change in environmental exposures, potentially responsible for triggering CD not only in children but also, and particularly, in adults."

1   Citation: Ludvigsson *et al.* (2013). Increasing incidence of celiac disease in a North

2   American population. *The American Journal of Gastroenterology* 108(5):818–824.

3   https://doi.org/10.1038/ajg.2013.60, (accessed May 12, 2020).  See Exhibit 196.

4   (2) For recognition of a commonly known fact to public health officials familiar with the

5   matter, Petitioners request judicial notice of the following quote from a study published in *Journal*

6   *of Internal Medicine*: "The observed association of a 56% increased risk of coeliac disease after

7   qHPV [quadrivalent human papillomavirus] vaccination was strong, and the increase was strikingly

8   similar in both risk periods after vaccination."

9   Citation: Hviid *et al.* (2018). Human papillomavirus vaccination of adult women and risk of

10  autoimmune and neurological diseases. *Journal of Internal Medicine* 283(2):154-65,

11  https://doi.org/10.1111/joim.12694, (accessed May 12, 2020).  See Exhibit 199.

12  **37. <u>Inflammatory Bowel Disease (IBD)</u>**

13  **A.  Definition**

14  For recognition of a commonly known fact to public health officials familiar with the matter,

15  Petitioners request judicial notice of the following description of 'inflammatory bowel disease'

16  from the Centers of Disease Control and Prevention website:

17   "Inflammatory Bowel Disease (IBD) is a broad term that describes conditions
     characterized by chronic inflammation of the gastrointestinal tract. The two most
18   common inflammatory bowel diseases are ulcerative colitis and Crohn's disease.
     Inflammation affects the entire digestive tract in Crohn's disease and only the
19   large intestine (also called the colon) in ulcerative colitis. Both illnesses involved
     an abnormal response to the body's immune system."
20

21  Citation: Centers for Disease Control and Prevention, <u>Inflammatory bowel disease (IBD)</u>.

22  https://www.cdc.gov/ibd/index.htm, (accessed July 1, 2020).  See Exhibit 200.

23  **B.  Prevalence of IBD**

24  For recognition of a commonly known fact to public health officials familiar with the matter,

25  Petitioners request judicial notice of the following quote from the Centers of Disease Control and

26  Prevention website: "In 2015, an estimated 1.3% of US adults (3 million) reported being diagnosed

27  with IBD (either Crohn's disease or ulcerative colitis). This was a large increase from 1999 (0.9%

28  or 2 million adults)."

1    Citation: Centers for Disease Control and Prevention, <u>Inflammatory bowel disease (IBD)</u>,

2    *Data and Statistics.* <u>https://www.cdc.gov/ibd/data-statistics.htm#2</u>, (accessed July 1, 2020).  See

3    Exhibit 201.

4    **C.  Pediatric incidence and prevalence of IBD**

5    For recognition of a commonly known fact to public health officials familiar with the matter,

6    Petitioners request judicial notice of the following quote from a study published in *JAMA*

7    *Pediatrics*: "The incidence of pediatric IBD is approximately 10 per 100 000 children in the United

8    States and Canada and is rising. With a prevalence of 100 to 200 per 100 000 children in the United

9    States (and an estimated total of 70 000), most pediatricians will treat children with IBD in their

10   practices."

11   Citation: Rosen *et al*. (2015). Inflammatory Bowel Disease in Children and Adolescents.

12   *JAMA Pediatrics* 169(11):1053–1060. <u>https://doi.org/10.1001/jamapediatrics.2015.1982</u>, (accessed

13   May 12, 2020).  See Exhibit 202.

14   **D.  Etiology of IBD**

15   (1) For recognition of a commonly known fact to public health officials familiar with the

16   matter, Petitioners request judicial notice of the following quote from the Centers of Disease

17   Control and Prevention website:

18
19   "The exact cause of IBD is unknown, but IBD is the result of a defective immune
     system. A properly functioning immune system attacks foreign organisms, such as
20   viruses and bacteria, to protect the body. In IBD, the immune system responds
     incorrectly to environmental triggers, which causes inflammation of the
21   gastrointestinal tract. There also appears to be a genetic component—someone
     with a family history of IBD is more likely to develop this inappropriate immune
22   response."

23   Citation: Centers for Disease Control and Prevention, *What is inflammatory bowel disease*

24   *(IBD)?* <u>https://www.cdc.gov/ibd/what-is-IBD.htm</u>, (accessed May 12, 2020).  See Exhibit 203.

25   (2) For recognition of a commonly known fact to public health officials familiar with the

26   matter, Petitioners request judicial notice of the following quote from a study published in *World*

27   *Journal of Gastroenterology:*

28

1
2
3

"Environmental factors may also directly act on the intestinal mucosa and alter immune function and gene expression. This can be due to a change in intestinal permeability or an alteration in host gene expression by epigenetic modification or other mechanisms. The end result is an abnormal host immune function and chronic inflammation in the gut."

4

Citation: Dutta & Chacko (2016). Influence of environmental factors on the onset and

5

course of inflammatory bowel disease. *World Journal of Gastroenterology* 22(3):1088-1100.

6

https://doi.org/10.3748/wjg.v22.i3.1088, (accessed May 12, 2020).  See Exhibit 204.

7

(3) For recognition of a commonly known fact to public health officials familiar with the

8

matter, Petitioners request judicial notice of the following quote from a study published in *JAMA*

9

*Pediatrics*: "early-life environmental factors associated with a Western lifestyle may predispose to

10

IBD."

11

Citation: Rosen *et al*. (2015). Inflammatory Bowel Disease in Children and Adolescents.

12

*JAMA Pediatrics* 169(11):1053–1060. https://doi.org/10.1001/jamapediatrics.2015.1982, (accessed

13

May 12, 2020).  See Exhibit 202.

14

**E.  Vaccination is a reasonable suspect in etiology of IBD**

15

(1) For recognition of a commonly known fact to public health officials familiar with the

16

matter, Petitioners request judicial notice of the following quote from a review published in *Clinical*

17

*Reviews in Allergy & Immunology*:

18
19
20
21
22
23
24

"*Saccharomyces cerevisiae* is best known as the baker's and brewer's yeast, but its residual traces are also frequent excipients in some vaccines. Although anti-S. cerevisiae autoantibodies (ASCAs) are considered specific for Crohn's disease, a growing number of studies have detected high levels of ASCAs in patients affected with autoimmune diseases as compared with healthy controls, including antiphospholipid syndrome, systemic lupus erythematosus, type 1 diabetes mellitus, and rheumatoid arthritis… Furthermore, ASCAs may be present years before the diagnosis of some associated autoimmune diseases as they were retrospectively found in the preserved blood samples of soldiers who became affected by Crohn's disease years later.  Our results strongly suggest that ASCAs' role in clinical practice should be better addressed in order to evaluate their predictive or prognostic relevance."

25
26

Citation: Rinaldi *et al*. (2013). Anti-Saccharomyces cerevisiae Autoantibodies in

27

Autoimmune Diseases: from Bread Baking to Autoimmunity. *Clinical Reviews in Allergy &*

28

1  *Immunology* 45:152–161. https://doi.org/10.1007/s12016-012-8344-9, (accessed June 26, 2020).

2  See Exhibit 205.

3      (2) For recognition of a commonly known fact to public health officials familiar with the

4  matter, Petitioners request judicial notice of the following quote from a study published in *Clinical*

5  *Gastroenterology and Hepatology:* "Subgroup analysis for Crohn's disease (CD) and ulcerative

6  colitis (UC) found an association between the poliomyelitis vaccine and risk for developing CD

7  (RR, 2.28; 95% CI, 1.12–4.63) or UC (RR, 3.48; 95%CI, 1.2–9.71)."

8      Citation: Pineton de Chambrun *et al.* (2015). Vaccination and Risk for Developing

9  Inflammatory Bowel Disease: A Meta-Analysis of Case–Control and Cohort Studies *Clinical*

10  *Gastroenterology and Hepatology* 13:1405–1415. https://doi.org/10.1016/j.cgh.2015.04.179,

11  (accessed May 12, 2020).  See Exhibit 206.

12  **38. <u>Immune thrombocytopenia (ITP)</u>**

13      **A.  Definition and Incidence and prevalence of ITP**

14      (1) For recognition of a commonly known fact to public health officials familiar with the

15  matter, Petitioners request judicial notice of the following description of 'immune

16  thrombocytopenia' from the National Organization for Rare Disorders (NORD) website:

17  
18        "Immune thrombocytopenia (ITP) is an autoimmune bleeding disorder
characterized by abnormally low levels of blood cells called platelets, a situation
19        which is referred to as thrombocytopenia. Platelets are specialized blood cells that
help maintain the integrity of the walls of our blood vessels and help prevent and
20        stop bleeding by accelerating clotting."

21      Citation: National Organization for Rare Disorders, *Immune Thrombocytopenia*.

22  https://rarediseases.org/rare-diseases/immune-thrombocytopenia, (accessed July 1, 2020).  See

23  Exhibit 207.

24      (2) For recognition of a commonly known fact to public health officials familiar with the

25  matter, Petitioners request judicial notice of the following quote from the National Organization for

26  Rare Disorders (NORD) website: "The incidence (how many people are diagnosed each year) of

27  ITP among adults in the USA is estimated to be 3.3 per 100,000 adults/year. The prevalence (how

28

many adults have ITP at any time) is 9.5 cases per 100,000. The annual prevalence is estimated at 5.3 per 100,000 among children."

Citation: National Organization for Rare Disorders, *Immune Thrombocytopenia*. https://rarediseases.org/rare-diseases/immune-thrombocytopenia, (accessed May 12, 2020).  See Exhibit 207.

**B.  Vaccination as reasonable suspect in etiology of ITP**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from the Centers of Disease Control and Prevention website: "The risk of ITP has been shown to be increased in the six weeks following an MMR vaccination, with one study estimating 1 case per 40,000 vaccinated children."

Citation: Centers for Disease Control and Prevention, *Measles, Mumps, Rubella (MMR) Vaccine, Safety Information.* https://www.cdc.gov/vaccinesafety/vaccines/mmr-vaccine.html, (accessed May 12, 2020).  See Exhibit 94.

**39. Alopecia areata (AA)**

**A.  Definition and Prevalence of AA**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'alopecia areata' from the National Alopecia Areata Foundation website: "Alopecia areata is a common autoimmune skin disease, causing hair loss on the scalp, face and sometimes on other areas of the body. It affects as many as 6.8 million people in the U.S. with a lifetime risk of 2.1%."

Citation: National Alopecia Areata Foundation, *What You Need to Know About Alopecia Areata.* https://www.naaf.org/alopecia-areata, (accessed July 1, 2020).  See Exhibit 208.

**B.  Vaccination is a reasonable suspect in etiology of AA**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a 1997 study published in "After reviewing 60 case reports, we believe that immunizations warrant consideration among potential causes of hair loss."

Citation: Wise. R *et al.* (1997). Hair Loss After Routine Immunizations. *JAMA* 278 (14): 1176-1178. See Exhibit 209.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a case report published in *Pediatric Dermatology:*

> "Alopecia areata (AA) is the most common form of hair loss in children. We report the case of a child who had two episodes of AA after two different vaccines with complete hair regrowth between the episodes. This case supports the concept that vaccination might be a trigger for the development of AA in genetically predisposed children."

Citation: Chu *et al*. (2016). Alopecia Areata After Vaccination: Recurrence with Rechallenge. *Pediatric Dermatology* 33(3):e218–219. https://doi.org/10.1111/pde.12849, (accessed May 12, 2020).  See Exhibit 210.

### 40. Bullous Dermatoses

**A.  Definition**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'bullous dermatoses' from a review published in *Annals of the New York Academy of Sciences:* "Bullous dermatoses are a variety of autoimmune skin diseases that are characterized by the presence of bullae or blisters. Most of these diseases are associated with substantial morbidity, and a few may result in death."

Citation: Patrício *et al*. (2009). Autoimmune bullous dermatoses: a review. *Annals of the New York Academy of Sciences* 1173:203–210. https://doi.org/10.1111/j.1749-6632.2009.04737.x, (accessed May 12, 2020).  See Exhibit 211.

**B.  Growing incidence of Bullous Pemphigoid (BP) in infants**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Orphanet Journal of Rare Diseases:*

> "Bullous pemphigoid is an acquired autoimmune disorder presenting with subepidermal blistering, eosinophilia, and severe itch. Its incidence is increasing and it mostly affects the elderly; it is considered rare in children. The first case of

BP in a child was described in 1970 based on immunofluorescence diagnosis; the first case of BP in an infant was described in 1977. Since then, the number of reported pediatric cases has steadily increased… the majority of cases of childhood BP occurred in small children under the age of 12 months."

Citation: Schwieger-Briel *et al.* (2014). Bullous pemphigoid in infants: characteristics, diagnosis and treatment. *Orphanet Journal of Rare Diseases* 9:185. https://doi.org/10.1186/s13023-014-0185-6, (accessed October 17, 2020). See Exhibit 212.

**C.  Vaccination is a reasonable suspect in etiology of BP in infants**

(1) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in *Pediatric Dermatology:*

"Bullous pemphigoid (BP) is an acquired autoimmune blistering disorder of unknown etiology uncommon in childhood… We report three infants with infantile BP presenting shortly after vaccination for diphtheria, pertussis, tetanus, poliomyelitis, hepatitis B, Haemophilus influenzae B, and meningococcus C. Our cases further reinforce the causal association between childhood BP and vaccination."

Citation: de la Fuente *et al.* (2013). Postvaccination bullous pemphigoid in infancy: report of three new cases and literature review. *Pediatric Dermatology 30*(6):741–744. https://doi.org/10.1111/pde.12231, (accessed May 12, 2020).  See Exhibit 213.

(2) For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from a study published in BMC Pediatrics: "Here we describe three cases of BP which were referred to our department in the last 15 years. Two of them developed an eruption of bullous lesions just a few days after vaccination for diphtheria, tetanus, pertussis, poliomyelitis, hepatitis B and *Haemophilus influenzae* B."

Citations: Baroero *et al*. (2017). Three case reports of post immunization and post viral Bullous Pemphigoid: looking for the right trigger. *BMC Pediatrics* 17(1):60. https://doi.org/10.1186/s12887-017-0813-0, (accessed May 12, 2020).  See Exhibit 214.

**41. Otitis Media**

**A.  Definitions**

**(1) Otitis media**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following definition of 'otitis media' from MedicineNet: '*otitis media* is "inflammation of the middle ear characterized by the accumulation of infected fluid in the middle ear, bulging of the eardrum, pain in the ear and, if eardrum is perforated, drainage of purulent material (pus) into the ear canal." '

Citation: MedicineNet, *Medical Definition of Otitis Media, Medical Author: William C. Shiel Jr., MD, FACP, FACR.* https://www.medicinenet.com/script/main/art.asp?articlekey=8912, (accessed July 1, 2020).  See Exhibit 215.

**(2) Acute otitis media (AOM)**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following description of 'acute otitis media' from the National Institute on Deafness and Other Communication Disorders (NIDOCD) website: "Acute otitis media (AOM) is the most common ear infection. Parts of the middle ear are infected and swollen and fluid is trapped behind the eardrum. This causes pain in the ear—commonly called an earache."

Citation: National Institute on Deafness and Other Communication Disorders, *NIDCD Fact Sheet: Ear Infections in Children.* https://www.nidcd.nih.gov/sites/default/files/Documents/health/hearing/NIDCD-Ear-Infections-In-Children.pdf, (accessed June 9, 2020).  See Exhibit 216.

**B.  Prevalence of AOM**

For recognition of a commonly known fact to public health officials familiar with the matter, Petitioners request judicial notice of the following quote from Medscape:

"In the United States, 70% of all children experience one or more attacks of AOM before their second birthday. A study from Pittsburgh that prospectively followed urban and rural children for the first 2 years of life determined that the incidence of middle ear effusion episodes is approximately 48% at age 6 months, 79% at age 1 year, and 91% at age 2 years."

Citation: Medscape, *What is the incidence and prevalence of acute otitis media (AOM) in the US? Author: John D Donaldson, MD, FRCSC, FACS.*

1  https://www.medscape.com/answers/859316-30596/what-is-the-incidence-and-prevalence-of-acute-

2  otitis-media-aom-in-the-us, (accessed June 26, 2020).  See Exhibit 217.

3  **C.  Economic burden of AOM**

4  For recognition of a commonly known fact to public health officials familiar with the matter,

5  Petitioners request judicial notice of the following quote from the Infection Control Today website:

6  "The findings show that AOM is associated with significant increases in direct costs incurred by

7  consumers and the healthcare system. With its high prevalence across the U.S., pediatric AOM

8  accounts for approximately $2.88 billion in added healthcare expenses annually and is a significant

9  healthcare utilization concern."

10  Citation: Infection Control Today, *Kids' Ear Infections Cost Healthcare System Nearly $3*

11  *Billion Annually,* January 10, 2014. https://www.infectioncontroltoday.com/infections/kids-ear-

12  infections-cost-healthcare-system-nearly-3-billion-annually, (accessed June 9, 2020).  See Exhibit

13  218.

14  **D.  Immunologic deficits in etiology of otitis media**

15  For recognition of a commonly known fact to public health officials familiar with the matter,

16  Petitioners request judicial notice of the following quote from a review published in *The Journal of*

17  *Infection:* "Immunologic deficits in otitis prone children cause them to be unusually vulnerable to

18  viral upper respiratory infections and respond inadequately to routine pediatric vaccines."

19  Citation: Pichichero (2020). Immunologic dysfunction contributes to the otitis prone

20  condition. *The Journal of Infection* 80(6): 614–622. https://doi.org/10.1016/j.jinf.2020.03.017,

21  (accessed June 9, 2020).  See Exhibit 219.

22  **CONCLUSION**

23  Petitioners hereby request judicial notice of the foregoing facts.

24  //

25  //

26  //

27  //

28  //

**ATTORNEYS FOR PETITIONERS**

Date: *12-6-20*                          Date: *12.6.20*

Gregory J. Glaser (SBN 226706)          Ray L. Flores II (SBN 263643)
4399 Buckboard Drive, Box 423           11622 El Camino Real Suite 100
Copperopolis, CA 95228                  San Diego, CA 92130
Ph: (925) 642-6651                      Ph. (858) 367-0397
Fx. (209) 729-4557                      Fx. (888) 336-4037
greg@gregglaser.com                     rayfloreslaw@gmail.com

- 99 -