# EXHIBIT 344



# Infectious diseases

## Overview

Infectious diseases are disorders caused by organisms — such as bacteria, viruses, fungi or parasites. Many organisms live in and on our bodies. They're normally harmless or even helpful. But under certain conditions, some organisms may cause disease.

Some infectious diseases can be passed from person to person. Some are transmitted by insects or other animals. And you may get others by consuming contaminated food or water or being exposed to organisms in the environment.

Signs and symptoms vary depending on the organism causing the infection, but often include fever and fatigue. Mild infections may respond to rest and home remedies, while some life-threatening infections may need hospitalization.

Many infectious diseases, such as measles and chickenpox, can be prevented by vaccines. Frequent and thorough hand-washing also helps protect you from most infectious diseases.

## Symptoms

Each infectious disease has its own specific signs and symptoms. General signs and symptoms common to a number of infectious diseases include:

- Fever
- Diarrhea
- Fatigue
- Muscle aches
- Coughing

### When to see a doctor

**1**                                                                                    **Exhibit 344**

Seek medical attention if you:

- Have been bitten by an animal
- Are having trouble breathing
- Have been coughing for more than a week
- Have severe headache with fever
- Experience a rash or swelling
- Have unexplained or prolonged fever
- Have sudden vision problems

# Causes

Infectious diseases can be caused by:

- **Bacteria.** These one-cell organisms are responsible for illnesses such as strep throat, urinary tract infections and tuberculosis.
- **Viruses.** Even smaller than bacteria, viruses cause a multitude of diseases ranging from the common cold to AIDS.
- **Fungi.** Many skin diseases, such as ringworm and athlete's foot, are caused by fungi. Other types of fungi can infect your lungs or nervous system.
- **Parasites.** Malaria is caused by a tiny parasite that is transmitted by a mosquito bite. Other parasites may be transmitted to humans from animal feces.

## Direct contact

An easy way to catch most infectious diseases is by coming in contact with a person or an animal with the infection. Infectious diseases can be spread through direct contact such as:

- **Person to person.** Infectious diseases commonly spread through the direct transfer of bacteria, viruses or other germs from one person to another. This can happen when an individual with the bacterium or virus touches, kisses, or coughs or sneezes on someone who isn't infected.

  These germs can also spread through the exchange of body fluids from sexual contact. The person who passes the germ may have no symptoms of the disease, but may simply be a carrier.

- **Animal to person.** Being bitten or scratched by an infected animal — even a pet — can make you sick and, in extreme circumstances, can be fatal. Handling animal waste can be

hazardous, too. For example, you can get a toxoplasmosis infection by scooping your cat's litter box.

- **Mother to unborn child.** A pregnant woman may pass germs that cause infectious diseases to her unborn baby. Some germs can pass through the placenta or through breast milk. Germs in the vagina can also be transmitted to the baby during birth.

## Indirect contact

Disease-causing organisms also can be passed by indirect contact. Many germs can linger on an inanimate object, such as a tabletop, doorknob or faucet handle.

When you touch a doorknob handled by someone ill with the flu or a cold, for example, you can pick up the germs he or she left behind. If you then touch your eyes, mouth or nose before washing your hands, you may become infected.

## Insect bites

Some germs rely on insect carriers — such as mosquitoes, fleas, lice or ticks — to move from host to host. These carriers are known as vectors. Mosquitoes can carry the malaria parasite or West Nile virus. Deer ticks may carry the bacterium that causes Lyme disease.

## Food contamination

Disease-causing germs can also infect you through contaminated food and water. This mechanism of transmission allows germs to be spread to many people through a single source. Escherichia coli (E. coli), for example, is a bacterium present in or on certain foods — such as undercooked hamburger or unpasteurized fruit juice.

# Risk factors

While anyone can catch infectious diseases, you may be more likely to get sick if your immune system isn't working properly. This may occur if:

- You're taking steroids or other medications that suppress your immune system, such as anti-rejection drugs for a transplanted organ
- You have HIV or AIDS
- You have certain types of cancer or other disorders that affect your immune system

In addition, certain other medical conditions may predispose you to infection, including implanted medical devices, malnutrition and extremes of age, among others.

# Complications

Most infectious diseases have only minor complications. But some infections — such as pneumonia, AIDS and meningitis — can become life-threatening. A few types of infections have been linked to a long-term increased risk of cancer:

- Human papillomavirus is linked to cervical cancer
- Helicobacter pylori is linked to stomach cancer and peptic ulcers
- Hepatitis B and C have been linked to liver cancer

In addition, some infectious diseases may become silent, only to appear again in the future — sometimes even decades later. For example, someone who's had chickenpox may develop shingles much later in life.

# Prevention

Follow these tips to decrease the risk of infection:

- **Wash your hands.** This is especially important before and after preparing food, before eating, and after using the toilet. And try not to touch your eyes, nose or mouth with your hands, as that's a common way germs enter the body.

- **Get vaccinated.** Vaccination can drastically reduce your chances of contracting many diseases. Make sure to keep up to date on your recommended vaccinations, as well as your children's.

- **Stay home when ill.** Don't go to work if you are vomiting, have diarrhea or have a fever. Don't send your child to school if he or she has these signs, either.

- **Prepare food safely.** Keep counters and other kitchen surfaces clean when preparing meals. Cook foods to the proper temperature, using a food thermometer to check for doneness. For ground meats, that means at least 160 F (71 C); for poultry, 165 F (74 C); and for most other meats, at least 145 F (63 C).

  Also promptly refrigerate leftovers — don't let cooked foods remain at room temperature for long periods of time.

- **Practice safe sex.** Always use condoms if you or your partner has a history of sexually transmitted infections or high-risk behavior.

- **Don't share personal items.** Use your own toothbrush, comb and razor. Avoid sharing drinking glasses or dining utensils.

- **Travel wisely.** If you're traveling out of the country, talk to your doctor about any special

vaccinations — such as yellow fever, cholera, hepatitis A or B, or typhoid fever — you may need.

By Mayo Clinic Staff

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
**Privacy Policy**
**Notice of Privacy Practices**
Notice of Nondiscrimination

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy
Advertising and sponsorship opportunities

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2020 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

# EXHIBIT 345



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Immunization Schedules

# **Table 1.** Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger, United States, 2020

**Always make recommendations by determining needed vaccines based on age (Table 1), determining appropriate intervals for catch-up, if needed (Table 2), assessing for medical indications (Table 3), and reviewing special situations (Notes).**

 Get Email Updates

| Table 1. By age | Table 2. Catch-up schedule | Table 3. By medical indications | Schedule Changes & Guidance | Parent-friendly schedule | Resources for health care providers |

- 8.5"x11" print color 🗎 [8 pages]
- 8.5"x11" print black and white 🗎 [8 pages]
- Compliant version of this schedule

- Vaccines in the Child and Adolescent Immunization Schedule
- Learn how to display current schedules from your website.

**Download Schedules App** 

**Legend**

| Range of recommended ages for all children | Range of recommended ages for catch-up immunization | Range of recommended ages for certain high-risk groups | Recommended based on shared clinical decision-making or *can be used in this age group | No recommendation/Not applicable |

# Birth to 15 Months

| Vaccine | Birth | 1 mo | 2 mos | 4 mos | 6 mos | 9 mos | 12 mos | 15 mos |
|---|---|---|---|---|---|---|---|---|
| **Hepatitis B** ⓘ **(HepB)** | 1st dose | 2nd dose | | | ←3rd dose→ | | | |

| **Rotavirus** ⓘ<br>(RV) RV1 (2-dose series); RV5 (3-dose series) | | 1st dose | 2nd dose | See notes | | |
| **Diphtheria, tetanus, & acellular pertussis** ⓘ<br>(DTaP: <7 yrs) | | 1st dose | 2nd dose | 3rd dose | | ←4th dose→ |
| *Haemophilus influenzae* type b ⓘ<br>(Hib) | | 1st dose | 2nd dose | See notes | ←3rd or 4th dose, See notes→ | |
| **Pneumococcal conjugate** ⓘ<br>(PCV13) | | 1st dose | 2nd dose | 3rd dose | ←4th dose→ | |
| **Inactivated poliovirus** ⓘ<br>(IPV: <18 yrs) | | 1st dose | 2nd dose | ←3rd dose→ | | |
| **Influenza (IIV)** ⓘ | | | Annual vaccination 1 or 2 doses | | | |
| **or**<br>**Influenza (LAIV)** ⓘ | | | | | | |
| **Measles, mumps, rubella** ⓘ<br>(MMR) | | | See notes | ←1st dose→ | | |
| **Varicella** ⓘ<br>(VAR) | | | | ←1st dose→ | | |
| **Hepatitis A** ⓘ<br>(HepA) | | | See notes | ←2-dose series, See notes→ | | |
| **Tetanus, diphtheria, & acellular pertussis** ⓘ<br>(Tdap: ≥7 yrs) | | | | | | |
| **Human papillomavirus** ⓘ<br>(HPV) | | | | | | |
| **Meningococcal** ⓘ<br>(MenACWY-D: ≥9 mos; MenACWY-CRM: ≥2 mos) | | | See notes | | | |
| **Meningococcal B** ⓘ (MenB) | | | | | | |
| **Pneumococcal polysaccharide** ⓘ<br>(PPSV23) | | | | | | |

# 18 Months to 18 Years

| Vaccines | 18 mos | 19-23 mos | 2-3 yrs | 4-6 yrs | 7-10 yrs | 11-12 yrs | 13-15 yrs | 16 yrs | 17-18 yrs |
|---|---|---|---|---|---|---|---|---|---|
| **Hepatitis B** ⓘ<br>**(HepB)** | ←3rd dose→ | | | | | | | | |
| **Rotavirus** ⓘ<br>**(RV) RV1 (2-dose series); RV5 (3-dose series)** | | | | | | | | | |
| **Diphtheria, tetanus, & acellular pertussis** ⓘ<br>**(DTaP: <7 yrs)** | ←4th dose→ | | | 5th dose | | | | | |
| *Haemophilus influenzae* type b ⓘ<br>**(Hib)** | | | | | | | | | |
| **Pneumococcal conjugate** ⓘ<br>**(PCV13)** | | | | | | | | | |
| **Inactivated poliovirus** ⓘ<br>**(IPV: <18 yrs)** | ←3rd dose→ | | | 4th dose | | | | | |
| **Influenza (IIV)** ⓘ | Annual vaccination 1 or 2 doses | | | | Annual vaccination 1 dose only | | | | |
| **or**<br>**Influenza (LAIV)** ⓘ | | | Annual **or** vaccination 1 or 2 doses | | Annual vaccination 1 dose only | | | | |
| **Measles, mumps, rubella** ⓘ<br>**(MMR)** | | | | 2nd dose | | | | | |
| **Varicella** ⓘ<br>**(VAR)** | | | | 2nd dose | | | | | |
| **Hepatitis A** ⓘ<br>**(HepA)** | ← 2-dose series, See notes→ | | | | | | | | |
| **Tetanus, diphtheria, &** | | | | | | Tdap | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **acellular pertussis** ⓘ **(Tdap: ≥7 yrs)** | | | | | | | | | |
| **Human papillomavirus** ⓘ **(HPV)** | | | | | | * | See notes | | |
| **Meningococcal** ⓘ **(MenACWY-D: ≥9 mos; MenACWY-CRM: ≥2 mos)** | See notes | | | | | | 1st dose | | 2nd dose |
| **Meningococcal B** ⓘ **(MenB)** | | | | | | See notes | | | |
| **Pneumococcal polysaccharide** ⓘ **(PPSV23)** | | | See notes | | | | | | |

> Administer recommended vaccines if immunization history is incomplete or unknown. Do not restart or add doses to vaccine series for extended intervals between doses. When a vaccine is not administered at the recommended age, administer at a subsequent visit. The use of trade names is for identification purposes only and does not imply endorsement by the ACIP or CDC.

# Notes

# Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger, United States, 2020

For vaccine recommendations for persons 19 years of age or older, see the Recommended Adult Immunization Schedule.

# Additional information

- Consult relevant ACIP statements for detailed recommendations.
- For information on contraindications and precautions for the use of a vaccine, consult the General Best Practice Guidelines for Immunization and relevant ACIP statements.
- For calculating intervals between doses, 4 weeks = 28 days. Intervals of ≥4 months are determined by calendar months.
- Within a number range (e.g., 12–18), a dash (–) should be read as "through."
- Vaccine doses administered ≤4 days before the minimum age or interval are considered valid. Doses of any vaccine administered ≥5 days earlier than the minimum age or minimum interval should not be counted as valid and should be repeated as age-appropriate. The repeat dose should be spaced after the invalid dose by the recommended minimum interval. For further details, see Table 3-1, Recommended and minimum ages and intervals between

vaccine doses, in General Best Practice Guidelines for Immunization.

- Information on travel vaccine requirements and recommendations is available at wwwnc.cdc.gov/travel/.

- For vaccination of persons with immunodeficiencies, see Table 8-1, Vaccination of persons with primary and secondary immunodeficiencies, in General Best Practice Guidelines for Immunization, and Immunization in Special Clinical Circumstances (In: Kimberlin DW, Brady MT, Jackson MA, Long SS, eds. *Red Book: 2018 report of the Committee on Infectious Diseases*. 31st ed. Itasca, IL: American Academy of Pediatrics, 2018:67–111).

- For information regarding vaccination in the setting of a vaccine-preventable disease outbreak, contact your state or local health department.

- The National Vaccine Injury Compensation Program (VICP) is a no-fault alternative to the traditional legal system for resolving vaccine injury claims. All routine child and adolescent vaccines are covered by VICP except for pneumococcal polysaccharide vaccine (PPSV23). For more information, see www.hrsa.gov/vaccinecompensation/index.html ☐ .

# Diphtheria, tetanus, and pertussis (DTaP) vaccination (minimum age: 6 weeks [4 years for Kinrix or Quadracel])

## Routine vaccination

- 5-dose series at 2, 4, 6, 15–18 months, 4–6 years
  - **Prospectively:** Dose 4 may be administered as early as age 12 months if at least 6 months have elapsed since dose 3.
  - **Retrospectively:** A 4th dose that was inadvertently administered as early as 12 months may be counted if at least 4 months have elapsed since dose 3.

## Catch-up vaccination

- Dose 5 is not necessary if dose 4 was administered at age 4 years or older and at least 6 months after dose 3.
- For other catch-up guidance, see Table 2.

# *Haemophilus influenzae* type b vaccination (minimum age: 6 weeks)

## Routine vaccination

- **ActHIB, Hiberix, or Pentacel:** 4-dose series at 2, 4, 6, 12–15 months
- **PedvaxHIB:** 3-dose series at 2, 4, 12–15 months

## Catch-up vaccination

- **Dose 1 at 7–11 months:** Administer dose 2 at least 4 weeks later and dose 3 (final dose) at 12–15 months or 8 weeks after dose 2 (whichever is later).
- **Dose 1 at 12–14 months:** Administer dose 2 (final dose) at least 8 weeks after dose 1.

- **Dose 1 before 12 months and dose 2 before 15 months:** Administer dose 3 (final dose) 8 weeks after dose 2.
- **2 doses of PedvaxHIB before 12 months:** Administer dose 3 (final dose) at 12–59 months and at least 8 weeks after dose 2.
- **Unvaccinated at 15–59 months:** 1 dose
- **Previously unvaccinated children age 60 months or older** who are not considered high risk do not require catch-up vaccination.
- For other catch-up guidance, see Table 2.

## Special situations

- **Chemotherapy or radiation treatment:**
  **12–59 months**
  - Unvaccinated or only 1 dose before age 12 months: 2 doses, 8 weeks apart
  - 2 or more doses before age 12 months: 1 dose at least 8 weeks after previous dose

  *Doses administered within 14 days of starting therapy or during therapy should be repeated at least 3 months after therapy completion.*
- **Hematopoietic stem cell transplant (HSCT):**
  - 3-dose series 4 weeks apart starting 6 to 12 months after successful transplant regardless of Hib vaccination history
- **Anatomic or functional asplenia (including sickle cell disease):**
  **12–59 months**
  - Unvaccinated or only 1 dose before age 12 months: 2 doses, 8 weeks apart
  - 2 or more doses before age 12 months: 1 dose at least 8 weeks after previous dose

  *Unvaccinated\* persons age 5 years or older*
  - 1 dose
- **Elective splenectomy:**
  *Unvaccinated\* persons age 15 months or older*
  - 1 dose (preferably at least 14 days before procedure)
- **HIV infection:**
  **12–59 months**
  - Unvaccinated or only 1 dose before age 12 months: 2 doses, 8 weeks apart
  - 2 or more doses before age 12 months: 1 dose at least 8 weeks after previous dose

  *Unvaccinated\* persons age 5–18 years*
  - 1 dose
- **Immunoglobulin deficiency, early component complement deficiency:**
  **12–59 months**
  - Unvaccinated or only 1 dose before age 12 months: 2 doses, 8 weeks apart
  - 2 or more doses before age 12 months: 1 dose at least 8 weeks after previous dose

\*Unvaccinated = Less than routine series (through 14 months) OR no doses (15 months or older)

# Hepatitis A vaccination
# (minimum age: 12 months for routine vaccination)

## Routine vaccination

- 2-dose series (minimum interval: 6 months) beginning at age 12 months

## Catch–up vaccination

- Unvaccinated persons through 18 years should complete a 2-dose series (minimum interval: 6 months).
- Persons who previously received 1 dose at age 12 months or older should receive dose 2 at least 6 months after dose 1.
- Adolescents 18 years and older may receive the combined HepA and HepB vaccine, **Twinrix®**, as a 3-dose series (0, 1, and 6 months) or 4-dose series (0, 7, and 21–30 days, followed by a dose at 12 months).

## International travel

- Persons traveling to or working in countries with high or intermediate endemic hepatitis A:
  - **Infants age 6–11 months:** 1 dose before departure; revaccinate with 2 doses, separated by at least 6 months, between 12 and 23 months of age
  - **Unvaccinated age 12 months and older:** Administer dose 1 as soon as travel is considered.

# Hepatitis B vaccination (minimum age: birth)

## Birth dose (monovalent HepB vaccine only)

- **Mother is HBsAg-negative:** 1 dose within 24 hours of birth for **all** medically stable infants ≥2,000 grams. Infants <2,000 grams: administer 1 dose at chronological age 1 month or hospital discharge.
- **Mother is HBsAg-positive:**
  - Administer **HepB vaccine** and **hepatitis B immune globulin (HBIG)** (in separate limbs) within 12 hours of birth, regardless of birth weight. For infants <2,000 grams, administer 3 additional doses of vaccine (total of 4 doses) beginning at age 1 month.
  - Test for HBsAg and anti-HBs at age 9–12 months. If HepB series is delayed, test 1–2 months after final dose.
- **Mother's HBsAg status is unknown:**
  - Administer **HepB vaccine** within 12 hours of birth, regardless of birth weight.
  - For infants <2,000 grams, administer **HBIG** in addition to HepB vaccine (in separate limbs) within 12 hours of birth. Administer 3 additional doses of vaccine (total of 4 doses) beginning at age 1 month.
  - Determine mother's HBsAg status as soon as possible. If mother is HBsAg-positive, administer **HBIG** to infants ≥2,000 grams as soon as possible, but no later than 7 days of age.

## Routine series

**Exhibit 345**

- 3-dose series at 0, 1–2, 6–18 months (use monovalent HepB vaccine for doses administered before age 6 weeks)

- Infants who did not receive a birth dose should begin the series as soon as feasible (see Table 2).

- Administration of **4 doses** is permitted when a combination vaccine containing HepB is used after the birth dose.

- **Minimum age** for the final (3rd or 4th ) dose: 24 weeks

- **Minimum intervals:** dose 1 to dose 2: 4 weeks / dose 2 to dose 3: 8 weeks / dose 1 to dose 3: 16 weeks (when 4 doses are administered, substitute "dose 4" for "dose 3" in these calculations)

## Catch-up vaccination

- Unvaccinated persons should complete a 3-dose series at 0, 1–2, 6 months.

- Adolescents age 11–15 years may use an alternative 2-dose schedule with at least 4 months between doses (adult formulation **Recombivax HB** only).

- Adolescents 18 years and older may receive a 2-dose series of HepB (**Heplisav-B®**) at least 4 weeks apart.

- Adolescents 18 years and older may receive the combined HepA and HepB vaccine, **Twinrix**, as a 3-dose series (0, 1, and 6 months) or 4-dose series (0, 7, and 21–30 days, followed by a dose at 12 months).

- For other catch-up guidance, see Table 2.

## Special situations

- Revaccination is not generally recommended for persons with a normal immune status who were vaccinated as infants, children, adolescents, or adults.

- **Revaccination** may be recommended for certain populations, including:
  - **Infants born to HBsAg-positive mothers**
  - **Hemodialysis patients**
  - **Other immunocompromised persons**

- For detailed revaccination recommendations, please see the HepB *MMWR* publications.

# Human papillomavirus vaccination (minimum age: 9 years)

## Routine and catch-up vaccination

- HPV vaccination routinely recommended at **age 11–12 years (can start at age 9 years)** and catch-up HPV vaccination recommended for all persons through age 18 years if not adequately vaccinated

- 2- or 3-dose series depending on age at initial vaccination:
  - **Age 9 through 14 years at initial vaccination:** 2-dose series at 0, 6–12 months (minimum interval: 5 months; repeat dose if administered too soon)
  - **Age 15 years or older at initial vaccination:** 3-dose series at 0, 1–2 months, 6 months (minimum intervals: dose 1 to dose 2: 4 weeks / dose 2 to dose 3: 12 weeks / dose 1 to dose 3: 5 months; repeat dose if administered too soon)

- If completed valid vaccination series with any HPV vaccine, no additional doses needed

## Special situations

- **Immunocompromising conditions, including HIV infection:** 3-dose series as above

- **History of sexual abuse or assault:** Start at age 9 years

- **Pregnancy:** HPV vaccination not recommended until after pregnancy; no intervention needed if vaccinated while pregnant; pregnancy testing not needed before vaccination

# Influenza vaccination (minimum age: 6 months [IIV], 2 years [LAIV], 18 years [recombinant influenza vaccine, RIV])

## Routine vaccination

- Use any influenza vaccine appropriate for age and health status annually:
  - 2 doses, separated by at least 4 weeks, for **children age 6 months–8 years** who have received fewer than 2 influenza vaccine doses before July 1, 2019, or whose influenza vaccination history is unknown (administer dose 2 even if the child turns 9 between receipt of dose 1 and dose 2)
  - 1 dose for **children age 6 months–8 years** who have received at least 2 influenza vaccine doses before July 1, 2019
  - 1 dose for **all persons age 9 years and older**
- For the 2020–21 season, see the 2020–21 ACIP influenza vaccine recommendations.

## Special situations

- **Egg allergy, hives only**: Any influenza vaccine appropriate for age and health status annually

- **Egg allergy with symptoms other than hives** (e.g., angioedema, respiratory distress, need for emergency medical services or epinephrine): Any influenza vaccine appropriate for age and health status annually in medical setting under supervision of health care provider who can recognize and manage severe allergic reactions

- **LAIV should not be used** in persons with the following conditions or situations:
  - History of severe allergic reaction to a previous dose of any influenza vaccine or to any vaccine component (excluding egg, see details above)
  - Receiving aspirin or salicylate-containing medications
  - Age 2–4 years with history of asthma or wheezing
  - Immunocompromised due to any cause (including medications and HIV infection)
  - Anatomic or functional asplenia
  - Cochlear implant
  - Cerebrospinal fluid-oropharyngeal communication
  - Close contacts or caregivers of severely immunosuppressed persons who require a protected environment
  - Pregnancy
  - Received influenza antiviral medications within the previous 48 hours

# Measles, mumps, and rubella vaccination (minimum age: 12 months for routine vaccination)

## Routine vaccination

- 2-dose series at 12–15 months, 4–6 years
- Dose 2 may be administered as early as 4 weeks after dose 1.

## Catch-up vaccination

- Unvaccinated children and adolescents: 2-dose series at least 4 weeks apart
- The maximum age for use of MMRV is 12 years.

## Special situations

**International travel**

- **Infants age 6–11 months:** 1 dose before departure; revaccinate with 2-dose series with dose 1 at 12–15 months (12 months for children in high-risk areas) and dose 2 as early as 4 weeks later.
- **Unvaccinated children age 12 months and older:** 2-dose series at least 4 weeks apart before departure

# Meningococcal serogroup A,C,W,Y vaccination (minimum age: 2 months [MenACWY-CRM, Menveo], 9 months [MenACWY-D, Menactra])

## Routine vaccination

- 2-dose series at 11–12 years, 16 years

## Catch-up vaccination

- Age 13–15 years: 1 dose now and booster at age 16–18 years (minimum interval: 8 weeks)
- Age 16–18 years: 1 dose

## Special situations

**Anatomic or functional asplenia (including sickle cell disease), HIV infection, persistent complement component deficiency, complement inhibitor (e.g., eculizumab, ravulizumab) use:**

- **Menveo**
  - Dose 1 at age 8 weeks: 4-dose series at 2, 4, 6, 12 months
  - Dose 1 at age 7–23 months: 2-dose series (dose 2 at least 12 weeks after dose 1 and after age 12 months)

**Exhibit 345**

- ○ Dose 1 at age 24 months or older: 2-dose series at least 8 weeks apart
- **Menactra**
  - ○ **Persistent complement component deficiency or complement inhibitor use:**
    - ▪ Age 9–23 months: 2-dose series at least 12 weeks apart
    - ▪ Age 24 months or older: 2-dose series at least 8 weeks apart
  - ○ **Anatomic or functional asplenia, sickle cell disease, or HIV infection:**
    - ▪ Age 9–23 months: Not recommended
    - ▪ Age 24 months or older: 2-dose series at least 8 weeks apart
    - ▪ **Menactra** must be administered at least 4 weeks after completion of PCV13 series.

**Travel in countries** with hyperendemic or epidemic meningococcal disease, including countries in the African meningitis belt or during the Hajj:

- Children less than age 24 months:
  - ○ **Menveo (age 2–23 months):**
    - ▪ Dose 1 at 8 weeks: 4-dose series at 2, 4, 6, 12 months
    - ▪ Dose 1 at 7–23 months: 2-dose series (dose 2 at least 12 weeks after dose 1 and after age 12 months)
  - ○ **Menactra (age 9–23 months):**
    - ▪ 2-dose series (dose 2 at least 12 weeks after dose 1; dose 2 may be administered as early as 8 weeks after dose 1 in travelers)
- Children age 2 years or older: 1 dose **Menveo** or **Menactra**

**First-year college students who live in residential housing (if not previously vaccinated at age 16 years or older) or military recruits:**

- 1 dose **Menveo** or **Menactra**

**Adolescent vaccination of children who received MenACWY prior to age 10 years:**

- **Children for whom boosters are recommended** because of an ongoing increased risk of meningococcal disease (e.g., those with complement deficiency, HIV, or asplenia): Follow the booster schedule for persons at increased risk (see below).
- **Children for whom boosters are not recommended** (e.g., those who received a single dose for travel to a country where meningococcal disease is endemic): Administer MenACWY according to the recommended adolescent schedule with dose 1 at age 11–12 years and dose 2 at age 16 years.

**Note:** Menactra should be administered either before or at the same time as DTaP. For MenACWY **booster dose recommendations** for groups listed under "Special situations" and in an outbreak setting and for additional meningococcal vaccination information, see meningococcal *MMWR* publications.

# Meningococcal serogroup B vaccination (minimum age: 10 years [MenB–4C, Bexsero; MenB–FHbp, Trumenba])

## Shared Clinical Decision–Making

- **Adolescents not at increased risk** age 16–23 years (preferred age 16–18 years) based on shared clinical decision-making:
  - **Bexsero:** 2-dose series at least 1 month apart
  - **Trumenba:** 2-dose series at least 6 months apart; if dose 2 is administered earlier than 6 months, administer a 3rd dose at least 4 months after dose 2.

## Special situations

**Anatomic or functional asplenia (including sickle cell disease), persistent complement component deficiency, complement inhibitor (e.g., eculizumab, ravulizumab) use:**

- **Bexsero:** 2-dose series at least 1 month apart
- **Trumenba:** 3-dose series at 0, 1–2, 6 months

**Bexsero** and **Trumenba** are not interchangeable; the same product should be used for all doses in a series. For MenB **booster dose recommendations** for groups listed under "Special situations" and in an outbreak setting and for additional meningococcal vaccination information, see ACIP Recommendations.

# Pneumococcal vaccination (minimum age: 6 weeks [PCV13], 2 years [PPSV23])

## Routine vaccination with PCV13

- 4-dose series at 2, 4, 6, 12–15 months

## Catch-up vaccination with PCV13

- 1 dose for healthy children age 24–59 months with any incomplete* PCV13 series
- For other catch-up guidance, see Table 2.

## Special situations

**High-risk conditions below: When both PCV13 and PPSV23 are indicated, administer PCV13 first. PCV13 and PPSV23 should not be administered during the same visit.**

**Chronic heart disease (particularly cyanotic congenital heart disease and cardiac failure), chronic lung disease (including asthma treated with high-dose, oral corticosteroids), diabetes mellitus:**

**Age 2–5 years**
- Any incomplete* series with:
  - 3 PCV13 doses: 1 dose PCV13 (at least 8 weeks after any prior PCV13 dose)
  - Less than 3 PCV13 doses: 2 doses PCV13 (8 weeks after the most recent dose and administered 8 weeks apart)

**Exhibit 345**

- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after any prior PCV13 dose)

**Age 6–18 years**
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after any prior PCV13 dose)

**Cerebrospinal fluid leak, cochlear implant:**

**Age 2–5 years**
- Any incomplete* series with:
  - 3 PCV13 doses: 1 dose PCV13 (at least 8 weeks after any prior PCV13 dose)
  - Less than 3 PCV13 doses: 2 doses PCV13 (8 weeks after the most recent dose and administered 8 weeks apart)
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after any prior PCV13 dose)

**Age 6–18 years**
- No history of either PCV13 or PPSV23: 1 dose PCV13, 1 dose PPSV23 at least 8 weeks later
- Any PCV13 but no PPSV23: 1 dose PPSV23 at least 8 weeks after the most recent dose of PCV13
- PPSV23 but no PCV13: 1 dose PCV13 at least 8 weeks after the most recent dose of PPSV23

**Sickle cell disease and other hemoglobinopathies; anatomic or functional asplenia; congenital or acquired immunodeficiency; HIV infection; chronic renal failure; nephrotic syndrome; malignant neoplasms, leukemias, lymphomas, Hodgkin disease, and other diseases associated with treatment with immunosuppressive drugs or radiation therapy; solid organ transplantation; multiple myeloma:**

**Age 2–5 years**
- Any incomplete* series with:
  - 3 PCV13 doses: 1 dose PCV13 (at least 8 weeks after any prior PCV13 dose)
  - Less than 3 PCV13 doses: 2 doses PCV13 (8 weeks after the most recent dose and administered 8 weeks apart)
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after any prior PCV13 dose) and a 2nd dose of PPSV23 5 years later

**Age 6–18 years**
- No history of either PCV13 or PPSV23: 1 dose PCV13, 2 doses PPSV23 (dose 1 of PPSV23 administered 8 weeks after PCV13 and dose 2 of PPSV23 administered at least 5 years after dose 1 of PPSV23)
- Any PCV13 but no PPSV23: 2 doses PPSV23 (dose 1 of PPSV23 administered 8 weeks after the most recent dose of PCV13 and dose 2 of PPSV23 administered at least 5 years after dose 1 of PPSV23)
- PPSV23 but no PCV13: 1 dose PCV13 at least 8 weeks after the most recent PPSV23 dose and a 2nd dose of PPSV23 administered 5 years after dose 1 of PPSV23 and at least 8 weeks after a dose of PCV13

**Chronic liver disease, alcoholism:**

**Age 6–18 years**
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after any prior PCV13 dose)

*Incomplete series = Not having received all doses in either the recommended series or an age-appropriate catch-up series. See Tables 8, 9, and 11 in the ACIP pneumococcal vaccine recommendations [PDF] [24 pages] for complete schedule details.

# Poliovirus vaccination (minimum age: 6 weeks)

## Routine vaccination

- 4-dose series at ages 2, 4, 6–18 months, 4–6 years; administer the final dose at or after age 4 years and at least 6 months after the previous dose.
- 4 or more doses of IPV can be administered before age 4 years when a combination vaccine containing IPV is used. However, a dose is still recommended at or after age 4 years and at least 6 months after the previous dose.

## Catch-up vaccination

- In the first 6 months of life, use minimum ages and intervals only for travel to a polio-endemic region or during an outbreak.
- IPV is not routinely recommended for U.S. residents 18 years and older.

**Series containing oral polio vaccine (OPV)**, either mixed OPV-IPV or OPV-only series:

- Total number of doses needed to complete the series is the same as that recommended for the U.S. IPV schedule. See Guidance for Assessment of Poliovirus Vaccination Status and Vaccination of Children Who Have Received Poliovirus Vaccine Outside the United States.
- Only trivalent OPV (tOPV) counts toward the U.S. vaccination requirements.
  - Doses of OPV administered before April 1, 2016, should be counted (unless specifically noted as administered during a campaign).
  - Doses of OPV administered on or after April 1, 2016, should not be counted.
  - For guidance to assess doses documented as "OPV," see Errata: Vol. 66, No. 1.
- For other catch-up guidance, see Table 2.

# Rotavirus vaccination (minimum age: 6 weeks)

## Routine vaccination

- **Rotarix:** 2-dose series at 2 and 4 months
- **RotaTeq:** 3-dose series at 2, 4, and 6 months
- If any dose in the series is either **RotaTeq** or unknown, default to 3-dose series.

## Catch-up vaccination

- Do not start the series on or after age 15 weeks, 0 days.
- The maximum age for the final dose is 8 months, 0 days.

- For other catch-up guidance, see Table 2.

# Tetanus, diphtheria, and pertussis (Tdap) vaccination (minimum age: 11 years for routine vaccination, 7 years for catch-up vaccination)

## Routine vaccination

- **Adolescents age 11–12 years:** 1 dose Tdap
- **Pregnancy:** 1 dose Tdap during each pregnancy, preferably in early part of gestational weeks 27–36
- Tdap may be administered regardless of the interval since the last tetanus- and diphtheria-toxoid-containing vaccine.

## Catch-up vaccination

- **Adolescents age 13–18 years who have not received Tdap:** 1 dose Tdap, then Td or Tdap booster every 10 years
- **Persons age 7–18 years not fully vaccinated\* with DTaP:** 1 dose Tdap as part of the catch-up series (preferably the first dose); if additional doses are needed, use Td or Tdap.
- **Tdap administered at 7–10 years**
  - **Children age 7–9 years** who receive Tdap should receive the routine Tdap dose at age 11–12 years.
  - **Children age 10 years** who receive Tdap do not need to receive the routine Tdap dose at age 11–12 years.
- **DTaP inadvertently administered at or after age 7 years:**
  - **Children age 7–9 years:** DTaP may count as part of catch-up series. Routine Tdap dose at age 11–12 years should be administered.
  - **Children age 10–18 years:** Count dose of DTaP as the adolescent Tdap booster.
- For other catch-up guidance, see Table 2.
- For information on use of Tdap or Td as tetanus prophylaxis in wound management, see Prevention of Pertussis, Tetanus, and Diphtheria with Vaccines in the United States: Recommendations of the Advisory Committee on Immunization Practices (ACIP).

\*Fully vaccinated = 5 valid doses of DTaP OR 4 valid doses of DTaP if dose 4 was administered at age 4 years or older.

# Varicella vaccination (minimum age: 12 months)

## Routine vaccination

- 2-dose series at 12–15 months, 4–6 years
- Dose 2 may be administered as early as 3 months after dose 1 (a dose administered after a 4-week interval may be counted).

## Catch-up vaccination

- Ensure persons age 7–18 years without evidence of immunity (see *MMWR*  📄 [48 pages]) have 2-dose series:
  - **Age 7–12 years:** routine interval: 3 months (a dose administered after a 4-week interval may be counted)
  - **Age 13 years and older:** routine interval: 4–8 weeks (minimum interval: 4 weeks)
  - The maximum age for use of MMRV is 12 years.

# Vaccines in the Child and Adolescent Immunization Schedule

| Vaccines | Abbreviations | Trade Names |
|---|---|---|
| **Diphtheria, tetanus, and acellular pertussis vaccine** | DTaP | Daptacel® Infanrix® |
| **Diphtheria, tetanus vaccine** | DT | No Trade Name |
| ***Haemophilus influenzae* type B vaccine** | Hib (PRP-T) Hib (PRP-OMP) | ActHIB® Hiberix® PedvaxHIB® |
| **Hepatitis A vaccine** | HepA | Havrix® Vaqta® |
| **Hepatitis B vaccine** | HepB | Engerix-B® Recombivax HB® |
| **Human papillomavirus vaccine** | HPV | Gardasil 9® |
| **Influenza vaccine (inactivated)** | IIV | Multiple |
| **Influenza vaccine (live, attenuated)** | LAIV | FluMist® Quadrivalent |
| **Measles, mumps, and rubella vaccine** | MMR | M-M-R® II |
| **Meningococcal serogroups A, C, W, Y vaccine** | MenACWY-D MenACWY-CRM | Menactra® Menveo® |
| **Meningococcal serogroup B vaccine** | MenB-4C MenB-FHbp | Bexsero® Trumenba® |
| **Pneumococcal 13-valent conjugate vaccine** | PCV13 | Prevnar 13® |
| **Pneumococcal 23-valent polysaccharide vaccine** | PPSV23 | Pneumovax® 23 |

| | | |
|---|---|---|
| **Poliovirus vaccine (inactivated)** | IPV | IPOL® |
| **Rotavirus vaccine** | RV1<br>RV5 | Rotarix®<br>RotaTeq® |
| **Tetanus, diphtheria, and acellular pertussis vaccine** | Tdap | Adacel®<br>Boostrix® |
| **Tetanus and diphtheria vaccine** | Td | Tenivac®<br>TDvax™ |
| **Varicella vaccine** | VAR | Varivax® |

## Combination Vaccines

(Use combination vaccines instead of separate injections when appropriate)

| Vaccines | Abbreviations | Trade Names |
|---|---|---|
| **DTaP, hepatitis B, and inactivated poliovirus vaccine** | DTaP-HepB-IPV | Pediarix® |
| **DTaP, inactivated poliovirus, and *Haemophilus influenzae* type B vaccine** | DTaP-IPV/Hib | Pentacel® |
| **DTaP and inactivated poliovirus vaccine** | DTaP-IPV | Kinrix®<br>Quadracel® |
| **Measles, mumps, rubella, and varicella vaccines** | MMRV | ProQuad® |

This schedule is recommended by the Advisory Committee on Immunization Practices (ACIP) and approved by the Centers for Disease Control and Prevention (CDC), American Academy of Pediatrics (AAP ), American Academy of Family Physicians (AAFP ), American College of Obstetricians and Gynecologists (ACOG ), and American College of Nurse-Midwives (ACNM ).

The comprehensive summary of the ACIP recommended changes made to the child and adolescent immunization schedule can be found in the February 6, 2020 *MMWR*.

Report

- Suspected cases of reportable vaccine-preventable diseases or outbreaks to your state or local health department
- Clinically significant adverse events to the Vaccine Adverse Event Reporting System (VAERS) at www.vaers.hhs.gov or (800-822-7967)

Helpful information

- Complete ACIP recommendations

**Exhibit 345**

- General Best Practice Guidelines for Immunization

- Outbreak information (including case identification and outbreak response), see Manual for the Surveillance of Vaccine-Preventable Diseases

Page last reviewed: February 3, 2020

Content source: National Center for Immunization and Respiratory Diseases

**Exhibit 345**

# EXHIBIT 346

**CDC** Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Immunization Schedules

# Table 1. Recommended Adult Immunization Schedule for ages 19 years or older, United States, 2020

Always make recommendations by determining needed vaccines based on age (Table 1), assessing for medical conditions and other indications (Table 2), and reviewing special situations (Notes).

 Get Email Updates

| Table 1. By age | Table 2. By indications | Schedule Changes & Guidance | Resources for health care | Resources for adults | Download schedules app |

- 8.5"x11" print color 📄 [6 pages]
- 8.5"x11" print black and white 📄 [6 pages]
- Compliant version of this schedule

- Vaccines in the Adult Immunization Schedule
- Learn how to display current schedules from your website.
- Hard copies of the schedule are available for free using the CDC-info on Demand order form.

**Download Schedules App** 

**Legend**

| | Recommended vaccination for adults who meet age requirement, lack documentation of vaccination, or lack evidence of past infection | | Recommended vaccination for adults with an additional risk factor or another indication | | Recommended vaccination based on shared clinical decision-making |

| | No recommendation/Not applicable |

| Vaccine | 19-26 years | 27-49 years | 50-64 years | ≥65 years |
|---|---|---|---|---|
| Influenza inactivated (IIV) or | 1 dose annually | | | |

| **Influenza recombinant (RIV)** ⓘ | | | |
|---|---|---|---|
| **or** **Influenza live attenuated (LAIV)** ⓘ | | **or** 1 dose annually | |
| **Tetanus, diphtheria, pertussis (Tdap or Td)** ⓘ | 1 dose Tdap, then Td or Tdap booster every 10 yrs | | |
| **Measles, mumps, rubella (MMR)** ⓘ | 1 or 2 doses depending on indication (if born in 1957 or later) | | |
| **Varicella (VAR)** ⓘ | 2 doses (if born in 1980 or later) | | 2 doses |
| **Zoster recombinant (RZV) (preferred)** ⓘ | | | 2 doses |
| **or** **Zoster live (ZVL)** ⓘ | | | **or** 1 dose |
| **Human papillomavirus (HPV)** ⓘ | 2 or 3 doses depending on age at initial vaccination or condition | 27 through 45 years | |
| **Pneumococcal conjugate (PCV13)** ⓘ | 1 dose | | 65 years and older |
| **Pneumococcal polysaccharide (PPSV23)** ⓘ | 1 or 2 doses depending on indication | | 1 dose |
| **Hepatitis A (HepA)** ⓘ | 2 or 3 doses depending on vaccine | | |
| **Hepatitis B** | 2 or 3 doses depending on vaccine | | |

| (HepB) ⓘ | | |
|---|---|---|
| **Meningococcal A, C, W, Y (MenACWY)** ⓘ | 1 or 2 doses depending on indication, see notes for booster recommendations | |
| **Meningococcal B (MenB)** ⓘ | | 2 or 3 doses depending on vaccine and indication, see notes for booster recommendations |
| | 19 through 23 years | |
| *Haemophilus influenzae* **type b (Hib)** ⓘ | 1 or 3 doses depending on indication | |

Administer recommended vaccines if vaccination history is incomplete or unknown. Do not restart or add doses to vaccine series if there are extended intervals between doses. The use of trade names is for identification purposes only and does not imply endorsement by the ACIP or CDC.

# Notes

## Recommended Adult Immunization Schedule for ages 19 years or older, United States, 2020

For vaccine recommendations for persons age 0 through 18 years, see the Child and Adolescent Immunization Schedule.

## *Haemophilus influenzae* type b vaccination

### Special situations

- **Anatomical or functional asplenia (including sickle cell disease)**: 1 dose if previously did not receive Hib; if elective splenectomy, 1 dose, preferably at least 14 days before splenectomy
- **Hematopoietic stem cell transplant** (HSCT): 3-dose series 4 weeks apart starting 6–12 months after successful transplant, regardless of Hib vaccination history

## Hepatitis A vaccination

### Routine vaccination

- **Not at risk but want protection from hepatitis A** (identification of risk factor not required): 2-dose series HepA

(Havrix 6–12 months apart or Vaqta 6–18 months apart [minimum interval: 6 months]) or 3-dose series HepA-HepB
(Twinrix at 0, 1, 6 months [minimum intervals: 4 weeks between doses 1 and 2, 5 months between doses 2 and 3])

## Special situations

- **At risk for hepatitis A virus infection**: 2-dose series HepA or 3-dose series HepA-HepB as above
  - **Chronic liver disease**  (e.g., persons with hepatitis B, hepatitis C, cirrhosis, fatty liver disease, alcoholic liver disease, autoimmune hepatitis, alanine aminotransferase [ALT] or aspartate aminotransferase [AST] level greater than twice the upper limit of normal)
  - **HIV infection**
  - **Men who have sex with men**
  - **Injection or noninjection drug use**
  - **Persons experiencing homelessness**
  - **Work with hepatitis A virus** in research laboratory or with nonhuman primates with hepatitis A virus infection
  - **Travel in countries with high or intermediate endemic hepatitis A**
  - **Close, personal contact with international adoptee** (e.g., household or regular babysitting) in first 60 days after arrival from country with high or intermediate endemic hepatitis A (administer dose 1 as soon as adoption is planned, at least 2 weeks before adoptee's arrival)
  - **Pregnancy** if at risk for infection or severe outcome from infection during pregnancy
  - **Settings for exposure, including** health care settings targeting services to injection or noninjection drug users or group homes and nonresidential day care facilities for developmentally disabled persons (individual risk factor screening not required)

# Hepatitis B vaccination

## Routine vaccination

- **Not at risk but want protection from hepatitis B** (identification of risk factor not required): 2- or 3-dose series (2-dose series Heplisav-B at least 4 weeks apart [2-dose series HepB only applies when 2 doses of Heplisav-B are used at least 4 weeks apart] or 3-dose series Engerix-B or Recombivax HB at 0, 1, 6 months [minimum intervals: 4 weeks between doses 1 and 2, 8 weeks between doses 2 and 3, 16 weeks between doses 1 and 3]) or 3-dose series HepA-HepB (Twinrix at 0, 1, 6 months [minimum intervals: 4 weeks between doses 1 and 2, 5 months between doses 2 and 3])

## Special situations

- **At risk for hepatitis B virus infection**: 2-dose (Heplisav-B) or 3-dose (Engerix-B, Recombivax HB) series or 3-dose series HepA-HepB (Twinrix) as above
  - **Chronic liver disease** (e.g., persons with hepatitis C, cirrhosis, fatty liver disease, alcoholic liver disease, autoimmune hepatitis, alanine aminotransferase [ALT] or aspartate aminotransferase [AST] level greater than twice upper limit of normal)
  - **HIV infection**

- **Sexual exposure risk** (e.g., sex partners of hepatitis B surface antigen [HBsAg]-positive persons; sexually active persons not in mutually monogamous relationships; persons seeking evaluation or treatment for a sexually transmitted infection; men who have sex with men)
- **Current or recent injection drug use**
- **Percutaneous or mucosal risk for exposure to blood** (e.g., household contacts of HBsAg-positive persons; residents and staff of facilities for developmentally disabled persons; health care and public safety personnel with reasonably anticipated risk for exposure to blood or blood-contaminated body fluids; hemodialysis, peritoneal dialysis, home dialysis, and predialysis patients; persons with diabetes mellitus age younger than 60 years and, at discretion of treating clinician, those age 60 years or older)
- **Incarcerated persons**
- **Travel in countries with high or intermediate endemic hepatitis B**
- **Pregnancy** if at risk for infection or severe outcome from infection during pregnancy. Heplisav-B not currently recommended due to lack of safety data in pregnant women

# Human papillomavirus vaccination

## Routine vaccination

- **HPV vaccination recommended for all adults through age 26 years:** 2- or 3-dose series depending on age at initial vaccination or condition:
  - **Age 15 years or older at initial vaccination:** 3-dose series at 0, 1–2, 6 months (minimum intervals: 4 weeks between doses 1 and 2/12 weeks between doses 2 and 3/5 months between doses 1 and 3; repeat dose if administered too soon)
  - **Age 9 through 14 years at initial vaccination and received 1 dose or 2 doses less than 5 months apart:** 1 dose
  - **Age 9 through 14 years at initial vaccination and received 2 doses at least 5 months apart:** HPV vaccination complete, no additional dose needed.
- **If completed valid vaccination series with any HPV vaccine, no additional doses needed**

## Shared clinical decision–making

- **Age 27 through 45 years based on shared clinical decision-making:**
  - 2- or 3-dose series as above

## Special situations

- **Pregnancy through age 26 years**: HPV vaccination not recommended until after pregnancy; no intervention needed if vaccinated while pregnant; pregnancy testing not needed before vaccination

# Influenza vaccination

## Routine vaccination

- **Persons age 6 months or older**: 1 dose any influenza vaccine appropriate for age and health status annually
- For additional guidance, see www.cdc.gov/flu/professionals/index.htm

## Special situations

- **Egg allergy, hives only**: 1 dose any influenza vaccine appropriate for age and health status annually
- **Egg allergy more severe than hives** (e.g., angioedema, respiratory distress): 1 dose any influenza vaccine appropriate for age and health status annually in medical setting under supervision of health care provider who can recognize and manage severe allergic reactions
- **LAIV should not be used** in persons with the following conditions or situations:
  - History of severe allergic reaction to any vaccine component (excluding egg) or to a previous dose of any influenza vaccine
  - Immunocompromised due to any cause (including medications and HIV infection)
  - Anatomic or functional asplenia
  - Cochlear implant
  - Cerebrospinal fluid-oropharyngeal communication
  - Close contacts or caregivers of severely immunosuppressed persons who require a protected environment
  - Pregnancy
  - Received influenza antiviral medications within the previous 48 hours
- **History of Guillain-Barré syndrome within 6 weeks of previous dose of influenza vaccine**: Generally should not be vaccinated unless vaccination benefits outweigh risks for those at higher risk for severe complications from influenza

# Measles, mumps, and rubella vaccination

## Routine vaccination

- **No evidence of immunity to measles, mumps, or rubella**: 1 dose
  - **Evidence of immunity:** Born before 1957 (health care personnel, see below), documentation of receipt of MMR vaccine, laboratory, laboratory evidence of immunity or disease (diagnosis of disease without laboratory confirmation is not evidence of immunity)

## Special situations

- **Pregnancy with no evidence of immunity to rubella**: MMR contraindicated during pregnancy; after pregnancy (before discharge from health care facility), 1 dose
- **Nonpregnant women of childbearing age with no evidence of immunity to rubella**: 1 dose
- **HIV infection with CD4 count ≥200 cells/µL for at least 6 months and no evidence of immunity to measles, mumps, or rubella**: 2-dose series at least 4 weeks apart; MMR contraindicated in HIV infection with CD4 count <200 cells/µL
- **Severe immunocompromising conditions**: MMR contraindicated
- **Students in postsecondary educational institutions, international travelers, and household or close,**

Exhibit 346

**personal contacts of immunocompromised persons, with no evidence of immunity to measles, mumps, or rubella**: 2-dose series at least 4 weeks apart if previously did not receive any MMR or 1 dose if previously received 1 dose MMR

- **Health care personnel:**
  - **Born in 1957 or later with no evidence of immunity to measles, mumps, or rubella**: 2-dose series at least 4 weeks apart for measles or mumps or at least 1 dose MMR for rubella
  - **Born before 1957 with no evidence of immunity to measles, mumps, or rubella**: Consider 2-dose series at least 4 weeks apart for measles or mumps or 1 dose for rubella

# Meningococcal vaccination

## Special situations for MenACWY

- **Anatomical or functional asplenia (including sickle cell disease), HIV infection, persistent complement component deficiency, complement inhibitor (e.g., eculizumab, ravulizumab) use**: 2-dose series MenACWY (Menactra, Menveo) at least 8 weeks apart and revaccinate every 5 years if risk remains
- **Travel in countries with hyperendemic or epidemic meningococcal disease, microbiologists routinely exposed to *Neisseria meningitidis*:** 1 dose MenACWY (Menactra, Menveo) and revaccinate every 5 years if risk remains
- **First-year college students who live in residential housing (if not previously vaccinated at age 16 years or older) and military recruits**: 1 dose MenACWY (Menactra, Menveo)

## Shared clinical decision–making for MenB

- **Adolescents and young adults age 16 through 23 years (age 16 through 18 years preferred) not at increased risk for meningococcal disease**: Based on shared clinical decision-making, 2-dose series MenB-4C at least 1 month apart, or 2-dose series MenB-FHbp at 0, 6 months (if dose 2 was administered less than 6 months after dose 1, administer dose 3 at least 4 months after dose 2); MenB-4C and MenB-FHbp are not interchangeable (use same product for all doses in series)

## Special situations for MenB

- **Anatomical or functional asplenia (including sickle cell disease), persistent complement component deficiency, complement inhibitor (e.g., eculizumab, ravulizumab) use, microbiologists routinely exposed to *Neisseria meningitidis*:** 2-dose primary series MenB-4C (Bexsero) at least 1 month apart, or 3-dose primary series MenB-FHbp (Trumenba) at 0, 1–2, 6 months (if dose 2 was administered at least 6 months after dose 1, dose 3 not needed); MenB-4C and MenB-FHbp are not interchangeable (use same product for all doses in series); 1 dose MenB booster 1 year after primary series and revaccinate every 2–3 years if risk remains
- **Pregnancy**: Delay MenB until after pregnancy unless at increased risk and vaccination benefits outweighs potential risks

# Pneumococcal vaccination

## Routine vaccination

- **Age 65 years or older** (immunocompetent):– see [New Pneumococcal Vaccine Recommendations for Adults Aged ≥65 Years Old]: 1 dose PPSV23
  - If PPSV23 was administered prior to age 65 years, adminster 1 dose PPSV23 at least 5 years after previous dose

## Shared clinical decision–making

- **Age 65 years and older** (immunocompetent): 1 dose PCV13 based on **shared clinical decision-making**
  - If both PCV13 and PPSV23 are to be administered, PCV13 should be administered first
  - PCV13 and PPSV23 should be administered at least 1 year apart.
  - PCV13 and PPSV23 should not be administered during the same visit

## Special situations see (New Pneumococcal Vaccine Recommendations for Adults Aged ≥65 Years Old)

- **Age 19 through 64 years with chronic medical conditions (chronic heart [excluding hypertension], lung, or liver disease, diabetes), alcoholism, or cigarette smoking**: 1 dose PPSV23
- **Age 19 years or older with immunocompromising conditions (congenital or acquired immunodeficiency [including B- and T-lymphocyte deficiency, complement deficiencies, phagocytic disorders, HIV infection], chronic renal failure, nephrotic syndrome, leukemia, lymphoma, Hodgkin disease, generalized malignancy, iatrogenic immunosuppression [e.g., drug or radiation therapy], solid organ transplant, multiple myeloma) or anatomical or functional asplenia (including sickle cell disease and other hemoglobinopathies)**: 1 dose PCV13 followed by 1 dose PPSV23 at least 8 weeks later, then another dose PPSV23 at least 5 years after previous PPSV23; at age 65 years or older, administer 1 dose PPSV23 at least 5 years after most recent PPSV23 (note: only 1 dose PPSV23 recommended at age 65 years or older)
- **Age 19 years or older with cerebrospinal fluid leak or cochlear implant**: 1 dose PCV13 followed by 1 dose PPSV23 at least 8 weeks later; at age 65 years or older, administer another dose PPSV23 at least 5 years after PPSV23 (note: only 1 dose PPSV23 recommended at age 65 years or older)

# Tetanus, diphtheria, and pertussis vaccination

## Routine vaccination

- **Previously did not receive Tdap at or after age 11 years**: 1 dose Tdap, then Td or Tdap every 10 years

## Special situations

- **Previously did not receive primary vaccination series for tetanus, diphtheria, or pertussis**: At least 1 dose Tdap followed by 1 dose Td or Tdap at least 4 weeks after Tdap and another dose Td or Tdap 6–12 months after last Td or Tdap (Tdap can be substituted for any Td dose, but preferred as first dose); Td or Tdap every 10 years thereafter
- **Pregnancy**: 1 dose Tdap during each pregnancy, preferably in early part of gestational weeks 27–36
- For information on use of Td or Tdap as tetanus prophylaxis in wound management, see Prevention of Pertussis,

Tetanus, and Diphtheria with Vaccines in the United States: Recommendations of the Advisory Committee on Immunization Practices (ACIP).

# Varicella vaccination

## Routine vaccination

- **No evidence of immunity to varicella**: 2-dose series 4–8 weeks apart if previously did not receive varicella-containing vaccine (VAR or MMRV [measles-mumps-rubella-varicella vaccine] for children); if previously received 1 dose varicella-containing vaccine, 1 dose at least 4 weeks after first dose
  - Evidence of immunity: U.S.-born before 1980 (except for pregnant women and health care personnel [see below]), documentation of 2 doses varicella-containing vaccine at least 4 weeks apart, diagnosis or verification of history of varicella or herpes zoster by a health care provider, laboratory evidence of immunity or disease

## Special situations

- **Pregnancy with no evidence of immunity to varicella**: VAR contraindicated during pregnancy; after pregnancy (before discharge from health care facility), 1 dose if previously received 1 dose varicella-containing vaccine or dose 1 of 2-dose series (dose 2: 4–8 weeks later) if previously did not receive any varicella-containing vaccine, regardless of whether U.S.-born before 1980
- **Health care personnel with no evidence of immunity to varicella**: 1 dose if previously received 1 dose varicella-containing vaccine; 2-dose series 4–8 weeks apart if previously did not receive any varicella-containing vaccine, regardless of whether U.S.-born before 1980
- **HIV infection with CD4 count ≥200 cells/μL with no evidence of immunity**: Vaccination may be considered (2 doses, administered 3 months apart); VAR contraindicated in HIV infection with CD4 count <200 cells/μL
- **Severe immunocompromising conditions**: VAR contraindicated

# Zoster vaccination

## Routine vaccination

- **Age 50 years or older**: 2-dose series RZV (Shingrix) 2–6 months apart (minimum interval: 4 weeks; repeat dose if administered too soon) regardless of previous herpes zoster or history of ZVL (Zostavax) vaccination (administer RZV at least 2 months after ZVL)
- **Age 60 years or older**: 2-dose series RZV 2–6 months apart (minimum interval: 4 weeks; repeat if administered too soon) or 1 dose ZVL if not previously vaccinated. RZV preferred over ZVL (if previously received ZVL, administer RZV at least 2 months after ZVL)

## Special situations

- **Pregnancy**: ZVL contraindicated; consider delaying RZV until after pregnancy if RZV is otherwise indicated
- **Severe immunocompromising conditions (including HIV infection with CD4 count <200 cells/μL)**: ZVL contraindicated; recommended use of RZV under review

**Exhibit 346**

# Vaccines in the Adult Immunization Schedule

| Vaccines | Abbreviations | Trade names |
|---|---|---|
| *Haemophilus influenzae* type b | Hib | ActHIB®<br>Hiberix®<br>PedvaxHIB® |
| **Hepatitis A vaccine** | HepA | Havrix®<br>Vaqta® |
| **Hepatitis A and hepatitis B vaccine** | HepA-HepB | Twinrix® |
| **Hepatitis B vaccine** | HepB | Engerix-B®<br>Recombivax HB®<br>Heplisav-B® |
| **Human papillomavirus vaccine** | HPV vaccine | Gardasil 9® |
| **Influenza vaccine, inactivated** | IIV | Many brands |
| **Influenza vaccine, live, attenuated** | LAIV | FluMist® Quadrivalent |
| **Influenza vaccine, recombinant** | RIV | Flublok Quadrivalent® |
| **Measles, mumps, and rubella vaccine** | MMR | M-M-R® II |
| **Meningococcal serogroups A, C, W, Y vaccine** | MenACWY | Menactra®<br>Menveo® |
| **Meningococcal serogroup B vaccine** | MenB-4C<br>MenB-FHbp | Bexsero®<br>Trumenba® |
| **Pneumococcal 13-valent conjugate vaccine** | PCV13 | Prevnar 13® |
| **Pneumococcal 23-valent polysaccharide vaccine** | PPSV23 | Pneumovax® 23 |
| **Tetanus and diphtheria toxoids** | Td | Tenivac®<br>Tdvax™ |
| **Tetanus and diphtheria toxoids and acellular pertussis vaccine** | Tdap | Adacel®<br>Boostrix® |
| **Varicella vaccine** | VAR | Varivax® |

| Zoster vaccine, recombinant | RZV | Shingrix |
| Zoster vaccine live | ZVL | Zostavax® |

This schedule is recommended by the Advisory Committee on Immunization Practices (ACIP) and approved by the Centers for Disease Control and Prevention (CDC), American College of Physicians (ACP ⧉ ), American Academy of Family Physicians (AAFP ⧉ ), American College of Obstetricians and Gynecologists (ACOG ⧉ ), and American College of Nurse-Midwives (ACNM ⧉ ).

The comprehensive summary of the ACIP recommended changes made to the adult immunization schedule can be found in the February 6, 2020 *MMWR*.

Report

- Suspected cases of reportable vaccine-preventable diseases or outbreaks to the local or state health department
- Clinically significant postvaccination reactions to the Vaccine Adverse Event Reporting System ⧉ or 800-822-7967

Injury Claims

- All vaccines included in the adult immunization schedule except pneumococcal 23-valent polysaccharide and zoster vaccines are covered by the Vaccine Injury Compensation Program. Information on how to file a vaccine injury claim is available at www.hrsa.gov/vaccinecompensation or 800-338-2382.
- Clinically significant postvaccination reactions to the Vaccine Adverse Event Reporting System ⧉ or 800-822-7967

Helpful information

- Complete ACIP recommendations
- General Best Practice Guidelines for Immunization
- Vaccine Information Statements
- Manual for the Surveillance of Vaccine-Preventable Diseases (including case identification and outbreak response)
- Travel vaccine recommendations

Page last reviewed: February 3, 2020

Content source: National Center for Immunization and Respiratory Diseases

**11**

**Exhibit 346**

# EXHIBIT 347

**CDC** Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Immunization Schedules

# Schedule-Related Resources

CDC offers resources to help you learn about the immunization schedules, including ACIP immunization recommendations, schedule presentation graphics, and past immunization schedules. CDC also encourages you to share the immunization schedule and the importance of timely vaccination through your website and social media channels.

| | |
|---|---|
| **ACIP immunization recommendations** | + |
| **Schedule presentation graphics** | + |
| **Prior immunization schedules** | − |

See how the schedules have changed over the years.

## Prior Years' Child/Adolescent Immunization Schedules

- **2019**
  - Table 1. By age
  - Table 2. Catch-up
  - Table 3. By medical indications
  - PDF 📄 [8 pages]
- 2018 📄 [8 pages]
- 2017 📄 [8 pages]
- 2016 📄 [6 pages]
- 2015 📄 [6 pages]
- 2014
  - Schedule 📄 [6 pages]
  - Changes
- 2013
- 2012
- 2011
- 2010
- 2009
- 2008
- 2007

- 2006
- 2005
- 2004 (Jan-Jun)
- 2004 (Jul-Dec)
- 2003
- 2002
- 2001
- 2000
- 1999
- 1998
- 1997
- 1996
- 1995
- 1994(.jpg) 🖼
- 1989(.jpg) 🖼
- 1983(.jpg) 🖼

See also:

- History of Vaccination Schedule ↗
  Children's Hospital of Philadelphia's Vaccine Education Center

# Prior Years' Adult Immunization Schedules

- 2019
  - Table 1. By age
  - Table 2. By indications
  - PDF 📄 [6 pages]
- 2018 📄 [6 pages]
- 2017 📄 [6 pages]
- 2016 📄 [5 pages]
- 2015 📄 [5 pages]
- 2014 📄 [5 pages]
- 2013
- 2012
- 2011
- 2010
- 2009
- 2007-2008
- 2006–2007

- 2005–2006
- 2004–2005
- 2003–2004
- 2002–2003

**Display the schedules and vaccine assessment tools**                                    +

**Order hard copies of the immunization schedules**                                        +

Page last reviewed: February 3, 2020

Content source: National Center for Immunization and Respiratory Diseases

# EXHIBIT 348

|  | Page |
|---|---|
| The Physician's Bag | 1558 |
| Alternative Proprietary Preparations | 1559 |
| Ready Reference Guides | 1566 |
| Calculation of Dosages | 1566 |
| Weights, Measures, and Equivalents | 1566 |
| Conversion Formulas | 1568 |
| Centigrade and Fahrenheit Equivalents | 1569 |
| Average Weights of Various Organs | 1569 |
| Atomic Weights | 1570 |

[From The Merck Manual, Eighth Edition, published 1950]

## ROUTINE IMMUNIZATION PROCEDURES

Optional pediatric immunization schedules and timetables for the administration of booster or re-immunization doses are presented. A table outlining the use of human serum immune (gamma) globulin also is included. Although many pertinent details are given, actual dosage must be regulated according to individual circumstances and to the instructions accompanying packages of the various immunizing agents. (For special immunization procedures against such diseases as typhoid fever, yellow fever, cholera, plague, and other conditions not ordinarily included in pediatric practice, *see* the respective chapters.)

### BASIC IMMUNIZATION
OPTIONAL SCHEDULE No. 1

| Age | Agent |
|---|---|
| 3 months | Pertussis Vaccine (Alum Precipitated) |
| 4 " | " " " " |
| 5 " | |
| 6 " | Diphtheria-Tetanus Toxoid (Alum Precipitated) |
| 6 " | Smallpox Vaccine |
| 7 " | Diphtheria-Tetanus Toxoid (Alum Precipitated) |
| 11 " | Schick Test |
| 11 " | Pertussis Vaccine (Alum Precipitated) |

### OPTIONAL SCHEDULE No. 2

| Age | Agent |
|---|---|
| As soon as umbilicus is healed and baby is thriving | Smallpox Vaccine |
| 3 months | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 4 " | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 5 " | Pertussis Vaccine (Alum Precipitated) |
| 7 " | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 11 " | Schick Test |

### BOOSTER DOSES AND RE-IMMUNIZATION
(This schedule applies only when basic immunization has been previously accomplished.)

| Age and Indication | Agent |
|---|---|
| 2 years | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 5 " | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 5 " | Schick Test |
| 5 " | Smallpox Vaccine |
| Every 2 years | Tetanus Toxoid (Alum Precipitated) |
| Every 5 years or upon exposure to smallpox, or during threatened smallpox epidemic | Smallpox Vaccine |
| Any age, upon possible exposure to tetanus | Fluid Tetanus Toxoid |
| Any age, upon exposure to diphtheria | Fluid Diphtheria Toxoid |
| Any age, upon exposure to pertussis | Pertussis Vaccine (N.B., in Isotonic Saline) |

# EXHIBIT 349

Postgrad. med. J. (February 1969) 45, 147–160.

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

# Immunization practice in the United States and Great Britain: a comparative study

DAVID T. KARZON*

M.D.

*Professor of Pediatrics, Professor of Microbiology*
*State University of New York at Buffalo, Buffalo, New York, U.S.A.*

'Epidemics that used to be excused as acts of God are now not excused as the results of the inactivity of man. In short, the incidence of many diseases has been moved from the area of chance to the area of choice. That is a vast change intellectually. Not only intellectually but also morally, for such a series of accomplishments leaves us with a new system of ethics to devise, somewhat as the perfection of the automobile has called for new traffic laws. As physicians we cannot evade a moral responsibility that goes with our newly acquired power. Having learned how disease comes about, we find ourselves answerable for why it should occur at all' (Gregg, 1949).

THE EFFECTIVE control or eradication of many infectious diseases through prophylactic immunization stands as one of the more dramatic success stories of modern medicine. The number of diseases amenable to prevention is increasing in recent years, and new developments on the horizon may be expected to further compound the already complicated immunization schedule. We have arrived at the point where, from infancy through young adulthood, the individual will receive a formidable array of biological products for the prevention of disease on a *routine* basis. Decisions concerning the optimal use of immunizing agents have attained a high degree of sophistication, stemming from a number of very real factors. Expert opinion has been divided on many issues. Matters of fine judgment and public policy are involved. Thus, the individual practitioner or public health officer finds that he must become learned in such areas as: the relative merits of inactivated *versus* live attenuated virus vaccines: the effect of adjuvants; the optimal sequence and interval of administration; the efficiency and safety of available products; the identification of high risk groups to be singled out for special immunization schedules; the contraindications to administration of individual products; the attributes of newly-introduced biologicals and weighing of risk of disease against the risk of the immunizing procedure; the legitimacy of universal immunization against a

disease which is absent or uncommon in the population; and the problems of simultaneous administration of immunizing agents, especially one or more live products.

Final judgment on the safest and most effective procedures to use for the immunization of the individual, community or nation rests on a complex balance of factors. More and more, the individual practitioner and the public health authorities have looked for guidance from expert national bodies. This guidance in recent years has been based increasingly on pre-designed studies such as vaccine field trials, surveillance of disease morbidity and mortality, sero-epidemiology, and surveillance of the untoward effects of vaccines. These data are then weighed against the practicalities of scheduling such immunizations within the existing patterns of delivery of health care.

The present article is an attempt to explore some of the problems and solutions undertaken in the field of immunization practice in the United States and Great Britain. A very limited review in the two countries has shown that, despite the disparate systems of delivery of health care, similar trends in immunization practice have developed. Furthermore, the rate of use of various products and their effectiveness in reduction of disease again shows more resemblances than differences. One conspicuous parallel development in the United States and Great Britain has been the increasing emergence of unified national policy concerning the use of biological reagents for immunoprophylaxis. The recommendations of national bodies, representing the consensus of informed opinion, have been powerful forces in the use of immunizing agents. These developments can be briefly traced in each country.

In the United States, one of the early influences has been the Committee on the Control of Infectious Diseases, a standing committee of the American Academy of Pediatrics. The first edition of their report, covering eight pages, was published in 1938. The current fifteenth edition, published in 1966, is a 185-page desk reference which reviews recommenda-

* Present address: Professor and Chairman, Department of Pediatrics, School of Medicine, Vanderbilt University, Nashville, Tennessee, 37203, U.S.A.

**Exhibit 349**

*David T. Karzon*

tions concerning prevention of most of the infectious diseases encountered in North and South America (American Academy of Pediatrics, 1966). The report has been translated into Spanish. Through the years, the red-covered report, referred to as 'The Red Book', has become the veritable bible for the practitioner caring for children, as well as a reference point for public health authorities and well-baby clinics

During the early years of the introduction of poliovirus and measles vaccines, the United States Public Health Service issued recommendations through expert committees assembled on an *ad hoc* basis. To meet the need for evaluation of new and old vaccines on a continuing basis, the Advisory Committee on Immunization Practices was created in 1964. This committee was charged with apprising the Surgeon-General of the status of diseases for which effective vaccines are available, and to advise regularly on immunization practices relevant to these diseases in public health and preventive medical practice in the United States. The committee was further charged with encouraging investigation of vaccine usage and disease surveillance. Since its inception, the committee has issued formal statements on most of the major vaccines, updating these statements as new information emerged. The Advisory Committee relies heavily on the staff of the National Communicable Disease Center (NCDC) for program assistance. The NCDC has recently published a volume, *Immunization Against Diseases, 1966–67* (United States Public Health Service, 1967), which includes current epidemiological reviews of selected infectious diseases, a summary of immunization status and use of biologicals in the United States, and the complete reports of the Advisory Committee recommendations.

Another potent factor in increasing the utilization of vaccines in the United States has been the trend at the state level to require certain immunizations prior to school entry. Since February 1968, half of the states required immunization against one or more diseases, including twelve which require measles, sixteen poliovirus, thirteen diphtheria–tetanus–pertussis and twenty-one smallpox vaccines (United States Public Health Service, 1968a). These compulsory immunization laws are prosecuted with various degrees of conviction in different parts of the country, although exemptions are usually granted when immunizations are contrary to religious beliefs or medically contraindicated. It would appear that the trend to increasing compulsory immunization will continue, insuring that children are adequately immunized in this captive manner when entering this critical time of increased risk.

In 1962, Congress passed the Vaccination Assistance Act, which provided financial assistance to state and local health departments for improvement of immunization programs. Funds were made available for purchase of vaccines for immunization of pre-school children, support of the organization and administration of immunization programs, improvement of laboratory and epidemiological surveillance, and promotional and educational activities. Although the bulk of the support has emphasized public health and community-based programs, it has been observed in most areas that the balance between immunizations given privately and publicly does not change when a community accelerates its immunization activities (Freckleton, 1967). Appropriations for the program have ranged from 8 to 10 million dollars a year. At present there are forty-eight state and twenty-four local grant-assisted programs, covering approximately 90% of the population of the United States, Puerto Rico and the Virgin Islands. By design, the program has permitted a high degree of flexibility of administration to adapt to local needs.

Another dimension that bears on the final efficiency of immunization programs has become evident in the United States. There are wide differences in the rates of immunization in various demographic groups in the population. For example, vaccine acceptance has been particularly poor in the poverty areas of the large cities in the United States, especially among the Negro population. This has also been true in certain rural regions where poverty and other special cultural factors may prevail. Such under-immunized groups often have a higher incidence of preventable diseases and in turn have been the target for intensive immunization campaigns. Specific examples of this phenomenon will be pointed out under individual diseases.

In Great Britain, over the past 20 years, there has been increasing guidance concerning immunization policy from the Ministry of Health. In 1948, when the National Health Service Act was established, smallpox vaccination and diphtheria immunization were the only officially recommended procedures in England and Wales (Ministry of Health, 1964). Pertussis immunization was undertaken by some local health authorities. BCG vaccination was later introduced to school children on a discretionary basis. Various alternative schemes for immunization with diphtheria, pertussis and tetanus were recommended in 1954 (Ministry of Health, 1955). Official schedules of combined vaccines were prepared in 1961 and adopted by local health authorities. Special committees dealing with matters such as diphtheria toxoid and poliomyelitis vaccine were superceded in 1962 by a Joint Committee on Vaccination and Immunization appointed by the Central Health Services Council and the Ministry of Health, to 'advise the Health Ministers on all the medical

Exhibit 349

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 47 of 421

TABLE 1. Recommended schedules for routine immunization

| United States* | | | | | England and Wales† | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age | DTP | OPV | M | SP | Age | DTP | OPV | M | SP | BCG |
| 2–3 months | X | X | | | 3–6 months | X | X | | | |
| 3–4 months | X | | | | | | | | | |
| 4–5 months | X | X | | | 5–8 months | X | X | | | |
| 12–18 months | X | X | X | | 9–14 months | X | X | | | |
| 12–24 months | | | | X | 12–24 months | | | X | X | |
| School entry (3–6 years) | X | X | | X | School entry (3–6 years) | Td | X | | X | |
| | | | | | 10–13 years | | | | | X |
| Every 10 years | Td | | | X‡ | School leaving | Td | X | | X | |

DTP, Diphtheria–tetanus–pertussis vaccine; OPV, oral poliovaccine; M, measles vaccine; SP, smallpox vaccine; Td, tetanus–diphtheria toxoid, adult type.

  * Adopted from United States Public Health Service (1967): *Immunization Against Disease* 1966–67 (National Communicable Disease Center publication).
  † Adopted from Ministry of Health (1968a,b).
  ‡ For high risk groups, i.e. health personnel and overseas travel—every 3 years.

aspects of vaccination and immunization'. Suggested schedules were published in 1963 in a booklet entitled *Active Immunization Against Infectious Disease* (Ministry of Health, 1963). This Joint Committee has the same general mission as the United States Public Health Service Advisory Committee on Immunization Practices.

Schedules for those immunization procedures recommended for all children are shown in Table 1. The table has been constructed using the most recent statements available from the United States Public Health Service and the Ministry of Health (United States Public Health Service, 1967; Ministry of Health, 1963, 1968a). It is notable that the schedules are remarkably similar, despite the fact that, historically, there have been differences in the approach to the use of individual vaccines. There are several points of difference. DTP combined antigen is recommended at an earlier age in the United States, and three doses are administered in the primary series to make up for the handicaps of immaturity and maternal antibody. In the schedule recently recommended for Great Britain, initiation of immunization at approximately 6 months is favoured. This is an effort to avoid the immunological handicap and also to lessen the risk of reactions to pertussis vaccine thought to be more common in children under 6 months. A booster dose of pertussis vaccine is included in the United States schedule because of the continued threat of disease beyond infancy and the apparently more benign experience with reactions. BCG is not used routinely in school-aged children in the United States, but is reserved for selected individuals considered to be at high risk. An additional dose of oral poliovaccine recommended at school-leaving in Great Britain is thought to be unnecessary in the United States.

## Status of individual diseases

Certain diseases for which immunoprophylaxis is available will be discussed in further detail. Information concerning immunization rates, morbidity and mortality, and other problems related to vaccine use, have been gathered from a variety of sources. Except when noted, all British data refer to England and Wales. In looking at the statistical data, it is useful to remember that the population of the United States, 196 million, is approximately four times that of England and Wales, 48 million (1966). In attempting to assemble comparable data for the United States and Great Britain, it was immediately evident that a strict comparison of the use of vaccine or disease incidence was not possible because of inherent differences in notification of disease, surveillance methods, and book-keeping procedures. Despite this, many instructive comparisons can be drawn between practices in the two countries.

### Diphtheria, tetanus and pertussis

The three diseases may be discussed profitably under one heading, because of the current general practice of immunization with combined antigens. Table 2 shows the percentage of children in the United States who had completed a primary course in DTP in 1966. Approximately 83% of school-aged children have received at least three, and 65% have received four or more, doses of vaccine. The difference in rates between white and non-white populations is striking at all ages, but is most marked in the younger age groups. Immunization rates for a primary series of diphtheria and pertussis in England and Wales were similar to those in the United States for the first 2 years of life. The somewhat lower percentages of children under 5 or under 16 who were

**Exhibit 349**

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

*David T. Karzon*

TABLE 2. Immunization rate (%), combined diphtheria and tetanus toxoids and pertussis vaccine (1966)

UNITED STATES

| Age (years) | Diphtheria–tetanus–pertussis* | | |
|---|---|---|---|
| | Total | White | Non-white |
| 1 | 69 | 74 | 44 |
| 2 | 74 | 78 | 52 |
| 3 | 76 | 79 | 56 |
| 4 | 79 | 82 | 60 |
| 1–4 | 74 | 79 | 53 |
| 5–9 | 83 | 86 | 70 |

ENGLAND AND WALES

| Age (years) | Diphtheria | Pertussis |
|---|---|---|
| 1† | 73 | 72 |
| 2† | 76 | 74 |
| Under 5‡ | 68 | |
| Under 16‡ | 52 | |

\* Three or more doses of vaccine (United States Public Health Service, 1967).

† Primary series (Ministry of Health, 1967a).

‡ Percentage of children under 5 years or 16 years that 'may be regarded as remaining protected against diphtheria' (Ministry of Health, 1967a).

regarded as protected against diphtheria would represent children who had not received appropriately timed booster doses. Data were not available to the author regarding rates of tetanus immunization in England and Wales, but the magnitude can be assumed to be of the same order as that for diphtheria and pertussis. Immunization rates are far from uniformly distributed within each country. For example, while 74% of the children between 1 and 4 years of age received DTP in the United States, sections of the country varied considerably in their rates. In the New England region, 81%, and in the west south-central region, 66% had received three

or more doses of DTP. Rates of 91 and 92% for both diphtheria and pertussis immunization in the 1st and 2nd years of life, respectively, attained in West Sussex, were well above the general rates for England. West Sussex has instituted an automatic data-processing procedure to permit an intensive follow-up of all infants (Ministry of Health, 1967a).

There are several factors which historically have delayed the enthusiastic endorsement of combined triple antigen early in infancy, especially in Great Britain. The use of DTP received a temporary setback as a result of reports such as that prepared by the Medical Research Council in 1956, which drew attention to the increased risk of provoking poliomyelitis with such injections (Ministry of Health, 1964). The virtual disappearance of poliovirus from the community largely discounted this objection. However, until recently, it was recommended that triple antigen be separated from oral poliovaccine by 3 weeks (Ministry of Health, 1963). This in itself has complicated the orderly scheduling of immunization and required an increased number of visits. Concern has been expressed regarding the number of important reactions (e.g. shock, neurological damage) accompanying the pertussis component of the combined antigen, and this type of event is said to occur more frequently under the age of 6 months. Similar alarming suggestions concerning the high rate of neurological complications in Sweden have been reported (Ström, 1960). In the United States, reactions to triple antigen administered in the first 6 months of life as a routine measure have resulted in very few documented instances of neurological damage since 1952, when a ceiling was placed upon the antigenic content of pertussis vaccine by the United States Public Health Service (Edsall, 1961). The suggestion has been made that the prevalent antigenic strains of *Bordetella pertussis* have changed in the past few years, and that recent vaccine breakthroughs in England are largely associated with serotypes not represented in the

TABLE 3. Reported cases and deaths from diphtheria, tetanus and pertussis (5 years, 1962–66)

| | Cases/year | Deaths/year | Case fatality* | Annual rates/million | |
|---|---|---|---|---|---|
| | | | | Cases | Deaths |
| United States† | | | | | |
| Diphtheria | 285 | 36 | 13 | 1·5 | 0·19 |
| Tetanus | 294 | 196 | 67 | 1·5 | 1·0 |
| Pertussis | 12,481 | 86 | 0·69 | 64 | 0·44 |
| England and Wales§ | | | | | |
| Diphtheria | 23 | 1·8 | 13 | ·47 | 0·04 |
| Tetanus | | 28‡ | | | |
| Pertussis | 21,409 | 30 | 0·14 | 443 | 0·61 |

\* Deaths per 100 reported cases.

† From United States Public Health Service (1967).

‡ Tetanus is not reportable in England and Wales, therefore this figure probably underestimated the true incidence. (Ministry of Health, 1967a).

§ From Ministry of Health (1967a).

**Exhibit 349**

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

vaccine (Preston, 1965). To date, there are no similar reports of antigenic shift in the United States.

The average number of reported cases and deaths from diphtheria, tetanus and pertussis for the 5-year period 1962 to 1966 is recorded in Table 3. It can be seen that the number of diphtheria cases and deaths annually per million population is somewhat higher in the United States than in England and Wales. For pertussis, the death-rate is approximately the same, although the number of reported cases appears to be relatively lower in the United States. Because the number of deaths is probably a more reliable estimate of the true incidence of disease, and there is no obvious reason to expect a different death-to-case ratio, one could postulate that there is a greater under-reporting of pertussis cases in the United States. Under-reporting of a common, frequently mild and often undiagnosed disease is not surprising for the United States, and this phenomenon appears again in the discussion of measles (see below). Fig. 1 illustrates the decline in morbidity and mortality for diphtheria in the

United States from 1920 onward (United States Public Health Service, 1967). The case fatality, however, has not similarly yielded to modern therapy. The historical data on diphtheria for England and Wales available to the author would indicate a similar pattern. Fig. 2 illustrates the geographic distribution of diphtheria cases in the United States in 1966 (United States Public Health Service, 1967). Although general in distribution, the majority of the 209 cases occurred in the south-eastern states and affected primarily unimmunized segments of the population. In urban as well as rural areas, diphtheria was reported generally in lower socio-economic groups. The epidemic in Rosebud County occurred in an Indian population.

### Poliovaccine

The rates of immunization with poliovaccine are shown in Table 4. Although the criteria for a primary

TABLE 4. Immunization with poliovaccine (1966)

| Age (years) | 3-OPV or 3-IPV | 2-OPV and 0 to 2 IPV |
|---|---|---|
| **United States*** | | |
| 1–4         White | 73 | 82 |
|         Non-white | 57 | 65 |
|         Total | 70 | 79 |
| **England and Wales†** | | |
| 1 | 68 | |
| 2 | 72 | |
| 3 | 76 | |

OPV, Oral poliovaccine; IPV, inactivated poliovaccine.
\* From United States Public Health Service (1967).
† From Ministry of Health (1967a,b).

course of vaccine are somewhat different, the overall rates are quite comparable. In the United States, in the age group 1–4 years, approximately 70% have had either three doses of oral or inactivated vaccine and 79% two doses of oral poliovaccine. It is notable that the immunization rates are different in the white and non-white populations, reflecting the socio-economic differential in the distribution and/or acceptance of vaccine. The overall rates in England and Wales for the early years of life are very close to the United States data. The shift away from the use of inactivated poliovaccine is of interest. In 1966, less than 1% of the vaccine distributed in England and Wales was the inactivated type; in the United States, the figure was 17%, compared to 20% in 1965.

Fig. 3 (United States Public Health Service, 1967) and Fig. 4 (Miller & Galbraith, 1965) show the dramatic decline in the incidence of poliomyelitis. In 1966, there were only nineteen cases of paralytic disease in England and Wales, a record low. The cases were sporadic, and no epidemic foci were reported. In the same year, 108 cases of paralytic disease occurred in the United States, two-thirds of



FIG. 1. Morbidity and mortality due to diphtheria in the United States, 1920–66 (United States Public Health Service, 1967).

Exhibit 349

*David T. Karzon*

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.



Fig. 2. Geographic distribution of reported cases (●) of diphtheria in the United States, 1966 (United States Public Health Service, 1967).



Fig. 3. Total poliomyelitis and paralytic cases reported in the United States, 1941–66 (United States Public Health Service, 1967).



Fig. 4. Total poliomyelitis and paralytic cases reported in England and Wales, 1950–64 (Miller & Galbraith, 1965) —, Total notifications; . . . , non-paralytic cases.

which occurred in the state of Texas, where a type 1 poliovirus epidemic occurred (Fig. 5). The cases were concentrated primarily along the Mexican border. Seventy-five per cent of the paralytic cases had received no poliovaccine, and only seven cases had histories of adequate immunization. Surveillance in the United States since licensing of poliovaccines has shown that no more than one case of 'vaccine-related' paralytic disease has occurred for every 3 million does of oral poliovaccine administered, and these have occurred largely in adult males (United States Public Health Service, 1967). In 1966, there

were ten possible 'vaccine-related' cases of poliomyelitis reported in the United States. One was related to the administration of inactivated poliovaccine, the other nine to oral vaccine, on the basis of the epidemiological criteria used. A similar study in England and Wales for the 3 years 1962 to 1964 revealed four cases with residual paralysis occurring between 5 and 28 days after vaccination, an incidence of one case in 4·5 million doses of live vaccine (Miller & Galbraith, 1965). Weighing the benefits of poliovaccine against the minute risks involved, its routine use appears to be well justified.

**Exhibit 349**

*Immunization in United States and Great Britain*
153

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.



Fig. 5. Geographic distribution of reported paralytic poliomyelitis cases (●) in the United States, 1966 (United States Public Health Service, 1967).

TABLE 5. Immunization with smallpox vaccine

|  |  | U.S.* | England and Wales† | | |
|---|---|---|---|---|---|
|  |  | 1964 | 1964 | 1965 | 1966 |
| Total immunizations (thousands) | Primary | 5420 | 340 | 390 | 480 |
|  | Revaccination | 7370 |  |  | 70 |
|  | Unknown history | 560 |  |  |  |
| Per cent infants immunized 0–2 years |  | 57 | 32 | 33 | 38 |

* United States Public Health Service (1967).
† Ministry of Health (1967a).

*Smallpox vaccine*

Infants were immunized with smallpox vaccine at the rate of 32–38% in England and Wales in the years 1964–66. In comparison, the rate in the United States in 1964 was 57% (Table 5). Fig. 6 shows the smallpox immunization status of the population in the United States. A rate of 80% was attained by school entry, and over 95% of the population eventually received a primary vaccination (United States Public Health Service, 1967). In England and Wales, the 480,000 individuals who received primary smallpox immunization in 1966 were equivalent in number to slightly more than

one-half the births for the year. In the United States in 1964, 5·4 million primary vaccinations were given, which is more than one and one-half times the number of births. In England and Wales, there were approximately 70,000 persons (1966) revaccinated, compared to 7·4 million revaccinations in the United States (1964). In the 10-year period 1951–60 in England and Wales, there was an average of 124,000 revaccinations per year. In recent years in the United States, there have been approximately 3 million individuals who have travelled overseas and received vaccinations on this account. Most of these are revaccinations. Thus, while all the data which

**Exhibit 349**

*David T. Karzon*

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.



| TABLE 6. | Smallpox in England and Wales, 1957–66* | | |
|---|---|---|---|
| Year | Known importations | Cases | Deaths |
| 1957 | 1 | 4 | 2 |
| 1958 | 1 | 6 | 1 |
| 1959 | | 1 | |
| 1960 | 1 | 1 | |
| 1961 | 2 | 2 | |
| 1962 | 6 | 66 | 26 |
| 1963–65 | | | |
| 1966 | | 62 | |
| Totals | 11 | 142 | 29 |

\* Ministry of Health (1967b)

FIG. 6. Smallpox immunization status in the United States, surveyed in 1964 (United States Public Health Service, 1967). —, % vaccinated during lifetime; . . . , % vaccinated within past 12 months.

would be desirable are not at hand, indications are that the population of the United States is more highly vaccinated and revaccinated than that in England and Wales. However, in neither case are the rates sufficiently high to have a dependable herd immunity in face of an introduction of a case of smallpox.

In 1962, the Joint Committee on Vaccination and Immunization recommended that vaccination be performed optimally during the 2nd year of life, rather than at 4–5 months, as previously practiced (Ministry of Health, 1964). Further, it was urged that smallpox immunization be universally adopted, because it was clear that the vaccination rate for smallpox was well below that of other regular immunization procedures in infancy.

In the 10-year period 1957–66, in England and Wales, there were 142 cases of smallpox, with twenty-nine deaths, a mortality rate of 20·4% (Table 6) (Ministry of Health, 1967b). These resulted from eleven documented importations. In

1966, there were four outbreaks of *Variola minor*. The origins of these apparently multi-centered occurrences were not determined. Between 1961 and 1964, there were eleven instances of importation of smallpox into Great Britain, Germany, Sweden and Poland, resulting subsequently in a total of 222 cases and thirty-nine deaths before effective control was achieved (Karzon & Henderson, 1966). In many of the introductions, half or more of the subsequent cases were in hospital personnel.

In the United States, the last major outbreak occurred in 1947 in New York City, from a case imported from Mexico. The last potential introduction occurred as recently as 1962, when a 12-year-old boy from Brazil was admitted into the country at Kennedy Airport in New York. He departed immediately by train for Canada, where he became ill with typical smallpox shortly after arrival. Early diagnosis of the case, effective control measures, and an element of luck prevented the development of secondary cases (Karzon & Henderson, 1966).

Deaths, as well as central nervous and dermal complications of smallpox vaccination, in various age groups are shown in Table 7. The data from

TABLE 7. Complications associated with primary smallpox vaccination

| Age (years) | Illness/million primary vaccinations | | | |
|---|---|---|---|---|
| | United States* | | England and Wales† | |
| | Encephalitis | Dermal | Encephalitis | Dermal |
| 1 | 1·5 | 145 | 15 | 47 |
| 1–4 | 0·7 | 41 | 6·2 | 27 |
| 5–14 | 3·7 | 34 | 30 | 34 |
| 15† | 2·3 | 48 | 15 | 64 |
| Overall rates | 1·9 | 50 | 15 | 46 |
| Totals | | | | |
| Illness‡ | 12 | 318 | 56 | 174 |
| Death | 5 | 0 | 19 | 11 |
| Rate/million vaccinations | | | | |
| Illness | 51 | | 60 | |
| Death | 0·8 | | 7·9 | |

\* 6,240,000 primary vaccinations (1963) (Neff *et al.*, 1967b).
† 3,820,000 primary vaccinations (1951–60) (Conybeare, 1964).
‡ Illness includes deaths.

**Exhibit 349**

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 53 of 421
*Immunization in United States and Great Britain*
155

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

TABLE 8. Comparative rates of complications associated with primary smallpox vaccination or revaccination (per 1,000,000 vaccinated)

| | United States | | England and Wales‡ |
|---|---|---|---|
| | U.S.* | Four States† | |
| Primary vaccination | | | |
| Illness | 51 | 134 | 61 |
| Death | 0·8 | 0 | 7·9 |
| Revaccination | | | |
| Illness | 2·2 | 11 | 16 |
| Death | 0 | 0 | 2·4 |

\* 6,240,000 primary and 7,780,000 revaccinations (1963) (Neff *et al.*, 1967a).

† 298,000 primary and 370,000 revaccinations (1963). An intensive survey which reflects increased frequency of minor dermal complications (Neff *et al.*, 1967b).

‡ 3,820,000 primary and 1,240,000 revaccinations (1951–60) (Conybeare, 1964).

England and Wales was reported routinely to the health authorities (Conybeare, 1964); the United States data stemmed largely from the list of patients for whom vaccinia immune-globulin had been requested, death certificates, routine reports to state health departments, and a national physician questionnaire (Neff *et al.*, 1967a, b). Based on this crude information, the incidence of encephalitis and the overall death rate were higher in England and Wales than in the United States. However, the rate of various types of dermal complications was approximately equal. Theoretically, half to two-thirds of the complications such as *Eczema vaccinatum* and *Vaccinia necrosum* may be prevented by more careful screening for known contraindications, and by delaying vaccination until after the 1st year of life. Contraindications include patients with depressed immune-response, either spontaneous or drug-induced; pregnancy; simultaneously administered live vaccines; and skin diseases, such as eczema, in the recipient or household contact. In general, there were approximately one death per million primary vaccinations in the United States, and fifty-three total complications per million. There were no deaths and 2·2 complications per million among 7·8 million revaccinees. In England, the death rate was somewhat less than eight per million, and the complications rate about sixty-one per million. There were 2·4 deaths and sixteen complications per million after revaccination. Thus, in both countries, revaccination was accompanied by a very small risk compared to primary vaccination (Table 8).

In another study, physicians in four states were surveyed by questionnaire concerning major and minor complications associated with smallpox vaccination. A significantly higher rate of *Eczema vaccinatum* and generalized vaccinia of a mild nature was uncovered. A total of 134 complications was reported per one million primary vaccinations and eleven per million revaccinations. Of the reported 279 patients with available data, only twenty-two were hospitalized (Neff *et al.*, 1967b) (Table 8).

The incidence and mortality from central nervous complications in both England and the United States is clearly less than that reported from certain other countries. In several studies reported from the continent, rates as high as one case in 1000 primary young adult vaccinees have been documented. There is no satisfactory explanation for this significant variation in incidence, although it should be noted that different strains of vaccinia virus are employed in various countries. The recommendation to defer immunization to the second year was based upon studies of Conybeare (1964), in which it was shown that encephalitis as well as dermal complications are far more frequent under 1 year of age than in the second year of life. Similar studies in the United States have also shown an excessive risk in children under 1 year of age (Table 7) (Neff *et al.*, 1967b).

In the United States, official policy has always been rather firm in advocating universal smallpox immunization, although this policy has been increasingly questioned (Dixon, 1962; Dick, 1962; Kempe & Benenson, 1965). Despite the requirement for a valid vaccination certificate, the possibility of introduction of a case into the United States is a real one. This risk is constantly changing, with increasing travel, but with a decreasing reservoir of endemic smallpox. Immunization to the fullest possible extent of infants and pre-school children is a principal means for community protection against introduced smallpox. Successfully vaccinated children should be essentially wholly immune for perhaps 3–5 years, with decreasing protection for a longer period. With primary sensitization accomplished, revaccination of older children and adults is attended by a much lower frequency of complications. Should a case of smallpox be introduced and recognized, subsequent control is accomplished by quarantine and selective vaccination; mass vaccination is considered inadvisable. Partial immunity of the popula-

**Exhibit 349**

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

tion as a result of previous vaccination offers certain advantages, in that the likelihood of spread in the community is diminished, and the antibody response to revaccination is more rapid and attains a higher titer (Ministry of Health, 1963). The value of chemo-prophylaxis (methisazone) as an aid in epidemic control is not established, and the use of the drug is accompanied by a significant incidence of toxicity.

### Measles vaccine

Live attenuated measles virus vaccine became available in the United States in 1963, and more than 30 million doses were distributed by the beginning of 1968. In late 1966, an intensive pro-gram was initiated, supported largely by the Vaccine Assistance Act, to eradicate measles in the United States. This was conducted through regular public and private immunization channels as well as through special community campaigns, the latter especially in areas with low immunization rates. Also, epidemics have been effectively aborted by the prompt administration of measles vaccine to selected groups of children, especially susceptibles in nursery school, kindergarden, and the first two or three grades of elementary school. The effectiveness of the total national effort is demonstrated in Fig. 7



Fig. 8. Reported measles cases and deaths in the United States, 1912–67. Live measles vaccine was licensed in 1963 (United States Public Health Service, 1968c).



Fig. 7. Reported cases of measles in the United States, 1962–67, and distribution of live measles vaccine (United States Public Health Service, 1968a). Blocks, 1 million doses. *Estimated total for 1967.

(United States Public Health Service, 1968a). The number of reported cases of measles in 1967–68 is lower than any year since the onset of measles reporting in 1912, and is less than 10% of the expected incidence. The long-term trends are shown in Fig. 8.

A high percentage of pre-school children have now been immunized. In areas where special campaigns have been conducted, the rates are very high; for example, 94% in Los Angeles County and 91% in the state of Rhode Island. Other states reported between 50 and 80% of the pre-school population immunized at the end of 1967 (United

States Public Health Service, 1968a). Approximately thirty states report rates of 90% or more in school-aged children, a direct result of school-wide programs (United States Public Health Service, 1968a).

Some of the factors concerning the problems of introducing a new immunizing product into the population are illustrated in a study of measles vaccine in Erie County, New York, population 1 million (Lennon *et al.*, 1967). A survey was conducted in 1966, 3 years after the licensing of live measles virus vaccine, but prior to the launching of the intensive national effort to eradicate measles. The immunization rates reflected distribution through normal channels of health care. The survey showed that 82% of the vaccinations were received from private physicians, 15% through health de-partment clinics and 3% from other medical facili-ties, such as hospitals. There was a sharp division of the rate of immunization of susceptible children by socio-economic group. In the urban area, 73% of the upper, 57% of the middle and 19% of the lower, socio-economic group were immunized. As a conse-quence of these findings, an intensive campaign to immunize the lower socio-economic group in Erie County, concentrated in the core area of the City of Buffalo, was successfully instituted.

Prior to the introduction of vaccine, approximately 400,000 cases had been reported annually in the United States. Because 90–95% of all young adults have a history of clinical measles, it may be assumed that, if all cases were reported, almost 4 million

Exhibit 349

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

cases should be reported per year. It may thus be calculated that somewhat over 10% of clinical cases are in fact reported. Since the introduction of measles vaccine and the initiation of more careful surveillance, the percentage of cases reported has undoubtedly improved beyond this figure. In England and Wales, a similar number, over 400,000 cases a year, are reported. On the basis of the same type of calculations, one can estimate that almost half of the cases of clinical measles are therefore reported. In recent years (prior to vaccine introduction) there have been 300–400 measles deaths annually in the United States, and approximately 50–150 deaths annually in England and Wales. Thus, in both countries, the mortality from measles has been approximately two per million population annually.

Measles vaccine became available in Great Britain early in 1966. Clinical trials of live vaccine preceded by inactivated vaccine have indicated that a better degree of long-term protection can be expected from live vaccine alone. The untoward effects observed in the United States in children who had received multiple doses of inactivated vaccine and then, after several years, were given live measles vaccine or were exposed to natural measles have so far not been observed in Great Britain. There is a strong case for the use of live measles virus vaccine alone. The desirability of adopting a vigorous national policy for the elimination of measles was proposed by the Ministry of Health recently (1968a). All susceptible children through the age of 15 years are recommended to receive a dose of live attenuated virus. This should be given during the 2nd year of life and not earlier than 9 months of age.

*Other vaccines*

Comments concerning the use of certain vaccines which are used only under special circumstances may be of interest. The status of the vaccines in the United States will be compared to that in Great Britain whenever possible.

While exposure to rabies in the United Kingdom would be exceptional, rabies is a problem of significant proportions in the United States. Fig. 9 shows the trends in animal rabies in the United States from 1953 to 1966. Rabies in domestic animals, largely dogs, livestock and cats, has fallen sharply, while there has been an increase in rabies in wildlife, especially skunks, foxes, and bats (United States Public Health Service, 1967). However, the number of human deaths from rabies declined from thirty-four in 1946 to one or two annually in recent years. This decline has resulted in great part from a reduction in rabies in dogs through immunization (United States Public Health Service, 1967). As prophylaxis following proven or assumed exposure, an estimated



FIG. 9. Reported rabies in domestic and wild animals in the United States, 1953–66 (United States Public Health Service, 1967). —, Total; . . . , wild; — — —, domestic.

30,000 persons received rabies vaccine and approximately 8000 also received anti-rabies serum in 1966.

BCG is recommended for tuberculin-negative children between the ages of 10 and 13 years, at the discretion of the Medical Officer of Health in England and Wales. In certain areas, BCG is given as a routine in infancy. On the other hand, BCG vaccine in the United States is advised only for infants or children who are at special risk of known heavy exposure to tuberculosis in their immediate environment, and, as a consequence, is used far less frequently. In England and Wales in 1966, 640,000 school children and tuberculosis contacts were skin-tested. Five hundred and fourteen thousand were found to be tuberculin-negative, and of these, 479,000 were vaccinated with BCG. Twenty-nine per cent of contacts and 14% of school children were tuberculin-positive. In 1966, there were approximately 15,000 tuberculosis notifications in England and Wales, or a rate of twenty-one per 100,000 population (Ministry of Health, 1967a). In the United States, there were approximately 48,000 new active cases, or a rate of twenty-four per 100,000 (United States Public Health Service, 1968b), with a low of 6·5 in North Dakota and a high of 55·5 in Alaska. At the end of 1966, there were 316,000 cases under supervision because of a tuberculous lesion in England and Wales, and at the same time there were 320,000 persons in the United States on state and local health department tuberculosis registers. There are undoubtedly significant differences in recording and classification contributing to these data, and they may not be directly comparable.

The general recommendations for the use of influenza vaccine are quite similar in the two countries—namely, for the protection of those individuals suffering from certain chronic diseases for whom influenza might prove to be an unusual medical risk. In addition, in the United States, all individuals over the age of 65, a group in which there

**Exhibit 349**

*David T. Karzon*

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

is excess mortality accompanying influenza epidemics, are recommended to have annual doses of influenza vaccine. Influenza vaccine is not recommended for general use in the population.

The live attenuated mumps virus vaccine was introduced in the United States early in 1968. Seroconversion and clinical protection have been demonstrated in field trials to last for at least 3 years, which is the longest period of follow-up. The product appears to be free of toxicity. The long-term duration of protection is under continued study. The United States Public Health Service Advisory Committee on Immunization Practices has suggested that live mumps vaccine be considered for use in children approaching puberty, in adolescents, and in adults, especially males, if they have not had mumps (United States Public Health Service, 1967). The vaccine should also be considered in certain institutional settings. The vaccine is not recommended for routine use in younger children, although it is not specifically contraindicated. The rationale for the use of mumps vaccine lies in the prevention of certain complications. Approximately 15% of reported cases of mumps occur after the onset of puberty. Orchitis has been observed in 20% or more of post-pubertal males, and other organ systems, including the central nervous system, are occasionally involved. Sequelae are uncommon, although unilateral deafness is not a rare event (Karzon, 1968a). In terms of public health priorities, the Advisory Committee has stated that mumps immunization programs should not pre-empt other public health programs of established importance. However, should observation confirm the long-term effectiveness and freedom from toxicity, it may be predicted that increasing use will be made of mumps vaccine, both in private practice and public programs.*

A live attenuated rubella virus vaccine is at the present time undergoing field trials in the United States in closed and semi-closed populations. Serconversion and clinical protection are of a high order. The attenuated virus replicates and can be recovered from the pharynx, although it does not appear to be transmissible. Studies are continuing to evaluate the safety of the rubella vaccine in the open population and in adults, before a licensed product can be made available.

### Simultaneous use of immunizing agents

There are several factors which have tended to support the recommendation that administration of immunizing agents be separated whenever feasible, especially when one is a live vaccine. The bases for this recommendation are two-fold: (1) possible interference between two or more antigens, and (2) possible enhancement of toxicity. An example of the latter is the provocation effect of DTP on poliomyelitis infection. It is recommended that administration of two live vaccines be separated by 4 weeks in the United States and 3-4 weeks in England and Wales. The need for separation of antigens is causing an increasing hardship in scheduling visits of small infants. In the United States there are four live products—poliovirus, measles, smallpox and mumps —and a fifth live product, rubella, may soon be available. It is, therefore, of more than theoretical interest to determine the legitimacy of the objections which have been raised to simultaneous use of live vaccines. Studies are in progress to explore the antibody responses to multiple vaccines and possible enhancement of toxicity. If simultaneous administration were feasible, a multivalent product would be of great public health significance. The earliest schedules of vaccination and immunization procedures suggested by the Ministry of Health. In the recommended that DTP and live vaccine other than live poliovaccine be separated by 3-4 weeks. Such a restriction has not been placed in the United States, and at the present time no ill-effects have been documented from simultaneous DTP and live vaccine administration. Recent studies have shown that measles or yellow fever vaccine virus may depress, at least in part, the replication of a second virus, presumably on the basis of interferon production. The maximum inhibition is during the second week following administration of the first virus. Thus, the recommendation that yellow fever vaccine be given at least 4 days before primary vaccination against smallpox (Ministry of Health, 1967a) may be expected to decrease the effectiveness of the smallpox take and antibody response (Karzon, 1968b).

### Discussion and conclusions

There has been a consistent downward trend in the morbidity, mortality and residua due to most infectious diseases in the developed countries of the world. Improvements in the social and economic sphere and the control of environmental human waste and arthropod vectors have played major roles. However, the widespread use of immunizing agents has notably contributed to this decline. Society is becoming increasingly expectant that preventable disease will indeed be prevented.

The present review is a modest beginning in the effort to relate official policy on immunization practice in the United States and England and Wales, and the actual use of various biological

---

* Recently, the Advisory Committee has liberalized its recommendations for mumps vaccine and suggests consideration be given to immunizing all susceptible children over 1 year of age. However, the position was reaffirmed that mumps vaccine programs should not be allowed to take priority over essential ongoing health activities. U.S. Public Health Service (1968d).

**Exhibit 349**

products, with trends in morbidity and mortality of preventable diseases. The settings for the study form an interesting backdrop. Child health practices are quite distinct in England and Wales under the tri-partite National Health Service Program, when compared to the United States, where a combination of the board-certified pediatrician and the general practitioner, as well as public agencies such as the well-baby clinic and hospital outpatient department, all participate in aspects of preventive and curative medicine. Through the two different pathways, similar mechanisms for evaluation of optimal immunization schedules have evolved. Also, it is increasingly evident that the specific recommendations have drawn more closely together. There have been minor differences of emphasis. For example, the American philosophy has shown less concern with immunodepression due to maternal antibody and immunological immaturity and has regularly immunized beginning at 8–12 weeks, with combined vaccine, adding a third dose to increase efficiency of the program. In Great Britain, there has evidently been a greater concern regarding the risks of smallpox immunization, which has resulted in the lower levels of immunization attained with smallpox vaccine.

The very conspicuous disparities in immunization rates, based upon social class and reflected in low immunization rates in such areas as urban Negro ghettos and rural poverty areas, have posed one of the major residual public health problems in infectious disease control in the United States. It would be of interest to study the acceptance of various immunizing procedures by social class in Great Britain, to determine whether the freely available services may be unevenly distributed in a similar fashion, based on cultural and behavioral characteristics of population groups. For example, poliomyelitis in the United States, once a disease with relative selectivity for the upper classes with a high level of environmental and personal hygiene, is now a disease of the lower classes, in residual pockets with inadequate immunization. It has been generally observed that immunization rates in a given population bear a direct relationship to the general extent of contact between the infant and those charged with early child health care. That is, children who attend a physician only for episodic illness and do not receive regular well-baby care will have poorer immunization records. A corollary of this would state that improvement of the general level of immunization would be tied to an improvement in the general level of infant care and regularity of contact between the family and health facilities. However, the latter situation is not always simple to achieve, and more direct efforts aimed specifically at attaining higher immunization rates can be successful, both as single mass community campaigns or in some form of ongoing program.

It is hoped that the information presented and the interpretations which have resulted will be a stimulus for others to continue to study comparative immunization practices.

### Acknowledgments

This paper could not have been written without the help and advice of Dr A. T. Roden of the Ministry of Health, who kindly provided much of the published and unpublished information from England and Wales. For data from the United States, I have leaned heavily on the Reports of the National Communicable Disease Center of the United States Public Health Service. In particular, I would like to thank Dr F. Robert Freckleton and Dr Alexander Langmuir and their staffs for their encouragement and for permission to use data placed at my disposal. For errors in presentation or interpretation, I lay personal claim. Morbidity and mortality information has been obtained from publications of the Ministry of Health, for which I would like to make acknowledgement to the Controller of Her Majesty's Stationery Office.

Dr Karzon is recipient of a Research Career Award (AI–1136) from the National Institutes of Allergy and Infectious Diseases, United States Public Health Service.

### References

AMERICAN ACADEMY OF PEDIATRICS (1966) Report of the Committee on the Control of Infectious Diseases.

CONYBEARE, E.T. (1964) Illnesses attributed to smallpox vaccination, 1951–1960. *Monthly Bull. Minist. Hlth Publ. Hlth Lab. Serv.* 23, 126 and 150.

DICK, G.W.A. (1962) Prevention of virus diseases in the community. *Brit. med. J.* ii, 1275.

DIXON, C.W. (1962) Vaccination against smallpox. *Brit. med. J.* i, 1262.

EDSALL, G. (1962) Efficacy of immunization procedures used in public health practice. *Wld Hlth Org. Pbl. Hlth Papers* No. 8, p. 51.

FRECKLETON, F.R. (1967) Federal government programs in immunization. *Arch. environ. Hlth*, 15, 512.

GREGG, A. (1949) The golden gate of medicine. *Ann. intern. Med.* 30, 811.

KARZON, D.T. (1968a) Rationale for mumps vaccine usage. *Proc. Fifth Annual Immunization Conference, San Diego, California*, United States Public Health Service. 12 March, 1968.

KARZON, K.T. (1968b) Simultaneous administration of live antigens. *Proc. Fifth Annual Immunization Conference, San Diego, California*, United States Public Health Service. 12 March, 1968.

KARZON, D.T. & HENDERSON, D.A. (1966) Current status of live attenuated virus vaccines. *Advanc. Pediat.* 15, 121.

KEMPE, C.H. & BENENSON, A.S. (1965) Smallpox immunization in the United States. *J. Amer. med. Ass.* 194, 161.

LENNON, R.G., TURNBULL, C.D., ELSEA, W.R., KARZON, D.T. & WINKELSTEIN, W., JR. (1967) Measles immunization in a northeastern metropolitan county. *J. Amer. med. Ass.* 200, 815.

MILLER, D.L. & GALBRAITH, N.S. (1965) Surveillance of the safety of oral poliomyelitis vaccine in England and Wales 1962–4. *Brit. med. J.* ii, 504.

MINISTRY OF HEALTH (1955) *Annual report of the Chief Medical Officer for the Year* 1954., p. 66, H.M.S.O., London.

MINISTRY OF HEALTH (1963) Active immunisation against infectious disease (prepared by Standing Medical Advisory Committee).

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

**Exhibit 349**

Case 2:20-cv-02470-WBS-JDP    Document 12    Filed 12/29/20    Page 58 of 421

MINISTRY OF HEALTH (1964) *Annual report of the Chief Medical Officer for the Year* 1963, p. 170, H.M.S.O., London.

MINISTRY OF HEALTH (1967a). *Annual Report of the Chief Medical Officer for the Year* 1966, pp. 30 and 243, H.M.S.O., London.

MINISTRY OF HEALTH (1967b) *Memorandum on Vaccination Against Smallpox.* Memo 312/MED, H.M.S.O.

MINISTRY OF HEALTH (1968a) Circular 29/68.

MINISTRY OF HEALTH (1968b) *Letter to General Practitioners and all Medical Officers of Health (England and Wales)*, G. E. Godber.

NEFF, J.M., LANE, J.M., PERT, J.H., MOORE, R., MILLAR, J. D. & HENDERSON, D. A. (1967a) Complications of smallpox vaccination. I. National survey in the United States, 1963. *New Engl. J. Med.* **276.**

NEFF, J.M., LEVINE, R.H., LANE, J.M., AGER, E.A., MOORE, H., ROSENSTEIN, B.J., MILLAR, J.D. & HENDERSON, D.A. (1967b) Complications of smallpox vaccination, United States, 1963. II. Results obtained by four statewide surveys. *Pediatrics*, **39**, 916.

PRESTON, N. W. (1965) Effectiveness of pertussis vaccines. *Brit. med. J.* **ii**, 11.

STRÖM, J. (1960) Is universal vaccination against pertussis always justified? *Brit. med. J.* **ii**, 1184.

UNITED STATES PUBLIC HEALTH SERVICE (1967) *Immunization Against Disease*, 1966–67 (Prepared by National Communicable Disease Center).

UNITED STATES PUBLIC HEALTH SERVICE (1968a) Personal communication.

UNITED STATES PUBLIC HEALTH SERVICE (1968b) *Morbidity and Mortality Weekly Report*, March 30.

UNITED STATES PUBLIC HEALTH SERVICE (1968c) *Morbidity and Mortality Weekly Report*, June 8.

UNITED STATES PUBLIC HEALTH SERVICE (1968d) *Morbidity and Mortality Weekly Report*, October.

Postgrad Med J: first published as 10.1136/pgmj.45.520.147 on 1 February 1969. Downloaded from http://pmj.bmj.com/ on June 21, 2020 by guest. Protected by copyright.

**Exhibit 349**

# EXHIBIT 350

# THE VACCINE SCHEDULE 1950-2018

Nelson Branco, MD, FAAP

Tamalpais Pediatrics, Larkspur CA

---

# The first vaccine – Smallpox

■ Invented by Edward Jenner in 1796
- *Jenner noticed that milkmaids who were exposed to cowpox, a milder disease similar to smallpox, did not develop smallpox to the same extent as others*
- *He developed method of arm-to-arm inoculation: a small amount of pus from one person's blisters was inoculated into the arm of another*

1

Exhibit 350

# Late 1940's

- In the early part of the century, scientific progress had allowed for the development of new vaccines and large scale vaccine production

- Recommended vaccines:
    - *DTP (Diptheria, Tetanus, Pertussis)*
    - *Smallpox*

# Late 1950's

- Oral Polio Vaccine (OPV) – licensed in 1955

- Recommended vaccines:
    - *DTP (Diphtheria, Tetanus, Pertussis)*
    - *Smallpox*
    - *Polio (OPV)*

**Exhibit 350**

# Late 1960's

- Vaccines against Measles (1963), Mumps (1967) and Rubella (1969) were developed

- Recommended vaccines:
    - *DTP (Diphtheria, Tetanus, Pertussis)*
    - *Smallpox*
    - *Polio (OPV)*
    - *Measles*
    - *Mumps*
    - *Rubella*

# 1970's

- Smallpox was declared eradicated and use of smallpox vaccine was discontinued in 1972
- Measles, Mumps, Rubella vaccine was combined into MMR

- Recommended vaccines:
    - *DTP (Diphtheria, Tetanus, Pertussis)*
    - *Polio (OPV)*
    - *MMR (Measles, Mumps, Rubella)*

**3**                    **Exhibit 350**

# 1985-1994

■ Hib vaccine developed and added to the schedule

■ Recommended vaccines:
- – *DTP (Diphtheria, Tetanus, Pertussis)*
- – *Polio (OPV)*
- – *MMR (Measles, Mumps, Rubella)*
- – *Hib (Haemophilius influenzae Type B)*

# 1994-1995

■ Hepatitis B was added to the schedule as a routine vaccination instead of being used only for high risk groups

■ Recommended vaccines:
- – *DTP (Diphtheria, Tetanus, Pertussis)*
- – *Polio (OPV)*
- – *MMR (Measles, Mumps, Rubella)*
- – *Hib (Haemophilius influenzae Type B)*
- – *Hepatitis B*

**4**                    **Exhibit 350**

# 1995 Vaccine Schedule

| Vaccine | Birth | 2 Months | 4 Months | 6 Months | 12 Months | 15 Months | 18 Months | 4–6 Years | 11–12 Years | 14–16 Years |
|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B | HB-1 | HB-2 | | HB-3 | | | | | | |
| Diphtheria-Tetanus-Pertussis (DTP) | | DTP | DTP | DTP | DTP or DTaP ≥ at 15 months | | | DTP or DTaP | Td | |
| *Haemophilus* influenzae type b | | Hib | Hib | Hib | Hib | | | | | |
| Poliovirus | | OPV | OPV | OPV | | | | OPV | | |
| Measles-Mumps-Rubella | | | | | MMR | | | MMR | or MMR | |

# 1996 Vaccine Schedule



FIGURE 1. Recommended childhood immunization schedule* — United States, July–December 1996

Range of Acceptable Ages for Vaccination

"Catch-Up" Vaccination

**Exhibit 350**

# 1998 Vaccine Schedule

**FIGURE 1. Recommended childhood immunization schedule\* — United States, January–December 1999**

| Vaccine | Birth | 1 mo | 2 mos | 4 mos | 6 mos | 12 mos | 15 mos | 18 mos | 4–6 yrs | 11–12 yrs | 14–16 yrs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B[†] | Hep B | | | | | | | | | | |
| | | | Hep B | | | Hep B | | | | Hep B | |
| Diphtheria and tetanus toxoids and pertussis[§] | | | DTaP | DTaP | DTaP | | DTaP | | DTaP | Td | |
| H. influenzae type b[¶] | | | Hib | Hib | Hib | Hib | | | | | |
| Poliovirus[**] | | | IPV | IPV | | Polio | | | Polio | | |
| Rotavirus[††] | | | Rv | Rv | Rv | | | | | | |
| Measles-mumps-rubella[§§] | | | | | | MMR | | | MMR | MMR | |
| Varicella[¶¶] | | | | | | Var | | | | Var | |

☐ Range of Acceptable Ages for vaccination

⬭ Vaccines to be Assessed and Administered if Necessary

▦ Incorporation of this new vaccine into clinical practice may require additional time and resources from health-care providers.

**Exhibit 350**

Rotavirus vaccine removed from the schedule





| Diphtheria and tetanus toxoids and pertussis§ | | DTaP | DTaP | DTaP | | DTaP | | DTaP | Td |
| H. influenzae type b§ | | Hib | Hib | Hib | | Hib | | | |
| Polio** | | IPV | IPV | | IPV | | | IPV | |
| Measles-mumps-rubella§§ | | | | | | MMR | | MMR | MMR |
| Varicella§§ | | | | | | Var | | | Var |
| Hepatitis A¶¶ | | | | | | | | Hep A in selected areas | |

     Range of recommended ages for vaccination.

     Vaccines to be given if previously recommended doses were missed or were given earlier than the recommended minimum age.

     Recommended in selected states and/or regions.

On October 22, 1999, the Advisory Committee on Immunization Practices (ACIP) recommended that Rotashield® (rhesus rotavirus vaccine-tetravalent [RRV-TV]), the only U.S.-licensed rotavirus vaccine, no longer be used in the United States (*MMWR*, Vol. 48, No. 43, November 5, 1999). Parents should be reassured that children who received rotavirus vaccine before July 1999 are not now at increased risk for intussusception.

* This schedule indicates the recommended ages for routine administration of licensed childhood vaccines as of November 1, 1999. Any dose not given at the recommended age should be given as a "catch-up" vaccination at any subsequent visit when indicated and feasible. Additional vaccines may be licensed and recommended during the year. Licensed combination vaccines may be used whenever any components of the combination are indicated and the vaccine's other components are not contraindicated. Providers should consult the manufacturers' package inserts for detailed recommendations.

† **Infants born to hepatitis B surface antigen (HBsAg)-negative mothers** should receive the first dose of hepatitis B vaccine (Hep B) by age 2 months. The second dose should be administered at least 1 month after the first dose. The third dose should be administered at least 4 months after the first dose and at least 2 months after the second dose, but not before age 6 months. **Infants born to HBsAg-positive mothers** should receive Hep B and 0.5 mL hepatitis B immune globulin (HBIG) within 12 hours of birth at separate sites. The second dose is recommended at age 1–2 months and the third dose at age 6 months. **Infants born to mothers whose HBsAg status is unknown** should receive Hep B within 12 hours of birth. Maternal blood should be drawn at delivery to determine the mother's HBsAg status; if the HBsAg test is positive, the infant should receive HBIG as soon as possible (no later than age 1 week). **All children and adolescents (through age 18 years)** who have not been vaccinated against hepatitis B may begin the series during any visit. Providers should make special efforts to vaccinate children who were born in or whose parents were born in areas of the world where hepatitis B virus infection is moderately or highly endemic.

§ The fourth dose of diphtheria and tetanus toxoids and acellular pertussis vaccine (DTaP) can be administered as early as age 12 months, provided 6 months have elapsed since the third dose and the child is unlikely to return at age 15–18 months. Tetanus and diphtheria toxoids (Td) is recommended at age 11–12 years if at least 5 years have elapsed since the last dose of diphtheria and tetanus toxoids and pertussis vaccine (DTP), DTaP, or diphtheria and tetanus toxoids (DT). Subsequent routine Td boosters are recommended every 10 years.

¶ Three *Haemophilus influenzae* type b (Hib) conjugate vaccines are licensed for infant use. If Hib conjugate vaccine (PRP-OMP) (PedvaxHIB® or ComVax® [Merck]) is administered at ages 2 months and 4 months, a dose at age 6 months is not required. Because clinical studies in infants have demonstrated that using some combination products may induce a lower immune response to the Hib vaccine component, DTaP/Hib combination products should not be used for primary vaccination in infants at ages 2, 4, or 6 months unless approved by the Food and Drug Administration for these ages.

** To eliminate the risk for vaccine-associated paralytic poliomyelitis (VAPP), an all-inactivated poliovirus vaccine (IPV) schedule is now recommended for routine childhood polio vaccination in the United States. All children should receive four doses of IPV at age 2 months, age 4 months, between ages 6 and 18 months, and between ages 4 and 6 years. Oral poliovirus vaccine (OPV) (if available) may be used only for the following special circumstances: 1) mass vaccination campaigns to control outbreaks of paralytic polio; 2) unvaccinated children who will be traveling in <4 weeks to areas where polio is endemic or epidemic; and 3) children of parents who do not accept the recommended number of vaccine injections. Children of parents who do not accept the recommended number of vaccine injections may receive OPV only for the third or fourth dose or both; in this situation, health-care providers should administer OPV only after discussing the risk for VAPP with parents or caregivers. During the transition to an all-IPV schedule, recommendations for the use of remaining OPV supplies in physicians' offices and clinics have been issued by the American Academy of Pediatrics (*Pediatrics*, Vol. 104, No. 6, December 1999).

†† The second dose of measles, mumps, and rubella vaccine (MMR) is recommended routinely at age 4–6 years but may be administered during any visit, provided at least 4 weeks have elapsed since receipt of the first dose and that both doses are administered beginning at or after age 12 months. Those who previously have not received the second dose should complete the schedule no later than the routine visit to a health-care provider at age 11–12 years.

§§ Varicella (Var) vaccine is recommended at any visit on or after the first birthday for susceptible children, i.e., those who lack a reliable history of chickenpox (as judged by a health-care provider) and who have not been vaccinated. Susceptible persons aged ≥13 years should receive two doses given at least 4 weeks apart.

¶¶ Hepatitis A vaccine (Hep A) is recommended for use in selected states and regions. Information is available from local public health authorities and *MMWR*, Vol. 48, No. RR-12, October 1, 1999.

Use of trade names and commercial sources is for identification only and does not constitute or imply endorsement by CDC or the U.S. Department of Health and Human Services.

Source: Advisory Committee on Immunization Practices (ACIP), American Academy of Family Physicians (AAFP), and American Academy of Pediatrics (AAP).

**Exhibit 350**



ildhood vaccines, as of December 1, 2001, for children through age 18 years. Any dose not
ated and feasible. ▨ Indicates age groups that warrant special effort to administer those
ied during the year. Licensed combination vaccines may be used whenever any components
ontraindicated. Providers should consult the manufacturers' package inserts for detailed

3 vaccine soon after birth and before hospital discharge; the first dose also may be given by
i vaccine can be used for the birth dose. Monovalent or combination vaccine containing Hep
ombination vaccine is used. The second dose should be given at least 4 weeks after the first
6 weeks. The third dose should be given at least 16 weeks after the first dose and at least 8
th dose) should not be administered before age 6 months. Infants born to HBsAg-positive
 (HBIG) within 12 hours of birth at separate sites. The second dose is recommended at age
t age 6 months. Infants born to mothers whose HBsAg status is unknown should receive the
hould be drawn at the time of delivery to determine the mother's HBsAg status; if the HBsAg
ge 1 week).

ourth dose of DTaP may be administered as early as age 12 months provided that 6 months
onths. **Tetanus and diphtheria toxoids (Td)** is recommended at age 11–12 years if at least
ig vaccine. Subsequent routine Td boosters are recommended every 10 years.
a vaccines are licensed for infant use. If PRP-OMP (PedvaxHIB® or ComVax® [Merck]) is
/Hib combination products should not be used for primary immunization in infants at age 2,

tine childhood poliovirus vaccination in the United States. All children should receive 4 doses

ommended routinely at age 4–6 years but may be administered during any visit provided at
ed beginning at or after age 12 months. Those who have not previously received the second

 12 months for susceptible children (i.e., those who lack a reliable history of chickenpox).
s apart.
**CV)** is recommended for all children aged 2–23 months and for certain children aged 24–59
tion to PCV for certain high-risk groups. See *MMWR* 2000;49(No. RR-9):1–37.
tes and regions, and for certain high-risk groups. Consult local public health authority and

6 months with certain risk factors (including but not limited to asthma, cardiac disease, sickle
dministered to all others wishing to obtain immunity. Children aged $\leq$12 years should receive
3 years). Children aged $\leq$8 years who are receiving influenza vaccine for the first time should

nization is available at http://www.cdc.gov/nip or at the National Immunization hotline, 800-
d at http://www.cdc.gov/nip/recs/child-schedule.htm. Approved by the **Advisory Committee**
 **of Pediatrics** (http://www.aap.org), and the **American Academy of Family Physicians**

**8**

**Exhibit 350**



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Poliovirus | | IPV | IPV | IPV | | | IPV | |
| Measles, Mumps, Rubella[4] | | | | | MMR | | MMR | MMR |
| Varicella[5] | | | | | Varicella | | | Varicella |
| Meningococcal[6] | | | | Vaccines within broken line are for selected populations | | | MPSV4 / MCV4 | MCV4 / MCV4 |
| Pneumococcal[7] | | PCV | PCV | PCV | PCV | | PCV | PPV |
| Influenza[8] | | | | Influenza (yearly) | | | Influenza (yearly) | |
| Hepatitis A[9] | | | | HepA series | | | HepA series | |

|  | Range of recommended ages |  | Catch-up immunization |  | Assessment at age 11–12 years |

This schedule indicates the recommended ages for routine administration of currently licensed childhood vaccines, as of December 1, 2005, for children through age 18 years. Any dose not administered at the recommended age should be administered at any subsequent visit, when indicated and feasible. [ ] Indicates age groups that warrant special effort to administer those vaccines not previously administered. Additional vaccines might be licensed and recommended during the year. Licensed combination vaccines may be used whenever any components of the combination are indicated and other components of the vaccine are not contraindicated and if approved by the Food and Drug Administration for that dose of the series. Providers should consult respective Advisory Committee on Immunization Practices (ACIP) statements for detailed recommendations. Clinically significant adverse events that follow vaccination should be reported through the Vaccine Adverse Event Reporting System (VAERS). Guidance about how to obtain and complete a VAERS form is available at http://www.vaers.hhs.gov or by telephone, 800-822-7967.

1. **Hepatitis B vaccine (HepB).** *AT BIRTH:* **All newborns should receive monovalent** HepB soon after birth and before hospital discharge. Infants born to mothers who are hepatitis B surface antigen (HBsAg)-positive should receive HepB and 0.5 mL of hepatitis B immune globulin (HBIG) within 12 hours of birth. Infants born to mothers whose HBsAg status is unknown should receive HepB within 12 hours of birth. The mother should have blood drawn as soon as possible to determine her HBsAg status; if HBsAg-positive, the infant should receive HBIG as soon as possible (no later than age 1 week). For infants born to HBsAg-negative mothers, the birth dose can be delayed in rare circumstances but only if a physician's order to withhold the vaccine and a copy of the mother's original HBsAg-negative laboratory report are documented in the infant's medical record. *FOLLOWING THE BIRTH DOSE:* The HepB series should be completed with either monovalent HepB or a combination vaccine containing HepB. The second dose should be administered at age 1–2 months. The final dose should be administered at age ≥24 weeks. Administering four doses of HepB is permissible (e.g., when combination vaccines are administered after the birth dose); however, if monovalent HepB is used, a dose at age 4 months is not needed. Infants born to HBsAg-positive mothers should be tested for HBsAg and antibody to HBsAg after completion of the HepB series at age 9–18 months (generally at the next well-child visit after completion of the vaccine series).

2. **Diphtheria and tetanus toxoids and acellular pertussis vaccine (DTaP).** The fourth dose of DTaP may be administered as early as age 12 months, provided 6 months have elapsed since the third dose and the child is unlikely to return at age 15–18 months. The final dose in the series should be administered at age ≥4 years. Tetanus toxoid, reduced diphtheria toxoid, and acellular pertussis vaccine (Tdap adolescent preparation) is recommended at age 11–12 years for those who have completed the recommended childhood DTP/DTaP vaccination series and have not received a tetanus and diphtheria toxoids (Td) booster dose. Adolescents aged 13–18 years who missed the age 11–12-year Td/Tdap booster dose should also receive a single dose of Tdap if they have completed the recommended childhood DTP/DTaP vaccination series. Subsequent Td boosters are recommended every 10 years.

3. *Haemophilus influenzae* **type b conjugate vaccine (Hib).** Three Hib conjugate vaccines are licensed for infant use. If PRP-OMP (PedvaxHIB® or ComVax® [Merck]) is administered at ages 2 and 4 months, a dose at age 6 months is not required. DTaP/Hib combination products should not be used for primary immunization in infants at ages 2, 4, or 6 months but may be used as boosters after any Hib vaccine. The final dose in the series should be administered at age ≥12 months.

4. **Measles, mumps, and rubella vaccine (MMR).** The second dose of MMR is recommended routinely at age 4–6 years but may be administered during any visit, provided at least 4 weeks have elapsed since the first dose and both doses are administered at or after age 12 months. Children who have not previously received the second dose should complete the schedule by age 11–12 years.

5. **Varicella vaccine.** Varicella vaccine is recommended at any visit at or after age 12 months for susceptible children (i.e., those who lack a reliable history of varicella). Susceptible persons aged ≥13 years should receive 2 doses administered at least 4 weeks apart.

6. **Meningococcal vaccine (MCV4).** Meningococcal conjugate vaccine (MCV4) should be administered to all children at age 11–12 years as well as to unvaccinated adolescents at high school entry (age 15 years). Other adolescents who wish to decrease their risk for meningococcal disease may also be vaccinated. All college freshmen living in dormitories should also be vaccinated, preferably with MCV4, although meningococcal polysaccharide vaccine (MPSV4) is an acceptable alternative. Vaccination against invasive meningococcal disease is recommended for children and adolescents aged ≥2 years with terminal complement deficiencies or anatomic or functional asplenia and for certain other high risk groups (see *MMWR* 2005;54[No. RR-7]); use MPSV4 for children aged 2–10 years and MCV4 for older children, although MPSV4 is an acceptable alternative.

7. **Pneumococcal vaccine.** The heptavalent pneumococcal conjugate vaccine (PCV) is recommended for all children aged 2–23 months and for certain children aged 24–59 months. The final dose in the series should be administered at age ≥12 months. Pneumococcal polysaccharide vaccine (PPV) is recommended in addition to PCV for certain high-risk groups. See *MMWR* 2000;49[No. RR-9].

8. **Influenza vaccine.** Influenza vaccine is recommended annually for children aged ≥6 months with certain risk factors (including, but not limited to, asthma, cardiac disease, sickle cell disease, human immunodeficiency virus infection, diabetes, and conditions that can compromise respiratory function or handling of respiratory secretions or that can increase the risk for aspiration), health-care workers, and other persons (including household members) in close contact with persons in groups at high risk (see *MMWR* 2005;54[No. RR-8]). In addition, healthy children aged 6–23 months and close contacts of healthy children aged 0–5 months are recommended to receive influenza vaccine because children in this age group are at substantially increased risk for influenza-related hospitalizations. For healthy, nonpregnant persons aged 5–49 years, the intranasally administered, live, attenuated influenza vaccine (LAIV) is an acceptable alternative to the intramuscular trivalent inactivated influenza vaccine (TIV). See *MMWR* 2005;54[No. RR-8]. Children receiving TIV should be administered an age-appropriate dosage (0.25 mL for children aged 6–35 months or 0.5 mL for children aged ≥3 years). Children aged ≤8 years who are receiving influenza vaccine for the first time should receive 2 doses (separated by at least 4 weeks for TIV and at least 6 weeks for LAIV).

9. **Hepatitis A vaccine (HepA).** HepA is recommended for all children at age 1 year (i.e., 12–23 months). The 2 doses in the series should be administered at least 6 months apart. States, counties, and communities with existing HepA vaccination programs for children aged 2–18 years are encouraged to maintain these programs. In these areas, new efforts focused on routine vaccination of children aged 1 year should enhance, not replace, ongoing programs directed at a broader population of children. HepA is also recommended for certain high risk groups (see *MMWR* 1999;48[No. RR-12]).

The Childhood and Adolescent Immunization Schedule is approved by the Advisory Committee on Immunization Practices (http://www.cdc.gov/nip/acip), the American Academy of Pediatrics (http://www.aap.org), and the American Academy of Family Physicians (http://www.aafp.org).

**Exhibit 350**

# 2007 Vaccine Schedule





**10**

**Exhibit 350**

# 2011 Vaccination Schedule



| Vaccine ▼    Age ► | Birth | 1 month | 2 months | 4 months | 6 months | 12 months | 15 months | 18 months | 19–23 months | 2–3 years | 4–6 years |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B[1] | HepB | HepB | | | | HepB | | | | | |
| Rotavirus[2] | | | RV | RV | RV[2] | | | | | | |
| Diphtheria, Tetanus, Pertussis[3] | | | DTaP | DTaP | DTaP | see footnote[3] | DTaP | | | | DTaP |
| *Haemophilus influenzae* type b[4] | | | Hib | Hib | Hib[4] | Hib | | | | | |
| Pneumococcal[5] | | | PCV | PCV | PCV | PCV | | | | PPSV | |
| Inactivated Poliovirus[6] | | | IPV | IPV | | IPV | | | | | IPV |
| Influenza[7] | | | | | | Influenza (Yearly) | | | | | |
| Measles, Mumps, Rubella[8] | | | | | | MMR | | see footnote[8] | | | MMR |
| Varicella[9] | | | | | | Varicella | | see footnote[9] | | | Varicella |
| Hepatitis A[10] | | | | | | HepA (2 doses) | | | | HepA Series | |
| Meningococcal[11] | | | | | | | | | | MCV4 | |

Range of recommended ages for all children

Range of recommended ages for certain high-risk groups

| Vaccine ▼    Age ► | 7–10 years | 11–12 years | 13–18 years |
|---|---|---|---|
| Tetanus, Diphtheria, Pertussis[1] | | Tdap | Tdap |
| Human Papillomavirus[2] | see footnote[2] | HPV (3 doses)(females) | HPV series |
| Meningococcal[3] | MCV4 | MCV4 | MCV4 |
| Influenza[4] | Influenza (Yearly) | | |
| Pneumococcal[5] | Pneumococcal | | |
| Hepatitis A[6] | HepA Series | | |
| Hepatitis B[7] | Hep B Series | | |

Range of recommended ages for all children

Range of recommended ages for catch-up immunization

**11**      **Exhibit 350**

# 2012 Vaccine Schedule

| Vaccine ▼ | Age ► | Birth | 1 month | 2 months | 4 months | 6 months | 9 months | 12 months | 15 months | 18 months | 19–23 months | 2–3 years | 4–6 years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B[1] | | HepB | HepB | | | HepB | | | | | | | | Range of recommended ages for all children |
| Rotavirus[2] | | | | RV | RV | RV[2] | | | | | | | | |
| Diphtheria, tetanus, pertussis[3] | | | | DTaP | DTaP | DTaP | | See footnote[3] | DTaP | | | | DTaP | Range of recommended ages for certain high-risk groups |
| Haemophilus influenzae type b[4] | | | | Hib | Hib | Hib[4] | | Hib | | | | | | |
| Pneumococcal[5] | | | | PCV | PCV | PCV | | PCV | | | | | PPSV | |
| Inactivated poliovirus[6] | | | | IPV | IPV | | | IPV | | | | | IPV | Range of recommended ages for all children and certain high-risk groups |
| Influenza[7] | | | | | | | | Influenza (yearly) | | | | | | |
| Measles, mumps, rubella[8] | | | | | | | | MMR | | See footnote[8] | | | MMR | |
| Varicella[9] | | | | | | | | VAR | | See footnote[9] | | | VAR | |
| Hepatitis A[10] | | | | | | | | Dose 1[10] | | | | HepA series | | |
| Meningococcal[11] | | | | | | | MCV4 — See footnote[11] | | | | | | | |

| Vaccine ▼ | Age ► | 7–10 years | 11–12 years | 13–18 years | |
|---|---|---|---|---|---|
| Tetanus, diphtheria, pertussis[1] | | 1 dose (if indicated) | 1 dose | 1 dose (if indicated) | Range of recommended ages for all children |
| Human papillomavirus[2] | | See footnote[2] | 3 doses | Complete 3-dose series | |
| Meningococcal[3] | | See footnote[3] | Dose 1 | Booster at age 16 years | Range of recommended ages for catch-up immunization |
| Influenza[4] | | | Influenza (yearly) | | |
| Pneumococcal[5] | | | See footnote[5] | | Range of recommended ages for certain high-risk groups |
| Hepatitis A[6] | | | Complete 2-dose series | | |
| Hepatitis B[7] | | | Complete 3-dose series | | |
| Inactivated poliovirus[8] | | | Complete 3-dose series | | |
| Measles, mumps, rubella[9] | | | Complete 2-dose series | | |
| Varicella[10] | | | Complete 2-dose series | | |



**Exhibit 350**

# 2018 Vaccine Schedule

**Figure 1. Recommended Immunization Schedule for Children and Adolescents Aged 18 Years or Younger—United States, 2018.**
**(FOR THOSE WHO FALL BEHIND OR START LATE, SEE THE CATCH-UP SCHEDULE [FIGURE 2]).**

These recommendations must be read with the footnotes that follow. For those who fall behind or start late, provide catch-up vaccination at the earliest opportunity as indicated by the green bars in Figure 1. To determine minimum intervals between doses, see the catch-up schedule (Figure 2). School entry and adolescent vaccine age groups are shaded in gray.



**NOTE: The above recommendations must be read along with the footnotes of this schedule.**

**Exhibit 350**

# EXHIBIT 351



University of Colorado
Anschutz Medical Campus

# Vaccination Schedules Past, Present and Future

## Is there some rationale?

### Edwin J. Asturias, MD

Associate Professor of Pediatric Infectious Diseases
Associate Director
Center for Global Health





**Exhibit 351**

# Conflict of Interest and disclosures

- **Research and consulting support**
  - DSMB participation for Takeda, Novartis and PATH
  - Advisory Board for J&J and LSHTM
  - Vaccine studies on polio sponsored by Bill and Melinda Gates Foundation

- **Other membership biases**
  - Previous WHO advisor on global vaccine safety
  - Latin American Society for Infectious Diseases
  - Board member of CCIC, Colorado



Center for Global Health
COLORADO SCHOOL OF PUBLIC HEALTH



Children's Hospital Colorado

**Exhibit 351**

# Objectives

- History of schedules and how designed

- What is the evidence behind current schedules

- New vaccines, new challenges

- Future of vaccine schedules: creative policies in context of need

Center for Global Health
COLORADO SCHOOL OF PUBLIC HEALTH



**3**

**Exhibit 351**

|                                                      | Page |
|------------------------------------------------------|------|
| The Physician's Bag                                  | 1558 |
| Alternative Proprietary Preparations                 | 1559 |
| Ready Reference Guides                                | 1566 |
| Calculation of Dosages                               | 1566 |
| Weights, Measures, and Equivalents                   | 1566 |
| Conversion Formulas                                  | 1568 |
| Centigrade and Fahrenheit Equivalents                | 1569 |
| Average Weights of Various Organs                    | 1569 |
| Atomic Weights                                       | 1570 |

[Fom The Merck Manual, Eighth Edition, published 1950]

# ROUTINE IMMUNIZATION PROCEDURES

Optional pediatric immunization schedules and timetables for the administration of booster or re-immunization doses are presented. A table outlining the use of human serum immune (gamma) globulin also is included. Although many pertinent details are given, actual dosage must be regulated according to individual circumstances and to the instructions accompanying packages of the various immunizing agents. (For special immunization procedures against such diseases as typhoid fever, yellow fever, cholera, plague, and other conditions not ordinarily included in pediatric practice, *see* the respective chapters.)

## BASIC IMMUNIZATION

### OPTIONAL SCHEDULE No. 1

| Age | | Agent |
|-----|-----|-------|
| 3 months | | Pertussis Vaccine (Alum Precipitated) |
| 4 | " | "     "     "     "     " |
| 5 | " | "     "     "     "     " |
| 6 | " | Diphtheria-Tetanus Toxoid (Alum Precipitated) |
| 6 | " | Smallpox Vaccine |
| 7 | " | Diphtheria-Tetanus Toxoid (Alum Precipitated) |
| 11 | " | Schick Test |
| 11 | " | Pertussis Vaccine (Alum Precipitated) |

### OPTIONAL SCHEDULE No. 2

| Age | | Agent |
|-----|-----|-------|
| As soon as umbilicus is healed and baby is thriving | | Smallpox Vaccine |
| 3 months | | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 4 | " | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 5 | " | Pertussis Vaccine (Alum Precipitated) |
| 7 | " | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 11 | " | Schick Test |

## BOOSTER DOSES AND RE-IMMUNIZATION

(This schedule applies only when basic immunization has been previously accomplished.)

| Age and Indication | Agent |
|--------------------|-------|
| 2 years | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 5 " | Diphtheria-Tetanus-Pertussis (Alum Precipitated or Aluminum Hydroxide Adsorbed) |
| 5 " | Schick Test |
| 5 " | Smallpox Vaccine |
| Every 2 years | Tetanus Toxoid (Alum Precipitated) |
| Every 5 years or upon exposure to smallpox, or during threatened smallpox epidemic | Smallpox Vaccine |
| Any age, upon possible exposure to tetanus | Fluid Tetanus Toxoid |
| Any age, upon exposure to diphtheria | Fluid Diphtheria Toxoid |
| Any age, upon exposure to pertussis | Pertussis Vaccine (N.B., in Isotonic Saline) |

**Exhibit 351**

# Immunization Schedules in the United States and Great Britain -1967-68

TABLE 1. Recommended schedules for routine immunization

| United States* | | | | | England and Wales† | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age | DTP | OPV | M | SP | Age | DTP | OPV | M | SP | BCG |
| 2–3 months | X | X | | | 3–6 months | X | X | | | |
| 3–4 months | X | | | | | | | | | |
| 4–5 months | X | X | | | 5–8 months | X | X | | | |
| 12–18 months | X | X | X | | 9–14 months | X | X | | | |
| 12–24 months | | | | X | 12–24 months | | | X | X | |
| School entry (3–6 years) | X | X | | X | School entry (3–6 years) | Td | X | | X | |
| | | | | | 10–13 years | | | | | X |
| Every 10 years | Td | | | X‡ | School leaving | Td | X | | X | |

DTP, Diphtheria–tetanus–pertussis vaccine; OPV, oral poliovaccine; M, measles vaccine; SP, smallpox vaccine; Td, tetanus-diphtheria toxoid, adult type.

* Adopted from United States Public Health Service (1967): *Immunization Against Disease* 1966–67 (National Communicable Disease Center publication).

† Adopted from Ministry of Health (1968a,b).

‡ For high risk groups, i.e. health personnel and overseas travel—every 3 years.

**Karzon, DT.** *Postgrad Med J* 45; 147: 1969





**5**

**Exhibit 351**

# United States Immunization Schedule 2001



 Range of recommended ages for vaccination.

 Vaccines to be given if previously recommended doses were missed or were given earlier than the recommended minimum age.
Recommended in selected states and/or regions.



Center for Global Health
COLORADO SCHOOL OF PUBLIC HEALTH


Children's Hospital Colorado

**6**

**Exhibit 351**

# US Child Immunization Schedule 2014





**Exhibit 351**

# US recommended Catch-Up schedule 2014

| | | Persons aged 4 months through 6 years | | | |
|---|---|---|---|---|---|
| Vaccine | Minimum Age for Dose 1 | Minimum Interval Between Doses | | | |
| | | Dose 1 to dose 2 | Dose 2 to dose 3 | Dose 3 to dose 4 | Dose 4 to dose 5 |
| Hepatitis B[1] | Birth | 4 weeks | 8 weeks and at least 16 weeks after first dose; minimum age for the final dose is 24 weeks | | |
| Rotavirus[2] | 6 weeks | 4 weeks | 4 weeks[2] | | |
| Diphtheria, tetanus, & acellular pertussis[3] | 6 weeks | 4 weeks | 4 weeks | 6 months | 6 months[3] |
| Haemophilus influenzae type b[5] | 6 weeks | 4 weeks if first dose administered at younger than age 12 months<br>8 weeks (as final dose) if first dose administered at age 12 through 14 months<br>No further doses needed if first dose administered at age 15 months or older | 4 weeks[5] if current age is younger than 12 months and first dose administered at < 7 months old<br>8 weeks and age 12 months through 59 months (as final dose)[5] if current age is younger than 12 months and first dose administered between 7 through 11 months (regardless of Hib vaccine [PRP-T or PRP-OMP] used for first dose); OR<br>if current age is 12 through 59 months and first dose administered at younger than age 12 months; OR<br>first 2 doses were PRP-OMP and administered at younger than 12 months.<br>No further doses needed if previous dose administered at age 15 months or older | 8 weeks (as final dose)<br>This dose only necessary for children aged 12 through 59 months who received 3 (PRP-T) doses before age 12 months and started the primary series before age 7 months | |
| Pneumococcal[6] | 6 weeks | 4 weeks if first dose administered at younger than age 12 months<br>8 weeks (as final dose for healthy children) if first dose administered at age 12 months or older<br>No further doses needed for healthy children if first dose administered at age 24 months or older | 4 weeks if current age is younger than 12 months<br>8 weeks (as final dose for healthy children) if current age is 12 months or older<br>No further doses needed for healthy children if previous dose administered at age 24 months or older | 8 weeks (as final dose)<br>This dose only necessary for children aged 12 through 59 months who received 3 doses before age 12 months or for children at high risk who received 3 doses at any age | |
| Inactivated poliovirus[7] | 6 weeks | 4 weeks[7] | 4 weeks[7] | 6 months[7] minimum age 4 years for final dose | |
| Meningococcal[13] | 6 weeks | 8 weeks[13] | See footnote 13 | See footnote 13 | |
| Measles, mumps, rubella[9] | 12 months | 4 weeks | | | |
| Varicella[10] | 12 months | 3 months | | | |
| Hepatitis A[11] | 12 months | 6 months | | | |
| | | Persons aged 7 through 18 years | | | |
| Tetanus, diphtheria; tetanus, diphtheria, & acellular pertussis[4] | 7 years[4] | 4 weeks | 4 weeks if first dose of DTaP/DT administered at younger than age 12 months<br>6 months if first dose of DTaP/DT administered at age 12 months or older and then no further doses needed for catch-up | 6 months if first dose of DTaP/DT administered at younger than age 12 months | |
| Human papillomavirus[12] | 9 years | Routine dosing intervals are recommended[12] | | | |
| Hepatitis A[11] | 12 months | 6 months | | | |
| Hepatitis B[1] | Birth | 4 weeks | 8 weeks (and at least 16 weeks after first dose) | | |
| Inactivated poliovirus[7] | 6 weeks | 4 weeks | 4 weeks[7] | 6 months[7] | |
| Meningococcal[13] | 6 weeks | 8 weeks[13] | | | |
| Measles, mumps, rubella[9] | 12 months | 4 weeks | | | |
| Varicella[10] | 12 months | 3 months if person is younger than age 13 years<br>4 weeks if person is aged 13 years or older | | | |

**8**

**Exhibit 351**

# EXHIBIT 352

# Vaccine Excipient Summary
## Excipients Included in U.S. Vaccines, by Vaccine

In addition to weakened or killed disease antigens (viruses or bacteria), vaccines contain very small amounts of other ingredients – excipients.

Some excipients are added to a vaccine for a specific purpose. These include:
**Preservatives**, to prevent contamination. For example, thimerosal.
**Adjuvants**, to help stimulate a stronger immune response. For example, aluminum salts.
**Stabilizers**, to keep the vaccine potent during transportation and storage. For example, sugars or gelatin.

Others are residual trace amounts of materials that were used during the manufacturing process and removed. These can include:
**Cell culture materials**, used to grow the vaccine antigens. For example, egg protein, various culture media.
**Inactivating ingredients**, used to kill viruses or inactivate toxins. For example, formaldehyde.
**Antibiotics**, used to prevent contamination by bacteria. For example, neomycin.

The following table lists substances, other than active ingredients (i.e., antigens), shown in the manufacturers' package insert (PI) as being contained in the final formulation of each vaccine. **Note: Substances used in the manufacture of a vaccine but not listed as contained in the final product (e.g., culture media) can be found in each PI, but are not shown on this table.** Each PI, which can be found on the FDA's website (see below) contains a description of that vaccine's manufacturing process, including the amount and purpose of each substance. In most PIs, this information is found in Section 11: "Description."

**All information was extracted from manufacturers' package inserts.**
The date shown in the Date column of the table is the edition date of the PI is use in February 2020.
If a date contains an asterisk (*), the PI was not dated and this is the date the PI was reviewed for this table.
If in doubt about whether a PI has been updated since this table was prepared, check the FDA's website at:
http://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm093833.htm
All influenza vaccine in this table are 2019-20 northern hemisphere formulation.

| Vaccine | Date | Contains |
|---|---|---|
| Adenovirus | 10/2019 | monosodium glutamate, sucrose, D-mannose, D-fructose, dextrose, human serum albumin, potassium phosphate, plasdone C, anhydrous lactose, microcrystalline cellulose, polacrilin potassium, magnesium stearate, cellulose acetate phthalate, alcohol, acetone, castor oil, FD&C Yellow #6 aluminum lake dye |
| Anthrax (Biothrax) | 11/2015 | aluminum hydroxide, sodium chloride, benzethonium chloride,  formaldehyde |
| BCG (Tice) | 2/2009 | glycerin, asparagine, citric acid, potassium phosphate, magnesium sulfate, iron ammonium citrate, lactose |
| Cholera (Vaxchora) | 6/2016 | ascorbic acid, hydrolyzed casein, sodium chloride, sucrose, dried lactose, sodium bicarbonate, sodium carbonate |
| Dengue (Dengvaxia) | 6/2019 | sodium chloride, essential amino acids (including L-phenylalanine), non-essential amino acids, L-arginine hydrochloride, sucrose, D-trehalose dihydrate, D-sorbitol, trometamol, urea |
| DT (Sanofi) | 6/2018 | aluminum phosphate,  isotonic sodium chloride, formaldehyde |
| DTaP (Daptacel) | 12/2018 | aluminum phosphate, formaldehyde, glutaraldehyde, 2-phenoxyethanol |
| DTaP (Infanrix) | 12/2018 | formaldehyde, aluminum hydroxide, sodium chloride, polysorbate 80 (Tween 80) |
| DTaP-IPV (Kinrix) | 12/2018 | Formaldehyde, aluminum hydroxide, sodium chloride, polysorbate 80 (Tween 80), neomycin sulfate, polymyxin B |
| DTaP-IPV (Quadracel) | 1/2019 | formaldehyde, aluminum phosphate, 2-phenoxyethanol, polysorbate 80, glutaraldehyde, neomycin,  polymyxin B sulfate, bovine serum albumin |
| DTaP-HepB-IPV (Pediarix) | 2/2020* | formaldehyde, aluminum hydroxide, aluminum phosphate, sodium chloride, polysorbate 80 (Tween 80), neomycin sulfate, polymyxin B, yeast protein |
| DTaP-IPV/Hib (Pentacel) | 1/2019 | aluminum phosphate, polysorbate 80, sucrose, formaldehyde, glutaraldehyde, bovine serum albumin, 2-phenoxyethanol, neomycin,  polymyxin B sulfate |
| DTaP-IPV-Hib-HepB (Vaxelis) | 12/2018 | polysorbate 80, formaldehyde, glutaraldehyde, bovine serum albumin, neomycin, streptomycin sulfate, polymyxin B sulfate, ammonium thiocyanate, yeast protein, aluminum |
| Ebola Zaire (ERVEBO) | 2/2020* | Tromethamine rice-derived recombinant human serum albumin, host cell DNA benzonase, rice protein |
| Hib (ActHIB) | 5/2019 | sodium chloride,  formaldehyde, sucrose |
| Hib (Hiberix) | 4/2018 | formaldehyde, sodium chloride, lactose |

**Exhibit 352**

| Vaccine | Date | Contains |
|---|---|---|
| Hib (PedvaxHIB) | 10/2018 | amorphous aluminum hydroxyphosphate sulfate, sodium chloride |
| Hep A (Havrix) | 2/2020* | MRC-5 cellular proteins, formalin, aluminum hydroxide,  amino acid supplement, phosphate-buffered saline solution, polysorbate 20,  neomycin sulfate, aminoglycoside antibiotic |
| Hep A (Vaqta) | 12/2018 | amorphous aluminum hydroxyphosphate sulfate, non-viral protein, DNA, bovine albumin, formaldehyde, neomycin, sodium borate,  sodium chloride, other process chemical residuals |
| Hep B (Engerix-B) | 2/2020* | aluminum hydroxide, yeast protein, sodium chloride,  disodium phosphate dihydrate, sodium dihydrogen phosphate dihydrate |
| Hep B (Recombivax) | 12/2018 | formaldehyde,  potassium aluminum sulfate, amorphous aluminum hydroxyphosphate sulfate, yeast protein |
| Hep B (Heplisav-B) | 2017 | yeast protein, yeast DNA, deoxycholate, phosphorothioate linked oligodeoxynucleotide, sodium phosphate, dibasic dodecahydrate, sodium chloride, monobasic dehydrate, polysorbate 80 |
| Hep A/Hep B (Twinrix) | 2/2020* | MRC-5 cellular proteins, formalin, aluminum phosphate, aluminum hydroxide, amino acids, sodium chloride, phosphate buffer, polysorbate 20, neomycin sulfate, yeast protein, water |
| Human Papillomavirus (HPV) (Gardasil 9) | 10/2018 | amorphous aluminum hydroxyphosphate sulfate, sodium chloride, L-histidine, polysorbate 80, sodium borate, yeast protein |
| Influenza (Afluria) Quadrivalent | 12/2019 | sodium chloride, monobasic sodium phosphate, dibasic sodium phosphate, monobasic potassium phosphate, potassium chloride, calcium chloride, sodium taurodeoxycholate, ovalbumin, sucrose, neomycin sulfate, polymyxin B, beta-propiolactone, hydrocortisone thimerosal (multi-dose vials) |
| Influenza (Fluad) | 4/2019 | squalene, polysorbate 80, sorbitan trioleate, sodium citrate dehydrate, citric acid monohydrate, neomycin, kanamycin, barium, hydrocortisone, egg proteins, cetyltrimethylammonium bromide (CTAB), formaldehyde |
| Influenza (Fluarix) Quadrivalent | ©2019 | octoxynol-10 (TRITON X-100), α-tocopheryl hydrogen succinate, polysorbate 80 (Tween 80), hydrocortisone, gentamicin sulfate, ovalbumin, formaldehyde, sodium deoxycholate, sodium phosphate-buffered isotonic sodium chloride |
| Influenza (Flublok) Quadrivalent | 4/2019 | sodium chloride, monobasic sodium phosphate, dibasic sodium phosphate, polysorbate 20 (Tween 20),  baculovirus and *Spodoptera frugiperda* cell proteins, baculovirus and cellular DNA, Triton X-100 |
| Influenza (Flucelvax) Quadrivalent | 8/2019 | Madin Darby Canine Kidney (MDCK) cell protein, phosphate buffered saline, protein other than HA, MDCK cell DNA, polysorbate 80, cetyltrimethlyammonium bromide, and β-propiolactone, Thimerosal (multi-dose vials) |
| Influenza (Flulaval) Quadrivalent | 2/2020* | ovalbumin, formaldehyde, α-tocopheryl hydrogen succinate, polysorbate 80, thimerosal (multi-dose vials), phosphate-buffered saline solution |
| Influenza (Fluzone) Quadrivalent | 2019 | formaldehyde, egg protein, octylphenol ethoxylate (Triton X-100), sodium phosphate-buffered isotonic sodium chloride solution, thimerosal (multi-dose vials) |
| Influenza (Fluzone) High Dose | 1/2019 | egg protein, octylphenol ethoxylate (Triton X-100), sodium phosphate-buffered isotonic sodium chloride solution, formaldehyde |
| Influenza (FluMist) Quadrivalent | 8/2019 | monosodium glutamate, hydrolyzed porcine gelatin, arginine, sucrose, dibasic potassium phosphate, monobasic potassium phosphate, ovalbumin, gentamicin sulfate, ethylenediaminetetraacetic acid (EDTA) |
| Japanese Encephalitis (Ixiaro) | 9/2018 | aluminum hydroxide, protamine sulfate, formaldehyde,  bovine serum albumin, Vero cell DNA, sodium metabisulphite, Vero cell protein |
| Meningococcal (MenACWY-Menactra) | 4/26/18 | sodium phosphate-buffered isotonic sodium chloride solution, formaldehyde, diphtheria toxoid |
| Meningococcal (MenACWY-Menveo) | 2/2020* | formaldehyde, $CRM_{197}$ protein |
| Meningococcal (MenB – Bexsero) | 2/2020* | aluminum hydroxide, sodium chloride, histidine, sucrose, kanamycin |
| Meningococcal (MenB – Trumenba) | 2018 | polysorbate 80,  aluminum phosphate, histidine buffered saline |

**Exhibit 352**

| Vaccine | Date | Contains |
|---------|------|----------|
| MMR (MMR-II) | 2/2020* | vitamins, amino acids, fetal bovine serum, sucrose, glutamate, recombinant human albumin, neomycin, sorbitol, hydrolyzed gelatin, sodium phosphate, sodium chloride, WI-38 human diploid lung fibroblasts |
| MMRV (ProQuad) (Frozen: Recombinant Albumin) | 2/2020* | MRC-5 cells including DNA and protein, sucrose, hydrolyzed gelatin, sodium chloride, sorbitol, monosodium L-glutamate, sodium phosphate dibasic, recombinant human albumin, sodium bicarbonate, potassium phosphate monobasic, potassium chloride; potassium phosphate dibasic, neomycin, bovine calf serum |
| MMRV (ProQuad) (Frozen: Human Serum Albumin) | 2/2020* | MRC-5 cells including DNA and protein, sucrose, hydrolyzed gelatin, sodium chloride, sorbitol, monosodium L-glutamate, sodium phosphate dibasic, human albumin, sodium bicarbonate, potassium phosphate monobasic, potassium chloride; potassium phosphate dibasic, neomycin, bovine calf serum |
| MMRV (ProQuad) (Refrigerator Stable) | 10/2018 | MRC-5 cells including DNA and protein, sucrose, hydrolyzed gelatin, urea, sodium chloride, sorbitol, monosodium L-glutamate, sodium phosphate, recombinant human albumin, sodium bicarbonate, potassium phosphate, potassium chloride,  neomycin, bovine serum albumin |
| Pneumococcal (PCV13 – Prevnar 13) | 8/2017 | $CRM_{197}$ carrier protein, polysorbate 80, succinate buffer, aluminum phosphate |
| Pneumococcal (PPSV-23 – Pneumovax) | 2/2020* | isotonic saline solution, phenol |
| Polio (IPV – Ipol) | 2/2020* | calf bovine serum albumin, 2-phenoxyethanol, formaldehyde, neomycin, streptomycin, polymyxin B, M-199 medium |
| Rabies (Imovax) | 10/2019 | human albumin, neomycin sulfate, phenol red, beta-propiolactone |
| Rabies (RabAvert) | ©2018 | chicken protein, polygeline (processed bovine gelatin), human serum albumin, potassium glutamate, sodium EDTA, ovalbumin, neomycin, chlortetracycline, amphotericin B |
| Rotavirus (RotaTeq) | 2/2017 | sucrose, sodium citrate, sodium phosphate monobasic monohydrate, sodium hydroxide, polysorbate 80, cell culture media, fetal bovine serum *[DNA from porcine circoviruses (PCV) 1 and 2 has been detected in RotaTeq. PCV-1 and PCV-2 are not known to cause disease in humans.]* |
| Rotavirus (Rotarix) | 2/2020* | dextran, Dulbecco's Modified Eagle Medium (sodium chloride, potassium chloride, magnesium sulfate, ferric (III) nitrate, sodium pyruvate, D-glucose, concentrated vitamin solution, L-cystine, L-tyrosine, amino acids, L-glutamine, calcium chloride, sodium hydrogenocarbonate, and phenol red), sorbitol, sucrose, calcium carbonate, sterile water, xanthan  *[Porcine circovirus type 1 (PCV-1) is present in Rotarix. PCV-1 is not known to cause disease in humans.]* |
| Smallpox (Vaccinia) (ACAM2000) | 3/2018 | HEPES, 2% human serum albumin, 0.5 - 0.7% sodium chloride USP, 5% Mannitol USP, neomycin, polymyxin B, 50% Glycerin USP, 0.25% phenol USP |
| Td (Tenivac) | 11/2019 | aluminum phosphate, formaldehyde, sodium chloride, water |
| Td (TDVAX) | 9/2018 | aluminum phosphate, formaldehyde, ==thimerosal== |
| Tdap (Adacel) | 1/2019 | aluminum phosphate, formaldehyde, 2-phenoxyethanol, glutaraldehyde, water |
| Tdap (Boostrix) | 2/2020* | formaldehyde, aluminum hydroxide, sodium chloride, polysorbate 80 |
| Typhoid (Typhim Vi) | 3/2014 | formaldehyde, phenol, polydimethylsiloxane, disodium phosphate, monosodium phosphate, sodium chloride, sterile water |
| Typhoid (Vivotif Ty21a) | 9/2013 | sucrose, ascorbic acid, amino acids, lactose, magnesium stearate. gelatin |
| Varicella (Varivax) *Frozen* | 2/2020* | MRC-5 human diploid cells, including DNA & protein, sucrose, hydrolyzed gelatin, sodium chloride, monosodium L-glutamate, sodium phosphate dibasic, sodium phosphate monobasic, potassium phosphate monobasic, potassium chloride, EDTA, neomycin, fetal bovine serum |
| Varicella (Varivax) *Refrigerator Stable* | 10/2018 | MRC-5 human diploid cells, including DNA & protein, sucrose, hydrolyzed gelatin, sodium chloride, monosodium L-glutamate, urea, sodium phosphate dibasic, potassium phosphate monobasic, potassium chloride, neomycin, bovine calf serum |
| Yellow Fever (YF-Vax) | 2/2019 | sorbitol, gelatin, sodium chloride |
| Zoster (Shingles) (Zostavax) *Frozen* | 1/2019 | MRC-5 human diploid cells, including DNA & protein, sucrose, hydrolyzed porcine gelatin, sodium chloride, monosodium L-glutamate, sodium phosphate dibasic, potassium phosphate monobasic, potassium chloride; neomycin, bovine calf serum |

**Exhibit 352**

| Vaccine | Date | Contains |
|---------|------|----------|
| Zoster (Shingles) (Zostavax) *Refrigerator Stable* | 8/2018 | MRC-5 human diploid cells, including DNA & protein, sucrose, hydrolyzed porcine gelatin, urea, sodium chloride, monosodium L-glutamate, sodium phosphate dibasic, potassium phosphate monobasic, potassium chloride, neomycin, bovine calf serum |
| Zoster (Shingles) (Shingrix) | 2/2020* | sucrose, sodium chloride, dioleoyl phosphatidylcholine (DOPC), 3-*O*-desacl-4'monophosphoryl lipid A (MPL), QS-21 (a saponin purified from plant extract *Quillaja saponaria* Molina), potassium dihydrogen phosphate, cholesterol, sodium dihydrogen phosphate dihydrate, disodium phosphate anhydrous, dipotassium phosphate, polysorbate 80, host cell protein and DNA |

A table listing vaccine excipients and media *by excipient* is published by the Institute for Vaccine Safety at Johns Hopkins University, and can be found at http://www.vaccinesafety.edu/components-Excipients.htm.

February 2020

**Exhibit 352**

# EXHIBIT 353

# Common Ingredients in U.S. Licensed Vaccines

The vast majority of the over one billion doses of vaccines manufactured worldwide each year are given to healthy babies, children and adults.  Thus, it is critical that vaccines be demonstrated to be safe and effective.  FDA requires that vaccines undergo a rigorous and extensive development program in the laboratory, as well as in animal studies and human clinical trials, to determine their safety and effectiveness.  Highly trained FDA scientists and clinicians carefully evaluate all of the information in a marketing application and make a determination whether to license (approve) a vaccine before it can be used in the United States. Prior to licensure, as part of FDA's evaluation, FDA takes all of the ingredients of a vaccine into account, including the active ingredients as well as other substances.  After FDA approves a vaccine, FDA continuously monitors its safety.

## Why is aluminum in some vaccines?

Aluminum salts are incorporated into some vaccine formulations as an adjuvant. An adjuvant is a substance added to some vaccines to enhance the immune response of vaccinated individuals. The aluminum salts in some U.S. licensed vaccines are aluminum hydroxide, aluminum phosphate, alum (potassium aluminum sulfate), or mixed aluminum salts. For example: aluminum salts are used in DTaP vaccines, the pneumococcal conjugate vaccine, and hepatitis B vaccines.

Aluminum adjuvant containing vaccines have a demonstrated safety profile of over six decades of use and have only uncommonly been associated with severe local reactions. A study conducted by FDA (https://wayback.archive-it.org/7993/20170405003134/https:/www.fda.gov/BiologicsBloodVaccines/ScienceResearch/ucm284520. ⬈ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) determined that the risk to infants posed by the total aluminum exposure received from the entire recommended series of childhood vaccines over the first year of life is extremely low. This study provided additional scientific information confirming that the benefits of aluminum-containing vaccines administered during the first year of life outweigh any theoretical concerns about the potential effect of aluminum on infants. Of note, the most common source of exposure to aluminum is from eating food or drinking water.

## Are other adjuvants used in FDA-approved vaccines?

Yes. Cervarix, a vaccine to prevent cervical cancer caused by human papillomavirus types 16 and 18, includes AS04 in its formulation. AS04 is a combination of aluminum hydroxide and monophosphoryl lipid A (MPL). MPL is a purified fat-like substance. The manufacturer no longer markets Cervarix in the United States.

One vaccine for the prevention of H5N1 influenza, commonly referred to as avian influenza or "bird flu," contains the adjuvant AS03, an oil-in-water emulsion. The AS03 adjuvant is made up of the oily compounds, D,L-alpha-tocopherol (vitamin E) and squalene (/vaccines-blood-biologics/vaccine-safety-availability/influenza-h5n1-virus-monovalent-vaccine-adjuvanted-manufactured-id-biomedical-corporation-questions#squalene), and an emulsifier, polysorbate 80, which helps ingredients mix together and keep them from separating, and water containing small amounts of salts. The vaccine is not commercially available, but included within the U.S. government's National Stockpile if public health officials determine it is needed.

Fluad, a vaccine for the prevention of seasonal influenza in adults 65 years of age and older, includes MF59, also an oil-in-water emulsion of squalene (/vaccines-blood-biologics/vaccine-safety-availability/influenza-h5n1-virus-monovalent-vaccine-adjuvanted-manufactured-id-biomedical-corporation-questions#squalene) oil.

Heplisav-B, a vaccine for the prevention of infection caused hepatitis B virus in adults 18 years of age and older, includes CpG 1018, an adjuvant based on synthetic DNA sequences.

Shingrix, a vaccine for the prevention of shingles in adults 50 years of age and older, includes AS01B. AS01B is made up MPL, a purified fat-like substance, and QS-21 which is purified from the bark of the Quillaja saponaria (soap bark) evergreen tree native to central Chile.

## How does FDA evaluate adjuvants for safety and efficacy?

When evaluating a vaccine for safety and efficacy, FDA considers adjuvants as a component of the vaccine; they are not licensed separately.

## Why are antibiotics in some vaccines?

Certain antibiotics may be used in some vaccine production to help prevent bacterial contamination during manufacturing. As a result, small amounts of antibiotics may be present in some vaccines. Because some antibiotics can cause severe allergic reactions in those children allergic to them (such as hives, swelling at the back of the throat, and low blood pressure), some parents are concerned that antibiotics contained in vaccines might be harmful. However, antibiotics most likely to cause severe allergic reactions (e.g., penicillins, cephalosporins and sulfa drugs) are not used in vaccine production, and therefore are not contained in vaccines.

Examples of antibiotics used during vaccine manufacture include neomycin, polymyxin B, streptomycin and gentamicin. Some antibiotics used in vaccine production are present in the vaccine, either in very small amounts or they are undetectable. For example, antibiotics are used in some production methods for

making inactivated influenza virus vaccines. They are used to reduce bacterial growth in eggs during processing steps, because eggs are not sterile products. The antibiotics that are used are reduced to very small or undetectable amounts during subsequent purification steps. The very small amounts of antibiotics contained in vaccines have not been clearly associated with severe allergic reactions.

## Why is formaldehyde in some vaccines?

Formaldehyde has a long history of safe use in the manufacture of certain viral and bacterial vaccines. It is used to inactivate viruses so that they don't cause disease (e.g., polio virus used to make polio vaccine) and to detoxify bacterial toxins, such as the toxin used to make diphtheria vaccine. Formaldehyde is diluted during the vaccine manufacturing process, but residual quantities of formaldehyde may be found in some current vaccines. The amount of formaldehyde present in some vaccines is so small compared to the concentration that occurs naturally in the body that it does not pose a safety concern.

Formaldehyde is also produced naturally in the human body as a part of normal functions of the body to produce energy and build the basic materials needed for important life processes. This includes making amino acids, which are the building blocks of proteins that the body needs.

Formaldehyde is also found in the environment and is present in different ways. It is used in building materials, as a preservative in labs and to produce many household products.

The body continuously processes formaldehyde, both from what it makes on its own and from what it has been exposed to in the environment. When the body breaks down formaldehyde, it does not distinguish between formaldehyde from vaccines and that which is naturally produced or environmental. The amount of formaldehyde in a person's body depends on their weight; babies have lower amounts than adults. Studies have shown that for a newborn of average weight of 6 - 8 pounds, the amount of formaldehyde in their body is 50-70 times higher than the upper amount that they could receive from a single dose of a vaccine or from vaccines administered over time.

Excessive exposure to formaldehyde may cause cancer, but the latest research has shown that the highest risk is from the air when formaldehyde is inhaled from breathing, and occurs more frequently in people who routinely use formaldehyde in their jobs. There is no evidence linking cancer to infrequent exposure to tiny amounts of formaldehyde via injection as occurs with vaccines.

## Why are sugars, amino acids, and proteins added to some vaccines?

These substances may be added as stabilizers. They help protect the vaccine from adverse conditions such as the freeze-drying process, for those vaccines that are freeze dried. Stabilizers added to vaccines include: sugars such as sucrose and lactose, amino acids such as glycine or the monosodium salt of glutamic acid and proteins such as human serum albumin or gelatin. Sugars, amino acids and proteins are not unique to vaccines and are encountered in everyday life in the diet and are components that are in the body naturally.

## Why are there preservatives in some vaccines?

Preservatives are added to some vaccine formulations to prevent the growth of bacteria or fungi that may be introduced into the vaccine during its use, e.g., repeated puncture of a multi-dose vaccine vial with a needle.

## Why is fetal calf/bovine serum in some vaccines?

In the manufacture of viral vaccines, the virus may be grown in cells. These cells need a source of nutrition, which in some instances may be provided by fetal bovine serum.

# EXHIBIT 354

 Agency for Toxic Substances & Disease Registry

 

# Substances A-Z



Search Substances by Chemical Abstracts Service Number (CAS#), Substance Name, Synonym, or Tradename.

**Enter Search Criteria***

[                    ]  [ Search ]

*Full or Partial Spelling*

With one click, access the best science, the latest research, and the most important information about toxic substances and how they affect our health including:

- Characteristics
- Exposure risks
- Associated health effects
- Related CDC and ATSDR health studies and assessments

## Substances A-Z

A B C D E F G H I J L M N O P R S T U V W X Z

## A

- Acetone (toxsubstance.asp?toxid=1)
- Acrolein (toxsubstance.asp?toxid=102)
- Acrylamide (toxsubstance.asp?toxid=236)
- Acrylonitrile (toxsubstance.asp?toxid=78)
- Aldrin/Dieldrin (toxsubstance.asp?toxid=56)
- Aluminum (toxsubstance.asp?toxid=34)
- Americium (toxsubstance.asp?toxid=158)
- Ammonia (toxsubstance.asp?toxid=2)
- Aniline (toxsubstance.asp?toxid=79)
- Antimony (toxsubstance.asp?toxid=58)
- Arsenic (toxsubstance.asp?toxid=3)
- Arsine (toxsubstance.asp?toxid=278)
- Asbestos (toxsubstance.asp?toxid=4)
- Atrazine (toxsubstance.asp?toxid=59)

Top of Page (#top)

## B

- 1,3-Butadiene (toxsubstance.asp?toxid=81)
- 1-Bromopropane (toxsubstance.asp?toxid=285)
- 2,3-Benzofuran (toxsubstance.asp?toxid=187)
- 2-Butanone (toxsubstance.asp?toxid=60)
- 2-Butoxyethanol and 2-Butoxyethanol Acetate (toxsubstance.asp?toxid=61)
- Barium (toxsubstance.asp?toxid=57)
- Benzene (toxsubstance.asp?toxid=14)
- Benzidine (toxsubstance.asp?toxid=105)
- Beryllium (toxsubstance.asp?toxid=33)
- Bis(2-chloroethyl) Ether (toxsubstance.asp?toxid=159)
- Bis(chloromethyl) Ether (toxsubstance.asp?toxid=188)
- Blister Agents HN-1HN-2HN-3 Nitrogen Mustards (toxsubstance.asp?toxid=189)
- Blister Agents: Lewisite (L), Mustard-Lewisite Mixture (HL) (toxsubstance.asp?toxid=190)
- Blister Agents: Sulfur Mustard Agent H/HD, Sulfur Mustard Agent HT (toxsubstance.asp?toxid=191)
- Boron (toxsubstance.asp?toxid=80)
- Bromodichloromethane (toxsubstance.asp?toxid=127)
- Bromoform & Dibromochloromethane (toxsubstance.asp?toxid=128)
- Bromomethane (toxsubstance.asp?toxid=160)

Top of Page (#top)

## C

- Cadmium (toxsubstance.asp?toxid=15)
- Calcium Hypochlorite/Sodium Hypochlorite (toxsubstance.asp?toxid=192)
- Carbon Disulfide (toxsubstance.asp?toxid=84)
- Carbon Monoxide (toxsubstance.asp?toxid=253)

- Carbon Tetrachloride (toxsubstance.asp?toxid=35)
- Cesium (toxsubstance.asp?toxid=107)
- Chlordane (toxsubstance.asp?toxid=62)
- Chlordecone (toxsubstance.asp?toxid=118)
- Chlorfenvinphos (toxsubstance.asp?toxid=193)
- Chlorinated Dibenzo-p-dioxins (CDDs) (toxsubstance.asp?toxid=63)
- Chlorine (toxsubstance.asp?toxid=36)
- Chlorine Dioxide & Chlorite (toxsubstance.asp?toxid=108)
- Chlorobenzene (toxsubstance.asp?toxid=87)
- Chlorodibenzofurans (CDFs) (toxsubstance.asp?toxid=194)
- Chloroethane (toxsubstance.asp?toxid=161)
- Chloroform (toxsubstance.asp?toxid=16)
- Chloromethane (toxsubstance.asp?toxid=109)
- Chlorophenols (toxsubstance.asp?toxid=195)
- Chlorpyrifos (toxsubstance.asp?toxid=88)
- Chromium (toxsubstance.asp?toxid=17)
- Cobalt (toxsubstance.asp?toxid=64)
- Copper (toxsubstance.asp?toxid=37)
- Creosote (toxsubstance.asp?toxid=18)
- Cresols (toxsubstance.asp?toxid=196)
- Crotonaldehyde (toxsubstance.asp?toxid=197)
- Cyanide (toxsubstance.asp?toxid=19)

Top of Page (#top)

## D

- 1,1-Dichloroethane (toxsubstance.asp?toxid=129)
- 1,1-Dichloroethene (toxsubstance.asp?toxid=130)
- 1,2-Dibromo-3-Chloropropane (toxsubstance.asp?toxid=166)
- 1,2-Dibromoethane (toxsubstance.asp?toxid=131)
- 1,2-Dichloroethane (toxsubstance.asp?toxid=110)
- 1,2-Dichloroethene (toxsubstance.asp?toxid=82)
- 1,2-Dichloropropane (toxsubstance.asp?toxid=162)
- 1,2-Diphenylhydrazine (toxsubstance.asp?toxid=198)
- 1,3 Dinitrobenzene & 1,3,5 Trinitrobenzene (toxsubstance.asp?toxid=164)
- 1,4-Dioxane (toxsubstance.asp?toxid=199)
- 2,4-Dichlorophenoxyacetic Acid (2,4-D) (toxsubstance.asp?toxid=288)
- 3,3'-Dichlorobenzidine (toxsubstance.asp?toxid=200)
- DDT, DDE, DDD (toxsubstance.asp?toxid=20)
- DEET (N,N-diethyl-meta-toluamide) (toxsubstance.asp?toxid=201)
- Di(2-Ethylhexyl)Phthalate (DEHP) (toxsubstance.asp?toxid=65)
- Di-n-butyl Phthalate (toxsubstance.asp?toxid=167)
- Di-n-octylphthalate (DNOP) (toxsubstance.asp?toxid=204)
- Diazinon (toxsubstance.asp?toxid=90)
- Diborane (toxsubstance.asp?toxid=202)
- Dichlorobenzenes (toxsubstance.asp?toxid=126)
- Dichloropropenes (toxsubstance.asp?toxid=163)

**Exhibit 354**

- Dichlorvos (toxsubstance.asp?toxid=111)
- Diethyl phthalate (toxsubstance.asp?toxid=112)
- Diisopropyl Methylphosphonate (DIMP) (toxsubstance.asp?toxid=203)
- Dinitrocresols (toxsubstance.asp?toxid=218)
- Dinitrophenols (toxsubstance.asp?toxid=132)
- Dinitrotoluenes (toxsubstance.asp?toxid=165)
- Disulfoton (toxsubstance.asp?toxid=205)

Top of Page (#top)

## E

- Endosulfan (toxsubstance.asp?toxid=113)
- Endrin (Endrin aldehyde) (toxsubstance.asp?toxid=114)
- Ethion (toxsubstance.asp?toxid=206)
- Ethylbenzene (toxsubstance.asp?toxid=66)
- Ethylene Dibromide (toxsubstance.asp?toxid=251)
- Ethylene Glycol (toxsubstance.asp?toxid=21)
- Ethylene Oxide (toxsubstance.asp?toxid=133)

Top of Page (#top)

## F

- Fluorides, Hydrogen Fluoride, and Fluorine (toxsubstance.asp?toxid=38)
- Formaldehyde (toxsubstance.asp?toxid=39)
- Fuel Oils / Kerosene (toxsubstance.asp?toxid=91)

Top of Page (#top)

## G

- Gasoline, Automotive (toxsubstance.asp?toxid=83)
- Glutaraldehyde (toxsubstance.asp?toxid=284)
- Glyphosate (toxsubstance.asp?toxid=293)
- Guthion (toxsubstance.asp?toxid=207)

Top of Page (#top)

## H

- 2-Hexanone (toxsubstance.asp?toxid=134)
- Heptachlor/Heptachlor Epoxide (toxsubstance.asp?toxid=135)
- Hexachlorobenzene (toxsubstance.asp?toxid=115)
- Hexachlorobutadiene (toxsubstance.asp?toxid=168)
- Hexachlorocyclohexane (HCH) (toxsubstance.asp?toxid=138)
- Hexachlorocyclopentadiene (HCCPD) (toxsubstance.asp?toxid=208)
- Hexachloroethane (toxsubstance.asp?toxid=169)
- Hexamethylene Diisocyanate (HDI) (toxsubstance.asp?toxid=170)
- HMX (Octogen) (toxsubstance.asp?toxid=171)

- Hydraulic Fluids (toxsubstance.asp?toxid=141)
- Hydrazines (toxsubstance.asp?toxid=89)
- Hydrogen Chloride (toxsubstance.asp?toxid=147)
- Hydrogen Cyanide (HCN) (toxsubstance.asp?toxid=249)
- Hydrogen Fluoride (HF) (toxsubstance.asp?toxid=250)
- Hydrogen Peroxide (toxsubstance.asp?toxid=55)
- Hydrogen Sulfide Carbonyl Sulfide (toxsubstance.asp?toxid=67)
- n-Hexane (toxsubstance.asp?toxid=68)

Top of Page (#top)

## I

- Iodine (toxsubstance.asp?toxid=85)
- Ionizing Radiation (toxsubstance.asp?toxid=86)
- Isophorone (toxsubstance.asp?toxid=148)

Top of Page (#top)

## J

- Jet Fuels JP-4 and JP-7 (toxsubstance.asp?toxid=149)
- JP-5, JP-8, and Jet A (toxsubstance.asp?toxid=150)

Top of Page (#top)

## L

- Lead (toxsubstance.asp?toxid=22)

Top of Page (#top)

## M

- 4,4'-Methylenebis(2-Chloroaniline) (MBOCA) (toxsubstance.asp?toxid=209)
- 4,4'-Methylenedianiline (toxsubstance.asp?toxid=210)
- Malathion (toxsubstance.asp?toxid=92)
- Manganese (toxsubstance.asp?toxid=23)
- Mercury (toxsubstance.asp?toxid=24)
- Methoxychlor (toxsubstance.asp?toxid=151)
- Methyl Isocyanate (toxsubstance.asp?toxid=116)
- Methyl Mercaptan (toxsubstance.asp?toxid=40)
- Methyl Parathion (toxsubstance.asp?toxid=117)
- Methyl tert-Butyl Ether (MTBE) (toxsubstance.asp?toxid=41)
- Methylene Chloride (toxsubstance.asp?toxid=42)
- Mirex (toxsubstance.asp?toxid=276)
- Molybdenum (toxsubstance.asp?toxid=289)

Top of Page (#top)

## N

- n-Nitrosodi-n-propylamine (toxsubstance.asp?toxid=211)
- n-Nitrosodimethylamine (toxsubstance.asp?toxid=173)
- n-Nitrosodiphenylamine (toxsubstance.asp?toxid=212)
- Naphthalene, 1-Methylnapthalene, 2-Methylnapthalene (toxsubstance.asp?toxid=43)
- Nerve Agents (GA, GB, GD, VX) (toxsubstance.asp?toxid=93)
- Nickel (toxsubstance.asp?toxid=44)
- Nitrate and Nitrite (toxsubstance.asp?toxid=258)
- Nitrobenzene (toxsubstance.asp?toxid=95)
- Nitrogen Oxides (toxsubstance.asp?toxid=69)
- Nitrophenols (toxsubstance.asp?toxid=172)

Top of Page (#top)

## O

- Otto Fuel II and its Components (toxsubstance.asp?toxid=152)

Top of Page (#top)

## P

- Parathion (toxsubstance.asp?toxid=246)
- Pentachlorophenol (toxsubstance.asp?toxid=70)
- Perchlorates (toxsubstance.asp?toxid=181)
- Perfluoroalkyls (toxsubstance.asp?toxid=237)
- Phenol (toxsubstance.asp?toxid=27)
- Phosgene (toxsubstance.asp?toxid=182)
- Phosgene Oxime (toxsubstance.asp?toxid=213)
- Phosphate Ester Flame Retardants (toxsubstance.asp?toxid=239)
- Phosphine (toxsubstance.asp?toxid=214)
- Plutonium (toxsubstance.asp?toxid=119)
- Polybrominated Biphenyls (PBBs) (toxsubstance.asp?toxid=94)
- Polybrominated Diphenyl Ethers (PBDEs) (toxsubstance.asp?toxid=183)
- Polychlorinated Biphenyls (PCBs) (toxsubstance.asp?toxid=26)
- Polycyclic Aromatic Hydrocarbons (PAHs) (toxsubstance.asp?toxid=25)
- Propylene Glycol (toxsubstance.asp?toxid=240)
- Pyrethrins and Pyrethroids (toxsubstance.asp?toxid=153)
- Pyridine (toxsubstance.asp?toxid=96)

Top of Page (#top)

## R

- Radium (toxsubstance.asp?toxid=154)
- Radon (toxsubstance.asp?toxid=71)
- RDX (Cyclonite) (toxsubstance.asp?toxid=72)

Top of Page (#top)

## S

**Exhibit 354**

- S,S,S-Tributyl Phosphorotrithioate (toxsubstance.asp?toxid=292)
- Selenium (toxsubstance.asp?toxid=28)
- Selenium Hexafluoride (toxsubstance.asp?toxid=215)
- Silica (toxsubstance.asp?toxid=290)
- Silver (toxsubstance.asp?toxid=97)
- Sodium Hydroxide (toxsubstance.asp?toxid=45)
- Stoddard Solvent (toxsubstance.asp?toxid=73)
- Strontium (toxsubstance.asp?toxid=120)
- Styrene (toxsubstance.asp?toxid=74)
- Sulfur Dioxide (toxsubstance.asp?toxid=46)
- Sulfur Mustard (toxsubstance.asp?toxid=184)
- Sulfur Trioxide & Sulfuric Acid (toxsubstance.asp?toxid=47)
- Synthetic Vitreous Fibers (toxsubstance.asp?toxid=185)

Top of Page (#top)

# T

- 1,1,1-Trichloroethane (toxsubstance.asp?toxid=76)
- 1,1,2,2-Tetrachloroethane (toxsubstance.asp?toxid=156)
- 1,1,2-Trichloroethane (toxsubstance.asp?toxid=155)
- 1,2,3 Trichloropropane (toxsubstance.asp?toxid=186)
- 1,3,5 Trinitrobenzene & 1,3 Dinitrobenzene (toxsubstance.asp?toxid=241)
- 2,4,6-Trinitrotoluene (TNT) (toxsubstance.asp?toxid=125)
- Tetrachloroethylene (PERC) (toxsubstance.asp?toxid=48)
- Tetryl (toxsubstance.asp?toxid=216)
- Thallium (toxsubstance.asp?toxid=49)
- Thorium (toxsubstance.asp?toxid=121)
- Tin and Compounds (toxsubstance.asp?toxid=98)
- Titanium Tetrachloride (toxsubstance.asp?toxid=122)
- Toluene (toxsubstance.asp?toxid=29)
- Toluene Diisocyanate Methylenediphenyl Diisocyanate (toxsubstance.asp?toxid=245)
- Total Petroleum Hydrocarbons (TPH) (toxsubstance.asp?toxid=75)
- Toxaphene (toxsubstance.asp?toxid=99)
- Trichlorobenzenes (toxsubstance.asp?toxid=255)
- Trichloroethylene (TCE) (toxsubstance.asp?toxid=30)
- Tungsten (toxsubstance.asp?toxid=157)

Top of Page (#top)

# U

- Unidentified Chemical (toxsubstance.asp?toxid=243)
- Uranium (toxsubstance.asp?toxid=77)
- Used Mineral-based Crankcase Oil (toxsubstance.asp?toxid=123)

Top of Page (#top)

# V

- <u>Vanadium</u> (toxsubstance.asp?toxid=50)
- <u>Vinyl Acetate</u> (toxsubstance.asp?toxid=124)
- <u>Vinyl Chloride</u> (toxsubstance.asp?toxid=51)

<u>Top of Page (#top)</u>

## W

- <u>White Phosphorus</u> (toxsubstance.asp?toxid=52)

<u>Top of Page (#top)</u>

## X

- <u>Xylenes</u> (toxsubstance.asp?toxid=53)

<u>Top of Page (#top)</u>

## Z

- <u>Zinc</u> (toxsubstance.asp?toxid=54)

<u>Top of Page (#top)</u>

- Page last reviewed: March 3, 2011
- Page last updated: March 3, 2011
- Content source: <u>Agency for Toxic Substances and Disease Registry (http://www.atsdr.cdc.gov)</u>

Agency for Toxic Substances and Disease Registry, 4770 Buford Hwy NE, Atlanta, GA 30341
Contact CDC: 800-232-4636 / TTY: 888-232-6348



# EXHIBIT 355

# Vaccines Licensed for Use in the United States

| Product Name | Trade Name |
|---|---|
| Adenovirus Type 4 and Type 7 Vaccine, Live, Oral (/vaccines-blood-biologics/approved-products/adenovirus-type-4-and-type-7-vaccine-live-oral) | No Trade Name |
| Anthrax Vaccine Adsorbed (/vaccines-blood-biologics/approved-products/anthrax-vaccine-adsorbed) | Biothrax |
| BCG Live (/vaccines-blood-biologics/approved-products/bcg-live) | BCG Vaccine |
| BCG Live (/vaccines-blood-biologics/approved-products/bcg-live) | TICE BCG |
| Cholera Vaccine Live Oral (/vaccines-blood-biologics/approved-products/vaxchora) | Vaxchora |
| Dengue Tetravalent Vaccine, Live (/vaccines-blood-biologics/dengvaxia) | DENGVAXIA |
| Diphtheria & Tetanus Toxoids Adsorbed (/vaccines-blood-biologics/approved-products/diphtheria-and-tetanus-toxoids-adsorbed) | No Trade Name |
| Diphtheria & Tetanus Toxoids & Acellular Pertussis Vaccine Adsorbed (/vaccines-blood-biologics/approved-products/infanrix) | Infanrix |
| Diphtheria & Tetanus Toxoids & Acellular Pertussis Vaccine Adsorbed (/vaccines-blood-biologics/approved-products/daptacel) | DAPTACEL |
| Diphtheria & Tetanus Toxoids & Acellular Pertussis Vaccine Adsorbed, Hepatitis B (recombinant) and Inactivated Poliovirus Vaccine Combined (/vaccines-blood-biologics/approved-products/diphtheria-and- | Pediarix |

**Exhibit 355**

tetanus-toxoids-and-acellular-pertussis-adsorbed-
hepatitis-b-recombinant-and)

| | |
|---|---|
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed and Inactivated Poliovirus Vaccine (/vaccines-blood-biologics/approved-products/diphtheria-and-tetanus-toxoids-and-acellular-pertussis-adsorbed-and-inactivated-poliovirus-vaccine) | KINRIX |
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed and Inactivated Poliovirus Vaccine (/vaccines-blood-biologics/approved-products/diphtheria-and-tetanus-toxoids-and-acellular-pertussis-adsorbed-and-inactivated-poliovirus-vaccine) | Quadracel |
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed, Inactivated Poliovirus, Haemophilus b Conjugate [Meningococcal Protein Conjugate] and Hepatitis B [Recombinant] Vaccine (/vaccines-blood-biologics/vaxelis) | VAXELIS |
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed, Inactivated Poliovirus and Haemophilus b Conjugate (Tetanus Toxoid Conjugate) Vaccine (/vaccines-blood-biologics/approved-products/diphtheria-and-tetanus-toxoids-and-acellular-pertussis-adsorbed-inactivated-poliovirus-and) | Pentacel |
| Ebola Zaire Vaccine, Live (/vaccines-blood-biologics/ervebo) | ERVEBO |
| Haemophilus b Conjugate Vaccine (Meningococcal Protein Conjugate) (/vaccines-blood-biologics/approved-products/haemophilus-b-conjugate-vaccine-meningococcal-protein-conjugate) | PedvaxHIB |
| Haemophilus b Conjugate Vaccine (Tetanus Toxoid Conjugate) (/vaccines-blood-biologics/approved-products/haemophilus-b-conjugate-vaccine-tetanus-toxoid-conjugate) | ActHIB |
| Haemophilus b Conjugate Vaccine (Tetanus Toxoid Conjugate) (/vaccines-blood-biologics/approved-products/hiberix) | Hiberix |
| Hepatitis A Vaccine, Inactivated (/vaccines-blood- | Havrix |

biologics/approved-products/havrix)

| | |
|---|---|
| Hepatitis A Vaccine, Inactivated (/vaccines-blood-biologics/approved-products/vaqta) | VAQTA |
| Hepatitis A Inactivated and Hepatitis B (Recombinant) Vaccine (/vaccines-blood-biologics/approved-products/twinrix) | Twinrix |
| Hepatitis B Vaccine (Recombinant) (/vaccines-blood-biologics/approved-products/recombivax-hb) | Recombivax HB |
| Hepatitis B Vaccine (Recombinant) (/vaccines-blood-biologics/approved-products/engerix-b) | Engerix-B |
| Hepatitis B Vaccine (Recombinant), Adjuvanted (/vaccines-blood-biologics/approved-products/heplisav-b) | HEPLISAV-B |
| Human Papillomavirus Quadrivalent (Types 6, 11, 16, 18) Vaccine, Recombinant (/vaccines-blood-biologics/approved-products/human-papillomavirus-vaccine) | Gardasil |
| Human Papillomavirus 9-valent Vaccine, Recombinant (/vaccines-blood-biologics/approved-products/gardasil-9) | Gardasil 9 |
| Human Papillomavirus Bivalent (Types 16, 18) Vaccine, Recombinant (/vaccines-blood-biologics/approved-products/cervarix) | Cervarix |
| Influenza A (H1N1) 2009 Monovalent Vaccine (/vaccines-blood-biologics/approved-products/influenza-h1n1-2009-monovalent-vaccine-csl-limited) | No Trade Name |
| Influenza A (H1N1) 2009 Monovalent Vaccine (/vaccines-blood-biologics/approved-products/influenza-h1n1-2009-monovalent-vaccine-medimmune-llc) | No Trade Name |
| Influenza A (H1N1) 2009 Monovalent Vaccine (/vaccines-blood-biologics/approved-products/influenza-h1n1-2009-monovalent-vaccine-id-biomedical-corporation-quebec) | No Trade Name |

| | |
|---|---|
| Influenza A (H1N1) 2009 Monovalent Vaccine (/vaccines-blood-biologics/approved-products/influenza-h1n1-2009-monovalent-vaccine-novartis-vaccines-and-diagnostics-limited) | No Trade Name |
| Influenza A (H1N1) 2009 Monovalent Vaccine (/vaccines-blood-biologics/approved-products/influenza-h1n1-2009-monovalent-vaccine-sanofi-pasteur-inc) | No Trade Name |
| Influenza Virus Vaccine, H5N1 (/vaccines-blood-biologics/approved-products/influenza-virus-vaccine-h5n1-national-stockpile) (for National Stockpile) | No Trade Name |
| Influenza A (H5N1) Virus Monovalent Vaccine, Adjuvanted (/vaccines-blood-biologics/approved-products/influenza-h5n1-virus-monovalent-vaccine-adjuvanted) | No Trade Name |
| Influenza A (H5N1) Monovalent Vaccine, Adjuvanted (/vaccines-blood-biologics/audenz) | AUDENZ |
| Influenza Vaccine, Adjuvanted (/vaccines-blood-biologics/fluad-quadrivalent) | FLUAD QUADRIVALENT |
| Influenza Vaccine, Adjuvanted (/vaccines-blood-biologics/approved-products/fluad) | FLUAD |
| Influenza Vaccine (/vaccines-blood-biologics/approved-products/afluria-quadrivalent) | AFLURIA QUADRIVALENT |
| Influenza Vaccine (/vaccines-blood-biologics/approved-products/flucelvax-quadrivalent) | Flucelvax Quadrivalent |
| Influenza Virus Vaccine (Trivalent, Types A and B) (/vaccines-blood-biologics/approved-products/afluria) | Afluria |
| Influenza Virus Vaccine (Trivalent, Types A and B) (/vaccines-blood-biologics/approved-products/flulaval) | FluLaval |
| Influenza Vaccine, Live, Intranasal (Trivalent, Types A and B) (/vaccines-blood-biologics/approved-products/flumist) | FluMist |

**4**

**Exhibit 355**

| | |
|---|---|
| Influenza Virus Vaccine (Trivalent, Types A and B) (/vaccines-blood-biologics/approved-products/fluarix) | Fluarix |
| Influenza Virus Vaccine (Trivalent, Types A and B) (/vaccines-blood-biologics/approved-products/fluvirin) | Fluvirin |
| Influenza Virus Vaccine (Trivalent, Types A and B) (/vaccines-blood-biologics/approved-products/agriflu) | Agriflu |
| Influenza Virus Vaccine (Trivalent, Types A and B) (/vaccines-blood-biologics/approved-products/fluzone-fluzone-high-dose-and-fluzone-intradermal) | Fluzone, Fluzone High-Dose and Fluzone Intradermal |
| Influenza Virus Vaccine (Trivalent, Types A and B) (/vaccines-blood-biologics/approved-products/flucelvax) | Flucelvax |
| Influenza Vaccine (Trivalent) (/vaccines-blood-biologics/approved-products/flublok) | Flublok |
| Influenza Vaccine (Quadrivalent) (/vaccines-blood-biologics/approved-products/flublok-quadrivalent) | Flublok Quadrivalent |
| Influenza Vaccine,Live, Intranasal (Quadrivalent, Types A and Types B) (/vaccines-blood-biologics/approved-products/flumist-quadrivalent) | FluMist Quadrivalent |
| Influenza Virus Vaccine (Quadrivalent, Types A and Types B) (/vaccines-blood-biologics/approved-products/fluarix-quadrivalent) | Fluarix Quadrivalent |
| Influenza Virus Vaccine (Quadrivalent, Types A and Types B) (/vaccines-blood-biologics/approved-products/fluzone-quadrivalent) | Fluzone Quadrivalent |
| Influenza Vaccine (/vaccines-blood-biologics/approved-products/flulaval-quadrivalent) | Flulaval Quadrivalent |
| Japanese Encephalitis Virus Vaccine, Inactivated, Adsorbed (/vaccines-blood-biologics/approved-products/japanese-encephalitis-vaccine-inactivated- | Ixiaro |

**Exhibit 355**

adsorbed)

| | |
|---|---|
| Measles, Mumps, and Rubella Virus Vaccine, Live (/vaccines-blood-biologics/approved-products/measles-mumps-and-rubella-virus-vaccine-live) | M-M-R II |
| Measles, Mumps, Rubella and Varicella Virus Vaccine Live (/vaccines-blood-biologics/approved-products/measles-mumps-rubella-and-varicella-virus-vaccine-live) | ProQuad |
| Meningococcal (Groups A, C, Y, and W-135) Oligosaccharide Diphtheria CRM197 Conjugate Vaccine (/vaccines-blood-biologics/approved-products/menveo) | Menveo |
| Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine (/vaccines-blood-biologics/approved-products/meningococcal-groups-c-y-and-w-135-polysaccharide-diphtheria-toxoid-conjugate-vaccine) | Menactra |
| Meningococcal Group B Vaccine (/vaccines-blood-biologics/approved-products/bexsero) | BEXSERO |
| Meningococcal Group B Vaccine (/vaccines-blood-biologics/approved-products/trumenba) | TRUMENBA |
| Meningococcal Polysaccharide Vaccine, Groups A, C, Y and W-135 Combined (/vaccines-blood-biologics/approved-products/meningococcal-polysaccharide-vaccine-groups-c-y-and-w-135-combined) | Menomune-A/C/Y/W-135 |
| Meningococcal (Groups A, C, Y, W) Conjugate Vaccine (/vaccines-blood-biologics/menquadfi) | MenQuadfi |
| Plague Vaccine | No trade name |
| Pneumococcal Vaccine, Polyvalent (/vaccines-blood-biologics/approved-products/pneumococcal-vaccine-polyvalent) | Pneumovax 23 |
| Pneumococcal 13-valent Conjugate Vaccine (/vaccines-blood-biologics/approved-products/pneumococcal-13-valent-conjugate-vaccine-diphtheria-crm197-protein) (Diphtheria $CRM_{197}$ Protein) | Prevnar 13 |

| | |
|---|---|
| Poliovirus Vaccine Inactivated (Human Diploid Cell) | Poliovax |
| Poliovirus Vaccine Inactivated (Monkey Kidney Cell) (/vaccines-blood-biologics/approved-products/poliovirus-vaccine-inactivated-monkey-kidney-cell) | IPOL |
| Rabies Vaccine (/vaccines-blood-biologics/approved-products/rabies-vaccine) | Imovax |
| Rabies Vaccine (/vaccines-blood-biologics/approved-products/rabavert-rabies-vaccine) | RabAvert |
| Rabies Vaccine Adsorbed | No Trade Name |
| Rotavirus Vaccine, Live, Oral (/vaccines-blood-biologics/approved-products/rotavirus-vaccine-live-oral) | ROTARIX |
| Rotavirus Vaccine, Live, Oral, Pentavalent (/vaccines-blood-biologics/approved-products/rotateq) | RotaTeq |
| Smallpox and Monkeypox Vaccine, Live, Non-Replicating (/vaccines-blood-biologics/jynneos) | JYNNEOS |
| Smallpox (Vaccinia) Vaccine, Live (/vaccines-blood-biologics/approved-products/smallpox-vaccinia-vaccine-live) | ACAM2000 |
| Tetanus & Diphtheria Toxoids, Adsorbed (/vaccines-blood-biologics/approved-products/tetanus-diphtheria-toxoids-adsorbed) | TDVAX |
| Tetanus & Diphtheria Toxoids Adsorbed for Adult Use (/vaccines-blood-biologics/approved-products/tenivac) | TENIVAC |
| Tetanus Toxoid Adsorbed (/vaccines-blood-biologics/approved-products/diphtheria-and-tetanus-toxoids-adsorbed) | No Trade Name |
| Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine, Adsorbed (/vaccines-blood-biologics/approved-products/tetanus-toxoid-reduced-diphtheria-toxoid-and-acellular-pertussis-vaccine-adsorbed) | Adacel |

**Exhibit 355**

| | |
|---|---|
| Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine, Adsorbed (/vaccines-blood-biologics/approved-products/tetanus-toxoid-reduced-diphtheria-toxoid-and-acellular-pertussis-vaccine-adsorbed) | Boostrix |
| Typhoid Vaccine Live Oral Ty21a (/vaccines-blood-biologics/approved-products/vivotif) | Vivotif |
| Typhoid Vi Polysaccharide Vaccine (/vaccines-blood-biologics/approved-products/typhim-vi) | TYPHIM Vi |
| Varicella Virus Vaccine Live (/vaccines-blood-biologics/approved-products/varivax) | Varivax |
| Yellow Fever Vaccine (/vaccines-blood-biologics/approved-products/yellow-fever-vaccine) | YF-Vax |
| Zoster Vaccine, Live, (Oka/Merck) (/vaccines-blood-biologics/approved-products/zoster-vaccine-live) | Zostavax |
| Zoster Vaccine Recombinant, Adjuvanted (/vaccines-blood-biologics/vaccines/shingrix) | SHINGRIX |

**Exhibit 355**

# EXHIBIT 356

# TOXICOLOGICAL PROFILE FOR
# ALUMINUM

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Agency for Toxic Substances and Disease Registry

September 2008

**Exhibit 356**

# UPDATE STATEMENT

A Toxicological Profile for Aluminum, Draft for Public Comment, was released in September 2006.  This edition supersedes any previously released draft or final profile.

Toxicological profiles are revised and republished as necessary.  For information regarding the update status of previously released profiles, contact ATSDR at:

<div align="center">

Agency for Toxic Substances and Disease Registry
Division of Toxicology and Environmental Medicine/Applied Toxicology Branch
1600 Clifton Road NE
Mailstop F-32
Atlanta, Georgia 30333

</div>

**Exhibit 356**

## 1.2    WHAT HAPPENS TO ALUMINUM WHEN IT ENTERS THE ENVIRONMENT?

| **Sources** | Aluminum occurs naturally in soil, water, and air. |
| | High levels in the environment can be caused by the mining and processing of aluminum ores or the production of aluminum metal, alloys, and compounds. |
| | Small amounts of aluminum are released into the environment from coal-fired power plants and incinerators. |
| **Break down**<br><br>• **Air**<br><br><br>• **Water and soil** | Aluminum cannot be destroyed in the environment.  It can only change its form or become attached or separated from particles.<br><br>Aluminum particles in air settle to the ground or are washed out of the air by rain.  However, very small aluminum particles can stay in the air for many days.<br><br>Most aluminum-containing compounds do not dissolve to a large extent in water unless the water is acidic or very alkaline. |

For more information on aluminum in the environment, see Chapter 6.

## 1.3    HOW MIGHT I BE EXPOSED TO ALUMINUM?

| **Food—primary source of exposure** | Unprocessed foods like fresh fruits, vegetables, and meat contain very little aluminum.<br><br>Aluminum compounds may be added during processing of foods, such as:<br>• flour<br>• baking powder<br>• coloring agents<br>• anticaking agents<br><br>An average adult in the United States eats about 7–9 mg of aluminum per day in their food. |
| **Air** | Most people take in very little aluminum from breathing.  Levels of aluminum in the air generally range from 0.005 to 0.18 micrograms per cubic meter ($\mu g/m^3$), depending on location, weather conditions, and type and level of industrial activity in the area.  Most of the aluminum in the air is in the form of small suspended particles of soil (dust).<br><br>Aluminum levels in urban and industrial areas may be higher and can range from 0.4 to 8.0 $\mu g/m^3$. |

**Exhibit 356**

the only neurological end points examined were brain weight and histology of the brain; no function tests were performed.

There is limited information on aluminum toxicity following dermal exposure.  Application of aluminum compounds to the skin, such as aluminum chloride in ethanol or alum, may cause rashes in some people. Skin damage has been observed in mice, rabbits, and pigs exposed to aluminum chloride or aluminum nitrate, but not following exposure to aluminum sulfate, aluminum hydroxide, aluminum acetate, or aluminum chlorhydrate.

There is a fair amount of human data on the toxicity of aluminum following oral exposure.  However, the preponderance of human studies are in patients with reduced renal function who accumulated aluminum as a result of long-term intravenous hemodialysis therapy with aluminum-contaminated dialysis fluid and, in many cases, concurrent administration of high oral doses of aluminum to regulate phosphate levels (i.e., reduce uptake of phosphate by binding it in the gut) and have limited usefulness in predicting toxicity in the general population because the very large aluminum exposure levels and impaired renal function results in aluminum accumulation.  Dialysis encephalopathy syndrome (also referred to as dialysis dementia) can result from this accumulation of aluminum in the brain.  Dialysis encephalopathy is a degenerative neurological syndrome, characterized by the gradual loss of motor, speech, and cognitive functions.  Another neurological effect that has been proposed to be associated with aluminum exposure is Alzheimer's disease.  Although a possible association was proposed over 40 years ago, this association is still highly controversial and there is little consensus regarding current evidence.  A number of studies have found weak associations between living in areas with elevated aluminum levels in drinking water and an increased risk (or prevalence) of Alzheimer's disease; other studies have not found significant associations.  In contrast, no significant associations have been found between tea consumption or antacid use and the risk of Alzheimer's disease; although the levels of aluminum in tea and antacids are very high compared to drinking water, aluminum from these sources is poorly absorbed. The available data do not suggest that aluminum is a causative agent of Alzheimer's disease; however, it is possible that it may play a role in the disease development.

Aluminum is found in several ingested over-the-counter products such as antacids and buffered aspirin; clinical studies on health effects of aluminum medicinals in people with normal renal function have been identified.  These aluminum-containing products are assumed to be safe in healthy individuals at recommended doses based on historical use.  The assumed safety of aluminum is also partly due to the generally regarded as safe (GRAS) status of aluminum-containing food additives.  However, there is

**Exhibit 356**

some indication that adverse effects can result from long-term use of aluminum-containing medications in some healthy individuals.  There are a number of case reports of skeletal changes (e.g., osteomalacia) in adults and children with normal kidney function due to long-term antacid use for the treatment of gastrointestinal disorders.  These skeletal effects are secondary to hypophosphatemia and phosphate depletion caused by aluminum impairing phosphorus absorption by binding with dietary phosphorus.

There is a rather extensive database on the oral toxicity of aluminum in animals.  These studies clearly identify the nervous system as the most sensitive target of aluminum toxicity and most of the animal studies have focused on neurotoxicity and neurodevelopmental toxicity.  Other adverse effects that have been observed in animals orally exposed to aluminum include impaired erythropoiesis in rats exposed to 230 mg Al/kg/day and higher, erythrocyte damage (as evidenced by decreases in hemoglobin, hematocrit, and erythrocyte osmotic fragility, and altered erythrocyte morphology) in rats exposed to 230 mg Al/kg/day and higher, increased susceptibility to infection in mouse dams exposed to 155 mg Al/kg/day, delays in pup maturation following exposure of rats to 53 mg Al/kg/day, and decreases in pup body weight gain in rats and mice exposed to 103 mg Al/kg/day and higher.

Neurodegenerative changes in the brain, manifested as intraneuronal hyperphosphorylated neuro-filamentous aggregates, is a characteristic response to aluminum in certain species and nonnatural exposure situations generally involving direct application to brain tissue, particularly intracerebral and intracisternal administration and *in vitro* incubation in rabbits, cats, ferrets, and nonhuman primates.  Oral studies in rats and mice have not found significant histopathological changes in the brain under typical exposure conditions; however, altered myelination was found in the spinal cord of mouse pups exposed to 330 mg Al/kg/day on gestation day 1 through postnatal day 35.  Overt signs of neurotoxicity are rarely reported at the doses tested in the available animal studies (≤330 mg Al/kg/day for bioavailable aluminum compounds); rather, exposure to these doses is associated with subtle neurological effects detected with neurobehavioral performance tests.  Significant alterations in motor function, sensory function, and cognitive function have been detected following exposure to adult or weanling rats and mice or following gestation and/or lactation exposure of rats and mice to aluminum lactate, aluminum nitrate, and aluminum chloride.  The most consistently affected performance tests were forelimb and/or hindlimb grip strength, spontaneous motor activity, thermal sensitivity, and startle responsiveness.  Significant impairments in cognitive function have been observed in some studies, although this has not been found in other studies even at higher doses.  Adverse neurological effects have been observed in rats and mice at doses of 100–200 mg Al/kg/day  and neurodevelopmental effects have been observed in rats and mice at doses of 103–330 mg Al/kg/day.

**Exhibit 356**

A number of human studies have examined the occurrence of cancer among aluminum industry workers and found a higher-than-expected cancer mortality rate, but this is probably due to the other potent carcinogens to which they are exposed, such as polycyclic aromatic hydrocarbons (PAHs) and tobacco smoke.  Available cancer studies in animals have not found biologically relevant increases in malignant tumors.  The International Agency for Research on Cancer (IARC) concluded that aluminum production was carcinogenic to humans and that pitch volatiles have fairly consistently been suggested in epidemiological studies as being possible causative agents.  The Department of Health and Human Services and EPA have not evaluated the human carcinogenic potential of aluminum.

## 2.3    MINIMAL RISK LEVELS (MRLs)

Estimates of exposure levels posing minimal risk to humans (MRLs) have been made for aluminum.  An MRL is defined as an estimate of daily human exposure to a substance that is likely to be without an appreciable risk of adverse effects (noncarcinogenic) over a specified duration of exposure.  MRLs are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration within a given route of exposure.  MRLs are based on noncancerous health effects only and do not consider carcinogenic effects.  MRLs can be derived for acute, intermediate, and chronic duration exposures for inhalation and oral routes.  Appropriate methodology does not exist to develop MRLs for dermal exposure.

Although methods have been established to derive these levels (Barnes and Dourson 1988; EPA 1990), uncertainties are associated with these techniques.  Furthermore, ATSDR acknowledges additional uncertainties inherent in the application of the procedures to derive less than lifetime MRLs.  As an example, acute inhalation MRLs may not be protective for health effects that are delayed in development or are acquired following repeated acute insults, such as hypersensitivity reactions, asthma, or chronic bronchitis.  As these kinds of health effects data become available and methods to assess levels of significant human exposure improve, these MRLs will be revised.

### Inhalation MRLs

No acute-, intermediate-, or chronic-duration inhalation MRLs were derived for aluminum.  Results from human and animal studies suggest that the respiratory tract, particularly the lung, is a sensitive target of airborne aluminum toxicity; human studies also suggest that the nervous system may also be a target of

**Exhibit 356**

inhaled aluminum. Interpretation of the human data is complicated by the lack of exposure assessment and the potential for concomitant exposure to other toxic compounds. Numerous studies have found impaired lung function in a variety of aluminum workers (Abbate et al. 2003; Al-Masalkhi and Walton 1994; Bast-Pettersen et al. 1994; Bost and Newman 1993; Burge et al. 2000; Chan-Yeung et al. 1983; Herbert et al. 1982; Hull and Abraham 2002; Jederlinic et al. 1990; Korogiannos et al. 1998; Miller et al. 1984b; Radon et al. 1999; Simonsson et al. 1985; Vandenplas et al. 1998). Other effects that have been observed include occupational asthma (Abramson et al. 1989; Burge et al. 2000; Kilburn 1998; Vandenplas et al. 1998) and pulmonary fibrosis (Al-Masalkhi and Walton 1994; De Vuyst et al. 1986; Edling 1961; Gaffuri et al. 1985; Gilks and Churg 1987; Jederlinic et al. 1990; Jephcott 1948; McLaughlin et al. 1962; Mitchell et al. 1961; Musk et al. 1980; Riddell 1948; Shaver 1948; Shaver and Riddell 1947; Ueda et al. 1958; Vallyathan et al. 1982).

Acute-, intermediate-, and chronic-duration animal studies have also reported respiratory effects. These respiratory effects include increases in alveolar macrophages, granulomatous lesions in the lungs and peribronchial lymph nodes, and increases in lung weight (Drew et al. 1974; Klosterkotter 1960; Pigott et al. 1981; Steinhagen et al. 1978; Stone et al. 1979). The lung effects observed in humans and animals are suggestive of dust overload. Dust overload occurs when the volume of dust in the lungs markedly impairs pulmonary clearance mechanisms. Lung overload is not dependent on the inherent toxicity of the compound, and dust overloading has been shown to modify both the dosimetry and toxicological effects of the compound (Morrow 1988). When excessive amounts of widely considered benign dusts are persistently retained in the lungs, the resultant lung effects are similar to those observed following exposure to dusts that are highly toxic to the lungs. Because it is unclear whether the observed respiratory effects are related to aluminum toxicity or to dust overload, inhalation MRLs based on respiratory effects were not derived.

Subtle neurological effects have also been observed in workers chronically exposed to aluminum dust or fumes. These effects include impaired performance on neurobehavioral tests (Akila et al. 1999; Bast-Pettersen et al. 2000; Buchta et al. 2003, 2005; Hänninen et al. 1994; Hosovski et al. 1990; Polizzi et al. 2001; Rifat et al. 1990; Riihimäki et al. 2000; Sjögren et al. 1990) and increased reporting of subjective neurological symptoms (Bast-Pettersen et al. 1994, 2000; Hänninen et al. 1994; Hosovski et al. 1990; Iregren et al. 2001; Rifat et al. 1990; Riihimäki et al. 2000; Sim et al. 1997; Sjögren et al. 1990, 1996; White et al. 1992). Neurological exams in the available animal studies (Steinhagen et al. 1978; Stone et al. 1979) have been limited to measurement of brain weight and/or histopathology of the brain; no function tests were performed. The identification of neurotoxicity as a sensitive end point in workers

**Exhibit 356**

exposed to aluminum dust and fumes is well supported by a large number of animal studies reporting a variety of neurobehavioral alterations following oral exposure. However, the poor characterization of aluminum exposure in the occupational exposure studies precludes using these studies to develop an inhalation MRL for aluminum.

**_Oral MRLs_**

Data on health effects of ingested aluminum in humans are unsuitable for MRL consideration because studies have centered on specific patient populations (i.e., dialysis, neurodegenerative disease) and are not the types typically used in risk evaluation. Studies in patients with reduced renal function who accumulated aluminum as a result of long-term intravenous hemodialysis therapy with aluminum-contaminated dialysate and the use of aluminum-containing phosphate binding agents provide evidence that aluminum is an important etiologic factor in dialysis-related health disorders, particularly the neurological syndrome dialysis encephalopathy. The effects are manifested under unnatural exposure conditions in which the gastrointestinal barrier is bypassed (exposure to aluminum in dialysate fluid) and aluminum excretion is impaired by the poor renal function. There are case reports of skeletal changes (e.g., osteomalacia) consequent to long-term ingestion of antacids in healthy adults and children with normal kidney function (Carmichael et al. 1984; Chines and Pacifici 1990; Pivnick et al. 1995; Woodson 1998), but these effects are attributable to an interaction between aluminum and phosphate in the gut (aluminum binds with phosphate in the gut resulting in decreased phosphate absorption and hypophosphatemia). Although the use of aluminum medicinals in people is widespread, there are a limited number of experimental studies that examined the potential toxicity of the aluminum in these medicinals in individuals with normal renal function.

Derivation of an MRL(s) for aluminum based on animal studies is complicated by limitations in the database, particularly the lack of information on aluminum content in the base diet. As discussed in the introduction to Section 3.2.2, commercial laboratory animal feeds contain high levels of aluminum that can significantly contribute to total experimental exposure. Due to the likelihood of significant base dietary exposure to aluminum, studies with insufficient information on aluminum content in the base diet must be assumed to underestimate the actual aluminum intake. The magnitude of the underestimate can be considerable; for example, approximate feed concentrations of 250 and 350 ppm aluminum reported in some rat and mouse studies, respectively (Colomina et al. 1998; Domingo et al. 1993; Oteiza et al. 1993), are roughly equivalent to daily doses of 25 mg Al/kg/day (rats) and 68 mg Al/kg/day (mice), which represents a significant portion of the lethal dose for these species. Consequently, although studies with

**Exhibit 356**

inadequate data on base dietary levels of aluminum provide useful information on health effects of aluminum, no-observed-adverse-effect levels (NOAELs) and lowest-observed-adverse-effect levels (LOAELs) from these studies cannot be assumed to be accurate, are not suitable for comparing with effect levels from studies that used diets with known amounts of aluminum, and are inappropriate for MRL consideration.

The available data were considered inadequate for derivation of an acute-duration oral MRL for aluminum.  Two studies were identified that provided sufficient information on the levels of aluminum in the basal diet.  McCormack et al. (1979) and Domingo et al. (1989) did not find any significant alterations in pup viability/lethality, pup body weight, or the incidence of malformation in rats exposed to 110 mg Al/kg/day as aluminum chloride in the diet on gestation days 6–19 (McCormack et al. 1979) or 141 mg Al/kg/day as aluminum nitrate administered via gavage on gestation days 6–15 (Domingo et al. 1989).  Neither study evaluated the potential neurotoxicity of aluminum following acute-duration exposure; intermediate-duration studies provide strong evidence that the nervous system (in adults and developing organisms) is the most sensitive target of aluminum toxicity.

- An MRL of 1 mg Al/kg/day has been derived for intermediate-duration oral exposure (15–364 days) to aluminum.

A fair number of animal studies have examined the oral toxicity of aluminum following intermediate-duration exposure.  A subset of these studies that provide information on the aluminum content of the basal diet and involved exposure to aluminum via the diet or drinking water will be the focus of this discussion.  With the possible exception of reproductive function, these studies have examined most potential end points of aluminum toxicity.  Systemic toxicity studies have not consistently reported adverse effects in rats exposed to up to 284 mg Al/kg/day (Domingo et al. 1987b; Gomez et al. 1986; Konishi et al. 1996), mice exposed to doses as high as 195 mg Al/kg/day (Oteiza et al. 1989), or dogs exposed to doses as high as 88 mg Al/kg/day (Katz et al. 1984; Pettersen et al. 1990).  An increased susceptibility to bacterial infections was observed in mouse dams exposed to 155 mg Al/kg/day as aluminum lactate in the diet on gestation day 1 through lactation day 21 (Yoshida et al. 1989).  However, a similar aluminum dose did not result in a change in susceptibility in virgin female mice exposed to 107 mg Al/kg/day as aluminum lactate in the diet for 6 weeks (Yoshida et al. 1989).  Immunological alterations (decreased spleen concentrations of interleukin-2, interferon g, and tumor necrosis factor and a decrease in $CD^{4+}$ cells) were observed in mice exposed to 200 mg Al/kg/day as aluminum lactate in the diet on gestation day 1 through postnatal day 180 (Golub et al. 1993).  There is limited information on the potential for aluminum to induce reproductive effects.  Although a number of studies have reported no

**Exhibit 356**

alterations in the occurrence of resorption, litter size, sex ratio, or pup body weight, no studies have examined fertility or potential effects on sperm morphology or motility. A significant alteration in gestation length was observed in mice exposed to 155 or 330 mg Al/kg/day as aluminum lactate in the diet on gestation day 1 through lactation 21 (Donald et al. 1989); in the aluminum exposed mice, 4 of the 17 litters were born earlier or later (days 17, 19, or 20 versus day 18 in controls) than control litters. However, this has not been reported in other studies in mice or rats (Colomina et al. 2005; Golub and Germann 2001; Golub et al. 1992a, 1995).

The preponderance of available intermediate-duration studies has focused on the potential for aluminum to induce neurological and neurodevelopmental effects. Although neurotoxicity of aluminum has not been established in people with normal renal function, the data for dialysis encephalopathy (as well as some occupational studies) establish that the human nervous system is susceptible to aluminum and neurotoxicity is a well-documented effect of aluminum in orally-exposed in mice and rats. A wide variety of behavioral tests were conducted in rats and mice, in which the most consistently affected behaviors involve motor function. Alterations in forelimb and hindlimb grip strength have been observed in adult mice exposed to 195 mg Al/kg/day as aluminum lactate in the diet for 90 days (Golub et al. 1992b), mice (6 weeks of age at study beginning) exposed to 195 mg Al/kg/day as aluminum lactate in the diet for 5–7 weeks (Oteiza et al. 1993), the offspring of mice exposed on gestation day 1 through lactation day 21 to 155 mg Al/kg/day (Donald et al. 1989; Golub et al. 1995) or 250 mg Al/kg/day (Golub et al. 1995) as aluminum lactate, and the offspring of rats exposed to 103 mg Al/kg/day as aluminum nitrate in drinking water (with added citric acid) for 15 days prior to mating and on gestation day 1 through lactation day 21 (Colomina et al. 2005). Decreases in spontaneous motor activity were observed in mice exposed to 130 mg Al/kg/day for 6 weeks (Golub et al. 1989) or 195 mg Al/kg/day for 90 days (Golub et al. 1992b). Motor impairments have also been detected in mice in the wire suspension test in which offspring exposed to 130 mg Al/kg/day had a shorter latency to fall from the wire and in the rotorod test in which offspring exposed to 260 mg Al/kg/day had a higher number of rotations (which occur when the animals lost its footing, clung to the rod, and rotated with it for a full turn) (Golub and Germann 2001). Neurobehavioral alterations that have occurred at similar dose levels include decreased responsiveness to auditory or air-puff startle (Golub et al. 1992b, 1995), decreased thermal sensitivity (Golub et al. 1992a), increased negative geotaxis latency (Golub et al. 1992a), and increased foot splay (Donald et al. 1989). Additionally, one study found significant impairment in performance of the water maze test in offspring of mice exposed to 130 mg Al/kg/day on gestation day 1 through lactation day 21 (Golub and Germann 2001). Colomina et al. (2005) did not find alterations in this test in rats exposed to 53 mg Al/kg/day; however, this study did not run probe tests, which showed significant

**Exhibit 356**

alterations in the Golub and Germann (2001) study.  Other studies have utilized passive avoidance tests or operant training tests to evaluate potential impairment of cognitive function.  However, the interpretation of the results of these tests is complicated by an increase in food motivation in aluminum exposed mice (Golub and Germann 1998).

There is also strong evidence that gestational and/or lactational exposure can cause other developmental effects.  Gestation and/or lactation exposure can result in significant decreases in pup body weight gain in rats and mice (Colomina et al. 2005; Golub and Germann 2001; Golub et al. 1992a).  The decreases in pup body weight are often associated with decreases in maternal body weight during the lactation phase of the study; however, decreases in body weight have also been observed in a cross-fostering study when gestation-exposed pups were nursed by control mice (Golub et al. 1992a).  Other studies involving gestation and lactation exposure to aluminum did not find changes in pup growth in mice (Donald et al. 1989; Golub and Germann 1998; Golub et al. 1995).  In rats, a delay in physical maturation, particularly delays in vagina opening, testes descent, and incisor eruption, has been reported at 53 mg Al/kg/day (Colomina et al. 2005).  In the Colomina et al. (2005) study, a delay in vagina opening was observed in rat offspring exposed to 53 mg Al/kg/day.  The number of days to vagina opening was 31.1, 40.9, and 45.9 days in the control, 53, and 103 mg Al/kg/day groups, respectively.  Delays in maturations were also observed for testes descent (23.9, 22.8, and 27.1 days in the control, 53, and 103 mg Al/kg/day groups, significant at 103 mg Al/kg/day) and incisor eruption in males (5.5, 6.1, and 5.3 days, significant at 53 mg Al/kg/day, but not at 103 mg Al/kg/day).  Significant delays in vagina opening and testes descent were also observed at 103 mg Al/kg/day in the offspring of rats similarly exposed but with the addition of restraint stress on gestation days 6–20.  The mean number of days to maturation in the control, 53, and 103 mg Al/kg/day groups were 32.5, 40.4, and 44.9 days for vagina opening and 24.9, 23.2, and 27.7 days for testes descent.  However, another study by Colomina et al. (1999) did not find significant delays in vagina opening or testes descent, but did find significant delays in pinna attachment and eye opening following administration of 75 mg/kg/day (15 mg Al/kg/day) aluminum chloride via intraperitoneal injection to mice on gestation days 6–15.  Another study did not find delays in pinna attachment, eye opening, or incisor eruption in the offspring of rats administered via gavage 73 mg Al/kg/day as aluminum chloride (aluminum content of the diet was not reported) on gestation days 8–20 (Misawa and Shigeta 1992).  Collectively, these studies provide equivocal evidence that aluminum induces delays in maturation.

The Golub et al. (1989), Golub and Germann (2001), and Colomina et al. (2005) studies identified the lowest LOAELs for the critical effects (neurotoxicity, neurodevelopmental toxicity, and delays in

maturation) and were considered as possible principal studies. Golub et al. (1989) identified the lowest LOAEL for neurotoxicity. In this study in which mice were exposed to aluminum lactate in the diet for 6 weeks, significant decreases in total activity and vertical activity (rearing) were observed at 130 mg Al/kg/day; no significant alterations were observed at 62 mg Al/kg/day. One limitation of this study is that motor activity was the only neurobehavioral test evaluated; other studies have shown that grip strength is one of the more sensitive end points. Golub and Germann (2001) examined a number of sensitive end points of neurodevelopmental toxicity in the offspring of mice exposed to aluminum lactate in the diet on gestation day 1 through lactation day 21, after which the pups were fed a diet containing the same levels of aluminum as the dams on postnatal days 21–35. The study identified a NOAEL of 26 mg Al/kg/day and a LOAEL of 130 mg Al/kg/day for alterations in tests of motor function (a shorter latency to fall off a wire) and cognitive function (impaired performance in the water maze test). This study used a suboptimal diet, which complicates the interpretation of the study results. The dietary levels of phosphorus, calcium, magnesium, iron, and zinc were lower than the National Research Council's recommendation in an attempt to mimic the intakes of these nutrients by young women. The investigators noted that even though the intakes of several nutrients were below the recommendations, the diet was not deficient. The impact of the suboptimal diet on the developmental toxicity of aluminum is not known. The observed effects are similar to those reported in other studies, as are the adverse effect levels. In the Colomina et al. (2005) study, a significant decrease in forelimb grip strength was observed in the offspring of rats exposed to 103 mg Al/kg/day as aluminum nitrate in the drinking water (with citric acid added to increase aluminum absorption) for 15 days prior to mating and during gestation and lactation; grip strength was not adversely affected at 53 mg Al/kg/day. This study also found significant delays in vagina opening at 53 mg Al/kg/day. As previously noted, there are limited data to confirm or refute the identification of delays in maturation as a critical effect of aluminum. The delays in maturation may be secondary to decreases in maternal weight or food intake or decreases in pup body weight and/or food intake; however, these data are only reported for some time periods. The Golub et al. (1989) study was not selected as the principal study because the NOAEL of 62 mg Al/kg/day identified in this study is higher than the dose associated with delayed maturation in the Colomina et al. (2005) study. The Golub and Germann (2001) and Colomina et al. (2005) studies were selected as co-principal studies. A short description of these studies follows.

In the Golub and Germann (2001) study, groups of pregnant Swiss Webster mice were exposed to 0, 100, 500, or 1,000 mg Al/kg diet on gestational days 0–21 and during lactation until day 21. On postnatal day (PND) 21, one male and one female pup from each litter were placed on the same diet as the dam. The offspring were exposed until PND 35. The composition of the diet was modified from the National

**Exhibit 356**

Research Council's recommendations; the investigators noted that the nutrients were reduced to correspond to the usual intake of these nutrients by young women.  The average daily intakes of phosphorus, calcium, magnesium, iron, and zinc in women aged 18–24 years are 83, 56, 71, 69, and 67% of the recommended dietary allowance (RDA); these percents were used to modify the recommended dietary intake for the mice used in this study.  Doses of 26, 130, and 260 mg Al/kg/day are calculated by averaging reported estimated doses of 10, 50, and 100 mg Al/kg/day for adults (i.e., at beginning of pregnancy) and 42, 210, and 420 mg Al/kg/day maximal intake during lactation.  The doses at lactation were calculated using doses estimated in previous studies with similar exposure protocols performed by the same group of investigators (Golub et al. 1995).  At 3 months of age, the females were tested for neurotoxicity using the Morris water maze.  At 5 months of age, males were tested for motor activity and function using rotarod, grip strength, wire suspension, mesh pole descent, and beam traversal tests.  No alterations in pregnancy weight gain or pup birth weights were observed.  At PND 21, significant decreases in pup body weights were observed at 130 and 260 mg Al/kg/day.  No information on maternal weight gain during lactation was reported; however, the investigators noted that the decrease in pup weight was not associated with reduced maternal food intake.  At PND 35, the decrease in body weight was statistically significant at 260 mg Al/kg/day.  On PND 90, female mice in the 260 mg Al/kg/day group weighed 15% less than controls.  Decreases in heart and kidney weights were observed at 260 mg Al/kg/day in the females.  Also, increases in absolute brain weight were observed in females at 26 mg Al/kg/day and relative brain weights were observed at 26 or 260 mg Al/kg/day, but not at 130 mg Al/kg/day.  In the males, significant decreases in body weight were observed at 130 (10%) and 260 (18%) mg Al/kg/day at 5 months; an increase in food intake was also observed at these doses.  In the Morris maze (tested at 3 months in females), fewer animals in the 260 mg Al/kg/day group had escape latencies of <60 seconds during sessions 1–3 (learning phase) and a relocation of the visible cues resulted in increased latencies at 130 and 260 mg Al/kg/day.  Body weight did not correlate with latency to find the platform or with the distribution of quadrant times.  The investigators concluded that controls used salient and/or nonsalient cues, 26 and 130 mg Al/kg/day animals used both cues, but had difficulty using only one cue, and 260 mg Al/kg/day animals only used the salient cues.  In the males tested at 5 months, a significant decrease in hindlimb grip strength was observed at 260 mg Al/kg/day, an increase in the number of rotations on the rotorod as observed at 260 mg Al/kg/day, and a shorter latency to fall in the wire suspension test was observed at 130 and 260 mg Al/kg/day.  The investigators noted that there were significant correlations between body weight and grip strength and number of rotations.  When hindlimb grip strength was statistically adjusted for body weight, the aluminum-exposed mice were no longer significantly different from controls; the number of rotations was still significantly different from control after adjustment for body weight.

**13**

**Exhibit 356**

In the Colomina et al. (2005) study, groups of female Sprague Dawley rats were exposed to 0, 50, or 100 mg Al/kg/day aluminum nitrate nonahydrate in drinking water; citric acid (710, 355, and 710 mg/kg/day in the control, 50, and 100 ppm groups, respectively) was added to the drinking water to increase aluminum absorption.  The adult rats were exposed to aluminum for 15 days prior to mating and during gestation and lactation periods; after weaning, the pups were exposed to the same aluminum concentration as the mothers from PND 21 through 68.  The basal diet (Panlab rodent chow) contained 41.85 µg Al/g diet.  Aluminum doses were calculated by adding the basal dietary aluminum doses (calculated using reference values for mature Sprague-Dawley rats) to reported aluminum doses from water; the total aluminum doses were 3, 53, and 103 mg Al/kg/day.  In addition to aluminum exposure, some animals in each group underwent restraint stress for 2 hours/day on gestation days 6–20; the restraint consisted of placing the rats in cylindrical holders.  The following neurobehavioral tests were performed on the offspring:  righting reflex (PNDs 4, 5, 6), negative geotaxis (PNDs 7, 8, 9), forelimb grip strength (PNDs 10–13), open field activity (PND 30), passive avoidance (PND 35), and water maze (only tested at 53 mg/kg/day on PND 60).  The rats were killed on PND 68.  No significant alterations in body weight, food consumption, or water consumption were observed during gestation in the dams exposed to aluminum.  The investigators noted that decreases in water and food consumption were observed during the lactation period in the rats exposed to 103 mg Al/kg/day, but the data were not shown and maternal body weight during lactation was not mentioned.  No significant alterations in the number of litters, number of fetuses per litter, viability index, or lactation index were observed.  Additionally, no differences in days at pinna detachment or eye opening were observed.  Age at incisor eruption was significantly higher in males exposed to 53 mg/kg/day, but not in males exposed to 103 mg/kg/day or in females.  A significant delay in age at testes descent was observed at 103 mg/kg/day and vagina opening was delayed at 53 and 103 mg/kg/day.  A decrease in forelimb grip strength was observed at 103 mg/kg/day; no alterations in other neuromotor tests were observed.  Additionally, no alterations in open field behavior or passive avoidance test were observed.  In the water maze test, latency to find the hidden platform was decreased in the 53 mg/kg/day group on test day 2, but not on days 1 or 3; no significant alteration in time in the target quadrant was found.

The Golub and Germann (2001) and Colomina et al. (2005) studies identify four end points that could be used as the point of departure for derivation of the intermediate-duration oral MRL:

(1) latency to fall off wire in wire suspension test; adverse effect level of 130 mg Al/kg/day, no effect level of 26 mg Al/kg/day (Golub and Germann 2001);

**Exhibit 356**

    (2)   latency to locate the platform following cue relocation in the water maze test; adverse effect
           level of 130 mg Al/kg/day, no effect level of 26 mg Al/kg/day (Golub and Germann 2001);

    (3)   decreased forelimb grip strength; adverse effect level of 103 mg Al/kg/day, no effect level of
           53 mg Al/kg/day (Colomina et al. 2005); and

    (4)   delay in vagina opening; adverse effect level of 53 mg Al/kg/day, no effect level not
           identified (Colomina et al. 2005).

Benchmark dose (BMD) modeling was considered for each of these end points.  As discussed in
Appendix A, BMD modeling was not used to identify the point of departure due to incomplete reporting
of the data or because the models did not provide adequate fit.

Using a NOAEL/LOAEL approach, the NOAEL of 26 mg Al/kg/day identified in the Golub and
Germann (2001) study was selected as the point of departure for the MRL.  An MRL based on this
NOAEL should be protective for neurological effects, neurodevelopmental effects, and for delays in
maturation.  Dividing the NOAEL by an uncertainty factor of 100 (10 to account for the extrapolation
from mice to humans and 10 for human variability) and a modifying factor of 0.3 to account for possible
differences in the bioavailability of the aluminum lactate used in the Golub and Germann (2001) study
and the bioavailability of aluminum from drinking water and a typical U.S. diet results in an MRL of
1 mg Al/kg/day.  No studies were identified that estimated the bioavailability of aluminum lactate
following long-term dietary exposure; however, a bioavailability of 0.63% was estimated in rabbits
receiving a single dose of aluminum lactate (Yokel and McNamara 1988).  Yokel and McNamara (2001)
and Powell and Thompson (1993) suggest that the bioavailability of aluminum from the typical U.S. diet
was 0.1%; the bioavailability of aluminum from drinking water ranges from 0.07 to 0.39% (Hohl et al.
1994; Priest et al. 1998; Stauber et al. 1999; Steinhausen et al. 2004).  These data suggest that aluminum
lactate has a higher bioavailability than aluminum compounds typically found in drinking water or the
diet.

- An MRL of 1 mg Al/kg/day has been derived for chronic-duration oral exposure (365 days or
  longer) to aluminum.

A small number of animal studies examined the chronic toxicity of aluminum.  Schroeder and Mitchener
(1975a, 1975b) examined the systemic toxicity of aluminum following lifetime exposure of rats and mice
to very low doses of aluminum sulfate in the drinking water.  Although the levels of aluminum in the diet
were not reported, they are assumed to be low because the animals were fed a low-metal diet in metal-free
environmental conditions.  Studies conducted by Roig et al. (2006) and Golub et al. (2000) primarily

## 4.  CHEMICAL AND PHYSICAL INFORMATION

### 4.1   CHEMICAL IDENTITY

Aluminum is a naturally occurring element that appears in the second row of Group 13 (IIIA) of the periodic table (O'Neil et al. 2001).  Table 4-1 lists common synonyms and other pertinent identification information for aluminum and selected aluminum compounds.

### 4.2   PHYSICAL AND CHEMICAL PROPERTIES

Aluminum is a silvery-white, malleable, and ductile metal.  In moist air, a protective oxide coating of aluminum oxide is formed on its surface.  In compounds, aluminum typically occurs in its +3 oxidation state (Lide 2005; O'Neil et al. 2001).  Table 4-2 lists important physical and chemical properties of aluminum and selected aluminum compounds.

**Exhibit 356**

## 5.3   USE

In 2006, transportation accounted for an estimated 40% of domestic consumption of aluminum, predominantly as automotive applications, with the remainder used in packaging, 28%; building, 13%; consumer durables, 7%; electrical, 5%; and other, 7% (USGS 2007c).

Aluminum chloride, anhydrous form, is used as an acid catalyst (especially in Friedel-Crafts-type reactions), as a chemical intermediate for other aluminum compounds, in the cracking of petroleum, in the manufacture of rubbers and lubricants, and as an antiperspirant. The hexahydrate form is used in preserving wood, disinfecting stables and slaughterhouses, in deodorants and antiperspirants, in cosmetics as a topical astringent, in refining crude oil, dyeing fabrics, and manufacturing parchment paper (O'Neil et al. 2001).

Aluminum chlorohydrate is an ingredient in commercial antiperspirant and deodorant preparations and is also used for water purification and treatment of sewage and plant effluent (Lewis 2001)

Aluminum hydroxide (alumina trihydrate) is used as an adsorbent, emulsifier, ion-exchanger, mordant in dyeing, and filtering medium. It is also used in the manufacturing of glass, paper, ceramics and pottery, printing inks, lubricating compositions, detergents, in the waterproofing of fabrics, in antiperspirants, dentifrices, and as a vaccine adjuvant (Baylor et al. 2002; Lewis 2001; O'Neil et al. 2001). Aluminum hydroxide is used as a flame retardant in the interiors of automobiles, commercial upholstered furniture, draperies, wall coverings, and carpets (Subcommittee on Flame-Retardant Chemicals 2000). Aluminum hydroxide is used as an antacid (O'Neil et al. 2001). Finely divided (0.1–0.6 microns) aluminum hydroxide is used for rubber reinforcing agent, paper coating, filler, and cosmetics (Lewis 2001). Aluminum hydroxide is also used pharmaceutically, as an antihyperphosphatemic, to lower the plasma phosphorus levels of patients with renal failure (O'Neil et al. 2001).

Aluminum nitrate is used in textiles (mordant), leather tanning, the manufacturing of incandescent filaments, catalysts in petroleum refining, nucleonics, anticorrosion agent, nitrating agent, and antiperspirants (Lewis 2001; O'Neil et al. 2001).

In 2006, 96% of the bauxite consumed in the United States was refined to alumina (aluminum oxide), with the remaining 4% consumed in nonmetallurgical uses, such as abrasives, chemicals, and refactories. Of the total alumina used in the United States in 2006, approximately 87% was used for primary

**17**                                                                **Exhibit 356**

aluminum smelters and the remainder was used for nonmetallurgical uses, including abrasives, chemicals, refactories, and in specialty industries (USGS 2007a, 2007d).  Other uses of aluminum oxide are in the manufacture of ceramics, electrical insulators, catalyst and catalyst supports, paper, spark plugs, crucibles and laboratory works, adsorbent for gases and water vapors, chromatographic analysis, fluxes, light bulbs, artificial gems, heat resistant fibers, food additive (dispersing agent), and in hollow-fiber membrane units used in water desalination, industrial ultrafiltration, and hemodialysis (HSDB 2007; Lewis 2001).  Another application of aluminum oxide, which may have wide occupational use in the future, is as a dosimeter for measuring personnel radiation exposure (McKeever et al. 1995; Radiation Safety Guide 1999; Radiation Safety Newsletter 1998).

Aluminum phosphate is used in ceramics, dental cements, cosmetics, paints and varnishes, pharmaceuticals (antacid), and in paper and pulp industries (Lewis 2001; O'Neil et al. 2001).  It is also used as a vaccine adjuvant (Baylor et al. 2002; Malakoff 2000).  Aluminum phosphate, as basic sodium aluminum phosphate (SALP), is used as an emulsifying agent in pasteurized processed cheese, cheese food, and cheese spread.  Acidic SALP is used as a leavening agent in cereal foods and related products, such as self-rising flour, prepared cake mixes, pancakes, waffles, and refrigerated or frozen dough or batter products (Chung 1992; Saiyed and Yokel 2005).

Aluminum phosphide is a fumigant used primarily for indoor fumigation of raw agricultural commodities, animal feeds, processed food commodities, and non-food commodities in sealed containers or structures to control insects, and for outdoor fumigation of burrows to control rodents and moles in nondomestic areas, noncropland, and agricultural areas.  Aluminum phosphide reacts with the moisture in the atmosphere to produce phosphine gas, which is the substance that is active as a pesticide.  Based on available pesticide survey usage information for 1987–1996, the estimated annual usage of aluminum phosphide is about 1.6 million pounds active ingredient.  Major uses of aluminum phosphide include fumigation of wheat, peanuts, and stored corn.  It was noted that usage estimates for aluminum phosphide are not precise due to scarcity of usage data sources for postharvest agriculture and non-agriculture uses/sites.  All aluminum phosphide containing products have been classified as restricted use (EPA 1998).  According to the National Pesticide Information Retrieval System, there are five active registrants for aluminum phosphide (NPIRS 2008).

Aluminum sulfate (alum) is used in leather tanning, sizing paper, as a mordent in dyeing, water purification, fireproofing and waterproofing of cloth, clarifying oils and fats, treating sewage, waterproofing concrete, deodorizing and decolorizing of petroleum, antiperspirants, and agricultural

**Exhibit 356**

pesticide.  It is also used as a food additive, a foaming agent in fire foams, and in the manufacturing of
aluminum salts (Lewis 2001; O'Neil et al. 2001).  Aluminum sulfate, as sodium aluminum sulfate, is a
component of household baking powder (Chung 1992).  Alum is also used as a vaccine adjuvant (Baylor
et al. 2002; Malakoff 2000).  Aluminum potassium sulfate (potash alum) is used in dyeing (mordant),
paper, matches, paints, tanning agents, waterproofing agents, aluminum salts, food additives, baking
powder, water purification, astringent, and cement hardener (Lewis 2001).  Aluminum ammonium sulfate
(ammonium alum) is used in dyeing (mordant), water and sewage purification, sizing paper, retanning
leather, clarifying agent, food additive, the manufacture of lakes and pigments, and fur treatment (Lewis
2001).

Other aluminum compounds that are used as food additives include aluminum silicates (anticaking
agents) and aluminum color additives (lakes) (Saiyed and Yokel 2005; Soni et al. 2001).

## 5.4   DISPOSAL

Production of finished aluminum products by industrial facilities typically results in the generation of
very large amounts of solid aluminum hydroxide anodizing residues (Saunders 1988).  These aluminum-
anodizing residues are currently classified as nonhazardous under the Federal Resource Conservation and
Recovery Act (RCRA) regulations.  These residues are typically dewatered to reduce the volume of waste
prior to being landfilled.  However, the heavy metal content of these solid waste residues can be of
concern, especially in production processes using two-step anodizing systems that employ solutions
containing elevated heavy metal concentrations.  For these types of plants, Saunders (1988) has proposed
implementation of a caustic-etch recovery system that will limit both the volume of aluminum-anodizing
residue and the heavy metal content of the residue.  Additional information on regulations and standards
for aluminum and aluminum compounds is summarized in Chapter 8.

Approximately $24.7x10^6$ and $1.15x10^5$ pounds of aluminum (fume or dust) and aluminum oxide (fibrous
forms) were reported for on-site disposal and other releases in 2004.  On-site disposal or other releases
include emissions to the air, discharges to bodies of water, disposal at the facility to land, and disposal in
underground injection wells.  Approximately $23.7x10^6$ and $1.20x10^6$ pounds of aluminum (fume or dust)
and aluminum oxide (fibrous forms), respectively, were reported for off-site disposal and other releases in
2004.  An off-site disposal or other release is a discharge of a toxic chemical to the environment that
occurs as a result of a facility's transferring a waste containing a TRI chemical off-site for disposal or

Exhibit 356

other release (TRI04 2006).  The TRI data should be used with caution because only certain types of facilities are required to report (EPA 2005).  This is not an exhaustive list.

In the United States, about 3 million metric tons of aluminum was recovered from purchased scrap in 2006, with 64% of this coming from new (manufacturing) scrap and 36% from old scrap (discarded aluminum products).  Aluminum used beverage cans accounted for about 54% of the reported old scrap consumption in 2006.  According to the Aluminum Association, Inc., the recycling rate for used aluminum beverage cans in 2004 was 51.6% (USGS 2007b, 2007c).

**Exhibit 356**

# 6. POTENTIAL FOR HUMAN EXPOSURE

## 6.1   OVERVIEW

Aluminum has been identified in at least 596 of the 1,699 hazardous waste sites that have been proposed for inclusion on the EPA National Priorities List (NPL) (HazDat 2008).  However, the number of sites evaluated for aluminum is not known.  The frequency of these sites can be seen in Figure 6-1.  Of these sites, 590 are located within the United States, 2 are located in Guam, 3 are located in the Commonwealth of Puerto Rico, and 1 is located in the Virgin Islands (not shown).

Aluminum is the most abundant metal and the third most abundant element in the earth's crust, comprising about 8.8% by weight (88 g/kg).  It is never found free in nature and is found in most rocks, particularly igneous rocks as aluminosilicate minerals (Lide 2005; Staley and Haupin 1992).  Aluminum is also present in air, water, and many foods.  Aluminum enters environmental media naturally through the weathering of rocks and minerals.  Anthropogenic releases are in the form of air emissions, waste water effluents, and solid waste primarily associated with industrial processes, such as aluminum production.  Because of its prominence as a major constituent of the earth's crust, natural weathering processes far exceed the contribution of releases to air, water, and land associated with human activities (Lantzy and MacKenzie 1979).

The behavior of aluminum in the environment depends upon its coordination chemistry and the characteristics of the local environment, especially pH.  The major features of the biogeochemical cycle of aluminum include leaching of aluminum from geochemical formations and soil particulates to aqueous environments, adsorption onto soil or sediment particulates, and wet and dry deposition from the air to land and surface water.

Generally, aluminum is not bioaccumulated to a significant extent.  However, certain plants can accumulate high concentrations of aluminum.  For example, tea leaves may contain very high concentrations of aluminum, >5,000 mg/kg in old leaves (Dong et al. 1999).  Other plants that may contain high levels of aluminum include Lycopodium (Lycopodiaceae), a few ferns, Symplocos (Symplocaceae), and Orites (Proteaceae) (Jansen et al. 2002).  Aluminum does not appear to accumulate to any significant degree in cow's milk or beef tissue and is, therefore, not expected to undergo biomagnification in terrestrial food chains (DOE 1984).  Similarly, because of its toxicity to many aquatic organisms, including fish, aluminum does not bioconcentrate in aquatic organisms to any significant degree (Rosseland et al. 1990).

**Figure 6-1.  Frequency of NPL Sites with Aluminum Contamination**



Derived from HazDat 2008

Background concentrations of aluminum in rural air typically range from 0.005 to 0.18 $\mu g/m^3$ (Hoffman et al. 1969; Pötzl 1970; Sorenson et al. 1974), whereas concentrations in urban and industrial areas can be considerably higher, ranging from 0.4 to 8.0 $\mu g/m^3$ (Cooper et al. 1979; Dzubay 1980; Kowalczyk et al. 1982; Lewis and Macias 1980; Moyers et al. 1977; Ondov et al. 1982; Pillay and Thomas 1971; Sorenson et al. 1974; Stevens et al. 1978). Concentrations of aluminum are highly variable in drinking water, ranging from <0.001 to 1.029 mg/L (Schenk et al. 1989). The use of alum (aluminum sulfate) as a flocculent in water treatment facilities typically leads to high aluminum concentrations in finished waters (DOI 1970; Letterman and Driscoll 1988; Miller et al. 1984a). In a survey of 186 community water systems, the median aluminum concentration in finished water receiving coagulation treatment using alum was 0.112 mg/L, compared to 0.043 mg/L in finished water that received no coagulation treatment (Miller et al. 1984a). Dissolved aluminum concentrations in surface and groundwater vary with pH and the humic acid content of the water. High aluminum concentrations in natural water occur only when the pH is <5; therefore, concentrations in most surface water are very low.

Since aluminum is ubiquitous in the environment, the general population will be exposed to aluminum by the inhalation of ambient air and the ingestion of food and water. The consumption of foods containing aluminum-containing food additives are a major sources of aluminum in the diet (Saiyed and Yokel 2005; Soni et al. 2001). The use of other consumer items such as antiperspirants, cosmetics, internal analgesics (buffered aspirins), anti-ulcerative medications, antidiarrheals, and antacids that also contain aluminum compounds will result in exposure to aluminum. The intake of aluminum from food and drinking water is low, especially compared with that consumed by people taking aluminum-containing medicinal preparations. Daily intakes of aluminum from food range from 3.4 to 9 mg/day (Biego et al. 1998; MAFF 1999; Pennington and Schoen 1995), whereas aluminum-containing medications contain much higher levels of aluminum, for example 104–208 mg of aluminum per tablet/capsule/5 mL dose for many antacids (Zhou and Yokel 2005). While aluminum is naturally present in food and water, the greatest contribution to aluminum in food and water by far is the aluminum-containing additives used in water treatment and processing certain types of food such as grain-based products and processed cheese. Aluminum has no known physiological role in the human body (Nayak 2002).

The aluminum content of human breast milk generally ranged from 9.2 to 49 $\mu g/L$ (Fernandez-Lorenzo et al. 1999; Hawkins et al. 1994; Koo et al. 1988; Simmer et al. 1990; Weintraub et al. 1986). Soy-based infant formulas contain higher concentrations of aluminum, as compared to milk-based infant formulas or breast milk. Recent reports provide average aluminum concentrations of 460–930 $\mu g/L$ for soy-based

**Exhibit 356**

annual urinary aluminum level was 1.4 μmol/L (0.038 mg/L) and the range was 1.08–2.04 μmol/L
(0.029–0.055 mg/L) (Valkonen and Aitio 1997). The samples, collected as part of a routine occupational
health program, were collected after the weekend as a morning specimen. The mean urinary aluminum
concentration in 44 nonexposed persons, who did not use antacid preparations, was 0.33 μmol/L
(0.0089 mg/L), and the range and standard deviation were 0.07–0.82 μmol/L (0.002–0.022 mg/L) and
0.18 μmol/L (0.0022 mg/L), respectively. The mean serum aluminum concentration of 21 of these
nonexposed individuals was 0.06 μmol/L (0.0016 mg/L), and the range and standard deviation were 0.02–
0.13 μmol/L (0.0005–0.0035 mg/L) and 0.03 μmol/L (0.0008 mg/L), respectively. Drablos et al. (1992)
studied aluminum concentrations in workers at an aluminum fluoride plant. Mean aluminum
concentrations in urine were 0.011 mg/L (range, 0.002–0.046 mg/L) for 15 plant workers, 0.032 mg/L
(range, 0.006–0.136 mg/L) for 7 foundry workers, and 0.054 mg/L (range, 0.005–0.492 mg/L) for
12 potroom workers as compared to 0.005 mg/L (range, 0.001–0.037 mg/L) for 230 unexposed controls.
Mean aluminum concentrations were 5.06 and 3.74 μg/L in blood, and 6.56 and 6.35 μg/L in urine of
103 workers in the optoelectronic industry and 67 controls, respectively (Liao et al. 2004). Pre- and
postshift average aluminum concentrations in urine ranging from 0.13 to 0.153 mg/L were reported in
welders from the construction industry (Buchta et al. 2005). Aluminum concentrations in human breast
tissue and breast tissue fat of 4–437 nmol/g (0.1–12 μg/g) dry weight and 3–192 nmol/g oil (0.08–
5.18 μg/g oil), respectively, have been reported (Exley et al. 2007).

Nieboer et al. (1995) reported background concentrations of aluminum in bone of 1–3 μg/g dry weight.
Background aluminum concentrations in brain tissues (primarily grey matter) of healthy individuals
typically ranges from 1 to 3 μg/g dry weight or <0.5 μg/g wet weight (Nieboer et al. 1995). Markesbery
et al. (1984) determined trace element concentrations in various human brain regions in infants through
adults. Aluminum concentrations were shown to increase with increasing age. Mean aluminum
concentrations in adults were 0.467 μg/g wet weight, as compared to 0.298 μg/g wet weight in infants.
Overall aluminum concentrations ranged from ≤0.050 to 3.05 μg/g, with the highest mean aluminum
concentrations in the globus pallius (0.893 μg/g) and the lowest in the superior parietal lobule
(0.282 μg/g).

Metal concentrations were determined in spermatozoa and seminal plasma from men working in two
industrial companies, a refinery and a polyolefin factory, 40 km east of Helsinki, Finland, and from sperm
bank donor candidates from Helsinki, Finland in 1994. Aluminum concentrations in the factory
employees were 0.93 and 0.54 mg/kg in spermatozoa and seminal plasma, respectively, and were
2.52 and 0.87 mg/kg in spermatozoa and seminal plasma, respectively, in the donor candidates. The

**Exhibit 356**

# EXHIBIT 357

comment on the direct final rule. FDA stated that the effective date of the direct final rule would be December 8, 2003, and, if the agency received no significant adverse comments, it would publish a notice of confirmation of the effective date no later than June 11, 2003. FDA received no significant adverse comments within the comment period. Therefore, FDA is confirming that the effective date of the direct final rule is December 8, 2003. As noted in the direct final rule, FDA is publishing this confirmation document 180 days before the effective date to permit affected firms adequate time to take appropriate steps to bring their bottled water products into compliance with the quality standard imposed by the new rule.

Dated: June 2, 2003.

**Jeffrey Shuren,**

*Assistant Commissioner for Policy.*

[FR Doc. 03–14477 Filed 6–6–03; 8:45 am]

**BILLING CODE 4164–01–S**

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Food and Drug Administration

### 21 CFR Parts 310, 350, and 369

[Docket No. 78N–0064]

RIN 0910–AA01

### Antiperspirant Drug Products For Over-the-Counter Human Use; Final Monograph

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Final rule.

**SUMMARY:** The Food and Drug Administration (FDA) is issuing a final rule in the form of a final monograph establishing conditions under which over-the-counter (OTC) antiperspirant drug products are generally recognized as safe and effective and not misbranded as part of FDA's ongoing review of OTC drug products. FDA is issuing this final rule after considering public comments on its proposed regulation, issued as a tentative final monograph (TFM), and all new data and information on antiperspirant drug products that have come to the agency's attention.

**DATES:** *Effective Date:* This rule is effective December 9, 2004.

*Compliance Dates:* The compliance date for products with annual sales less than $25,000 is June 9, 2005. The compliance date for all other products is December 9, 2004.

**FOR FURTHER INFORMATION CONTACT:**
Gerald M. Rachanow, Center for Drug

Evaluation and Research (HFD–560), Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857, 301–827–2307.

**SUPPLEMENTARY INFORMATION:**

**Table of Contents**

I. Background
II. The Agency's Conclusions on the Comments
  A. General Comments on OTC Antiperspirant Drug Products
  B. General Comments on Labeling of OTC Antiperspirant Drug Products
  C. Comments on Category III Effectiveness Testing
  D. Comments on Testing Guidelines
  E. Comments on Antiperspirant Active Ingredients
  F. Comments on the Safety of Aluminum Ingredients
III. Agency Changes
IV. Summary of Changes From the Proposed Rule
V. The Agency's Final Conclusions
VI. Analysis of Impacts
VII. Paperwork Reduction Act of 1995
VIII. Environmental Impact
IX. Federalism
X. Section 369.20 Revision
Monograph (Part 350)

## I. Background

In the **Federal Register** of October 10, 1978 (43 FR 46694), FDA published an advance notice of proposed rulemaking to establish a monograph for OTC antiperspirant drug products, together with the recommendations of the Advisory Review Panel on OTC Antiperspirant Drug Products (the Panel), which evaluated the data on these products. The agency's proposed regulation (TFM) for OTC antiperspirant drug products was published in the **Federal Register** of August 20, 1982 (47 FR 36492).

In the **Federal Register** of November 7, 1990 (55 FR 46914), the agency issued a final rule establishing that certain active ingredients in OTC drug products are not generally recognized as safe and effective and are misbranded. These ingredients included seven antiperspirant ingredients, which are included in § 310.545(a)(4) (21 CFR 310.545(a)(4)). In this rulemaking, the agency is adding one additional ingredient to this section. (See section III.1 of this document.)

In the **Federal Register** of March 23, 1993 (58 FR 15452), the agency requested public comment on two citizen petitions, and a response to one of the petitions, related to the safety of aluminum compounds in OTC antiperspirant drug products. This final monograph completes the TFM and

provides the substantive response to the citizen petitions.

Twenty-four months after the date of publication in the **Federal Register**, for products with annual sales less than $25,000, and 18 months after the date of publication in the **Federal Register**, for all other products, no OTC drug product that is subject to this final rule and that contains a nonmonograph condition may be initially introduced or initially delivered for introduction into interstate commerce unless it is the subject of an approved new drug application (NDA) or abbreviated new drug application. Further, any OTC drug product subject to this final monograph that is repackaged or relabeled after the compliance dates of the final rule must be in compliance with the monograph regardless of the date the product was initially introduced or initially delivered for introduction into interstate commerce. Manufacturers are encouraged to comply voluntarily as soon as possible.

In response to the TFM on OTC antiperspirant drug products and the request for comment on the citizen petitions, the agency received 20 comments. One manufacturer requested an oral hearing before the Commissioner of Food and Drugs on six different issues. Copies of the information considered by the Panel, the comments, and the hearing request are on public display in the Dockets Management Branch (HFA–305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061, Rockville, MD 20852. "OTC Volumes" cited in this document refer to information on public display.

The agency received some "feedback" communications under the OTC drug review procedures (see the **Federal Registers** of September 29, 1981 (46 FR 47740) and April 1, 1983 (48 FR 14050)). The agency has included these communications in the administrative record and addressed them in this document.

The safety issues raised by the citizen petitions are discussed in section II.F of this document. The agency believes it has adequately responded to the six issues related to the hearing request; therefore, a hearing is not necessary.

## II. The Agency's Conclusions on the Comments

### A. General Comments on OTC Antiperspirant Drug Products

(Comment 1) One comment requested that FDA reconsider its position that OTC drug monographs are substantive, as opposed to interpretive, regulations.

The agency addressed this issue and reaffirms its conclusions as stated in

**Exhibit 357**

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 137 of 421

paragraphs 85 through 91 of the preamble to the procedures for classification of OTC drug products (May 11, 1972, 37 FR 9464 at 9471 to 9472) and in paragraph 1 of the preamble to the TFM in the present proceeding (47 FR 36492 at 36493).

(Comment 2) Three comments disagreed with the agency's proposed definition of an antiperspirant: "A drug product that, when applied topically to the underarm, will reduce the production of perspiration (sweat) at that site," (47 FR 36492 at 36503). One comment contended it was unduly restrictive and unnecessary to limit use only in the underarm area because it is not the only area of the body upon which these products could potentially be applied. The comment asked the agency to modify the definition to parallel the pharmacologic activity of the active ingredients and suggested: "A drug product that, when applied topically, will reduce the production of perspiration (sweat) at that site."

A second comment stated that the definition limiting use to the underarm only would adversely affect its products labeled for use on the hands and for use with orthotic and prosthetic appliances (to keep appliance-skin contact areas dry). Noting that the agency and the Panel recognized the similarities and differences between axillary and foot perspiration, a third comment stated that ingredients effective in the underarm area are probably effective to control foot perspiration.

The agency agrees with the first comment that it is not necessary to specify the area of use on the body in the definition of an antiperspirant because that information is included in the product's labeling. Accordingly, the agency is deleting the phrase "to the underarm" from the definition of an antiperspirant in § 350.3 (21 CFR 350.3) of this final monograph to read: "Antiperspirant. A drug product applied topically that reduces the production of perspiration (sweat) at that site." The use of an antiperspirant on other areas of the body, as mentioned by the second and third comments, is discussed in section II.A, comment no. 4 and section II.C, comment 14 of this document.

(Comment 3) One comment stated that the TFM for OTC antiperspirant drug products was substantively and procedurally defective because it failed to address adequately the Panel's Category III recommendations concerning "enhanced duration of effect" and "problem perspiration" and failed to state what testing was required to substantiate these claims. The comment requested that FDA issue a

new or amended TFM to address these issues.

The agency has determined that there is no need to withdraw, amend, or initiate a new TFM. Since the Panel's report was published in 1978, the procedural regulations for the OTC drug review were revised to comply with the Court ruling in *Cutler* v. *Kennedy*, 475 F. Supp. 838 (D.D.C. 1979). The revised regulations (46 FR 47730, September 29, 1981) provide that TFMs and final monographs will no longer contain recommended testing guidelines. The agency is not required by statute or regulation to include testing guidelines as part of OTC panel reports or TFMs. The agency stated in proposed § 350.60 of the TFM (47 FR 36492 at 36504) and states in § 350.60 of this final monograph (21 CFR 350.60) that "To assure the effectiveness of an antiperspirant, the Food and Drug Administration is providing guidelines that manufacturers may (emphasis added) use in testing for effectiveness."

The "enhanced duration of effect" and the "problem perspiration" issues are discussed in section II.C, comments 10 and 12 of this document. Extended duration of effect claims have been placed in Category I based on data submitted by other comments (see also comment 12). The agency has determined that claims for problem perspiration are outside the scope of this monograph because no data were submitted to support such claims (see also comment 10).

(Comment 4) One comment contended that the proposed monograph would have a disastrous economic effect on its company, which markets an antiperspirant product first formulated in 1902 and labeled for excessive perspiration, including keeping the hands free of perspiration (labeled for use on the hands for tennis, racquetball, bowling, football, and other sporting uses), and marketed for prosthesis and orthotic use (for amputees to keep their appliance contact areas dry).

To qualify for exemption from the "new drug" definition under the 1938 grandfather clause of the act, the drug product must have been subject to the Food and Drug Act of 1906, prior to June 25, 1938, and at such time its labeling must have contained the same representations concerning the conditions of its use (21 U.S.C. 321(p)(1)). Under the 1962 grandfather clause of the act, a drug product which on October 9, 1962 was: (1) Commercially used or sold in the United States; (2) not a "new drug" as defined in the 1938 act; and (3) not covered by an effective NDA under the 1938 act, would not be subject to the

added requirement of effectiveness "when intended solely for use under conditions prescribed, recommended, or suggested in labeling with respect to such drug on that day." (Public Law 87–781, section 107(c)(4), 76 Stat. 788, note following 21 U.S.C. 321).

The person seeking to show that a drug comes within a grandfather exemption must prove every essential fact necessary for invocation of the exemption. See *United States* v. *An Article of Drug * * * "Bentex Ulcerine,"* 469 F.2d 875, 878 (5th Cir. 1972), *cert. denied*, 412 U.S. 938 (1973). Furthermore, the grandfather clause will be strictly construed against one who invokes it. See *id.*; *United States* v. *Allan Drug Corp.*, 357 F.2d 713, 718 (10th Cir.), *cert. denied*, 385 U.S. 899 (1966). A change in composition or labeling precludes the applicability of the grandfather exemption. See *USV Pharmaceutical Corp.* v. *Weinberger*, 412 U.S. 655, 663 (1973).

Although the comment stated that its drug products have been marketed since 1902 with hand perspiration labeling claims, no evidence was submitted to show that the labeling and composition of the products have remained unchanged since either 1938 or 1962, so that they qualify as grandfathered products. The agency requested product labeling from these years on several occasions (Refs. 1, 2, and 3), but none was ever provided. Without such evidence, the products do not qualify for either grandfather exemption. The burden of proof with respect to the grandfather exemption is not on FDA, but on the person seeking the exemption. See *An Article of Drug * * * "Bentex Ulcerine,"* *supra*.

The 1938 and 1962 grandfather clauses apply only to the new drug provisions of the act (see 21 CFR 314.200(e)) and not to the adulteration and misbranding provisions. The OTC drug review was designed to implement both the misbranding and the new drug provisions of the act. (See § 330.10 (21 CFR 330.10), 37 FR 9464 at 9466.) The grandfather clauses do not preclude the agency from reviewing any currently marketed OTC drug product, regardless of whether it has grandfather protection from the new drug provisions, in order to ensure that it is not misbranded.

Although the comment claimed this final rule would have a disastrous economic effect on its company if antiperspirants can be labeled only for underarm use, it provided no documentation about this impact. The agency notes that while the company's products would need to be relabeled to bear different indications, as long as the monograph conditions are met, the

**Exhibit 357**

products could remain in the marketplace after relabeling occurred. The economic impact of this final rule is discussed in section VI of this document.

*B. General Comments on Labeling of OTC Antiperspirant Drug Products*

(Comment 5) Several comments contended that FDA should not incorporate the "exclusivity policy" in the final monograph by prescribing specific labeling terminology to the exclusion of other truthful nonmisleading language.

After these comments were submitted, in the **Federal Registers** of May 1, 1986 (51 FR 16258) and March 17, 1999 (64 FR 13254), the agency published final rules changing its labeling policy for stating the indications for use of OTC drug products. Under § 330.1(c)(2) (21 CFR 330.1(c)(2)), the agency provides options for labeling OTC drug products. The final monograph in this document is subject to the labeling provisions in § 330.1(c)(2). In addition, the monograph labeling follows the format and content requirements of § 201.66 (21 CFR 201.66).

(Comment 6) One comment objected to limiting the terms proposed in § 350.50(b)(1), (b)(2), and (b)(3) to "reduces," "decreases," "diminishes," and "lessens." The comment stated that "lower" and "mitigate" are synonyms for "reduce" and other words and phrases state, truthfully and accurately, the effect of antiperspirants.

Several comments disagreed with the agency that words such as "stop," "check," "halt," "end," "eliminate," and "protect" should not be used in the labeling of antiperspirant drug products, even if preceded by the word "helps," because these words imply the ability to stop underarm perspiration totally and would therefore mislead the consumer about the effectiveness of antiperspirant drug products. The comments mentioned the minority Panel position that "The Panel did not see scientific data to indicate that a consumer can differentiate between such words as 'halts,' 'checks,' 'stops,' and 'ends,' as disallowable words versus 'diminishes' and 'reduces' as allowable words," (43 FR 46694 at 46725). One comment agreed with the minority because a review of the entire record of this proceeding found no studies or data to support a decision to disallow "protects," "halts," "checks," and "stops." Another comment requested a hearing on this issue.

One comment disagreed with the Panel's Category II status for the following labeling claims (43 FR 46694 at 46724): "Dry," "dry formula," "super

dry," "helps stop wetness," "completely guards your family," "helps stop embarrassing perspiration wetness," "complete protection," "really helps keep you dry," and "gentle enough for sensitive areas of the body." The comment asked the agency to allow these claims in the final monograph.

The agency has re-evaluated these claims in light of the comments' arguments and its current policy to provide consumer friendly OTC drug product labeling. The agency is deleting one previously proposed word ("diminishes") and adding some more consumer-friendly words ("sweat" and "sweating") to antiperspirant product labeling.

The agency proposed the word "diminishes" in § 350.50(b) as one of the optional terms that could be used as the first word of the indications statement. While the word "diminish" means to "reduce," the agency does not consider it as consumer-friendly as the other optional words "reduces," "decreases," or "lessens." Therefore, the agency is not including "diminishes" in § 350.50(b) of this final monograph as an FDA-approved term. The agency rejected the words "mitigate" and "lower" in the TFM (comment 14, 47 FR 36492 at 36496 to 36497). The agency's position has not changed. While the terms "mitigate," "lower," and "diminishes" are not in the monograph and the agency does not favor their use, manufacturers may use these terms, or other words or phrases that truthfully and accurately express a similar meaning, under the flexible labeling policy in § 330.1(c)(2).

The agency is not changing its position on the use of the word "helps" in conjunction with the words "stop," "halt," "check," "end," and "eliminate." In the TFM (comment 14), the agency stated that these words imply the ability to stop underarm perspiration totally and would therefore mislead consumers about antiperspirant effectiveness. Although neither the Panel nor the agency had any consumer comprehension studies to support a decision to disallow this information, the comments also did not provide any data to support these terms. The agency would consider these terms if data are provided to show that consumers would not be misled about the effect of antiperspirant drug products. The agency is not including "helps protect" before "underarm dampness," "underarm perspiration," or "underarm wetness," because the language is not clear and could confuse consumers.

The agency is not including any "dry" or similar claims ("dry," "dry formula," "super dry," "really helps keep you

dry") in this final monograph because no criteria have been established to define "dry." Thus, what may be "dry" for one manufacturer's product may not be "dry" for another manufacturer's product. The agency would consider including "dry" claims in the monograph if appropriate criteria for such claims are developed.

The agency is not including claims such as "complete protection" or "completely guards your family" in the monograph because there is no evidence that antiperspirant drug products provide "complete" protection. The agency is not including the claim "gentle enough for sensitive areas of the body" because the words "sensitive areas" may imply that the product can be used on other body areas in addition to the underarm. The agency is not including the claim "helps stop embarrassing perspiration wetness" because what is "embarrassing" or "problem" perspiration for one individual may not be "embarrassing" or a "problem" for others. (See section II.C, comment 10 of this document.)

The agency is not including both "perspiration" and "wetness" in the same claim because it considers the duplicative wording unnecessary. The currently allowed claims are "* * * underarm wetness" or "* * * underarm perspiration." The agency would have no objection to "* * * underarm perspiration wetness," but such would have to be done under the flexible labeling provisions of § 330.1(c)(2). The agency is adding the words "sweat" and "sweating" in § 350.50(b) as other ways to describe "wetness" and "perspiration," because consumers regularly use these terms to describe perspiration. Based on the previous discussion, the agency concludes that a hearing is not warranted on these issues.

(Comment 7) Three comments requested that OTC antiperspirant drug products be exempted from the keep out of reach of children and accidental ingestion warnings in § 330.1(g) because these products are not toxic by oral ingestion. One comment noted only one reported ingestion in 30 years of marketing antiperspirant products. Another comment stated that aerosols, in particular, should be exempt from the ingestion warning due to the characteristics of the delivery system and the warnings already required for aerosols pressurized by gaseous propellants under § 369.21 (21 CFR 369.21).

Although the comments did not submit any data to show that antiperspirant drug products are safe if ingested, the agency believes these products should not be toxic by oral

**Exhibit 357**

ingestion for most individuals. However, individuals with renal dysfunction or immature renal function (i.e., infants) are at a higher risk from any exposure to aluminum. Further, ingestion of the various inactive ingredients present in these products may make young children ill or cause other undesirable consequences. Without adequate proof of safety if accidental ingestion were to occur, the agency has no basis to exempt OTC antiperspirant drug products from the accidental ingestion warning.

Although aerosol antiperspirant drug products are unlikely to be accidentally ingested by most consumers, the agency notes that the product containers are similar to those used for some food products. Spraying an aerosol into the mouth and ingesting it could be more hazardous than ingesting other dosage forms of the product because of the aerosol propellants. The warnings required under § 369.21, for those drugs in dispensers pressurized by gaseous propellants, are not related to ingestion, but state the following: ''Avoid spraying in the eyes. Do not puncture or incinerate. Do not store at temperatures above 120 °F. Keep out of reach of children.'' The agency does not consider these warnings a basis to exempt aerosol antiperspirants from the accidental ingestion warning required by § 330.1(g) for topical drug products. The last statement of the warning required by § 369.21 and the first warning required by § 330.1(g) (i.e., ''Keep out of reach of children.'') are identical as of March 17, 1999 (64 FR 13254 at 13294). Section 350.50(c)(4)(ii)) of the final monograph requires aerosol antiperspirant drug products to bear the language in § 369.21. These products do not have to repeat the first general warning required by § 330.1(g) but need to have the accidental ingestion warning required by § 330.1(g).

(Comment 8) Two comments objected to the proposed warning in § 350.50(c) for aerosol antiperspirants, which states: ''Avoid excessive inhalation.'' The comments argued that the warning duplicates and gives less information than the current warning required for aerosol drug products under § 369.21.

Section 369.21 requires the following warning statement for a drug packaged in a self-pressurized container in which the propellant consists in whole or in part of a halocarbon or hydrocarbon: ''Use only as directed. Intentional misuse by deliberately concentrating and inhaling the contents can be harmful or fatal.'' The agency does not consider this warning (which addresses deliberate misuse) as being the same as a general statement warning people to

avoid excessive inhalation. There are many people who would not deliberately misuse the product who should be alerted to keep away from their face and mouth and to avoid excessive inhalation. The warning appears in the final monograph in more consumer friendly language and in the new labeling format as follows: ''When using this product [bullet] keep away from face and mouth and to avoid breathing it.'' (See § 201.66(b)(4) for description of a ''bullet.'')

## C. Comments on Category III Effectiveness Testing

(Comment 9) Several comments objected to user perception testing to substantiate Category III effectiveness claims. (See comment 24, 47 FR 36492 at 36499.) The comments contended that the user perception test is not reliably indicative of product effectiveness and offers at best a crude index of activity that is difficult to employ for precise qualitative and quantitative evaluations. The comments considered objective gravimetric sweat collection procedures more reliable than user perception testing to assess antiperspirant activity levels and requested that user perception testing be deleted. Three comments submitted data on user perception testing of Category III claims, including extra effective, 24-hour duration, emotional sweating, and foot perspiration (see section II.C, comments 11 through 14 of this document).

The agency has determined that user-perception test data support emotional sweating, 24-hour protection, and extra effective claims. Accordingly, the agency concludes that there are sufficient data on user perception tests (including both user and independent observer perception tests) for use of antiperspirants for the underarm. No further user perception tests are necessary if an underarm antiperspirant shows at least 20 percent sweat reduction by gravimetric tests for emotional sweating and 24-hour protection claims or 30 percent sweat reduction for extra effective claims. Adequate user perception tests have not been conducted for parts of the body other than the underarms, such as the hands or feet. The agency will still require user perception and other effectiveness data to support use of antiperspirants on the hands and feet (see section II.A, comment 4 and section II.C, comment 14 of this document).

(Comment 10) Several comments objected to the Category III status of the claims ''problem perspiration'' and ''especially troublesome perspiration.'' One comment contended these claims

are not inherently misleading or untruthful and mean people who do not perspire heavily may, at times, consider themselves to have ''problem'' or ''troublesome'' perspiration.

Other comments objected to the agency's definition of problem perspiration as affecting the upper 5 percent of perspirers, contending that a more realistic approach would be to let consumers define the meaning of these words by running efficacy studies on people who identify themselves as having problem or especially troublesome perspiration. One comment objected to the economic consequences of testing the top 5 percent of the population to establish a ''problem perspiration'' claim, because this could raise the price for one efficacy evaluation from the current $5,000 to $10,000 up to $200,000. The comment requested a hearing on this issue if FDA did not revise its approach.

No data were submitted to the agency to show that any OTC antiperspirant drug product is effective in reducing ''problem'' or ''especially troublesome'' perspiration. The agency is not aware of any products that currently qualify as effective for those conditions. If products are found to be effective in the future, the agency will include a definition and labeling for ''problem'' or ''especially troublesome'' perspiration in the monograph. The agency proposed in the tentative final monograph that a 30 percent reduction in sweat production in the upper 5 percent of perspirers is necessary for a ''problem perspiration claim'' (47 FR 36492 at 36500). As discussed in section II.C, comment 9 of this document, gravimetric testing is sufficient to prove these claims. The agency would find acceptable an antiperspirant effectiveness study on a population of individuals who perceive themselves to have ''problem perspiration,'' as one comment suggested. Based on changes in the testing to support these claims, the agency concludes that a hearing is not needed.

(Comment 11) Several comments objected to the agency's proposed Category II classification of the claims ''extra strength,'' ''extra effective,'' or any other comparative effectiveness claims (see comment 19, 47 FR 36492 at 36498). The comments argued that if manufacturers can demonstrate by appropriate testing and methods of statistical analysis that one product is more effective than another, they should be permitted to so inform consumers. The comments noted that the agency had approved an NDA for an acetaminophen ''extra strength'' product and allowed sunscreen products to label

**Exhibit 357**

their degree of effectiveness. One comment requested a hearing on this subject.

To prove the validity of comparative claims, two comments submitted both gravimetric and perceptual data (Refs. 4 and 5). Another comment submitted gravimetric data only (Refs. 6 and 7) and stated that one study showed that a 10 percent difference in antiperspirant effectiveness can be measured with currently marketed antiperspirant products. This comment stated that adequate data (Ref. 8) had been submitted to the Panel (43 FR 46694 at 46715) to show that as differences in antiperspirant performance levels increase, larger numbers of consumers perceive the difference. These data included a chart plotting differences in sweat reduction against the percentage of subjects who noted variations in axillary wetness. The chart shows that at 20 percent sweat reduction, approximately 45 to 50 percent of the subjects noticed a difference; at 35 percent sweat reduction, approximately 60 percent noticed a difference; and at 50 percent sweat reduction, approximately 75 percent noticed a difference. The comment contended that this study confirmed the Panel's determination that the user can perceive a shift of at least 10 percent in antiperspirant effectiveness and that a product providing a 30 percent or greater sweat reduction is perceived as more effective than a standard antiperspirant. The comments requested monograph status for "extra strength" and "extra effective" claims, as qualified by gravimetric studies.

The agency has determined that some of the studies (Ref. 4) meet the Panel's "guidelines for user perception test to be done for claims of 'extra-effective' to be classified as Category I" (43 FR 46694 at 46730). In these studies, two solid stick antiperspirant products (containing either 10 percent or 25 percent aluminum chlorohydrate) were compared by both a gravimetric and a user perception test. In the gravimetric test, 91 female subjects used the 10-percent product, and 88 used the 25-percent product. A 17-day conditioning period with no antiperspirant use was followed by four daily applications of one of the products to a randomly selected axilla (armpit or underarm). The opposite axilla received no treatment and served as the control. Baseline sweat production was determined the first day of the test. On days two and three, the antiperspirant was applied and 1 hour later a sweat production sample was collected. On day five, 24 hours after the fourth application, a sweat production sample

was collected. Both the 10- and 25-percent products were more effective than the no treatment control for all time periods according to the statistical methods (Wilcoxon signed rank test) in the agency's guidelines for effectiveness testing of OTC antiperspirant drug products (Ref. 9). Evaluation of the Z values for the two 1-hour test days and the 24-hour test day showed that both products were statistically (Wilcoxon test) at least 20 percent better than the control axilla for all time periods (p < 0.001 for all three cases). Thus, both products met the requirements for standard effectiveness, i.e., a minimum of 20-percent reduction in underarm perspiration. Applying the same statistical methods to a 30-percent reduction in underarm perspiration on the last 24-hour data showed that the 25-percent product was more effective than no treatment (p < 0.001) and, thus, met one of the extra effective criteria.

The same study design was used in the user perception test except that the subjects applied the 10-percent product under one axilla and the 25-percent product under the other axilla. On day five, 24 hours after the fourth application, the 100 female subjects were asked "Under which arm do you feel drier?" All subjects had a preference: 33 favored the 10-percent product and 67 favored the 25-percent product. A statistically significant number of the subjects were able to perceive that the 25-percent product was more effective than the 10-percent product (p = 0.0005 one-sided). This result exceeded the Panel's requirement that 58 out of 100 subjects have a preference for the test antiperspirant (43 FR 46694 at 46731). Thus, these studies showed that the 25-percent aluminum chlorohydrate met the Panel's criteria (gravimetric measurements and user perception) for an extra effective claim.

The agency has determined that the studies indicate that gravimetric testing shows an adequate difference between a standard antiperspirant (with a 20-percent reduction in sweat) and an antiperspirant with at least a 30-percent reduction in sweat, as required by the Panel, to support an "extra effective" claim. The agency stated in the tentative final monograph (47 FR 36492 at 36499) that once the level of activity that is perceivable by users has been established using the Panel's recommended guidelines, it will not be necessary to perform user perception testing on individual products. Accordingly, the agency concludes that no further user perception testing is necessary for an "extra effective" claim, which is being included in the monograph for those antiperspirant

products that reduce underarm perspiration by 30 percent or more using the guidelines for effectiveness testing of antiperspirant drug products referred to in § 350.60.

The Panel placed "extra-strength" claims in Category II because it concluded that "the presence of more active ingredient in an antiperspirant product cannot be used as a basis for a claim of added effectiveness because additional amounts of antiperspirant active ingredient do not necessarily result in improved product effectiveness" (43 FR 46694 at 46724). The Panel also stated that "the term 'extra-strength' normally refers to increased concentration of the active ingredient which would normally mean added effectiveness." Several comments agreed that more active ingredient may not yield more effectiveness. Thus, a product containing 20 percent of an active ingredient (compared to 15 percent) that did not provide 30 percent or more sweat reduction could not claim "extra strength" or "extra effective."

The agency does not believe that for antiperspirants the claim "extra strength" is as informative to consumers as the claim "extra effective." The agency considers "extra effective" to be the key information that consumers want to know to select an appropriate antiperspirant product. The agency is including this new labeling claim in § 350.50(b)(4) of this final monograph. Based on this discussion, the agency concludes that a hearing is not needed on this subject.

(Comment 12) Several comments objected to the Panel's Category III classification of claims for enhanced duration of effect, such as "24-hour protection," "one spray keeps you comfortably dry all day," "prolonged protection," etc. (43 FR 46694 at 46728). One comment stated that if an antiperspirant product can be shown to provide the required 20-percent reduction in perspiration under hotroom conditions for 24, 48, etc. hours after application, then duration claims have been substantiated.

Three manufacturers submitted gravimetric studies (Refs. 4, 7, 10, and 11) that used a hotroom to induce sweating and measured sweat collected in cotton pads twice over a 24-hour period. The tested ingredients showed a 20-percent or more reduction in sweat production for both collection times, which the comments contended satisfied enhanced duration claims such as "24 hour protection" and "all day protection." One comment added that its data (Ref. 11) support a variety of product forms (cream, roll-on, solid

stick) and, thus, the enhanced duration effect is not limited to product form.

The agency has determined that the data support a claim of enhanced duration for 24 hours according to the Panel's criteria. The protocols in seven of the studies (Refs. 7 and 10) varied only slightly from the Panel's recommended protocol. Subjects in one study abstained from antiperspirant use for 2 weeks prior to the study. Subjects in the other six studies stopped using antiperspirants 4 weeks prior to the studies. The subjects were pretreated with an antiperspirant for the 5 days prior to beginning sweat collection procedures. Sweat was collected 4 and 24 hours following the last antiperspirant application. Five studies included untreated axilla controls, and two studies included placebo controls. One product was tested in two different studies (one with a placebo and one without), and the results were virtually identical. The tests supported enhanced duration efficacy of 20 percent sweat reduction over the 24-hour period for aluminum zirconium tetrachloride (15.5 percent roll-on and 18.2 percent stick), zirconium tetrachloride (20 percent roll-on), aluminum chlorohydrate (6.8 percent aerosol), and aluminum chloride (20 percent solution).

Other data (Ref. 4) also supported enhanced duration of effectiveness for antiperspirant solid sticks containing 10 and 25 percent aluminum chlorohydrate. Subjects, who abstained from antiperspirant use for 17 days prior to the study, were pretreated with an antiperspirant for the 3 days prior to sweat collection, 1 and 24 hours after the last antiperspirant application. Standard hotroom and sweat collection procedures were used. Over the 24-hour period, both 10 percent and 25 percent aluminum chlorohydrate sticks reduced sweat production in the treated axilla by 20 percent compared to the untreated axilla. The 25-percent aluminum chlorohydrate product also showed a 30-percent reduction in sweat production.

Six other studies (Ref. 11) support enhanced duration claims. Most products showed a 20-percent reduction in sweat production compared to an untreated axilla for both the 4- and 24-hour evaluation periods, with several products showing a 30-percent sweat reduction. However, the studies did not identify the antiperspirant active ingredients.

The agency is including the following enhanced duration claims in § 350.50(b)(3) of this final monograph: ''all day protection,'' ''lasts all day,'' ''lasts 24 hours,'' or ''24 hour protection.'' In order to make such a

claim, an antiperspirant product must reduce sweat production by at least 20 percent over a 24-hour period after application using the guidelines for effectiveness testing referred to in § 350.60. Antiperspirant products that meet the extra effective criteria (see section II.C, comment 11 of this document) over a 24-hour period can be labeled with both extra effective and enhanced duration claims (e.g., ''24 hour extra effective protection,'' ''all day extra effective protection,'' ''extra effective protection lasts all day,'' etc.). Claims of enhanced duration for more than 24 hours are nonmonograph because the agency has not received any data to demonstrate antiperspirant effectiveness for more than 24 hours according to the Panel's criteria.

(Comment 13) Several comments objected to the Panel's Category III classification of claims for control of emotional sweating, e.g., induced by tension or stress (43 FR 46694 at 46728). The comments contended that a product's antiperspirant activity is the same whether the sweat is due to thermal conditions or emotional factors. Some comments disagreed with the need for additional testing, especially consumer perception testing, to establish these claims. One comment requested a hearing.

One comment submitted clinical data (Refs. 7 and 12) which it contended showed: (1) There is a valid scientific protocol that combines a gravimetric sweat test with a word-quiz stress test to measure reduction in emotionally-induced sweat; (2) an antiperspirant is not washed from the axillae during controlled emotional stressing, and excessive sweat does not diminish antiperspirant effectiveness; (3) an antiperspirant effective in reducing thermally-induced sweat is effective in reducing emotionally-induced sweat also; and (4) an antiperspirant that reduces emotionally-induced sweat by 20 percent or more meets the standard for antiperspirant effectiveness for which user perception and benefit has already been accepted and, thus, there is no need for additional user perception testing. The studies included aerosol, roll-on, and stick products containing aluminum chlorohydrate or aluminum zirconium tetrachlorohydrate, the major antiperspirant active ingredients.

The agency has determined that gravimetric sweat tests combined with mental stress tests support an emotionally-induced sweating claim. The data included 12 studies with the same design of 5 days each on panels of approximately 25 female subjects: Pretest-abstention from all

antiperspirants for at least 4 weeks prior to the study; day one—pretreatment control sweat collection under no stress; day two—pretreatment control sweat collection under emotional stressing; days two through five—apply test product; and days four and five—posttreatment sweat collection under emotional stressing. Subjects applied the antiperspirant test formulation to one axilla and used either a comparative formulation, a control placebo formulation, or no treatment on the opposite axilla. A control emotional challenge test, which lasted for about 60 minutes, was done on day two and an emotional challenge test was done on days four and five of the study.

Emotional sweating was induced by having subjects do a word definition test conducted by a moderator experienced at insuring optimum stress. The subjects received monetary rewards for a correct definition, but forfeited some of their rewards for incorrect or untimely definitions. Subjects had a 5-second time limit to begin a response and a 15-second maximum time to give the actual word definition. After 60 minutes, sweat was measured gravimetrically from the preweighed absorbent pads. Standard sweat collection and statistical evaluation procedures were used. The median sweat output for the 12 studies was 1,257 milligrams (mg) for the pretreatment control under emotional stressing compared to 415 mg for the pretreatment control under no stress. This word definition test effectively elicited a sweat response.

In the 12 studies using the word definition test, there was at least a 20-percent reduction of sweat production. The top 10 percent of heavy sweaters from each study (25 subjects) having the highest sweating rates on the untreated axilla had a 36.8 percent average sweat reduction compared to 38.2 percent reduction in the remaining 90 percent of each population (196 subjects), showing no significant difference in effectiveness in the two groups. Majors and Wild (Ref. 13) obtained similar results when comparing individual percent reduction in thermal sweating in the antiperspirant-treated axilla to rate of sweating from the untreated axilla in 89 subjects. They found that heavy sweating did not affect the rate of reduction.

The products tested under the emotional sweat protocol were also evaluated under a standard thermal sweat protocol at 100 °F with 30 percent relative humidity. The average percent sweat reduction for aerosols was 37.0 percent for emotional sweating and 34.0 percent for thermal sweating, for sticks it was 46.0 percent for emotional

**Exhibit 357**

sweating and 41.4 percent for thermal sweating, and for roll-ons it was 51.3 percent for emotional sweating and 53.3 percent for thermal sweating. These data show that the same products have similar average percent sweat reduction for both emotional and thermal sweating.

The agency concludes that gravimetric sweat tests combined with mental stress tests are sufficient to show effectiveness for control of emotionally-induced sweating; the data show antiperspirant drug products that are effective for thermal sweating are also effective for emotional sweating. The agency has determined that no additional testing (e.g., user perception tests) is required for an emotionally-induced sweating claim for products containing monograph ingredients that meet the guidelines for effectiveness testing of antiperspirant drug products referred to in § 350.60.

The agency is including the following emotionally-induced sweating claim in § 350.50(b)(2) of this final monograph: "also [select one of the following: 'decreases,' 'lessens,' or 'reduces'] underarm [select one of the following: 'dampness,' 'perspiration,' 'sweat,' 'sweating,' or 'wetness'] due to stress". Based on the previous discussion, the agency concludes that a hearing is not needed on this subject.

(Comment 14) One comment requested monograph status for 25 percent aluminum chlorohydrate to control foot perspiration based on gravimetric and perceptual data from four randomized, double-blind, bilateral, paired-comparison trials, each having 12 female subjects (Ref. 14). Treatment was randomly assigned; aluminum chlorohydrate was used on one foot and placebo on the other foot. A 25 percent aluminum chlorohydrate solution in 50 percent ethanol:50 percent water and a placebo control consisting of 50 percent ethanol:50 percent water were used in the first study. The same solutions in aerosol form were used in the other three studies. The procedure in the agency's "Guidelines for Effectiveness Testing of OTC Antiperspirant Drug Products" (Ref. 9) was modified for foot testing: (1) A 3-day pre-treatment period during which subjects were not to use any foot care products, with each subject receiving four daily product applications prior to final hotroom posttreatment testing collection; (2) sweat collection media were cotton socks rather than absorbent pads; (3) a required 5-minute period of mild exercise (walking around the hotroom at the beginning of each collection period); and (4) a modified method to calculate

effectiveness due to the erratic rate of sweat collections for both treated and control feet.

The comment stated that the calculation technique included in the agency's guidelines could not be used for the following several reasons: (1) The increased number and higher concentration of sweat glands in the foot area, (2) the occlusive nature of the foot area, and (3) the erratic rate of sweat collections for both treated and control feet. The comment contended that by considering the baseline, the posttreatment sweat collections, and the preferential subject perception data, statistically significant differences could be shown between sweat collection values for the treated foot compared to baseline values.

The comment stated that based on at least a 5-percent difference between the measured sweat output of each foot, sweat reduction was achieved for the treated foot in 25 of 48 subjects (52 percent) compared to only 10 of 48 subjects (21 percent) for the control foot. The comment added that, based on the user perception questionnaire, 75 percent of the subjects (29 out of 39 subjects who were able to discriminate) were able to perceive after the hotroom exposure that the treated foot was drier compared to only 21 percent of the subjects (10 out of 48) who perceived the control foot to be drier.

A second comment submitted a proposed clinical protocol (Ref. 15), but never submitted any clinical data.

The agency has found the data are insufficient to support a foot antiperspirant claim. In axillary sweating tests submitted to the Panel, the range of effectiveness (average percent sweat reduction) of antiperspirants was 20 to 40 percent in most tests, with aerosols having a reduction range of 20 to 33 percent (43 FR 46694 at 46713). In the comment's studies on aluminum chlorohydrate for foot antiperspirancy (Ref. 14), the average percent sweat reduction was below 10 percent, which is considerably below the 20 percent minimum level of sweat reduction recommended by the Panel for efficacy testing of OTC antiperspirant drug products on the foot (43 FR 46728). In addition, the agency has a number of concerns about the comment's data treatment methods: (1) The particular sweat collections selected for analysis were not chosen consistently across studies but were based on arbitrarily chosen final sweat measurements that varied with the different studies, (2) the choice of a 5-percent difference between the measured sweat output of each foot as "clinically significant" seems arbitrary

and was not prespecified in the protocol, (3) the efficacy criterion used (greater than 15 percent reduction from baseline) was apparently defined after the data were collected and the results are therefore potentially biased, and (4) comparison with baseline is not an adequate basis upon which to conclude product efficacy because it ignores placebo and time effects that are accounted for in between product comparisons. The agency's analysis of "across study" data (using the average of the two sweat collections on day four, or average of the four collections on day four and five as the baseline, and the average of the two final collections as a measure of the final sweat product) did not show a statistically significant mean (or mean percent) sweat reduction from baseline in treated or control feet.

The agency does not agree with the comment's evaluation of its user perception data, but considers the product as ineffective both in subjects who preferred placebo and in subjects with no preference. It appears that the comment chose to ignore tied preferences. However, when subjects with no preference were included in the analysis, 22 out of 48 subjects (45.8 percent) and 29 out of 48 subjects (60.4 percent) preferred the treated foot, before entering and after leaving the hotroom, respectively. Both proportions are not significantly different from 1/2 (two-tailed, p = 0.28 and 0.15, respectively). Furthermore, the subjects apparently could not perceive which foot, treated or untreated, was drier. More subjects failed to choose the drier foot, than chose it correctly, both at baseline and posttreatment. Thus, the wetness perception study failed to show that subjects are able to tell marginal differences in sweating of the feet.

The agency has concluded that no statistically significant treatment effect was found in sweat reduction or in subject's perception of sweat (Ref. 16). Thus, 25 percent aluminum chlorohydrate has not been shown to be an effective foot antiperspirant. The agency provided the second comment suggestions on its protocol; a revised protocol was acceptable (Ref. 17), but no test data were ever submitted. The agency is not including foot antiperspirancy claims in the final monograph.

### D. Comments on Testing Guidelines

(Comment 15) Several comments requested that the background section of the effectiveness testing guidelines include the following: "FDA recognizes that alternative methodologies may be appropriate to qualify an antiperspirant drug product as effective. These

**Exhibit 357**

guidelines do not preclude the use of alternative methodologies that provide scientifically valid results.''

The agency is adding this statement (but changing the words ''alternative methodologies'' to ''alternate methods'') and adding ''subject to FDA approval'' to provide for alternate methods and statistical evaluations of effectiveness test data.

(Comment 16) Several comments requested that the relative humidity of 35 to 40 percent in the effectiveness testing guidelines be lowered to 30 percent, the hotroom condition widely used by industry. One comment submitted the results of effectiveness studies (Refs. 7, 10, and 18) that used a hotroom operated at 30 + 3 percent relative humidity. The comment stated that 30 percent relative humidity accurately measures antiperspirant effectiveness without causing excessive discomfort to test subjects. Two other comments submitted effectiveness test data where the relative humidity in the hotroom was ''about 35 percent'' (Refs. 19 and 20) or ''35 percent ± 5 percent'' (Ref. 21).

Based on these data, the agency is revising the relative humidity range for hotroom conditions in the antiperspirant effectiveness testing guidelines from 35 to 40 percent to a range of 30 to 40 percent. Seven studies (Ref. 10) that showed an enhanced duration of effectiveness of 20 percent sweat reduction over a 24-hour period for several antiperspirant products (see also section II.C, comment 12 of this document) used a protocol (Ref. 18) in which the subjects were placed in a controlled environment with the temperature held at 100 ± 2 °F and the relative humidity held at 30 ± 3 percent. Because the subjects were able to generate at least 150 mg of sweat per axilla per 20 minute period, the agency considers the results of the gravimetric tests valid. In other studies (Refs. 20 and 21), sweating was induced by having the subjects sit in a hotroom maintained at a temperature of 100 ± 2 °F and at a relative humidity of about 35 percent or 35 ± 5 percent. These studies support claims of extra effectiveness and enhanced duration (24-hour claims). See section II.C, comments 11 and 12 of this document. To assure that test subjects sweat adequately during the hotroom test, the agency is adding the following baseline perspiration rate condition: ''*Baseline perspiration rate.* Test subjects must produce at least 100 milligrams of sweat from the untreated or placebo control axilla in a 20-minute collection in the controlled environment.''

(Comment 17) Two comments requested revision of the part of the antiperspirant effectiveness testing guidelines that involves application of a control formulation to the alternate axilla during testing. Noting that the guidelines state that the control formulation is to be ''devoid of any antiperspirant activity * * * determined in a test compared to no treatment,'' a comment contended that it should be appropriate to compare antiperspirant activity directly against an untreated axilla and, thereby, reduce the time, complexity, and cost of the testing, especially the cost of developing a control formulation ''devoid'' of antiperspirant activity. The comment requested that the testing guidelines be revised to provide for the application of a control formulation or no treatment to the other axilla of each test subject. The other comment submitted data from two studies (Refs. 22 and 23) where one antiperspirant formulation was tested against both a placebo control and an untreated axilla control with virtually identical results; therefore, a placebo control was unnecessary to evaluate product effectiveness.

The data (Refs. 22 and 23) involved an aerosol spray containing 6.8 percent aluminum chlorohydrate tested by two gravimetric sweat tests under hotroom conditions to substantiate the claim that the product provides ''all day wetness protection.'' Both studies had the same design: Day one—pretreatment control collection; days two, three, and four—application of antiperspirant; and days four and five—posttreatment sweat collection 4 and 24 hours after application. The data were evaluated using one of the statistical methods recommended in the antiperspirant testing guidelines. In one study (Ref. 22), the product was tested against a placebo aerosol in 44 subjects. The placebo was identical to the test formulation and supposedly devoid of antiperspirant activity; the formula difference was adjusted with aerosol propellant. The results were statistically significant and showed that the aluminum chlorohydrate aerosol effectively reduced sweat production by at least 20 percent more than the placebo aerosol at 4 and 24 hours after application. However, the placebo showed some antiperspirant activity. In the second study (Ref. 23), the same product was tested against an untreated axilla control in 49 subjects with statistically significant results. The aluminum chlorohydrate aerosol effectively reduced sweat production by at least 20 percent more on the treated

axilla than the untreated control axilla at 4 and 24 hours after application.

The agency is unable to conclude from these data that an untreated comparator is equivalent to use of a placebo. The observed effect of a treatment (e.g., antiperspirant) may represent the sum of the pharmacological effects of the test drug and other effects associated with the intervention effort, which may include psychological effects and the effects of the excipients used in a product formulation. Although studies have been conducted in the past using no treatment for one axilla, the use of a placebo control for that axilla allows for assessment of the net treatment effects of the test article. Therefore, the agency is retaining the requirement for a placebo/vehicle control in the antiperspirant effectiveness testing guidelines.

The proposed guidelines stated that the control formulation is as similar as possible to the test formulation and devoid of any antiperspirant activity. As the placebo used in one study (Ref. 22) was not completely devoid of antiperspirant activity, the agency is revising the guidelines to state:

*Hotroom procedure.* (1) For gravimetric and user perception testing, treatments consist of the application of the test formulation to one axilla and the application of a placebo control formulation to the other axilla of each test subject. Except for the active ingredient, the placebo control formulation should be as similar as possible to the test formulation.

The agency concludes that this revised testing procedure will reduce the time, complexity, and cost of testing because it eliminates the cost of developing a control formulation ''devoid'' of antiperspirant activity.

### E. Comments on Antiperspirant Active Ingredients

(Comment 18) Several comments noted a discrepancy in a heading in an active ingredient table in the Panel's report (43 FR 46694 at 46697), where ''Metal:Halide'' is used, and in proposed § 350.10 (47 FR 36492 at 36504), where ''Al:Cl'' is used. Two comments suggested that ''Al:Cl'' in the table heading and in § 350.10 should be changed to ''Metal:Cl,'' because the ratio range in the table is for the ratio of the ''Cl'' to either aluminum (''Al'') or aluminum plus zirconium (''Al+Zr'').

The agency notes that the ratio range designated as ''A1:Cl'' in the TFM should have been ''Metal:Halide,'' as it was in the Panel's report. The agency is not including the ratio range table in § 350.10 of this final monograph because this information is now included in the U.S. Pharmacopeia-

Exhibit 357

National Formulary (USP–NF) monographs for each active ingredient included in § 350.10, where applicable. The agency is changing the introductory text of § 350.10 to state: ''Where applicable, the ingredient must meet the aluminum to chloride, aluminum to zirconium, and aluminum plus zirconium to chloride atomic ratios described in the United States Pharmacopeia-National Formulary.''

(Comment 19) Two comments agreed with the agency that buffer components present in the compound, such as glycine or glycol, should be omitted when calculating the maximum allowable concentration of active ingredients in an antiperspirant product (47 FR 36492 at 36495). One comment noted a potential source of confusion because the active ingredients table in proposed § 350.10 included the buffer names along with the active ingredient names. To minimize confusion and to be consistent with the agency's policy regarding buffers, the comment requested the agency to remove the buffer names from the ''active ingredient'' column in § 350.10. The comment proposed a number of changes in the active ingredient section.

When the Panel first discussed terminology for aluminum chloride and aluminum chlorohydrate antiperspirant active ingredients, the buffer additives were not included (Ref. 24). Subsequently, the Cosmetic, Toiletry, and Fragrance Association (CTFA) Antiperspirant Task Force developed definitions for aluminum chlorohydrex complexes with propylene glycol or polyethylene glycol, and for aluminum zirconium chlorohydrex complexes with glycine (Ref. 25). The Panel adopted these definitions, including those for ingredients with buffered additives, in its report (43 FR 46694 at 46696 and 46697), and the agency proposed this nomenclature in the TFM (47 FR 36492). Since the comment was submitted, the USP–NF developed names for these antiperspirant active ingredients that include the names of the buffers, where applicable, and active ingredient names in this final monograph include the buffer, where applicable.

The agency considers calculation of the concentration of an antiperspirant ingredient present in a product based on the amount of anhydrous ingredient to be appropriate. Buffered antiperspirant ingredients contain the same active chemical moiety as the corresponding nonbuffered ingredients, and the antiperspirant activity of both ingredients is similar.

(Comment 20) One comment requested the agency allow concentrations of antiperspirant active ingredients above those proposed in the monograph as long as the amount of ingredient applied to the skin is not greater than the amount judged safe by the Panel. The comment noted that, in the TFM (comment no. 12, 47 FR 36492 at 36495 to 36496), the agency had disagreed with earlier comments on this issue and stated that ''the comments included no new data to show that a higher concentration of antiperspirant active ingredient marketed in a particular container would deliver no more than the amount of active ingredient judged safe by the Panel.''

The comment submitted new data from eight usage studies (Ref. 26) to support a higher (up to 35 percent) active ingredient concentration for powder roll-on antiperspirant drug products. Fifty male and female subjects, between the ages of 18 and 55, participated in each study. Subjects were given a preweighed product and instructed to use only that product, to keep a record of how many times they used it, and not to allow anyone else in the household to use the product. An average of 43 subjects completed the 1-week studies and returned their product to the laboratory where it was reweighed.

The amount of product applied with each use was calculated. The four powder roll-ons, which contained 33 percent aluminum zirconium tetrachlorohydrate, were found to deliver between 23 and 44 mg of antiperspirant ingredient per axilla per use. The other product forms (solid stick, cream, or liquid roll-on), containing 18 to 19 percent of either aluminum chlorohydrate or aluminum zirconium tetrachlorohydrate, were found to deliver between 54 and 98 mg of antiperspirant ingredient per axilla per use. The comment contended these data show that higher concentrations of active antiperspirant ingredients, as used in powder roll-on systems, deposit no more and, in fact, deposit less active ingredient than is deposited in a liquid roll-on, solid stick, or cream product containing proposed monograph concentrations of active ingredients. Thus, the comment argued that concentrations up to 35 percent of Category I active ingredients should be allowed in powder roll-on antiperspirants.

This issue was specifically brought before the Panel, which did not agree to change the maximum concentration (Ref. 27). The Panel noted that aluminum antiperspirants can be irritating, expressed concern that a small amount of a concentrated formulation may be more irritating than a large amount of a more dilute formulation, and concluded that antiperspirant products with a higher concentration would need an NDA with additional safety studies. The agency notes that increasing the concentration of aluminum antiperspirant ingredients increases the acidity of the material and irritation of the skin (Refs. 28, 29, and 30). The agency concludes that safety data are needed to show that powder roll-on dosage forms containing up to 35 percent aluminum chlorhydrates or aluminum zirconium chlorhydrates are not irritating.

Since the TFM was published, several citizen petitions have raised concerns about the amount of aluminum absorbed from topical antiperspirant drug products. (See section II.F, comment 23 of this document.) The agency has no data showing that products containing up to 35 percent aluminum chlorhydrates or aluminum zirconium chlorhydrates increase aluminum absorption and is not revising the monograph to provide for powder roll-on dosage forms containing up to 35 percent antiperspirant active ingredient, without additional safety data being provided.

(Comment 21) One comment requested monograph status for aluminum sesquichlorohydrate prepared by neutralizing aluminum chloride with magnesium hydroxide even though the aluminum to chloride (Al:Cl) ratio of the ingredient prepared in this manner does not fall within the range specified for aluminum sesquichlorohydrate in the TFM. The comment stated that during the course of the rulemaking all aluminum chlorohydrates placed in Category I were prepared by conventional techniques: Either by neutralization of aluminum chloride with aluminum monochlorohydrate or by a controlled reaction of aluminum metal with hydrochloric acid. Thus, the comment argued that it was both appropriate and convenient to characterize the various aluminum chlorohydrates in terms of their Al:Cl ratios.

The comment stated that its data showed that the reaction of aluminum chloride with magnesium hydroxide yields aluminum sesquichlorohydrate equivalent to that listed in the TFM and the neutralizer magnesium hydroxide does not contribute either aluminum or chloride ions to the neutralization process; thus, the Al:Cl ratio of aluminum sesquichlorohydrate prepared this way will always remain 0.33, the same as aluminum chloride alone. The comment was concerned because this Al:Cl ratio of 0.33 does not fall within the ratio range of 1.9 down

**Exhibit 357**

to but not including 1.25:1 proposed for aluminum sesquichlorohydrate in the tentative final monograph (47 FR 36492 at 36504). The comment contended that if the final product is regarded as a mixture of aluminum sesquichlorohydrate and magnesium chloride, and if the amount of chloride that serves as counter ions for the magnesium ions were subtracted from the total chloride, then the Al:Cl ratio of the aluminum sesquichlorohydrate component of the mixture would have the Al:Cl ratio specified in the TFM. The comment submitted data (Ref. 31) using gel permeation chromatography and elemental analysis of the eluates (the substance separated out by washing) to show that aluminum sesquichlorohydrate prepared by this neutralization method is chromatographically indistinguishable from that prepared by conventional methods. The comment suggested designating the ingredient prepared by the neutralization method as ''aluminum sesquichlorohydrate MAG.''

The agency does not find these analytical data sufficient to support the comment's claim that the ingredient prepared by this neutralization method is chemically equivalent in composition to aluminum sesquichlorohydrate. The chromatographic indistinguishability from aluminum sesquichlorohydrate prepared by conventional methods only demonstrates that the chromatographic method in this study is insufficient to support the claim. This result perhaps is to be expected because the gel permeation chromatographic method used in this study is based primarily on a size exclusion principle; however, the agency doubts that any chromatographic method will provide such support.

USP 23–NF 18 Fifth Supplement (Ref. 32) added a monograph for aluminum sesquichlorohydrate and described it as consisting of complex basic aluminum chloride that is polymeric and loosely hydrated and encompasses a range of aluminum-to-chloride atomic ratios between 1.26:1 and 1.90:1. Its chemical formula is stated as:
$Al_y(OH)_{3y-z}Cl_z.nH_2O.$

According to the method described in the comment, when aluminum sesquichlorohydrate is prepared by the reaction of aluminum chloride with magnesium hydroxide, the product must be a mixture of aluminum sesquichlorohydrate and magnesium chloride. The agency does not consider it suitable from a technical point of view to simply designate this material as aluminum sesquichlorohydrate. Information provided by the comment shows that the alternate process material is not ''equivalent in

composition'' because the aluminum to chloride ratio of 0.33 is outside the specified range for aluminum sesquichlorohydrate and because the material contains measurable amounts of magnesium. Also, as discussed in section II.E, comment 18 of this document, because the atomic ratio range should be metal to halide, magnesium should be counted as a metal in the atomic ratio range of the comment's material. Using the name aluminum sesquichlorohydrate for an ingredient prepared by neutralization of aluminum chloride with magnesium hydroxide would be misleading because this would imply that the drug is the same identifiable ingredient as aluminum sesquichlorohydrate prepared by neutralization of aluminum chloride with aluminum chlorohydrate. The agency believes the material described in the comment should be classified as a new ingredient, perhaps an aluminum magnesium chlorohydrate, rather than aluminum sesquichlorohydrate.

The agency concludes that additional information on the chemical characterization of the proposed material, particularly its ionic structure, is needed to permit a more scientific review. The submitted information does not provide a technical basis for allowing the substitution of aluminum sesquichlorohydrate manufactured by neutralization with magnesium chloride for that neutralized with aluminum monochlorohydrate. The USP–NF monograph (Ref. 32) does not contain information to characterize or identify an aluminum sesquichlorohydrate containing magnesium (e.g., no identification or content test, and no assay involving magnesium calculations).

Further, the agency notes that no clinical efficacy data were provided to show that the material proposed in the comment would be equally effective as aluminum sesquichlorohydrate prepared in the conventional manner. Even minor variations in formulation, such as the addition of emollients or buffers, can alter the effectiveness of an antiperspirant ingredient. (See comment no. 8 in the TFM (47 FR 36492 at 36494).) The new mixture may be just as effective. However, whether such a finding would apply to equal amounts, or whether an equivalent effect could be achieved with a greater or lesser amount of aluminum sesquichlorohydrate prepared with magnesium hydroxide, should be determined by effectiveness testing that follows the guidelines referred to in § 350.60 of the final monograph. The agency needs appropriate effectiveness data and an

appropriate USP–NF monograph amendment (see 21 CFR 330.14(i)) before the ingredient prepared by the new method can be generally recognized as safe and effective and included in the final monograph.

(Comment 22) One comment objected to the agency's rejection of its earlier request (discussed in comment no. 9 of the TFM, 47 FR 36492 at 36495) that combinations of two or more Category I antiperspirant ingredients should be Category I. The comment stated that the combination policy in § 330.10(a)(4)(iv) allows combinations of two or more safe and effective active ingredients; thus, the Panel should be reversed.

In the TFM (47 FR 36495), the agency concurred with the Panel (43 FR 46694 at 46718) that both combinations of antiperspirant active ingredients and combinations of antiperspirant active ingredients with other types of active ingredients (except for a deferred antiperspirant/antifungal combination) are Category II because of no information on the existence of any such combinations or any data to support their safe and effective use.

The agency classified antiperspirant/ antifungal combination drug products in Category III in the TFM for OTC antifungal drug products (December 12, 1989, 54 FR 51136 at 51148 and 51149). No additional data were submitted to support this combination, and in the final monograph for OTC antifungal drug products (September 23, 1993, 58 FR 49890 at 49891), the agency classified all antifungal combination drug products as nonmonograph.

The comment did not provide any supporting data or specific examples of Category I antiperspirant ingredients that would be suitable for use in combination with other antiperspirant or nonantiperspirant Category I ingredients. Thus, the combination policy does not apply. These combinations remain nonmonograph. However, new clinical data may be submitted to support safety and effectiveness.

### F. Comments on the Safety of Aluminum Ingredients

(Comment 23) The information and arguments presented by the citizen petitions that questioned the safety of aluminum-containing ingredients in OTC antiperspirant drug products and the comment that disagreed with one of the citizen petitions were discussed in detail in the **Federal Register** of March 23, 1993 (58 FR 15452 at 15453 and 15454). One petition was concerned that aluminum can be absorbed and get into the blood and that some of the aluminum in the blood enters the brain,

**Exhibit 357**

where it remains and accumulates. The petition cited a study by Perl and Good (Ref. 33) that suggested that inhaled aluminum compounds could have a direct nasal-olfactory pathway to the brain. The other petition contended that two inhalation studies (Refs. 34 and 35) provided by industry showed aluminum absorption in the peribronchial lymph nodes, brain, and adrenal glands of the animals after 12 and 24 months. Both petitions expressed concern about the potential neurotoxicity of aluminum upon chronic use, especially a possible link to Alzheimer's disease.

The comment that disagreed with one petition contended that the majority of the petitioner's references described findings from in vitro studies that did not consider the blood-brain barrier, which is the brain's main defense against potentially toxic substances such as aluminum. The comment contended that extraordinarily high concentrations of aluminum were used in these studies, and that aluminum from antiperspirants would never reach a biologically significant level to be of concern. The comment stated that the majority of researchers investigating the etiology of Alzheimer's disease would consider current evidence insufficient to link aluminum to Alzheimer's disease. The comment concluded that current scientific information does not support the need to reclassify the safety of aluminum-containing antiperspirants.

The agency does not find the current evidence sufficient to conclude that aluminum from antiperspirant use results in Alzheimer's disease. Both petitions mention the widely quoted study by Perl and Good (Ref. 33) as showing that inhaled aluminum compounds may get directly into the brain by a nasal-olfactory pathway. The agency does not consider this animal study (published as a one-page Letter to the Editor in *Lancet*) as adequate to establish a direct nasal-olfactory pathway for aluminum. This study was only a small pilot animal study, about which the agency has a number of concerns.

First, the method of introducing the aluminum to these animals was not physiologically relevant. Two strips of Gelfoam (absorbable gelatin sponge, USP) saturated with high concentrations of aluminum salts (15 percent aluminum lactate or 5 percent aluminum chloride) were inserted into rabbits' left nasal recess through a hole drilled into the frontal bone. While the authors attempted to demonstrate the accessibility of aluminum from the nasal recess to the brain, the agency questions whether the normal use of antiperspirant aerosols would ever

produce a high aluminum concentration in this relatively distant anatomic site. Second, the size of this study was very small (only three rabbits in each group). The agency is concerned that any error in this complicated surgical procedure to introduce the aluminum salts or in preparing the specimens for analysis could have caused a major difference in the final results. Third, the results were not consistent. Of the three animals exposed to aluminum lactate, besides the involvement of the left olfactory bulb and the cerebral cortex, only one rabbit had a lesion in the hippocampus while the other two rabbits had granulomas found in the pyriform cortex. In the group exposed to aluminum chloride, only one rabbit had a granuloma in the olfactory bulb while the other two rabbits were free of lesions. The distribution of lesions in this study was fairly random. If a nasal-olfactory pathway exists for neuronal aluminum transport, the agency believes that the distribution of these lesions should follow a more persistent anatomical pattern. In addition, the authors were unable to explain why two of the six rabbits were free of lesions. Finally, although some of the rabbits had granulomas, these lesions did not resemble the plaques or neurofibrillary tangles found in Alzheimer's disease, and none of the rabbits had any symptomatic neurologic deficit. While this study implied that access to the brain via the nasal recess may be possible under nonphysiological conditions, a direct nasal-olfactory pathway and any relationship to Alzheimer's disease cannot be established. Several other studies, which were not done with aluminum, are of no value in establishing a direct nasal-central nervous system pathway for aluminum antiperspirants.

Aluminum lactate, one aluminum salt used in this study (Ref. 33), is not included in this final monograph. Sodium aluminum lactate has been used as a buffer for aluminum sulfate in a nonaerosol dosage form, but that product is nonmonograph.

In one of the inhalation studies (Ref. 34), the life-span of the male hamsters exposed to the aluminum chlorhydrate aerosol was shorter (583 days) than that of the controls (661 days). The female hamsters exposed to aluminum chlorhydrate had a slightly longer life-span (489 days) than the controls (481 days). Male hamsters exposed to aluminum chlorhydrate coated with a high concentration of isopropyl myristate, an emollient frequently used to increase the retention on the skin of the aluminum salts used in antiperspirant products, had a life-span

(646 days) comparable to the controls (661 days). Overall, these numbers do not follow a consistent pattern and could be affected by other experimental conditions.

The same petition criticized the other inhalation study (Ref. 35), contending that the results showed that the animals had suffered significant weight loss and increased terminal brain-to-body weight ratios, results it considered consistent with clinical aluminum toxicity, and that the increase in brain weight was possibly due to cerebral edema. The petition claimed that because aluminum was found to be deposited in the animals' brains, peribronchial lymph nodes, and adrenal glands, this proved that systemic absorption of aluminum had occurred and that aluminum had been transported to the brain. Other comments disagreed with the petition's argument that the rats in this study were found to have detectable aluminum levels in their brains after 12 months, contending that this finding may only be artificial considering the analytical methods used. The comments added that if aluminum did accumulate in the rats' brains, those rats should have had symptoms of neurotoxicity, which they did not have. The comments concluded that the artificial finding should be ignored.

The agency does not concur with the petition's extrapolations. The weight loss occurred only in rats and not in guinea pigs that were similarly treated. The increase in terminal brain-to-body weight ratio occurred only in the female rats at 12 months in the low- and high-dose groups. The female rats in the middle-dose group and all the males were not affected. At 24 months, this same ratio was found to increase only in the high-dose groups of both sexes; however, the increase in the female high-dose group was not statistically significant. The agency notes that all of these findings did not follow any predictable pattern or a pattern that would be expected from a dose-related or cumulative toxin exposure.

The pattern of deposition was not consistent. In the guinea pigs, aluminum was found in the peribronchial lymph nodes, but not in the adrenal glands and brains (as occurred in the rats). The agency finds it possible that aluminum absorption and deposition may be animal dependent. If this were the case, then even if the rat data were evidence of a problem, the same situation may not apply to humans. The agency is not aware of other investigators having similar results.

The petitions and the comment had different views on a study by Rollin,

**Exhibit 357**

Theodorou, and Kilroe-Smith (Ref. 36) in which rabbits were exposed to aluminum oxide dust for 8 hours a day, 5 days a week, for 5 months. The authors of the study found that the brains of these rabbits had a significant increase in aluminum at the end of the study. The first petition contended that this study showed that the inhalation of aluminum antiperspirants poses a special risk because this route of delivery bypasses the blood-brain barrier. The comment calculated that this study would be equivalent to a person using spray antiperspirants for approximately 10 seconds daily for 789 years to experience the same toxicity. The second petition contended that this 10-seconds-exposure assumption was incorrect because the aluminum particles in an antiperspirant aerosol remain suspended in the air for a long period of time, and the exposure will be more than the commenter calculated.

The agency finds this study has a number of limitations: (1) The extraordinary high concentrations of aluminum oxide exposure in the animals, (2) the small sample size (eight animals in each group), and (3) an overlap in the standard deviations of the results obtained decreases the power and generalizability of the study. While the study shows an accumulation of aluminum in the rabbits' body tissues under certain exposure conditions, the agency does not consider the study as providing evidence of a direct nasal-olfactory pathway or that normal use of aluminum-containing antiperspirants would provide comparable results. Further, the second petition's position includes a number of assumptions, which might not occur: (1) That the place where the product is used is a confined, poor-ventilated airspace, and (2) that the user remains in the vicinity of the dispersed aerosol for a period of time during which significant inhalation would occur.

One petition claimed that an epidemiology study by Graves et al. (Ref. 37) has shown that Alzheimer's disease was associated with the use of aluminum antiperspirants and that a high incidence of amyotrophic lateral sclerosis (ALS) and Parkinson's disease in Chamorro natives of Guam, as reported by Garruto (Ref. 38), may be related to high environmental aluminum. The agency has looked closely at the Graves et al. study (Ref. 37) because it explored the association between exposure to aluminum through the lifetime use of antiperspirants and antacids and Alzheimer's disease. This was a case-control study of 130 matched pairs, where the controls were friends or nonblood relatives of the case. Subjects

(cases and controls) were matched by age, sex, and the relationship between the case/control and his or her surrogate (spouse or child).

The authors mentioned that, in general, antiperspirants contain aluminum and deodorants do not, except for some deodorants marketed for women. The authors reported that there was no association between the use of ''any'' antiperspirant/deodorant and Alzheimer's disease. However, when the data were stratified by aluminum-containing antiperspirants the overall odds ratio showed a modest increase in risk and a statistically significant trend emerged between increasing lifetime use of aluminum-containing antiperspirants and the estimated relative risk of Alzheimer's disease.

The authors commented that, to their knowledge, this was the first epidemiological study of this association between antiperspirants and Alzheimer's disease, and there were several methodologic limitations that made interpretation of their results difficult. First, there were missing data because the case surrogate and the control surrogate could only recall all variables (frequency and duration of use, and product brand name) in about one-half of the matched pairs. Second, there might have been some misclassification because the analyses were based on the most common brand provided, while some subjects may have used multiple brands. Third, the authors considered the validity of the data, resulting from difficulty in learning the subjects' exposure using telephone interview methods, to be a critical limitation. Despite these limitations, the authors considered an association between aluminum-containing antiperspirants and Alzheimer's disease as biologically plausible, but concluded that their findings are provocative and, due to methodologic problems, should be considered preliminary.

Garruto (Ref. 38) described efforts to establish models of chronic motor neuron degeneration in a long-term effort to understand the cellular and molecular mechanisms of aluminum neurotoxicity. He studied foci of dementia (ALS and Parkinson's disease) in western Pacific populations. He mentioned experimental models in rabbits and cell culture as demonstrating that chronic, rather than acute, toxicity is the cause of human neurodegenerative disorders with a long latency and slow progression. However, Garruto stated that he and his colleagues had been most deficient in the design and implementation of good epidemiological studies, particularly of

Alzheimer's disease and the epidemiology of aluminum intoxication per se, and described what he felt was needed for future well-designed studies.

The petitions/comment also discussed environmental exposure to aluminum, percutaneous absorption after topical use, inhaled absorption after aerosol use, aluminum neurotoxicity (and a possible relationship to Alzheimer's disease), and possible mechanisms of action. Numerous references were provided. The agency has reviewed these references and other literature published on aluminum since the petitions were submitted. Many early references were simply hypotheses and different theories that have not been adequately substantiated in humans or any animal models. A number of studies were pilot projects in a few animals, and the agency is unable to draw any definite conclusions based on the small sample sizes.

The agency notes Priest's (Ref. 39) statement that most investigators now agree that aluminum is unlikely to be implicated in causing Alzheimer's disease, whereas Rowan (Ref. 40) contended it would be considerably more correct to state that the issue is controversial. More recently, Savory et al. (Ref. 41) stated that the question whether aluminum presents a health hazard to humans as a contributing factor to Alzheimer's disease is still subject to debate.

The agency finds the literature shows the issue of aluminum toxicity and Alzheimer's disease remains controversial and is not resolved. Scott et al. (Ref. 42) reported that aluminum has been detected in Alzheimer neurofibrillary tangles, but the significance of its presence is unknown. Kasa, Szerdahelyi, and Wisniewski (Ref. 43) reported that histochemical staining showed that aluminum was present in brain samples from Alzheimer's disease victims, but the structural localization indicated that it is not primarily involved in the etiology of the disease. Candy et al. (Ref. 44) reported that data from post mortem brain examinations of patients with chronic renal failure who did not have dialysis encephalopathy suggest that it is unlikely that aluminum plays any major role in neurofibrillary tangle formation and that its role in senile plaque formation is likely to be only part of a complex cascade of changes. Savory et al. (Ref. 41) stated that the lack of agreement on the question whether the brain content of aluminum is increased in Alzheimer's disease attests to the complexity of the issue.

Savory et al. (Ref. 41) indicated that most of the data linking aluminum

exposure to Alzheimer's disease have been derived from several epidemiological studies of aluminum in drinking water, which represents only a small percentage of the total exposure. They concluded that quantification of the risk of Alzheimer's disease from other sources of aluminum (such as food additives, cosmetics, deodorants, antiperspirants, pharmaceuticals, and respiratory dusts) is needed before the total risk from all environmental sources of aluminum can be fully evaluated.

Despite Graves et al.'s acknowledgment of the limitations of their study (Ref. 37), other authors, e.g., Anane et al. (Ref. 45), report that Graves et al. found an increased risk of Alzheimer's disease with lifetime use of aluminum-containing antiperspirants after an epidemiological study. Anane et al. applied low aqueous concentrations (0.025 to 0.1 micrograms (μg)/square centimeter) of aluminum chloride (AlCl₃.6H₂O) to healthy shaved Swiss mouse skin for 130 days. They reported that this led to a significant increase in urine, serum, and whole brain aluminum, especially in the hippocampus area, compared to control animals. They mentioned that this percutaneous uptake and accumulation of aluminum in the brain was greater than that caused by dietary exposure to 2.3 μg per day in feed and water.

Anane et al. conducted in vitro and in vivo mouse skin studies and showed for the first time that aluminum is absorbed through mouse skin and this contributes to a greater body burden than does oral uptake. They also mentioned that several antiperspirant preparations containing AlCl₃.6H₂O are applied to sensitive regions of the skin, which may increase penetration and could be an important source of body aluminum burden. Anane et al. recommended that an epidemiological study be conducted to ascertain whether use of AlCl₃.6H₂O-containing antiperspirants correlates with neurodegenerative disease, because such cannot be excluded based on the results of their study.

Forbes and Agwani (Ref. 46) stated that there is uncertainty about how aluminum-containing substances enter the body, but current information suggests that the skin and/or the lung are important. They mentioned that Priest (Ref. 39) noted that at least some antiperspirant sprays contain aluminum compounds of a particle size of about 1 micrometer (micron) (μ), which is ideally sized for deposition in the deep lung, and that such deposition may also be relevant for skin.

Salib and Hillier (Ref. 47) examined clinically diagnosed Alzheimer's disease patients and controls (other dementias and nondementias) and collected information to examine the association between Alzheimer's disease and aluminum occupation. They reported that manual work, such as welding, expected to be in direct contact with aluminum dust and fumes does not appear to be significantly associated with the risk of Alzheimer's disease. The authors concluded that no significant association was shown between developing Alzheimer's disease later in life and previous occupational history for all of the occupations in the study. This included both manual workers, who would be expected to have had a higher exposure opportunity to aluminum dust and fumes, and other workers at an aluminum factory. The authors concluded that neither Alzheimer's disease nor dementia in general were shown to be associated with previous aluminum occupation.

Salib and Hillier (Ref. 47), in 1996, repeated Doll's (Ref. 48) conclusions from 1993 that it is generally accepted that the delayed effects of chronic aluminum exposure have not been adequately assessed in man. Factors that govern the bioavailability, neurotoxicity, and the effect of chronic low dose exposure to aluminum compounds remain unclear. Flaten et al. (Ref. 49) stated that the lack of a readily available radioactive isotope of aluminum has been a major obstacle toward elucidating the mechanisms of absorption, distribution, and excretion of the metal.

Both Doll (Ref. 48) and Salib and Hillier (Ref. 47) stated that the possibility of a causal link between aluminum and Alzheimer's disease must be kept open until uncertainty about neuropathological evidence is resolved and the prognosis of humans exposed to aluminum by inhalation is known. Flaten et al. (Ref. 49) stated that multidisciplinary collaborative research efforts, involving scientists from many different specialities, are needed, with emphasis placed on: (1) Increasing knowledge of the chemistry of aluminum in biologic systems and determining the cellular and molecular mechanisms of aluminum toxicity, and (2) variations in neuropathology from long-term, low-level exposure to aluminum.

In summary, the literature shows that at high doses and long-term industrial exposures, aluminum can be associated with recognizable, specific neurologic effects. However, to date, the agency considers the evidence insufficient to link aluminum to Alzheimer's disease, Parkinson's disease, or ALS. Although aluminum uptake and transport by a "nasal-olfactory pathway" has been suggested in a nonphysiologic study in an animal model (Ref. 36), the agency is not aware of any evidence in humans that supports an olfactory-neuronal transport of aluminum to the brain.

One petition suggested that the agency require that 90 percent of the particles of an aerosol aluminum antiperspirant be greater than 50 μ (currently the requirement is between 10 and 50 μ) to reduce exposure to the upper respiratory tract. The agency notes that both Priest (Ref. 39) and Forbes and Agwani (Ref. 46) discussed a particle size of 1 μ for deposition in the deep lung. Based on current knowledge (no proof in humans of an olfactory neuronal transport of aluminum to the brain) and the lack of information on a minimum particle size to affect the respiratory tract, the agency finds no basis to impose a greater than 50μ requirement at this time. Flaten et al. (Ref. 49) stated that the possible human toxicity of aluminum has been a matter of controversy for well over 100 years. Despite many investigators looking at this issue, the agency does not find data from topical and inhalation chronic exposure animal and human studies submitted to date sufficient to change the monograph status of aluminum containing antiperspirants. The agency will continue to monitor the scientific literature on aluminum and, if new information appears, will reassess the status of aluminum-containing antiperspirants at such time.

The agency acknowledges that small amounts of aluminum can be absorbed from the gastrointestinal tract and through the skin. Assuming a person has normal renal function, accumulation of aluminum resulting from usual exposures to antiperspirant drug products (application to the underarms once or twice daily) and subsequent absorption is considered minimal. However, people with renal dysfunction have an impairment in normal renal excretion of aluminum.

Flaten et al. (Ref. 49) noted that the first human conditions generally accepted to be causally related to aluminum exposure did not occur until the 1970's, shortly after the introduction of routine dialysis therapy in persons with chronic renal failure. Dialysis encephalopathy was perhaps the first disease recognized in this population (1972, 1976). Later, fracturing osteomalacia (1977, 1978) and a microcytic hypochromic anemia (1980) were related to aluminum exposure in dialysis patients. Flaten et al. indicated that aluminum can cause encephalopathy, bone disease, and anemia in dialysis patients resulting

**Exhibit 357**

Case 2:20-cv-02470-WBS-JDP Document 12 Filed 12/29/20 Page 149 of 421

from the introduction of aluminum directly into the blood stream via high-aluminum dialysate or the consumption of large oral doses of aluminum-containing phosphate binders. Reduced urine production (the major route for aluminum excretion) contributes to this problem. The authors noted that, in the early 1980's, reports began to appear describing aluminum neurotoxicity and osteotoxicity in children with renal failure who were not on dialysis treatment.

The agency is concerned that people with renal dysfunction may not be aware that the daily use of antiperspirant drug products containing aluminum may put them at a higher risk because of exposure to aluminum in the product. The agency considers it prudent to alert these people to consult a doctor before using or continuing to use these products on a regular basis and is including a warning in the final monograph: ''Ask a doctor before use if you have kidney disease.''

Flaten et al. (Ref. 49) mentioned several reports of aluminum accumulation and toxicity in individuals without chronic renal failure, especially preterm infants (primarily fed intravenously), and stated that preterm infants are at risk for aluminum loading because of their immature kidney function. Term infants with normal renal function may also be at risk because of their rapidly growing and immature brain and skeleton, and an immature blood-brain barrier. Until they are 1 to 2 years old, infants have lower glomerular filtration rates than adults, which affects their kidney function. The agency is concerned that young children and children with immature renal function are at a higher risk resulting from any exposure to aluminum. Accordingly, the agency is requiring both general warnings in § 330.1(g) on all aluminum-containing antiperspirant drug products to inform parents and others to keep these products away from children, and to seek professional assistance if accidental ingestion occurs. (See also section II.B, comment 7 of this document.)

(Comment 24) One comment submitted a research paper (Ref. 50) containing the author's theories concerning how antiperspirants and aluminum in these products may be associated with breast cancer: The secretions of the apocrine sweat glands contain androgens, which are blocked

by the antiperspirant and thus caused to spread internally. These androgens may be converted in the surrounding adipose tissues to estrogens, and excess estrogens have been associated with an increase in breast cancer. Alternatively, these excess androgens may interfere with the normal functioning of the hypothalamic-pituitary axis, thereby causing an imbalance of estrogen in the body. About 50 percent of breast cancers occur in the upper outer quadrant of the breast, and axillary sweat glands are anatomically very close to this site. A protein marker called GCDFP–15 (Gross Cystic Disease Fluid Protein), which is normally found only in the sweat glands, was found in the fluids of many breast cysts. The author postulated that the blocked axillary sweat glands would cause GCDFP–15 and other markers to migrate to the breast due to its proximity and gravity, and because the fetal precursors for apocrine sweat glands and mammary glands are the same, these migrated protein markers may stimulate the breast and play a role in the carcinogenic process.

The author also postulated that aluminum may play a role in the development of breast cancer because calcification of breast tissues (commonly seen in breast cancer) may be caused by a local electrolyte imbalance induced by the absorbed aluminum. The author noted that breast cancer in Japan was more than five times lower than in the United States and postulated this has occurred because Japanese women, especially the older population, do not use antiperspirants. The author noted that the breast cancer rate is currently on the rise in Japan, especially among young premenopausal women, and postulated that this is occurring because the young Japanese generation has adopted the western habit of using antiperspirants.

The agency finds these theories lack sufficient evidence. The agency notes that the amount of androgens produced by the sweat glands is relatively insignificant compared to normal physiologic amounts produced by the adrenals and the gonads. The agency is not aware of any studies that have shown an ''internal spread'' of androgens or that establish that GCDFP–15 or other protein markers are carcinogenic in humans.

The agency considers the author's views about a local electrolyte imbalance by absorbed aluminum causing breast tissue calcification

inconsistent with knowledge about the calcification process. In addition, there are many benign calcifications. Finally, many proposals (e.g., diet, lifestyle changes) have been made as to why there is an increased incidence of breast cancer among Japanese women. However, there is no evidence to associate this increase with an increased use of antiperspirants. Thus, the agency concludes that there is insufficient evidence to support these theories.

(Comment 25) The agency previously assessed the carcinogenic potential of aerosolized aluminum chlorhydrate antiperspirants in comment 22 of the TFM (47 FR 36492 at 36498 and 36499). Primary lung tumors, granulomatous lesions, and macrophagic activity were evaluated in animal studies. No increase in lung tumors was seen in the low- and mid-dose rats given doses at least 100 times greater than the expected human exposure via aerosolized antiperspirants. Normal macrophage response and pulmonary fibrosis were observed at higher doses with chronic exposure. No increase in tumors was noted in guinea pigs or hamsters at any dose levels in the studies. While the agency removed aerosol antiperspirant products containing zirconium from the market because of granuloma formation (August 16, 1977, 42 FR 41374), the agency is not aware of data that indicate aluminum antiperspirants cause foreign body granulomas or pulmonary tumors.

## III. Agency Changes

1. It has been agency policy since April 3, 1989 (54 FR 13480 at 13486), that before any ingredient is included in a final OTC drug monograph, it must have a compendial (USP–NF) monograph. Compendial monographs include an ingredient's official name, chemical formula, and analytical chemical tests to confirm the quality and purity of the ingredient. These monographs establish public standards for the strength, quality, purity, and packaging of ingredients and drug products available in the United States. Eighteen of the 19 antiperspirant active ingredients that the agency proposed in § 350.10 of the antiperspirant TFM (47 FR 36492 at 36504) currently have compendial monographs. Nine of the official compendial names are the same as those proposed in § 350.10, while 10 of the names have changed slightly. (See Table 1 of this document for the previous and current ingredient names.)

Exhibit 357

TABLE 1.—ANTIPERSPIRANT ACTIVE INGREDIENTS

| Name in Tentative Final Monograph | Current Name |
|---|---|
| Aluminum chloride | Same |
| Aluminum chlorohydrate | Same |
| Aluminum chlorohydrex polyethylene glycol complex | Aluminum chlorohydrex polyethylene glycol |
| Aluminum chlorohydrex propylene glycol complex. | Aluminum chlorohydrex propylene glycol |
| Aluminum dichlorohydrate | Same |
| Aluminum dichlorohydrex polyethylene glycol complex | Aluminum dichlorohydrex polyethylene glycol |
| Aluminum dichlorohydrex propylene glycol complex. | Aluminum dichlorohydrex propylene glycol |
| Aluminum sesquichlorohydrate | Same |
| Aluminum sesquichlorohydrex polyethylene glycol complex | Aluminum sesquichloro-hydrex polyethylene glycol |
| Aluminum sesquichlorohydrex propylene glycol complex | Aluminum sesquichloro-hydrex propylene glycol |
| Aluminum sulfate buffered[1] | Same |
| Aluminum zirconium octachlorohydrate | Same |
| Aluminum zirconium octachlorohydrex glycine complex | Aluminum zirconium octachlorohydrex gly |
| Aluminum zirconium pentachlorohydrate | Same |
| Aluminum zirconium pentachlorohydrex glycine complex | Aluminum zirconium pentachlorohydrex gly |
| Aluminum zirconium tetrachlorohydrate | Same |
| Aluminum zirconium tetrachlorohydrex glycine complex | Aluminum zirconium tetrachlorohydrex gly |
| Aluminum zirconium trichlorohydrate | Same |
| Aluminum zirconium trichlorohydrex glycine complex | Aluminum zirconium trichlorohydrex gly |

[1] Aluminum sulfate buffered with sodium aluminum lactate.

The agency is including in § 350.10 of this final monograph those antiperspirant active ingredients that currently have a compendial monograph. Only one active ingredient, aluminum sulfate buffered, does not have a current or proposed compendial monograph. While aluminum sulfate does have a compendial monograph, the buffer component, sodium aluminum lactate, does not. This buffer ingredient must also have a compendial monograph or there must be a compendial monograph for aluminum sulfate buffered in order for aluminum sulfate buffered to be included in the antiperspirant final monograph. At the present time, this ingredient is being included in § 310.545(a)(4)(ii) as a nonmonograph ingredient because the agency is not aware of any pending compendial monograph being developed. Should a compendial monograph eventually be developed, the agency will move this ingredient from § 310.545(a)(4)(ii) to § 350.10.

2. The agency is revising the format for active ingredients in § 350.10 for consistency with recent monographs:

The proposed chart format is now a paragraph format listing ingredients in alphabetical order. The amount of active ingredient is stated as "up to _____ percent" instead of as _____ percent or less concentration." The information about calculating the concentration on an anhydrous basis is moved to the preamble of § 350.10. The preamble statement about aluminum to chloride and/or aluminum to zirconium ratios is revised to state: "Where applicable, the ingredient must meet the aluminum to chloride, aluminum to zirconium, and aluminum plus zirconium to chloride atomic ratios described in the United States Pharmacopeia-National Formulary." The proposed ratio range table is not included in the final monograph because this information is now included in the USP–NF monographs for each active ingredient in § 350.10, where applicable.

3. The agency is expanding the indications proposed in § 350.50(b) of the TFM to provide additional uses based on new effectiveness data. The

agency is also revising the uses format to make it more concise.

Because the indications proposed in § 350.50(b)(1), (b)(2), and (b)(3) of the TFM are very similar, the agency is combining them as a single indication with choices under § 350.50(b)(1): [Select one of the following: "decreases," "lessens," or "reduces"] "underarm" [select one of the following: "dampness," "perspiration," "sweat," "sweating," or "wetness"]. (See section II.B, comment 6 of this document.) The agency is adding a new additional indication in § 350.50(b)(2): "also [select one of the following: 'decreases,' 'lessens,' or 'reduces'] underarm [select one of the following: 'dampness,' 'perspiration,' 'sweat,' 'sweating,' or 'wetness'] due to stress". (See section II.B, comment 6 and section II.C, comment 13 of this document.) The agency is adding a new additional indication in § 350.50(b)(3): Select one of the following: ["all day protection," "lasts all day," "lasts 24 hours," or "24 hour protection"]. (See section II.C, comment 12 of this document.) The agency is adding a new additional

Exhibit 357

indication in § 350.50(b)(4) that states "extra effective". This claim applies to products that demonstrate 30 percent or more sweat reduction using the guidelines for effectiveness testing of antiperspirant drug products referred to in § 350.60. (See section II.C, comment 11 of this document.) The agency is adding a new additional indication in § 350.50(b)(5) for products that demonstrate extra effectiveness sustained over a 24-hour period: These products may state the claims in §§ 350.50(b)(3) and (b)(4) either individually or combined, e.g., "24 hour extra effective protection," "all day extra effective protection," "extra effective protection lasts 24 hours," or "extra effective protection lasts all day". (See section II.C, comment 12 of this document.)

4. The agency is revising the "Do not apply * * *" warning in proposed § 350.50(c)(1) to the new labeling format. The warning now reads: "Do not use on broken skin" and "Stop use if rash or irritation occurs".

5. The agency is including a warning to alert people with renal dysfunction to consult a doctor before using antiperspirants containing aluminum. The warning appears in the new labeling format and states: "Ask a doctor before use if you have kidney disease". (See section II.F, comment 23 of this document.)

6. The agency has revised the August 1982 Guidelines for Effectiveness Testing. The revised guidelines (dated as of the date of publication of this document) state that "FDA recognizes that alternate methods may be appropriate to qualify an antiperspirant drug product as effective. These guidelines do not preclude the use of alternate methods that provide scientifically valid results, subject to FDA approval." (See section II.D, comment 15 of this document.)

The agency has revised parts of the test procedures section of the guidelines to delete the requirement that the control formulation be devoid of "any" antiperspirant activity. Therefore, the control formulation no longer needs to be compared to no treatment. (See section II.D, comment 17 of this document.) The agency has changed the permitted relative humidity of the hotroom conditions from 35 to 40 percent to a range of 30 to 40 percent. (See section II.D, comment 16 of this document.) The agency has added a requirement for "baseline perspiration rate" to assure that test subjects sweat adequately during a hotroom test: "Test subjects must produce at least 100 milligrams of sweat from the placebo control axilla in a 20-minute collection

in the controlled environment." (See comment 16 also.)

Because the final monograph contains 24-hour duration effectiveness claims, the agency has revised section 4(a)(4) of the guidelines to state: "For claims of enhanced duration of effect, the test should be conducted at least two times during the period of the claim, such as 1 hour and 24 hours after the last daily treatment for 24 hour claims." (See section II.C, comment 12 of this document.) Because the final monograph contains "extra-effective" claims shown by standard gravimetric testing to have a 30-percent or more reduction in sweat, the agency has revised the guidelines to include a section on data treatment to demonstrate, with high probability, at least 50 percent of the target population will obtain a sweat reduction of at least 30 percent. (See section II.C, comment 11 of this document.)

The revised "Guidelines for Effectiveness Testing of OTC Antiperspirant Drug Products" are now dated as of the date of publication of this final rule and are on file in the Dockets Management Branch (address above) and on FDA's Web site at http:// www.fda.gov/cder/otc/index.htm. Persons wishing to obtain a copy of the guidelines should submit a Freedom of Information (FOI) request in writing to FDA's FOI Staff (HFI–35), 5600 Fishers Lane, Rockville, MD 20857. The agency has revised § 350.60 to include this information about the guidelines.

## IV. Summary of Changes from the Proposed Rule

1. The agency is modifying the definition of an antiperspirant that was proposed in § 350.3 of the TFM to delete the phrase "to the underarm." (See section II.B, comment 2 of this document.)

2. The agency is revising the format for listing active ingredients in § 350.10. (See section III.2. of this document.)

3. The agency is expanding the indications for OTC antiperspirant drug products based on new data that support these additional uses (see section III.3. of this document) and is expanding the "Guidelines for Effectiveness Testing of OTC Antiperspirant Drug Products" to address some of these additional uses (see section III.6. of this document).

## V. The Agency's Final Conclusions

The agency is issuing a final monograph establishing conditions under which OTC antiperspirant drug products are generally recognized as safe and effective and not misbranded; 18 ingredients listed in § 350.10 are a

monograph condition. In the **Federal Register** of November 7, 1990 (55 FR 46914), the agency published a final rule in part 310 establishing that certain active ingredients that had been under consideration in a number of OTC drug rulemaking proceedings were not generally recognized as safe and effective. That final rule included the antiperspirant ingredients aluminum bromohydrate, aluminum chloride (alcoholic solutions), aluminum chloride (aqueous solution) (aerosol only), aluminum sulfate, aluminum sulfate buffered (aerosol only), potassium alum, and sodium aluminum chlorohydroxy lactate in § 310.545(a)(4), and was effective on May 7, 1991. In this final rule, the agency is redesignating the text of paragraph (a)(4) as paragraph (a)(4)(i), adding new paragraph (a)(4)(i) heading, and adding new paragraph (a)(4)(ii) to contain aluminum sulfate buffered with sodium aluminum lactate. Any drug product labeled, represented, or promoted for use as an OTC antiperspirant drug that contains any of the ingredients listed in § 310.545(a)(4)(i) or (a)(4)(ii) or that is not in conformance with the monograph (21 CFR part 350) may be considered a new drug within the meaning of section 201(p) of the Federal Food, Drug, and Cosmetic Act (the act) (21 U.S.C. 321(p)) and misbranded under section 502 of the act (21 U.S.C. 352). Such a drug product can not be marketed for OTC antiperspirant use unless it is the subject of an approved application under section 505 of the act (21 U.S.C. 355) and 21 CFR part 314. An appropriate citizen petition to amend the monograph may also be submitted in accord with 21 CFR 10.30 and § 330.10(a)(12)(i). Any OTC antiperspirant drug product initially introduced or initially delivered for introduction into interstate commerce after the effective date of the final rule for § 310.545(a)(4)(i) or after the compliance dates of this final rule that is not in compliance with the regulations is subject to regulatory action.

Mandating warnings in an OTC drug monograph does not require a finding that any or all of the OTC drug products covered by the monograph actually caused an adverse event, and FDA does not so find. Nor does FDA's requirement of warnings repudiate the prior OTC drug monographs and monograph rulemakings under which the affected drug products have been lawfully marketed. Rather, as a consumer protection agency, FDA has determined that warnings are necessary to ensure that these OTC drug products continue

**Exhibit 357**

to be safe and effective for their labeled indications under ordinary conditions of use as those terms are defined in the act. This judgment balances the benefits of these drug products against their potential risks (see § 330.10(a)).

FDA's decision to act in this instance need not meet the standard of proof required to prevail in a private tort action (*Glastetter* v. *Novartis Pharmaceuticals, Corp.*, 252 F.3d 986, 991 (8th Cir. 2001)). To mandate warnings, or take similar regulatory action, FDA need not show, nor do we allege, actual causation. For an expanded discussion of case law supporting FDA's authority to require such warnings, see ''Labeling of Diphenhydramine-Containing Drug Products for Over-the-Counter Human Use, Final Rule'' (67 FR 72555, December 6, 2002).

## VI. Analysis of Impacts

An analysis of the costs and benefits of this regulation, conducted under Executive Order 12291, was discussed in the TFM for OTC antiperspirant drug products (47 FR 36492 at 36503). The one comment received is addressed in section II.A, comment 4 of this final rule and further addressed later in this section.

FDA has examined the impacts of this final rule under Executive Order 12866, the Regulatory Flexibility Act (5 U.S.C. 601–612), and the Unfunded Mandates Reform Act of 1995 (2 U.S.C. 1501 et seq.). Executive Order 12866 directs agencies to assess all costs and benefits of available regulatory alternatives and, when regulation is necessary, to select regulatory approaches that maximize net benefits (including potential economic, environmental, public health and safety, and other advantages; distributive impacts; and equity). Under the Regulatory Flexibility Act, if a rule has a significant economic impact on a substantial number of small entities, an agency must analyze regulatory options that would minimize any significant impact of the rule on small entities. Section 202(a) of the Unfunded Mandates Reform Act of 1995 requires that agencies prepare a written statement of anticipated costs and benefits before proposing any rule that may result in an expenditure in any one year by State, local, and tribal governments, in the aggregate, or by the private sector, of $100 million (adjusted annually for inflation). The proposed rule that has led to the development of this final rule was published on August 20, 1982, before the Unfunded Mandates Reform Act of 1995 was enacted. This final rule will not result in an expenditure in any one year by State,

local, and tribal governments, in the aggregate, or by the private sector, of $100 million.

The agency concludes that this final rule is consistent with the principles set out in Executive Order 12866 and in these two statutes. Additionally, the final rule is not a significant regulatory action as defined by the Executive order. The Unfunded Mandates Reform Act does not require FDA to prepare a statement of costs and benefits for this final rule, because the final rule will not result in any 1-year expenditure that would exceed $100 million adjusted for inflation. The current inflation adjusted statutory threshold is about $110 million.

FDA has determined that this final rule will not have a significant economic impact on a substantial number of small entities. While the exact number of affected small entities is difficult to determine at any given time, the agency received only one comment from a small entity, which is discussed later in this section. This discussion explains the agency's determination that this final rule will not have a significant economic impact on a substantial number of small entities.

The purpose of this final rule is to establish conditions under which OTC antiperspirant drug products are generally recognized as safe and effective and not misbranded. This includes establishing the allowable monograph ingredients and labeling. Eighteen of the 19 active ingredients under review are included in the final monograph. The remaining ingredient could have been included had a USP–NF monograph been developed for this ingredient. If a USP–NF monograph is developed before the effective date of this final monograph, products containing this ingredient could continue to be marketed without reformulation. Without a USP–NF monograph for the ingredient, product reformulations to include a monograph antiperspirant active ingredient or discontinuation of the products will need to occur. The agency believes that this one antiperspirant active ingredient is currently in only a few products. Based on the large number of antiperspirant drug products in the OTC marketplace and the vast array of products that one known affected company currently markets, the agency considers the required reformulation or discontinuation of a few products not to be overly burdensome or substantial. The one known affected company markets at least 30 products not affected by this final rule. Only one of its products includes the active ingredient

excluded under the final rule. Any company using this active ingredient has the option to: (1) Reformulate using any of the 18 active ingredients included in this final rule, (2) reformulate without this active ingredient and market the product as a deodorant, or (3) discontinue the product.

This final rule establishes the monograph labeling for OTC antiperspirant drug products and will require relabeling of all products covered by the monograph. The agency's Drug Listing System identifies approximately 200 manufacturers and 700 marketers of 1,300 OTC antiperspirant drug products containing the 19 ingredients covered by this final rule. It is likely that there are additional products that are not currently included in the agency's system. While it is difficult to determine an exact number, the agency estimates that about 1,500 OTC antiperspirant drug products will need to be relabeled based on this final rule.

The agency has been informed that relabeling costs of the type required by a final monograph generally average about $3,000 to $5,000 per stock keeping unit (SKU) (individual products, packages, and sizes). However, some of the relabeling that occurs as a result of this specific final monograph will be due to additional indications that the agency has included in the final monograph and that manufacturers will wish to add to their labeling. Assuming that there are about 1,300 to 1,500 affected OTC SKUs in the marketplace, total one-time costs of relabeling would be $3.9 million ($3,000 per SKU x 1,300 SKUs) to $7.5 million ($5,000 per SKU x 1,500 SKUs). The agency believes that actual costs will be lower for several reasons. First, many of the label changes will be made by private label manufacturers that tend to use relatively simple and less expensive labeling. Second, the agency has finalized a revised labeling format for OTC drug products in § 201.66. The agency is allowing manufacturers to incorporate the labeling changes required by this final rule along with the new general OTC drug labeling format. Thus, the relabeling costs resulting from two different but related final rules will be individually reduced by implementing both required changes at the same time.

Some relabeling costs will be further reduced because the agency is allowing up to 18 months (24 months for products with annual sales less than $25,000) for these revisions so they may be done in the normal course of business. Thus, manufacturers who

**Exhibit 357**

Case 2:20-cv-02470-WBS-JDP Document 12 Filed 12/29/20 Page 153 of 421

wish to add additional indications included in this final monograph can do so at their next regular printing of product labeling. Among the steps the agency is taking to minimize the impact on small entities are: (1) To provide enough time to enable entities to use up existing labeling stock, and (2) to allow the labeling changes required by this final monograph to be done concurrently with the changes required by the new OTC drug labeling format. The agency believes that these actions provide small entities substantial flexibility and reductions in cost.

The agency considered but rejected several labeling alternatives: (1) A shorter or longer implementation period, and (2) an exemption from coverage for small entities. While the agency believes that consumers would benefit from having this new labeling in place as soon as possible, a longer time period would unnecessarily delay the benefit of new labeling and a few revised formulations. Conversely, a shorter time period was also considered but rejected because it would be inflexible and more costly for the affected companies. The agency rejected an exemption for small entities because the new labeling and revised formulations, where applicable, are also needed by consumers who purchase products marketed by those entities. However, a longer (24-month) compliance date is being provided for products with annual sales less than $25,000.

One small manufacturer has indicated that it will suffer economic consequences because it will no longer be able to make claims for use of its antiperspirant products on the hands, and for prosthesis and orthotic use. However, the manufacturer did not provide sufficient data to show that its products were safe and effective for these uses and did not provide documentation to show the economic impact of this final rule on its sales. The agency notes that the company could: (1) Relabel its products to contain only the monograph indications and then remain in the marketplace, or (2) discontinue its products. While revising the product labeling may have an economic impact on a company, it will be able to continue to market its products and can use the expanded indications provided by the final monograph to try to enhance product sales.

The final rule would not require any new reporting and recordkeeping activities, and no additional professional skills are needed. There are no other Federal rules that duplicate, overlap, or conflict with the final rule.

For the reasons in this section and under the Regulatory Flexibility Act (5 U.S.C. 605(b)), the agency certifies that this final rule will not have a significant economic impact on a substantial number of small entities. Therefore, under the Regulatory Flexibility Act, no further analysis is required.

## VII. Paperwork Reduction Act of 1995

FDA concludes that the labeling requirements in this document are not subject to review by the Office of Management and Budget because they do not constitute a "collection of information" under the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.). Rather, the labeling statements are a "public disclosure of information originally supplied by the Federal government to the recipient for the purpose of disclosure to the public" (5 CFR 1320.3(c)(2)).

## VIII. Environmental Impact

The agency has determined under 21 CFR 25.31(a) that this action is of a type that does not individually or cumulatively have a significant effect on the human environment. Therefore, neither an environmental assessment nor an environmental impact statement is required.

## IX. Federalism

FDA has analyzed this final rule in accordance with the principles set forth in Executive Order 13132. FDA has determined that the rule does not contain policies that have substantial direct effects on the States, on the relationship between the National Government and the States, or on the distribution of power and responsibilities among the various levels of government. Accordingly, the agency has concluded that the rule does not contain policies that have federalism implications as defined in the Executive order and, consequently, a federalism summary impact statement is not required.

## X. Section 369.20 Revision

Section 369.20 (21 CFR 369.20) contains a recommended warning and caution statement for OTC antiperspirant drug products under the heading "ANTIPERSPIRANTS:" "Do not apply to broken skin. If a rash develops, discontinue use." This statement is very similar to, but not quite as extensive as, the warnings required by the final monograph: "Do not use on broken skin" and "Stop use if rash or irritation occurs". The agency is removing the entry for "ANTIPERSPIRANTS" under § 369.20

because it is superseded by §§ 350.50(c)(1) and (c)(2).

## XI. References

The following references are on display in the Dockets Management Branch (see section I of this document) under Docket No. 78N–0064 unless otherwise stated and may be seen by interested persons between 9 a.m. and 4 p.m., Monday through Friday.

1. Memorandum of telephone conversation between R. Bolger, C. Holland, and K. Holland, Perspi-Cura Co., and V. Miguele, FDA, in OTC vol. 1400FR, dated November 20, 1995.

2. Memorandum of fax from V. Miguele, FDA, to R. Bolger and C. Holland, Perspi-Cura Co., in OTC Vol. 1400FR, dated February 8, 1996.

3. Memorandum of telephone message from R. Bolger, Perspi-Cura Co., to V. Miguele, FDA, in OTC Vol. 1400FR, dated March 25, 1996.

4. Studies 83–0768–70 and 83–0769–70 in Comment RPT.

5. Studies S–1367, S–1617, and ST–2280/2376) in Comment No. C00039.

6. "Antiperspirant Efficacy Study of AP10016 (Currently Marketed Roll-on Antiperspirant With Aluminum Zirconium Tetrachlorohydrate) Against AP10021 (Currently Marketed Roll-on Antiperspirant With Aluminum Chlorohydrate)," Exhibit 24 in Comment No. C00040.

7. Comment No. LET006.

8. Majors, P. A., and F. B. Carabello, "Presentation to the OTC Panel for Antiperspirants of the Hill Top Research Method of Antiperspirant Evaluations and General Discussion of Results Obtained," in OTC Vol. 140065, August 1975.

9. FDA, "Guidelines for Effectiveness Testing of OTC Antiperspirant Drug Products," in OTC Vol. 140065, August 1982.

10. Exhibits 1 through 7 in Comment No. C00040.

11. "Claim for Twenty Four Hour Protection' etc., Antiperspirant Tests," studies S–825, S–1434, S–1473, S–1518, S–1546, and S–1604, in Comment No. C00039.

12. Exhibits 9 through 20 and 22, in Comment No. C00040.

13. Majors, P. A., and J. E. Wild, "The Evaluation of Antiperspirant Efficacy—Influence of Certain Variables," *Journal of the Society of Cosmetic Chemists*, 25:139–152, 1974.

14. "New Data on Pedal Antiperspirant Activity," studies in Comment C00041.

15. *Pedal Antiperspirant Efficacy Evaluation*, protocol in Comments PR1 and PR2.

16. Letter from W. E. Gilbertson, FDA, to K. R. Johannes, Scholl, Inc., coded LET11.

17. Letters from W. E. Gilbertson, FDA, to R. C. Stites, Numark Laboratories, Inc., coded LET12 and LET13.

18. "Protocol for the Clinical Evaluation of Antiperspirant Efficacy Against Thermally Induced Sweating," exhibit 21, in Comment No. C00040.

19. Study 83–0769–70 in Comment No. RPT.

20. "Claim for 'Twenty Four Hour Protection' etc., Antiperspirant Tests,"

**Exhibit 357**

studies No. S–825, S–1367, S–1434, S–1473, S–1518, and S–1546, in Comment No. C00039.

21. Studies ST–2280/2376 in Comment No. C00039.

22. "Twenty-Four Hour Enhanced Duration AP Efficacy Evaluation Under Thermal Stress of: A = AP10001 (Currently Marketed Aerosol Antiperspirant With aluminum chlorohydrate) Against B = AP10008, Placebo Aerosol Antiperspirant," Exhibit 6, in Comment No. C00040.

23. "AP Efficacy 24 Hour Absolute Sweat Reduction Study of: AP10001 (Marketed Aerosol Antiperspirant With Aluminum Chlorohydrate)," Exhibit 5, in Comment No. C00040.

24. Summary Minutes of the 18th Meeting of the Advisory Review Panel on OTC Antiperspirant Drug Products, in OTC Vol. 1400FR, February 26 and 27, 1976.

25. OTC Vol. 140059.

26. Comment No. C00039.

27. Transcript of the 27th Meeting of the Advisory Review Panel on OTC Antiperspirant Drug Products, pp. 75–85, included in OTC Vol. 1400FM, January 26, 1978.

28. Lansdown, A. B. G., "Production of Epidermal Damage in Mammalian Skins by Some Simple Aluminum Compounds," *British Journal of Dermatology*, 89:67–76, 1973.

29. Govett, T., and M. G. DeNavarre, "Aluminum Chlorohydrate, New Antiperspirant Ingredient," *The American Perfumer and Essential Oil Review*, 49:365–368, 1947.

30. "Zirconyl Hy+droxy Chloride Antiperspirant Combinations," Patent No. 2,854,382, U.S. Patent Office, included in Appendix B in OTC Vol. 140037, September 30, 1958.

31. "Characterization of Category I Aluminum Chlorhydrates and Comparison to an Aluminum Chlorhydrate Prepared With an Alternate Neutralization Agent," report in Comment No. C00038.

32. Fifth Supplement, USP 23–NF 18, U.S. Pharmacopeial Convention, Inc., Rockville, MD, p. 3363, 1996.

33. Perl, D. P., and P. F. Good, "Uptake of Aluminum into Central Nervous System Along Nasal-Olfactory Pathways," *Lancet*, 1:1028, May 2, 1987.

34. Inhalation Toxicology Research Institute, Lovelace Biomedical and Environmental Research Institute, "Inhalation Toxicology Studies of Aerosolized Products, Final Report," in Comment SUP.

35. Becton, Dickinson Research Center, "Final Report on Aluminum Chlorhydrate Study," in Comment SUP.

36. Rollin, H. B., P. Theodorou, and T. A. Kilroe-Smith, "Deposition of Aluminum in Tissues of Rabbits Exposed to Inhalation of Low Concentrations of A1203 Dust," *British Journal of Industrial Medicine*, 48:389–391, 1991.

37. Graves, A. B. et al., "The Association Between Aluminum-Containing Products and Alzheimer's Disease," *Journal of Clinical Epidemiology*, 43:35–44, 1990.

38. Garruto, R. M., "Pacific Paradigms of Environmentally Induce Neurological

Disorders: Clinical, Epidemiological and Molecular Perspectives," *Neurotoxicology*, 12:347–377, 1991.

39. Priest, N. D., Satellite Symposium on 'Alzheimer's Disease and Dietary Aluminum', "The Bioavailability and Metabolism of Aluminum Compounds in Man," *Proceedings of the Nutrition Society*, 52:231–240, 1993.

40. Rowan, M. J., "Recent Research on the Causes of Alzheimer's Disease," *Proceedings of the Nutrition Society*, 52:255–262, 1993.

41. Savory, J. et al., "Can the Controversy of the Role of Aluminum in Alzheimer's Disease be Resolved? What are the Suggested Approaches to This Controversy and Methodological Issues to be Considered?," *Journal of Toxicology and Environmental Health*, 48:615–635, 1996.

42. Scott, C. W. et al., "Aggregation of Tau Protein by Aluminum," *Brain Research*, 628:77–84, 1993.

43. Kasa, P., P. Szerdahelyi, and H. M. Wisniewski, "Lack of Topographical Relationship Between Sites of Aluminum Deposition and Senile Plaques in the Alzheimer's Disease Brain," *Acta Neuropathologica*, 90:526–531, 1995.

44. Candy, J. M. et al., "Aluminum Accumulation in Relation to Senile Plaque and Neurofibrillary Tangle Formation in the Brains of Patients With Renal Failure," *Journal of the Neurological Sciences*, 107:210–218, 1992.

45. Anane, R. et al., "Bioaccumulation of Water Soluble Aluminum Chloride in the Hippocampus After Transdermal Uptake in Mice," *Archives of Toxicology*, 69:568–571, 1995.

46. Forbes, W. F., and N. Agwani, "A Suggested Mechanism for Aluminum Biotoxicity," *Journal of Theoretical Biology*, 171:207–214, 1994.

47. Salib, E., and V. Hillier, "A Case-Control Study of Alzheimer's Disease and Aluminum Occupation," *British Journal of Psychiatry*, 168:244–249, 1996.

48. Doll, R., "Review: Alzheimer's Disease and Environmental Aluminum," *Age and Ageing*, 22:138–153, 1993.

49. Flaten, T. P. et al., "Status and Future Concerns of Clinical and Environmental Aluminum Toxicology," *Journal of Toxicology and Environmental Health*, 48:527–541, 1996.

50. Comments No. C46, RPT2, and RPT3.

## List of Subjects

### 21 CFR Part 310

Administrative practice and procedure, Drugs, Labeling, Medical devices, Reporting and recordkeeping requirements.

### 21 CFR Part 350

Labeling, Over-the-counter drugs.

### 21 CFR Part 369

Labeling, Medical devices, Over-the-counter drugs.

■ Therefore, under the Federal Food, Drug, and Cosmetic Act, and under authority delegated to the Commissioner

of Food and Drugs, 21 CFR Chapter I is amended as follows:

## PART 310—NEW DRUGS

■ 1. The authority citation for 21 CFR part 310 continues to read as follows:

**Authority:** 21 U.S.C. 321, 331, 351, 352, 353, 355, 360b–360f, 360j, 361(a), 371, 374, 375, 379e; 42 U.S.C. 216, 241, 242(a), 262, 263b–263n.

■ 2. Section 310.545 is amended by redesignating the text of paragraph (a)(4) as paragraph (a)(4)(i), by adding new paragraph (a)(4)(i) heading and paragraphs (a)(4)(ii) and (d)(34), and by revising paragraph (d)(1) to read as follows:

### § 310.545  Drug products containing certain active ingredients offered over-the-counter (OTC) for certain uses.

(a) * * *

(4) * * *

(i) *Ingredients—Approved as of May 7, 1991.* * * *

(ii) *Approved as of December 9, 2004; June 9, 2005, for products with annual sales less than $25,000.*

Aluminum sulfate buffered with sodium aluminum lactate

*       *       *       *       *

(d) * * *

(1) May 7, 1991, for products subject to paragraphs (a)(1) through (a)(2)(i), (a)(3)(i), (a)(4)(i), (a)(6)(i)(A), (a)(6)(ii)(A), (a)(7) (except as covered by paragraph (d)(3) of this section), (a)(8)(i), (a)(10)(i) through (a)(10)(iii), (a)(12)(i) through (a)(12)(iv)(A), (a)(14) through (a)(15)(i), (a)(16) through (a)(18)(i)(A), (a)(18)(ii) (except as covered by paragraph (d)(22) of this section), (a)(18)(iii), (a)(18)(iv), (a)(18)(v)(A), and (a)(18)(vi)(A) of this section.

*       *       *       *       *

(34) December 9, 2004, for products subject to paragraph (a)(4)(ii) of this section. June 9, 2005, for products with annual sales less than $25,000.

*       *       *       *       *

■ 3. Part 350 is added to read as follows:

## PART 350—ANTIPERSPIRANT DRUG PRODUCTS FOR OVER-THE-COUNTER HUMAN USE

### Subpart A—General Provisions

Sec.
350.1   Scope.
350.3   Definition.

### Subpart B—Active Ingredients

350.10   Antiperspirant active ingredients.

### Subpart C—Labeling

350.50   Labeling of antiperspirant drug products.

**Exhibit 357**

**Subpart D—Guidelines for Effectiveness Testing**

350.60   Guidelines for effectiveness testing of antiperspirant drug products.

**Authority:** 21 U.S.C. 321, 351, 352, 353, 355, 360, 371.

## PART 350—ANTIPERSPIRANT DRUG PRODUCTS FOR OVER-THE-COUNTER HUMAN USE

### Subpart A—General Provisions

#### § 350.1   Scope.

(a) An over-the-counter antiperspirant drug product in a form suitable for topical administration is generally recognized as safe and effective and is not misbranded if it meets each condition in this part and each general condition established in § 330.1 of this chapter.

(b) References in this part to regulatory sections of the Code of Federal Regulations are to chapter I of title 21 unless otherwise noted.

#### § 350.3   Definition.

As used in this part:

*Antiperspirant.* A drug product applied topically that reduces the production of perspiration (sweat) at that site.

### Subpart B—Active Ingredients

#### § 350.10   Antiperspirant active ingredients.

The active ingredient of the product consists of any of the following within the established concentration and dosage formulation. Where applicable, the ingredient must meet the aluminum to chloride, aluminum to zirconium, and aluminum plus zirconium to chloride atomic ratios described in the U.S. Pharmacopeia-National Formulary. The concentration of ingredients in paragraphs (b) through (j) of this section is calculated on an anhydrous basis, omitting from the calculation any buffer component present in the compound, in an aerosol or nonaerosol dosage form. The concentration of ingredients in paragraphs (k) through (r) of this section is calculated on an anhydrous basis, omitting from the calculation any buffer component present in the compound, in a nonaerosol dosage form. The labeled declaration of the percentage of the active ingredient should exclude any water, buffer components, or propellant.

(a) Aluminum chloride up to 15 percent, calculated on the hexahydrate form, in an aqueous solution nonaerosol dosage form.

(b) Aluminum chlorohydrate up to 25 percent.

(c) Aluminum chlorohydrex polyethylene glycol up to 25 percent.

(d) Aluminum chlorohydrex propylene glycol up to 25 percent.

(e) Aluminum dichlorohydrate up to 25 percent.

(f) Aluminum dichlorohydrex polyethylene glycol up to 25 percent.

(g) Aluminum dichlorohydrex propylene glycol up to 25 percent.

(h) Aluminum sesquichlorohydrate up to 25 percent.

(i) Aluminum sesquichlorohydrex polyethylene glycol up to 25 percent.

(j) Aluminum sesquichlorohydrex propylene glycol up to 25 percent.

(k) Aluminum zirconium octachlorohydrate up to 20 percent.

(l) Aluminum zirconium octachlorohydrex gly up to 20 percent.

(m) Aluminum zirconium pentachlorohydrate up to 20 percent.

(n) Aluminum zirconium pentachlorohydrex gly up to 20 percent.

(o) Aluminum zirconium tetrachlorohydrate up to 20 percent.

(p) Aluminum zirconium tetrachlorohydrex gly up to 20 percent.

(q) Aluminum zirconium trichlorohydrate up to 20 percent.

(r) Aluminum zirconium trichlorohydrex gly up to 20 percent.

### Subpart C—Labeling

#### § 350.50   Labeling of antiperspirant drug products.

(a) *Statement of identity.* The labeling of the product contains the established name of the drug, if any, and identifies the product as an "antiperspirant."

(b) *Indications.* The labeling of the product states, under the heading "Uses," the phrase listed in paragraph (b)(1) of this section and may contain any additional phrases listed in paragraphs (b)(2) through (b)(5) of this section, as appropriate. Other truthful and nonmisleading statements, describing only the uses that have been established and listed in paragraphs (b)(1) through (b)(5) of this section, may also be used, as provided in § 330.1(c)(2) of this chapter, subject to the provisions of section 502 of the Federal Food, Drug, and Cosmetic Act (the act) relating to misbranding and the prohibition in section 301(d) of the act against the introduction or delivery for introduction into interstate commerce of unapproved new drugs in violation of section 505(a) of the act.

(1) For any product, the labeling states [select one of the following: "decreases," "lessens," or "reduces"] "underarm" [select one of the following: "dampness," "perspiration," "sweat," "sweating," or "wetness"].

(2) The labeling may state "also [select one of the following: 'decreases,' 'lessens,' or 'reduces'] underarm [select

one of the following: 'dampness,' 'perspiration,' 'sweat,' 'sweating,' or 'wetness'] due to stress".

(3) For products that demonstrate standard effectiveness (20 percent sweat reduction) over a 24-hour period, the labeling may state [select one of the following: "all day protection," "lasts all day," "lasts 24 hours," or "24 hour protection"].

(4) For products that demonstrate extra effectiveness (30 percent sweat reduction), the labeling may state "extra effective".

(5) Products that demonstrate extra effectiveness (30 percent sweat reduction) sustained over a 24-hour period may state the claims in paragraphs (b)(3) and (b)(4) of this section either individually or combined, e.g., "24 hour extra effective protection", "all day extra effective protection," "extra effective protection lasts 24 hours," or "extra effective protection lasts all day".

(c) *Warnings.* The labeling of the product contains the following statements under the heading "Warnings":

(1) "Do not use on broken skin".

(2) "Stop use if rash or irritation occurs".

(3) "Ask a doctor before use if you have kidney disease".

(4) *For products in an aerosolized dosage form.* (i) "When using this product [bullet][1] keep away from face and mouth to avoid breathing it".

(ii) The warning required by § 369.21 of this chapter for drugs in dispensers pressurized by gaseous propellants.

(d) *Directions.* The labeling of the product contains the following statement under the heading "Directions": "apply to underarms only".

### Subpart D—Guidelines for Effectiveness Testing

#### § 350.60   Guidelines for effectiveness testing of antiperspirant drug products.

An antiperspirant in finished dosage form may vary in degree of effectiveness because of minor variations in formulation. To assure the effectiveness of an antiperspirant, the Food and Drug Administration is providing guidelines that manufacturers may use in testing for effectiveness. These guidelines are on file in the Dockets Management Branch (HFA–305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061, Rockville, MD 20852. These guidelines are available on the FDA's Web site at http://www.fda.gov/cder/

---

[1] See § 201.66(b)(4) of this chapter for definition of bullet.

**Exhibit 357**

otc/index.htm or on request for a nominal charge by submitting a Freedom of Information (FOI) request in writing to FDA's FOI Staff (HFI–35), 5600 Fishers Lane, rm. 12A–16, Rockville, MD 20857.

## PART 369—INTERPRETATIVE STATEMENTS RE WARNINGS ON DRUGS AND DEVICES FOR OVER-THE-COUNTER SALE

■ 4. The authority citation for 21 CFR part 369 continues to read as follows:

**Authority:** 21 U.S.C. 321, 331, 351, 352, 353, 355, 371.

### § 369.20   [Amended]

■ 5. Section 369.20 *Drugs; recommended warning and caution statements* is amended by removing the entry for "ANTIPERSPIRANTS."

Dated: May 16, 2003.

**Jeffrey Shuren,**

*Assistant Commissioner for Policy.*

[FR Doc. 03–14140 Filed 6–6–03; 8:45 am]

**BILLING CODE 4160–01–S**

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Food and Drug Administration

#### 21 CFR Part 510

#### New Animal Drugs; Change of Sponsor's Name; Technical Amendment

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Final rule, technical amendment.

**SUMMARY:** The Food and Drug Administration (FDA) is amending the animal drug regulations to reflect a change of sponsor's name from Fort Dodge Animal Health, Division of American Cyanamid Co., to Fort Dodge Animal Health, Division of Wyeth Holdings Corp. The regulations are also being revised to correct the address for Fort Dodge Animal Health, Division of Wyeth.

**DATES:** This rule is effective June 9, 2003.

**FOR FURTHER INFORMATION CONTACT:** David R. Newkirk, Center for Veterinary Medicine (HFV–100), Food and Drug Administration, 7500 Standish Pl., Rockville, MD 20855; 301–827–6967; e-mail: *dnewkirk@cvm.fda.gov.*

**SUPPLEMENTARY INFORMATION:** Fort Dodge Animal Health, Division of American Cyanamid Co., P.O. Box 1339, Fort Dodge, IA 50501, has informed FDA of a change of name to Fort Dodge

Animal Health, Division of Wyeth Holdings Corp. Accordingly, the agency is amending the regulations in 21 CFR 510.600(c) to reflect the change.

In addition, when the name of Fort Dodge Animal Health, Division of American Home Products Corp. was changed to Fort Dodge Animal Health, Division of Wyeth (67 FR 67520, November 6, 2002), an inaccurate correction to the address was made. At this time, it is being changed to the original and correct address.

This rule does not meet the definition of "rule" in 5 U.S.C. 804(3)(A) because it is a rule of "particular applicability." Therefore, it is not subject to the congressional review requirements in 5 U.S.C. 801–808.

### List of Subjects in 21 CFR Part 510

Administrative practice and procedure, Animal drugs, Labeling, Reporting and recordkeeping requirements.

■ Therefore, under the Federal Food, Drug and Cosmetic Act and under authority delegated to the Commissioner of Food and Drugs and redelegated to the Center for Veterinary Medicine, 21 CFR part 510 is amended as follows:

## PART 510—NEW ANIMAL DRUGS

■ 1. The authority citation for 21 CFR part 510 continues to read as follows:

**Authority:** 21 U.S.C. 321, 331, 351, 352, 353, 360b, 371, 379e.

### § 510.600   [Amended]

■ 2. Section 510.600 *Names, addresses, and drug labeler codes of sponsors of approved applications* is amended.

a. In the table in paragraph (c)(1), in the entry for "Fort Dodge Animal Health, Division of Wyeth" and in the table in paragraph (c)(2), in the entry for "000856" by removing "500" and by adding in its place "800".

b. In the table in paragraph (c)(1), in the entry for "Fort Dodge Animal Health, Division of American Cyanamid Co." and in the table in paragraph (c)(2), in the entry for "053501" by removing "American Cyanamid Co." and by adding in its place "Wyeth Holdings Corp.".

Dated: May 19, 2003.

**Steven D. Vaughn,**

*Director, Office of New Animal Drug Evaluation, Center for Veterinary Medicine.*

[FR Doc. 03–14303 Filed 6–6–03; 8:45 am]

**BILLING CODE 4160–01–S**

## DEPARTMENT OF THE TREASURY

### Internal Revenue Service

#### 26 CFR Parts 1 and 602

[TD 9059]

RIN 1545–AX18

#### Coordination of Sections 755 and 1060; Allocation of Basis Adjustments Among Partnership Assets and Application of the Residual Method to Certain Partnership Transactions

**AGENCY:** Internal Revenue Service (IRS), Treasury.

**ACTION:** Final regulations and removal of temporary regulations.

**SUMMARY:** This document finalizes regulations relating to the allocation of basis adjustments among partnership assets under section 755. The regulations are necessary to implement section 1060, which applies the residual method to certain partnership transactions.

**DATES:** These regulations are effective June 9, 2003.

**FOR FURTHER INFORMATION CONTACT:** Craig Gerson, (202) 622–3050 (not a toll-free number).

**SUPPLEMENTARY INFORMATION:**

### Background

This document contains amendments to 26 CFR part 1 under section 755 of the Internal Revenue Code (Code). On April 5, 2000, a notice of proposed rulemaking (REG–107872–99, 2000–1 C.B. 911) under section 755 was published in the **Federal Register** (65 FR 17829). Only one commentator submitted written comments in response to the notice of proposed rulemaking, and no public hearing was requested or held. After consideration of the comment, the proposed regulations are adopted as revised by this Treasury decision.

### Explanation of Revisions and Summary of Contents

*1. Summary*

Section 743(b) provides for an optional adjustment to the basis of partnership property following certain transfers of partnership interests. The amount of the basis adjustment is the difference between the transferee's basis in the partnership interest and the transferee's share of the partnership's basis in the partnership's assets. Once the amount of the basis adjustment is determined, it is allocated among the partnership's individual assets pursuant to section 755.

**Exhibit 357**

# EXHIBIT 358

FULL TEXT LINKS

ELSEVIER
FULL-TEXT ARTICLE

Review  › Vaccine. 2002 May 31;20 Suppl 3:S18-23. doi: 10.1016/s0264-410x(02)00166-4.

# Aluminum Salts in vaccines--US Perspective

Norman W Baylor [1], William Egan, Paul Richman

Affiliations
PMID: 12184360   DOI: 10.1016/s0264-410x(02)00166-4

## Erratum in

Vaccine. 2002 Sep 10;20(27-28):3428

## Abstract

Aluminum in the form of aluminum hydroxide, aluminum phosphate or alum has been commonly used as an adjuvant in many vaccines licensed by the US Food and Drug Administration. Chapter 21 of the US Code of Federal Regulations [610.15(a)] limits the amount of aluminum in biological products, including vaccines, to 0.85 mg/dose. The amount of aluminum in vaccines currently licensed in the US ranges from 0.85-0.125 mg/dose. Clinical studies have demonstrated that aluminum enhances the antigenicity of some vaccines such as diphtheria and tetanus toxoids. Moreover, aluminum-adsorbed diphtheria and tetanus toxoids are distinctly more effective than plain fluid toxoids for primary immunization of children. There is little difference between plain and adsorbed toxoids for booster immunization. Aluminum adjuvants have a demonstrated safety profile of over six decades; however, these adjuvants have been associated with severe local reactions such as erythema, subcutaneous nodules and contact hypersensitivity.

## LinkOut - more resources

**Full Text Sources**
Elsevier Science

**Other Literature Sources**
The Lens

**Medical**
ClinicalTrials.gov
MedlinePlus Health Information

**Miscellaneous**
Hazardous Substances Data Bank

**Exhibit 358**

# EXHIBIT 359



1. Thayer, D. W., G. Boyd, W.S. Muller, et al. "Radiation resistance of *Salmonella*," *Journal of Industrial Microbiology,* 5: 383–390, 1990.

2. Memorandum for FAP 8M4584 from V. K. Bunning, FDA, to W. Trotter, FDA, April 4, 2000.

3. Memorandum for FAP 8M4584 from K. Morehouse, FDA, to W. Trotter, FDA, April 11, 2000.

4. Memorandum for FAP 8M4584 from K. Morehouse, FDA, to W. Trotter, FDA, May 14, 1999.

5. Memorandum for FAP 8M4584 from I. Chen, FDA, to W. Trotter, FDA, December 11, 1998.

6. Memorandum for FAP 8M4584 from I. Chen, FDA, to W. Trotter, FDA, March 31, 2000.

7. U.S. Department of Agriculture, Agricultural Research Service, USDA National Nutrient Database for Standard Reference, Release 23, Nutrient Data Laboratory Home Page (*http://www.ars.usda.gov/ba/bhnrc/ndl*), 2010.

8. Bureau of Foods Irradiated Foods Committee, *Recommendations for Evaluating the Safety of Irradiated Food,* Prepared for the Director, Bureau of Foods, FDA, July 1980.

Dated: April 8, 2011.

**Leslie Kux,**

*Acting Assistant Commissioner for Policy.*

[FR Doc. 2011–8815 Filed 4–12–11; 8:45 am]

**BILLING CODE 4160–01–P**

---

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Food and Drug Administration

## 21 CFR Part 610

**[Docket No. FDA–2010–N–0099]**

## Revision of the Requirements for Constituent Materials

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Final rule.

**SUMMARY:** The Food and Drug Administration (FDA) is amending the biologics regulations to permit the Director of the Center for Biologics Evaluation and Research (CBER) or the Director of the Center for Drug Evaluation and Research (CDER), as appropriate, to approve exceptions or alternatives to the regulation for constituent materials. A request for an exception or alternative will be considered for approval when the data submitted in support of such a request establish the safety, purity, and potency of the biological product for the conditions of use, including indication and patient population, for which the applicant is seeking approval. FDA is taking this action due to advances in

developing and manufacturing safe, pure, and potent biological products licensed under the Public Health Service Act (the PHS Act) that, in some instances, render the existing constituent materials regulation too prescriptive and unnecessarily restrictive. This rule provides manufacturers of biological products with flexibility, as appropriate, to employ advances in science and technology as they become available, without diminishing public health protections.

**DATES:** This rule is effective May 13, 2011.

**FOR FURTHER INFORMATION CONTACT:** Paul E. Levine, Jr., Center for Biologics Evaluation and Research (HFM–17), Food and Drug Administration, 1401 Rockville Pike, Suite 200N, Rockville, MD 20852–1448, 301–827–6210.

**SUPPLEMENTARY INFORMATION:**

## I. Background

In the **Federal Register** of March 30, 2010 (75 FR 15639), FDA published a proposed rule to amend the regulations for constituent materials under § 610.15 (21 CFR 610.15). Constituent materials include ingredients, preservatives, diluents, adjuvants, extraneous protein and antibiotics that are contained in a biological product. FDA is amending the regulation for constituent materials to allow the Director of CBER or the Director of CDER, as appropriate, to approve an exception or alternative to the requirements under § 610.15. An exception or alternative will be considered for approval when the data submitted in support of such a request establish the safety, purity, and potency of the biological product for the conditions for which the applicant is seeking approval. Under the final rule, the Director of CBER or CDER would not approve an exception or alternative when the data or the conditions of use, including indication and patient population, for which the applicant is seeking approval, do not provide a sufficient scientific and regulatory basis for such an approval.

The final rule provides manufacturers of biological products with flexibility, as appropriate, to employ advances in science and technology, as they become available. However, the final rule does not diminish public health protections that are provided by existing laws and regulations. The final rule gives manufacturers the potential to employ advances in science and technology if the data provide a sufficient regulatory basis for approval of the product. This means that each manufacturer's request

for an exception or alternative will be considered on a case-by-case basis to determine whether the product at issue meets the statutory and regulatory criteria for safety, purity, and potency for use in the intended population. The Director of CBER or CDER will only approve a request for an exception or alternative after determining that the particular request meets this prescribed criteria for the intended population. Examples of how the final rule provides flexibility (such as alternatives to the use of preservatives and modifications to the amount of aluminum permitted in certain biological products), without diminishing public health protections, are provided in the paragraphs that follow.[1]

Standards for certain constituent materials present in biological products are provided under § 610.15. Section 610.15(a) requires that all ingredients used in a licensed product, and any diluent provided as an aid in the administration of the product, meet generally accepted standards of purity and quality. Any preservative used must be sufficiently nontoxic so that the amount present in the recommended dose of the product will not be toxic to the recipient, and in the combination used, it must not denature the specific substances in the product to result in a decrease below the minimum acceptable potency within the dating period when stored at the recommended temperature. Products in multiple-dose containers must contain a preservative, except that a preservative need not be added to Yellow Fever Vaccine; Poliovirus Vaccine Live Oral; viral vaccines labeled for use with the jet injector; dried vaccines when the accompanying diluent contains a preservative; or to an allergenic product in 50 percent or more volume in volume (v/v) glycerin. Furthermore, under § 610.15, an adjuvant must not be introduced into a product unless there is satisfactory evidence that it does not affect adversely the safety or potency of the product.

Section 610.15(a) also requires that the amount of aluminum in the recommended individual dose of a biological product not exceed:

1. 0.85 milligrams if determined by assay;

---

[1] Although specific examples for use of extraneous protein and antibiotics are not provided, the final rule also allows for flexibility in applying the existing standards for extraneous proteins and antibiotics (§ 610.15(b) and (c)); provided that each request for an alternative or exception to these requirements is supported by data that establish the safety, purity, and potency of the biological product.

Case 2:20-cv-02470-WBS-JDP Document 12 Filed 12/29/20 Page 161 of 421

2. 1.14 milligrams if determined by calculation on the basis of the amount of aluminum compound added; or

3. 1.25 milligrams determined by assay provided that data demonstrating that the amount of aluminum used is safe and necessary to produce the intended effect are submitted to and approved by the Director of CBER or the Director of CDER.

Section 610.15 establishes standards for the presence of certain constituent materials in licensed, biological products and/or strictly limits the amount of certain constituent materials present in licensed biological products. However, in order to employ advancements in science and technology to benefit the public health, flexibility in applying these regulatory standards is needed.

For example, § 610.15 contains specific requirements as to preservatives. Preservatives are compounds that kill or prevent the growth of micro-organisms, particularly bacteria and fungi. The current requirements for preservatives were based, at least in part, on reports from scientific literature concerning serious injuries and deaths associated with bacterial contamination of multiple-dose containers of vaccines that did not contain a preservative.[2] As discussed previously, § 610.15 provides for limited exceptions from the preservative requirement. These exceptions include live viral vaccines that had been licensed under section 351 of the PHS Act (42 U.S.C. 262) and that were in production when the National Institutes of Health (NIH) issued the 1968 regulation.[3][4]

Preservatives in multiple-dose containers have a long record of safe and effective use in preventing microbial growth in the event that the vaccine is accidentally contaminated, as might occur with repeated punctures of a multiple-dose container. Even though the use of preservatives has significantly declined in recent years with the use of products filled in single-dose containers that do not require addition of a preservative, some biological products such as inactivated influenza virus vaccines are still present in multi-dose containers with a preservative. The use of preservatives could also decline further as manufacturers develop and employ new technologies, such as multi-dose adaptors to prevent contamination of products in multiple-dose containers, without the use of preservative.

However, the current regulation under § 610.15(a) does not provide FDA with flexibility to consider situations (outside of the listed exceptions) in which to allow the use of preservative-free vaccines in multiple-dose containers. It is necessary for FDA to have flexibility in applying the regulatory requirements for preservatives when, for example, state-of-the art technologies, such as the development of devices to ensure aseptic withdrawing offer a safe alternative to the use of preservatives in multiple-dose containers. The final rule permits the Director of CBER or the Director of CDER to approve a request to market a biological product in multiple-dose containers without the use of a preservative, if the manufacturer demonstrates that sufficient measures, such as an aseptic withdrawing technique through the use of an appropriate device, ensure that the product continues to meet the statutory and regulatory requirements for safety, purity, and potency. Thus, the final rule allows flexibility in the use of advancements in technology to provide a public benefit, while continuing to ensure the safety, purity, and potency of the product.

Another example where it is necessary for FDA to have flexibility in applying current regulatory requirements pertains to the amount of aluminum permitted under § 610.15(a) in the recommended single human dose of a biological product. Aluminum, in the form of an aluminum salt, is used as an adjuvant in certain biological products. The existing regulation limits the amount of aluminum per dose to no more than 0.85 milligrams (mg) if determined by assay or 1.14 mg if determined by calculation on the basis of the amount of aluminum compound added. In 1981, FDA amended § 610.15(a) to increase the permissible level of aluminum per dose to 1.25 mg both to make the regulation consistent with World Health Organization standards,[5] and because it appeared that certain groups (such as renal dialysis patients), who were understood to be at high risk of contracting hepatitis, might require a higher dosage of the hepatitis B vaccine, which would in turn, require amounts of aluminum as high as 1.25 mg per dose. (See "General Biological Products Standards; Aluminum in Biological Products," 46 FR 51903, October 23, 1981. See also "General Biological Products Standards for Aluminum in Biological Products," 46 FR 23765, April 28, 1981).

The aluminum content per dose in the formulation of a licensed biological product, as specified in § 610.15(a), reflects the NIH Minimum Requirements for Diphtheria Toxoid (1947)[6] and Tetanus Toxoid (1952).[7] The final rule does not alter the existing requirements regarding the amount of aluminum in a biological product. Instead, in a change that is analogous to the one FDA issued in 1981, involving the groups who were at high risk of contracting hepatitis, the final rule allows either the Director of CBER or the Director of CDER to approve an exception or alternative when the Director determines that a biological product meets the requirements for safety, purity, and potency for the conditions for which the applicant is seeking approval, but contains an amount of aluminum that is higher than currently permitted by § 610.15. For example, the final rule permits the Director of CBER or CDER to approve a manufacturer's request for an exception to use a proposed therapeutic vaccine for treating individuals with cancer, when the proposed vaccine contains aluminum levels higher than currently allowed but still meets the requirements of safety, purity, and potency.

## II. Clarifications to the Preamble of the Proposed Rule

FDA received comments on the rule from manufacturers, private and public interest groups, and the general public. In response to comments expressing concerns about the safety of a licensed product for which FDA grants an exception or alternative to current regulations, FDA emphasizes that a manufacturer's request for an exception or alternative will not be approved unless the submitted data meet the

---

[2] See "The National Vaccine Advisory Committee Sponsored Workshop on Thimerosal Vaccines," pp. 21–25, August 11, 1999. See also Wilson, Graham S., *Hazards of Immunization*, 1967.

[3] With the creation of NIH, NIH had regulatory authority over biological products until 1972, at which time they were transferred to FDA. NIH issued the precursor regulation to constituent materials, § 610.15, in the **Federal Register** of January 10, 1968 (33 FR 367 at 369). See the **Federal Register** notice of June 29, 1972 (37 FR 12865) and the **Federal Register** notice of August 9, 1972 (37 FR 15993), for more information concerning the transfer of authority from NIH to FDA and how the regulations pertaining to biological products under 21 CFR part 73 were transferred to the then newly established 21 CFR part 273.

[4] Biological products had contained preservatives prior to 1968. "The National Vaccine Advisory Committee Sponsored Workshop on Thimerosal Vaccines," p. 24, August 11, 1999.

[5] More specifically, the amendment permitted the use of up to 1.25 mg per dose of aluminum

determined by assay provided that data demonstrating that the amount of aluminum used is safe and necessary to produce the intended effect are submitted to and approved by the Director, Bureau of Biologics. "General Biological Products Standards; Aluminum in Biological Products," (46 FR 51903, October 23, 1981).

[6] NIH, Minimum Requirements for Diphtheria Toxoid, 4th Revision, 1947.

[7] NIH, Minimum Requirements for Tetanus Toxoid, 4th Revision, 1952.

**Exhibit 359**

statutory and regulatory criteria for safety, purity, and potency for use in the intended population. FDA also emphasizes that the product at issue must be shown to be safe, pure, and potent for the conditions of use, including proposed indication and patient population, for which the applicant is seeking approval, in determining whether the product may be approved. FDA further clarifies that consideration for approval of a request will be done case-by-case and will be based on review of the data submitted in support of a request.

In addition, in response to comments, FDA clarifies that there is both a need for FDA to have flexibility in applying the regulatory standards in § 610.15, and a need for manufacturers to have flexibility in employing advancements in science and technology for developing new safe, pure, and potent alternatives to current products. FDA provides more discussion on the need for flexibility in the responses to comments on the proposed rule.

FDA considered all comments received in response to the proposed rule and has determined that the proposed rule should be issued as a final rule. Accordingly, FDA is issuing as a final rule the amendment to § 610.15 under paragraph (d) to permit the Director of CBER or the Director of CDER, as appropriate, to approve an exception or alternative to the regulatory requirements for constituent materials, when the data submitted with the request for approval of an exception or alternative establish the safety, purity, and potency of the biological product, and is acceptable for use in the intended population. All requirements under § 610.15 remain in effect, except those for which the Director approves an exception or alternative. FDA approval of an exception or alternative will be done case-by-case, based on the data submitted for a specific product. Manufacturers seeking approval of an exception or alternative must submit a request in writing. The request may be submitted as part of the original biologics license application (BLA) or as an amendment to the original, pending application or as a prior approval supplement to an approved application.

## III. Comments on the Proposed Rule

FDA received 15 letters of comment on the proposed rule, not including 1 duplicate letter from the same commenter. As stated previously, these comments were received from manufacturers, private and public interest groups, and the general public. Several of the comments supported the proposed rule and several comments

disagreed with the proposed rule. Some of the comments on the proposed rule were similar to or duplicates of other comments received, and have been grouped together, where appropriate, to facilitate a uniform response.

To make it easier to identify the comments and our corresponding responses, the word "Comment" followed by a number is placed in parentheses and is used to indicate a particular comment or set of similar comments, as appropriate. The word "Response" in parentheses precedes FDA's response to a comment. The order of comments and responses, as listed, do not represent a value assigned to the comment but is used for organizational purposes only.

(Comment 1) Several comments supported the proposed rule. One such comment praised the rule for broadening the potential capacity for biologics manufacturers to provide medicines to the public without compromising the high level expectation of demonstrating safety, purity, and potency. Another comment supported the proposed rule for providing a means to advance "innovative science" and applications of use. Yet another comment expressed interest in seeing the "reasonable flexibility" provided in the proposed rule extended to other biopharmaceutical fields. Still another comment found the conditions and recommendations in the proposed rule to be comprehensible and useful.

(Response) FDA acknowledges and appreciates the supportive comments. As previously stated, the rule allows FDA the flexibility to approve an exception or alternative to the constituent materials regulation, without diminishing public health protections. As such, the final rule provides patients safe access to important products resulting from advances in science and technology. FDA continues to review existing regulations and may propose modification of these regulations as appropriate for public health and safety.

(Comment 2) One comment requests clarification as to whether a request for an exception or alternative to the requirements under § 610.15 can be made earlier in clinical development rather than waiting until submitting the original BLA.

(Response) FDA clarifies that although a manufacturer may submit a request for an exception or alternative early in the clinical development of a biological product, FDA considers such a request to be timely when the data intended to support the request establish the safety, purity, and potency

of the biological product for its intended use. In developing data necessary to support a request for an exception or alternative, manufacturers must comply with all applicable laws and regulations, including the procedures and requirements for investigational new drug applications (INDs) and BLAs under parts 312 and 601 (21 CFR parts 312 and 601). Only after FDA determines that the biological product meets the statutory and regulatory criteria for safety, purity, and potency, and is acceptable for use in the intended population, may the Director of CBER or CDER approve a request for an exception or alternative.

However, FDA strongly encourages early communication from manufacturers intending to submit a request for an exception or alternative to the requirements under § 610.15. This includes pre-IND and IND communications by which manufacturers may seek FDA advice concerning issues such as data needed to support the rationale for testing a biological product in humans, the design of nonclinical pharmacology, toxicology, and drug activity studies, initial development plans for the biological product, and regulatory requirements for demonstrating safety, purity, and potency. Early communications between FDA and manufacturers, as described previously, are intended to be advisory and are not to be interpreted as approval of a request for an exception or alternative.

(Comment 3) One comment requests agreement from FDA that sponsors may administer multiple doses taken from individual preservative-free multi-dose vials in clinical trials prior to licensure, as long as the sponsor follows pre-approved aseptic procedures in defined time periods to support this format as part of the original license application.

(Response) FDA does not agree with the comment. The current regulation for preservatives requires that products in multiple-dose containers contain a preservative, with listed exceptions. The final rule provides the Director of CBER or CDER with flexibility to approve a request for an exception or alternative to this requirement. However, FDA will consider each request for an exception or alternative on a case-by-case basis and approval of such a request will be based on the determination that the data submitted with the request establishes a regulatory basis for approval. Sponsors seeking to investigate the use of a new biological product in humans must follow the procedures and requirements for investigational drugs under part 312. (See also Response to Comment 4.)

**Exhibit 359**

Case 2:20-cv-02470-WBS-JDP Document 12 Filed 12/29/20 Page 163 of 421

(Comment 4) Several comments opposed the proposed rule because the commenters understood the rule to give the Director of CBER or CDER sole authority in the decisionmaking process to approve a request for an exception or alternative. Another comment stated that the proposed rule does not allow for a deliberative process for vaccine ingredient changes. Other comments stated that the drug industry had too much influence upon government agencies including FDA, and that all decisions about additives should reside with many experts, in order to avoid the potential of undue influence. One comment seeks greater transparency from FDA and manufacturers for all aspects of biologics. Another comment states that all changes to medicine, particularly those "which are proscribed by some government entities, should be subject to a public review."

(Response) FDA acknowledges and appreciates all comments on the proposed rule. FDA agrees with comments supporting public review and transparency. However, FDA disagrees with the comments opposing the authority of the Director of CBER or CDER to approve a biologic product. FDA also disagrees with the comments that the rule places the decisionmaking process in the hands of one person, does not allow for a deliberative process for vaccine ingredient changes, and that manufacturers will have an undue influence in the approval process.

Under the provisions of the PHS Act, and the Federal Food, Drug, and Cosmetic Act (the FD&C Act), FDA has the authority to issue and enforce regulations designed to ensure that biological products are safe, pure, and potent. Through delegations of authority,[8] the Directors of CBER and CDER have been given the authority to approve biological products. Thus, the Directors of CBER and CDER may approve a biologic product determined to be safe, pure, and potent, based on factors that include review of data, and in some cases, taking into account recommendations and input from independent experts (*e.g.,* advisory committees), input from interested parties, and public comments.

The PHS Act and the FD&C Act provide FDA with the authority to issue regulations that not only establish

requirements for product approvals but also establish the requirements for clinical investigations of unapproved biologics (21 U.S.C. 355(i) and 42 U.S.C. 262(a)(2)(A)). In accordance with part 312, manufacturers seeking to investigate the use of a new biological product in humans must follow specified procedures and requirements for investigational biological products. During the IND process, manufacturers must submit, for FDA review, data and proposals for additional studies intended to support the safety, purity, and potency of a biological product. Manufacturers also are required to provide information on patient outcomes and adverse events observed during this investigation. FDA reviews the submitted data and, upon determining that the biological product does not represent an unreasonable risk to the safety of the persons who are the subjects of the clinical investigation, will allow a manufacturer to proceed with the investigational use of a biological product. A manufacturer, after developing data to support approval, may submit a BLA to FDA for review and approval.

Under § 601.2, the Director of CBER or CDER may approve a manufacturer's application for a biologics license only after a manufacturer submits an application accompanied by data derived from nonclinical laboratory and clinical studies that demonstrate that the manufactured product meets requirements of safety, purity, and potency. These data are reviewed by appropriate experts to determine whether the application meets the statutory and regulatory requirements. In addition to the recommendations made by these experts, the Director of CBER or CDER may seek input from other sources within and outside of FDA to determine whether the application should be approved. Further, FDA closely monitors the safety of a biological product during its pre-approval and post-approval development, and may take corrective action, as necessary to protect the public.

In addition to the review process described previously, a sponsor, applicant, or manufacturer of a biological product regulated under the PHS Act (42 U.S.C. 262), may request review of a scientific controversy by an appropriate scientific advisory panel (§ 10.75(b)(2) (21 CFR 10.75(b)(2)). Also, under § 10.75(c), interested persons outside of FDA may request internal review of a decision through established FDA channels of supervision or review.

Thus, the current regulations establish procedures for review and evaluation of

biological products, which include review by appropriate internal and external experts. In addition, the current regulations allow for public and private entities to participate in FDA's review process, as appropriate. This process serves to increase transparency and helps ensure that the public health is protected. The final rule maintains these important regulatory procedures and requirements while increasing FDA's flexibility in employing advances in science and technology.

(Comment 5) Several comments opposed the proposed rule because the commenters believe the rule would make the use of vaccines less safe. One commenter stated that FDA is ignoring its mandate to make vaccines safer by any and all means at its disposal; that FDA is making vaccines less safe by removing the certainty as to the minimum standards that a biological product must meet; and that the proposed rule does not require that the written requests for such exemptions or alternatives include the appropriate proofs (toxicological and immunological) of the short-term and long-term safety to the most susceptible humans. A few comments stated that an increase in the amount of aluminum may compromise the safety of vaccines. Another comment stated that families do not feel that the current regulations are "too prescriptive and unnecessarily restrictive," and that families would prefer more stringent rules. Other comments discussed specific concerns with already-approved vaccines.

(Response) FDA acknowledges these comments, as many of the issues were considered in drafting the proposed rule. However, FDA disagrees with the assertion that the rule will result in a decrease in the safety of vaccines and other biological products for which a request for an exception or alternative to any requirement under § 610.15 is made and approved. These regulations will continue to be the criteria by which all license applications will be evaluated. However, in order to employ advancements in treatment for certain populations, such as treatment for individuals suffering from life-threatening conditions (*e.g.,* cancer), FDA needs flexibility in applying the regulations. By analogy, as is stated in the drug regulations at 21 CFR 314.105(c):

While the statutory standards apply to all drugs, the many kinds of drugs that are subject to statutory standards, and the wide range of uses for those drugs demand flexibility in applying the standards. Thus FDA is required to exercise its scientific judgment to determine the kind and quantity of data and information an applicant is

---

[8] Delegations of authority give certain officials in CBER and CDER the legal authority to take substantive actions and perform certain functions of the Commissioner of Food and Drugs. Staff Manual Guide 1410.702 available on the Internet at *http://www.fda.gov/AboutFDA/ReportsManualsForms/StaffManualGuides/ucm049563.htm* (accessed October 22, 2010); "Drug and Biological Product Consolidation," (68 FR 38067, June 26, 2003).

**Exhibit 359**

required to provide for a particular drug to meet the statutory standards.

The final rule is consistent with this CDER regulation as it allows the Directors of CBER and CDER flexibility in applying current standards for the approval of an exception or alternative to § 610.15, when data submitted with the request for an exception or alternative, establish the safety, purity, and potency of the biological product.

Further, consistent with existing statutory and regulatory requirements, the Directors of CBER and CDER will not approve a biological product that is unsafe for the intended population. The final rule does not alter these statutory and regulatory requirements nor does it guarantee that a request for an exception or alternative will be approved. The final rule only allows the Director of CBER or CDER the flexibility to approve a manufacturer's request for an exception or alternative if the manufacturer demonstrates that the biological product is safe, pure, and potent for use in the intended population.

With regard to comments expressing concern about the safety of previously licensed vaccines or specific ingredients in previously licensed vaccines, FDA notes that those comments concerning previously licensed vaccines are outside the scope of this rulemaking action because the rule only allows the Director of CBER or CDER to approve a manufacturer's request for an exception or alternative to any requirement in § 610.15, when the data submitted in support of such a request establish the safety, purity, and potency of the biological product.

(Comment 6) One comment opposed the proposed rule because the commenter did not know how FDA would monitor or enforce requirements for adequate storage, aseptic withdrawing techniques, and timely use of vaccines in multiple-dose containers without preservative or if additional training would be given to health care providers.

(Response) In addressing this comment, FDA clarifies that all requests for an exception or alternative are subject to FDA regulations regarding the monitoring and enforcement of regulatory standards. These regulations were established to assure the quality and integrity of data submitted to FDA in support of new product approvals and to protect the rights and welfare of the public. FDA accomplishes this through various means, including conducting onsite inspections, data audits, product testing, and report monitoring. FDA also provides advice

through guidances and other communications which are provided to assist interested parties in complying with regulatory standards for the safety, purity, and potency of a product.

(Comment 7) One comment provided alternative revisions to the proposed rule and other subsections within § 610.15. Specifically, the commenter proposed that FDA revise the proposed rule to read as follows:

Alternatives. Except for the generally accepted standards of purity and quality, in keeping with the vaccine safening mandates set forth in 42 U.S.C. 300aa–27"; * * * "the Director of the Center for Biologics Evaluation and Research or the Director of the Center for Drug Evaluation and Research may approve an exception or alternative to any requirement in this section, provided the manufacturer proves that the exception or alternative would improve the safety of the biological drug product or, failing that, improves the effectiveness, not efficacy, or reduces the per dose cost, of the biological drug product without reducing the safety of said product"; and * * * "include the findings, pro and con, of and the data from all of the studies conducted to support the request.

(Response) FDA acknowledges the comment and appreciates the suggestions for revising § 610.15. However, in accordance with the regulations, FDA is seeking public comment only on the proposed rule to permit the Director of CBER or the Director of CDER, as appropriate, to approve exceptions or alternatives to the regulation for constituent materials. FDA's response to the comments requesting revisions to the proposed rule are discussed in the paragraphs that follow.

FDA disagrees with the commenter's suggested revisions to the proposed rule because the revisions inappropriately limit the application of the rule to vaccines; allow more flexibility than is intended for approving a manufacturer's request for an exception or alternative; may lead to confusion about the rule; and are unnecessary. As discussed previously, the final rule allows the Director of CBER or CDER flexibility to approve a request for an exception or alternative to a requirement under § 610.15 provided that data are submitted that establish the safety, purity, and potency of the specific biological product. These statutory and regulatory requirements apply to the use of constituent materials in all biological products and not just to vaccines as the comment suggests. In addition, FDA may only approve a BLA for a vaccine or other biological product if it has been demonstrated to be "safe, pure, and potent." The commenter's suggestions

that FDA should take cost considerations into account when making a decision to approve a vaccine are inconsistent with FDA's regulatory authority. Although FDA is sensitive to issues of cost, current statutory standards for constituent materials are based on the safety, purity, and potency of the product. Furthermore, the suggested revisions to the proposed rule inappropriately limit what FDA may consider with respect to a request for an exception or alternative. Manufacturers are required by current regulations to submit all available data, including adverse event reports, with a BLA. FDA reviews the data to determine whether an application should be approved. The final rule, as consistent with current regulations, does not allow the Director of CBER or CDER to approve an application if the data are not sufficient to establish that the biological product is safe, pure, and potent in relation to the manufacturer's intended use of the product.

## IV. Legal Authority

FDA is issuing this regulation under the biological products provisions of the PHS Act (42 U.S.C. 262 and 264) and the drugs and general administrative provisions of the FD&C Act (sections 201, 301, 501, 502, 503, 505, 510, 701, and 704) (21 U.S.C. 321, 331, 351, 352, 353, 355, 360, 371, and 374). Under these provisions of the PHS Act and the FD&C Act, we have the authority to issue and enforce regulations designed to ensure that biological products are safe, pure, and potent; and prevent the introduction, transmission, and spread of communicable disease.

## V. Analysis of Impacts

*A. Review Under Executive Order 12866, the Regulatory Flexibility Act, and the Unfunded Mandates Reform Act of 1995*

FDA has examined the impacts of the final rule under Executive Order 12866 and the Regulatory Flexibility Act (5 U.S.C. 601–612), and the Unfunded Mandates Reform Act of 1995 (Pub. L. 104–4). Executive Order 12866 directs agencies to assess all costs and benefits of available regulatory alternatives and, when regulation is necessary, to select regulatory approaches that maximize net benefits (including potential economic, environmental, public health and safety, and other advantages; distributive impacts; and equity). The Agency believes that this final rule is not a significant regulatory action under the Executive order.

The Regulatory Flexibility Act requires agencies to analyze regulatory

**Exhibit 359**

options that would minimize any significant impact of a rule on small entities. Because the final rule allows the Director of CBER or the Director of CDER, as appropriate, to approve exceptions or alternatives to the regulations for constituent materials, this action increases the flexibility and reduces the regulatory burden for affected entities. Therefore, FDA certifies that the final rule will not have a significant economic impact on a substantial number of small entities.

Section 202(a) of the Unfunded Mandates Reform Act of 1995 requires that agencies prepare a written statement, which includes an assessment of anticipated costs and benefits, before proposing "any rule that includes any Federal mandate that may result in the expenditure by State, local, and tribal governments, in the aggregate, or by the private sector, of $100,000,000 or more (adjusted annually for inflation) in any one year." The current threshold after adjustment for inflation is $135 million, using the most current (2009) Implicit Price Deflator for the Gross Domestic Product. FDA does not expect this final rule to result in any 1-year expenditure that would meet or exceed this amount.

The benefit of this regulatory action is its reduction, through greater flexibility in the regulatory requirements, of burdens on the biological products industry. These issues are discussed in greater detail in section I of this document. Industry cost reductions may result in consumers being offered lower prices or wider availability of existing and new biological products; this would have a positive effect on patients' welfare.

Any administrative and paperwork costs associated with this regulatory action are expected to be minimal and widely dispersed among affected entities. Based on FDA experience, we estimate that we would receive a total of approximately three requests annually for an exception or alternative under § 610.15. FDA experience with similar information collection requirements suggests that approximately 1 hour would be required to prepare and submit each such request.

We received comments expressing concern that this rule would generate additional costs in the form of negative public health effects. FDA has considered the potential for adverse consequences, including increased morbidity and mortality, associated with allowing deviations from the constituent materials regulations set forth in § 610.15(a) through (c), and will grant exemptions only in cases where

data indicate that biological products in their exempted forms will be safe, pure, and potent for the conditions for which the applicant is seeking approval. As experience with the October 1981 rule has shown, FDA is able to conduct a constituent materials exemption process in a manner that is consistent with its public health mandate. For all these reasons, we believe the final rule will impose no overall public health cost.

*B. Environmental Impact*

The Agency has determined under 21 CFR 25.31(h) that this action is of a type that does not individually or cumulatively have a significant adverse effect on the human environment. Therefore, neither an environmental assessment nor an environmental impact statement is required.

*C. Federalism*

FDA has analyzed this final rule in accordance with the principles set forth in Executive Order 13132. FDA has determined that the final rule does not contain policies that have substantial direct effects on the States, on the relationship between the National Government and the States, or on the distribution of power and responsibilities among the various levels of government. Accordingly, the Agency has concluded that the final rule does not contain policies that have federalism implications as defined in the Executive order and, consequently, a federalism summary impact statement is not required.

**VI. Paperwork Reduction Act of 1995**

Section 610.15(d) of this final rule contains reporting requirements that were submitted for review and approval to the Director of the Office of Management and Budget (OMB), as required by section 3507(d) of the Paperwork Reduction Act of 1995. The requirements were approved and assigned OMB control number 0910–0666.

**List of Subjects in 21 CFR Part 610**

Biologics, Labeling, Reporting and recordkeeping requirements.

Therefore, under the Federal Food, Drug, and Cosmetic Act and the Public Health Service Act, and under authority delegated to the Commissioner of Food and Drugs, 21 CFR part 610 is amended as follows:

**PART 610—GENERAL BIOLOGICAL PRODUCTS STANDARDS**

■ 1. The authority citation for 21 CFR part 610 continues to read as follows:

**Authority:** 21 U.S.C. 321, 331, 351, 352, 353, 355, 360, 360c, 360d, 360h, 360i, 371, 372, 374, 381; 42 U.S.C. 216, 262, 263, 263a, 264.

■ 2. Amend § 610.15 by adding paragraph (d) to read as follows:

**§ 610.15 Constituent materials.**

\* \* \* \* \*

(d) The Director of the Center for Biologics Evaluation and Research or the Director of the Center for Drug Evaluation and Research may approve an exception or alternative to any requirement in this section. Requests for such exceptions or alternatives must be in writing.

Dated: April 7, 2011.

**Leslie Kux,**

*Acting Assistant Commissioner for Policy.*

[FR Doc. 2011–8885 Filed 4–12–11; 8:45 am]

**BILLING CODE 4160–01–P**

---

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**21 CFR Part 1314**

**[Docket No. DEA–347I]**

**RIN 1117–AB30**

**Self-Certification and Employee Training of Mail-Order Distributors of Scheduled Listed Chemical Products**

**AGENCY:** Drug Enforcement Administration (DEA), Department of Justice.

**ACTION:** Interim final rule with request for comment.

---

**SUMMARY:** On October 12, 2010, the President signed the Combat Methamphetamine Enhancement Act of 2010 (MEA). It establishes new requirements for mail-order distributors of scheduled listed chemical products. Mail-order distributors must now self-certify to DEA in order to sell scheduled listed chemical products at retail. Sales at retail are those sales intended for personal use; mail-order distributors that sell scheduled listed chemical products not intended for personal use, *e.g.*, sale to a university, are not affected by the new law. This self-certification must include a statement that the mail-order distributor understands each of the requirements that apply under part 1314 and agrees to comply with these requirements. Additionally, mail-order distributors are now required to train their employees prior to self certification. DEA is promulgating this rule to incorporate the statutory provisions and make its regulations consistent with the new requirements

**Exhibit 359**

# EXHIBIT 360

# FEDERAL REGISTER

## VOLUME 33 • NUMBER 6

Wednesday, January 10, 1968 • Washington, D.C.

Pages 353–396

Agencies in this issue—

Agricultural Stabilization and
    Conservation Service
Atomic Energy Commission
Civil Aeronautics Board
Civil Service Commission
Comptroller of the Currency
Consumer and Marketing Service
Customs Bureau
Education Office
Federal Communications Commission
Federal Crop Insurance Corporation
Federal Deposit Insurance Corporation
Federal Home Loan Bank Board
Federal Maritime Commission
Federal Power Commission
Federal Reserve System
Foreign Direct Investments Office
General Accounting Office
General Services Administration
Interior Department
Interstate Commerce Commission
Land Management Bureau
Public Health Service
Securities and Exchange Commission
Tariff Commission
Veterans Administration

Detailed list of Contents appears inside.





Exhibit 360

(r) Minimum potency of product expressed in terms of official standard of potency or, if potency is a factor and no U.S. standard of potency has been prescribed, the words "No U.S. standard of potency."

§ 73.52  Proper name; package label; legible type.

(a) *Position.* The proper name of the product on the package label shall be placed above any trade-mark or trade name identifying the product and symmetrically arranged with respect to other printing on the label.

(b) *Prominence.* The point size and type-face of the proper name shall be at least as prominent as the point size and type-face used in designating the trade-mark and trade name. The contrast in color value between the proper name and the background shall be at least as great as the color value between the trade-mark and trade name and the background. Typography, layout, contrast, and other printing features shall not be used in a manner that will affect adversely the prominence of the proper name.

(c) *Legible type.* All items required to be on the container label and package label shall be in legible type. "Legible type" is type of a size and character which can be read with ease when held in a good light and with normal vision.

23. Amend § 73.53 to read as follows:

§ 73.53  Divided manufacturing responsibility to be shown.

If two or more establishments participate in the manufacture of a product, the name, address, and license number of each must appear on the package label, and on the label of the container if capable of bearing a full label.

§ 73.73  [Amended]

24. Amend § 73.73(d) (1) by deleting the word "container".

25. Amend § 73.73(d) (2) by changing "container" to "vessel" after the word "bulk" at the end of the first sentence.

26. Amend § 73.73(e) (2) (i) by changing "container" to "test vessel" in the title and by changing "container" to "vessel" in the text.

27. Amend § 73.78 to read as follows:

§ 73.78  Constituent materials.

(a) *Ingredients, preservative, diluents, adjuvants.* All ingredients used in a licensed product, and any diluent provided as an aid in the administration of the product, shall meet generally accepted standards of purity and quality. Any preservative used shall be sufficiently nontoxic so that the amount present in the recommended dose of the product will not be toxic to the recipient, and in the combination used shall not denature the specific substances in the product below the minimum acceptable potency within the dating period when stored at the recommended temperature. Products in multiple dose containers shall contain a preservative, except that a preservative need not be added to Yellow Fever Vaccine, Poliovirus Vaccine, Live, Oral, or

to viral vaccines labeled for use with the jet injector, or to dried vaccines when the accompanying diluent contains a preservative. An adjuvant shall not be affect adversely the safety or potency of product contain more than 0.85 milligram of aluminum, determined by assay, or more than 1.14 milligrams of aluminum, determined by calculation on the basis of the amount of aluminum compound added.

(b) *Extraneous protein; cell culture produced vaccines.* Extraneous protein known to be capable of producing allergenic effects in human subjects shall not be added to a final virus medium of cell culture produced vaccines intended for injection. If serum is used at any stage, its calculated concentration in the final medium shall not exceed 1:1,000,-000.

(c) *Antibiotics.* A minimum concentration of antibiotics, other than penicillin, may be added to the production substrate of viral vaccines.

28. Amend § 73.83 by revising the first sentence to read as follows:

§ 73.83  Date of manufacture.

The date of manufacture shall be determined as follows:

*        *        *        *        *

29. Amend § 73.84 to read as follows:

§ 73.84  Periods of cold storage.

Except as otherwise provided in the regulations of this part, products may be held in cold storage by the manufacturer as follows:

At a temperature not above 5°C.—1 year.
At a temperature not above 0°C.—2 years.

30. Amend § 73.85 to read as follows:

§ 73.85  Dating period.

The dating period for a combination of two or more products shall be no longer than the dating period of the component product with the shortest dating period. The dating period for a product shall begin on the date of manufacture, except that the dating period may begin on the date of issue from the manufacturer's cold storage, provided the product was maintained as prescribed in § 73.84. If held in the manufacturer's cold storage beyond the period prescribed, the dating period shall be reduced by a corresponding period.

31. Amend § 73.144(a).

32. Paragraph (b) of § 73.144 is deleted.

33. Paragraph (c) of § 73.144 is deleted.

34. Amend § 73.144(e).

35. Amend § 73.144(h).

The affected portions of § 73.144 read as follows:

§ 73.144  General requirements.

(a) *Final container tests.* In addition to the tests required pursuant to § 73.75, an immunological and virological identity test shall be performed on the final container if it was not performed on each pool or the bulk vaccine prior to filling.

(b) [Deleted]
(c) [Deleted]

*        *        *        *        *

(e) *Labeling.* In addition to the item required by other applicable labeling provisions of this part, single-dose container labeling for vaccine which is not protected against photochemical deterioration shall include a statement cautioning against exposure to sunlight.

*        *        *        *        *

(h) *Samples and protocols.* For each lot of vaccine, the following materials shall be submitted to the Director, Division of Biologics Standards, National Institutes of Health, Bethesda, Md. 20014:

(1) A protocol which consists of a summary of the history of the manufacture of each lot including all results of each test for which test results are requested by the Director, Division of Biologics Standards.

(2) A total of no less than 120 ml. in 10 ml. volumes, in a frozen state (−60° C.), of preclarification bulk vaccine containing no preservative or adjuvant, and no less than 100 ml. in 10 ml. volumes, in a frozen state (−60° C.), of post-clarification bulk vaccine containing stabilizer but no preservative or adjuvant, taken prior to filling into final containers.

(3) A total of no less than 200 recommended doses of the vaccine in final labeled containers distributed equally between the number of fillings made from each bulk lot, except that the representation of a single filling shall be no less than 30 final containers.

36. Amend the first sentence of § 73.151(c) to read as follows:

§ 73.151  Manufacture of Measles Virus Vaccine, Inactivated.

*        *        *        *        *

(c) *Virus propagated in monkey kidney tissue cultures.* Only Macaca or Cercopithecus monkeys, or a species found by the Director, Division of Biologics Standards, to be equally suitable, which have met all the quarantine requirements, shall be used as the source of kidney tissue for the manufacture of Measles Virus Vaccine, Inactivated.

*        *        *        *        *

37. Section 73.154(a) is deleted.
38. Amend § 73.154(b).
39. Section 73.154(d) is deleted.
40. Section 73.154(e) is deleted.
41. Amend § 73.154(f) (4).

The affected portions of § 73.154 read as follows:

§ 73.154  General requirements.

(a) [Deleted]

(b) *Extraneous protein.* The final vaccine shall have a protein nitrogen content of less than 0.02 milligram per individual human dose.

*        *        *        *        *

(d) [Deleted]
(e) [Deleted]
(f) *        *        *

(4) A protocol which consists of a summary of the history of the manufacture of each lot including all results of

2        **Exhibit 360**

# EXHIBIT 361

Vaccine, Vol. 15, No. 12/13, pp. 1314–1318, 1997
© 1997 Elsevier Science Ltd. All rights reserved
Printed in Great Britain
0264–410X/97 $17+0.00

PII: S0264-410X(97)00041-8

# *In vivo* absorption of aluminium-containing vaccine adjuvants using $^{26}$Al

Richard E. Flarend*, Stanley L. Hem†‖, Joe L. White‡, David Elmore*, Mark A. Suckow§, Anita C. Rudy¶ and Euphemie A. Dandashli†

*Aluminium hydroxide (AH) and aluminium phosphate (AP) adjuvants, labelled with $^{26}$Al, were injected intramuscularly (i.m.) in New Zealand White rabbits. Blood and urine samples were collected for 28 days and analysed for $^{26}$Al using accelerator mass spectrometry to determine the absorption and elimination of AH and AP adjuvants. $^{26}$Al was present in the first blood sample (1 h) for both adjuvants. The area under the blood level curve for 28 days indicates that three times more aluminium was absorbed from AP adjuvant than AH adjuvant. The distribution profile of aluminium to tissues was the same for both adjuvants (kidney > spleen > liver > heart > lymph node > brain). This study has demonstrated that* in vivo *mechanisms are available to eliminate aluminium-containing adjuvants after i.m. administration. In addition, the pharmacokinetic profiles of AH and AP adjuvants are different.* © 1997 Elsevier Science Ltd.

**Keywords:** adjuvant absorption; antigen desorption; $^{26}$Al

Vaccines usually contain an antigen and an adjuvant, which potentiates the immune response to the antigen. The adjuvant effect of aluminium-containing compounds was first observed in 1926[1]. Since that time aluminium hydroxide adjuvant and aluminium phosphate adjuvant have been widely used in both human and animal vaccines. These are the only adjuvants that are currently approved for use in human vaccines by the United States Food and Drug Administration (FDA).

A recent study[2] has shown that aluminium hydroxide (AH) adjuvant is crystalline aluminium oxyhydroxide, AlOOH. It has a fibrous morphology and dissolves very slowly in simulated interstitial fluid[3]. Aluminium phosphate (AP) adjuvant is amorphous aluminium hydroxyphosphate. It has a platy morphology and dissolves more rapidly in simulated interstitial fluid than AH adjuvant. Interstitial fluid contains three organic acids which have an α-hydroxy carboxylic acid group (citric, lactic and malic acids), and are therefore capable of chelating aluminium[4–6]. A recent *in vitro* study[5] showed that citrate anion was able to dissolve both AH and AP adjuvants, although AP adjuvant dissolved more rapidly.

Vaccines containing AH or AP adjuvants are usually administered intramuscularly. The FDA limits the quantity of the adjuvant to no > 0.85 mg aluminium per dose. The disposition of aluminium-containing adjuvants after intramuscular (i.m.) administration is not understood. This is largely because the low dose of aluminium does not cause detectable changes in the concentration of aluminium normally present in blood, urine or tissues. Measurement of $^{26}$Al by accelerator mass spectrometry (AMS)[7,8] offers the first opportunity to directly determine if aluminium-containing adjuvants are removed from the site of injection by dissolution in interstitial fluid. In addition, AMS allows the absorption, distribution and elimination profiles of aluminium-containing adjuvants to be studied and optimized.

## MATERIALS AND METHODS

### Adjuvants

$^{26}$Al-containing AH adjuvant was prepared by adding 0.596 g of an $^{26}$AlCl$_3$ solution in 0.1 N HCl (170 Bq $^{26}$Al g$^{-1}$ or 0.24 µg $^{26}$Al g$^{-1}$) to 45 ml of 0.2 M AlCl$_3$. Forty-five millilitres of a 0.6 N NaOH and 4 M NaCl solution was added dropwise over 30 min to the AlCl$_3$/$^{26}$AlCl$_3$ solution with vigorous agitation. The precipitate was repeatedly washed with 50 ml portions of double distilled water (ddH$_2$O) after centrifugation until the supernatant was free of chloride as determined by the absence of a precipitate when 0.1 M AgNO$_3$ was

*Department of Physics, Purdue University, West Lafayette, IN 47907, USA. †Department of Industrial and Physical Pharmacy, Purdue University, West Lafayette, IN 47907, USA. ‡Department of Agronomy, Purdue University, West Lafayette, IN 47907, USA. §Laboratory Animal Program, Purdue University, West Lafayette, IN 47907, USA. ¶Division of Clinical Pharmacology, Department of Medicine, School of Medicine, Indiana University, Indianapolis, IN 46202, USA. ‖Author to whom all correspondence should be addressed. (Received 2 August 1996; revised version received 8 January 1997; accepted 9 January 1997)

**1**

**Exhibit 361**

Case 2:20-cv-02470-WBS-JDP   Document 41-1   Filed 12/29/20   Page 171 of 421

added. The washed precipitate was resuspended in 50 ml of ddH$_2$O, filled into a sealed container and placed in an 80°C oven for 24 h. After heating, the volume was adjusted to 57.1 ml with ddH$_2$O. The adjuvant suspension was autoclaved at 121°C for 20 min. A dose of 0.20 ml contains 0.85 mg Al. The preceding procedure without the [26]AlCl$_3$ was followed to produce an AH adjuvant for testing. The tests showed that the AH adjuvant prepared by this procedure exhibited the X-ray diffraction pattern and infrared spectrum which are typical of AH adjuvant[2].

[26]Al-containing AP adjuvant was prepared by dissolving 3.7 g of alum [KAl(SO$_4$)$_2$·12 H$_2$O] in enough ddH$_2$O to make 68 ml and adding 0.519 g of the [26]AlCl$_3$ solution in 0.1 N HCl (170 Bq [26]Al g$^{-1}$ or 0.24 μg [26]Al g$^{-1}$). A phosphate solution was prepared (0.3403 g NaH$_2$PO$_4$·H$_2$O, 0.3501 g Na$_2$HPO$_4$ and 5.5796 g NaCl) in enough ddH$_2$O to make 800 ml. The alum solution was slowly added to the phosphate solution and agitated until the solution was clear. The solution was titrated with 1N NaOH with agitation until the pH was 7.1–7.2 to precipitate aluminium hydroxyphosphate. The suspension was agitated for 2 h and the pH readjusted to 7.1–7.2 with 1 N NaOH. The precipitate was washed three times with 0.9% NaCl by centrifugation. After the third wash, the sediment was dispersed in enough 0.9% NaCl to make 50 ml. The adjuvant suspension was autoclaved at 121°C for 20 min. A dose of 0.20 ml contains 0.85 mg Al. The preceding procedure without the [26]AlCl$_3$ was followed to produce an AP adjuvant for testing. The tests showed that the AP adjuvant prepared by this procedure was amorphous by X-ray diffraction and the infrared spectrum was typical of AP adjuvant[2].

[26]Al-containing aluminium citrate was prepared by dissolving 0.7606 g AlCl$_3$·6 H$_2$O in enough ddH$_2$O to make 10 ml. Twenty-one microliters of the [26]AlCl$_3$ solution in 0.1 N HCl (170 Bq [26]Al g$^{-1}$ or 0.24 μg [26]Al g$^{-1}$) was added with mixing. A citric acid solution was prepared by dissolving 0.6620 g of citric acid in enough ddH$_2$O to make 10 ml. The citric acid solution was added to the AlCl$_3$/[26]AlCl$_3$ solution and mixed. The pH was adjusted to 7.4 with 0.1 N NaOH.

The specific activity of the [26]Al-labelled adjuvants was 15.9 Bq ml$^{-1}$ for the AH adjuvant and 15.5 Bq ml$^{-1}$ for the AP adjuvant. The specific activity of the [26]Al-labelled aluminium citrate solution was 1.07 Bq ml$^{-1}$. Thus, the doses contained 3.2 Bq for the AH adjuvant (i.m.), 3.1 Bq for the AP adjuvant (i.m.) and 0.32 Bq for the aluminium citrate solution (intravenous; i.v.). Calibration errors were 3–5%.

## Rabbits

Six female New Zealand White rabbits were used to determine the *in vivo* absorption of the [26]Al-labelled adjuvants. They were conditioned for 21 days before the study and their weights were 2.5–2.8 kg at the beginning of the study and 3.2–3.7 kg at the end of the study.

Two rabbits received an i.m. injection (0.2 ml of [26]Al-labelled adjuvant followed by 0.1 ml of sterile 0.9% NaCl to wash the syringe) of [26]Al-labelled AH adjuvant, two rabbits received a similar i.m. injection of [26]Al-labelled AP adjuvant, one rabbit received an equivalent i.v. injection (0.3 ml of [26]Al-labelled

aluminium citrate followed by 0.1 ml of sterile 0.9% NaCl to wash the syringe) of [26]Al-labelled aluminium citrate, and one rabbit received an equivalent i.m. dose of AP adjuvant containing no [26]Al as a cross-contamination monitor. All rabbits received a total of 0.85 mg aluminium.

The rabbits were killed 28 days after the injections by sodium pentobarbital overdose. This study was approved by the Purdue University Animal Care and Use Committee and performed in accordance with all federal regulations.

## Sample collection

One milliliter of whole blood was collected at 0, 1, 2, 4, 6, 10, and 12 h and at 1, 2, 4, 6, 8, 12, 16 and 21 days. Three milliliters of blood were collected at 28 days. The samples were collected in 3 ml vials with premeasured ethylenediaminetetra-acetic acid and refrigerated immediately.

Urine was collected for 24 h before dosing and for the following intervals: 0–5, 5–9 and 9–24 h, 1–2, 2–4, 4–6, 6–8, 11–12, 15–16, 20–21 and 27–28 days. Urine was collected in screened pans placed under the cages. The pans were filled with 2 l of water at the beginning of each collection period. At the end of the collecting period, the pans were agitated and 40 ml aliquots were placed in 50 ml polypropylene centrifuge tubes and immediately refrigerated. The total volume of liquid in the pans when the aliquot was collected was recorded.

Tissue samples were collected after the rabbits were killed on day 28. Whole brain, heart, left kidney, liver, mesenteric lymph node and spleen tissues were collected and frozen in comercial plastic freezer bags. Bone (femur) samples were also collected, but these samples were lost during chemical preparation. The brain sample for one of the AP-dosed rabbits was also lost during chemical preparation.

## Sample preparation

Blood and urine samples were prepared for AMS analysis by the addition of 1–100 mg [27]Al carrier from Al$_3$Cl (ICP 10000 p.p.m. [27]Al standard). The samples were then repeatedly digested in nitric acid (70%) at 80°C in a porcelain crucible and allowed to evaporate to dryness. After two digestions in nitric acid, the samples were ashed at 800°C to yield Al$_2$O$_3$ powder. This Al$_2$O$_3$ powder was then mixed with silver powder in a 1:3 ratio by mass and analysed by AMS.

Tissues were prepared by first dissolving the tissue in 20–200 ml (depending on tissue size) of nitric acid (70%) in polyethylene bottles. Aliquots of the dissolved tissue were then prepared as described above except that hydrogen peroxide (30%) was used as well as nitric acid in the wet digestion.

## Data analysis

Since AMS measures relative amounts of [26]Al and [27]Al in samples, the actual recovery percentage of aluminium during sample preparation is irrelevant provided that the carrier [27]Al is homogenized with the [26]Al native to the sample. In order to test the reproducibility of the carrier addition, sample digestion, and AMS analyses, ten samples were separately prepared in triplicate. The results for each of these samples agreed

2

Exhibit 361

In vivo absorption of aluminium-containing vaccine adjuvants using Al: R.E. Flarend et al.

Case 2:20-cv-02470-MBS    Document 13    Filed 12/29/20    Page 172 of 421

within 10% (standard error of the mean) or within the AMS precision.

Cross-contamination of [26]Al between the animals was monitored by the measurement of samples from the rabbit receiving no [26]Al dose. Data was rejected if the [26]Al concentration in a given sample was not at least five times higher than the equivalent sample from the cross-contamination monitor. Also, the [26]Al concentration in blood, urine and tissue samples from the cross-contamination monitor rabbit was subtracted from the [26]Al concentration in equivalent samples of the other rabbits.

Cross-contamination of [26]Al between samples during chemical preparation was monitored with the preparation of chemistry blanks. In no case did these blanks indicate more than a 1% cross-contamination during chemical preparation. Chemistry blanks are samples that are prepared alongside experimental samples. These blanks undergo the same preparation procedure in order to monitor any possible cross-contaminatin of [26]Al between samples during the chemical preparation of experimental samples.

All AMS analyses were conducted at the Purdue Rare Isotope Measurement Laboratory, PRIME Lab[9]. Although all samples were analysed for [26]Al content, data is reported in terms of aluminium arising from the [26]Al-labelled adjuvants or [26]Al-labelled aluminium citrate. The result for the 4 h blood sample for rabbit 1 was rejected and not included in any analysis due to an error in the recording of data for that sample.

## RESULTS

*Figure 1* shows the time profile for the aluminium blood concentration of the four rabbits receiving the [26]Al-labelled adjuvants. The blood level curve of both adjuvants exhibit an absorption phase and an elimination phase, as is typical of i.m. administration. It is noteworthy that [26]Al was found in the blood at the first sampling point (1 h) for both adjuvants. Thus dissolution of the adjuvants in interstitial fluid begins upon

administration. The aluminium concentration produced by AH adjuvant at 1 h was similar to the concentrations found from 2 to 28 days.

The mean area under the blood concentration versus time curve (AUC) from days 0 to 28, determined using the trapezoid rule, was $1.6 \times 10^{-3}$ mg h g$^{-1}$ for the i.v. dose of [26]Al-labelled aluminium citrate ($n = 1$); $8.1 \times 10^{-4}$ mg h g$^{-1}$ for the [26]Al-labelled AP adjuvant ($n = 2$); and $2.7 \times 10^{-4}$ mg h g$^{-1}$ for the [26]Al-labelled AH adjuvant ($n = 2$). Thus, three times as much aluminium was absorbed from the AP adjuvant as from the AH adjuvant within 28 days. However, during the first 48 h (*Figure 1* insert), the AUC of the AH adjuvant was 1.4 times the AUC of the AP adjuvant. These data also indicate that 17% of the AH adjuvant and 51% of the AP adjuvant were absorbed within 28 days based on the AUC of the i.v. dose of [26]Al-labelled aluminium citrate. The blood concentration of aluminium for each of the rabbits receiving an adjuvant had not reached a terminal elimination phase by day 28.

Cumulative urinary excretion of aluminium (*Figure 2*) indicates that the body is able to eliminate the aluminium absorbed from the adjuvants. The cumulative amount of aluminium eliminated in the urine during the 28 days of the study was 6% of the AH adjuvant dose and 22% of the AP adjuvant dose. Aluminium from both adjuvants was still being excreted at a steady rate at day 28.

The pharmacokinetic parameters determined from the blood and urine data are presented in *Table 1*.

Distribution of aluminium in tissues 28 days after administration of AH and AP adjuvants is shown in *Figure 3*. For each tissue, the concentration of aluminium was greater in the rabbits which received AP adjuvant. The average aluminium tissue concentration was 2.9 times greater for AP adjuvant than for AH adjuvant.

## DISCUSSION

It is noteworthy that the aluminium concentration produced by AH adjuvant at the first sampling point



**Figure 1** Blood concentration profile after i.m. administration of [26]Al-labelled aluminium hydroxide adjuvant: ■, rabbit 1; ●, rabbit 2; ▲, mean; or aluminium phosphate adjuvant: □, rabbit 3; ○, rabbit 4; △, mean



**Figure 2** Cumulative urinary excretion of aluminium after i.m. administration of [26]Al-labelled aluminium hydroxide adjuvant: ■, rabbit 1; ●, rabbit 2; ▲, mean; or aluminium phosphate adjuvant: □, rabbit 3; ○, rabbit 4; △, mean. Error bars of <5% are not shown

Exhibit 361

(1 h) was similar to the 2–28 day concentrations. This indicates that dissolution of aluminium-containing adjuvants in interstitial fluid begins quickly after i.m. administration. It is surprising that the aluminium concentrations were greater during the first 24 h for crystalline AH adjuvant than for the amorphous AP adjuvant. This suggests that the initial rate of dissolution from the edges of the fibrous AH adjuvant particles is greater than from the platy AP adjuvant particles.

The rapid appearance of aluminium in the blood may have implications for theories regarding the mechanism of adjuvant action of aluminium-containing adjuvants. The most widely accepted theory is the repository effect[10], whereby the antigen adsorbed by the aluminium-containing adjuvant is slowly released after i.m. administration. The rapid appearance of aluminium as seen in the insert of *Figure 1* challenges the repository mechanism as it is likely that the adsorbed antigen would be quickly desorbed as a result of the fast initial dissolution of the substrate.

After 2 days, the absorption rate for AP adjuvant was considerably more than the AH adjuvant which confirms the difference in *in vitro* dissolution rates in simulated interstitial fluid[3]. The blood concentration of aluminium was fairly steady from days 2 to 28

indicating a relatively constant absorption rate for each adjuvant even 28 days after i.m. administration. No terminal phase had been reached for the blood concentration of aluminium so it is difficult to determine the mean residence time of each adjuvant, It is clear, however, that AP adjuvant will be eliminated before AH adjuvant because the long term absorption rate of the AP adjuvant is greater.

The measured increase in the plasma concentration of aluminium from the i.v. dose was *ca* 600 ng ml[-1], which is considerably more than the increase of 2 ng ml[-1] from the i.m. dose. Since it has been shown that the pharmacokinetics of aluminium depend on the concentration in the blood[11], the pharmacokinetics of the i.v. bolus dose were probably somewhat different from those of the i.m. dose. Thus the AUC from the i.v. dose may not provide a completely accurate baseline for determining the fraction of the aluminium absorbed from the i.m. administration of the AH and AP adjuvants. However, this does not affect the relative comparison of the AH and AP adjuvants.

The two rabbits which received AH adjuvant exhibited very similar pharmacokinetic characteristics. The blood level data for the two rabbits receiving AP adjuvant were also very similar. However, the cumulative urinary excretion of aluminium differed by a factor of three between the two rabbits which received AP adjuvant. This difference is probably due to intersubject variability in the elimination of aluminium[12]. In spite of this intersubject variation, the cumulative urinary excretion of aluminium after 28 days in each rabbit receiving AP adjuvant was greater than the cumulative urinary excretion of aluminium in the rabbits receiving AH adjuvant.

The normal plasma aluminium concentration in rabbits is 30 ng ml[-13]. The maximum increase in the plasma aluminium concentration from the 0.85 mg aluminium doses of either adjuvant was *ca* 2 ng ml[-1]. This small increase would have been masked by the aluminium background if [26]Al-labelled adjuvants were not used. If the same doses of these adjuvants was administered i.m. to adult humans, an increase in the plasma aluminium concentration of *ca* 0.04 ng ml[-1]

**Table 1** Pharmacokinetic parameters after i.m. injection of [26]Al-containing aluminium hydroxide and aluminium phosphate adjuvants

| Adjuvant | AUC for 0–28 days (mg h g[-1]) | % Absorbed in 28 days | Cumulative aluminium in urine after 28 days (%) |
|---|---|---|---|
| *Aluminium hydroxide* | | | |
| Rabbit 1 | $2.0 \times 10^{-4}$ | 13 | 5.0 |
| Rabbit 2 | $3.5 \times 10^{-4}$ | 22 | 6.2 |
| Average | $2.7 \times 10^{-4}$ | 17 | 5.6 |
| *Aluminium phosphate* | | | |
| Rabbit 3 | $2.7 \times 10^{-4}$ | 47 | 10 |
| Rabbit 4 | $8.7 \times 10^{-4}$ | 55 | 33 |
| Average | $8.1 \times 10^{-4}$ | 51 | 22 |



**Figure 3** Aluminium tissue concentration 28 days after administration of [26]Al-labelled aluminium hydroxide adjuvant: ■, rabbit 1; ●, rabbit 2; ▲, mean; or aluminium phosphate adjuvant: □, rabbit 3; ○, rabbit 4; △, mean. L.N., lymph node. Error bars of <5% are not shown

could be expected based on the larger blood volume of humans and assuming the same rate of dissolution in interstitial fluid. This represents a 0.8% increase in plasma aluminium concentration based on a normal value of 5 ng ml[14]. This small change explains the safety of aluminium-containing adjuvants and emphasizes the utility of AMS for studying aluminium concentration *in vivo*.

The relative tissue distribution was the same for both adjuvants (kidney > spleen > liver > heart > lymph node > brain). This distribution pattern is typical of results obtained when [26]Al was given by other routes of administration[15]. Since the concentration of aluminium was 2.9 times greater on average in each tissue (*Figure 3*) for the rabbits which received AP adjuvant, the tissue data is consistent with the ratio of 3.0 which was observed for the AUC of AP adjuvant compared to AH adjuvant. Thus, the relative [26]Al tissue concentrations can be inferred from the [26]Al blood concentrations.

Since the adjuvants are being dissolved by interstitial fluid which flows directly into the lymphatic system, one may expect the aluminium concentration to be quite high in the lymph tissue that was collected. However, the i.m. doses were given in the hind quarter where the nearest lymph node is difficult to isolate. For this reason, the mesenteric lymph node, located in the abdominal cavity, was removed. Thus the aluminium from the dissolved adjuvants does not flow directly to the lymph tissue that was collected and measured.

Dissolution, absorption, distribution and elimination of aluminium-containing adjuvants after i.m. administration has been demonstrated by the use of [26]Al-labelled adjuvants. The two adjuvants studied exhibited significantly different dissolution rates in interstitial fluid which were reflected in different blood, urinary excretion and tissue profiles. Human studies using [26]Al-labelled adjuvants can be performed since the radiation exposure to [26]Al is negligible. There was 1.6 Bq [26]Al used in each rabbit. In humans, *ca* 74 Bq [26]Al would need to be used resulting in a maximum whole body exposure to radiation of *ca* 15 $\mu$Sv year[-1] compared to the natural background exposure of 3000 $\mu$Sv year[-1].

The application of AMS to the *in vivo* performance of vaccines should lead to a fuller understanding of the mechanism of adjuvant action of aluminium-containing adjuvants. The ability to label an aluminium-containing compound with [26]Al, as demonstrated in this study,

may prove useful in studying the *in vivo* absorption, distribution, metabolism and elimination profiles of other aluminium-containing compounds.

## ACKNOWLEDGEMENTS

This research was supported in part by the Showalter Trust. PRIME Lab is supported by the National Science Foundation.

## REFERENCES

1  Glenny, A.T., Pope, C.G., Waddington, H. and Wallace, U. J. The antigenic value of toxoid precipitated by potassium alum. *J. Pathol. Bacteriol.* 1926, **29**, 31–40.
2  Shirodkar, S., Hutchinson, R.L., Perry, D.L., White, J.L. and Hem, S.L. Aluminum compounds used as adjuvants in vaccines. *Pharm. Res.* 1990, **7**, 1282–1288.
3  Seeber, S.J., White, J.L. and Hem, S.L. J. Solubilization of aluminum-containing adjuvants by constituents of interstitial fluid. *Parenter. Sci. Technol.* 1991, **45**, 156–159.
4  Frisell, W. *Human Biochemistry*. McMillan, New York, 1982, p. 552.
5  Bell, G.H., Emslie-Smith, D. and Patterson, C.K. *Textbook of Physiology and Biochemistry*, 9th edn. Churchill Livingston, Edinburgh, 1976, p. 416.
6  Selkurt, E.E. *Physiology*, 4th edn. Little, Brown, Boston, 1976, p. 537.
7  Flarend, R.E. and Elmore, D. *Aluminium in Infant's Health and Nutrition*, eds P. Zatta, and A.C. Alfrey. World Scientific, London, in press.
8  Elmore, D. and Phillips, F.M. Accelerator mass spectrometry for measurement of long-lived radioisotopes. *Science* 1987, **236**, 543–550.
9  Elmore, D., Dep, L. and Flack, R. *et al*. The Purdue rare isotope measurement laboratory. *Nucl. Instrum. Methods Phys. Res.* 1994, **B92**, 65–68.
10  World Health Organization. *Immunological Adjuvants*. World Health Organization Technical Report Series No. 595, World Health Organization, Geneva, 1976, pp. 6–8.
11  Wilhelm, M., Zhang, X.-J., Hafner, D. and Ohnesorge, F.K. Single-dose toxicokinetics of aluminum in the rat. *Arch. Toxicol.* 1992, **66**, 700–705.
12  Talbot, R.J., Newton, D., Priest, N.D., Austin, J.G. and Day, J.P. Intersubject variability in the metabolism of aluminum following intravenous injection as citrate. *Hum. Exp. Toxicol.* 1995, **14**, 595–599.
13  Ahn, H.-W., Fulton, B., Moxon, D. and Jeffrey, E.H. Interactive effects of fluoride and aluminum: uptake and accumulation in bones of rabbits administered both agents in their drinking water. *J. Toxicol. Environ. Health* 1995, **44**, 337–350.
14  Alfrey, A.C. *Aluminium and Health: A Critical Review*, ed. H.J. Gitelman. Dekker, New York, 1989, pp. 101–124
15  Meirav, O., Sutton, R.A. and Fink, D. Accelerator mass spectrometry: application to study of aluminum kinetics in the rat. *Am. J. Physiol.* 1991, **260**, F466–F469.

5

**Exhibit 361**

# EXHIBIT 362



Available online at www.sciencedirect.com



Vaccine 23 (2005) 1359–1367

www.elsevier.com/locate/vaccine

# Aluminium assay and evaluation of the local reaction at several time points after intramuscular administration of aluminium containing vaccines in the Cynomolgus monkey

François Verdier[a,*], Roger Burnett[b], Claire Michelet-Habchi[c], Philippe Moretto[c], Françoise Fievet-Groyne[a], Elisabeth Sauzeat[a]

[a] Aventis Pasteur SA, 1541, avenue Marcel Mérieux, 69280 Marcy l'Etoile, France
[b] MDS, 69210 Saint Germain sur L'Arbresle, France
[c] Centre d'Etudes Nucléaires de Bordeaux-Gradignan, 33170 Gradignan, France

Received 10 February 2004; received in revised form 9 September 2004; accepted 14 September 2004
Available online 30 October 2004

## Abstract

Aluminium hydroxide and aluminium phosphate have been widely used as vaccine adjuvants with a good safety record for several decades. The recent observation in human deltoid muscle of macrophage aggregates containing aluminium hydroxide spicules and termed Macrophagic Myofasciitis (MMF) has encouraged research on aluminium salts. This study was conducted in order to further investigate the clearance of aluminium at the vaccine injection site and the features of induced histopathological lesions. Two groups of 12 monkeys were immunised in the quadriceps muscle with Diphtheria–Tetanus vaccines, which were adjuvanted with either aluminium hydroxide or aluminium phosphate. Three, six or twelve months after vaccination, four monkeys from each group were sacrificed and histopathological examination and aluminium assays were performed on quadriceps muscle sections.

Histopathological lesions, similar to the MMF described in humans, were observed and were still present 3 months after aluminium phosphate and 12 months after aluminium hydroxide adjuvanted vaccine administration. An increase in aluminium concentration, more marked in the area of the lesions, was also observed at the 3- and 6-month time points. These findings were localised at the injection site and no similar changes were observed in the distal or proximal muscle fragments.

We conclude from this study that aluminium adjuvanted vaccines administered by the intramuscular route trigger histopathological changes restricted to the area around the injection site which persist for several months but are not associated with abnormal clinical signs.
© 2004 Elsevier Ltd. All rights reserved.

Keywords: Aluminium; Macrophagic myofasciitis; Animal study

## 1. Introduction

Aluminium salts have been used as vaccine adjuvants since the initial proof of concept in an animal model by Glenny et al. [1] in 1926. This type of metal salt remains the only class of adjuvant accepted in a wide range of vaccines such as Tetanus, Diphtheria, Pertussis, Hepatitis A and Hepatitis B [2]. The unique exception to this broad use of aluminium is a lipid-based adjuvant, MF 59, the adjuvant used in a European flu vaccine.

There are several potential mechanisms for the mode of action of aluminium adjuvant [3] which are still being investigated [4,5]. These mechanisms are as follows: (a) depot formation allowing a slow release of the antigen, (b) arrangement of the aluminium adjuvanted vaccine in a particulate form which is better processed by antigen presenting cells, and (c) stimulation of the immune system via an inflammatory reaction with the release of immune mediators.

* Corresponding author. Tel.: +33 4 37 37 31 81; fax: +33 4 37 37 31 51.
E-mail address: francois.verdier@aventis.com (F. Verdier).

0264-410X/$ – see front matter © 2004 Elsevier Ltd. All rights reserved.
doi:10.1016/j.vaccine.2004.09.012

**Exhibit 362**

*F. Verdier et al. / Vaccine 23 (2005) 1359–1367*

Due to the extensive use of this adjuvant, there is a large amount of data indicating its good safety profile. Some case studies reporting local reactions after administration of vaccines using aluminium as the adjuvant either by the subcutaneous or intramuscular routes have been published [6–10]. However, as aluminium has never been administered separately from the vaccine formulation, all data should always be considered to be related to the adjuvanted vaccine as a single entity, which is a mixture of one or several antigens plus the adjuvant [11]. Consequently definitive correlation of any of the reported findings to aluminium itself can be challenged. The metal aluminium, related assay methods, sources of human and environmental exposure, kinetics, metabolism and toxicity have also been studied in detail [12]. These findings state that aluminium is widely distributed in water, air, food, cosmetics and pharmaceuticals in relatively high concentrations. By comparison with natural or environmental exposure as stated in this review from the WHO [12], exposure to the very low quantity of aluminium administered as an adjuvant in a vaccine would not seem to raise major safety concerns.

Despite this reassuring comparison with natural exposure, French scientists (former GERMMAD) recently described a focal histological lesion observed in biopsy samples from the deltoid muscle of the non-dominant arm, which they termed Macrophagic Myofasciitis (MMF). These biopsies were conducted following patients' reports of clinical symptoms observed in muscular disorders, which generally combined persistent myalgias, arthralgias and marked fatigue [13]. Interestingly, there were no apparent links between the anatomical distribution of muscular weakness and the localised deltoid lesion. In these biopsies of the deltoid muscle aluminium hydroxide spicules [14] were identified in the macrophages of the lesions, potentially incriminating aluminium adjuvants in the aetiology of this local histopathological entity in the muscle [15]. However, due to the lack of appropriate controls and the very limited number of cases, the role of aluminium and the causal relationship between local MMF in the deltoid muscle and a more widespread muscle weakness are still being disputed.

A WHO meeting [16] dedicated to this issue associated with aluminium, emphasised the need for more research on this topic. Direct investigation in humans is difficult: both the pain and the remaining scar associated with a muscular biopsy are barriers to studying potential local lesions in the injected muscles of vaccinated people. In addition, epidemiological studies are complicated by the fact that the occurrence of this set of reactions is very low (i.e., approximately 200 cases in several tens of millions of vaccinated people) and by the lack of a case definition. Therefore, non-clinical studies may usefully contribute to confirmation or invalidation of the potential association between aluminium salts and the local histological lesions, termed MMF, and also between local deposits of aluminium salts and generalised clinical symptoms. In addition preclinical studies may provide information on the distribution of aluminium following administration of adjuvanted vaccine. Distribution has been reported [17,18];

however, these studies lacked the sensitivity of detection possible with modern apparatus. Fortunately, Stanley Hem and his collaborators [19,20] recently addressed this issue and applied a radioactive method using $^{26}$Al and accelerator mass spectrometry to compare the deposition following intramuscular administration of aluminium oxyhydroxide (AlOOH) and aluminium phosphate (AlPO4). However, this work did not address the question of clearance of aluminium from the site of injection in the muscle nor did they use a complete vaccine formulation including the adjuvant to test for aluminium deposition in conditions similar to those used in man.

Several critical questions remain:

- How long does the aluminium stay in the muscle after intramuscular administration of adjuvanted vaccines?
- Does aluminium adjuvanted vaccine "in essence" trigger a histological reaction, which can be termed MMF?
- If there is such a reaction what are its features (size, identification of the cells, persistence)
- Does such a local muscular lesion characterise a more widespread muscular disease?

This study was conducted to address these questions to a certain extent by the evaluation of the local reaction and aluminium concentration after intramuscular injection of aluminium adjuvanted vaccines in Cynomolgus monkeys.

## 2. Materials and methods

### 2.1. Vaccines

Combined Diphtheria–Tetanus vaccines were prepared by Aventis Pasteur with either AlOOH from Reheis (Ireland) or AlPO4 from Biosector (Denmark). The two Diphtheria–Tetanus vaccines, identical in all respects except for the aluminium salts, contained 30 Lf/ml of Diphtheria, 10 Lf/ml of Tetanus toxoid, and adjuvants (AlPO4 or AlOOH) corresponding to a final concentration of 0.6 mg/ml Al. These vaccines also both contained Merthiolate as a preservative.

### 2.2. Animal immunisation

Two groups of 12 male Cynomolgus monkeys (*Macaca fasciculata*) supplied by CRP le vallon (Mauritius), weighing 2.3–3.9 kg at the beginning of the study, were given a single intramuscular vaccine injection with a 10 mm needle carefully oriented perpendicular to the skin at the midshaft femoral area of the quadriceps muscle. Either AlPO4 adjuvanted DT or AlOOH adjuvanted DT vaccine (as detailed above) was administered at a dose volume of 0.5 ml per monkey. The injection site was identified by an ink tattoo on the skin to increase the precision of muscle sampling. Either the left or right quadriceps muscle was used in a random manner. The primates were maintained in a temperature and humidity regulated room and allowed free access to water and to expanded complete primate diet with additional daily fruit supplement and were examined daily to monitor for any

**Exhibit 362**

F. Verdier et al. / Vaccine 23 (2005) 1359–1367                1361

abnormal clinical signs. The clinical observation procedure included the description of animal behaviour (e.g., normal movements, absence of unusual posture or lethargy), condition of the fur, absence of visible wounds, normal respiratory rhythm, aspect of the stools, monitoring for changes in food consumption or signs of pain or discomfort (e.g., favouring of individual limb). Four monkeys from each of the two groups were sacrificed 85, 169 or 366 days (3, 6 or 12 months) after the single intramuscular injection. As part of the full necropsy procedure, a macroscopic examination of the injected site was performed to detect any sign of local intolerance.

### 2.3. Immune response measurement

The humoral immune response to Diphtheria- and Tetanus- antigen was evaluated before immunisation and at necropsy (i.e., 3, 6 or 12 months after immunisation) as a quality control of vaccine administration and to confirm the immunogenicity of the vaccine in the selected species.

#### 2.3.1. Titration of sera for neutralizing antibodies to Diphtheria toxin

Diphtheria toxin neutralizing antibody titres were determined by an in vitro neutralisation assay. Dilutions of sera were incubated with the toxin and the amount of neutralising antibody was estimated using the specific linkage to the toxin and the subsequent inhibition of its cytopathic effect (CPE) on Vero cells. The serum titre corresponded to the highest reciprocal dilution that induced total neutralization of the toxin, as demonstrated by the absence of CPE. The WHO equine international standard was run in parallel. This confirmed the validity of the test and allowed the results to be expressed in International Unit (IU). The seropositivity threshold was defined as an antibody titre equal to or greater than 0.01 IU/ml as used for humans.

#### 2.3.2. ELISA method for measurement of Tetanus IgG antibodies

ELISA for determination of Tetanus toxoid IgG was based on the binding of antibodies to Tetanus toxoid coated polystyrene immunoassay plates, using a series of two-fold dilutions of serum samples. After incubation, they were reacted with peroxidase-conjugated mouse anti-human IgG. The binding was then visualized with O-phenylenediamin dihydrochloride as substrate for the peroxidase. The titres of the sera were determined with reference to the WHO International Standard, which was run in parallel. It was therefore possible to express the results in IU. The seropositivity threshold was defined as an antibody titre equal to or greater than 0.01 IU/ml as used in humans.

### 2.4. Tissue collection and preparation for histopathological examination

Samples taken from Ilio-femoral lymph-nodes, quadriceps muscles and spleens were processed and examined. The muscle fragments obtained from the injected side were oriented along the fibre axis and 3 fragments per muscle were collected (1) in the injection area, (2) in the proximal region, (3) in the distal region. One fragment from the contralateral quadriceps was also sampled as a control. Each fragment was then divided into two pieces, one for histopathology and the second for the microanalysis of metals and mineral ions. Tissue fragments were cryofixed in isopentane chilled with liquid nitrogen. The samples for histological examination were mounted in OCT and two sections were cut on a cryostat, sections were stained with haematoxylin and eosin and submitted for examination. Following these initial examinations, the frozen samples of the muscle from all sites and from all phases of the study were immersed in 10% formalin and allowed to thaw. The muscles fixed in this manner were then processed into paraffin wax. Four to five micron sections were cut and stained with haematoxylin and eosin. Sections were taken at five levels each separated by some 20 µm to ensure that the site of injection was not accidentally missed. In addition to this procedure, samples of the injection site of animals from the 1-year time point of the study which showed no major changes in either the frozen sections or in the five paraffin sections were submitted for further sectioning at 20-µs intervals; this yielded an additional 16–20 sections per animal which were also examined.

### 2.5. Nuclear microprobe analysis of muscle tissues

#### 2.5.1. Sample preparation

The corresponding samples were stored in cryotubes, transported under dry ice and stored at low temperature ($-80\,°C$) until assay. Tissue sections (thickness ~20 µm) were obtained using a cryo-microtome equipped with a stainless steel blade. The specimens were cut at low temperature ($-30\,°C$), mounted on fresh formvar films (thickness 0.4 µm) and kept in the cryostat for 6 h until completely freeze-dried. Serial sections were performed under control of light microscopy in order to delineate regions with lesions. Frozen sections for microanalysis were selected during the sectioning procedure on the basis of light microscopy. If reactive zones were observed, the microanalysis was focused on such areas. Where no lesions were observed, mean concentrations were derived from zones about one square millimetre in area.

#### 2.5.2. Nuclear microprobe analysis of tissue sections

The microanalysis of tissue sections was performed using the CENBG nuclear microprobe [21]. A 2.5 MeV proton beam focus down to a 3 µm × 3 µm spot was scanned over 1 mm × 1 mm areas in order to determine the content and the distribution of aluminium and phosphorus together with other types of metal and mineral (Na, Mg, S, Cl, K, Ca, Fe). Particle induced X-ray emission (PIXE) and Rutherford backscattering spectrometry (RBS) analyses were carried out simultaneously to determine both the elemental content and the organic mass of tissue sections. Using this method, metal concentrations in tissue could be accurately calculated according to the

**Exhibit 362**

*F. Verdier et al. / Vaccine 23 (2005) 1359–1367*

procedure already described [22]. Concentrations of Al and other elements were expressed in terms of dry tissue weight [21].

### 2.5.3. Data reduction

after analysis, the data were treated as follows: elemental maps were obtained to identify areas where abnormal phosphorus or aluminium levels appeared. Where histologically abnormal structures were found, different zones of interest were delimited and local spectra were extracted. After data reduction, mean Al and P concentrations could be calculated in the selected structures. Two types of analysis were performed. For sections with normal histology, the mean concentrations were calculated over the whole scanned area. Where lesions appeared in the elemental maps, the mean concentrations were calculated in both the reactive area (usually with high Al content) and the neighbouring region (Fig. 1).

## 3. Results

### 3.1. Immunogenicity

All the monkeys were negative for both Diphtheria and Tetanus antibodies before vaccination and then seroconverted after vaccination (geometric means in UI/ml, $n = 10$–12 i.e., 0.003 versus 0.114 and 0.006 versus 0.488 for Diphtheria and Tetanus antibody titers, respectively before and after vaccination with ALOOH adjuvanted vaccine; 0.003 versus 0.246 and 0.005 versus 0.707 for Diphtheria and Tetanus antibody titers, respectively before and after vaccination with ALPO4 adjuvanted vaccine). Due to the limited number of monkeys, no statistical analyses were performed between the ALOOH and ALPO4 adjuvanted vaccine treated groups.

### 3.2. Results of the histopathological examination

Both cryostat and subsequent paraffin sections of each muscle were examined. The paraffin sections obtained from the thawed material had a well-observed morphology. The changes seen in the cryostat sections were in general also present in the paraffin sections. Lesions seen at each of the five levels were similar in all cases with only minor variations in the distribution of certain elements of the lesion.

The true orientation of the samples was not always easy to discern. In general, the lesion was on the cut edge and usually in the region of 5 mm from the identified top of the sample. With both adjuvanted vaccines, the injected suspension was taken up by macrophages, which were concentrated at the centre of the injection site, but showed some extension along the fascia between the adjacent muscle bundles.

In all cases in the initial sacrifice on day 85 (3 months), macrophage aggregation was graded as moderate to marked (Fig. 2A and B). This reaction was accompanied by a lymphoid infiltration. The macrophages having taken up the material showed various degrees of degeneration in the sites with

both products. Only in one of the monkeys, given AlOOH adjuvanted vaccine, had this progressed into a cyst-like structure lined by macrophages and fibrocytes. The size of the inflammatory lesion was greater in those monkeys given the ALOOH adjuvanted vaccine.

No significant lesions were observed in the contralateral muscle or in the proximal or distal samples of the injected quadriceps.

Six months after the vaccine injection, on day 169, the four monkeys given the AlPO4 adjuvanted vaccine all showed a minimal residual lymphoid infiltration and/or focal fibrosis but no macrophages were present. These minor lesions are considered to confirm that the injection site had been correctly sampled. In the sites injected with the AlOOH adjuvanted vaccine, one monkey showed no lesions, however, 3/4 monkeys showed appreciable lesions composed mainly of macrophages (Fig. 2C). In one, there was an extensive cyst-like structure lined by macrophages and containing degenerate macrophages (Fig. 2D). This suggested that the macrophages, which had taken up the injected suspension, had degenerated releasing the material, which was then taken up by new macrophages in the cyst lining leading to persistence at the site of injection.

One year following the injection, no macrophage aggregations were seen in monkeys injected with the AlPO4 adjuvanted vaccine. Minor and potentially incidental lymphocytic infiltrations were noted.

In the monkeys given the AlOOH adjuvanted vaccine, two of the four monkeys still had moderate macrophage aggregations with associated minor lymphocytic infiltrations (Fig. 2E and F).

Extensive further sections (covering some 500 µm) on negative samples did not reveal any major lesions but only small foci of lymphocytes, which were considered to be incidental and not associated with the injection (Table 1).

No abnormal findings were observed for the spleens and lymph nodes from all animals.

### 3.3. Nuclear microprobe analysis of tissue sections

#### 3.3.1. Analyses of injection sites from the injected quadriceps (Table 2)

Analyses of injection sites from the injected quadriceps (Table 2): 3 months after injection, lesions were observed in all samples taken from injection sites of quadriceps mus-

Table 1
Mean concentrations of aluminium and phosphorus in the zones of interest delimited in Fig. 1

| Zone of interest | Aluminium (µg/g) | Phosphorus (µg/g) | Zones |
|---|---|---|---|
| Zone a | 2140 | 12330 | Reactive |
| Zone b | 4010 | 20530 | Reactive |
| Zone c | 120 | 6830 | Neighbouring |
| Zone d | 190 | 9350 | Neighbouring |
| Zone e | 100 | 9770 | Neighbouring |

**Exhibit 362**

F. Verdier et al. / Vaccine 23 (2005) 1359–1367 1363



Fig. 1. Nuclear microprobe analysis of tissue section. (A) Identification of a potential lesion (i.e., upper part of this heamatoxylin and eosin stained slide prepared from a muscle taken 3 months after injection of the AlPO₄ adjuvanted vaccine). (B) Distributions of aluminium and phosphorus after PIXE microanalysis of the area delimited by the frame indicated (A). The concentration increases from white to yellow on the colour scale (size of the analysed area 3 mm × 1 mm). The zones of interest being considered for the calculation of concentrations (see Table 1) are presented in the right part of the figure.

**Exhibit 362**

*F. Verdier et al. / Vaccine 23 (2005) 1359–1367*



Fig. 2. Histopathological examination of the injection site of aluminium adjuvanted vaccines (haematoxylin and eosin stain). (A) 3 months after AlPO4 adjuvanted vaccine injection (low power), (B) 3 months after AlOOH adjuvanted vaccine injection (low power), (C and D) 6 months after AlOOH adjuvanted vaccine injection (high and medium power), (E and F) 12 months after AlOOH adjuvanted vaccine injection (medium and high power).

cles and selected for nuclear microprobe analysis as reported previously for the samples used for the histopathological examination. High aluminium content was found for both AlPO4 and AlOOH adjuvanted vaccine treated animals. Aluminium concentration in the reactive zones of animals treated with AlOOH was four times higher than in those treated with AlPO4. In neighbouring zones, the aluminium concentration decreased down to a few hundred micrograms per gram within 0.5–2 mm from the border of reactive zones. Phosphorus was found to be highly correlated with aluminium in reactive zones (see elemental maps, Fig. 1). The mean concentration in these areas was higher after immunisation with AlPO4 than with AlOOH adjuvanted vaccines ($14370 \pm 2540\,\mu g/g$ versus $11350 \pm 2930\,\mu g/g$) presumably due to the phosphorus in the adjuvant. Both values were significantly higher than in neighbouring regions which were equivalent to that of tissue from contralateral muscles.

No lesions were observed in AlPO4 adjuvanted vaccine injection sites six months after injection (four animals) confirming the findings in the other fragments taken from the same site. For these four animals, in 21 out of 33 sections, the aluminium concentration was above the detection limit of the method ($25\,\mu g/g$) and under the limit in the remaining 12

**Exhibit 362**

Table 2
Mean concentrations of aluminium and phosphorus in the injection site of quadriceps for eight animals sacrificed 3 months after injection and for eight animals sacrificed after 6 months

| Adjuvant | Analysed zones | Al ($\mu$g/g) | P ($\mu$g/g) | No. of animals | No. of analyses |
|---|---|---|---|---|---|
| AlPO 43 months | Reactive | 2860 $\pm$ 10570 | 14370 $\pm$ 2540 | 4 | 18 |
| | Neighbouring | 410 $\pm$ 445 | 10120 $\pm$ 1960 | 4 | 15 |
| AlOOH 3 months | Reactive | 14280 $\pm$ 7130 | 11350 $\pm$ 2930 | 4 | 25 |
| | Neighbouring | 680 $\pm$ 595 | 9460 $\pm$ 1170 | 4 | 18 |
| AlPO 46 months[a] | No apparent lesions | 147 $\pm$ 90 | 7290 $\pm$ 3310 | 4 | 21 |
| AlOOH 6 months | Reactive | 11000 $\pm$ 8430 | 10090 $\pm$ 2900 | 2 | 7 |
| | Neighbouring | 167 $\pm$ 87 | 8730 $\pm$ 960 | 4 | 14[b] |

The results are compared for both AlOOH and AlPO4 adjuvanted vaccines. The mean values are given in $\mu$g/g of dry weight ($\pm$S.D.) after analysis of the reactive zone and of neighbouring regions (distance from the lesion ranging from 0.5 to 2 mm). Six months after injection, the concentration of aluminium in several sections was found to be under the detection limit for the technique: see notes (a) and (b).

[a] Plus 12 analysed sections for which the Al concentration was under the detection limit (approximately 25 $\mu$g/g), and not taken into account in the mean Al concentration.

[b] Plus 4 analysed sections for which the Al concentration was under the detection limit (approximately 25 $\mu$g/g) for the 2 animals without reactive region and not taken into account in the mean Al concentration.

sections. The level of phosphorus concentration was slightly lower than in the contralateral muscle.

In two animals treated with AlOOH adjuvanted vaccines, residual lesions were found in injection sites. The aluminium concentration was still very high in these reactive zones. In neighbouring regions, the aluminium level was lower than that observed in similar areas at 3 months. The concentration in these regions was at the same level as in sections which had no apparent lesions obtained from the two remaining animals. Finally, a mean aluminium concentration was calculated taking in regions in the neighbourhood of lesions together with sections showing no apparent lesion. No significant difference was found in the aluminium level when compared with tissues of animals treated with AlPO4 adjuvanted vaccines at six months. Six months after injection, the phosphorus concentration in reactive zones of AlOOH treated muscles decreased down to a level comparable to values obtained in contralateral tissues.

At 12 months, the aluminium level was under the detection limit in all sections for both AlPO4 and AlOOH.

### 3.3.2. Analyses of proximal and distal samples from injected quadriceps

Analyses of proximal and distal samples from injected quadriceps: for proximal and distal samples of injected quadriceps, since no apparent lesions were revealed histologically in frozen sections whatever the sacrifice time 3, 6 or 12 months, areas were chosen for analysis randomly. The analyses were carried out as follows: (i) 8 analyses on proximal samples and 9 analyses on distal samples 3 months after injection, (ii) 22 analyses on proximal samples and 25 analyses on distal samples 6 months after injection. No samples were analysed for animals sacrificed 12 months after injection. For most sections, the aluminium level was found to be under the detection limit. In 5 analyses (3 distal AlPO4 and 2 distal AlOOH sections 6 months after injection) a few small aluminium-containing granules

were observed spread throughout the tissue. The mean phosphorus concentration did not differ significantly from that in contralateral tissues: 9670 $\pm$ 500 $\mu$g/g (3 months after injection) and 10,690 $\pm$ 700 $\mu$g/g (6 months after injection) in AlPO4 samples; 9420 $\pm$ 400 $\mu$g/g (3 months after injection) and 10,050 $\pm$ 650 $\mu$g/g (6 months after injection) in AlOOH samples.

### 3.3.3. Analyses of contralateral quadriceps

Analyses of contralateral quadriceps: no apparent lesions were observed in frozen histological sections obtained from contralateral quadriceps muscles 3 months after injection. A dozen sections were analysed. The aluminium concentration was found to be under the detection limit in all tissue sections (<25 $\mu$g/g) whereas the mean phosphorus concentration was 9500 $\pm$ 450 $\mu$g/g. Contralateral quadriceps at 6 and 12 months were not analysed.

## 4. Discussion

Despite the extensive use of aluminium salts as adjuvants, little is known about their pharmacokinetics and the majority of the data comes from aluminium exposure through environmental sources. Biokinetics studies showed that free aluminium bound mainly to transferrin and citrate [23]. In an in vitro study [24], aluminium adsorbed to a mock antigen was rapidly separated by free interstitial proteins, the opposite effect was not observed (i.e., separation of interstitial proteins bound to aluminium by an antigen). Ultimately, elimination data [19,23] indicated that aluminium is cleared with a rapid initial release followed by a subsequent long-term process. Bone is the main tissue responsible for long-term storage.

Our protocol did not evaluate all body compartments neither did it include an in situ measurement of the total quantity of Aluminium injected. The measurement performed was a

**Exhibit 362**

*F. Verdier et al. / Vaccine 23 (2005) 1359–1367*

quantitative evaluation of aluminium distribution in muscle sections. However, the observed increase in aluminium concentration associated with the histopathological changes in the muscle support the hypothesis that aluminium from the vaccines remains at the site for at least 6 months. This increase is likely to be directly related to the injected vaccine. The hypothesis that this additional aluminium could come from a source other than the vaccine is highly improbable as demonstrated by other authors from [26]Al in the rat (Authier, manuscript in preparation). This persistence at the injection site would seem to be longer than expected considering the fact that the muscle is not generally considered to be a retention organ whereas bone is. The lack of detection of an increase in aluminium concentration 12 months after injection of both adjuvanted vaccines cannot be definitively considered to demonstrate total clearance of the adjuvant from the muscle. A focal area of increase in aluminium level could potentially not have been sampled.

The second essential finding of this monkey study was the aspect and the persistence of the histopathological lesion observed at the injection site. This lesion characterized by macrophage aggregates between the muscular fibres with extension along the fascia and associated with lymphoid infiltration is similar to the lesion observed in some patients and termed macrophagic myofasciitis [13,14]. These observations would lead to the conclusion that this type of lesion is a usual reaction following the injection of an aluminium adjuvanted vaccine by the intramuscular route.

Interestingly neither behavioural changes nor any signs of muscular weakness were observed in the vaccinated monkeys at any time.

Another characteristic of this lesion is its localisation around the injection site; no changes were observed neither in the distal or proximal muscle fragments sampled 20 mm from the injection site nor in lymph nodes or spleen. One can conclude it would be difficult to observe this lesion if either the injection site were not clearly identified or if muscle fragments examined were not taken close to the injection site. No changes were observed in the contralateral muscle. The focal pattern of this lesion does not support the hypothesis of a more widespread muscular disease.

Macrophage aggregates were still observed in two out of four monkeys one year after injection of the AlOOH adjuvanted vaccine. This persistence could demonstrate depot formation to be one of the mechanisms of action for the adjuvant effect of aluminium as has been proposed. However, we did not develop a method, which would also verify whether the antigen is still present in these lesions.

Based on the results of this study, we conclude that macrophagic myofasciitis lesions can occur in normal healthy animals and can be associated with both AlPO4 and ALOOH adjuvanted vaccines. However, lesions persist longer with AlOOH. The hypothesis that the vaccine material is taken up by macrophages, which are then replaced by other macrophages, seems plausible considering the persistence of the macrophage aggregates.

## Acknowledgement

The authors wish to express their thanks to the staff of Aventis Pasteur, Biomatech and MDS for their contributions.

## References

[1] Glenny AT, Pope CG, Waddington H, Wallace U. Immunological notes XXIII, the antigenic value of toxoid precipitated by potassium alum. J Pathol Bacteriol 1926;29:31–40.

[2] Gupta RK. Aluminum compounds as vaccine adjuvants. Adv Drug Deliv Rev 1998;32(3):155–72.

[3] HogenEsch H. Mechanisms of stimulation of the immune response by aluminum adjuvants. Vaccine 2002;20(Suppl. 3):S34–9.

[4] Ulanova M, Tarkowski A, Hahn-Zoric M, Hanson LA. The Common vaccine adjuvant aluminum hydroxide up-regulates accessory properties of human monocytes via an interleukin-4-dependent mechanism. Infect Immun 2001;69(2):1151–9.

[5] Rimaniol AC, Gras G, Verdier F, Capel F, Grigoriev VB, Porcheray F, et al. Aluminum hydroxide adjuvant induces macrophage differentiation towards a specialized antigen-presenting cell type. Vaccine 2004;22(23/24):3127–35.

[6] Cosnes A, Flechet ML, Revuz J. Inflammatory nodular reactions after hepatitis B vaccination due to aluminium sensitization. Contact Dermat 1990;23(2):65–7.

[7] Miliauskas JR, Mukherjee T, Dixon B. Postimmunization (vaccination) injection-site reactions. A report of four cases and review of the literature. Am J Surg Pathol 1993;17(5):516–24.

[8] Pittman PR. Aluminum-containing vaccine associated adverse events: role of route of administration and gender. Vaccine 2002;20(Suppl. 3):S48–50.

[9] Cominos D, Strutton G, Busmanis I. Granulomas associated with Tetanus toxoid immunization. Am J Dermatopathol 1993;15(2):114–7.

[10] Bergfors E, Trollfors B, Inerot A. Unexpectedly high incidence of persistent itching nodules and delayed hypersensitivity to aluminum in children after the use of adsorbed vaccines from a single manufacturer. Vaccine 2003;22(1):64–9.

[11] Clements CJ, Griffiths E. The global impact of vaccines containing aluminium adjuvants. Vaccine 2002;20(Suppl. 3):S24–33.

[12] IPCS. Environmental Health Criteria 194 – Aluminium. Geneva: World Health Org.; 1994.

[13] Gherardi RK, Coquet M, Chérin P, et al. Macrophagic myofasciitis: an emerging entity. Lancet 1998:352.

[14] Gherardi RK, Coquet M, Cherin P, Belec L, Moretto P, Dreyfus PA, et al. Macrophagic myofasciitis lesions assess long-term persistence of vaccine-derived aluminium hydroxide in muscle. Brain 2001;124(Pt 9):1821–31.

[15] Cherin P, Laforet P, Gherardi RK, et al. Macrophagic myofasciitis: description and etiopathogenic hypotheses, Study and Research Group on Acquired and Dysimmunity-related Muscular Diseases (GERMMAD) of the French Association against Myopathies (AFM). Rev Med Int 1999;20(6):483–9.

[16] Vaccine safety. Macrophagic myofasciitis and aluminium-containing vaccines. Wkly Epidemiol Rec 1999;74 (41):338–340.

[17] Pineau A, Durand C, Guillard O, Bureau B, Stalder JF. Role of aluminium in skin reactions after Diphtheria–Tetanus-pertussis-poliomyelitis vaccination: an experimental study in rabbits. Toxicology 1992;73(1):117–25.

[18] Redhead K, Quinlan GJ, Das RG, Gutteridge JM. Aluminium-adjuvanted vaccines transiently increase aluminium levels in murine brain tissue. Pharmacol Toxicol 1992;70(4):278–80.

[19] Flarend RE, Hem SL, White JL, et al. In vivo absorption of aluminium-containing vaccine adjuvants using [26]Al. Vaccine 1997;15(12–13):1314–8.

**Exhibit 362**

*F. Verdier et al. / Vaccine 23 (2005) 1359–1367*                                                    1367

[20] Hem SL. Elimination of aluminum adjuvants. Vaccine 2002;20 (Suppl. 3):S40–3.

[21] Llabador Y, Moretto P. Nuclear Microprobes in the life science. World Scientific, Singapore 1998:1–274.

[22] Moretto P, Razafindrabe L. Nucl Instr Methods 1995;B104: 171.

[23] Nolte E, Beck E, Winklhofer C, Steinhausen C. Compartmental model for aluminium biokinetics. Hum Exp Toxicol 2001;20(2):111–7.

[24] Heimlich JM, Regnier FE, White JL, Hem SL. The in vitro displacement of adsorbed model antigens from aluminium-containing adjuvants by interstitial proteins. Vaccine 1999;17(22):2873–81.

**Exhibit 362**

# EXHIBIT 363

Archives of Toxicology (2019) 93:2787–2796
https://doi.org/10.1007/s00204-019-02561-z



## INORGANIC COMPOUNDS

# Aluminium in plasma and tissues after intramuscular injection of adjuvanted human vaccines in rats

Karin Weisser[1] · Thomas Göen[2] · Jennifer D. Oduro[3] · Gaby Wangorsch[1] · Kay-Martin O. Hanschmann[1] · Brigitte Keller-Stanislawski[1]

Received: 1 July 2019 / Accepted: 2 September 2019 / Published online: 14 September 2019
© Springer-Verlag GmbH Germany, part of Springer Nature 2019

## Abstract

Aluminium (Al) toxicokinetics after intramuscular (IM) injection of Al-adjuvanted vaccines is unknown. Since animal data are required for modeling and extrapolation, a rat study was conducted measuring Al in plasma and tissues after IM injection of either plain Al-hydroxide (pAH) or Al-phosphate (pAP) adjuvant (Al dose 1.25 mg), single human doses of three Al-adjuvanted vaccines (V1, V2, and V3; Al doses 0.5–0.82 mg), or vehicle (saline). A significant increase in Al plasma levels compared to controls was observed after pAP ($AUC_{(0-80\ d)}$, mean ± SD: 2424 ± 496 vs. 1744 ± 508 µg/L*d). Percentage of Al dose released from injected muscle until day 80 was higher after pAP (66.9%) and AP-adjuvanted V3 (85.5%) than after pAH and AH-adjuvanted V1 (0 and 22.3%, resp.). Estimated absolute Al release was highest for pAP (836.8 µg per rat). Al concentration in humerus bone was increased in all groups, again strongest in the pAP group [3.35 ± 0.39 vs. 0.05 ± 0.06 µg/g wet weight (ww)]. Extrapolated amounts in whole skeleton corresponded to 5–12% of the released Al dose. Very low brain Al concentrations were observed in all groups (adjuvant group means 0.14–0.29 µg/g ww; control 0.13 ± 0.04 µg/g ww). The results demonstrate systemically available Al from marketed vaccines in rats being mainly detectable in bone. Al release appears to be faster from AP- than AH-adjuvants. Dose scaling to human adults suggests that increase of Al in plasma and tissues after single vaccinations will be indistinguishable from baseline levels.

**Keywords** Aluminium · Adjuvants · Systemic availability · Rats · Intramuscular · Vaccine

## Introduction

Aluminium (Al) compounds have been widely used for decades as adjuvants in vaccines. They mainly consist of complex morphologies of crystalline Al-oxyhydroxide or amorphous Al hydroxyphosphate (Hem and HogenEsch 2007) referred to below for the ease of reading as Al-hydroxide ("AH") and Al-phosphate ("AP"). The poorly soluble adsorbents are commercially available as wet gel suspensions (e.g., Alhydrogel® or Adju-Phos®) or are produced by vaccine manufacturers themselves. Many human vaccines are adsorbed on AH or AP, e.g., the toxoid vaccines against diphtheria and tetanus, acellular pertussis, hepatitis B, pneumococcal and meningococcal vaccines, potentiating the immune response to the poorly immunogenic antigens, thereby enabling successful vaccination. Al content in human vaccines is limited to 1.25 mg per dose by WHO (WHO 2016) and European Pharmacopeia (Ph. Eur. 2018), and is labeled in the product information.

Although to date there is no scientific evidence for a causal relationship between Al containing vaccinations and acute or chronic neurological impairment or diseases (Immunization Safety Review 2001, 2004; WHO 2012), there is still concern about the potential toxicity on the central nervous system or bone deriving from vaccine exposure.

Remaining uncertainty could at best be erased by better knowledge of toxicokinetics after intramuscular (IM) injection of Al-adjuvanted vaccines. While Al bioavailability

✉ Karin Weisser
karin.weisser@pei.de

1 Paul-Ehrlich-Institut (Federal Institute for Vaccines and Biomedicines), Paul-Ehrlich-Straße 7, 63225 Langen, Germany

2 Institute and Outpatient Clinic of Occupational, Social and Environmental Medicine, Friedrich-Alexander-Universität Erlangen-Nürnberg, Henkestraße 9-11, 91054 Erlangen, Germany

3 Preclinics GmbH, Wetzlarer Straße 20, 14482 Potsdam, Germany

1

Exhibit 363

after parenteral administration is supposed to be 100%, the rate of absorption and thus potential Al increase in plasma and tissues over time in man is unknown. A few investigations in rabbits and monkeys suggest that AP has a higher rate of bioavailability than AH (Flarend et al. 1997; Verdier et al. 2005).

A physiology-based toxicokinetic (PBTK) model is urgently needed for extrapolation of animal data to humans (Krewski et al. 2007). However, relevant animal data on Al absorption and distribution after administration of Al-adjuvanted products to inform such a model are lacking (Weisser et al. 2017; Masson et al. 2018).

We therefore aimed at collecting data on Al bioavailability from adjuvants in vivo by injecting a full human dose of unmodified marketed vaccine products IM into rats. Vaccines should represent both adjuvant types at the highest available Al content per dose. Since most studies investigating Al toxicokinetics from soluble species have been conducted in rats (Weisser et al. 2017, 2019), also with regard to model building this species was considered most appropriate. We monitored Al concentrations in plasma, at the injection site, in bone, and in whole brain hemisphere up to 80 days post-injection.

## Materials and methods

### Animals

In vivo studies in male Wistar rats (approx. 2 months; body weight 350 g ± 65 g, Charles River Labs, Sulzfeld) were conducted by preclinics GmbH (Potsdam, Germany).

Rats were randomly assigned to treatment groups (no allocation parameter) and were allowed free access to tap water and standard diet [R/M-H, extruded (V1536), Ssniff, Soest, Germany]. The animals were kept under 12 h/12 h light–dark cycle conditions. After 19 days of acclimatization following arrival, animals were anesthetized with 5 vol % isoflurane (IsoFlo 100%; Ecuphar GmbH, Greifswald) and blood was collected from the lateral tail vein to obtain the blank value. Thereafter, treatment preparation or vehicle solution was administered according to the schedule described under treatment.

Rats were housed and handled according to guidelines from the Federation of Laboratory Animal Science Associations (FELASA). The animal study was performed in compliance with the German animal protection law and was registered at the Landesamt für Umwelt, Gesundheit und Verbraucherschutz Brandenburg.

### Treatment preparations

Vaccine products (V1, V2, V3) were purchased at a local pharmacy. All three products are marketed in the EU, adjuvanted with either AH (V1), AP (V3) or both AH and AP (V2). A single human dose (0.5 mL) of each vaccine was applied containing 0.5–0.82 mg Al (Table 1). If applicable, fresh preparation was done as indicated in the product information.

Plain adjuvant suspensions (pAH and pAP) were prepared from commercial gels (Alhydrogel® 2% and Adju-Phos®; Brenntag Biosector A/S, Frederikssund, Denmark) by dilution with sterile saline to achieve an Al concentration of 1.25 mg per 0.5 mL. Suspensions were freshly prepared within 24 h and thoroughly vortexed before administration.

### Treatment

Each rat received 0.5 mL of either a self-prepared plain adjuvant suspension (pAH or pAP) or a vaccine (V1, V2, or V3; Table 1). A control group receiving 0.5 mL sterile saline (vehicle) was run to monitor the underlying plasma Al steady-state concentration over time ("baseline") resulting from dietary Al intake. Al contamination of the saline vehicle solution was controlled and found negligibly small (≤ 2.5 ng in 0.5 mL). In all rats the injection volume of 500 µL was administered intramuscularly via six injection sites (100 µL each into both M. quadriceps and M. gastrocnemius of the hind limbs and 50 µL each into both M. triceps of the front limbs).

**Table 1** Overview of study groups and treatment

| Group ID | Animals per group (N) | Treatment preparation | Route of administration | Injection volume[a] | Al dose (mg per animal) | Al dose (mg/kg) |
|---|---|---|---|---|---|---|
| pAH | 7 | Alhydrogel®-suspension | IM | 0.5 mL | 1.25 | 3.6 |
| pAP | 6 | Adju-Phos®-suspension | IM | 0.5 mL | 1.25 | 3.6 |
| V1 | 7 | AH-adjuvanted vaccine | IM | 0.5 mL | 0.6 | 1.7 |
| V2 | 7 | AH/AP-adjuvanted vaccine | IM | 0.5 mL | 0.82 | 2.3 |
| V3 | 6 | AP-adjuvanted vaccine | IM | 0.5 mL | 0.5 | 1.4 |
| Vehicle | 6 | Saline | IM | 0.5 mL | – | – |

[a]Administered via 6 sites



**2**

**Exhibit 363**

## Sample collection

Blood samples (approx. 300 µL) were collected from the lateral tail vein at pre-dose, and at day 1, 5, 10, 15, 20, 30, 45, 60, and 80 post-dose using K3-EDTA Multivette 600 collection tubes (Sarstedt, Nümbrecht) connected to a 23G cannula. Blood was centrifuged at 4 °C for 10 min at 3220×g. Plasma was pipetted into 1.5 mL microtubes and stored at − 20 °C. In all rats, at time of euthanasia [80 days p.i. (post-injection)] the right hemisphere of the brain, whole muscle *M. triceps* and whole humerus bone of the right front leg were dissected, transferred into 5 mL tubes, weighed, and stored at − 70 °C.

## Bioanalytical method

Measures taken for contamination control and the bioanalytical method used for determination of total Al concentration in plasma and tissues (AAS) were as described in detail in a previous publication (Weisser et al. 2019). The whole pre-analytical and analytical process was designed and controlled for minimizing Al contamination. All determinations in the analytical laboratory were conducted in blinded manner. Al concentration in bone was determined as µg/g wet weight (ww), in muscle and brain samples as both µg/g ww and µg/g dry weight (dw).

## Data analysis

Individual area under the curve (AUC) of Al in plasma from zero to day 80 ($AUC_{(0–80\ d)}$) was calculated by the linear trapezoidal rule (MS excel).

Individual Al concentration (µg/g) measured in muscle samples were multiplied by the wet weight of the muscle sample (g) to give the absolute Al amount in whole *M. triceps* (µg). Al dose "remaining" (%) was calculated as the ratio between Al amount in whole *M. triceps* (subtracted by vehicle group mean) and Al dose injected into *M. triceps*. Al dose "released" (%) was calculated as 100 - Al dose "remaining" (%). Under the assumption of equal absorption behavior in all six injection site muscles total absolute Al "release" in µg per rat was estimated as percentage Al dose "released" in *M. triceps*/100 × total Al dose injected on day 0. Individual negative ratios were not set to zero.

## Statistical analysis

If not otherwise indicated, data are presented as means ± standard deviation (SD). Statistical tests were calculated for a two-sided significance level $\alpha = 0.05$, adjusted for multiple comparisons where necessary.

Two plasma and one muscle sample showing implausible high Al concentrations were eliminated as outliers (confirmed by Dixon's outlier test).

To investigate stability of Al plasma concentration in the vehicle group over time, a linear trend curve was fitted to the data from day 0 up to day 80 by means of a linear model for repeated measures (animal) with fixed factor day.

Testing for a significant difference of Al plasma exposure after treatment compared to vehicle group was done by comparison of total $AUC_{(0–80\ d)}$ (Wilcoxon–Mann–Whitney test, two-sided). Percent remaining Al concentration at injection site was tested for a significant difference from 100% by the Wilcoxon signed rank test.

Al concentration in bone or brain samples was compared between groups using a linear model (ANOVA) with fixed factor "treatment" based on logarithmized values. The statistical analysis was performed with SAS®/STAT software, version 9.4, SAS System for Windows, and software *R*.

Linear regression and correlation (Pearson r) analysis were done by GraphPad Prism® (Version 7.04) software.

## Results

All rats tolerated treatments well and did not show any sign of toxicity throughout the study.

### Al in plasma

Mean total Al plasma concentrations over time up to day 80 and calculated plasma $AUC_{(0–80\ d)}$ for all treatment groups are shown in Fig. 1 and Table 2.

Mean pre-treatment levels of Al concentration in plasma were similar in all groups (overall mean 12.4 ± 7.8 µg/L). The mean concentration of the vehicle control group over 80 days was 19.8 µg/L (95% CI 14.4–25.3; CV 82%; geometric mean: 14.3 µg/L; 95% CI 10.8–19.0) showing a slightly positive slope of the time course (0.177, p = 0.0298).

Al plasma time courses after treatment did not exhibit profiles distinctive from that of the vehicle group, except the pAP curve showing an apparent peak on day 10 with a maximum Al difference to baseline of about 30 µg/L. Total Al plasma exposure in terms of $AUC_{(0–80\ d)}$ was significantly enhanced in the pAP, but not in other groups, compared to vehicle with a mean absolute difference of 681 µg/L*d.

### Al in tissues

#### Injection site muscle

None of the IM-treated animals showed palpable indurations at the injection sites throughout the study.



**3**    **Exhibit 363**

Archives of Toxicology (2019) 93:2787–2796





**Fig. 1** Mean (+SD) Al plasma concentration–time course (**a**) and Al plasma AUC$_{(0–80\ d)}$ (**b**) in rats after IM administration of pAH (filled circles), pAP (filled triangles), V1 (filled squares), V2 (asterisks), V3 (filled diamonds), or vehicle (open diamonds; dotted line). *p < 0.05 (Wilcoxon–Mann–Whitney test on difference to vehicle)

Results of total Al amounts measured in one injection site muscle (*M. triceps*) on day 80 and calculated fractions of Al dose "remaining" and "released" from *M. triceps* compared to the injected dose (1/10 of total Al dose) are shown in Table 2 and Fig. 2.

After treatment with pAH total injected Al amount was completely recovered in *M. triceps* at day 80 (102.1%), whereas mean percentage Al "remaining" in the pAP group was 33.1% only. In contrast to V1 (77.7%), the percentage Al "remaining" was also significantly below 100% in groups V2 and V3 (68.2 and 14.5%, respectively; Fig. 2a).

The highest percentage Al dose "released" from the injection site was found in group V3 (85.5%) followed by pAP (66.9%). Due to the higher Al dose injected, the highest absolute Al amount released from all injection site muscles was estimated for pAP (836.8 µg) followed by 427 mg for V3 (Fig. 2b and Table 2).

## Bone

In all treatment groups geometric mean Al bone concentration at day 80 p.i. was significantly higher than in the vehicle controls (all p values < 0.001; Table 2 and Fig. 3a). Variability in the treatment groups was low (CV 11.6–62.4%). Maximum geometric mean Al concentration found was 3.33 µg/g ww (pAP group) which amounts to an absolute difference of 3.28 µg/g ww compared to GM in vehicle controls (0.05 µg/g ww). Absolute GM differences were 2–15 times lower (1.40, 1.23, 0.76, and 0.22 µg/g ww) in V3, V2, pAH, and V1 group, respectively.

## Brain

Geometric mean Al concentration in the right brain hemisphere was below 0.3 µg/g ww (1 µg/g dw) in all groups with low inter-individual variability (CV < 36%; Table 2 and Fig. 3b). In three groups (V1, V2, and V3) statistically significant differences to vehicle were observed (Table 2).

## Relationship between estimated Al release and plasma/tissue exposure

A positive relationship was found between estimated Al amount released from all injection sites and exposure observed in plasma and bone in all adjuvant treated rats (Fig. 4). For both plasma AUC$_{(0–80\ d)}$ ($y = 0.57x + 1737$; $r = 0.35$; Fig. 4a) and bone Al concentration ($y = 0.0025x + 0.61$; $r = 0.78$; Fig. 4b), a linear increase with total Al release was found.

## Discussion

To our knowledge this are the first data demonstrating systemic increase of Al concentrations, particularly in bone, after IM administration of marketed Al-adjuvanted human vaccines in vivo. Though Flarend et al. (1997) investigated short-term plasma and various tissue Al concentrations in two rabbits, they did not evaluate Al levels in bone and used intramuscular (IM) injection of plain self-prepared $^{26}$Al-adjuvants (Masson et al. 2018). Their results indicated an increase in Al plasma levels of 1–2 µg/L after a dose of 0.28 mg Al/kg in rabbits. Going beyond, we administered the highest Al adjuvant dose allowed in human vaccines (1.25 mg; WHO 2016; Ph. Eur. 2018) as well as full human doses of marketed human vaccines in rats reaching much higher Al doses in relation to body weight (1.4–3.6 mg/kg). Furthermore, we measured Al in bone being the major storage compartment of Al in both animals and humans (Yokel and McNamara 2001; Priest 2004; Krewski et al. 2007).


**4**

**Exhibit 363**

**Table 2** Al plasma AUC$_{(0–80\ d)}$ and Al amounts measured in injection site muscle, bone and brain on day 80 after injection of plain adjuvants (pAH, pAP), adjuvanted vaccines (V1–V3), or vehicle in rats (mean and standard deviation (SD); coefficient of variance (CV); geometric mean (GM))

| Treatment group | Plasma | Injection site muscle | | | | Bone | Brain |
|---|---|---|---|---|---|---|---|
| | Al plasma AUC $_{(0–80\ d)}$ (µg/L*d) | Al amount injected into M. triceps (µg) | Al amount in M. triceps on day 80 p.i. (µg) | Al "remaining" in M. triceps (% admin. dose) | Extrapolated Al release from all injected muscles (µg per rat) | Al concentration on day 80 p.i. (µg/g ww) | Al concentration on day 80 p.i. (µg/g ww [dw]) |
| **pAH** (n=7) | | | | | | | |
| **Mean** | **1593** | **125** | **127.7**[b] | **102.1** | **–** | **0.86** | **0.17 [0.60]** |
| SD | 193 | | 17.4 | 14.0 | | 0.25 | 0.06 |
| CV (%) | 12.1 | | 13.7 | | | 28.8 | 35.7 |
| GM | 1549 | | 126.7 | | | 0.81 | 0.16 [0.56] |
| p-value | 0.77[a] | | | 1.00[a] | | <0.001[c] | 0.41[c] |
| **pAP** (n=6) | | | | | | | |
| **Mean** | **2424** | **125** | **41.4** | **33.1** | **836.8** | **3.35** | **0.14 [0.50]** |
| SD | 496 | | 14.9 | 11.9 | 148.8 | 0.39 | 0.05 |
| CV (%) | 20.4 | | 35.9 | | | 11.6 | 33.7 |
| GM | 2382 | | 38.5 | | | 3.33 | 0.13 [0.48] |
| p-value | 0.02[a] | | | 0.03[a] | | <0.001[c] | 0.98[c] |
| **V1** (n=7) | | | | | | | |
| **Mean** | **1654** | **60** | **46.7** | **77.7** | **134.1** | **0.34** | **0.23 [0.81]** |
| SD | 407 | | 27.6 | 46.1 | 276.3 | 0.21 | 0.06 |
| CV (%) | 24.6 | | 59.2 | | | 62.4 | 27.7 |
| GM | 1607 | | 28.7 | | | 0.27 | 0.22 [0.78] |
| p-value | 0.73[a] | | | 0.38[a] | | <0.001[c] | 0.007[c] |
| **V2** (n=7) | | | | | | | |
| **Mean** | **2147** | **82** | **56.0** | **68.2** | **261.1** | **1.30** | **0.29 [1.02]** |
| SD | 682 | | 7.2 | 8.8 | 72.0 | 0.30 | 0.09 |
| CV (%) | 31.8 | | 12.9 | | | 23.3 | 32.3 |
| GM | 1979 | | 55.5 | | | 1.28 | 0.28 [0.99] |
| p-value | 0.18[a] | | | 0.02[a] | | <0.001[c] | <0.001[c] |
| **V3** (n=6) | | | | | | | |
| **Mean** | **1776** | **50** | **7.3** | **14.5** | **427.4** | **1.47** | **0.24 [0.80]** |
| SD | 359 | | 1.8 | 3.6 | 18.0 | 0.19 | 0.08 |
| CV (%) | 20.2 | | 24.5 | | | 13.2 | 32.0 |
| GM | 1748 | | 7.2 | | | 1.45 | 0.23 [0.77] |
| p-value | 0.53[a] | | | 0.03[a] | | <0.001[c] | 0.006[c] |
| **Vehicle** (n=6) | | | | | | | |
| **Mean** | **1744** | **–**[d] | **0.08** | **–** | **–** | **0.05** | **0.13 [0.43]** |
| SD | 508 | | 0.04 | | | 0.06 | 0.04 |
| CV (%) | 29.1 | | 47.4 | | | 125 | 31.7 |
| GM | 1673 | | 0.08 | | | 0.02 | 0.12 [0.41] |

Mean values were kept in bold for better visualization

[a]Wilcoxon test (two-sided) on difference to vehicle group or to 100%

[b]$n=6$ only

[c]Evaluation based on linear model for logarithmized values with fixed factor treatment compared to vehicle group

[d] $< 0.00025$ µg (see "Methods")

The treatment preparations comprised plain suspensions of the two adjuvant types AH and AP which are commonly used in vaccine production (HogenEsch et al. 2018) as well as three authorized vaccine products either solely based on AH (V1) or AP (V3), or both (V2). As these products contain the natural $^{27}$Al-isotope, our study was designed to

Exhibit 363

Springer





**Fig. 2** **a** Mean (+SD) Al amount (difference to vehicle group mean) found in injection site muscle *M. triceps* of rats 80 days after treatment (light/colored bars) compared to Al amount injected into this muscle on day 0 (black bars). *$p < 0.05$ (Wilcoxon signed rank test on difference to 100%). **b** Mean (+SD) extrapolated Al release from all injection site muscles per rat at day 80 p.i

monitor Al "baseline" levels in plasma and tissues resulting from dietary Al intake by use of a control group throughout the whole study period.

After IM application of adjuvanted preparations, only the group treated with plain AP adjuvant showed a significant increase in total Al plasma AUC$_{(0-80\,d)}$ which is a robust quantitative measure of plasma exposure. The mean 80d-baseline plasma level of 19.8 µg/L in our control rats is somewhat higher than that expected in healthy humans (0.5–8 µg/L; Krewski et al. 2007). A lower Al baseline level might have been desirable for the purpose of higher sensitivity to detect AUC differences after treatment. However, we decided against dietary depletion of Al in order not to unbalance the Al equilibrium in the body. The observed slight trend of the baseline towards an increase in slope over time did not have impact on our results, since statistical evaluation in plasma was based on comparison of total AUCs between treatment and control group.

The apparent peak ("Cmax") observed at day 10 after pAP injection is not considered compatible with simple first order absorption kinetics as attempts to estimate an absorption rate constant for pAP by adjusting ka_IM in the recently established model for IM administration of Al citrate (Weisser et al. 2019) was not successful. However, the input process of Al$^{3+}$ions after injection of insoluble adjuvant particles is probably not characterized by a single kinetic function describing dissolution of the Al complex. Several processes may be involved in parallel [e.g., lymphatic transport of undissolved particles, Al release from immune cells after phagocytosis (He et al. 2015)] causing a substantial delay in the absorption process.

In line with its increase of plasma AUC the pAP group also showed the highest increase of Al concentration in bone (3.28 µg/g ww). However, in contrast to plasma, bone results also indicated systemic availability of Al, though at least twofold less, for all other (including





**Fig. 3** Al concentration in bone (**a**) and brain (**b**) at day 80 after IM injection of plain adjuvants (pAH, pAP), adjuvanted vaccines (V1–V3), or vehicle in rats. Individual and mean (±SD) levels are depicted. *$p < 0.05$, **$p < 0.001$ (ANOVA compared to vehicle)



**6**

**Exhibit 363**

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 192 of 421



**Fig. 4** Relationship between Al amount released from all injection sites and (**a**) Al plasma $AUC_{(0-80\ d)}$ or (**b**) bone Al concentration on day 80 after injection in individual rats (solid line: linear regression curve; dotted lines: 95% confidence limits)

AH-based) formulations. Bone Al levels in the vehicle group ($0.05 \pm 0.06$ μg/g) were extremely low compared to the reference value of 0.53 μg/g ww for healthy rats (mean for all ages; Hirayama et al. 2011). The estimate for the *y*-intercept of the linear relationship found between Al release and bone Al concentration (0.61 μg/g) suggests a higher "true" control level more in line with the reference value.

A more visible increase in bone exposure rather than plasma is not surprising: fast renal Al plasma clearance prevents a sharp rise of plasma levels above a relatively high baseline level, whereas elimination of Al from bone is very slow, thus, Al amounts reaching bone build a long-term deposit which facilitates detection (Yokel and McNamara 2001; Priest 2004; Krewski et al. 2007).

The findings in plasma and bone were confirmed by the injection site release results as an indirect measure of bioavailability up to day 80. A high Al release was noticed for plain AP (66.9%) and AP-adjuvanted V3 (85.5%) in contrast to very small dose fractions of the Alhydrogel®-adjuvanted preparations pAH and V1 (0 and 22.3%, resp.). In accordance with its mixed composition V2 showed a degree of release between both extremes (31.8%). Thus, we observed a remarkable difference in the degree of Al release up to day 80 between AP and AH after injection of plain adjuvants as well as vaccines containing the respective adjuvant type. Crude linear extrapolation from 100% on day 0 through the mean dose fraction of V1 remaining at the injection site on day 80 (77.7%) predicts that complete absorption of Al from AH-adjuvanted vaccines will take at least 350 days (1 year). In contrast, linear extrapolation through the remaining dose fraction for V3 (14.5%) suggests that Al from AP-adjuvanted vaccines might be completed much earlier after ca. 120 days.

Our results are in line with injection site muscle measurements after vaccination in macaques by Verdier et al. (2005) who still observed substantial Al concentration in *M. quadriceps* after injection of the AH-adjuvanted vaccine at 6 months p.i., in contrast to low but significant Al concentrations above control at 3 months (90 d) but no longer at 6 months (180 d) after injection of an AP-adjuvanted vaccine. In contrast to Verdier et al., we collected the whole injected muscle being able to quantify the percentage of injected dose. Our quantitative differences suggest a 3- to 4-fold higher rate of systemic availability for AP than AH. The results are fully in line with the threefold Al plasma $AUC_{(0-28\ d)}$ found after self-prepared plain AP compared to AH in rabbits (Flarend et al. 1997). We could demonstrate that this difference also applies to marketed adjuvanted vaccines.

The disparity is most probably attributed to well-known physicochemical differences between AP and AH, mainly the degree of crystallinity, chemical composition and surface charge: AH consists of crystalline Al-oxyhydroxide (AlOOH), whereas AP is chemically composed of $Al(OH)_x(PO_4)_y$ in which the ratio of hydroxyls to phosphate depends on the precipitation conditions. As a consequence, AP is non-crystalline (amorphous), because the incorporation of phosphate interferes with the crystallization process, and, in contrast to AH, has a negative surface charge at neutral pH (HogenEsch et al. 2018; Powell et al. 2015; He et al. 2015). Higher solubility of AP compared to AH is clearly seen in dissolution experiments with adjuvants in vitro (Seeber et al. 1991; personal unpublished data). Thus, we conclude that our finding is mainly attributed to these physicochemical differences favoring release and dissolution of Al from AP adjuvant.

A further reason for the high recovery of AH-adjuvants 80 days after injection could be the development of granuloma as a foreign body reaction subsequently preventing Al dissolution. Although more commonly seen after SC application of AH-adjuvants, development of persistent granuloma at the injection site has also been reported after IM application, often accompanied by Al contact allergy

⚫ Springer

Exhibit 363

Archives of Toxicology (2019) 93:2787–2796

(Netterlid et al. 2013). Since IM granuloma is less palpable, occurrence might be underestimated. For example, a 100% frequency of granuloma was observed in the neck of 31 pigs after IM injection of AH-adjuvanted vaccines (Valtulini et al. 2005). Also in mice a high number was found after IM injection of Alhydrogel® or HBV Engerix® vaccine (93% at day 45 decreasing to still 35% at day 270 p.v.; Crépeaux et al. 2015).

The highest estimate of absolute Al release from all injection sites for pAP is fully consistent with the highest increase in plasma AUC and bone Al concentration found for this group. Corresponding correlations obtained for all rats between estimated Al amount released from the injection site and both plasma and bone Al exposure confirm that Al release can be interpreted as systemically available amount and increase in bone and plasma exposure are fairly proportional to this amount. However, we cannot exclude overestimation of systemically available amounts as the total Al release might include a fraction of still undissolved Al particles phagocytosed and transported to the draining lymph node by antigen-presenting immune cells (He et al. 2015).

The highest total bone Al concentration measured in our rats (3.35 µg/g ww) is far below levels of toxicological concern. Studies conducted by Sun et al. (2015, 2016) indicated that rats with bone Al concentrations up to 15 µg/g (ww) were without abnormal findings, whereas above 20 µg/g (ww) bone formation markers decreased and oxidative stress markers increased, and in groups $> 30$ µg/g (ww) bone mineral density (BMD) decreased significantly.

Also in humans bone Al levels below 10–15 µg/g are not associated with "Al-overload" or any signs of bone toxicity (Klein 2019; Hellström et al. 2005, 2006; Van Landeghem et al. 1998).

Extrapolating the Al increase found in humerus bone to the whole rat skeleton (using 25 g skeleton weight for a 350 g rat [Brown et al. 1997; O'Flaherty 1991]), a mean treatment-related Al amount "added" to the skeleton of 82.6, 7.1, 31.3, and 35.4 µg per rat is estimated for groups pAP, V1, V2, and V3, respectively. These amounts represent 5.3–12.0% of the corresponding total Al amounts released from the injection site (Table 2). These percentages are in line with dose fractions of 3–20% found in rat skeleton during 1 year after a single IV dose of $^{26}$Al-chloride (Steinhausen 1997).

Very low brain Al concentrations were observed in all groups. Geometric mean level in the control group (0.12 µg/g ww) was well in line with reported control levels in rat brain of 0.02–0.8 µg/g ww (Ogasawara et al. 2002; Veiga et al. 2013; Lin et al. 2015). Statistical significance of brain Al levels in the vaccine groups is not consistent with the ranking of the products regarding Al release from injection site or Al concentration in bone. Of note, despite its highest bioavailable Al amount and highest increase in

bone and plasma Al exposure pAP did not show any increase in Al concentration in brain. From $^{26}$Al-kinetic data in rats it is known that in contrast to bone only a very small fraction of dose ($< 0.01\%$) retains in brain (Yokel and McNamara 2001; Walker et al. 1994; Yumoto et al. 1997). Several animal studies demonstrated that brain has much lower Al concentrations than many other tissues, also in normal human beings (Yokel and McNamara 2001). A fraction of 0.01% of the highest bioavailable amount in our study (836.8 µg) would correspond to 0.084 µg Al as the maximum amount supposed to have reached brain. Equal distribution in a rat brain weighing 2 g (estimate for a male 350 g rat; Brown et al. 1997) would lead to a maximum brain concentration increase of 0.042 µg/g ww. Considering our control group mean level ($0.13 \pm 0.04$ µg/g ww), this small difference is unlikely to be detected. Overall, this rather supports the notion that the small increases in brain Al concentration found for V1–V3 are chance findings.

As we determined Al concentration in a whole brain hemisphere Al clusters due to focal accumulation which have been reported for human brain tissues (House et al. 2012) could not be missed. Furthermore, as determination by AAS comprises dissolved $Al^{3+}$ ions as well as insoluble Al species, our results would also capture any Al particles transported into the brain by macrophages which has been postulated by some authors (Gherardi et al. 2015; Crépeaux et al. 2015; Shardlow et al. 2018). Based on our results, we conclude that contribution of such particulate Al amounts, if any, are marginal.

In summary, the present study for the first time revealed systemically available Al from IM injected adjuvants and adjuvanted vaccines in vivo through increase of Al levels mainly in bone. The findings were corroborated by significant correlations with total Al release from the injection site. Moreover, our results clearly indicate that the rate of systemic availability of Al is markedly higher from AP- than from AH-adjuvanted vaccines. We are aware that tissue determination on day 80 is only a cross-sectional view and that different bone levels might only reflect different rates of absorption. This would imply that, once Al absorption is completed, two products with comparable Al doses might reach comparable cumulative Al concentrations in bone, however, at different time points.

Increases of Al exposure in plasma and bone observed in rats cannot one-to-one be translated to humans, this is especially true for bone allometry with inter-species differences in bone architecture and remodeling (Bagi et al. 2011; Barak et al. 2013). In relation to body weight the doses applied to our rats (mean body weight 350 g) were 170 times higher compared to application to a 60 kg human adult. Considering an allometric scaling factor of 6.2 which is usually applied for dose conversion on mg/kg basis between rats and humans in pharmacology (FDA 2005; Nair and Jacob 2018),

Exhibit 363

2795

this ratio is still 27. Thus, we may expect that after a single vaccination with Al levels in bone, and even more valid in plasma and brain, will be indistinguishable from baseline levels. With respect to children simple allometric dose scaling is not adequate, in particular for infants below 2 years of age due to complex age-related developmental changes (Lu and Rosenbaum 2014). For that purpose, physiology-based modeling is required as it is increasingly used in pediatric drug development and toxicologic evaluations (Sharma and McNeill 2009; Barrett et al. 2012). The results of this study will be highly valuable for establishment of a physiology-based toxicokinetic (PBTK) model for Al exposure from adjuvants (Weisser et al. 2017).

**Acknowledgements** The authors thank Barbara Verhoeven for her technical assistance and Daniela Golomb for preparation of the treatment formulations.

**Funding** The project was funded by the German Ministry of Health (ZMVI1-2515-FSB-772).

**Compliance with ethical standards**

**Conflict of interest** Author Jennifer D. Oduro declares that she is employee at preclinics GmbH, a contract research organization that has received payment for conducting the animal study. All other authors declare that they have no conflict of interest.

**Ethical approval** All applicable international, national institutional guidelines for the care and use of animals were followed. All procedures performed in studies involving animals were in accordance with the ethical standards of the institution (preclinics GmbH, Germany) at which the studies were conducted.

# References

Bagi CM, Berryman E, Moalli MR (2011) Comparative bone anatomy of commonly used laboratory animals: implications for drug discovery. Comp Med 61:76–85

Barak MM, Lieberman DE, Hublin JJ (2013) Of mice, rats and men: trabecular bone architecture in mammals scales to body mass with negative allometry. J Struct Biol 183:123–131

Barrett JS, Della Casa Alberighi O, Läer S, Meibohm B (2012) Physiologically based pharmacokinetic (PBPK) modeling in children. Clin Pharmacol Ther 92:40–49

Brown RP, Delp MD, Lindstedt SL, Rhomberg LR, Beliles RP (1997) Physiological parameter values for physiologically based pharmacokinetic models. Toxicol Ind Health 13:407–484

Crépeaux G, Eidi H, David MO, Tzavara E, Giros B, Exley C, Curmi PA, Shaw CA, Gherardi RK, Cadusseau J (2015) Highly delayed systemic translocation of aluminum-based adjuvant in CD1 mice following intramuscular injections. J Inorg Biochem 152:199–205

FDA/CDER guidance for industry: Estimating the maximum safe starting dose in initial clinical trials for therapeutics in adult healthy volunteers (2005) https://www.fda.gov/downloads/drugs/guidances/ucm078932.pdf. Accessed 13 Sept 2019

Flarend RE, Hem SL, White JL, Elmore D, Suckow MA, Rudy AC, Dandashli EA (1997) In vivo absorption of aluminium-containing vaccine adjuvants using 26Al. Vaccine 15:1314–1318

Gherardi RK, Eidi H, Crépeaux G, Authier FJ, Cadusseau J (2015) Biopersistence and brain translocation of aluminum adjuvants of vaccines. Front Neurol 6:4

He P, Zou Y, Hu Z (2015) Advances in aluminum hydroxide-based adjuvant research and its mechanism. Hum Vaccin Immunother 11:477–488

Hellström HO, Mjöberg B, Mallmin H, Michaëlsson K (2005) The aluminum content of bone increases with age, but is not higher in hip fracture cases with and without dementia compared to controls. Osteoporos Int 16:1982–1988

Hellström HO, Mjöberg B, Mallmin H, Michaëlsson K (2006) No association between the aluminium content of trabecular bone and bone density, mass or size of the proximal femur in elderly men and women. BMC Musculoskelet Disord 7:69

Hem SL, HogenEsch H (2007) Relationship between physical and chemical properties of aluminum-containing adjuvants and immunopotentiation. Expert Rev Vaccines 6:685–694

Hirayama M, Iijima S, Iwashita M, Akiyama S, Takaku Y, Yamazaki M, Omori T, Yumoto S, Shimamura T (2011) Aging effects of major and trace elements in rat bones and their mutual correlations. J Trace Elem Med Biol 25:73–84

HogenEsch H, O'Hagan DT, Fox CB (2018) Optimizing the utilization of aluminum adjuvants in vaccines: you might just get what you want. NPJ Vaccines 3:51

HogenEsch H (2013) Mechanism of immunopotentiation and safety of aluminum adjuvants. Front Immunol 3:406

House E, Esiri M, Forster G, Ince PG, Exley C (2012) Aluminium, iron and copper in human brain tissues donated to the Medical research council's cognitive function and ageing study. Metallomics 4:56–65

Immunization Safety Review (2001) Thimerosal-containing vaccines and neurodevelopmental disorders. Institute of Medicine (US) Immunization safety Review Committee. National Academies Press (US), Washington

Immunization Safety Review (2004) Vaccines and Autism. Institute of Medicine (US) Immunization safety review committee. Washington (DC): National Academies Press (US)

Klein GL (2019) Aluminum toxicity to bone: A multisystem effect? Osteoporos Sarcopenia 5:2–5

Krewski D, Yokel RA, Nieboer E, Borchelt D, Cohen J, Harry J et al (2007) Human health risk assessment for aluminium, aluminium oxide, and aluminium hydroxide. J Toxicol Environ Health B Crit Rev 10(Suppl 1):1–269

Lin YH, Chen RC, Lu WW, Liu SH, Yang FY (2015) Protective effects of low-intensity pulsed ultrasound on aluminum-induced cerebral damage in Alzheimer's disease rat model. Sci Rep 5:9671

Lu H, Rosenbaum S (2014) Developmental pharmacokinetics in pediatric populations. J Pediatr Pharmacol Ther 19:262–276

Masson JD, Crépeaux G, Authier FJ, Exley C, Gherardi RK (2018) Critical analysis of reference studies on the toxicokinetics of aluminum-based adjuvants. J Inorg Biochem 181:87–95

Nair AB, Jacob S (2016) A simple practice guide for dose conversion between animals and human. J Basic Clin Pharm 7:27–31

Netterlid E, Hindsén M, Siemund I, Björk J, Werner S, Jacobsson H, Güner N, Bruze M (2013) Does allergen-specific immunotherapy induce contact allergy to aluminium? Acta Derm Venereol 93:50–56

O'Flaherty EJ (1991) Physiologically based models for bone-seeking elements. I. Rat skeletal and bone growth. Toxicol Appl Pharmacol 111:299–312

Ogasawara Y, Sakamoto T, Ishii K, Takahashi H, Tanabe S (2002) Effects of the administration routes and chemical forms of aluminum on aluminum accumulation in rat brain. Biol Trace Elem Res 86:269–278

Ph. Eur. 9.6, Monograph 0153: Vaccines for human use (07/2018)



Exhibit 363

Powell BS, Andrianov AK, Fusco PC (2015) Polyionic vaccine adjuvants: another look at aluminum salts and polyelectrolytes. Clin Exp Vaccine Res 4:23–45

Priest ND (2004) The biological behaviour and bioavailability of aluminium in man, with special reference to studies employing aluminium-26 as a tracer: review and study update. J Environ Monit 6:375–403

Seeber SJ, White JL, Hem SL (1991) Solubilization of aluminum-containing adjuvants by constituents of interstitial fluid. J Parenter Sci Technol 45:156–159

Shardlow E, Mold M, Exley C (2018) Unraveling the enigma: elucidating the relationship between the physicochemical properties of aluminium-based adjuvants and their immunological mechanisms of action. Allergy Asthma Clin Immunol 14:80. https://doi.org/10.1186/s13223-018-0305-2

Sharma V, McNeill JH (2009) To scale or not to scale: the principles of dose extrapolation. Br J Pharmacol 157:907–921

Steinhausen C (1997) Untersuchung der Aluminiumbiokinetik mit 26Al und Beschleunigermassenspektrometrie. Dissertation, Technical University of Munich, Germany

Sun X, Liu J, Zhuang C, Yang X, Han Y, Shao B et al (2016) Aluminum trichloride induces bone impairment through TGF-β1/Smad signaling pathway. Toxicology 371:49–57

Sun X, Cao Z, Zhang Q, Liu S, Xu F, Che J et al (2015) Aluminum trichloride impairs bone and downregulates Wnt/β-catenin signaling pathway in young growing rats. Food Chem Toxicol 86:154–162

Valtulini S, Macchi C, Ballanti P, Cherel Y, Laval A, Theaker JM, Bak M, Ferretti E, Morvan H (2005) Aluminium hydroxide-induced granulomas in pigs. Vaccine 23:3999–4004

Van Landeghem GF, D'Haese PC, Lamberts LV, Djukanovic L, Pejanovic S, Goodman WG et al (1998) Low serum aluminum values in dialysis patients with increased bone aluminum levels. Clin Nephrol 50:69–76

Veiga M, Bohrer D, Banderó CR, Oliveira SM, do Nascimento PC, Mattiazzi P et al (2013) Accumulation, elimination, and effects of parenteral exposure to aluminum in newborn and adult rats. J Inorg Biochem 128:215–220

Verdier F, Burnett R, Michelet-Habchi C, Moretto P, Fievet-Groyne F, Sauzeat E (2005) Aluminium assay and evaluation of the local reaction at several time points after intramuscular administration of aluminium containing vaccines in the Cynomolgus monkey. Vaccine 23:1359–1367

Walker VR, Sutton RA, Meirav O, Sossi V, Johnson R, Klein J et al (1994) Tissue disposition of 26aluminium in rats measured by accelerator mass spectrometry. Clin Invest Med 17:420–425

Weisser K, Göen T, Oduro JD, Wangorsch G, Hanschmann KMO, Keller-Stanislawski B (2019) Aluminium toxicokinetics after intramuscular, subcutaneous, and intravenous injection of Al citrate solution in rats. Arch Toxicol 93:37–47

Weisser K, Stübler S, Matheis W, Huisinga W (2017) Towards toxicokinetic modelling of aluminium exposure from adjuvants in medicinal products. Regul Toxicol Pharmacol 88:310–321

WHO Expert Committee on Biological Standardization, sixty-sixth report. Geneva: World Health Organization; 2016 (WHO technical report series; no. 999)

WHO (2012) Global advisory committee for vaccine safety"(GACVS), Report of Meeting Held 6–7 June 2012. WHO Weekly Epidemiological Record

Yokel RA, McNamara PJ (2001) Aluminium toxicokinetics: an updated minireview. Pharmacol Toxicol 88:159–167

Yumoto S, Nagai H, Imamura M, Matsuzaki H, Hayashi K, Masuda A et al (1997) 26Al uptake and accumulation in the rat brain. Nucl Instrum Methods Phys Res B 123:279–282

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**10**

**Exhibit 363**

# EXHIBIT 364


CDC 24/7: Saving Lives, Protecting People™

# National Center for Health Statistics

# Data Table for Boys Length-for-age and Weight-for-age Charts

Boys Length-for-age Percentiles, Birth to 24 Months

| Month | L | M | S | 2nd (2.3rd) | 5th | 10th | 25th | 50th | 75th | 90th | 95th | 98th (97.7 |
|-------|---|---|---|-------------|-----|------|------|------|------|------|------|-----------|
| 0 | 1 | 49.8842 | 0.03795 | 46.09799 | 46.77032 | 47.45809 | 48.60732 | 49.8842 | 51.16108 | 52.31031 | 52.99808 | 53.67 |
| 1 | 1 | 54.7244 | 0.03557 | 50.83131 | 51.52262 | 52.2298 | 53.41147 | 54.7244 | 56.03733 | 57.219 | 57.92618 | 58.61 |
| 2 | 1 | 58.4249 | 0.03424 | 54.42396 | 55.13442 | 55.8612 | 57.0756 | 58.4249 | 59.7742 | 60.9886 | 61.71538 | 62.42 |
| 3 | 1 | 61.4292 | 0.03328 | 57.34047 | 58.06652 | 58.80924 | 60.0503 | 61.4292 | 62.8081 | 64.04916 | 64.79188 | 65.51 |
| 4 | 1 | 63.886 | 0.03257 | 59.72447 | 60.46344 | 61.21939 | 62.48254 | 63.886 | 65.28946 | 66.55261 | 67.30856 | 68.04 |
| 5 | 1 | 65.9026 | 0.03204 | 61.67956 | 62.42946 | 63.19658 | 64.4784 | 65.9026 | 67.3268 | 68.60862 | 69.37574 | 70.12 |
| 6 | 1 | 67.6236 | 0.03165 | 63.34303 | 64.10314 | 64.88071 | 66.18 | 67.6236 | 69.0672 | 70.36649 | 71.14406 | 71.90 |
| 7 | 1 | 69.1645 | 0.03139 | 64.82235 | 65.5934 | 66.38216 | 67.70013 | 69.1645 | 70.62887 | 71.94684 | 72.7356 | 73.50 |
| 8 | 1 | 70.5994 | 0.03124 | 66.18835 | 66.97163 | 67.77291 | 69.1118 | 70.5994 | 72.087 | 73.42589 | 74.22717 | 75.01 |
| 9 | 1 | 71.9687 | 0.03117 | 67.48217 | 68.27886 | 69.09384 | 70.45564 | 71.9687 | 73.48176 | 74.84356 | 75.65854 | 76.45 |
| 10 | 1 | 73.2812 | 0.03118 | 68.71138 | 69.52286 | 70.35297 | 71.74005 | 73.2812 | 74.82235 | 76.20943 | 77.03954 | 77.85 |
| 11 | 1 | 74.5388 | 0.03125 | 69.88013 | 70.70738 | 71.55363 | 72.96769 | 74.5388 | 76.10991 | 77.52397 | 78.37022 | 79.19 |
| 12 | 1 | 75.7488 | 0.03137 | 70.99632 | 71.84023 | 72.70353 | 74.14605 | 75.7488 | 77.35155 | 78.79407 | 79.65737 | 80.50 |
| 13 | 1 | 76.9186 | 0.03154 | 72.06657 | 72.92816 | 73.80954 | 75.28228 | 76.9186 | 78.55492 | 80.02766 | 80.90904 | 81.77 |
| 14 | 1 | 78.0497 | 0.03174 | 73.09511 | 73.97491 | 74.87492 | 76.37879 | 78.0497 | 79.72061 | 81.22448 | 82.12449 | 83.00 |
| 15 | 1 | 79.1458 | 0.03197 | 74.08522 | 74.98384 | 75.9031 | 77.43914 | 79.1458 | 80.85246 | 82.3885 | 83.30776 | 84.20 |
| 16 | 1 | 80.2113 | 0.03222 | 75.04248 | 75.96033 | 76.89925 | 78.46814 | 80.2113 | 81.95446 | 83.52335 | 84.46227 | 85.38 |
| 17 | 1 | 81.2487 | 0.0325 | 75.96753 | 76.90533 | 77.86466 | 79.46765 | 81.2487 | 83.02975 | 84.63274 | 85.59207 | 86.52 |
| 18 | 1 | 82.2587 | 0.03279 | 76.86417 | 77.8221 | 78.80202 | 80.43942 | 82.2587 | 84.07798 | 85.71538 | 86.6953 | 87.65 |

| 19 | 1 | 83.2418 | 0.0331 | 77.73119 | 78.70973 | 79.71074 | 81.38338 | 83.2418 | 85.10022 | 86.77286 | 87.77387 | 88.75 |
| 20 | 1 | 84.1996 | 0.03342 | 78.5717 | 79.57106 | 80.59338 | 82.30162 | 84.1996 | 86.09758 | 87.80582 | 88.82814 | 89.82 |
| 21 | 1 | 85.1348 | 0.03376 | 79.3865 | 80.40724 | 81.45143 | 83.19621 | 85.1348 | 87.07339 | 88.81817 | 89.86236 | 90.88 |
| 22 | 1 | 86.0477 | 0.0341 | 80.17925 | 81.22133 | 82.28734 | 84.06859 | 86.0477 | 88.02681 | 89.80806 | 90.87407 | 91.91 |
| 23 | 1 | 86.941 | 0.03445 | 80.95077 | 82.01447 | 83.1026 | 84.92082 | 86.941 | 88.96118 | 90.7794 | 91.86753 | 92.93 |
| 24 | 1 | 87.8161 | 0.03479 | 81.70586 | 82.79087 | 83.9008 | 85.75545 | 87.8161 | 89.87675 | 91.7314 | 92.84133 | 93.92 |

Boys Weight-for-age Percentiles, Birth to 24 Months

| Month | L | M | S | 2nd (2.3rd) | 5th | 10th | 25th | 50th | 75th | 90th | 95th |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0.3487 | 3.3464 | 0.14602 | 2.459312 | 2.603994 | 2.757621 | 3.027282 | 3.3464 | 3.686659 | 4.011499 | 4.214527 |
| 1 | 0.2297 | 4.4709 | 0.13395 | 3.39089 | 3.566165 | 3.752603 | 4.080792 | 4.4709 | 4.889123 | 5.290726 | 5.542933 |
| 2 | 0.197 | 5.5675 | 0.12385 | 4.31889 | 4.522344 | 4.738362 | 5.117754 | 5.5675 | 6.048448 | 6.509323 | 6.798348 |
| 3 | 0.1738 | 6.3762 | 0.11727 | 5.018434 | 5.240269 | 5.475519 | 5.888058 | 6.3762 | 6.897306 | 7.395936 | 7.708329 |
| 4 | 0.1553 | 7.0023 | 0.11316 | 5.561377 | 5.797135 | 6.046988 | 6.484777 | 7.0023 | 7.554286 | 8.082087 | 8.412602 |
| 5 | 0.1395 | 7.5105 | 0.1108 | 5.996672 | 6.244465 | 6.507016 | 6.966941 | 7.5105 | 8.090161 | 8.644384 | 8.991445 |
| 6 | 0.1257 | 7.934 | 0.10958 | 6.352967 | 6.611702 | 6.885864 | 7.366195 | 7.934 | 8.539707 | 9.119041 | 9.481939 |
| 7 | 0.1134 | 8.297 | 0.10902 | 6.653301 | 6.922131 | 7.207057 | 7.706413 | 8.297 | 8.927371 | 9.530656 | 9.908738 |
| 8 | 0.1021 | 8.6151 | 0.10882 | 6.913126 | 7.19127 | 7.486158 | 8.003205 | 8.6151 | 9.268678 | 9.894622 | 10.28713 |
| 9 | 0.0917 | 8.9014 | 0.10881 | 7.144822 | 7.431644 | 7.735837 | 8.26946 | 8.9014 | 9.5769 | 10.22433 | 10.63055 |
| 10 | 0.082 | 9.1649 | 0.10891 | 7.356558 | 7.651572 | 7.964565 | 8.5139 | 9.1649 | 9.861313 | 10.5293 | 10.94868 |
| 11 | 0.073 | 9.4122 | 0.10906 | 7.55441 | 7.857229 | 8.178615 | 8.742959 | 9.4122 | 10.12867 | 10.81641 | 11.24845 |
| 12 | 0.0644 | 9.6479 | 0.10925 | 7.742219 | 8.052577 | 8.382077 | 8.960956 | 9.6479 | 10.38387 | 11.09087 | 11.53526 |
| 13 | 0.0563 | 9.8749 | 0.10949 | 7.922091 | 8.239848 | 8.577324 | 9.170505 | 9.8749 | 10.63014 | 11.35618 | 11.81281 |
| 14 | 0.0487 | 10.0953 | 0.10976 | 8.095984 | 8.421033 | 8.76637 | 9.373665 | 10.0953 | 10.86959 | 11.61449 | 12.08325 |
| 15 | 0.0413 | 10.3108 | 0.11007 | 8.265127 | 8.597424 | 8.950586 | 9.571948 | 10.3108 | 11.10416 | 11.86797 | 12.34891 |

| 16 | 0.0343 | 10.5228 | 0.11041 | 8.430734 | 8.770274 | 9.13126 | 9.7667 | 10.5228 | 11.33528 | 12.11808 | 12.61125 |
| 17 | 0.0275 | 10.7319 | 0.11079 | 8.593128 | 8.939942 | 9.308795 | 9.958406 | 10.7319 | 11.5637 | 12.36571 | 12.87128 |
| 18 | 0.0211 | 10.9385 | 0.11119 | 8.752902 | 9.107002 | 9.483736 | 10.14755 | 10.9385 | 11.7897 | 12.61101 | 13.12906 |
| 19 | 0.0148 | 11.143 | 0.11164 | 8.909889 | 9.27136 | 9.656076 | 10.33431 | 11.143 | 12.01396 | 12.855 | 13.38579 |
| 20 | 0.0087 | 11.3462 | 0.11211 | 9.065209 | 9.434095 | 9.826848 | 10.51961 | 11.3462 | 12.23713 | 13.09811 | 13.64181 |
| 21 | 0.0029 | 11.5486 | 0.11261 | 9.219037 | 9.595435 | 9.996335 | 10.70383 | 11.5486 | 12.45983 | 13.3411 | 13.89795 |
| 22 | -0.0028 | 11.7504 | 0.11314 | 9.371554 | 9.755556 | 10.16471 | 10.88716 | 11.7504 | 12.6823 | 13.58426 | 14.15453 |
| 23 | -0.0083 | 11.9514 | 0.11369 | 9.522741 | 9.914417 | 10.33191 | 11.06946 | 11.9514 | 12.90424 | 13.82718 | 14.41108 |
| 24 | -0.0137 | 12.1515 | 0.11426 | 9.672527 | 10.07194 | 10.49784 | 11.25065 | 12.1515 | 13.12555 | 14.06979 | 14.66753 |

Page last reviewed: September 9, 2010

Content source: Centers for Disease Control and Prevention, National Center for Health Statistics

**Exhibit 364**

# EXHIBIT 365



CDC  Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# National Center for Health Statistics

# Data Table for Girls Length-for-age and Weight-for-age Charts

Girls Length-for-age Percentiles, Birth to 24 Months

| Month | L | M | S | 2nd (2.3rd) | 5th | 10th | 25th | 50th | 75th | 90th | 95th | 98 (97 |
|-------|---|---|---|-------------|-----|------|------|------|------|------|------|--------|
| 0 | 1 | 49.1477 | 0.0379 | 45.4223043 | 46.08383 | 46.76056 | 47.89133 | 49.1477 | 50.40407 | 51.53484 | 52.21157 | 52. |
| 1 | 1 | 53.6872 | 0.0364 | 49.7787718 | 50.4728 | 51.18277 | 52.3691 | 53.6872 | 55.0053 | 56.19163 | 56.9016 | 57. |
| 2 | 1 | 57.0673 | 0.03568 | 52.9949775 | 53.71811 | 54.45785 | 55.69393 | 57.0673 | 58.44067 | 59.67675 | 60.41649 | 61. |
| 3 | 1 | 59.8029 | 0.0352 | 55.5927758 | 56.34038 | 57.10515 | 58.38306 | 59.8029 | 61.22274 | 62.50065 | 63.26542 | 64. |
| 4 | 1 | 62.0899 | 0.03486 | 57.7609922 | 58.52969 | 59.31604 | 60.63 | 62.0899 | 63.5498 | 64.86376 | 65.65011 | 66. |
| 5 | 1 | 64.0301 | 0.03463 | 59.5953753 | 60.38286 | 61.18844 | 62.53451 | 64.0301 | 65.52569 | 66.87176 | 67.67734 | 68. |
| 6 | 1 | 65.7311 | 0.03448 | 61.1982833 | 62.00319 | 62.82658 | 64.20243 | 65.7311 | 67.25977 | 68.63562 | 69.45901 | 70. |
| 7 | 1 | 67.2873 | 0.03441 | 62.656588 | 63.47888 | 64.32005 | 65.72562 | 67.2873 | 68.84898 | 70.25455 | 71.09572 | 71. |
| 8 | 1 | 68.7498 | 0.0344 | 64.0198138 | 64.85973 | 65.71894 | 67.15464 | 68.7498 | 70.34496 | 71.78066 | 72.63987 | 73. |
| 9 | 1 | 70.1435 | 0.03444 | 65.3120157 | 66.16996 | 67.0476 | 68.51411 | 70.1435 | 71.77289 | 73.2394 | 74.11704 | 74. |
| 10 | 1 | 71.4818 | 0.03452 | 66.5466965 | 67.42304 | 68.31951 | 69.81746 | 71.4818 | 73.14614 | 74.64409 | 75.54056 | 76. |
| 11 | 1 | 72.771 | 0.03464 | 67.7294251 | 68.62467 | 69.54048 | 71.07075 | 72.771 | 74.47125 | 76.00152 | 76.91733 | 77. |
| 12 | 1 | 74.015 | 0.03479 | 68.8650363 | 69.77953 | 70.71503 | 72.2782 | 74.015 | 75.7518 | 77.31497 | 78.25047 | 79. |
| 13 | 1 | 75.2176 | 0.03496 | 69.9583854 | 70.89228 | 71.84762 | 73.44396 | 75.2176 | 76.99124 | 78.58758 | 79.54292 | 80. |
| 14 | 1 | 76.3817 | 0.03514 | 71.0135941 | 71.96683 | 72.94195 | 74.57133 | 76.3817 | 78.19207 | 79.82145 | 80.79657 | 81. |
| 15 | 1 | 77.5099 | 0.03534 | 72.0315003 | 73.00432 | 73.99947 | 75.66234 | 77.5099 | 79.35746 | 81.02033 | 82.01548 | 82. |
| 16 | 1 | 78.6055 | 0.03555 | 73.016649 | 74.00908 | 75.0243 | 76.72069 | 78.6055 | 80.49031 | 82.1867 | 83.20192 | 84. |
| 17 | 1 | 79.671 | 0.03576 | 73.9729301 | 74.98475 | 76.01981 | 77.74936 | 79.671 | 81.59264 | 83.32219 | 84.35725 | 85. |
| 18 | 1 | 80.7079 | 0.03598 | 74.9001595 | 75.93146 | 76.98644 | 78.74927 | 80.7079 | 82.66653 | 84.42936 | 85.48434 | 86. |

| 19 | 1 | 81.7182 | 0.0362 | 75.8018023 | 76.8524 | 77.92712 | 79.72293 | 81.7182 | 83.71347 | 85.50928 | 86.584 | 87... |
| 20 | 1 | 82.7036 | 0.03643 | 76.6778157 | 77.74783 | 78.84242 | 80.67144 | 82.7036 | 84.73576 | 86.56478 | 87.65937 | 88... |
| 21 | 1 | 83.6654 | 0.03666 | 77.5310529 | 78.62035 | 79.73466 | 81.59662 | 83.6654 | 85.73418 | 87.59614 | 88.71045 | 89... |
| 22 | 1 | 84.604 | 0.03688 | 78.363609 | 79.47174 | 80.60531 | 82.49946 | 84.604 | 86.70854 | 88.60269 | 89.73626 | 90... |
| 23 | 1 | 85.5202 | 0.03711 | 79.1728908 | 80.3 | 81.453 | 83.3796 | 85.5202 | 87.6608 | 89.5874 | 90.7404 | 91... |
| 24 | 1 | 86.4153 | 0.03734 | 79.9618054 | 81.10777 | 82.28006 | 84.23889 | 86.4153 | 88.59171 | 90.55054 | 91.72283 | 92... |

Girls Weight-for-age Percentiles, Birth to 24 Months

| Month | L | M | S | 2nd (2.3rd) | 5th | 10th | 25th | 50th | 75th | 90th | 95th |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0.3809 | 3.2322 | 0.14171 | 2.394672 | 2.532145 | 2.677725 | 2.932331 | 3.2322 | 3.55035 | 3.852667 | 4.040959 |
| 1 | 0.1714 | 4.1873 | 0.13724 | 3.161067 | 3.326209 | 3.502477 | 3.814261 | 4.1873 | 4.590075 | 4.979539 | 5.225436 |
| 2 | 0.0962 | 5.1282 | 0.13 | 3.941053 | 4.13172 | 4.335355 | 4.695944 | 5.1282 | 5.596104 | 6.049862 | 6.337067 |
| 3 | 0.0402 | 5.8458 | 0.12619 | 4.53604 | 4.745935 | 4.970282 | 5.368044 | 5.8458 | 6.364222 | 6.868317 | 7.188096 |
| 4 | -0.005 | 6.4237 | 0.12402 | 5.013368 | 5.238858 | 5.480078 | 5.90832 | 6.4237 | 6.984281 | 7.530756 | 7.87815 |
| 5 | -0.043 | 6.8985 | 0.12274 | 5.403844 | 5.642267 | 5.897544 | 6.351329 | 6.8985 | 7.495018 | 8.077933 | 8.449225 |
| 6 | -0.0756 | 7.297 | 0.12204 | 5.729383 | 5.97888 | 6.246243 | 6.72212 | 7.297 | 7.925102 | 8.540297 | 8.93289 |
| 7 | -0.1039 | 7.6422 | 0.12178 | 6.008387 | 6.267836 | 6.546104 | 7.042017 | 7.6422 | 8.299352 | 8.94444 | 9.356859 |
| 8 | -0.1288 | 7.9487 | 0.12181 | 6.253445 | 6.522061 | 6.810403 | 7.324907 | 7.9487 | 8.633118 | 9.306424 | 9.737639 |
| 9 | -0.1507 | 8.2254 | 0.12199 | 6.472906 | 6.750018 | 7.047717 | 7.579535 | 8.2254 | 8.935413 | 9.63531 | 10.08429 |
| 10 | -0.17 | 8.48 | 0.12223 | 6.673828 | 6.958886 | 7.265345 | 7.813398 | 8.48 | 9.214115 | 9.939115 | 10.4049 |
| 11 | -0.1872 | 8.7192 | 0.12247 | 6.862262 | 7.15483 | 7.46957 | 8.032975 | 8.7192 | 9.476145 | 10.22495 | 10.7067 |
| 12 | -0.2024 | 8.9481 | 0.12268 | 7.042612 | 7.342376 | 7.665043 | 8.24313 | 8.9481 | 9.726833 | 10.49835 | 10.99531 |
| 13 | -0.2158 | 9.1699 | 0.12283 | 7.217847 | 7.524538 | 7.854825 | 8.446994 | 9.1699 | 9.969431 | 10.76258 | 11.27401 |
| 14 | -0.2278 | 9.387 | 0.12294 | 7.389684 | 7.70313 | 8.040838 | 8.646697 | 9.387 | 10.20666 | 11.02071 | 11.54612 |
| 15 | -0.2384 | 9.6008 | 0.12299 | 7.559527 | 7.879566 | 8.224501 | 8.843658 | 9.6008 | 10.43988 | 11.27403 | 11.81285 |

| 16 | -0.2478 | 9.8124 | 0.12303 | 7.727588 | 8.054179 | 8.406286 | 9.038616 | 9.8124 | 10.67062 | 11.52454 | 12.07652 |
| 17 | -0.2562 | 10.0226 | 0.12306 | 7.894535 | 8.227652 | 8.586898 | 9.232317 | 10.0226 | 10.89976 | 11.77319 | 12.33814 |
| 18 | -0.2637 | 10.2315 | 0.12309 | 8.060311 | 8.399952 | 8.766325 | 9.424795 | 10.2315 | 11.12747 | 12.02024 | 12.59804 |
| 19 | -0.2703 | 10.4393 | 0.12315 | 8.224599 | 8.570832 | 8.944403 | 9.616043 | 10.4393 | 11.3542 | 12.26642 | 12.85712 |
| 20 | -0.2762 | 10.6464 | 0.12323 | 8.387882 | 8.74076 | 9.121584 | 9.806487 | 10.6464 | 11.58033 | 12.51209 | 13.11573 |
| 21 | -0.2815 | 10.8534 | 0.12335 | 8.55031 | 8.909946 | 9.298148 | 9.996544 | 10.8534 | 11.80669 | 12.75831 | 13.37511 |
| 22 | -0.2862 | 11.0608 | 0.1235 | 8.712397 | 9.078906 | 9.474611 | 10.18672 | 11.0608 | 12.03376 | 13.00554 | 13.6357 |
| 23 | -0.2903 | 11.2688 | 0.12369 | 8.8741 | 9.247632 | 9.651002 | 10.37713 | 11.2688 | 12.26184 | 13.25422 | 13.89801 |
| 24 | -0.2941 | 11.4775 | 0.1239 | 9.035869 | 9.416516 | 9.827655 | 10.56799 | 11.4775 | 12.49092 | 13.50419 | 14.16181 |

Page last reviewed: September 9, 2010

Content source: Centers for Disease Control and Prevention, National Center for Health Statistics

3

**Exhibit 365**

# EXHIBIT 366

# Vaccines and Autoimmunity

**Exhibit 366**

# Vaccines and Autoimmunity

EDITED BY

## Yehuda Shoenfeld

Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

Sackler Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

## Nancy Agmon-Levin

Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

Sackler Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

## Lucija Tomljenovic

Neural Dynamics Research Group
University of British Columbia
Vancouver, BC, Canada

**WILEY** Blackwell

Exhibit 366

Copyright © 2015 by Wiley-Blackwell. All rights reserved

Published by John Wiley & Sons, Inc., Hoboken, New Jersey
Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or
transmitted in any form or by any means, electronic, mechanical, photocopying,
recording, scanning, or otherwise, except as permitted under Section 107 or 108
of the 1976 United States Copyright Act, without either the prior written
permission of the Publisher, or authorization through payment of the appropriate
per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive,
Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470, or on the web at
www.copyright.com. Requests to the Publisher for permission should be
addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River
Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at
http://www.wiley.com/go/permission.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have
used their best efforts in preparing this book, they make no representations or
warranties with respect to the accuracy or completeness of the contents of this
book and specifically disclaim any implied warranties of merchantability or fitness
for a particular purpose. No warranty may be created or extended by sales
representatives or written sales materials. The advice and strategies contained
herein may not be suitable for your situation. You should consult with a
professional where appropriate. Neither the publisher nor author shall be liable
for any loss of profit or any other commercial damages, including but not limited
to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical
support, please contact our Customer Care Department within the United States
at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317)
572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that
appears in print may not be available in electronic formats. For more information
about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data:*

Vaccines and autoimmunity / edited by Yehuda Shoenfeld, Nancy Agmon-Levin
and Lucija Tomljenovic.
      p. ; cm.
   Includes bibliographical references and index.
   ISBN 978-1-118-66343-1 (cloth)
   I. Shoenfeld, Yehuda, editor. II. Agmon-Levin, Nancy, editor.
III. Tomljenovic, Lucija, editor.
   [DNLM: 1.  Vaccines–immunology. 2.  Adjuvants, Immunologic–adverse effects.
3.  Autoimmunity. 4.  Drug Discovery. 5.  Vaccines–adverse effects. QW 805]
   RA638
   615.3'72–dc23
                                                        2015006774

Typeset in 8.75/11pt MeridienLTStd by SPi Global, Chennai, India

10 9 8 7 6 5 4 3 2 1

1   2015

**Exhibit 366**

# Contents

Contributors, ix

**Introduction, 1**
*Yehuda Shoenfeld, Nancy Agmon-Levin and Lucija Tomljenovic*

**PART I:   MOSAIC OF AUTOIMMUNITY**

**1 Role of Adjuvants in Infection and Autoimmunity, 11**
*Eitan Israeli, Miri Blank, and Yehuda Shoenfeld*

**2 Infections as Adjuvants for Autoimmunity: The Adjuvant Effect, 25**
*Quan M. Nhu and Noel R. Rose*

**3 Experimental Models of Adjuvants, 35**
*Nicola Bassi, Mariele Gatto, Anna Ghirardello, and Andrea Doria*

**4 Answers to Common Misconceptions Regarding the Toxicity of Aluminum Adjuvants in Vaccines, 43**
*Lucija Tomljenovic and Christopher A. Shaw*

**5 Allergy and Autoimmunity Caused by Metals: A Unifying Concept, 57**
*Vera Stejskal*

**6 Genetics and Vaccinology, 65**
*John Castiblanco and Juan-Manuel Anaya*

**7 Silicone and Autoimmune/Inflammatory Syndrome Induced by Adjuvants (ASIA), 79**
*Yair Levy and Rotem Baytner-Zamir*

**8 Silicone Breast Implants and Autoimmune/Inflammatory Syndrome induced by Adjuvants (ASIA): A Literature Search, 87**
*Elisabetta Borella, Eitan Israeli, and Yehuda Shoenfeld*

**9 Autoantibodies Induced by Vaccine, 93**
*Nataša Toplak and Tadej Avčin*

**10 The ASIA Syndrome Registry, 103**
*Ignasi Rodriguez-Pintó and Yehuda Shoenfeld*

**11 Vaccination in Autoimmune Diseases, 107**
*Carla Gonçalves, Schahin Saad, Clóvis A. Silva, and Eloisa Bonfá*

**12 Vaccination in Patients with Autoimmune Inflammatory Rheumatic Diseases, 113**
*Abdulla Watad, Alessandra Soriano, and Yehuda Shoenfeld*

**PART II:   STUDIES ON AUTOIMMUNE CONDITIONS INDUCED BY VACCINATION**

**13 Measles, Mumps, and Rubella Vaccine: A Triad to Autoimmunity, 129**
*Carlo Perricone, Guido Valesini, and Yehuda Shoenfeld*

**14 Yellow Fever Vaccine and Autoimmunity, 135**
*Roger A. Levy and Rodrigo Poubel V. Rezende*

Exhibit 366

Contents

**15 Antiphospholipid Syndrome and Vaccines, 141**
*Miri Blank and Paola Cruz-Tapias*

**16 Hepatitis B Vaccination and Autoimmunity, 147**
*Daniel S. Smyk, Lazaros I. Sakkas, Yehuda Shoenfeld, and Dimitrios P. Bogdanos*

**17 Adverse Reactions to Human Papillomavirus Vaccines, 163**
*Lucija Tomljenovic and Christopher A. Shaw*

**18 Influenza Vaccine and Autoimmune Diseases, 175**
*Luis J. Jara, Gabriela Medina, Pilar Cruz Dominguez, Olga Vera-Lastra, Miguel A. Saavedra, Mónica Vázquez del Mercado, and Minoru Satoh*

**19 Vaccines and Autoimmunity: Meningococcal Vaccines, 185**
*Giovanna Passaro, Alessandra Soriano, and Raffaele Manna*

**20 Pneumococcal Vaccines and Autoimmune Phenomena, 191**
*Elisabetta Borella, Nancy Agmon-Levin, Andrea Doria, and Yehuda Shoenfeld*

**21 BCG and Autoimmunity, 197**
*Luigi Bernini, Carlo Umberto Manzini, and Clodoveo Ferri*

**PART III:   AUTOIMMUNE DISEASES SOLICITED BY VACCINATION**

**22 Systemic Lupus Erythematosus Induced by Vaccines, 209**
*Nurit Katz-Agranov and Gisele Zandman-Goddard*

**23 Vasculitides, 223**
*Alessandra Soriano, Rotem Inbar, Giovanna Passaro, and Raffaele Manna*

**24 Vaccinations in Rheumatoid Arthritis, 233**
*Eitan Giat and Merav Lidar*

**25 Undifferentiated Connective-Tissue Diseases, 247**
*Maria Martinelli, Carlo Perricone, and Yehuda Shoenfeld*

**26 Vaccines, Infections, and Alopecia Areata, 255**
*Yaron Zafrir, Sharon Baum, Nancy Agmon-Levin, and Yehuda Shoenfeld*

**27 Aluminum Particle Biopersistence, Systemic Transport, and Long-Term Safety: Macrophagic Myofasciitis and Beyond, 261**
*Romain K. Gherardi, Josette Cadusseau, and François-Jérôme Authier*

**28 Immune Thrombocytopenic Purpura: Between Infections and Vaccinations, 271**
*Carlo Perricone, Maurizio Rinaldi, Roberto Perricone, and Yehuda Shoenfeld*

**29 Vaccinations and Type 1 Diabetes, 283**
*Alessandro Antonelli, Silvia Martina Ferrari, Andrea Di Domenicantonio, Ele Ferrannini, and Poupak Fallahi*

**30 Narcolepsy and H1N1 vaccine, 291**
*María-Teresa Arango, Shaye Kivity, Nancy Agmon-Levin, Gili Givaty, Joab Chapman, and Yehuda Shoenfeld*

**31 Non-nutritional Environmental Factors Associated with Celiac Disease: Infections and Vaccinations, 301**
*Aaron Lerner*

**32 Polymyalgia Rheumatica, 307**
*Alessandra Soriano and Raffaele Manna*

**33 Acute Disseminated Encephalomyelitis: Idiopathic, Post-infectious, and Post-vaccination, 311**
*Dimitrios Karussis and Panayiota Petrou*

5

**Exhibit 366**

**34 Fibromyalgia, Chronic Fatigue, Functional Disorders, and Vaccination: Where Do We Stand? 331**

*Jacob N. Ablin and Dan Buskila*

**35 Bullous Dermatoses, Infectious Agents, and Vaccines, 337**

*Yaron Zafrir, Nancy Agmon-Levin, and Sharon Baum*

**36 Infections, Vaccinations, and Chronic Fatigue Syndrome, 345**

*Hussein Mahagna, Naim Mahroum, and Howard Amital*

**37 Myositis and Vaccines, 349**

*Ignasi Rodriguez-Pintó and Yehuda Shoenfeld*

Index, 359

Exhibit 366

# Contributors

**Jacob N. Ablin**
Department of Rheumatology
Tel Aviv Sourasky Medical Center and Sackler
Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

**Nancy Agmon-Levin**
Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

Sackler Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

**Howard Amital**
Department of Medicine B
Sheba Medical Center
Tel Hashomer, Israel

Sackler Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

**Juan-Manuel Anaya**
Center for Autoimmune Diseases Research
(CREA)
School of Medicine and Health Sciences
Del Rosario University
Bogotá, Colombia

**Alessandro Antonelli**
Department of Clinical and Experimental
Medicine
University of Pisa
Pisa, Italy

**María-Teresa Arango**
Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

Doctoral Program in Biomedical Sciences
Del Rosario University
Bogotá, Colombia

**François-Jérôme Authier**
Faculty of Medicine
University of Paris East
Paris France

Neuromuscular Center
H. Mondor Hospital
Paris, France

**Tadej Avčin**
Department of Allergology
Rheumatology and Clinical Immunology
University Children's Hospital
University Medical Centre Ljubljana
Ljubljana, Slovenia

**Nicola Bassi**
Division of Rheumatology
Department of Medicine
University of Padua
Padua, Italy

**Sharon Baum**
Department of Dermatology
Sheba Medical Center
Tel Hashomer, Israel

**Rotem Baytner-Zamir**
Department of Medicine E, Meir Medical Center
Kfar Saba, Israel

Sackler Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

**Luigi Bernini**
Rheumatology Unit
Department of Internal Medicine

**Exhibit 366**

University of Modena and Reggio Emilia
Medical School
Modena, Italy

**Miri Blank**
Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

**Dimitrios P. Bogdanos**
Institute of Liver Studies
King's College London School of Medicine
King's College Hospital
London, UK

Department of Medicine
School of Health Sciences
University of Thessaly
Larissa, Greece

**Eloisa Bonfá**
Division of Rheumatology
Children's Institute Faculty of Medicine
University of São Paulo
São Paulo, Brazil

**Elisabetta Borella**
Division of Rheumatology
Department of Medicine
University of Padua, Padua
Italy

Zabludowicz Center for
Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

**Dan Buskila**
Rheumatic Disease Unit
Department of Medicine
Soroka Medical Center
Beersheba, Israel

**Josette Cadusseau**
Faculty of Medicine
University of Paris East
Paris, France

**John Castiblanco**
Center for Autoimmune Diseases Research
(CREA)
School of Medicine and Health Sciences
Del Rosario University
Bogotá, Colombia

**Joab Chapman**
Zabludowicz Center for Autoimmune Diseases
and Department of Neurology
Sheba Medical Center
Tel Hashomer, Israel

**Paola Cruz-Tapias**
Doctoral Program in Biomedical Sciences
Del Rosario University
Bogotá, Colombia

**Andrea Di Domenicantonio**
Department of Clinical and Experimental
Medicine
University of Pisa
Pisa, Italy

**Pilar Cruz Dominguez**
Research Division
Hospital de Especialidades
"Dr Antonio Fraga Mouret,"
Mexican Social Security Institute
National Autonomous University of Mexico
Mexico City, Mexico

**Andrea Doria**
Division of Rheumatology
Department of Medicine
University of Padua
Padua, Italy

**Poupak Fallahi**
Department of Clinical and Experimental
Medicine
University of Pisa
Pisa, Italy

**Ele Ferrannini**
Department of Clinical and Experimental
Medicine
University of Pisa
Pisa, Italy

**Silvia Martina Ferrari**
Department of Clinical and Experimental
Medicine
University of Pisa
Pisa, Italy

**Clodoveo Ferri**
Rheumatology Unit
Department of Internal Medicine
University of Modena and Reggio Emilia
Medical School
Modena, Italy

**Mariele Gatto**
Division of Rheumatology
Department of Medicine
University of Padua
Padua, Italy

**Romain K. Gherardi**
Faculty of Medicine
University of Paris East
Paris, France

Neuromuscular Center H. Mondor Hospital
Paris, France

**Anna Ghirardello**
Division of Rheumatology
Department of Medicine
University of Padua
Padua, Italy

**Eitan Giat**
Rheumatology Unit
Sheba Medical Center
Tel Hashomer, Israel

**Gili Givaty**
Zabludowicz Center for Autoimmune Diseases
Department of Neurology and Sagol
Neuroscience Center
Sheba Medical Center
Tel Hashomer, Israel

**Carla Gonçalves**
Division of Rheumatology
Children's Institute, Faculty of Medicine
University of São Paulo
São Paulo, Brazil

**Rotem Inbar**
Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

**Eitan Israeli**
Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

**Luis J. Jara**
Direction of Education and Research
Hospital de Especialidades "Dr Antonio Fraga
Mouret," Mexican Social Security Institute
National Autonomous University of Mexico
Mexico City, Mexico

**Dimitrios Karussis**
Department of Neurology
Multiple Sclerosis Center and Laboratory of
Neuroimmunology
The Agnes-Ginges Center for Neurogenetics
Hadassah University Hospital
Jerusalem, Ein Karem, Israel

**Nurit Katz-Agranov**
Department of Medicine
Wolfson Medical Center
Tel Aviv, Israel

**Shaye Kivity**
Zabludowicz Center for Autoimmune Diseases
Rheumatic Disease Unit
and The Dr Pinchas Borenstein Talpiot Medical
Leadership Program 2013
Sheba Medical Center
Tel Hashomer, Israel

**Aaron Lerner**
Pediatric Gastroenterology and Nutrition Unit
Carmel Medical Center
B. Rappaport School of Medicine
Technion – Israel Institute of Technology
Haifa, Israel

**Roger A. Levy**
Faculty of Medical Sciences
Rio de Janeiro State University
Rio de Janeiro, Brazil

**Yair Levy**
Department of Medicine E
Meir Medical Center
Kfar Saba, Israel

Sackler Faculty of Medicine
Tel Aviv University, Tel Aviv, Israel

**Merav Lidar**
Rheumatology Unit
Sheba Medical Center
Tel Hashomer, Israel

Sackler Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

**Hussein Mahagna**
Department of Medicine B
Sheba Medical Center
Tel Hashomer, Israel

Sackler Faculty of Medicine
Tel Aviv University, Tel Aviv, Israel

**Exhibit 366**

**Naim Mahroum**
Department of Medicine B
Sheba Medical Center
Tel Hashomer, Israel

Sackler Faculty of Medicine
Tel Aviv University, Tel Aviv, Israel

**Raffaele Manna**
Periodic Fevers Research Center
Department of Internal Medicine
Catholic University of the Sacred Heart
Rome, Italy

**Carlo Umberto Manzini**
Rheumatology Unit
Department of Internal Medicine
University of Modena and Reggio Emilia
Medical School
Modena, Italy

**Maria Martinelli**
Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

Rheumatology Division, Department of Medicine
University of Brescia
Brescia, Italy

**Gabriela Medina**
Clinical Epidemiological Research Unit
Hospital de Especialidades "Dr Antonio Fraga
Mouret,"
Mexican Social Security Institute
National Autonomous University of Mexico
Mexico City, Mexico

**Quan M. Nhu**
The W. Harry Feinstone Department of Molecular
Microbiology and Immunology
Center for Autoimmune Disease Research, and
Department of Pathology
The Johns Hopkins Medical Institutions
Baltimore, MD, USA

**Giovanna Passaro**
Periodic Fevers Research Center
Department of Internal Medicine
Catholic University of the Sacred Heart
Rome, Italy

**Carlo Perricone**
Rheumatology, Department of Internal and
Specialized Medicine
Sapienza University of Rome
Rome, Italy

**Roberto Perricone**
Rheumatology, Allergology, and Clinical
Immunology
Department of Internal Medicine
University of Rome Tor Vergata
Rome, Italy

**Panayiota Petrou**
Department of Neurology, Multiple Sclerosis
Center, and Laboratory of Neuroimmunology
The Agnes-Ginges Center for Neurogenetics
Hadassah University Hospital
Jerusalem, Israel

**Rodrigo Poubel V. Rezende**
Faculty of Medical Sciences
Rio de Janeiro State University
Rio de Janeiro, Brazil
Brazilian Society of Rheumatology
Rio de Janeiro, Brazil

**Maurizio Rinaldi**
Rheumatology, Allergology, and Clinical
Immunology
Department of Internal Medicine
University of Rome Tor Vergata
Rome, Italy

**Ignasi Rodriguez-Pintó**
Department of Autoimmune Disease
Hospital Clínic de Barcelona
Barcelona, Spain

**Noel R. Rose**
The W. Harry Feinstone Department of Molecular
Microbiology and Immunology
Center for Autoimmune Disease Research, and
Department of Pathology
The Johns Hopkins Medical Institutions
Baltimore, MD, USA

**Schahin Saad**
Division of Rheumatology
Children's Institute
Faculty of Medicine
University of São Paulo
São Paulo, Brazil

**Miguel A. Saavedra**
Department of Rheumatology
Hospital de Especialidades "Dr Antonio Fraga
Mouret" Mexican Social Security Institute
National Autonomous University of Mexico
Mexico City, Mexico

**10**

**Exhibit 366**

Contributors

**Lazaros I. Sakkas**
Department of Medicine
School of Health Sciences
University of Thessaly
Larissa, Greece

**Minoru Satoh**
School of Health Sciences
University of Occupational and Environmental Health
Kitakyushu, Japan

**Christopher A. Shaw**
Department of Ophthalmology and Visual Sciences
Programs in Experimental Medicine and Neuroscience
University of British Columbia
Vancouver, BC, Canada

**Yehuda Shoenfeld**
Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel
Sackler Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

**Clóvis A. Silva**
Pediatric Rheumatology Unit
Children's Institute, Faculty of Medicine
University of São Paulo
São Paulo, Brazil

**Daniel S. Smyk**
Institute of Liver Studies
King's College London School of Medicine
King's College Hospital
London, UK

**Alessandra Soriano**
Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

Department of Clinical Medicine and Rheumatology
Campus Bio-Medico University
Rome, Italy

**Vera Stejskal**
Department of Immunology
University of Stockholm
Stockholm, Sweden

**Lucija Tomljenovic**
Neural Dynamics Research Group
University of British Columbia
Vancouver, BC, Canada

**Nataša Toplak**
Department of Allergology
Rheumatology and Clinical Immunology
University Children's Hospital
University Medical Centre Ljubljana
Ljubljana, Slovenia

**Guido Valesini**
Rheumatology, Department of Internal and Specialized Medicine
Sapienza University of Rome
Rome, Italy

**Mónica Vázquez del Mercado**
Institute of Research in Rheumatology and Musculoloeskeletal System
Hospital Civil JIM
University of Guadalajara
Jalisco, Mexico

**Olga Vera-Lastra**
Department of Internal Medicine
Hospital de Especialidades "Dr Antonio Fraga Mouret," Mexican Social Security Institute
National Autonomous University of Mexico
Mexico City, Mexico

**Abdulla Watad**
Zabludowicz Center for Autoimmune Diseases and Department of Internal Medicine B
Sheba Medical Center
Tel Hashomer, Israel

**Yaron Zafrir**
Department of Dermatology and Zabludowicz Center for Autoimmune Diseases
Sheba Medical Center
Tel Hashomer, Israel

**Gisele Zandman-Goddard**
Department of Medicine
Wolfson Medical Center
Tel Aviv, Israel

Sackler Faculty of Medicine
Tel Aviv University
Tel Aviv, Israel

**11**    **Exhibit 366**

# Introduction

**Yehuda Shoenfeld,[1,2] Nancy Agmon-Levin,[1,4] and Lucija Tomljenovic[3]**

[1]Zabludowicz Center for Autoimmune Diseases, Sheba Medical Center, Tel Hashomer, Israel
[2]Incumbent of the Laura Schwarz-Kipp Chair for Research of Autoimmune Diseases, Sackler Faculty of Medicine, Tel Aviv University, Tel Aviv, Israel
[3]Neural Dynamics Research Group, University of British Columbia, Vancouver, BC, Canada
[4]Sackler Faculty of Medicine, Tel Aviv University, Tel Aviv, Israel

*Vaccines and Autoimmunity* is a result of decades of experience in vaccinology, immunology, and autoimmunity, and of a review of the vast literature in this field. The book has three parts. Part I deals with general mechanisms of vaccine- and adjuvant-induced autoimmunity. In Parts II and III, we have asked the different authors to summarize, on one hand, individual vaccines and which common autoimmune diseases they may trigger in susceptible individuals (Part III), and on the other, the common autoimmune diseases and identified vaccines which may trigger their emergence (Part III).

The editors of this book are quite confident that vaccinations represent one of the most remarkable revolutions in medicine. Indeed, vaccines have been used for over 300 years and are probably one of the most effective strategies for preventing the morbidity and mortality associated with infections. Like other drugs, vaccines can cause adverse events, but unlike conventional drugs, which are prescribed to people who are ill, vaccines are administered to healthy individuals, which increases the concern over adverse reactions. Most side effects attributed to vaccines are mild, acute, and transient. Nonetheless, rare reactions, such as hypersensitivity and induction of autoimmunity, do occur, and can be severe and even fatal. In this regard, the fact that vaccines are delivered to billions of people without preliminary screening for underlying susceptibilities is thus of concern

(Bijl *et al.*, 2012; Tomljenovic and Shaw, 2012; Soriano *et al.*, 2014).

Indeed, it is naive to believe that all humans are alike. Notably, autoimmune diseases have been increasingly recognized as having a genetic basis, mediated by HLA subtypes. For instance, celiac disease has been strongly associated with HLA haplotype DR3-DQ2 or DR4-DQ8 (Liu *et al.*, 2014), multiple sclerosis with HLA-DRB1 (Yates *et al.*, 2014), rheumatoid arthritis with HLA-DR4 and HLA-DQ8 (Vassallo *et al.*, 2014), and type I diabetes with HLA-DR3/4 (Steck *et al.*, 2014). Thus, certain HLA genes create a genetic predisposition toward development of autoimmune disease, typically requiring some environmental trigger to evolve into a full-blown disease state (Luckey *et al.*, 2011). One such environmental trigger which is commonly associated with development of autoimmunity is viral (Epstein Barr virus, cytomegalovirus, and hepatitis C virus) or bacterial (*Heliobacter pylori*) challenge (Rose, 2010; Magen and Delgado, 2014).

The multifacet associations between infectious agents and subsequent development of autoimmune or autoinflammatory conditions have been well established, and a number of mechanisms by which infectious agents can bring about such responses have been identified (molecular mimicry, epitope spreading, polyclonal activation, and others) (Molina and Shoenfeld, 2005; Kivity *et al.*, 2009; Shoenfeld, 2009; Rose, 2010).

*Vaccines and Autoimmunity*, First Edition. Edited by Yehuda Shoenfeld, Nancy Agmon-Levin, and Lucija Tomljenovic.
© 2015 John Wiley & Sons, Inc. Published 2015 by John Wiley & Sons, Inc.

Exhibit 366

Case 2:20-cv-02470-WBS-JDP    Document 12    Filed 12/29/20    Page 217 of 421

Recently, we and others have suggested another mechanism, namely the adjuvant effect, by which infections may relate to autoimmunity in a broader sense (Rose, 2010; Rosenblum et al., 2011; Shoenfeld and Agmon-Levin, 2011; Zivkovic et al., 2012; Perricone et al., 2013). Adjuvants are substances which enhance the immune response. For this purpose, they are routinely included in vaccine formulations, the most common of which are aluminum compounds (alum hydroxide and phosphate). Although the mechanisms of adjuvancy are not fully elucidated, adjuvants seem to modulate a common set of genes, promote antigen-presenting cell recruitment, and mimic specific sets of conserved molecules, such as bacteria components, thus increasing the innate and adaptive immune responses to the injected antigen (Agmon-Levin et al., 2009; Israeli et al., 2009; McKee et al., 2009; Exley et al., 2010; Perricone et al., 2013).

Although the activation of autoimmune mechanisms by both infectious agents and substances with adjuvant properties (such as those found in vaccines) is common, the appearance of an autoimmune disease is not as widespread and apparently not always agent-specific. The adjuvant effect of microbial particles, namely the nonantigenic activation of the innate and regulatory immunity, as well as the expression of various regulatory cytokines, may determine if an autoimmune response remains limited and harmless or evolves into a full-blown disease. Additionally, as already mentioned, the genetic background of an individual may determine the magnitude of adverse manifestations. For example, it has been shown that the vaccine for Lyme disease is capable of triggering arthritis in genetically susceptible hamsters and that, when the adjuvant aluminum hydroxide is added to the vaccine, 100% of the hamsters develop arthritis (Croke et al., 2000). Other studies have shown that the development of inflammatory joint disease and rheumatoid arthritis in adults in response to the HepA and HepB vaccines, respectively, is correlated to the HLA subtype of the vaccinated individual (Ferrazzi et al., 1997; Pope et al., 1998). Given that aluminum works as an adjuvant by increasing expression of MHC (Ulanova et al., 2001), it perhaps should not be surprising that in individuals susceptible to autoimmune disease on the basis of the MHC, HLA subtype might be adversely affected by the use of aluminum hydroxide in vaccines. In addition to aluminum, the vaccine preservative thimerosal has also been demonstrated to induce a systematic autoimmune syndrome in transgenic HLA-DR4 mice (Havarinasab et al., 2004), while mice with a genetic susceptibility for autoimmune disease show profound behavioral and neuropathological disturbances. These results are not observed in strains of mice without autoimmune sensitivity.

We have recently reported a new syndrome: "autoimmune/inflammatory syndrome induced by adjuvants" (ASIA), which encompasses a spectrum of immune-mediated diseases triggered by an adjuvant stimulus such as chronic exposure to silicone, tetramethylpentadecane, pristane, aluminum, and other adjuvants, as well as infectious components, which may also have an adjuvant effect. All these environmental factors have been found to induce autoimmunity and inflammatory manifestations by themselves, both in animal models and in humans (Israeli et al., 2009; Shaw and Petrik, 2009; Shoenfeld and Agmon-Levin, 2011; Gherardi and Authier, 2012; Israeli, 2012; Cruz-Tapias et al., 2013; Lujan et al., 2013; Perricone et al., 2013).

The definition of the ASIA syndrome thus helps to detect those subjects who have developed autoimmune phenomena upon exposure to adjuvants from different sources. For example, the use of medical adjuvants has become common practice, and substances such as aluminum adjuvant are added to most human and animal vaccines, while the adjuvant silicone is extensively used for breast implants and cosmetic procedures (Kaiser et al., 1990; Molina and Shoenfeld, 2005; Israeli et al., 2009; Shoenfeld and Agmon-Levin, 2011; Cohen Tervaert and Kappel, 2013). Furthermore, "hidden adjuvants" such as infectious material and house molds have also been associated with different immune-mediated conditions associated with the so-called "sick-building syndrome" (Israeli and Pardo, 2010; Perricone et al., 2013).

Although ASIA may be labeled a "new syndrome," in reality it reflects old truths given a formal label (Meroni, 2010). Notably, in 1982, compelling evidence from epidemiological, clinical, and animal research emerged to show that Guillain-Barre syndrome and other demyelinating autoimmune neuropathies (i.e., acute disseminated encephalomyelitis and multiple sclerosis) could occur up to 10 months following vaccination (Poser and Behan, 1982). In such cases, the disease would first manifest with vague symptoms (arthralgia, myalgia, paraesthesia, weakness; all of which are typical ASIA symptoms), which were frequently deemed insignificant and thus ignored by the treating physicians. However, these

**Exhibit 366**

symptoms would progress slowly and insidiously until the patient was exposed to a secondary immune stimulus (in the form of either infection or vaccination). This would then trigger the rapid and acute clinical manifestation of the disease (Poser and Behan, 1982). In other words, it was the secondary anamnestic response that would bring about the acute overt manifestation of an already present subclinical long-term persisting disease.

Thus, it was already recognized in the early 1980s that vaccine-related manifestations often presented themselves as unspecific, yet clinically relevant symptoms (termed "bridging symptoms" Poser and Behan (1982) or "nonspecific ASIA symptoms" by us (Shoenfeld and Agmon-Levin, 2011)). These manifestations pointed to a subclinical, slowly evolving disease. Whether this disease would eventually progress to its full-blown clinically apparent form depended on whether the individual was further exposed to noxious immune stimuli, including subsequent vaccinations. As a case in point, we recently described six cases of systemic lupus following HPV vaccination (Gatto *et al.*, 2013). In all six cases, several common features were observed; namely, a personal or familial susceptibility to autoimmunity and an adverse response to a prior dose of the vaccine, both of which were associated with a higher risk of post-vaccination full-blown autoimmunity. Similarly, in an analysis of 93 cases of autoimmunity following hepatitis B vaccination (Zafrir *et al.*, 2012), we identified two major susceptibility factors: (i) exacerbation of adverse symptoms following additional doses of the vaccine (47% of patients); and (ii) personal and familial history of autoimmunity (21%).

It should further be noted that some individuals who are adversely afflicted through exposure to adjuvants do not satisfy all of the criteria that are necessary to diagnose a full-blown and clinically apparent autoimmune disease (Perricone *et al.*, 2013). Nonetheless, these individuals are at higher risk of developing full-blown autoimmunity following subsequent adjuvant exposure, whether that be via infections or vaccinations (Poser and Behan, 1982; Zafrir *et al.*, 2012; Gatto *et al.*, 2013).

A casual glance at the US Centers for Disease Control and Prevention (CDC, 2013)_immunization schedule for infants shows that according to the US prescribed guidelines, children receive up to 19 vaccinations during infancy, many of which are multivalent in the first 6 months of their life (Table I.1).

The various vaccines given to children, as well as adults, may contain either whole weakened infectious agents or synthetic peptides and genetically engineered antigens of infectious agents and adjuvants (typically aluminum). In addition, they also contain diluents, preservatives (thimerosal, formaldehyde), detergents (polysorbate), and residuals of culture growth media (*Saccharomyces cerevisiae*, gelatin, bovine extract, monkey kidney tissue, etc.; Table I.2). The safety of these residuals has not been thoroughly investigated, primarily because they are presumed to be present only in trace amounts following the vaccine manufacture purification process. However, some studies

**Table I.1** Typical pediatric vaccine schedule for preschool children currently recommended by the US Centers for Disease Control and Prevention (2013a). Shaded boxes indicate the age range in which the vaccine can be given. Asterisks denote Al-adjuvanted vaccines. Hep A is given in 2 doses spaced at least 6 months apart. According to this schedule, by the time a child is 2 years of age, they would have received 27 vaccinations (3 × HepB, 3 × Rota, 4 × DTaP, 4 × Hib, 4 × PCV, 3 × IPV, 2 × Influenza, 1 × MMR, 1 × Varicella, and 2 × HepA)

| Birth | 1 month | 2 months | 4 months | 6 months | 12 months | 15 months | 18 months | 19–23 months | 2–3 years | 4–6 years |
|---|---|---|---|---|---|---|---|---|---|---|
| HepB* | HepB* | | | | HepB* | | | | | |
| | | Rota | Rota | Rota | | | | | | |
| | | DTaP* | DTaP* | DTaP* | | DTaP* | | | | DTaP* |
| | | Hib* | Hib* | Hib* | Hib* | | | | | |
| | | PCV* | PCV* | PCV* | PCV* | | | | | |
| | | IPV | IPV | | IPV | | | | | IPV |
| | | | | | | | Influenza (yearly) | | | |
| | | | | | MMR | | | | | MMR |
| | | | | | Varicella | | | | | Varicella |
| | | | | | | HepA* | | | | |

Hep A, hepatitis A; Hep B, hepatitis B; Rota, rotavirus; DTaP, diphtheria-pertussis-tetanus; Hib, *Haemophilus influenzae* type b; PCV, pneumococcal; IPV, inactivated polio; MMR, measles-mumps-rubella

**14**

**Exhibit 366**

**Table I.2**  Complete list of vaccine ingredients (i.e., adjuvants and preservatives) and substances used during the manufacture of commonly used vaccines. Adapted from US Centers for Disease Control and Prevention (2013b)

| Vaccine | Vaccine excipient and media summary |
| --- | --- |
| DT (Sanofi) | aluminum potassium sulfate, peptone, bovine extract, formaldehyde, thimerosal (trace), modified Mueller and Miller medium |
| DTaP (Daptacel) | aluminum phosphate, formaldehyde, glutaraldehyde, 2-phenoxyethanol, Stainer–Scholte medium, modified Mueller's growth medium, modified Mueller–Miller casamino acid medium (without beef heart infusion) |
| DTaP (Infanrix) | formaldehyde, glutaraldehyde, aluminum hydroxide, polysorbate 80, Fenton medium (containing bovine extract), modified Latham medium (derived from bovine casein), modified Stainer–Scholte liquid medium |
| DTaP (Tripedia) | sodium phosphate, peptone, bovine extract (US sourced), formaldehyde, ammonium sulfate, aluminum potassium sulfate, thimerosal (trace), gelatin, polysorbate 80 (Tween 80), modified Mueller and Miller medium, modified Stainer–Scholte medium |
| DTaP-HepB-IPV (Pediarix) | formaldehyde, gluteraldehyde, aluminum hydroxide, aluminum phosphate, lactalbumin hydrolysate, polysorbate 80, neomycin sulfate, polymyxin B, yeast protein, calf serum, Fenton medium (containing bovine extract), modified Latham medium (derived from bovine casein), modified Stainer-Scholte liquid medium, Vero (monkey kidney) cells |
| DTaP-IPV/Hib (Pentacel) | aluminum phosphate, polysorbate 80, formaldehyde, gutaraldehyde, bovine serum albumin, 2-phenoxethanol, neomycin, polymyxin B sulfate, Mueller's Growth Medium, Mueller–Miller casamino acid medium (without beef heart infusion), Stainer–Scholte medium (modified by the addition of casamino acids and dimethyl-beta-cyclodextrin), MRC-5 (human diploid) cells, CMRL 1969 medium (supplemented with calf serum) |
| Hib (ActHIB) | ammonium sulfate, formalin, sucrose, Modified Mueller and Miller medium |
| Hib (Hiberix) | formaldehyde, lactose |
| Hib (PedvaxHIB) | aluminum hydroxphosphate sulfate |
| Hib/Hep B (Comvax) | yeast (vaccine contains no detectable yeast DNA), nicotinamide adenine dinucleotide, hemin chloride, soy peptone, dextrose, mineral salts, amino acids, formaldehyde, potassium aluminum sulfate, amorphous aluminum hydroxyphosphate sulfate, sodium borate |
| Hep A (Havrix) | aluminum hydroxide, amino acid supplement, polysorbate 20, formalin, neomycin sulfate, MRC-5 cellular proteins |
| Hep A (Vaqta) | amorphous aluminum hydroxyphosphate sulfate, bovine albumin, formaldehyde, neomycin, sodium borate, MRC-5 (human diploid) cells |
| Hep B (Engerix-B) | aluminum hydroxide, yeast protein, phosphate buffers |
| Hep B (Recombivax) | yeast protein, soy peptone, dextrose, amino acids, mineral salts, potassium aluminum sulfate, amorphous aluminum hydroxyphosphate sulfate, formaldehyde |
| Hep A/Hep B (Twinrix) | formalin, yeast protein, aluminum phosphate, aluminum hydroxide, amino acids, phosphate buffer, polysorbate 20, neomycin sulfate, MRC-5 human diploid cells |
| Human Papillomavirus (HPV) (Cerverix) | vitamins, amino acids, lipids, mineral salts, aluminum hydroxide, sodium dihydrogen phosphate dehydrate, insect cell and viral protein |
| Human Papillomavirus (HPV) (Gardasil) | yeast protein, vitamins, amino acids, mineral salts, carbohydrates, amorphous aluminum hydroxyphosphate sulfate, L-histidine, polysorbate 80, sodium borate |
| Influenza (Afluria) | beta-propiolactone, thimerosol (multi-dose vials only), monobasic sodium phosphate, dibasic sodium phosphate, monobasic potassium phosphate, potassium chloride, calcium chloride, sodium taurodeoxycholate, neomycin sulfate, polymyxin B, egg protein |
| Influenza (Fluarix) | sodium deoxycholate, formaldehyde, octoxynol-10 (Triton X-100), α-tocopheryl hydrogen succinate, polysorbate 80 (Tween 80), hydrocortisone, gentamicin sulfate, ovalbumin |
| Influenza (Fluvirin) | nonylphenol ethoxylate, thimerosal (multidose vial–trace only in prefilled syringe), polymyxin, neomycin, beta-propiolactone, egg proteins |
| Influenza (Flulaval) | thimerosal, α-tocopheryl hydrogen succinate, polysorbate 80, formaldehyde, sodium deoxycholate, ovalbumin |
| Influenza (Fluzone: standard, high-dose, & intradermal) | formaldehyde, octylphenol ethoxylate (Triton X-100), sodium phosphate, gelatin (standard formulation only), thimerosal (multidose vial only), egg protein |
| Influenza (FluMist) | ethylene diamine tetraacetic acid (EDTA), monosodium glutamate, hydrolyzed porcine gelatin, arginine, sucrose, dibasic potassium phosphate, monobasic potassium phosphate, gentamicin sulfate, egg protein |

**15**

**Exhibit 366**

**Table I.2** (*Continued*)

| Vaccine | Vaccine excipient and media summary |
|---|---|
| Meningococcal (MCV4Menactra) | formaldehyde, phosphate buffers, Mueller Hinton agar, Watson Scherp media, Modified Mueller and Miller medium |
| Meningococcal (MCV4Menveo) | formaldehyde, amino acids, yeast extract, Franz complete medium |
| Meningococcal (MPSV4Menomune) | thimerosal (multidose vial only), lactose, Mueller Hinton agar, Watson Scherp media |
| MMR (MMR-II) | vitamins, amino acids, fetal bovine serum, sucrose, sodium phosphate, glutamate, recombinant human albumin, neomycin, sorbitol, hydrolyzed gelatin, chick embryo cell culture, WI-38 human diploid lung fibroblasts |
| MMRV (ProQuad) | sucrose, hydrolyzed gelatin, sorbitol, monosodium L-glutamate, sodium phosphate dibasic, human albumin, sodium bicarbonate, potassium phosphate monobasic, potassium chloride, potassium phosphate dibasic, neomycin, bovine calf serum, chick embryo cell culture, WI-38 human diploid lung fibroblasts, MRC-5 cells |
| Pneumococcal (PCV13 − Prevnar 13) | casamino acids, yeast, ammonium sulfate, Polysorbate 80, succinate buffer, aluminum phosphate |
| Polio (IPV − Ipol) | 2-phenoxyethanol, formaldehyde, neomycin, streptomycin, polymyxin B, monkey kidney cells, Eagle MEM modified medium, calf serum protein |
| Rabies (Imovax) | albumin, neomycin sulfate, phenol, MRC-5 human diploid cells |
| Rabies (RabAvert) | β-propiolactone, potassium glutamate, chicken protein, ovalbumin, neomycin, chlortetracycline, amphotericin B, human serum albumin, polygeline (processed bovine 14 gelatin) |
| Rotavirus (RotaTeq) | sucrose, sodium citrate, sodium phosphate monobasic monohydrate, sodium hydroxide, polysorbate 80, cell culture media, fetal bovine serum, vero cells (DNA from porcine circoviruses (PCV) 1 and 2 has been detected in RotaTeq; PCV-1 and PCV-2 are not known to cause disease in humans) |
| Rotavirus (Rotarix) | amino acids, dextran, sorbitol, sucrose, calcium carbonate, xanthan, Dulbecco's Modified Eagle Medium (DMEM) (Porcine circovirus type 1 (PCV-1) is present in Rotarix; PCV-1 is not known to cause disease in humans) |
| Td (Decavac) | aluminum potassium sulfate, peptone, formaldehyde, thimerosal, bovine muscle tissue (US sourced), Mueller and Miller medium |
| Td (Tenivac) | aluminum phosphate, formaldehyde, modified Mueller−Miller casamino acid medium without beef heart infusion |
| Td (Mass Biologics) | aluminum phosphate, formaldehyde, thimerosal (trace), ammonium phosphate, modified Mueller's media (containing bovine extracts) |
| Tdap (Adacel) | aluminum phosphate, formaldehyde, glutaraldehyde, 2-phenoxyethanol, ammonium sulfate, Mueller's growth medium, Mueller−Miller casamino acid medium (without beef heart infusion) |
| Tdap (Boostrix) | formaldehyde, glutaraldehyde, aluminum hydroxide, polysorbate 80 (Tween 80), Latham medium derived from bovine casein, Fenton medium containing a bovine extract, Stainer−Scholte liquid medium |
| Typhoid (inactivated − Typhim Vi) | hexadecyltrimethylammonium bromide, phenol, polydimethylsiloxane, disodium phosphate, monosodium phosphate |
| Typhoid (oral − Ty21a) | yeast extract, casein, dextrose, galactose, sucrose, ascorbic acid, amino acids |
| Varicella (Varivax) | sucrose, phosphate, glutamate, gelatin, monosodium L-glutamate, sodium phosphate dibasic, potassium phosphate monobasic, potassium chloride, sodium phosphate monobasic, EDTA, residual components of MRC-5 cells including DNA and protein, neomycin, fetal bovine serum, human diploid cell cultures |
| Yellow Fever (YF-Vax) | sorbitol, gelatin, egg protein |
| Zoster (Shingles − Zostavax) | sucrose, hydrolyzed porcine gelatin, monosodium L-glutamate, sodium phosphate dibasic, potassium phosphate monobasic, neomycin, potassium chloride, residual components of MRC-5 cells including DNA and protein, bovine calf serum |

**Exhibit 366**

suggest that even these trace amounts may not be inherently safe, as was previously assumed (Moghaddam *et al.*, 2006; Rinaldi *et al.*, 2013).

What is obvious, nonetheless, is that a typical vaccine formulation contains all the necessary biochemical components to induce autoimmune manifestations. With that in mind, our major aim is to inform the medical community regarding the various autoimmune risks associated with different vaccines. Physicians need to be aware that in certain individuals, vaccinations can trigger serious and potentially disabling and even fatal autoimmune manifestations. This is not to say that we oppose vaccination, as it is indeed an important tool of preventative medicine. However, given the fact that vaccines are predominantly administered to previously healthy individuals, efforts should be made to identify those subjects who may be at more risk of developing adverse autoimmune events following vaccine exposure. In addition, careful assessment should be made regarding further vaccine administration in individuals with previous histories of adverse reactions to vaccinations. The necessity of multiple vaccinations over a short period of time should also be considered, as the enhanced adjuvant-like effect of multiple vaccinations heightens the risk of post-vaccine-associated adverse autoimmune and inflammatory manifestations (Tsumiyama *et al.*, 2009; Lujan *et al.*, 2013). Finally, we wish to encourage efforts toward developing safer vaccines, which should be pursued by the vaccine manufacturing industry.

## References

Agmon-Levin, N., Paz, Z., Israeli, E., and Shoenfeld, Y. (2009). Vaccines and autoimmunity. *Nat Rev Rheumatol*, **5**: 648–2.

Bijl, M., Agmon-Levin, N., Dayer, J.M., *et al.* (2012). Vaccination of patients with auto-immune inflammatory rheumatic diseases requires careful benefit-risk assessment. *Autoimmun Rev*, **11**: 572–6.

CDC (Centers for Disease Control and Prevention). (2013). Recommended immunizations for children from birth through 6 years old. Available from: http://www.cdc.gov/vaccines/parents/downloads/parent-ver-sch-0-6yrs.pdf [last accessed 11 December 2014].

Cohen Tervaert, J.W. and Kappel, R.M. (2013). Silicone implant incompatibility syndrome (SIIS): a frequent cause of ASIA (Shoenfeld's syndrome). *Immunol Res*, **56**: 293–8.

Croke, C.L., Munson, E.L., Lovrich, S.D., *et al.* (2000). Occurrence of severe destructive lyme arthritis in hamsters vaccinated with outer surface protein A and challenged with Borrelia burgdorferi. *Infect Immun*, **68**: 658–3.

Cruz-Tapias, P., Agmon-Levin, N., Israeli, E., *et al.* (2013). Autoimmune/inflammatory syndrome induced by adjuvants (ASIA) – animal models as proof of concept. *Current Med Chemistry* **20**: 4030–4.

Exley, C., Siesjo, P., and Eriksson, H. (2010). The immunobiology of aluminium adjuvants: how do they really work? *Trends Immunol*, **31**: 103–9.

Ferrazzi, V., Jorgensen, C., and Sany, J. (1997). Inflammatory joint disease after immunizations. A report of two cases. *Rev Rhum Engl Ed*, **64**: 227–232.

Gatto, M., Agmon-Levin, N., Soriano, A., *et al.* (2013). Human papillomavirus vaccine and systemic lupus erythematosus. *Clin Rheumatol*, **32**: 1301–7.

Gherardi, R. and Authier, F. (2012). Macrophagic myofasciitis: characterization and pathophysiology. *Lupus*, **21**: 184–9.

Havarinasab, S., Lambertsson, L., Qvarnstrom, J., and Hultman, P. (2004). Dose–response study of thimerosal-induced murine systemic autoimmunity. *Toxicol Appl Pharmacol*, **194**: 169–79.

Israeli, E. (2012). Gulf War syndrome as a part of the autoimmune (autoinflammatory) syndrome induced by adjuvant (ASIA). *Lupus*, **21**: 190–4.

Israeli, E. and Pardo, A. (2010). The sick building syndrome as a part of the autoimmune (auto-inflammatory) syndrome induced by adjuvants. *Mod Rheumatol*, **21**: 235–9.

Israeli, E., Agmon-Levin, N., Blank, M., and Shoenfeld, Y. (2009). Adjuvants and autoimmunity. *Lupus*, **18**: 1217–25.

Kaiser, W., Biesenbach, G., Stuby, U., *et al.* (1990). Human adjuvant disease: remission of silicone induced autoimmune disease after explanation of breast augmentation. *Ann Rheum Dis*, **49**: 937–8.

Kivity, S., Agmon-Levin, N., Blank, M., and Shoenfeld, Y. (2009). Infections and autoimmunity – friends or foes? *Trends Immunol*, **30**: 409–14.

Liu, E., Lee, H.S., Aronsson, C.A., *et al.* (2014). Risk of pediatric celiac disease according to HLA haplotype and country. *N Engl J Med*, **371**: 42–9.

Luckey, D., Bastakoty, D., and Mangalam, A.K. (2011). Role of HLA class II genes in susceptibility and resistance to multiple sclerosis: studies using HLA transgenic mice. *J Autoimmun*, **37**: 122–8.

Lujan, L., Perez, M., Salazar, E., *et al.* (2013). Autoimmune/autoinflammatory syndrome induced by adjuvants (ASIA syndrome) in commercial sheep. *Immunol Res*, **56**: 317–24.

Magen, E. and Delgado, J.S. (2014). Helicobacter pylori and skin autoimmune diseases. *World J Gastroenterol*, **20**: 1510–16.

McKee, A.S., Munks, M.W., MacLeod, M.K., *et al.* (2009). Alum induces innate immune responses through macrophage and mast cell sensors, but these

sensors are not required for alum to act as an adjuvant for specific immunity. *J Immunol*, **183**: 4403–14.

Meroni, P.L. (2010). Autoimmune or auto-inflammatory syndrome induced by adjuvants (ASIA): old truths and a new syndrome? *J Autoimmun*, **36**: 1–3.

Moghaddam, A., Olszewska, W., Wang, B., *et al.* (2006). A potential molecular mechanism for hypersensitivity caused by formalin-inactivated vaccines. *Nat Med*, **12**: 905–7.

Molina, V. and Shoenfeld, Y. (2005). Infection, vaccines and other environmental triggers of autoimmunity. *Autoimmunity*, **38**: 235–45.

Perricone, C., Colafrancesco, S., Mazor, R.D., *et al.* (2013). Autoimmune/inflammatory syndrome induced by adjuvants (ASIA) 2013; unveiling the pathogenic, clinical ad diagnostic aspects. *J Autoimmun*, **47**: 1–16.

Pope, J.E., Stevens, A., Howson, W., and Bell, D.A. (1998). The development of rheumatoid arthritis after recombinant hepatitis B vaccination. *J Rheumatol*, **25**: 1687–93.

Poser, C.M. and Behan, P.O. (1982). Late onset of Guillain-Barre syndrome. *J Neuroimmunol*, **3**: 27–41.

Rinaldi, M., Perricone, R., Blank, M., *et al.* 2013. Anti-Saccharomyces cerevisiae autoantibodies in autoimmune diseases: from bread baking to autoimmunity. *Clin Rev Allergy Immunol*, **45**(2): 152–61.

Rose, N.R. (2010). Autoimmunity, infection and adjuvants. *Lupus*, **19**: 354–8.

Rosenblum, H., Shoenfeld, Y., and Amital, H. (2011). The common immunogenic etiology of chronic fatigue syndrome: from infections to vaccines via adjuvants to the ASIA syndrome. *Infect Dis Clin N Am*, **25**: 851–63.

Shaw, C.A. and Petrik, M.S. (2009). Aluminum hydroxide injections lead to motor deficits and motor neuron degeneration. *J Inorg Biochem*, **103**: 1555–62.

Shoenfeld, Y. (2009). Infections, vaccines and autoimmunity. *Lupus*, **18**: 1127–8.

Shoenfeld, Y. and Agmon-Levin, N. (2011). "ASIA" – autoimmune/inflammatory syndrome induced by adjuvants. *J Autoimmun*, **36**: 4–8.

Soriano, A., Nesher, G., and Shoenfeld, Y. (2014). Predicting post-vaccination autoimmunity: who might be at risk? *Pharmacol Res*, pii: S1043-6618(15)00139-X. doi: 10.1016/j.phrs.2014.08.002. [Epub ahead of print].

Steck, A.K., Dong, F., Wong, R., *et al.* (2014). Improving prediction of type 1 diabetes by testing non-HLA genetic variants in addition to HLA markers. *Pediatr Diabetes*, **15**: 355–62.

Tomljenovic, L. and Shaw, C.A. (2012). One-size fits all? *Vaccine*, **30**: 2040.

Tsumiyama, K., Miyazaki, Y., and Shiozawa, S. (2009). Self-organized criticality theory of autoimmunity. *PLoS One*, **4**: e8382.

Ulanova, M., Tarkowski, A., Hahn-Zoric, M., and Hanson, L.A. (2001). The common vaccine adjuvant aluminum hydroxide up-regulates accessory properties of human monocytes via an interleukin-4-dependent mechanism. *Infect Immun*, **69**: 1151–9.

Vassallo, R., Luckey, D., Behrens, M., *et al.* (2014). Cellular and humoral immunity in arthritis are profoundly influenced by the interaction between cigarette smoke effects and host HLA-DR and DQ genes. *Clin Immunol*, **152**: 25–35.

Yates, R.L., Esiri, M.M., Palace, J., *et al.* (2014). The influence of HLA-DRB1*15 on motor cortical pathology in multiple sclerosis. *Neuropathol Appl Neurobiol*, doi: 10.1111/nan.12165. [Epub ahead of print].

Zafrir, Y., Agmon-Levin, N., Paz, Z., *et al.* (2012). Autoimmunity following hepatitis B vaccine as part of the spectrum of "autoimmune (auto-inflammatory) syndrome induced by adjuvants" (ASIA): analysis of 93 cases. *Lupus*, **21**: 146–52.

Zivkovic, I., Petrusic, V., Stojanovic, M., *et al.* (2012). Induction of decreased fecundity by tetanus toxoid hyper-immunization in C57BL/6 mice depends on the applied adjuvant. *Innate Immun*, **18**: 333–42.

**Exhibit 366**

# EXHIBIT 367

# TOXICOLOGICAL PROFILE FOR
# MERCURY

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Public Health Service**
**Agency for Toxic Substances and Disease Registry**

March 1999

**Exhibit 367**

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 225 of 421

## UPDATE STATEMENT

A Toxicological Profile for Mercury–Draft for Public Comment was released in September 1997.  This edition supersedes any previously released draft or final profile.

Toxicological profiles are revised and republished as necessary, but no less than once every three years.  For information regarding the update status of previously released profiles, contact ATSDR at:

<div align="center">

Agency for Toxic Substances and Disease Registry
Division of Toxicology/Toxicology Information Branch
1600 Clifton Road NE, E-29
Atlanta, Georgia 30333

</div>

**Exhibit 367**

freshwater and saltwater fish and marine mammals to levels that are many times greater than levels in the surrounding water (see Section 1.2).

Mercury is mined as cinnabar ore, which contains mercuric sulfide.  The metallic form is refined from mercuric sulfide ore by heating the ore to temperatures above 1,000 degrees Fahrenheit.  This vaporizes the mercury in the ore, and the vapors are then captured and cooled to form the liquid metal mercury.  There are many different uses for liquid metallic mercury.  It is used in producing of chlorine gas and caustic soda, and in extracting gold from ore or articles that contain gold.  It is also used in thermometers, barometers, batteries, and electrical switches.  Silver-colored dental fillings typically contain about 50% metallic mercury.  Metallic mercury is still used in some herbal or religious remedies in Latin America and Asia, and in rituals or spiritual practices in some Latin American and Caribbean religions such as Voodoo, Santeria, and Espiritismo.  These uses may pose a health risk from exposure to mercury both for the user and for others who may be exposed to mercury vapors in contaminated air.

Some inorganic mercury compounds are used as fungicides.  Inorganic salts of mercury, including ammoniated mercuric chloride and mercuric iodide, have been used in skin-lightening creams. Mercuric chloride is a topical antiseptic or disinfectant agent.  In the past, mercurous chloride was widely used in medicinal products including laxatives, worming medications, and teething powders.  It has since been replaced by safer and more effective agents. Other chemicals containing mercury are still used as antibacterials.  These products include mercurochrome (contains a small amount of mercury, 2%), and thimerosal and phenylmercuric nitrate, which are used in small amounts as preservatives in some prescription and over-the-counter medicines. Mercuric sulfide and mercuric oxide may be used to color paints, and mercuric sulfide is one of the red coloring agents used in tattoo dyes.

Methylmercury is produced primarily by microorganisms (bacteria and fungi) in the environment, rather than by human activity.  Until the 1970s, methylmercury and ethylmercury compounds were used to protect seed grains from fungal infections.  Once the adverse health effects of methylmercury were known, the use of methymercury- and ethylmercury as fungicides was

**Exhibit 367**

levels of methylmercury are of concern, and these are discussed in Section 1.7 of this toxicological profile.

## 1.7   HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO MERCURY?

If your doctor finds that you have been exposed to significant amounts of mercury, ask whether your children might also be exposed.  Your doctor might need to ask your state health department to investigate.

Children may be exposed to metallic mercury if they play with it.  Metallic mercury is a heavy, shiny, silver liquid.  When metallic mercury is spilled, it forms little balls or beads.  Children are sometimes exposed to metallic mercury when they find it in abandoned warehouses or closed factories, and then play with it or pass it around to friends.  Children have also taken metallic mercury from school chemistry and physics labs.  Broken thermometers and some electrical switches are other sources of metallic mercury.  Sometimes children find containers of metallic mercury that were improperly disposed of, or adults may bring home metallic mercury from work, not knowing that it is dangerous.

To protect your children from metallic mercury, teach them not to play with shiny, silver liquids. Schoolteachers (particularly science teachers) and school staff need to know about students' fascination with metallic mercury.  Teachers and school staff should teach children about the dangers of getting sick from playing with mercury, and they should keep metallic mercury in a safe and secured area (such as a closed container in a locked storage room) so that children do not have access to it without the supervision of a teacher.  Metallic mercury evaporates slowly, and if it is not stored in a closed container, children may breathe toxic mercury vapors.

In the past, mercurous chloride was widely used in medicinal products such as laxatives, worming medications, and teething powders.  These older medicines should be properly disposed of and replaced with safer and more effective medicines.  Other chemicals containing mercury, such as mercurochrome and thimerosal (sold as Merthiolate and other brands), are still used as antiseptics or as preservatives in eye drops, eye ointments, nasal sprays, and vaccines.  Some skin-lightening

**Exhibit 367**

# EXHIBIT 368

CURRENT OPINION

Drug Safety 2005; 28 (2): 89-101
0114-5916/05/0002-0089/$34.95/0

© 2005 Adis Data Information BV. All rights reserved.

# Thiomersal in Vaccines

## Balancing the Risk of Adverse Effects with the Risk of Vaccine-Preventable Disease

*Mark Bigham*[1,2] and *Ray Copes*[1,3]

1   Department of Health Care and Epidemiology, University of British Columbia, Vancouver, British Columbia, Canada
2   Canadian Blood Services, Vancouver, British Columbia, Canada
3   British Columbia Centre for Disease Control, Vancouver, British Columbia, Canada

## Abstract

A number of affluent countries are moving to eliminate thiomersal (thimerosal), an ethylmercury preservative, from vaccines as a precautionary measure because of concerns about the potential adverse effects of mercury in infants. The WHO advocates continued use of thiomersal-containing vaccines in developing countries because of their effectiveness, safety, low cost, wide availability and logistical suitability in this setting.

The guidelines for long-term mercury exposure should not be used for evaluating risk from intermittent single day exposures, such as immunisation using thiomersal-containing vaccines. Similar or higher mercury exposures likely occur from breast feeding and the health benefit of eliminating thiomersal from a vaccine, if any, is likely to be very small. On the other hand, the benefits accrued from the use of thiomersal-containing vaccines are considerably greater but vary substantially between affluent and developing regions of the world. Because of the contribution to overall mercury exposure from breast milk and diet in later life, the removal of thiomersal from vaccines would produce no more than a 50% reduction of mercury exposure in infancy and <1% reduction over a lifetime.

Different public policy decisions are appropriate in different settings to achieve the lowest net risk, viewed from the perspectives of the individual vaccinee or on a population basis. In developing regions of the world, at least over the next decade, far more benefit will accrue from protecting children against widely prevalent vaccine-preventable diseases by focusing efforts aimed at improving infant immunisation uptake by using current, inexpensive, domestically-manufactured, thiomersal-containing vaccines, than by investing in thiomersal-free alternatives.

Mercury is a naturally occurring element to which all humans are exposed.[1-6] It is estimated that natural degassing of the earth's crust is responsible for over half of atmospheric mercury emissions (about 2700–6000 tons per year), whereas anthropogenic releases may account for an additional 2000–3000 tons per year.[7] The serious health consequences of short or long-term, high-dose, dietary-organic mercury exposure, which primarily involved the nervous system, were recognised following investigation of outbreaks of illness from the consumption of contaminated fish in Minamata, Japan and contaminated bread in Iraq, during the last century.[1,8-10]

Current questions regarding mercury toxicity are focused on possible neurological adverse effects

Exhibit 368

at much lower exposure levels. Although exposure to some level of mercury is universal, quantitative assessment has shown that the three largest contributors of mercury exposure to the general population are diet (primarily fish), dental amalgam and some pharmacological products, such as thiomersal (thimerosal)-containing vaccines.[1,5,8,11-13] Thiomersal is an ethylmercury-containing compound and has been used for decades as a preservative in many vaccines.

Since 1999, two different approaches have been followed regarding thiomersal-containing vaccines for childhood immunisation programmes. The US, countries in the European Union (EU) and a few other affluent countries have implemented measures to eliminate childhood exposure to vaccine-derived thiomersal.[14-21] As of 2004, none of the routine single or multivalent vaccines recommended and routinely used to protect preschool children in the EU or US contain thiomersal.[21-23] Elimination of thiomersal from routine childhood immunisation programmes in these jurisdictions has been achieved essentially by exclusive use of single dose, preservative-free vaccine formats.

However, most countries continue to use thiomersal-containing vaccines in their childhood programmes. The WHO continues to endorse using thiomersal-containing vaccines for children, including malnourished, premature or low-birthweight infants.[24-26] The basis of WHO's position is that pharmacokinetic and epidemiological studies have not demonstrated convincing evidence of ethylmercury toxicity from exposure to thiomersal-containing vaccines, whereas use of these vaccines, particularly in regions of high disease burden, has proven highly effective in protecting children.[27,28]

The two different approaches to the issue of thiomersal in vaccines continue to generate confusion among parents, adult vaccine recipients and healthcare workers who administer vaccines. Even in jurisdictions where thiomersal has been eliminated from vaccines routinely administered to infants, there remain thiomersal-containing vaccines that may be recommended for some high-risk children (e.g. vaccines against influenza, Lyme disease, invasive pneumococcal disease or rabies).

This article reviews evidence of mercury-related health effects from exposure to thiomersal-contain-

ing vaccines in the context of other mercury exposures during infancy and over a lifetime, and assess the potential impact of eliminating thiomersal from vaccines. It also examines the public policy implications of eliminating thiomersal from vaccines as a trade-off between two competing risks (i.e. the risk of potential adverse effects attributable to exposure to thiomersal in vaccines versus the risk of vaccine-preventable illness or death), viewed from individual and population health perspectives.

To obtain relevant papers for this review, an electronic search was undertaken of literature published up to March 2004 using Medline (PubMed). Papers subsequently published up to December 2004 were included during the review of the final proofs. An initial Boolean search strategy using the key words 'thimerosal', 'ethylmercury', 'methylmercury', 'neurodevelopmental disorders', 'adverse effects' and 'autism' was utilised. No electronic search limitations were applied. Additional citations were identified through a PubMed search of related articles and from secondary sources cited in primary references.

## 1. Quantifying Vaccine-Derived Ethylmercury Exposure

In 1999, it was estimated that American infants could receive a cumulative dose of vaccine-derived ethylmercury as high as 187.5μg during the first 6 months of life and up to 237.5μg ethylmercury by 2 years of age.[29] Exposures for some children at high risk who also received influenza vaccine could have been as high as 200μg and 275μg at 6 months and 2 years of age, respectively. Although exposure of American (and most Western European) infants to thiomersal-containing vaccines used in routine immunisation has since been eliminated, several thiomersal-containing vaccines continue to be used for routinely recommended adult immunisations, which could potentially expose persons to a cumulative 950μg of ethylmercury over a lifetime (table I).

The immunisation schedule for infants recommended by the WHO Expanded Programme on Immunisation (EPI) (table II), representing the core of immunisation programmes in most developing countries, potentially exposes most of the world's children to a level of 112.5μg ethylmercury by 14 weeks of age. *Haemophilus influenzae* type b (Hib)

© 2005 Adis Data Information BV. All rights reserved.

**Exhibit 368**

Table I. Vaccine-derived ethylmercury exposure in US Centers for Disease Control immunisation schedules for children, adolescents and adults[30,31]

| Age | Vaccines | Ethylmercury dose (µg) | |
|---|---|---|---|
| | | per dose | cumulative to 80 years |
| 4–6 years | DTaP, IPV-4, MMR-2 | | |
| 11–12 years | Td | 25 | 25 |
| Every 10 years | Td | 25 | 150 |
| Annually from age 50 years | Influenza | 25 | 750 |
| Age 65 years | Pneumococcal | 25 | 25 |
| Total to age 80 | | | 950 |

**DTaP** = diphtheria-tetanus-acellular pertussis; **IPV** = inactivated poliovirus vaccine; **MMR** = measles-mumps-rubella; **Td** = tetanus-diphtheria.

vaccine is gradually being introduced into childhood programmes in the developing world,[32] with three doses of Hib vaccine contributing an additional 75µg of ethylmercury in the first 6 months of life. Current EPI recommendations for routine immunisation of adults focus on preventing perinatal tetanus through immunisation of women of childbearing age with tetanus toxoid (table III).[32]

## 2. Is There Evidence of Adverse Health Effects from Vaccine-Derived Ethylmercury?

A retrospective cohort study first reported in 2001 by the US Institute of Medicine, Immunization Safety Review Committee, suggested a possible association between vaccine-derived ethylmercury and adverse health effects.[29] This study examined up to 7 years of data for children who were enrolled in three US health maintenance organisations (HMOs). The data analysed were from the Vaccine Safety Datalink, which includes vaccination, clinic, hospital discharge and demographic data from seven US HMOs. Results were inconsistent between HMOs and inconclusive, with weak associations (relative risks <2 per 12.5µg increment in ethylmercury) identified between various cumulative exposures to thiomersal and some neurodevelopmental diagnoses, such as speech delay and attention deficit disorder but not autism. No consistent dose-response relationship was detected.

More recently, published studies examining autism and thiomersal-containing vaccines provide evidence that is not consistent with a causal relationship.[33,34] Madsen et al.[33] analysed a national diagnostic registry to assess the incidence of autism in Danish children aged 2–10 years between 1971 and 2000. There was no trend towards increased autism incidence during the period up to 1992 (when thiomersal-containing vaccines were used for childhood immunisations in Denmark). Autism incidence began to rise in 1991 and continued to rise, even after Denmark switched to thiomersal-free vaccines for childhood immunisations during 1992. Autism incidence peaked in 1999, with the highest age-stratified rates among children born between 1993 and 1997. Stehr-Green et al.[34] compared estimated prevalence or reported incidence of childhood au-

Table II. Vaccine-derived ethylmercury exposure for infants immunised as recommended by the WHO Expanded Programme on Immunisation schedule[27]

| Age | Vaccines | Hepatitis B vaccine[a] | | Ethylmercury dose (µg) | |
|---|---|---|---|---|---|
| | | scheme 1 | scheme 2 | scheme 1 | scheme 2 |
| Birth | BCG, OPV-0 | HBV-1 | | 12.5 | |
| 6 weeks | DTP-1, OPV-1, (Hib-1) | HBV-2 | HBV-1 | 37.5 (62.5)[b] | 37.5 (62.5) |
| 10 weeks | DTP-2, OPV-2, (Hib-2) | | HBV-2 | 25 (50) | 37.5 (62.5) |
| 14 weeks | DTP-3, OPV-3, (Hib-3) | HBV-3 | HBV-3 | 37.5 (62.5) | 37.5 (62.5) |
| 9 months | Measles, yellow fever[c] | | | | |
| Total | | | | 112.5 (187.5) | 112.5 (187.5) |

a   In countries with hepatitis B surface antigen prevalence ≥2%; scheme 1 is recommended in countries with a high risk of perinatal transmission.

b   Parentheses indicate ethylmercury dose if the Hib vaccine is also included in the immunisation schedule.

c   In countries where yellow fever poses a risk.

**BCG** = bacilli Calmette-Guérin; **DTP** = diphtheria-tetanus-(whole cell) pertussis; **HBV** = hepatitis B vaccine; **Hib** = *Haemophilus influenzae* type b; **OPV** = oral poliovirus vaccine.

© 2005 Adis Data Information BV. All rights reserved.

3

**Exhibit 368**

**Table III.** Vaccine-derived ethylmercury exposure for women of childbearing age (especially pregnant women) immunised as recommended by the WHO Expanded Programme on Immunisation schedule[27]

| Vaccine | Timing | Ethylmercury dose (μg) |
|---|---|---|
| TT-1 | As soon as possible in pregnancy or as early as possible in childbearing years | 25 |
| TT-2 | At least 4 weeks after TT-1 | 25 |
| TT-3 | At least 6 months after TT-2 | 25 |
| TT-4 and TT-5 | At least 1 year after previous TT dose | 50 |
| **Total** | | **125** |
| **TT** = tetanus toxoid. | | |

tism with average cumulative doses of vaccine-derived ethylmercury for birth cohorts between the mid-1980s to late 1990s in California, Sweden and Denmark. Although reported incidence (in Sweden and Denmark) and estimated prevalence (in California) of autism-like disorders rose in the late 1980s and accelerated in the early 1990s, the average cumulative vaccine-derived ethylmercury exposures decreased and were eventually eliminated over this period in Sweden and Denmark, while increasing in the US.

In May 2004, the US Institute of Medicine, Immunization Safety Review Committee, investigating whether thiomersal-containing vaccines cause autism, concluded that the body of epidemiological evidence favours rejection of a causal relationship.[35] Subsequently, two published cohort studies in the UK also found no convincing evidence that vaccine-derived thimerosal exposure causes neurodevelopmental disorders. Heron et al.[36] used data from a population-based cohort study of approximately 14 000 children born in 1991 and 1992 from southwest England. Ethylmercury exposure from thiomersal-containing vaccines administered up to 6 months of age was determined from public health immunisation records and analysed against a range of behavioural, speech and motor development criteria that were assessed using validated questionnaires administered to mothers at six specified periods until children were 91 months old. Information on potential confounders (infant gestation birth weight, gender, breastfeeding status and maternal parity, ethnicity, smoking status, education, housing and fish consumption during third trimester) was also collected. Adjusted analyses were most consistent with there being no neurological or behavioural adverse outcome associated with

vaccine-derived thiomersal. Andrews et al.[37] retrospectively collected and analysed data on approximately 100 000 term and 2500 pre-term children born in the UK between 1988 and 1997 who had at least 2 years follow-up by general practitioners who were registered with, and contributed to, a research database. Vaccine-derived ethylmercury exposures at 3 and 4 months of age were determined from the research database and analysed against a range of recorded outcome events including neurodevelopmental disorders, autism, problems with behaviour, speech or language, attention deficit disorder, encopresis, enuresis and tics. Potential confounders were not considered. Investigators found no evidence in either term or pre-term children of an association with any of the outcome events, except possibly tics (with which Heron et al.[36] detected no evidence of association).

## 3. Are Adverse Health Effects from Vaccine-Derived Ethylmercury Plausible?

Plausibility of a possible association between vaccine-derived ethylmercury exposure and mercury-related health effects has been based on the following:

- Presumed similarities in pharmacokinetics and toxicological effects of ethyl- and methylmercury.
- Hypersensitivity reactions after low-dose exposures to thiomersal-containing products.
- Measurable increases in blood mercury following immunisation of infants with thiomersal-containing vaccines.
- Evidence of a dose-response effect from high-dose, acute and chronic occupational and dietary exposures to ethylmercury.

© 2005 Adis Data Information BV. All rights reserved.

4

**Exhibit 368**

### 3.1 Are the Pharmacokinetics of Ethyl- and Methylmercury Comparable?

The pharmacokinetics and toxicology of methylmercury have been studied far more extensively than for ethylmercury.[5,29,38] Similar pharmacokinetics and toxicology at lower doses were initially postulated because of their related chemical structures and similar health effects at higher doses.[8,12,15,39] Current regulatory guidelines for organic mercury exposure have therefore been essentially based on the properties and toxicology of methylmercury.[40-43]

The metabolism and toxicological mechanisms of action of ethyl- and methylmercury are complex,[29] and significant differences in the pharmacokinetics between these two compounds are being recognised.[11,12,44,45] Two important differences are the significantly shorter half-life of ethylmercury in blood and less movement of ethylmercury through the blood-brain barrier into the central nervous system.[11,46,47] Magos[46] estimated an allometrically corrected half-life of 18 days for mercury administered as thiomersal, which was within 10% of the measured blood mercury levels reported by Pichichero et al.[11] Data presented by Magos indicate that transient accumulation of blood mercury still results from vaccination with thiomersal-containing vaccines at the 4–6 weeks dose intervals recommended by the WHO/EPI routine infant immunisation schedule for developing countries, although it is significantly less than the estimates based on the longer half-life of methylmercury.[12,46] At the longer 6–8 week primary immunisation dose intervals typically recommended for infants in developed countries, no significant accumulation in blood mercury occurs.[46,47]

### 3.2 Are the Toxicological Effects of Early Methylmercury Exposure Relevant to Ethylmercury?

Long-term, prospective population-based studies of long-term, low-dose prenatal and dietary mercury exposure to children in the Seychelles Islands,[48,49] Faeroe Islands,[50,51] and New Zealand[52] are based on methylmercury intake. In the Seychelles, chronic, low-dose *in utero* mercury exposures result from mothers eating a predominantly fish-based diet, whereas the fish consumption of Faeroes mothers intermittently changes to the consumption of the meat and blubber of pilot whales.

The Seychelles study,[49] which used maternal and child hair to evaluate prenatal and childhood mercury exposure, respectively, and primarily global neuropsychiatric scales to assess outcome, found no neurological impairment among children up to 9 years of age. The Faeroe Islands study,[51] which used umbilical cord blood and child hair to evaluate prenatal and postnatal mercury exposure, respectively, and domain-specific neuropsychiatric testing to assess outcome, reported subtle neurological deficits in memory, attention and language scores among the 7-year-old children tested. Postnatal mercury exposure was less predictive of these effects than prenatal exposure. Infant neurodevelopment test results have not consistently been shown to predict later dysfunction.[53,54]

The New Zealand study[52] correlated prenatal methylmercury exposure, estimated from analysis of maternal hair samples collected during pregnancy, with scholastic and psychological test results in 6- and 7-year-old children. A possible subtle mercury effect was detected but only after excluding one 'outlier' infant-mother pair from the analysis because of a maternal hair mercury level of 86 mg/kg, which was more than four times that of the other mothers.

Mercury exposure of infants to thiomersal-containing vaccines differs from exposures in the Seychelles, Faeroes and New Zealand studies in several key respects. First, ethylmercury is less neurotoxic than methylmercury. Second, the timing of the exposure is different with only postnatal exposure associated with infant vaccination. Third, the route of exposure (parenteral vs oral) is different and fourth, the exposure from vaccination is intermittent rather than more continuous as in the Seychelles, Faeroes and New Zealand studies.[15,29,55]

### 3.3 Hypersensitivity Reactions after Low-Dose Exposures to Thiomersal-Containing Products

Thiomersal has been implicated in contact allergy (delayed-type hypersensitivity) skin reactions.[53,56,57] Between 1% to 16% of tested individuals exhibit allergic reactions on skin patch testing.[53]

© 2005 Adis Data Information BV. All rights reserved.

**5**

# Exhibit 368

*Bigham & Copes*

Immediate hypersensitivity (e.g. anaphylaxis) and immune complex-mediated disorders (e.g. glomerulonephritis) have also been reported in association with exposure to thiomersal-containing products, although it is uncertain if thiomersal was the responsible allergen.[14,29]

### 3.4 Changes in Blood Mercury after use of Thiomersal-Containing Vaccines in Infants

Two studies have examined changes in blood mercury following immunisation with thiomersal-containing vaccines.[11,58] Pichichero et al.[11] compared the blood mercury levels of vaccine-derived thiomersal-exposed and control infants who were 2 months and 6 months of age. The cumulative mean vaccine-derived ethylmercury exposures were 45.6µg and 111.3µg for the 2- and 6-month-old infants, respectively. Twelve of 17 exposed 2-month-old infants had detectable blood mercury at a mean concentration of 8.2 nmol/L (or 1.6 µg/L), [SD = 4.9 nmol/L], whereas for 6-month-old exposed infants, 9 of 16 had detectable blood mercury at a mean concentration of 5.2 nmol/L (or 1.0 µg/L), [SD = 1.2 nmol/L]. By comparison, only one of eight 2-month-old control infants had detectable blood mercury of 4.65 nmol/L (or 0.9 µg/L) and none of seven 6-month-old control infants had detectable blood mercury. Prenatal mercury exposure, which was assessed by maternal hair analysis, did not differ, with mean mercury concentrations of 0.45 µg/g and 0.32 µg/g for mothers of vaccinated and control infants respectively (p = 0.22).

Stajich et al.[58] reported that immunisation with a single dose of hepatitis B vaccine containing 12.5µg of ethylmercury resulted in an increase in mean mercury blood level in pre-term infants from a baseline level of 0.54 µg/L (SD = ±0.79) to 7.36 µg/L (SD = ± 4.99), whereas in term infants an increase from a baseline of 0.04 µg/L (SD = ±0.09) to 2.24 µg/L (SD = ± 0.58) was detected, when measured 2–3 days after vaccination. Although pre-term infants received higher µg/kg doses than term infants, the ratio of prevaccination blood mercury concentration between pre-term and term infants was greater than the corresponding ratio of post-vaccination blood mercury concentration. This indicates that pre-term infants excreted a greater proportion of the mercury dose per kg bodyweight than term infants.[46,47]

It remains uncertain whether the higher levels of blood mercury detected in low-weight or pre-term infants following immunisation with thiomersal-containing vaccines pose any measurable toxicological risk.[47]

### 3.5 Evidence of Dose-Response Relationship from High-Dose Exposures to Ethylmercury

A report of short-term, high-dose exposure to ethylmercury in Iraq documented tremor with or without paraesthesia in three individuals with blood mercury concentrations of 1000, 1500, and 1700 µg/L, while no adverse effect was observed in an exposed fourth individual, who had a blood mercury level of 650 µg/L.[59] In China during the early 1980s, consumption of ethylmercury-treated rice caused a range of neurological symptoms including weakness, dizziness, numbness, paraesthesia and ataxia that were recognised in the mildest-affected persons at total dose exposure levels of 0.5–1 mg/kg bodyweight.[60] Magos[44] reported that no adverse effect was observed at blood mercury levels between 140 and 650 µg/L in five adults, assessed 11–22 days after exposure to varying doses of ethylmercury from contaminated food, infusion or topical application of ethylmercury-containing therapeutic/pharmaceutical products.[42] In this same review, the lowest observable adverse effect level was at a blood mercury level of 1000 µg/L.[42]

The lowest blood levels associated with adverse effects are approximately 1000 times higher than levels measured in 2-month-old infants following exposures reported by Pichichero et al.[11] Although dose-response relationships have been constructed for prenatal exposures to methylmercury,[61-64] no relationship between dose and response has been established for postnatal exposures to ethylmercury at the doses delivered through vaccines.[27]

## 4. Mercury Exposure Guidelines: Their Limitations and Assumptions

There have been no studies specifically designed to evaluate a 'no observed effect level' for ethylmercury,[1] although Magos[44] has interpolated data from published case reports. Although no 'tolerable

© 2005 Adis Data Information BV. All rights reserved.

**Exhibit 368**

daily intake' level for ethylmercury has been proposed,[65] various agencies have published recommended mercury exposure limits that provide policy-making guidance in managing long-term population exposure.[40-43,66-68] In general, these limits are intended to be protective of the fetus.[3,5,14,69] These exposure limits are back-calculated from hair or blood concentrations that are at a steady state and are intended for application to long-term, average daily intake of methylmercury from all sources (Health Canada, WHO, US Environmental Protection Agency and US FDA) or for *a minimum* of 1 year (Agency for Toxic Substances and Disease Registry), below which there is no known, appreciable health risk.[8,29,70] The exposure limits do not represent absolute levels above which toxicity occurs.[1,15,27,29,70] As these recommendations are intended to apply to average long-term, rather than a maximum single-day exposure, care must be taken to compare exposures averaged over a suitable time base. It is not meaningful to compare these guidelines with single-day exposures, such as the day on which a patient receives one or more thiomersal-containing vaccines.

To illustrate how these exposure guidelines can be misinterpreted by using inappropriate averaging times,[71] hypothetical 'worst-case' scenarios of calculated cumulative exposure limit to methylmercury exposure are depicted in figure 1 for infants at 14 weeks of age (corresponding with completion of EPI-recommended vaccinations at 14 weeks age), 6 months of age (approximating completion of similar primary vaccinations in developed countries) and at 1 year of age. These scenarios assume that a newborn female infant in the lowest fifth percentile of mean bodyweight receives all vaccines according to



**Fig. 1.** Ratios of average weekly exposure to mercury from thiomersal-containing vaccines and/or breast milk, compared with agencies' exposure recommendations for methylmercury averaged over 14 weeks, 6 months and 1 year – hypothetical 'worst-case scenarios' for infants aged 14 weeks, 6 months and 1 year and based on fifth percentile of female infant bodyweight. Thiomersal-containing vaccine-derived mercury exposure was based on a cumulative ethylmercury dose of 187.5µg following immunisation according to WHO/EPI schedule up to 14 weeks of age. Breast milk-derived mercury exposure was calculated as: mean weight × mean daily breast milk consumption (140 mL/kg) × number of days × mean mercury concentration in breast milk (1.5 µg/L); mean weight was calculated using fifth percentile of weight for a female infant (birth weight 2.6kg) for specified ages (4.5kg at 14 weeks, 5.9kg at 6 months and 8.0kg at 1 year of age), i.e. mean weights of 3.6kg at 14 weeks, 4.3kg at 6 months and 5.3kg at 1 year of age.[72] The agencies' methylmercury exposure limits were calculated as dosage/kg bodyweight/week × mean weight × age in weeks (i.e. at a dosage of µg Hg/kg/week): WHO – 1.6;[40] US EPA – 0.7;[41] US FDA – 2.8 (estimate derived from an acceptable daily intake of 30 µg /day) [29,37]; ATSDR – 2.1;[43] Health Canada – 1.4.[66] Percentiles for female weight-by-age from US National Center for Health Statistics, published 30 May 2000 (modified 20 April 2001).[72] **ATSDR** = Agency for Toxic Substances and Disease Registry; **US EPA** = US Environmental Protection Agency; **WHO/EPI** = WHO Expanded Programme on Immunisation.

© 2005 Adis Data Information BV. All rights reserved.                                    Drug Safety 2005; 28 (2)

**Exhibit 368**

the WHO/EPI recommended schedule (table II), which corresponds to a cumulative dose of ethylmercury up to 187.5µg. The ratio of cumulative vaccine-derived ethylmercury exposure to agencies' calculated cumulative exposure limits for methylmercury rapidly decreases with age.

Since the exposure limit guidelines are derived from similar scientific data, the differences between agencies reflect varying assumptions and uncertainty factors that are applied in translating scientific data into public policy recommendations. None of the recommended exposure guidelines for mercury incorporates any consideration of offsetting health benefits that would be lost as a result of avoiding certain recognised sources of mercury exposure (e.g. protection against vaccine-preventable disease or reduction in cardiovascular disease risk from eating fish).[13] This reflects the guidelines' intended purpose to minimise *mercury-related* risks to health, not *overall* risks to health. For this reason, sound decision making about reducing health risks to individuals or populations must include all relevant risk information and not rely solely on exposure guidelines that consider only part of the total risk.

## 5. Other Sources of Mercury Exposure in Infants

Typical dietary consumption of some fish species by pregnant or lactating women, can result in fetal or infant mercury exposure approximating those from thiomersal-containing vaccines.[14,54,69,73-77] Recent estimates of breastfed infants' dietary mercury exposure from breast milk under normal environmental conditions range from <1 µg/L to approximately 3 µg/L.[11,76,78-80] A mean mercury concentration in breast milk of 1.5 µg/L, consumed by an exclusively breastfed,[81,82] fifth percentile female infant (mean bodyweight 4.3 kg), with an average intake of 140 ml/kg bodyweight per day of breast milk,[83] corresponds to a cumulative exposure to 164µg dietary mercury during the first 6 months of life. Thus, an exclusively breastfed infant is potentially exposed to approximately the same cumulative amount of mercury from breast milk in the first 6 months of postnatal life as from all WHO/EPI-recommended childhood vaccinations. Given that the same mercury exposure from vaccines occurs as three or four parenteral boluses, one could expect short-term, peak levels of mercury after vaccination to be higher than from ingesting breast milk. However, in either case no measurable adverse health effect from mercury has been recognised at this level of cumulative dose exposure during infancy.

## 6. Comparative Cumulative Mean Lifetime Mercury Exposures

Table IV places the relative exposures from vaccines in context with other common sources of exposure. Based on daily mercury exposures depicted, exposure to an average 2.4µg of methylmercury per day from fish consumption over an average lifetime of 65 years would result in a lifetime exposure of 57mg. This exceeds the lifetime vaccine-derived ethylmercury exposure from current recommended WHO/EPI childhood and adult immunisations (312.5µg) by a factor of 182. These comparisons do not mean that we should not try to reduce mercury exposure where possible but they do make clear that a <1% reduction in overall lifetime organic mercury exposure can be achieved by eliminating thiomersal from vaccines.

**Table IV.** Estimated daily intake/retention of elemental and mercuric compounds in a general population not occupationally exposed to mercury[84]

| Exposure | Elemental mercury vapour (µg/day) | | Inorganic mercury compounds (µg/day) | | Methylmercury (µg/day) | |
|---|---|---|---|---|---|---|
| | intake | retention | intake | retention | intake | retention |
| Air | 0.030 | 0.024 | 0.002 | 0.001 | 0.008 | 0.0064 |
| Food – fish | 0 | 0 | 0.600 | 0.042 | 2.4 | 2.3 |
| Food – non-fish | 0 | 0 | 3.6 | 0.25 | 0 | 0 |
| Drinking water | 0 | 0 | 0.050 | 0.0035 | 0 | 0 |
| Dental amalgam | 3.8–21 | 3–17 | 0 | 0 | 0 | 0 |
| **Total** | **3.9–21** | **3.1–17** | **4.3** | **0.3** | **2.41** | **2.31** |

© 2005 Adis Data Information BV. All rights reserved.

**Exhibit 368**

## 7. Global Burden of Diseases for Which Thiomersal-Containing Vaccines are Available

In 2002, an estimated 500 000 children died of vaccine-preventable pertussis or tetanus,[85] while in 2000, an estimated 37 million children worldwide did not receive the routine immunisations in the first year of life that are recommended by WHO/EPI.[32] Immunisation coverage among infants for three doses of diphtheria-tetanus-pertussis vaccine was only 60% in Africa and approximately 70% in South-East Asia.[86] In 2003, over two dozen countries worldwide, mostly African nations designated as high endemic areas for chronic hepatitis B virus (HBV) infection [i.e. >8% prevalence],[87] had still not introduced HBV vaccine into their national infant immunisation programmes.[88] Among many developing countries that report having implemented HBV immunisation programmes, immunisation coverage is seriously compromised by healthcare system financial constraints.[32,89]

## 8. Implications of Changing Thiomersal Content on Vaccine Effectiveness and Safety

Although thiomersal is added to vaccines primarily as a preservative, it has also been shown to improve vaccine stability, potency and safety.[26,28] In some production processes, such as the manufacture of whole-cell pertussis vaccine, thiomersal is used in conjunction with heat to inactivate bacterial antigen.[25,90] Thimerosal may also be added to some formulations of bulk vaccine prior to filling into final containers as a substitute to filtration-sterilisation.[90] Traces of organic mercury may also have a stabilising effect on vaccine antigens, such as the semi-synthetically produced HBV surface antigen in recombinant HBV vaccines and in whole-cell pertussis vaccine.[90] Its reduction, elimination or replacement from certain vaccines could therefore adversely affect vaccine quality, safety and efficacy. Extensive characterisation, pre-clinical and clinical testing of replacement products will likely be necessary prior to licensure by regulatory authorities.[25,28,90,91] An extended 28 day shelf life has also

been approved by WHO following initial use of thiomersal-containing, multi-dose vaccine vials.[92] This extended shelf life does not necessarily apply for alternative vaccine preservatives such as 2-phenoxyethanol or formaldehyde, which are not as effective as thiomersal in terms of bacteriostatic properties.[91]

## 9. Cost Implications of Changing Thiomersal Content in Vaccines

A significant concern of WHO is the negative impact of thiomersal removal on vaccine production capacity and cost to developing countries. In 2001, 48 countries (including many in the developing world) had domestic vaccine production facilities.[32] As much as 60% of vaccine production in the developing world is used domestically, mostly manufactured as multi-dose, thiomersal-containing vaccines.[1] Multi-dose vials appear to be most appropriate for less expensive (e.g. WHO/EPI-recommended) vaccines and where cold chain systems are very limited.[93]

Despite economic evaluations indicating that childhood immunisation is highly desirable in developing countries,[94] vaccine population coverage can be highly sensitive to even small price increments.[95] In developing countries, which are the primary focus of the WHO/EPI immunisation programme, the total vaccine programme delivery cost per child for complete immunisation with bacilli Calmette-Guérin, diphtheria-tetanus-pertussis, polio and measles vaccines is about $US17,[96] of which vaccine cost represents probably <$US1.[97] Although vaccine cost of $US1 per child may not seem significant, this should be viewed in the context of total government expenditures on health of <$US10 per capita per year in many developing countries.[85] Use of single dose thiomersal-free vaccine formats could raise the overall expense of vaccination programmes and jeopardise the cost effectiveness of immunisation programmes in developing world settings by increasing infrastructure costs related to storage space, containers, container filling, transportation and maintaining adequate cold chain.[91]

© 2005 Adis Data Information BV. All rights reserved.

**Exhibit 368**

## 10. Different Strategies for Managing Potential Risks and Benefits of Thiomersal-Containing Vaccines

From the perspective of individual risk, the absence of credible evidence linking thiomersal-containing vaccines to mercury-related effects on health and the demonstrated reduction in risk of vaccine-preventable disease indicate that the 'low risk' choice is to immunise with thiomersal-containing vaccines rather than not to immunise because of fears of mercury-related effects on health. That said, in settings such as more affluent countries, it may be perfectly rational to 'prefer' thiomersal-free vaccines to thiomersal-containing vaccines, both on precautionary grounds and to reduce overall exposure to mercury, particularly during infancy.

However, even in affluent countries, individual choice and access to alternative vaccine products may be constrained by pharmaceutical industry product marketing or government vaccine procurement policies for publicly funded immunisation programmes. Consumer preference can be a powerful force for affecting change and much of the impetus for improvements in consumer products and pharmaceuticals in many countries is driven by consumer demand, both directly and through actions of government agencies.

From the perspective of population-based risk, choices are more complicated when it comes to developing national or regional policies on thiomersal-containing vaccines. By-and-large, affluent countries have opted to move towards thiomersal-free, single-dose formats of vaccine for immunisations routinely recommended for children. This decision reflects a desire to maintain protection against vaccine-preventable disease while avoiding or reducing overall exposure to mercury, regardless of any established proven benefit from such exposure reductions. This choice of vaccine products in affluent countries is made possible by a willingness to absorb higher total vaccine programme costs and by having sufficient vaccine production capacity to transition relatively quickly to thiomersal-free products.[1,32] It also reflects a growing concern among parents, fueled by vocal, activist, anti-vaccination groups, about the safety of vaccines.[98] Failure by public policy makers and health officials to respond

to these concerns could result in reduced vaccine uptake in the population and a net increase in the risk of vaccine-preventable disease at a population level.

On the other hand, in developing countries, choice is often more limited and the stakes are higher. As the rates of many vaccine-preventable diseases are higher, the benefits of immunisation are greater, as are the risks of failing to immunise or even deferring immunisation. Unlike more affluent countries, there are significant limitations in healthcare resources and vaccine storage, handling and delivery infrastructure. In this setting, immunisation programmes using current thiomersal-containing, multi-dose vaccines are one of the most highly cost-effective – even cost-saving – health strategies. In developing countries, as in more affluent countries, the 'highest risk' option is the failure to immunise.

In light of the relatively greater cost implications and practical difficulties in delivering vaccine programmes in developing countries, thiomersal should probably only be replaced in these countries when suitable safe, effective alternatives that produce equivalent or lower costs for total vaccine programme delivery become available.[28] Over time, thiomersal-free vaccines can be systematically introduced to replace low-cost, multi-dose thiomersal-containing combination vaccines that, when administered according to WHO/EPI recommendations, have proven to be so effective in protecting children.

## 11. Conclusions

The health risks from vaccine-preventable diseases are well documented and are generally far higher in developing countries than in affluent countries. While the toxicity of mercury at high doses is well established, the risks from low-level exposure to thiomersal-containing vaccines are speculative and inadequately quantified.

Removal of thiomersal from vaccines will reduce exposure to mercury, particularly during infancy. Regulatory requirements mandating mercury exposure reduction, along with concern about potential risks to health, has led to the deployment of thiomersal-free vaccines in many countries that are able to afford higher-priced vaccines. Ideally, immunisa-

© 2005 Adis Data Information BV. All rights reserved.

**Exhibit 368**

tion against vaccine-preventable diseases should be provided without incurring mercury exposure. However, the risks of failing to immunise against vaccine-preventable disease outweigh the possible risk associated with mercury in vaccines, particularly in developing nations. For this reason, thiomersal-containing vaccines are a 'safer' choice than no vaccines at all and these vaccines should continue to be employed, especially in developing countries, until thiomersal-free substitutes become a practical, affordable alternative.

## Acknowledgements

The authors received no funding for the preparation of this review and have no conflicts of interest directly relevant to its content.

### References

1. Clements CJ, Ball LK, Ball R, et al. Thimersal in vaccines: is removal warranted? Drug Saf 2001; 24 (8): 567-74
2. Schuster PF, Krabbenhoft DP, Naftz DL, et al. Atmospheric mercury deposition during the last 270 years: a glacial ice core record of natural and anthropogenic sources. Environ Sci Technol 2002; 36 (11): 2303-10
3. Clarkson TW. Mercury: major issues in environmental health. Environ Health Perspect 1993 Apr; 100: 31-8
4. Campbell L, Dixon DG, Hecky RE. A review of mercury in Lake Victoria, East Africa: implications for human and ecosystem health. J Toxicol Environ Health B Crit Rev 2003; 6 (4): 325-56
5. Tchounwou PB, Ayensu WK, Ninashvili N, et al. Environmental exposure to mercury and its toxicopathologic implications for public health. Environ Toxicol 2003; 18 (3): 149-75
6. Aschner M, Walker SJ. The neuropathogenesis of mercury toxicity. Mol Psychiatry 2002; 7: S40-1
7. Goyer RA. Toxic effects of metals. In: Klaassen CD, editor. Casseret & Doull's toxicology: the basic science of poisons. 5th ed. New York: McGraw-Hill, 1995: 691-736
8. Clarkson TW. The three modern faces of mercury. Environ Health Prospect 2002; 110 Suppl. 1: 11-23
9. Harada M. Minamata disease: methylmercury poisoning in Japan caused by environmental pollution. Crit Rev Toxicol 1995; 25 (1): 1-24
10. Bakir F, Damluji SF, Amin-Zaki L, et al. Methylmercury poisoning in Iraq. Science 1973; 181 (96): 230-41
11. Pichichero ME, Cernichiari E, Loprelato J, et al. Mercury concentrations and metabolism in infants receiving vaccines containing thiomersal: a descriptive study. Lancet 2002; 360: 1737-41
12. Clarkson TW, Magos L, Myers GJ. The toxicology of mercury: current exposures and clinical manifestations. N Engl J Med 2003; 349 (18): 1731-7
13. Egeland GM, Middaugh JP. Balancing fish consumption benefits with mercury exposure. Science 1997; 278 (5345): 1904-5
14. Halsey NA. Limiting infant exposure to thiomersal in vaccines and other sources of mercury. JAMA 1999; 282 (18): 1763-6
15. Ball LK, Ball R, Pratt RD. An assessment of thimerosal use in childhood vaccines. Pediatrics 2001; 107 (5): 1147-54
16. US Food and Drug Administration. Thimerosal in vaccines [online]. Available from URL: http://www.fda.gov/cber/vaccine/thimerosal.htm [Accessed 2002 May 29]
17. US Centers for Disease Control and Prevention. Thimerosal in vaccines: a joint statement of the American Academy of Pediatrics and Public Health Service. MMWR Morb Mortal Wkly Rep 1999; 48 (26): 563-5
18. US Centers for Disease Control and Prevention. Joint statement concerning removal of thimerosal from vaccines [online]. Available from URL: http://www.cdc.gov/nip/vacsafe/concerns/thimerosal/joint_statement_00.htm [Accessed 2000 Nov 21]
19. US Centers for Disease Control and Prevention. Notice to readers: summary of the joint statement on thimerosal in vaccines. MMWR Morb Mortal Wkly Rep 2000; 49 (27): 622, 631
20. The European Agency for the Evaluation of Medicinal Products, Human Medicines Evaluation Unit. EMEA public statement on thimersal containing medicinal products: 8 July 1999; EMEA/20962/99 [online]. Available from URL: http://www.eudra.org/emea.html [Accessed 2004 Jan 13]
21. The European Agency for the Evaluation of Medicinal Products, Human Medicines Evaluation Unit. EMEA Position Statement – Recent developments concerning thiomersal in vaccines: 29 June 2000; /EMEA/CPMP1578/00 [online]. Available from URL: http://www.eudra.org/emea.html [Accessed 2004 Jan 13]
22. US Centres for Disease Control and Prevention. Mercury and vaccines [online]. Available from URL: http://www.cdc.gov/nip/vacsafe/concerns/thimerosal/default.htm [Accessed 2004 Jan 12]
23. US Centres for Disease Control and Prevention. Thimerosal content in some US licensed vaccines [online]. Available from URL: http://www.vaccinesafety.edu/thi-table.htm [Accessed 2004 Jan 12]
24. World Health Organization. Global Advisory Committee on Vaccine Safety, 2003 Jun 11-12. Wkly Epidemiol Rec 2003; 32: 282-4
25. World Health Organization. WHO Guidelines on regulatory expectations related to the elimination, reduction or replacement of thiomersal in vaccines: technical report series (unnumbered), 2003 [online]. Available from URL: http://www.who.int/biologicals/Thimerosal_final.pdf [Accessed 2004 Jan 12]
26. World Health Organization. Global Advisory Committee on Vaccine Safety: statement on thimersal, 2003 Aug [online]. Available from URL: http://www.who.int/vaccine_safety/topics/thiomersal/statement200308/en/index.html [Accessed 2004 Jan 12]
27. World Health Organization (WHO). Thiomersal as a vaccine preservative. Wkly Epidemiol Rec 2000; 75 (2): 9-16
28. Knezevic I, Griffiths E, Reigel F, et al. Thiomersal in vaccines: a regulatory perspective WHO consultation, Geneva, 2002 Apr 15-16. Vaccine 2004; 22: 1836-41
29. Institute of Medicine. Immunization safety review. In: Stratton K, Gable A, McCormick MC, editors. Thimerosal-containing vaccines and neurodevelopmental disorders. Washington (DC): National Academy Press, 2001
30. Centers for Disease Control and Prevention. Recommended childhood and adolescent immunization schedule – United States, 2004 Jan-Jun [online]. Available from URL: http://www.cdc.gov/nip/recs/child-schedule.pdf [Accesssed 2004 Jan 12]
31. Centers for Disease Control and Prevention. Vaccinations for Adults [online]. Available from URL: http://www.cdc.gov/nip/recs/adult-schedule.htm [Accessed 2004 Jan 12]
32. World Health Organization (WHO). State of the world's vaccines and immunization: 2002; 1-97. Available from URL:

© 2005 Adis Data Information BV. All rights reserved.

**Exhibit 368**

*Bigham & Copes*

http://www.who.int/vaccines-documents/DocsPDF02/www7-18.pdf [Accessed 2004 Feb 7]

33. Madsen KM, Lauritsen MB, Pedersen CB, et al. Thimerosal and the occurrence of autism: negative ecological evidence from Danish population-based data. Pediatrics 2003; 112 (3): 604-6

34. Stehr-Green P, Tull P, Stellfeld M, et al. Autism and thimerosal-containing vaccines. Am J Prev Med 2003; 25 (2): 101-6

35. Institute of Medicine. Immunization safety review: vaccines and autism. Washington (DC): National Academies Press, 2004

36. Heron J, Golding J, and the ALSPAC Study Team . Thimerosal exposure in infants and developmental disorders: a prospective cohort study in the United Kingdom does not support a causal association. Pediatr 2004; 114: 577-83

37. Andrews N, Miller E, Grant A, et al. Thimerosal exposure in infants and developmental disorders: a retrospective cohort study in the United Kingdom does not support a causal association. Pediatr 2004; 114: 584-91

38. Health Canada. National Advisory Committee on Immunization Statement on Thimerosal. Can Commun Dis Rep 2003; 29 (ACS-1): 1-10

39. Magos L, Brown AW, Sparow S, et al. The comparative toxicology of ethyl- and methylmercury. Arch Toxicol 1985; 57 (4): 260-7

40. Summary and Conclusions. Joint FAO/WHO Expert Committee on Food Additives: 61st Meeting, Rome, 2003 Jan 10-19 [online]. Available from URL: http://www.who.int/ipcs/food/jecfa/summaries/en/summary_61.pdf [Accessed 2004 Jan 13]

41. US Environmental Protection Agency (EPA). Mercury report to Congress Volumes 1-8. EPA-452/R-97-003 to EPA-452/R-97-010; 1997[online]. Available from URL: http://www.epa.gov/oar/mercury.html [Accessed 2004 Jan 13]

42. Food and Drug Administration. Action level for mercury on fish, shellfish, crustaceans and other aquatic animals. Federal Register 1979; 44 (14): 3990-93

43. Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological Profile for Mercury (Update). 1999; 1-617 [online]. Available from URL: http: //www.atsdr.cdc.gov/tox-profiles/tp46.pdf

44. Magos L. Review on the toxicity of ethylmercury, including its presence as a preservative in biological and pharmaceutical products. J Appl Toxicol 2001; 21: 1-5

45. World Health Organization. Global Advisory Committee on Vaccine Safety, 2002 Jun 20-21: safety of thimerosal-containing vaccines. Wkly Epidemiol Rec 2002; 77: 389-404

46. Magos L. Neurotoxic character of thimerosal and the allometric extrapolation of adult clearance half-time to infants. J Appl Toxicol 2003; 23: 263-9

47. Clements CJ. The evidence for the safety of thiomersal in newborn and infant vaccines. Vaccine 2004; 22: 1854-61

48. Davidson PW, Myers GJ, Cox C, et al. Effects of prenatal and postnatal methylmercury exposure from fish consumption on neurodevelopment: outcomes at 66 months of age in the Seychelles Child Development Study. JAMA 1998; 280: 701-7

49. Davidson PW, Palumbo D, Myers GJ, et al. Neurodevelopmental outcomes of Seychellois children from the pilot cohort at 108 months following prenatal exposure to methylmercury from a maternal fish diet. Environ Res 2000; 84 (1): 1-11

50. Grandjean P, Weihe P, White RF, et al. Cognitive performance of children prenatally exposed to 'safe' levels of methylmercury. Environ Res 1998; 77: 165-72

51. Grandjean P, Weihe P, White RF, et al. Cognitive deficits in 7-year old children with prenatal exposure to methylmercury. Neurotoxicol Teratol 1997; 19 (6): 417-28

52. Crump KS, Kjellstrom T, Shipp AM, et al. Influence of prenatal mercury exposure upon scholastic and psychological test performance: benchmark analysis of a New Zealand cohort. Risk Anal 1998; 18 (6): 701-13

53. Cox NH, Forsyth A. Thiomersal allergy and vaccination reactions. Contact Dermatitis 1988; 18 (4): 229-33

54. Pless R, Risher JF. Mercury, infant neurodevelopment, and vaccination. J Pediatr 2000; 136 (5): 571-3

55. Bigham M, Copes R. Exposure to thimerosal in vaccines used in Canadian infant immunization programs, with respect to risk of neurodevelopmental disorders. Can Commun Dis Rep 2002; 28 (9): 69-80

56. Goncalo M, Figueiredo A, Goncalo S. Hypersensitivity to thimerosal: the sensitivity moiety. Contact Dermatitis 1996; 34: 201-3

57. Van't Veen A-J. Vaccines without thimerosal: why so necessary, why so long coming? Drugs 2001; 61 (5): 565-72

58. Stajich GV, Lopez GP, Harry SW, et al. Iatrogenic exposure to mercury after hepatitis B vaccination in preterm infants. J Pediatr 2000; 136: 679-81

59. Katsunuma H, Suzuki T, Nishi S, et al. Four cases of occupational organic mercury poisoning. Rep Inst Sci Lab 1963; 61: 33-40

60. Zhang J. Clinical observations on ethyl mercury chloride poisoning. Am J Ind Med 1984; 5 (3): 251-8

61. Cox C, Clarkson TW, Marsh DO, et al. Dose-response analysis of infants prenatally exposed to methylmercury: an application of single compartment model to single strand hair analysis. Environ Res 1989; 49 (2): 318-32

62. Marsh DO, Clarkson TW, Cox C, et al. Fetal methylmercury poisoning: relationship between concentration in single strands of maternal hair and child effects. Arch Neurol 1987; 44 (10): 1017-22

63. Cranmer M, Gilbert S, Cranmer J. Neurotoxicity of mercury: indicators and effects of low-level exposure: overview. Neurotoxicology 1996; 17 (1): 9-14

64. Crump KS, Kjellstrom T, Shipp AM, et al. Influence of prenatal mercury exposure upon scholastic and psychological test performance: benchmark analysis of a New Zealand cohort. Risk Anal 1998; 18 (6): 701-13

65. The European Agency for the Evaluation of Medicinal Products, Committee for Veterinary Medicinal Products, Veterinary Medicines Evaluation Unit. Thimersal and timerfonate summary report EMEA/MRL/140/96-FINAL, 1996 Oct [online]. Available from URL: http://www.eudra.org/emea.html [Accessed 2004 Feb 7]

66. Health Canada, Dir Gen, Food Directorate. Memo to F/P/T Committee on Food Safety Policy. 1998 Jun 22

67. US Food and Drug Administration. Action level for mercury in fish, shellfish, crustaceans and other aquatic animals: withdrawal of proposed rulemaking. Fed Regist 1979; 44 (14): 3990-3

68. Galal-Gorchev H. Dietary intake, levels in food and estimated intake of lead, cadmium, and mercury. Food Addit Contam 1993; 10: 115-28

69. American Academy of Pediatrics, Committee on Infectious Diseases and Committee on Environmental Health. Thimerosal in vaccines: an interim report to clinicians (RE9935). Pediatrics 1999; 104 (3): 570-4

70. Mahaffey KR. Methylmercury: a new look at the risks. Public Health Rep 1999; 114: 397-413

71. Halsey NA, Goldman LR. Mercury in infants given vaccines containing thiomersal [letter]. Lancet 2003; 361: 698-9

72. US Centers for Disease Control and Prevention. National Center for Health Statistics. Girls weight-for-age percentiles [online]. Available from URL: http://www.cdc.gov/nchs/data/nhanes/growthcharts/set1clinical/cj41l018.pdf [Accessed 2004 Feb 7]

73. Schoeny R. Use of genetic toxicology data in US EPA risk assessment: the mercury study report as an example. Environ Health Perspect 1996; 104 Suppl. 3: 663-73

© 2005 Adis Data Information BV. All rights reserved.

74. Sundberg J, Oskarsson A. Placental and lactational transfer of mercury from rats exposed to methylmercury in their diet: speciation of mercury in the offspring. J Trace Elem Exp Med 1992; 5 (1): 47-56

75. Sakamoto M, Kubota M, Matsumoto S-i, et al. Declining risk of methylmercury exposure to infants during lactation. Environ Res 2002; 90: 185-9

76. Gundacker C, Pietschnig B, Wittmann KJ, et al. Lead and mercury in breast milk. Pediatr 2002; 110 (5): 873-8

77. Sandborgh-Englund G. Mercury exposure in utero and during pregnancy. J Toxicol Environ Health A 2001; 63: 317-20

78. Dorea JG, Barbosa AC. Maternal mercury transfer. Environ Res 2003; 93: 113-4

79. Abadin HG, Hibbs BF, Pohl HR. Breast-feeding exposure of infants to cadmium, lead and mercury: a public health viewpoint. Toxicol Ind Health 1997; 134: 495-517

80. Dorea JG. Mercury and lead during breast-feeding. Br J Nutr 2004; 92: 21-40

81. World Health Organization (WHO). Global strategy for infant and young child feeding: the optimal duration of exclusive breastfeeding. 2001; Document A54/INF.DOC./4 [online]. Available from URL: http://www.who.int/gb/EB_WHA/PDF/WHA54/ea54id4.pdf [Accessed 2004 Feb 7]

82. World Health Organization. Minor and trace elements in human milk: report of a joint WHO/IEAE collaborative study. Geneva: WHO, 1989

83. Canadian Medical Association. Complete book of mother & baby care. Montreal (QC): Readers Digest Association (Canada) Ltd, 1992: 102

84. World Health Organization (WHO). Environmental Health Criteria 101: Methylmercury, 1990. WHO: Geneva [online]. Available from URL: http://www.inchem.org/documents/ehc/ehc101.htm [Accessed 2003 Dec 31]

85. World Health Organization (WHO). The World Health Report 2003. Geneva: World Health Organization, 2003: 1-184 [online]. Available from URL: http://www.who.int/whr/2003/en/ [Accessed 2004 Feb 7]

86. World Health Organization (WHO). Immunization coverage among infants by WHO Region by vaccine, 2002 [online]. Available from URL: http://www.who.int/vaccines-surveillance/graphics/htmls/covreg.htm [Accessed 2004 Jan 12]

87. World Health Organization (WHO). Geographic pattern of hepatitis B prevalence, 1997 [online]. Available from URL: http://www.who.int/vaccines-surveillance/graphics/htmls/hepb-prev.htm [Accessed 2004 Jan 13]

88. World Health Organization (WHO). Global status of countries using hepatitis B vaccine in their national infant immunization system, 2003 [online]. Available from URL: http://

www.who.int/vaccines-surveillance/graphics/htmls/hepb.htm [Accessed 2004 Jan 13]

89. Global Alliance for Vaccines and Immunization (GAVI) [online]. Available from URL: http://www.vaccinealliance.org [Accessed 2004 Feb 7]

90. The European Agency for the Evaluation of Medicinal Products, Committee for Proprietary Medicinal Products. Points to consider on the reduction, elimination or substitution of thiomersal in vaccines: 2001 Apr 26; EMEA/CPMP/BWP2517/00 [online]. Available from URL: http://www.emea.eu.int/pdfs/human/bwp/251700en.pdf [Accessed 2004 Jan 12]

91. World Health Organization (WHO). Report of the Strategic Advisory Group of Experts (SAGE); 2002 Jun 14-15; Geneva. Document WHO/V&B/03.06 [online]. Available from URL: http://www.who.int/vaccines-documents/DocsPDF03/www7-20.pdf [Accessed 2004 Jan 12]

92. World Health Organization (WHO). The use of opened multi-dose vials of vaccine in subsequent immunization sessions. WHO Policy Statement: document WHO/V&B/00.09, 2000 [online]. Available from URL: http://www.who.int/vaccines-documents/DocsPDF99/www9924.pdf [Accessed 2004 Jan 12]

93. Drain PK, Nelson CM, Lloyd JS. Single-dose versus multi-dose vaccine vials for immunization programmes in developing countries. Bull World Health Organ 2003; 81 (10): 726-31

94. Hutubessy RCW, Bendib LM, Evans DB. Critical issues in the economic evaluation of interventions against communicable diseases. Acta Trop 2001; 78: 191-206

95. Prakash C. Crucial factors that influence cost-effectiveness of universal hepatitis B immunization in India. Int J Technol Assess Health Care 2003; 19 (1): 28-40

96. World Bank. Immunization at a glance [online]. Available from URL: http://wbln0018.worldbank.org/HDNet/hddocs.nsf/c84-0b59b6982d2498525670c004def60/86eca35fe03389328525-6a42005e0dc6?OpenDocument [Accessed 2004 Feb 7]

97. Kane MA. Global status of hepatitis B immunization. Lancet 1996; 348: 696

98. Bigham M, Scheifele D, Dobson S. Impact of the media on vaccine uptake in British Columbia's grade 6 hepatitis b immunization program. Can Commun Dis Rep 1999; 25 (10): 89-93

Correspondence and offprints: Dr *Mark Bigham*, Canadian Blood Services, 4750 Oak Street, Vancouver, BC V6H 2N9, Canada.
E-mail: mark.bigham@bloodservices.ca

# EXHIBIT 369



Available online at www.sciencedirect.com

SCIENCE @ DIRECT®

**Environmental Research**

Environmental Research 95 (2004) 406–413

http://www.elsevier.com/locate/envres

# The US EPA reference dose for methylmercury: sources of uncertainty ☆

## Deborah C. Rice*

*National Center for Environmental Assessment/Office of Research and Development, US Environmental Protection Agency, Washington, DC 20460, USA*

Received 17 April 2003; received in revised form 18 August 2003; accepted 19 August 2003

## Abstract

The US Environmental Protection Agency (EPA) derived a reference dose for methylmercury in 2001, based on an extensive analysis by the National Research Council (NRC) of the National Academy of Sciences. The NRC performed benchmark dose analysis on a number of endpoints from three longitudinal prospective studies: the Seychelles Islands, the Faroe Islands, and the New Zealand studies. Adverse effects were reported in the latter two studies, but not in the Seychelles study. The NRC also performed an integrative analysis of all three studies. Dose conversion from cord blood or maternal hair mercury concentration was performed by EPA using a one-compartment pharmacokinetic model. A total uncertainty factor of 10 was applied for intrahuman pharmacokinetic and pharmacodynamic variability. There are numerous decisions made by the NRC/EPA that could greatly affect the value of the reference dose (RfD). Some of these include the choice of a linear model for the relationship between mercury body burden and neuropsychological performance, the choice of values of $P_0$ and the benchmark response, the use of the "critical study/ critical endpoint" approach in the interpretation of the maternal body burden that corresponds to the RfD, the use of central tendencies in a one-compartment pharmacokinetic model rather than the inclusion of the distributions of variables for the population of reproductive-age women, the assumption of unity for the ratio of fetal cord blood to maternal blood methylmercury concentrations, the choice of a total of 10 as an uncertainty factor, and the lack of dose–response analysis for other health effects such as cardiovascular disease. In addition, it may be argued that derivation of a RfD for methylmercury is inappropriate, given that there does not appear to be a threshold for adverse neuropsychological effects based on available data.
© 2003 Elsevier Inc. All rights reserved.

## 1. Introduction

The US Environmental Protection Agency (EPA) has, as part of its mandate, a responsibility to perform risk assessments for chemicals present in the environment that may pose a hazard to human health. As part of risk assessment for noncancer effects, the EPA may derive a reference dose (RfD), defined as "an estimate of a daily exposure to the human population (including sensitive subgroups) that is likely to be without appreciable risk of deleterious effects during a lifetime." The EPA derived an RfD for methylmercury in 2001, based on an analysis of the health effects of methylmercury by the National Research Council (NRC) (NRC, 2000). The summary of the EPA derivation is available on the EPA website (URL: http://www.epa.gov/iris/subst/0073.htm) as well as in the published literature (Rice et al., 2003). The background document from which these summaries are extracted is also available (US EPA, 2001; URL: http://www.epa.gov/waterscience/criteria/methylmercury/criteria.html). This paper will briefly summarize the decisions made by the EPA in the derivation of the RfD, some areas of variability and uncertainty not addressed in the assessment, and additional analyses that could be

---

☆This work is based on a presentation at the workshop "An Ecosystem Approach to the Health Effects of Mercury in the Great Lakes Basin," International Joint Commission and The Great Lakes Commission, Windsor, Ontario, Canada, 26–27 February 2003. The views expressed in this document are those of the author and do not represent official US EPA policy.

*Current address: Maine Department of Environmental Protection, Bureau of Remedial and Waste Management, State House Station 17, Augusta, ME 04333-0017, USA. Fax: +207-287-7826.

E-mail address: deborah.c.rice@maine.gov.

0013-9351/$ - see front matter © 2003 Elsevier Inc. All rights reserved.
doi:10.1016/j.envres.2003.08.013

**Exhibit 369**

D.C. Rice / Environmental Research 95 (2004) 406–413

performed using existing data and that would provide important information useful for the risk assessment of methylmercury.

## 2. Summary of the NRC/EPA analysis

The NRC based its evaluation on three epidemiological studies suitable for quantitative analysis. These longitudinal prospective developmental studies were conducted in the Seychelles Islands, the Faroe Islands, and New Zealand. The Seychelles Islands study consisted of 779 mother–infant pairs from a fish-eating population (Davidson et al., 1995, 1998; Myers et al., 1995a–c, 1997). Infants were followed from birth to 5.5 years of age and assessed at various ages on a number of standardized neuropsychological endpoints. The independent variable was maternal hair mercury concentrations. The Faroe Islands study included about 900 mother–infant pairs; children were tested on a variety of tasks at 7 years of age (Grandjean et al., 1997). The main independent variable was cord blood mercury, although maternal hair mercury was also measured. In the New Zealand study, 38 children of mothers with hair mercury levels during pregnancy greater than 6 ppm

were matched with children whose mothers had had lower hair mercury concentrations (Kjellstrom et al., 1986, 1989). At 6 years of age, a total of 237 children were assessed on a number of neuropsychological endpoints similar to those used in the Seychelles study (Kjellstrom et al., 1989). Investigators in the Seychelles Islands study reported no evidence of impairment related to in utero methylmercury exposure in their main study, whereas the other two studies found exposure-related effects on a number of neuropsychological endpoints.

The NRC performed bench mark dose (BMD) analysis on five endpoints from the Faroe Islands study from a total of nine that had been reported as significantly affected by methylmercury exposure (Grandjean et al., 1997) (Table 1). Similarly, five endpoints negatively associated with methylmercury exposure in the New Zealand study (Kjellstrom et al., 1989) were used in the BMD analysis by the NRC. All of the endpoints assessed in the Seychelles study were also modeled, even though the Seychelles study was reported as negative. In BMD analysis, the first step is to model the relationship between the endpoint (neuropsychological performance) and exposure (body burden). The NRC used a linear model for all analyses. BMD analysis

Table 1
Tests modeled by NRC, functions assessed, and potential societal relevance

| Study | Test | Domain/function assessed | Societal relevance |
|---|---|---|---|
| Seychelles | Bender copying errors | Visuospatial | Math performance |
| | McCarthy GCI | Full-scale IQ | School performance, intelligence |
| | WJ applied problems | Ability to solve problems | Academic skills |
| | CBCL | Social and adaptive behavior | Antisocial behavior, need for therapeutic services |
| | Preschool language scale | Broad-based language | Learning, intelligence, school performance |
| | WJ letter/word recognition | Word recognition | Reading ability, school performance |
| Faroes | Finger tapping | Motor performance | Motor speed/neuropathy |
| | CPT reaction time | Vigilance, attention, information and processing speed | Intelligence, school behavior, performance |
| | Bender copying errors | Visuospatial | Math performance |
| | Boston naming test | Expressive vocabulary | Reading, school performance |
| | CVLT: delayed recall | Memory | Learning ability, school performance |
| New Zealand | TOLD language development | Broad-based language | Literacy skills, learning, school performance |
| | WISC-R: PIQ | Performance IQ, e.g., visuospatial, sustained attention, sequential memory | Learning, school performance |
| | WISC-R: FSIQ | Full-scale IQ, e.g., PIQ + verbal processing, expressive vocabulary | Learning, school performance |
| | McCarthy perceptual performance | Performance IQ, e.g., visuospatial, audition, memory | Learning, school performance |
| | McCarthy motor test | Gross and fine motor skills | Motor system integration |

Abbreviations used: GCI, General Cognitive Index; WJ, Woodcock–Johnson tests of achievement; CBCL, child behavior check list; CPT, continuous performance test; CVLT, California verbal learning test; TOLD, test of language development; WISC-R:PIQ, Wechsler intelligence scale for children–revised performance IQ; WISC-R:FSIQ, Wechsler intelligence scale for children–revised full-scale IQ.
From US EPA (2001, pp. 4–51).

**Exhibit 369**

requires two additional decisions once an appropriate model has been chosen. When continuous data are used, a point on the curve below which responses are considered "abnormal" must be chosen, termed $P_0$. A value of $P_0 = 0.05$ was used in the NRC/EPA assessment: that is, the cut-off for abnormal response was set at the lowest 5% (5th percentile) of children. The second decision that must be made is the choice of the increase in the proportion of individuals that will be expected to perform in the abnormal category in an exposed versus an unexposed population. This is defined as the bench mark response (BMR). A BMR of 0.05 was chosen for this assessment, which would result in a doubling of the number of children with a response at or below the 5th percentile in an unexposed population.

BMDs were calculated for each of the endpoints described above for each of the three studies. The lower limit on the 95% confidence interval of the BMD (the BMDL) was calculated for each endpoint (Table 2). The BMDLs from the Faroe Islands study were 12–15 ppm total mercury in maternal hair, whereas those in the New Zealand study were 4–6 ppm. The BMDLs from the Seychelles Islands study were 17–25, about 50% higher than those in the Faroe Islands and 250–300% higher than those from the New Zealand study. It is important to recognize that the BMDL represents a defined risk level: in this case, a doubling of the number of children performing in the abnormal range. It is therefore not equivalent to the NOAEL (no observed adverse effect level), which by definition is a level at which no adverse effects are identified. These BMDLs served as potential points of departure (PODs) for the RfD. The POD is the starting point in the risk assessment to which uncertainty factors (UFs) are applied, in order to ensure that the resultant RfD is sufficiently health protective. The EPA applied an uncertainty factor of 10 to each POD to account for intrahuman variability: that is, each POD was divided by 10.

## 3. Use of the linear model for the relationship between body burden and adverse outcome

The NRC modeled the dose–effect relationship for the endpoints from the three studies identified as suitable for quantitative analysis using the $K$ power model and determined the $K$ value that best fit the data. The NRC constrained the model to $K \geqslant 1$. This allowed a sublinear relationship: i.e., a lower slope at lower body burdens and a comparatively greater slope at higher body burdens. The NRC reasoned that a supralinear model was biologically implausible. Under these conditions, the best fit to the data was $K = 1$, or a linear dose–effect relationship, which was the model used for all endpoints from all three studies. In fact, for the Faroe Islands

Table 2
BMDLs, ingested dose, and RfDs for various endpoints from the Faroes Islands, New Zealand, and the NRC integrative analysis[a]

| Test[b] | BMDL ppb mercury cord blood | Ingested dose (μg/kg/day)[c] | RfD (μg/kg/day)[d] |
|---|---|---|---|
| **BNT Faroes** | | | |
| Whole cohort | 58 | 1.081 | 0.1 |
| PCB adjusted | 71 | 1.323 | 0.1 |
| Lowest PCB | 40 | 0.745 | 0.1 |
| **CPT Faroes** | | | |
| Whole cohort | 46 | 0.857 | 0.1 |
| PCB adjusted | 49 | 0.913 | 0.1 |
| Lowest PCB | 28 | 0.522 | 0.05 |
| **CVLT Faroes** | | | |
| Whole cohort | 103 | 1.920 | 0.2 |
| PCB adjusted | 78 | 1.454 | 0.1 |
| Lowest PCB | 52 | 0.969 | 0.1 |
| **Finger tap faroes** | | | |
| Whole cohort | 79 | 1.472 | 0.1 |
| PCB adjusted | 66 | 1.230 | 0.1 |
| Lowest PCB | 24 | 0.447 | 0.05 |
| **Geometric mean Faroes** | | | |
| Whole cohort | 68 | 1.268 | 0.1 |
| PCB adjusted | 65 | 1.212 | 0.1 |
| Lowest PCB | 34 | 0.634 | 0.1 |
| **Smoothed values** | | | |
| BNT Faroes | 48 | 0.895 | 0.1 |
| CPT Faroes | 48 | 0.895 | 0.1 |
| CVLT Faroes | 60 | 1.118 | 0.1 |
| Finger tap Faroes | 52 | 0.969 | 0.1 |
| MCCPP New Zealand | 28 | 0.522 | 0.05 |
| MCMT New Zealand | 32 | 0.596 | 0.1 |
| **Median values** | | | |
| Faroes | 48 | 0.895 | 0.1 |
| New Zealand | 24 | 0.447 | 0.05 |
| **Integrative** | | | |
| All endpoints | 32 | 0.596 | 0.1 |

From US EPA (2001, pp. 4–61).

[a] BMDL_05's from NRC (2000), Tables 7-4, 7-5, 7-6. Total hair mercury was converted to blood mercury for the New Zealand and Seychelles Islands studies using a 250:1 ratio and an assumption of equivalent maternal and cord levels.

[b] Abbreviations used: BNT, Boston naming test; CPT, continuous performance test; CVLT, California verbal learning test; MCCPP, McCarthy perceived performance; MCMT, McCarthy motor test.

[c] Calculated using a one-compartment model.

[d] Calculated using an UF of 10.

endpoints, supralinear models such as the square root or logarithmic transformations were a better fit than the linear model (Budtz-Jørgensen et al., 1999, 2000). In other words, there was evidence that the slope was

Exhibit 369

actually steeper at lower body burdens than at higher ones. This was also the case for the endpoints from the New Zealand study (Louise Ryan, statistician on the NRC panel, personal communication). A disadvantage of the alternative models, at least for the Faroe Islands study, was a larger difference in the BMDs between endpoints compared to the linear model, as well as instability in the 95% confidence interval (which yields the BMDL). However, it may in fact be plausible that the dose–effect function is steeper at lower doses, before exposures are reached at which compensatory mechanisms are activated. There is evidence that the effects of lead on cognitive function in children may be supra-linear, for example (Canfield et al., 2003; Bellinger and Needleman, 2003; Fulton et al., 1987; Lanphear et al., 2000; Schwartz, 1994). The decision to use a linear model had a large effect on the calculation of the BMDLs, which would have been considerably lower if, for example, a log-linear model had been used. This is an area that requires further exploration not only in terms of dose–effect modeling, but also with regard to basic neurochemical and neurophysical mechanisms that may underlie the observed behavioral effects.

### 4. Choice of $P_0$ and BMR

The values of both $P_0$ and the BMR have significant impact on the POD. A choice of a higher BMR, for example from a doubling of an abnormal response to a tripling, obviously would result in a higher POD. Conversely, the choice of a lower $P_0$ would result in a higher POD, and a higher $P_0$ would result in a lower POD. The NRC and EPA chose the fifth percentile, which would be roughly comparable to an IQ of 75 in terms of population distribution. The first percentile corresponds to an IQ of 65, in the range of clinical mental retardation. The 10th percentile corresponds with an IQ of 81. An IQ of neither 75 nor 81 is considered to lie within the clinical definition of mental retardation. However, individuals with neuropsychological functioning within this range will have difficulty functioning in our highly technological society and may require special educational and other services. The NRC apparently performed no analyses of the differential costs to society of individuals at various low functional levels as a basis for the choice of the fifth percentile, nor did the EPA address the issue. Such analyses could inform the choice of both $P_0$ and the BMR.

### 5. Use of the "critical study/critical endpoint" approach

In past assessments the EPA typically derived RfDs based on the choice of a single study (the "critical study") and a single endpoint from that study (the "critical endpoint"). However, it is not EPA policy that

assessments be performed using that strategy, and a recent review of the RfD/RfC derivation process recommends using more of the available data in determining reference values (US EPA, 2003). In its deliberations, the NRC identified a critical study (the Faroe Islands study) and a critical endpoint [Boston naming test (BNT) on the full cohort] in order to conform to standard practices. However, the panel also performed an integrative analysis of all three studies in order to encourage that direction in risk assessment (David Bellinger, NRC panel member, personal communication).

In the document written by the EPA for the derivation of the methylmercury RfD (US EPA, 2001), the BNT from the Faroe Islands study was used as an example for the purpose of illustrating the calculations for the dose conversion using the one-compartment model. The BMDL for the BNT is 58 ppb mercury in cord blood (Table 2). This number has been used both inside and outside the EPA to represent the body burden that corresponds to the RfD; e.g., to estimate the fraction of US women considered to have blood mercury concentrations that exceed the RfD (Schober et al., 2003). However, the EPA considered the RfD to be based on the totality of evidence from the Faroe Islands and New Zealand studies, as well as the integrative analysis of all three studies, including the negative Seychelles Islands study.[1] Numerous other endpoints also yielded an RfD of 0.1 µg/kg/day. For example, the geometric mean for the full cohort of the Faroe Islands study from the endpoints modeled by the NRC is 68 ppb, whereas the median value from that study is 48 ppb. The smoothed value for the BNT, in which the effect of high and low points is attenuated, is also 48 ppb. The integrative analysis of all the data resulted in a maternal blood concentration of 32 ppb. This last number may be considered a more reliable indicator of all of the available data than the critical study/critical endpoint approach. In any case, the choice of blood mercury concentration that is deemed to represent the RfD has not been adequately evaluated and should be revisited in light of the recent review of the RfD/RfC process and the fact that the BNT is being interpreted as the body burden that represents the RfD.

### 6. Use of the one-compartment model for conversion of body burden to maternal intake

The neurotoxic effects associated with methylmercury exposure were modeled based on cord blood and/or

---

[1] "Rather than choose a single measure for the RfD critical endpoint, EPA based the RfD for this assessment on several scores from the Faroes measures, with supporting analyses from the New Zealand study, and the integrative analysis of all three studies." Iris summary for methylmercury, http://www.epa.gov/iris/subst/0073.htm, p. 7.

maternal hair mercury concentrations. To derive an RfD, a daily intake of methylmercury that results in the modeled PODs must be estimated. The EPA used a one-compartment pharmacokinetic model to convert cord blood (or maternal hair) to maternal intake,

$$d = \frac{C \times b \times V}{A \times f \times \mathrm{bw}},$$

where $C = (\mathrm{BMDL})$, $b =$ maternal elimination constant (0.014/days), $V =$ maternal blood volume (5 L), $A =$ fraction of absorbed intake (0.95), $f =$ fraction of absorbed dose in blood (0.059), and bw = maternal body weight (67 kg). There are numerous sources of uncertainty associated with this conversion.

A one-compartment model is a significant simplification of the pharmacokinetics of methylmercury in the maternal body and maternal–fetal unit. Physiological-based pharmacokinetic models have been developed for methylmercury (Swartout and Rice, 2000). However, accurate rate constants are not available for humans for the necessary compartments, including maternal blood $\rightleftharpoons$ fetal blood $\rightleftharpoons$ fetus and fetal organs. The one-compartment model predicts the elimination half-life from maternal blood reasonably well (Ginsberg and Toal, 2000) and thus is useful for estimating maternal blood half-life.

### 7. Use of central tendency estimates for equation parameters

The choice of the values for each parameter of the equation was based on a thorough review of available data. Adequate data were available for a central tendency estimate for some parameters, such as the body weight of American women and the elimination half-life, but not for others, such as blood volume in American women at the end of pregnancy. Perhaps more important, however, is the fact that this approach does not address the variance in these parameters and thereby the variance in the relationship between methylmercury intake and body burden. For example, elimination half-lives in humans may vary from 30 days to as long as 120 days (WHO, 1990; Al-Shahristani and Shihab, 1974). Similarly, there are large differences in the body weights of US women. The distributions of these variables are not captured in the model. It is unknown whether the current UF of 10 is sufficient to include the compound variability of these factors.

### 8. Ratio of cord blood: maternal blood methylmercury concentrations

The EPA assumed that the ratio of methylmercury in fetal cord blood compared to maternal blood was 1:1 for the conversion of cord blood to maternal intake. The EPA identified this as an area of uncertainty that required further investigation. A Monte Carlo analysis based on 10 published studies that met inclusion criteria estimated the ratio of cord blood:maternal blood at 1.6–1.8:1, with the 95th percentile being over 3.0 (Stern and Smith, 2003). The greater concentration of methylmercury in cord blood compared to maternal blood, based on central tendency, would result in a concomitant decrease in the RfD, assuming other decisions were not changed. In addition, the variance in the ratio needs to be included in the estimation of intrahuman variability.

### 9. Conversion of maternal hair mercury to maternal blood methylmercury

Cord blood mercury concentrations were only available for the Faroe Islands study. For the New Zealand and Seychelles Islands studies, only maternal hair mercury concentrations were available. In its analyses, the NRC assumed a ratio of 250:1 to convert from maternal hair to maternal blood, with no estimate of variance. The maternal hair concentrations are not directly related to the dose to the fetus, as are cord blood concentrations. Nonetheless, accurate estimates of central tendency and the variance are important for dose conversion. Preliminary weighted analyses of NHANES 99+ suggest that the central tendency is different from 250, with large variation between individuals. This database should be evaluated further with respect to derivation of the BMDs for the New Zealand and Seychelles studies.

### 10. Choice of uncertainty factor

The EPA used a total uncertainty factor of 10 from each POD to calculate interim RfDs from the endpoints modeled by the NAS. This was considered to include a factor of 3 for variability in maternal elimination half-life and a factor of 3 for pharmacodynamic variability. The former was based on analyses of the variability in human elimination half-life (Swartout and Rice, 2000; Stern, 1997; Clewell et al., 1999), whereas the latter was a default value. The UF also recognized the lack of quantification of cardiovascular effects and delayed neurotoxicity, as well as possible reproductive effects. As outlined above, the total pharmacokinetic variability for the dose conversion is most certainly greater than three. (Conversely, it could be argued that the pharmacodynamic variability is already included in the response. This assumes, however, that the small number of subjects in these studies are representative of the entire US population of women of childbearing potential.) In addition, the EPA did not apply a factor for the

**Exhibit 369**

D.C. Rice / Environmental Research 95 (2004) 406–413

fact that the PODs from the BMD analysis represent body burdens associated with a defined risk and in no way constitute a threshold or a NOAEL. In situations in which a low observable adverse effect level (LOAEL) but not a NOAEL is identified, the EPA default strategy is the application of an additional UF factor of 10. It can be argued that a POD from a BMD analysis is comparable to a LOAEL; it certainly is not a NOAEL. In the recent assessment of benzene, the EPA used a BMD analysis of lymphocyte counts in humans as the POD for setting a reference value. A factor of 3 was added to account for the fact that the POD was an effect level. In the case of methylmercury, the PODs were associated with adverse health effects rather than a precursor to an adverse effect, as was the case with benzene. The use of an additional UF for methylmercury clearly requires further evaluation.

## 11. Other endpoints not quantified in the current assessment

An endpoint identified by both the NRC and EPA as requiring further evaluation is cardiovascular toxicity associated with methylmercury intake from fish. A study of fish eaters in Finland reported an increase in carotid atherosclerosis, myocardial infarction, and death in men as a function of increased hair mercury (Salonen et al., 1995, 2000). A multicenter European study also reported a significant association between mercury body burden and the risk of myocardial infarction in men after controlling for levels of a fatty acid in fish thought to be cardio-protective (Guallar et al., 2002). Adverse effects were not identified based on total mercury levels in a population that included a large proportion of dentists, whose increased mercury body burdens probably represented occupational exposure (Yoshizawa et al., 2002). Separate anayslis excluding the dentists revealed a trend toward adverse effects on cardiovascular function that was nonsignificant. The EPA considers the RfD to be appropriate for everyone. However, a number of states develop two-tier fish advisories, with lower fish intakes recommended for women of child-bearing potential and young children than for men and older women. This strategy is based on the assumption that the developing nervous system is the organ system most sensitive to the effects of methylmercury. This may not be true, however, since cardiovascular effects in men have been associated with hair mercury concentrations below 3 ppm.

There is evidence from both human and experimental studies that either developmental or adult exposure to moderate levels of methylmercury may result in delayed neurotoxicity years or decades after the cessation of exposure, often during aging (Rice, 1996; Kinjo et al., 1993). These effects include somatosensory impairment

and impairment in other sensory systems in monkeys and sensorimotor impairment in humans sufficient to interfere with the ability to independently perform routine personal care. This consequence of methylmercury exposure has important societal implications, particularly considering the aging of the US population. However, it is unlikely that it will be possible to determine the exposure- or body burden-effect function for these effects.

## 12. Research to address uncertainties

The EPA has initiated research in a couple of areas relevant to a risk analysis of the human health effects of methylmercury.

- A BMD analysis of the cardiovascular effects of methylmercury in adult males is being performed. This analysis will allow a comparison between the neurodevelopmental toxicity that is the current basis for the EPA RfD and effects in adults.
- The recent Monte Carlo analysis by Stern and Smith (2003) will be integrated into a full distributional analysis of the one-compartment model for conversion of cord blood methylmercury concentration to maternal intake. Distributions will be generated for maternal elimination half-life, cord blood:maternal blood ratio, maternal body weight, maternal blood volume, and perhaps absorption constants. This analysis will allow an estimate of the distribution of maternal intakes that may result in any particular cord blood concentration, resulting in a much better estimate of the upper end of distribution of mother–fetal pairs at risk for elevated methylmercury exposure than was performed in the EPA's 2001 assessment.

## 13. The bigger picture

In the NRC analyses of the Faroe Islands and New Zealand studies, there was not evidence of a threshold for the effects of methylmercury within the range of the lowest body burdens in the study population, about 1–2 ppm in maternal hair. In fact, supralinear models actually provide a better fit to the data, as discussed above. Since derivation of an RfD assumes an identifiable threshold, this presents something of a dilemma. This situation is not unprecedented: e.g., the EPA has declined to derive an RfD for lead, reasoning that "[b]y comparison to most other environmental toxicants…the degree of uncertainty about the health effects of lead is quite low. It appears that some of these effects, particularly…aspects of children's neurobehavior development, may occur at blood lead levels so low as to be

Exhibit 369

*D.C. Rice / Environmental Research 95 (2004) 406–413*

essentially without a threshold" (US EPA, 1991). The practical extension of that evaluation is that every effort be made to remove lead sources from the environments of children. The situation with methylmercury is more complicated, since the source of methylmercury exposure in the United States is virtually exclusively from fish, a good source of protein and health-protective fatty acids. This reality is currently addressed largely through state fish advisories, which attempt to balance the advantages of eating fish while protecting against potential methylmercury-induced adverse health effects. The long-term goal should be the decrease of new anthropogenic releases of methylmercury into the environment. In addition, however, the risk associated with methylmercury exposure needs to be further evaluated, whether that be through more accurate data for reevaluation of the RfD or new approaches with respect to risk assessment of methylmercury.

# References

Al-Shahristani, H., Shihab, K.M., 1974. Variation of biological half-life of methyl mercury in man. Arch. Environ. Health 28, 342–344.

Bellinger, D.C., Needleman, H.L., 2003. Intellectual impairment and blood lead levels. N. Engl. J. Med. 349, 500.

Budtz-Jørgensen, E., Keiding, N, Grandjean, P., 1999. Benchmark modeling of the Faroese methylmercury data. Find Report to U.S. EPA. Research Report 99/5. Department of Biostatistics, University of Copenhagen, Copenhagen.

Budtz-Jørgensen, E., Grandjean, P., Keiding, N. et al., 2000. Benchmark dose calculations of methylmercury-associated neurobehavioral deficits. Toxicol. Lett. 112–113, 193–199.

Canfield, R.L., Henderson, C.R., Cory-Slechta, D.A., Cox, C., Jusko, T.A., Lanphear, B., 2003. Intellectual impairment in children with blood lead levels below 10 μg/dL: the Rochester study. New Engl. J. Med. 348, 1517–1526.

Clewell, H.J., Gearhart, J.M., Gentry, P.R., Covington, T.R., Van Landingham, C.B., Crump, K.S., Shipp, A.M., 1999. Evaluation of the uncertainty in an oral reference dose for methylmercury due to interindividual variability in pharmacokinetics. Risk Anal. 19, 547–558.

Davidson, C., Myers, G., Cox, C., Shamlaye, C., Marsh, D., Tanner, M., Berlin, M., Sloane-Reeves, J., Cernichiari, E., Choisy, O., Choi, A., Clarkson, C., 1995. Longitudinal neurodevelopmental study of Seychellois children following in utero exposure to methylmercury from maternal fish ingestion: outcomes at 19 and 29 months. Neurotoxicology 16, 677–688.

Davidson, P.W., Myers, G.J., Cox, C., Axtell, C., Shamlaye, C., Sloane–Reeves, J., Cernichiari, E., Needham, L., Choi, A., Yang, Y., Berlin, M., Clarkson, T.W., 1998. Effects of prenatal and postnatal methylmercury exposure from fish consumption on neurodevelopment: outcomes at 66 months of age in the seychelles child development study. J. Am. Med. Assoc. 280, 701–707.

Fulton, M., Raab, G., Thomson, G., Laxen, D., Hunter, R., Hepburn, W., 1987. Influence of blood lead on the ability and attainment of children in Edinburgh. Lancet 1, 1221–1226.

Ginsberg, G.L., Toal, B.F., 2000. Development of a single-meal fish consumption advisory for methylmercury. Risk Anal. 20, 41–47.

Grandjean, P., Weihe, P., White, R., Debes, F., Arak, S., Yokoyama, K., Murata, K., Sorensen, N., Dahl, R., Jorgensen, P., 1997.

Cognitive deficit in 7-year-old children with prenatal exposure to methylmercury. Neurotoxicol. Teratol. 20, 1–12.

Guallar, E., Sanz-Gallardo, M.I., van't Veer, P., Bode, P., Aro, A., Gómez-Aracena, J., Kark, J.D., Riemersma, R.A., Martín-Moreno, J.M., Kok, F.J., 2002. Mercury, fish oils, and the risk of myocardial infarction. N. Engl. J. Med. 347, 1747–1754.

Kinjo, Y., Higashi, H., Nakano, A., Sakamoto, M., Sakai, R., 1993. Profile of subjective complaints and activities of daily living among current patients with Minamata disease after 3 decades. Environ. Res. 63, 241–251.

Kjellstrom, T., Kennedy, P., Wallis, S., Mantell, C., 1986. Physical and mental development of children with prenatal exposure to mercury from fish. Stage 1: preliminary test at age 4. Report 3080, National Swedish Environmental Protection Board, Solna, Sweden.

Kjellstrom, T., Kennedy, P., Wallis, S., Mantell, C., 1989. Physical and mental development of children with prenatal exposure to mercury from fish. Stage 2: interviews and psychological tests at age 6. Report 3642, National Swedish Environmental Protection Board, Solna, Sweden.

Lanphear, B.P., Dietrich, K., Auinger, P., Cox, C., 2000. Cognitive deficits associated with blood lead concentrations <10 microg/dL in US children and adolescents. Public Health Rep. 115, 521–529.

Myers, G.J., Marsh, D.O., Cox, C., Davidson, P.W., Shamlaye, C.F., Tanner, M.A., Choi, A., Cernichiari, E., Choisy, O., Clarkson, T.W., 1995a. A pilot neurodevelopmental study of Seychellois children following in utero exposure to methylmercury from a maternal fish diet. Neurotoxicology 16, 629–638.

Myers, G.J., Marsh, D.O., Davidson, P.W., Cox, C., Shamlaye, C.F., Tanner, M., Choi, A., Cernichiari, E., Choisy, O., Clarkson, T.W., 1995b. Main neurodevelopmental study of seychellois children following in utero exposure to methylmercury from a maternal fish diet: outcome at six months. Neurotoxicology 16, 653–664.

Myers, G.J., Davidson, P.W., Cox, C., Shamlaye, C.F., Tanner, M.A., Choisy, O., Sloane–Reeves, J., Marsh, D.O., Cernichiari, E., Choi, A., Berlin, M., Clarkson, T.W., 1995c. Neurodevelopmetnal outcomes of Seychellois children sixty-six months after in utero exposure to methylmercury from a maternal fish diet: Pilot study. Neurotoxicology 16, 639–652.

Myers, G.J., Davidson, P.W., Shamlaye, C.F., Axtell, C.D., Cernichiari, E., Choisy, O., Choi, A., Cox, C., Clarkson, T.W., 1997. Effects of prenatal methylmercury exposure from a high fish diet on developmental milestones in the Seychelles Child Development Study. Neurotoxicology 18, 819–830.

NRC (National Research Council), 2000. Toxicological effects of methylmercury. Committee on the Toxicological Effects of Methylmercury, Board on Environmental Studies and Toxicology, Commission on Life Sciences, National Research Council, National Academy Press, Washington, DC.

Rice, D.C., 1996. Sensory and cognitive effects of developmental methylmercury exposure in monkeys, and a comparison to effects in rodents. Neurotoxicology 17, 139–154.

Rice, D.C., Schoeny, R., Mahaffey, K., 2003. Methods and rationale for derivation of a reference dose for methylmercury by the US EPA. Risk Anal. 23, 107–115.

Salonen, J.T., Seppänen, K., Nyyssönen, K., Korpela, H., Kauhanen, J., Kantola, M., Tuomilehto, J., Esterbauer, H., Tatzber, F., Salonen, R., 1995. Intake of mercury from fish, lipid peroxidation and the risk of myocardial infarction and coronary, cardiovascular and any death in Eastern Finnish men. Circulation 91, 645–655.

Salonen, J.T., Seppänen, K., Lakka, T.A., Salonen, R., Kaplan, G.A., 2000. Mercury accumulation and accelerated progression of carotid atherosclerosis: a population-based prospective 4-year follow-up study in men in eastern Finland. Atherosclerosis 148, 265–273.

Schober, S.E., Sinks, T.H., Jones, R.L., Bolger, P.M., McDowell, M., Osterlob, J., Garrett, E.S., Canady, R.A., Dillon, C.F., Sun, Y.,

**Exhibit 369**

*D.C. Rice / Environmental Research 95 (2004) 406–413*                                                     413

Joseph, C.B., Mahaffey, K.R., 2003. Blood mercury levels in US children and women of childbearing age, 1999–2000. J. Am. Med. Assoc. 289, 1667–1674.

Schwartz, J., 1994. Low-level lead exposure and children's IQ: a meta-analysis and search for a threshold. Environ. Res. 65, 42–55.

Stern, A.H., 1997. Estimation of the interindividual variability in the one-compartment pharmacokinetic model for methylmercury: implications for the derivation of a reference dose. Regul. Toxicol. Pharmacol. 25, 277–288.

Stern, A.H., Smith, A.E., 2003. An assessment of the cord:maternal blood methylmercury ratio: implications for risk assessment. Environ. Health Perspect. 111, 1465–1470.

Swartout, J., Rice, G., 2000. Uncertainty analysis of the estimated ingestion rates used to derive the methylmercury reference dose. Drug Clin. Toxicol. 23, 293–306.

US EPA, 1991. IRIS Summary for Inorganic Lead. URL: http://www.epa.gov/iris/subst/0277.htm US EPA, Washington, DC.

US EPA, 2001. Water Quality Criterion for the Protection of Human Health: Methylmercury. Chapter 4: Risk Assessment for Methyl-mercury. Office of Sciences and Technology, Office of Water, Washington, DC.

US EPA, 2003. A Review of the Reference Dose and Reference Concentration Processes. US EPA/630/P-02/002F, December 1, 2002. Risk Assessment Forum, Washington, DC, 192pp. http://cfpub.epa.gov/ncea/raf/

WHO (World Health Organization), 1990. Environmental Health Criteria 101: Methylmercury. WHO, Geneva.

Yoshizawa, K., Rimm, E.B., Morris, S.S., Spate, V.L., Hsiah, C.C., Spiegelman, D., Stampfer, M.J., Willett, W.C., 2002. Mercury and the risk of coronary heart disease in men. N. Engl. J. Med. 347, 1735–1736.

**Exhibit 369**

# EXHIBIT 370


United States
Environmental Protection
Agency

# Methylmercury (MeHg)

# CASRN 22967-92-6

- <u>IRIS Summary (PDF)</u> (44 pp, 258 K)
- Status: <u>Methylmercury (MeHg) is in step 1 at this time; see Quick Check.</u>

Key IRIS
Values

Assessment
Status

Chemical
Documents

Other EPA
Information



**Quick
Check**

1  Draft Development
2  Agency Review
3  Interagency
   Science Consultation
4  Public Comment and
   External Peer Review
5  Revise Assessment
6  Final Agency
   Review/Interagency
   Science Discussion
7  Final Assessment

---

# Noncancer Assessment

## Reference Dose for Oral Exposure (RfD) (PDF) (44 pp, 258 K)

Last Updated: 07/27/2001

| System | RfD (mg/kg-day) | Basis | PoD |
|---|---|---|---|
| ➕ Nervous, Developmental | $1 \times 10^{-4}$ (High end of BMDL05 range) | Developmental neuropsychological impairment | $BMDL_5$: $1.5 \times 10^{-3}$ mg/kg-day |
| ➕ Nervous, | $1 \times 10^{-4}$ (Low end of BMDL05 | Developmental neuropsychological | $BMDL_5$: $8.6 \times 10^{-4}$ |

**Critical
Effect
Systems**



<u>Developmental</u>

| Developmental | range) | impairment | mg/kg-day |
|---|---|---|---|



Nervous

## Reference Concentration for Inhalation Exposure (RfC) (PDF) (44 pp, 258 K)

Not assessed under the IRIS Program.

---

# Cancer Assessment

## Chemical Structure for Methylmercury (MeHg)



## Weight of Evidence for Cancer (PDF) (44 pp, 258 K)

**Last Updated: 05/01/1995**

| WOE Characterization | Framework for WOE Characterization |
|---|---|
| C (Possible human carcinogen) | Guidelines for Carcinogen Risk Assessment (U.S. EPA, 1986) |

**Basis:**

- Based on inadequate data in humans and limited evidence of carcinogenicity in animals. Male ICR and B6C3F1 mice exposed to methylmercuric chloride in the diet had an increased incidence of renal adenomas, adenocarcinomas and carcinomas. The tumors were observed at a single site and in a single species and single sex. The renal epithelial cell hyperplasia and tumors were observed only in the presence of profound nephrotoxicity and were suggested to be a consequence of reparative changes in the cells. Several nonpositive cancer bioassays were also reported. Although genotoxicity test data suggest that methylmercury is capable of producing chromosomal and nuclear damage, there are also nonpositive genotoxicity data.
- This may be a synopsis of the full weight-of-evidence narrative.

## Synonyms

- MEHG
- Mercury (1+), methyl-, ion
- Mercury(1+), methyl-
- Methyl mercury
- Methylmercury

more synonyms

**Quantitative Estimate of Carcinogenic Risk from Oral Exposure (PDF)** (44 pp, 258 K)
Not assessed under the IRIS Program.

**Quantitative Estimate of Carcinogenic Risk from Inhalation Exposure (PDF)** (44 pp, 258 K)
Not assessed under the IRIS Program.

You will need Adobe Reader to view some of the files on this page. See EPA's PDF page to learn more.

Contact Us to ask a question, provide feedback or report a problem.

JULY 28, 2017

**Exhibit 370**

# EXHIBIT 371



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Vaccine Safety

# Thimerosal in Vaccines

*Thimerosal is a mercury-based preservative that has been used for decades in the United States in multi-dose vials (vials containing more than one dose) of medicines and vaccines. There is no evidence of harm caused by the low doses of thimerosal in vaccines, except for minor reactions like redness and swelling at the injection site. However, in July 1999, the Public Health Service agencies, the American Academy of Pediatrics, and vaccine manufacturers agreed that thimerosal should be reduced or eliminated in vaccines as a precautionary measure.*

## Thimerosal contains ethylmercury.

Mercury is a naturally occurring element found in the earth's crust, air, soil, and water.  Two types of mercury to which people may be exposed — methylmercury and ethylmercury — are very different.

**Methylmercury** is the type of mercury found in certain kinds of fish. At high exposure levels methylmercury can be toxic to people. In the United States, federal guidelines keep as much methylmercury as possible out of the environment and food, but over a lifetime, everyone is exposed to some methylmercury.

Thimerosal contains **ethylmercury**, which is cleared from the human body more quickly than methylmercury, and is therefore less likely to cause any harm.

## Thimerosal prevents the growth of bacteria in vaccines.

Thimerosal is added to vials of vaccine that contain more than one dose (multi-dose vials) to prevent growth of germs, like bacteria and fungi. Introduction of bacteria and fungi has the potential to occur when a syringe needle enters a vial as a vaccine is being prepared for administration. Contamination by germs in a vaccine could cause severe local reactions, serious illness or death. In some vaccines, preservatives, including thimerosal, are added during the manufacturing process to prevent germ growth.

## The human body eliminates thimerosal easily.

Thimerosal does not stay in the body a long time so it does not build up and reach harmful levels. When thimerosal enters the body, it breaks down to ethylmercury and thiosalicylate, which are readily eliminated.

# Thimerosal has been shown to be safe when used in vaccines.

Thimerosal use in medical products has a record of being very safe. Data from many studies show no evidence of harm caused by the low doses of thimerosal in vaccines.

# There are some side effects of thimerosal in vaccines.

The most common side-effects are minor reactions like redness and swelling at the injection site. Although rare, some people may be allergic to thimerosal.

# Scientific research does not show a connection between thimerosal and autism.

Research does not show any link between thimerosal in vaccines and autism, a neurodevelopmental disorder. Many well conducted studies have concluded that thimerosal in vaccines does not contribute to the development of autism.  Even after thimerosal was removed from almost all childhood vaccines, autism rates continued to increase, which is the opposite of what would be expected if thimerosal caused autism.

# Thimerosal was taken out of childhood vaccines in the United States in 2001.

Measles, mumps, and rubella (MMR) vaccines do not and never did contain thimerosal. Varicella (chickenpox), inactivated polio (IPV), and pneumococcal conjugate vaccines have also never contained thimerosal.
Influenza (flu) vaccines are currently available in both thimerosal-containing (for multi-dose vaccine vials) and thimerosal-free versions.

For a complete list of vaccines and their thimerosal content level, see the U.S. Food and Drug Administration (FDA) Thimerosal in Vaccines [↗] page. This chart [📄] [PDF – 182 KB] shows vaccine ingredients sorted by vaccine.

**Exhibit 371**

Featured Resource: Understanding Thimerosal, Mercury, and Vaccine Safety 📄 [PDF – 300 KB]

## Related Links

Frequently Asked Questions about Thimerosal

Ingredients of Vaccines – Fact Sheet

Vaccine Ingredients

CDC Studies on Vaccines and Autism 📄 [357 KB]

Thimerosal: What You Should Know (Spanish) 📄 [PDF - 2 pages] ↗

Page last reviewed: October 27, 2015

Content source: Centers for Disease Control and Prevention, National Center for Emerging and Zoonotic Infectious Diseases (NCEZID), Division of Healthcare Quality Promotion (DHQP)

# EXHIBIT 372

Environmental Pollution 187 (2014) 130–135



Contents lists available at ScienceDirect

# Environmental Pollution

journal homepage: www.elsevier.com/locate/envpol



# Perinatal multiple exposure to neurotoxic (lead, methylmercury, ethylmercury, and aluminum) substances and neurodevelopment at six and 24 months of age



Rejane C. Marques [a], José V.E. Bernardi [b], José G. Dórea [b,*], Maria de Fatima R Moreira [c], Olaf Malm [d]

[a] Federal University of Rio de Janeiro, Campus Macaé, CEP 27930-560 RJ, Brazil
[b] University of Brasília, Brasília, 70919-970 DF, Brasil
[c] Escola Nacional de Saúde Pública, Fundação Oswaldo Cruz, RJ, Brazil
[d] Institute of Biophysics Carlos Chagas Filho, Federal University of Rio de Janeiro, CEP 21941-902 RJ, Brazil

## ARTICLE INFO

Article history:
Received 15 November 2013
Received in revised form
3 January 2014
Accepted 4 January 2014

Keywords:
Hair
Ethyl-mercury
Methyl-mercury
Pregnancy
Lactation
Fish consumption
Breast-milk

## ABSTRACT

We studied neurodevelopment in infants from two communities. Children living in the vicinity of tin-ore kilns and smelters — TOKS; $n = 51$) were compared to children from a fishing village (Itapuã; $n = 45$). Mean hair-Hg (HHg) concentrations were significantly higher in Itapuã children which received significantly ($p = 0.0000001$) less mean ethylmercury (88.6 μg) from Thimerosal-containing vaccines (TCV) than the TOKS children (120 μg). Breast-milk Pb concentrations were significantly higher in the TOKS mothers ($p = 0.000017$; 10.04 vs. 3.9 μg L$^{-1}$). Bayley mental development index (MDI) and psychomotor development index (PDI) were statistically significant (respectively $p < 0.0000001$, $p = 0.000007$) lower for the TOKS children only at 24 months of age. Multivariate regression analysis showed that MDI was negatively affected by breast-milk Pb and by HHg. PDI was positively affected by breastfeeding and negatively affected by ethylmercury. Milestone achievements were negatively affected by breast-milk Pb (age of walking) and by HHg (age of talking).

© 2014 Elsevier Ltd. All rights reserved.

## 1. Introduction

Early life neurodevelopmental challenges and resulting disabilities due to cumulative exposure to hazardous substances begin at pregnancy and/or during the post-natal period. Additionally, socio-economic disparities associated with psychological stimuli can modulate trajectories that influence mental and psychomotor outcomes. Exposure to environmental neurotoxic substances, per se or in combination, can burden the central nervous system (CNS) of the fetus and young child.

Due to the increased pollution or environmental contamination, children nowadays are exposed to more man-made toxic agents than in the past (Landrigan et al., 2005). The number of toxic molecules that are introduced with modern-day manufactured goods (including biocides) has increased considerably. As a result of CNS immaturity, the unborn fetus and infant have to deal with different kinds of toxic substances co-occurring from multiple sources. Neurotoxic metals (e.g. lead, mercury, and aluminum) per se are known to negatively affect neurodevelopment even at low doses. Indeed, developmental effects have been demonstrated in animal models and have also been observed in children (Rice and Barone, 2000; Carpenter, 2001; Fox et al., 2012). As reviewed elsewhere (Rice and Barone, 2000; Fox et al., 2012), the effects of such substances can be developmental delays, transient or persistent neurological deficits, with neurobehavioral consequences in the individual and societal costs (Bellinger, 2004; Attina and Trasande, 2013). Worldwide, with the increase in manufactured goods and economic globalization, there is a high prevalence of exposure to neurotoxic chemicals per se or in combination.

Organic Hg compounds (methylmercury — MeHg, ethylmercury — EtHg) are comparably toxic and hazardous with demonstrable risks shown in animal and human studies (Dórea et al., 2013). While MeHg exposure is mainly through consumption of fish and seafood, EtHg exposure occurs only through Thimerosal-containing vaccines (TCV) widely used in pediatric populations of third-world countries. Additionally, besides EtHg, TCV contains adjuvant-Al (Dórea and Marques, 2010); individually, these substances are below the currently assumed toxicological threshold. However, cumulative

* Corresponding author.
E-mail addresses: jg.dorea@gmail.com, jdorea@pesquisador.cnpq.br (J.G. Dórea).

0269-7491/$ — see front matter © 2014 Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.envpol.2014.01.004

Exhibit 372

R.C. Marques et al. / Environmental Pollution 187 (2014) 130–135

doses (during frequent immunization in infancy) can attain levels that are of concern (Marques et al., 2007). In the Amazon, when fish is consumed, MeHg is an obligatory dietary component driving exposure and hair Hg (HHg) concentrations in mothers and exclusively breastfed infants (Marques et al., 2013b). During immunization with TCVs, both pregnant mothers and nursing infants are also exposed to EtHg (and adjuvant-Al) (Dórea, 2007; Dórea and Marques, 2010). To deal with concerns about organic Hg exposure, the World Health Organization (WHO) has set guidelines to limit fish-MeHg intake during pregnancy and lactation (JECFA, 2004), but considers the current exposure to multiple doses of TCV-EtHg to be safe (WHO, 2012). While eating fish during pregnancy can have neuroprotective attributes that counteract fish-MeHg effects (Sagiv et al., 2012), exposure to TCVs (during pre- and post-natal period), however, has no co-occurring counteracting substances against putative effects of EtHg (combined with adjuvant-Al).

It is known that neurotoxic chemicals (Pb, MeHg, EtHg, Al) per se can reach the CNS causing an adverse effect; however, neurological effects are less well known when these metals occur concomitantly. Usually, when a toxic substance does not show a measurable adverse or untoward effect, the studied level of exposure may be considered safe or without consequence. Despite the vast volume of literature about individually studied neurotoxicity of lead, MeHg, EtHg, and aluminum, it is disappointing how little we know about their co-exposure and combined effects. Therefore, it is important to assess real life perinatal exposure to these metals and their effects on neurodevelopment. Furthermore, early identification of environmental toxic substances and modifying factors of neurological outcomes in children are essential for successful interventions to reduce potential hazards.

The vaccination rate in Brazil is high for the pediatric population, but regional differences are noted (Domingues et al., 2012). In the Amazon region, following the vaccination schedule constitutes a challenge for isolated regions that lack roads and health infrastructure. In a cohort formed from families in the Western Amazon (Marques et al., 2013a), we identified differences in exposure to environmental lead (Marques et al., 2013c). Therefore we took the opportunity to assess neurodevelopment (MDI, PDI, age of walking, and age of talking) between two communities with a distinct pattern of exposure to fish MeHg, TCV (EtHg combined with adjuvant-Al).

The primary objective of this study is to assess early life multiple exposures to low doses of known neurotoxic metals in the Western Amazon aiming to answer two questions: (1) what environmental differences are that may lead to different exposure sources of neurotoxic substances; and (2) how co-occurring substances influence neurodevelopment.

## 2. Materials and methods

This is part of a large cohort formed to study health related issues in rural and urban populations from low socio-economic backgrounds living in the State of Rondonia (West Amazon), Brazil; this cohort spanned over five years (2007–2012). The study protocol was approved by the Ethics Committee for Studies in Humans of the Federal University of Rondonia (Of. 001-07/CEP/NUSAU). Thus, we compared children living in the vicinity of tin-ore kilns and smelters (TOKS) with children living in a fishing village for multiple exposures to toxic metals (Pb, methylmercury-MeHg, ethylmercury-EtHg, and Al).

The first publication assessed maternal fresh-water fish consumption (as HHg) and birth weight, and detailed the cohort formation (Marques et al., 2013a). Additional publications addressed trans-generational fish-MeHg transfer (Marques et al., 2013b) and breast-milk Pb concentrations in the vicinity of tin-ore smelters (Marques et al., 2013c). This present study focused on the families of the fishing community of Itapuã (Marques et al., 2013a), and those families living in the vicinity of tin-ore processing facilities (smelters in the city of Ariquemes, $n = 31$; kilns in the mining settlement of Bom Futuro, $n = 20$), for which we had data on breast-milk Pb (Marques et al., 2013c). Ariquemes is a city with an industrial district that has several operational tin-smelters that refine concentrated 'cassiterite' ores mined in the nearby Bom Futuro region where raw tin-ore is first processed (Marques et al., 2012) in kilns. These tin-ore smelters and kilns (TOKS) emit metals into the atmosphere.

The immediate neighborhood of these TOKS was listed as part of our larger study (Marques et al., 2013a). The village of Itapuã is formed principally by riverines and has been in a previous cross-sectional study of pre-school children (Marques et al., 2011). We assessed multiple exposures (breast-milk Pb, methylmercury-MeHg, ethylmercury-EtHg, and Al) and neurological development (age of walking, age of talking, MDI and PDI at six and 24 months).

The use of biological matrices, such as human milk and hair, are non-invasive (causing minimal discomfort and without risk) and cost-effective means of measuring perinatal exposure to chemical substances. Therefore, population studies of toxicity of MeHg have relied on Hg concentrations measured in hair in relation to neurological symptoms or functional tests applied in children and adults. While this is possible for MeHg derived from habitual fish consumption, the acute exposure and faster metabolism of EtHg (derived from TCV) make it difficult to trace it in hair of infants and children (Dórea et al., 2011). Total Hg in hair represents both MeHg and EtHg. Thus, accurate knowledge about vaccination status which relies on vaccine records made by authorized health professionals is a gold standard for vaccine uptake (Mangtani et al., 2007). During pregnancy and infancy, the recorded TCV dose provides an efficient measure of Thimerosal-EtHg (combined with adjuvant-Al) exposure. Information on TCV was taken from vaccination card records during a visit for neurological assessment.

According to the Brazilian immunization schedule, during the first six months of life, an infant receives cumulative doses of Thimerosal-containing vaccines (TCVs) through hepatitis B, DTP and, depending on immunization efforts, the seasonal anti-flu vaccines. Additionally, pregnant mothers are also targeted for immunization against tetanus (a TCV), which is recommended in a series of three shots (Marques et al., 2007). All these TCVs (Tetanus toxoid, Hepatitis B, and DTP vaccines) are adjuvanted with aluminum.

The TCVs were from the same Brazilian maker (Biomanguinhos, Rio de Janeiro, Brazil) and were formulated to contain a concentration of 2.5 mg mL$^{-1}$ of Al-adjuvant. We adjusted the adjuvant-Al exposures to represent doses of 0.25 mL (0.63 mg Al) of Hepatitis B (taken by infants) and 0.5 mL (1.25 mg Al) for the infants' DTP vaccine and for tetanus toxoid vaccine taken by pregnant mothers. Other Al-adjuvanted vaccines were not used by mothers or infants at the time of the study. For each infant, we computed total EtHg (pre- and post-natal) exposure from each vaccine taken by the mother during pregnancy (Tetanus toxoid) and by the infant during the first six months (Hepatitis B and DTP). The infants received the TCVs of the Brazilian schedule at variable ages depending on their addresses, i.e., if they lived in distant locations or their mothers did not attend pre-natal clinics, there were different intervals between vaccinations; these challenges also account for differences in vaccine coverage (Domingues et al., 2012).

During home-visiting to apply the Bailey tests, we collected a sample of hair according to our standard procedures detailed elsewhere (Marques et al., 2011). Hair samples were cut with stainless-steel scissors, bundled together, and kept in a properly identified envelope until analysis (Institute of Biophysics of the Federal University of Rio de Janeiro). Total Hg determination was done after digestion according to routine procedures described elsewhere (Marques et al., 2013a). Samples of hair were comminuted, washed with EDTA 0.01%, dried in an oven at 50 °C, weighed, and digested with 5 mL of HNO3:H2SO4 (1:1) and 4 mL of 5% KMnO4 using a digestion block at 80 °C for 40 min. Total Hg was then determined by cold vapor atomic absorption spectrometry with a flow injection system (CV-AAS- FIMS; Perkin-Elmer—FIMS 400, Ueberlingen, Germany).

Lead in human milk was quantified as already described in a preceding publication (Marques et al., 2013c). Detailed analysis of total Hg (in hair) concentrations has also appeared in previous publications (Marques et al., 2013a).

Considering the impact of the elevated breast-milk Pb concentrations (Marques et al., 2013c), we addressed milestone achievements (age of walking and age of talking) and neurodevelopment outcomes (MDI and PDI at 6 and 24 months) in comparison with infants from a fishing village far from the TOKS sites.

### 2.1. Neurodevelopment evaluation and milestone achievements

Neurodevelopment outcomes were measured as milestone achievements (age of walking and age of talking), and through the application of the Bailey scales tests. The ages at which the children first walked or first talked were based on mothers' recollection obtained at the time of visit. The Bayley Scales of Infant Development tests (Bayley, 1969) are based on sets of standardized items that assess personal/social, cognitive, language, and motor development, producing a mental development index (MDI) and a psychomotor development index (PDI); these tests were conducted at the ages of six and 24 months. The Bayley Scale of Infant Development II (BSID-II) was applied and the children's PDI and MDI were calculated; this Bayley-II version is more sensitive for capturing severe motor and cognitive disabilities (Jary et al., 2013). The test was administered in the quiet and familiar atmosphere of home with the mother by the same personnel. Trained psychologists administered the test battery unaware of maternal and infant exposure. Information on breastfeeding practices and socioeconomic data was based on the questionnaire administered to the mothers at the time of the Bayley Scales testing.

### 2.2. Statistical analysis

We tested for the normality of data distribution using the Kolmogorov–Smirnov one-sample test in order to apply appropriate statistical analysis. In the null-

**Exhibit 372**

*R.C. Marques et al. / Environmental Pollution 187 (2014) 130–135*

hypothesis test and linear regression models we used only the variables that had a complete set of data. Group means and medians (birth weight, HHg at 6 months, age of walking, and age of talking, breastfeeding duration) were compared using parametric (*t*-test) and non-parametric (Mann–Whitney test-*U* test, alternative to the *t* test for independent samples) tests as required. For all variables, except for HHg at birth, the sample size was estimated with the entire set of samples ($n = 96$); for the HHg at birth we used $n = 91$ because five newborns (in the TOKS group) did not have sufficient hair mass for the Hg chemical determination. The variables (birth weight, family income, maternal education, breastfeeding length, breast-milk Pb concentrations, infant and maternal hair-Hg) included in the regression model were based on known effects on health and neurodevelopment outcomes. Maternal education entered as a discrete variable, *i.e.*, number of years spent at school. A *p* value of ≤0.05 was accepted as statistically significant for the null hypotheses.

Multiple linear regression analysis (case wise) was used to assess the relationship between neurodevelopment (MDI, PDI, age of walking and age of talking) and maternal and infant variables (birth weight, HHg at 6 and 24 months, TCV-EtHg, age of breast milk Pb concentrations, breastfeeding duration, family income, maternal schooling). We ran the regression model with cohorts (groups) as random factor to assess potential interactions of predicting variables of neurodevelopment. We considered the least acceptable level of significance ($p < 0.05$). Regression coefficients are presented with 95% confidence intervals (CI) of the residuals and the level of significance was $p \leq 0.05$. We also used Pearson Chi-Square to test differences in percent of MDI and PDI <80 between and within (age tested) groups. All statistical analyses were carried out using XLSTAT (Adinsoft, version 1.01, 2013, Paris, France).

The statistical power (the probability of having made a correct decision) was estimated in all cases when $p \leq 0.05$ to confirm that the null hypothesis is true (no real difference between the groups).

## 3. Results

The main results summarizing exposure and neurodevelopment outcomes of infants from the TOKS areas and from the fishing village (Itapuã) are shown in Table 1. Compared to TOKS, Itapuã children showed significantly higher HHg concentrations at all measured times, birth ($p = 0.024685$), 6 months ($p < 0.0000001$), and 24 months ($p < 0.0000001$). However, at six months of age, Itapuã infants had significantly lower ($p = 0.0000001$) exposure to TCV (EtHg combined with Al) and to breast-milk Pb ($p = 0.000007$). Under this pattern of multiple metal exposure, the MDI was lower for the TOKS children at 6 months ($p = 0.068$) but was statistically significant ($p = 0.0000001$) only at 24 months of age. PDI was also significantly lower ($p = 0.000007$) at 24 months in the TOKS infants than in the group from Itapuã.

The MDI and PDI scores showed different trends during the follow-up from six to 24 months between the two groups of



**Fig. 1.** Changes in Bailey scores <80 from 6 to 24 months in infants from a fishing village (Itapuã) and in those living near tin-ore kilns and smelters (TOKS). *Statistically significant difference for PDI between ages in TOKS children ($p = 0.003$), and between Itapuã and TOKS children at age of 24 months for MDI ($p = 0.004$) and PDI ($p = 0.001$).

children, i.e., reversibility and aggravation. While the mean scores (for both MDI and PDI) decreased in TOKS children, the opposite trend was seen for the Itapuã ones (Table 1). To further illustrate the asymmetry of neurodevelopment, the proportion of infants with MDI and PDI scores <80 (indicative of mild delay) is shown in Fig. 1. In the Itapuã children only three (6.7%) had MDI scores <80 at six months, and this number decreased to one (2.2%) at 24 months (not statistically significant; $p = 0.308$); however, there were eight TOKS children (15.7%) with MDI scores <80 at six months, a number that increased to 11 (21.6%) at 24 months (not statistically significant; $p = 0.306$). PDI scores <80 in the Itapuã children were five (11.1%) at six months that decreasing to two (4.4%) at 24 months (not statistically significant; $p = 0.217$). For TOKS, however, four children (7.8%) with PDI scores <80 at six months increased to 16 (31.4%) at 24 months; this was statistically significant ($p = 0.003$). Differences in proportion of infants with scores <80 were significantly higher in TOKS children, for both MDI ($p = 0.004$) and PDI ($p = 0.001$), than for Itapuã children.

**Table 1**
Comparison of infants' exposure and biological parameters between two communities in Western Amazon.[a]

| Characteristics | TOKS ($n = 51$) | | Itapuã ($n = 45$) | | Mann–Whitney $U$ test and $t$ test |
|---|---|---|---|---|---|
| | Median (Min–Max) | Mean (SD) | Median (Min–Max) | Mean (SD) | |
| **Birth** | | | | | |
| Weight, kg[b] | 3.15 (2.40–4.67) | 3.20 (0.46) | 3.39 (2.45–5.14) | 3.38 (0.48) | 0.041895 |
| Hg-hair, µg g⁻¹[c] | 1.28 (0.37–3.53) | 1.58 (0.91)[b] | 1.95 (0.85–5.76) | 2.04 (0.99) | 0.024685 |
| **6 months** | | | | | |
| MDI | 95 (55–115) | 92.25 (14.66) | 95 (70–115) | 98.22 (12.07) | 0.068495 |
| PDI | 100 (60–115) | 95.53 (11.33) | 95 (65–115) | 95.44 (13.81) | 0.578472 |
| Hg-Hair µg g⁻¹ | 1.52 (0.67–3.50) | 1.69 (0.86) | 3.02 (1.04–6.44) | 3.02 (1.11) | 0.0000001 |
| EtHg-Vaccines, µg | 112.5 (12.5–187.5) | 119.85 (43.17) | 112.5 (0–137.5) | 88.61 (39.33) | 0.0000001 |
| **24 months** | | | | | |
| MDI | 90 (55–110) | 89 (16.58) | 111.25 (72.5–115) | 106.14 (10.78) | 0.0000001 |
| PDI | 92 (55–110) | 87.10 (17.26) | 115 (65–115) | 102.81 (14.82) | 0.000007 |
| Hg-Hair, µg g⁻¹ | 2.15 (0.82–4.92) | 2.46 (1.08) | 4.84 (1.66–9.79) | 4.85 (1.64) | 0.0000001 |
| Breastfeeding, m[b] | 6 (3–24) | 8.63 (6.27) | 10 (1–24) | 12.02 (7.17) | 0.004555 |
| Age at talking[b] | 12 (10–20) | 13.27 (2.60) | 13 (10–22) | 13.76 (2.64) | 0.360421 |
| Age at walking[b] | 13 (10–18) | 13.22 (2.17) | 14 (11–20) | 14.71 (2.72) | 0.009734 |
| Income, u[b] | 700 (00–4050) | 857.16 (700.75) | 450 (140–4500) | 646.33 (683.78) | 0.000608 |
| Mother education, y[b] | 7 (2–15) | 7.27 (3.77) | 8 (2–11) | 7.53 (2.11) | 0.310211 |
| Pb (µg/L)[a] | 8.2 (0.9–29.4) | 10.04 (8.37) | 2.5 (0.7–16.2) | 3.89 (3.78) | 0.000017 |

[a] Adapted from Marques et al. (2013a).
[b] Nonparametric distributions.
[c] Mean of 46 samples.

**3**

**Exhibit 372**

*R.C. Marques et al. / Environmental Pollution 187 (2014) 130–135*

Are differences in MDI and PDI relevant to individual metal exposure or were they confounded due to additional measured socio-environmental stressors? What were the weights of counteracting effects of maternal fish consumption and breastfeeding? The pattern of exposure was not symmetrical between the two communities and a multivariate regression analysis (Tables 2–4) was run with all children combined; significant associations were found.

Table 2 shows regression models displaying the relationships between MDI (at six and 24 months and statistical level of significance, respectively $p = 0.023$ and $p = 0.001$) and variables of interest. At six months, only breast-milk Pb was negatively associated ($p = 0.007$) with MDI ($\beta = -0.29$ [95% CI: $-0.50$, 0.08]), whereas at 24 months prenatal exposure (HHg at birth) was negatively associated ($p = 0.044$) with MDI ($\beta = -0.36$ [95% CI: $-0.71$, $-0.001$]). In Table 3 a summary of multivariate analysis for PDI shows no statistically significant model ($p = 0.172$), but shows a significant association ($p = 0.012$) with breastfeeding ($\beta = 0.287$ [95% CI: 0.06, 0.50]) and TCV ($p = 0.009$) exposure – representing both Hg plus adjuvant-Al ($\beta = -0.29$ [95% CI: $-0.50$, $-0.07$]). In Table 4, both age of walking and age of talking, are shown in relation to the measured variables. Age of talking was affected ($p = 0.028$) by prenatal Hg (HHg) exposure ($\beta = 0.441$ [95% CI: 0.04, 0.83]); age of walking was negatively affected ($p = 0.052$) by breast-milk Pb ($\beta = -0.22$ [95% CI: $-0.43$, $-0.002$]), however, the regression model was not significant ($p = 0.221$ and $p = 0.419$ respectively).

Fig. 2 shows total exposure to EtHg and Al in TCV administered to mothers during pregnancy and to infants for both groups. There were only two unvaccinated children, whereas 30 mothers received at least one dose of TCV (tetanus toxoid) during pregnancy. The majority of children (65) showed a full vaccination exposure to TCV (three hepatitis B, and three DTP) according to the immunization schedule. Because some mothers had taken tetanus toxoid vaccine during pregnancy in some cases the infant's exposure to TCVs exceeds six (Fig. 2); most of the TCV occurring during pregnancy also coincided with the infants that were fully vaccinated by the age of six months, i.e., $\geq 5$.

## 4. Discussion

This study is among the few that integrate positive (breast-feeding, maternal education and fish consumption) factors and negative (simultaneous exposure to neurotoxic metals) stressors of neurodevelopment. An identified pattern of multiple exposures to neurotoxicants (MeHg, Pb, and EtHg combined with Al) differed significantly between two Amazonian groups of children and was significantly associated with neurodevelopmental delays. The TOKS children exposed to higher breast-milk Pb and EtHg (combined with adjuvant-Al from TCV) showed a significantly lower MDI and PDI than the group of infants from Itapuã with consistently higher HHg (birth, six and 24 months). Background maternal body burden of MeHg drove HHg in Itapuã infants; curiously, neurodevelopment (MDI, PDI) delays were less pronounced in these infants.

In infancy, during exclusive breastfeeding, the relatively high intake of breast-milk can lead to substantial exposure to Pb (Marques et al., 2013c) and Hg (Dórea, 2004; Vieira et al., 2013) in Amazonian children. Additionally, during the first months of lactation, exposures to EtHg (combined with adjuvant-Al from TCV) were estimated to be higher than exposures through breast milk (Dórea and Marques, 2010); actually the first hepatitis B vaccine exposes babies at birth to an Al dose (250 mg) five times the total exposure of absorbed Al (55 mg) equivalent to 6 months of breastfeeding (Dórea and Marques, 2010). The additional dose of EtHg derived from hepatitis B and DTP series at two months is equivalent to total Hg exposure of six months of exclusive breast-feeding (Dórea, 2007). Although the quantities of mercury acquired through breastfeeding (enteral MeHg) may be comparable to those in TCVs (parenteral EtHg) they do differ in bioavailability (Harry et al., 2004).

Little is known about multiple exposures to neurotoxic metals during early life and neurodevelopmental effects. Nicolescu et al. (2010) measured concentrations of lead, mercury, and aluminum in blood of 8–12-year-old children, and found that core elements of ADHD were adversely affected by low blood Pb (below 10 µg/dl), but not by mercury or aluminum. In our multiple regression

**Table 2**

Regression Summary for Dependent Variable: MDI 6 M ($R = 0.43$ $R^2 = 0.188$); adjusted $R^2 = 0.11$ $F_{(8.82)} = 2.2903$ $p < 0.0223$ – Regression Summary for Dependent Variable: MDI 24 M ($R = 0.53$ $R^2 = 0.28$; Adjusted $R^2 = 0.20$ $F_{(9.81)} = 2.386945$; $p < 0.001$).

| | MDI 6 M (model $p < 0.023$) | | | MDI 24 M (model $p < 0.004$) | | |
|---|---|---|---|---|---|---|
| | Beta | ±95%CI | $p$ | Beta | ±95%CI | $p$ |
| Birth weight | 0.139 | (−0.06; 0.34) | 0.184 | 0.169 | (−0.03; 0.36) | 0.090 |
| Family income | −0.061 | (−0.29; 0.17) | 0.599 | −0.009 | (−0.23; 0.21) | 0.928 |
| Mother education | −0.116 | (−0.34; 0.09) | 0.303 | 0.147 | (−0.06; 0.36) | 0.173 |
| Breastfeeding[a] | −0.121 | (−0.34; 0.09) | 0.266 | – | – | – |
| Breast milk-Pb | −0.293 | (−0.50; 0.08) | 0.007 | −0.145 | (−0.34; 0.06) | 0.157 |
| Hair-Hg, birth | −0.234 | (−0.60; 0.13) | 0.215 | −0.355 | (−0.71; 0.001) | 0.051 |
| Hair-Hg, 6 m | 0.128 | (−0.24; 0.50) | 0.497 | 0.093 | (−0.35; 0.54) | 0.679 |
| Hair-Hg, 24 m | – | – | – | 0.312 | (−0.03; 0.65) | 0.071 |
| Vaccines-EtHg | 0.042 | (−0.17; 0.26) | 0.704 | −0.151 | (−0.36; 0.06) | 0.153 |
| Breastfeeding | – | – | – | 0.073 | (−0.14; 0.28) | 0.495 |

[a] At six months.

**Table 3**

Regression summary for dependent variable: PDI 6 M $R = 0.36$ $R^2 = 0.13$; adjusted $R^2 = 0.04$ $F_{(8; 82)} = 1.4994$ $p < 0.172$. Regression summary for dependent variable: PDI 24 M $R = 0.47$ $R^2 = 0.22$; adjusted $R^2 = 0.135$ $F_{(9; 81)} = 2.2717$ $p < 0.012$.

| | PDI 6 M (model $p < 0.240$) | | | PDI 24 M (model $p < 0.019$) | | |
|---|---|---|---|---|---|---|
| | Beta | ±95%CI | $p$ | Beta | ±95%CI | $p$ |
| Birth weight | −0.063 | (−0.28; 0.15) | 0.562 | −0.048 | (−0.25; 0.16) | 0.637 |
| Income | −0.002 | (−0.24; 0.24) | 0.986 | −0.078 | (−0.30; 0.15) | 0.498 |
| Mother education | −0.184 | (−0.41; 0.05) | 0.117 | 0.086 | (−0.13; 0.30) | 0.443 |
| Breastfeeding* | 0.287 | (0.06; 0.50) | 0.012 | – | – | – |
| Breastfeeding** | – | – | – | 0.073 | (−0.14; 0.29) | 0.507 |
| Pb (µg/L) | −0.062 | (−0.28; 0.16) | 0.576 | −0.129 | (−0.34; 0.08) | 0.223 |
| Hg-hair birth | 0.139 | (−0.25; 0.52) | 0.476 | −0.193 | (−0.56; 0.17) | 0.301 |
| Hg-Hair 6 m | −0.240 | (−0.63; 0.15) | 0.222 | 0.107 | (−0.35; 0.57) | 0.648 |
| Hg-Hair 24 m | – | – | – | 0.155 | (−0.19; 0.50) | 0.382 |
| EtHg-vaccines | −0.026 | (−0.26; 0.19) | 0.818 | −0.288 | (−0.50; −0.07) | 0.009 |

**Table 4**

Regression Summary for Dependent Variable: idade/fala $R = 0.354$; $R^2 = 0.125$; Adjusted $R^2 = 0.028$ $F_{(11.79)} = 1.0923$ $p < 0.257$. Regression Summary for Dependent Variable: idade/andar $R = 0.40012044$ $R^2 = 0.16009637$ Adjusted $R^2 = 0.04314776$ $F_{(11.79)} = 1.3689$ $p < 0.20421$.

| | Age at walking (model $p < 0.221$) | | | Age at talking (model $p < 0.419$) | | |
|---|---|---|---|---|---|---|
| | Beta | ±95%CI | $p$ | Beta | ±95%CI | $p$ |
| Birth weight | 0.009 | (−0.20; 0.22) | 0.932 | −0.019 | (−0.23; 0.19) | 0.857 |
| Income | 0.062 | (−0.18; 0.30) | 0.610 | −0.235 | (−0.47; 0.001) | 0.058 |
| Mother education | 0.010 | (−0.22; 0.24) | 0.932 | 0.087 | (−0.15; 0.32) | 0.466 |
| Breastfeeding 6M | 0.114 | (−0.11; 0.34) | 0.315 | −0.056 | (−0.28; 0.17) | 0.625 |
| Pb (µg/L) | −0.219 | (−0.43; 0002) | 0.052 | −0.066 | (−0.28; −0.16) | 0.557 |
| Hg-hair birth | −0.158 | (0.54; 0.23) | 0.420 | 0.441 | (0.04; 0.83) | 0.028 |
| Hg-Hair 6 m | 0.290 | (−0.1; 0.68) | 0.143 | −0.268 | (−0.66; 0.13) | 0.181 |
| EtHg-vaccines | 0.098 | (−0.12; 0.32) | 0.390 | −0.099 | (−0.33; 0.13) | 0.389 |

**Exhibit 372**



**Fig. 2.** Total Thimerosal-containing vaccine (TCV) exposure and respective loads of ethylmercury (EtHg) and adjuvant-Al. Circles represent doses of both EtHg and Al in TCVs administered during pregnancy and in infancy. Number of infants ($n$) for corresponding total TCV doses received are shown in upper row; superscript letters indicate the number of infants that were exposed to maternal TCV during pregnancy: $a = 1$, $b = 2$, $c = 2$, $d = 1$, $e = 13$, $f = 4$, $g = 7$.

models, only variables related to maternal exposure during pregnancy (milk-Pb and HHg at birth) showed significant association (negative) with MDI at 24 months; however, for PDI at 24 months, significant negative associations were seen in relation to HHg at birth and EtHg (combined with Al). Not only gestational exposures from maternal body burden (mercury and lead), but also TCV (EtHg and Al) showed significant differences in exposure between the groups of children (Table 1).

Studies in European settings, where HHg concentrations resulting from fish consumption are much lower than in Amazonians, addressed Hg exposure from TCV-EtHg (Heron et al., 2004), fish-MeHg (Hibbeln et al., 2007; Daniels et al., 2004), and amalgam-Hg (Daniels et al., 2007) in a series of independent studies. Collectively these studies seem to indicate that both maternal fish intake during pregnancy and fish intake by children were associated with higher mean neurobehavioral scores (references in Dórea et al., 2014). Additionally, results addressing only the EtHg exposure in this ALSPAC cohort were not consistent with organic mercury toxicity (Dórea, 2008; Dórea et al., 2014).

Neurodevelopmental studies addressing multiple exposures that included EtHg are scarce, but they suggest neurological delays in early childhood (Mrozek-Budzyn et al., 2012; Marques et al., 2012; Lee and Ha, 2012; Dórea et al., 2012, 2014). In cross-sectional studies of pre-school children in rural (Marques et al., 2011) and urban (Marques et al., 2012) settings we have not seen clear neurodevelopment effect of fish-MeHg or TCV-EtHg. However, age-specific comparison (six-month-old infants) of neurodevelopment outcomes between rural versus urban settings suggested an association with TCV-EtHg (Dórea et al., 2012). In the present work (*i.e.*, a more rigorous prospective cohort), the findings of strong association between multiple exposures (Pb and EtHg) and neurological outcomes are revealing. Studies addressing simultaneous exposure to organic Hg (which included TCV-EtHg) and other neurotoxic substances showed significant interactions with neurodevelopment in Poland (Mrozek-Budzyn et al., 2012), and in Korea (Lee and Ha, 2012).

While it is relatively simpler to conceive experimental models (animal and cell studies) to measure intended outcomes associated with the toxic level of a target substance (alone or in combination), health scientists are challenged by the limitations of observational studies. It has been largely ignored that early life exposure to multiple neurotoxic substances can occur, albeit in small doses, for which additive and synergistic effects are unknown. In the present work, these challenges were compounded by exposure-associated differences. Therefore, the strengths and weaknesses of this study are intertwined and inseparable: a) exposure route and duration differed between MeHg and Pb (chronic, enteral, and independently or unassociated) and EtHg (acute, parenteral, and in combination with adjuvant-Al); b) no traceable biomarker − parenteral (infant's TCV); c) infant's exposure to Pb, however, is most probably derived from both direct atmospheric Pb (from kiln and smelter emissions), and intrinsic maternal-Pb accumulated in bones; d) unaccountable differences in the metabolism of injected Al hydroxide and Al phosphate that may end up in the brain (Hem, 2002). Furthermore, in follow-up studies, modifying factors (positive and negative) can occur and may introduce confounding related to neurodevelopment outcomes. Nevertheless, this work has the unique feature of addressing intergenerational and neonatal exposure to multiple neurotoxicants and neurodevelopment.

The chain of events leading to neurotoxicant exposures during pregnancy and lactation depends on preventable actions. Counter measures for untoward effects in the subclinical level are challenging (Trasande et al., 2006), but attenuating circumstances related to breastfeeding (Dórea, 2007) and maternal education (Marques et al., 2012) are demonstrable. Therefore, it is crucial to understand the effects of multiple exposures to low doses of toxic substances in vulnerable populations in order to ascertain new paradigms for risk analysis.

In this study, we demonstrate that the early development stages (pregnancy and lactation) require consideration of both, special features of exposure and effect modifying factors (Dórea, 2007). The results shed light on complex interactions between positive (breastfeeding duration, socio-educational characteristics of mothers) and negative (exposure to multiple neurotoxicants) factors that influence neurodevelopment. Since early 1990 when countries started to withdraw Thimerosal as a preservative in pediatric vaccines (Wigzell, 1990), studies have shown that Thimerosal-free vaccines are equally effective (Nolan et al., 2009). The present study suggests that Thimerosal-free vaccines should be used to avoid further exposure to additional organic Hg (and adjuvant-Al) besides other co-occurring neurotoxic substances from environmental sources. This alternative form of immunization should be added to the list of indications to protect sensitive individuals and attenuate the risks of higher combined exposure to environmental pollutants.

## 5. Conclusions

Two groups of young children, with distinct patterns of neurotoxic metal exposures, showed significant differences in neurodevelopmental outcomes. Children with higher exposure to maternal Pb and EtHg showed to be more sensitive to neurodevelopmental delays. The situations of multiple exposures to low doses of neurotoxic metals are complex to analyze, but show a dominant cause of neurodevelopmental delays that can lead to reversibility or aggravation.

## Acknowledgments

This study was supported by a CNPq/MCT grant (project-555516/2006-7; project- 575573/2008-2; project-478575/2009-2). We greatly appreciate the participation of the mothers. We also thank the students and staff of the University of Rondonia. We are

**Exhibit 372**

*R.C. Marques et al. / Environmental Pollution 187 (2014) 130–135*

grateful to the staff of the Health Secretariat of the State of Rondonia, especially community health staff.

# References

Attina, T.M., Trasande, L., 2013. Economic costs of childhood lead exposure in low- and middle-income countries. Environ. Health Perspect. 121, 1097–1102.

Bayley, N., 1969. Bayley Scales of Infant Development. The Psychological Corporation, New York, NY.

Bellinger, D.C., 2004. What is an adverse effect? A possible resolution of clinical and epidemiological perspectives on neurobehavioral toxicity. Environ. Res. 95, 394–405.

Carpenter, D.O., 2001. Effects of metals on the nervous system of humans and animals. Int. J. Occup. Med. Environ. Health 14, 209–218.

Daniels, J.L., Longnecker, M.P., Rowland, A.S., Golding, J., ALSPAC Study Team, University of Bristol Institute of Child Health, 2004. Fish intake during pregnancy and early cognitive development of offspring. Epidemiology 15, 394–402.

Daniels, J.L., Rowland, A.S., Longnecker, M.P., Crawford, P., Golding, J., ALSPAC Study Team, 2007. Maternal dental history, child's birth outcome and early cognitive development. Paediatr. Perinat. Epidemiol. 21, 448–457.

Domingues, C.M., Teixeira, A.M., Carvalho, S.M., 2012. National immunization program: vaccination, compliance and pharmacovigilance. Rev. Inst. Med. Trop. São Paulo 54 (Suppl. 18), S22–S27.

Dórea, J.G., 2004. Mercury and lead during breast-feeding. Br. J. Nutr. 92, 21–40.

Dórea, J.G., 2007. Exposure to mercury during the first six months via human milk and vaccines: modifying risk factors. Am. J. Perinatol. 24, 387–400.

Dórea, J.G., 2008. Early cognitive development and maternal dental mercury exposure: why not consider ethylmercury exposure? Paediatr. Perinat. Epidemiol. 22, 110–111.

Dórea, J.G., Bezerra, V.L., Fajon, V., Horvat, M., 2011. Speciation of methyl- and ethyl-mercury in hair of breastfed infants acutely exposed to thimerosal-containing vaccines. Clin. Chim. Acta 412, 1563–1566.

Dórea, J.G., Farina, M., Rocha, J.B., 2013. Toxicity of ethylmercury (and Thimerosal): a comparison with methylmercury. J. Appl. Toxicol. 33, 700–711.

Dórea, J.G., Marques, R.C., 2010. Infants' exposure to aluminum from vaccines and breast milk during the first 6 months. J. Expo. Sci. Environ. Epidemiol. 20, 598–601.

Dórea, J.G., Marques, R.C., Isejima, C., 2012. Neurodevelopment of Amazonian infants: antenatal and postnatal exposure to methyl- and ethyl-mercury. J. Biomed. Biotechnol. 2012, 132876.

Dórea, J.G., Marques, R.C., Abreu, L., 2014. Milestone achievement and neurodevelopment of rural Amazonian toddlers (12 to 24 months) with different methylmercury and ethylmercury exposure. J. Toxicol. Environ. Health. http://dx.doi.org/10.1080/15287394.2014.861335 (in press).

Fox, D.A., Grandjean, P., de Groot, D., Paule, M.G., 2012. Developmental origins of adult diseases and neurotoxicity: epidemiological and experimental studies. NeuroToxicology 33, 810–816.

Harry, G.J., Harris, M.W., Burka, L.T., 2004. Mercury concentrations in brain and kidney following ethylmercury, methylmercury and thimerosal administration to neonatal mice. Toxicol. Lett. 154, 183–189.

Hem, S.L., 2002. Elimination of aluminum adjuvants. Vaccine 20 (Suppl. 3), S40–S43.

Heron, J., Golding, J., ALSPAC Study Team, 2004. Thimerosal exposure in infants and developmental disorders: a prospective cohort study in the United Kingdom does not support a causal association. Pediatrics 114, 577–583.

Hibbeln, J.R., Davis, J.M., Steer, C., Emmett, P., Rogers, I., Williams, C., Golding, J., 2007. Maternal seafood consumption in pregnancy and neurodevelopmental outcomes in childhood (ALSPAC study): an observational cohort study. Lancet 369, 578–615.

Jary, S., Whitelaw, A., Walløe, L., Thoresen, M., 2013. Comparison of Bayley-2 and Bayley-3 scores at 18 months in term infants following neonatal encephalopathy and therapeutic hypothermia. Dev. Med. Child. Neurol. 55, 1053–1059.

JECFA, 2004. Methylmercury. In: Safety Evaluation of Certain Food Additives and Contaminants. Report of the 61st Joint FAO/WHO Expert Committee on Food Additives. WHO Technical Report Series, vol. 922. World Health Organization, International Programme on Chemical Safety, Geneva, pp. 132–139. http://whqlibdoc.who.int/trs/WHO_TRS_922.pdf.

Landrigan, P.J., Sonawane, B., Butler, R.N., Trasande, L., Callan, R., Droller, D., 2005. Early environmental origins of neurodegenerative disease in later life. Environ. Health Perspect. 113, 1230–1233.

Lee, B.E., Ha, E.H., 2012. Response to commentary "Co-exposure and confounders during neurodevelopment: we need them in the bigger picture of secondhand smoke exposure during pregnancy." Environ. Res. 112, 235.

Mangtani, P., Shah, A., Roberts, J.A., 2007. Validation of influenza and pneumococcal vaccine status in adults based on self-report. Epidemiol. Infect. 135, 139–143.

Marques, R.C., Bernardi, J.V.E., Dórea, J.G., Brandão, K.G., Bueno, L., Leão, R.S., Malm, O., 2013a. Fish consumption during pregnancy, mercury transfer, and birth weight along the Madeira River basin in Amazonia. Int. J. Environ. Res. Pub. Health 10, 2150–2163.

Marques, R.C., Bernardi, J.V.E., Dórea, J.G., Leão, R.S., Malm, O., 2013b. Mercury transfer during pregnancy and breastfeeding: hair mercury concentrations. Biol. TR. Elem. Res. 154, 326–332.

Marques, R.C., Dórea, J.G., Leão, R.S., Dos Santos, V.G., Bueno, L., Marques, R.C., Brandão, K.G., Palermo, E.F., Guimarães, J.R., 2012. Role of methylmercury exposure (from fish consumption) on growth and neurodevelopment of children under 5 years of age living in a transitioning (tin-mining) area of the western Amazon, Brazil. Arch. Environ. Contam. Toxicol. 62, 341–350.

Marques, R.C., Moreira, M.F.R., Bernardi, J.V.E., Dórea, J.G., 2013c. Breast milk lead concentrations of mothers living near tin smelters. Bull. Environ. Cont. Toxic. 91, 549–554.

Marques, R.C., Dórea, J.G., McManus, C., Leão, R.S., Brandão, K.G., Marques, R.C., Vieira, I.H., Guimarães, J.R.D., Malm, O., 2011. Hydroelectric reservoir inundation (Rio Madeira Basin, Amazon) and changes in traditional lifestyle: impact on growth and neurodevelopment of pre-school children. Public Health Nutr. 14, 661–669.

Marques, R.C., Dórea, J.G., Fonseca, M.F., Bastos, W.R., Malm, O., 2007. Hair mercury in breast-fed infants exposed to thimerosal-preserved vaccines. Eur. J. Pediatr. 166, 935–941.

Mrozek-Budzyn, D., Majewska, R., Kiełtyka, A., Augustyniak, M., 2012. Neonatal exposure to thimerosal from vaccines and child development in the first 3 years of life. Neurotoxicol. Teratol. 34, 592–597.

Nolan, T., Richmond, P.C., McVernon, J., Skeljo, M.V., Hartel, G.F., Bennet, J., Basser, R.L., 2009. Safety and immunogenicity of an inactivated thimerosal-free influenza vaccine in infants and children. Influenza Other Respir. Viruses 3, 315–325.

Nicolescu, R., Petcu, C., Cordeanu, A., Fabritius, K., Schlumpf, M., Krebs, R., Krämer, U., Winneke, G., 2010. Environmental exposure to lead, but not other neurotoxic metals, relates to core elements of ADHD in Romanian children: performance and questionnaire data. Environ. Res. 110, 476–483.

Rice, D., Barone Jr., S., 2000. Critical periods of vulnerability for the developing nervous system: evidence from humans and animal models. Environ. Health Perspect. 108 (Suppl. 3), 511–533.

Sagiv, S.K., Thurston, S.W., Bellinger, D.C., Amarasiriwardena, C., Korrick, S.A., 2012. Prenatal exposure to mercury and fish consumption during pregnancy and attention-deficit/hyperactivity disorder-related behavior in children. Arch. Pediatr. Adolesc. Med. 166, 1123–1131.

Trasande, L., Schechter, C.B., Haynes, K.A., Landrigan, P.J., 2006. Mental retardation and prenatal methylmercury toxicity. Am. J. Ind. Med. 49, 153–158.

Vieira, S.M., de Almeida, R., Holanda, I.B., Mussy, M.H., Galvão, R.C., Crispim, P.T., Dórea, J.G., Bastos, W.R., 2013. Total and methyl-mercury in hair and milk of mothers living in the city of Porto Velho and in villages along the Rio Madeira, Amazon, Brazil. Int. J. Hyg. Environ. Health 216, 682–689.

Wigzell, H., 1990. Difficulties in replacing mercury as a preservative in bacterial vaccines. Lakartidningen 87 (9), 621.

WHO, 2012. World health Organization. Global advisory committee on vaccine Safety. Wkly. Epidemiol. Rec. 87, 281–287.

**Exhibit 372**

# EXHIBIT 373

 1

 2                    STATE OF MICHIGAN
      IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND
 3                    FAMILY DIVISION
                        - - -
 4

 5  LORI MATHESON,              :
    f/k/a LORI ANN SCHMITT, :
 6          Plaintiff,          :
                                :
 7     vs.                      :      CASE NO.
                                :      2015-831539-DM
 8  MICHAEL SCHMITT,            :
            Defendant.          :
 9

10

     VIDEOTAPED DEPOSITION OF STANLEY A. PLOTKIN, M.D.
11              New Hope, Pennsylvania
                 January 11, 2018
12

13

14

15

16

17

18

19

20

21

22

23  Reported by:
24  Maureen Broderick, RPR
25  JOB NO. 135522

**Exhibit 373**

1          Stanley Plotkin, M.D.

2                    vaccines, how many fetuses have

3                    been part of that work?

4                    "A.   My own personal work?

5                    Two.")

6   BY MR. SIRI:

7      Q    So I'm going to ask that question again.

8   In your work related to vaccines, how many fetuses

9   were involved in that work?

10     A    There were only two fetuses involved in

11  making vaccines.  When fetal strains of, fibroblast

12  strains were first developed, I was involved in that

13  work trying to characterize those cells; but they

14  were not used to make vaccines.

15     Q    Wasn't the purpose of this study to help

16  develop a human cell line or to support the use of

17  human cell lines in the creation of vaccines?

18     A    The idea was to study the cell strains

19  from fetuses to determine whether or not they could

20  be used to make vaccines.

21     Q    So this was related to your work?

22     A    Well, yes, in a sense --

23     Q    To vaccines, correct?

24     A    Yes.  It was preparatory.

25     Q    So this study involved 74 fetuses,

**Exhibit 373**

Page 343

1          Stanley Plotkin, M.D.

2   correct?

3       A    I don't remember exactly how many.

4       Q    If you turn to page 12 of the study.

5       A    Seventy-six.

6       Q    Seventy-six.  And these fetuses were all

7   three months or older when aborted, correct?

8       A    Yes.

9       Q    And these were all normally developed

10  fetuses, correct?

11      A    Yes.

12      Q    Okay.  These included fetuses that were

13  aborted for social and psychiatric reasons, correct?

14      A    Correct.

15      Q    What organs did you harvest from these

16  fetuses?

17      A    Well, I didn't personally harvest any, but

18  a whole range of tissues were harvested by

19  co-workers.

20      Q    And these pieces were then cut up into

21  little pieces, right?

22      A    Yes.

23      Q    And they were cultured?

24      A    Yes.

25      Q    Some of the pieces of the fetuses were

**Exhibit 373**

1        Stanley Plotkin, M.D.

2    pituitary gland that were chopped up into pieces

3    to --

4        A    Mm-hmm.

5        Q    Included the lung of the fetuses?

6        A    Yes.

7        Q    Included the skin?

8        A    Yes.

9        Q    Kidney?

10       A    Yes.

11       Q    Spleen?

12       A    Yes.

13       Q    Heart?

14       A    Yes.

15       Q    Tongue?

16       A    I don't recall, but probably yes.

17       Q    So I just want to make sure I understand.

18   In your entire career -- this was just one study.

19   So I'm going to ask you again, in your entire

20   career, how many fetuses have you worked with

21   approximately?

22       A    Well, I don't remember the exact number,

23   but quite a few when we were studying them

24   originally before we decided to use them to make

25   vaccines.

**Exhibit 373**

1            Stanley Plotkin, M.D.

2        Q    Do you have any sense?  I mean, this one

3   study had 76.  How many other studies did you have

4   that you used aborted fetuses for?

5        A    I don't remember how many.

6        Q    You're aware, are you aware that the, one

7   of the objections to vaccination by the plaintiff in

8   this case is the inclusion of aborted fetal tissue

9   in the development of vaccines and the fact that

10  it's actually part of the ingredients of vaccines?

11       A    Yeah, I'm aware of those objections.  The

12  Catholic church has actually issued a document on

13  that which says that individuals who need the

14  vaccine should receive the vaccines, regardless of

15  the fact, and that I think it implies that I am the

16  individual who will go to hell because of the use of

17  aborted tissues, which I am glad to do.

18       Q    Do you know if the mother's Catholic?

19       A    I have no idea.

20       Q    Okay.

21       A    But she should consult her priest.

22       Q    If she has a -- if she's, in fact,

23  Christian, I guess, right?

24            In any event, so we have 76 in this

25  study.  Would you approximate it's been a few

**Exhibit 373**

1                    Stanley Plotkin, M.D.

2    hundred fetuses?

3        A    Oh, no, I don't think it was that many.

4    Probably not many more than in this paper.

5                    And I should stipulate that we had

6    nothing to do with the cause of the abortion.

7        Q    Some of these were for psychiatric

8    institutions, correct?

9        A    Actually, all I can say is that the

10   fetuses that I personally worked with actually came

11   from Sweden, from a Swedish co-worker.  And so I, in

12   no case, was able to determine what exactly the

13   reason for the abortion was.

14       Q    I'm just asking you, some of the fetuses

15   that you did use did come from abortions from people

16   who were in psychiatric institutions, correct?

17       A    I don't know that.  What I'm telling you

18   is that I got them from a co-worker; and if it's

19   stated in the paper, it's true.  But, otherwise, I

20   do not know.

21       Q    So if it's in the paper, you don't contest

22   it, right?

23       A    I don't contest it, no.

24       Q    Okay.  Have you ever used orphans to study

25   an experimental vaccine?

**Exhibit 373**

1              Stanley Plotkin, M.D.

2      A     Yes.

3      Q     Have you ever used the mentally

4  handicapped to study an experimental vaccine?

5      A     I don't recollect ever doing studies in

6  mentally handicapped individuals.  At the time in

7  the 1960s, it was not an uncommon practice.

8      Q     So you're saying -- I'm not clear on your

9  answer.  I'm sorry.  Have you ever used mentally

10  handicapped to study an experimental vaccine?

11      A     What I'm saying is I don't recall

12  specifically having done that, but that in the

13  1960s, it was not unusual to do that.  And I

14  wouldn't deny that I may have done so.

15              (Discussion off the stenographic

16  record.)

17  BY MR. SIRI:

18      Q     I'm going to read you a sentence from what

19  what's been previously marked as --

20              MS. RUBY:  No, that wasn't.

21  BY MR. SIRI:

22      Q     -- Exhibit 7.

23              MS. RUBY:  That's not what got marked as

24      Exhibit 7.  That got -- the task force was

25      seven.

**Exhibit 373**

1          Stanley Plotkin, M.D.

2              MR. SIRI:  Oh.

3              MS. NIEUSMA:  So this should be 42.

4              MR. SIRI:  Got it.  Got it.  Got it.

5                  (Exhibit Plaintiff-42 was

6                  marked for identification.)

7    BY MR. SIRI:

8        Q    Well, in any event, you're not denying

9    that you, that you -- well, there's an article

10   entitled "Attenuation of RA 27/3 Rubella Virus in

11   WI-38 Human Diploid Cells."  Are you familiar with

12   that article?

13       A    Yes.

14       Q    In that article, one of the things it says

15   is 13 -- is one of the things it says is:

16   13 seronegative mentally retarded children were

17   given RA 27/3 vaccine?

18       A    Okay.  Well, then that's, in that case

19   that's what I did.

20       Q    Have you ever expressed that it's better

21   to perform experiments on those less likely to be

22   able to contribute to society, such as children with

23   handicap, than with children without or adults

24   without handicaps?

25       A    I don't remember specifically, but it's

**Exhibit 373**

# EXHIBIT 374

Discover Thomson Reuters    •••                    Directory of sites    Login    Contact    Support



**REUTERS**    Business    Markets    World    Politics    TV    More



SPONSORED BY: SAUCONY

**FREE Shipping on ALL Sau...**

This is your world. How you run it i
next level. Get FREE express shipp

HEALTH NEWS    MAY 2, 2012 / 4:45 AM / 8 YEARS AGO

# GAVI man's mission to "immunize every kid on earth"

Kate Kelland                                6 MIN READ    

ACCRA (Reuters) - Seth Berkley was a young epidemiologist working for the U.S. State Department when he saw the graves left behind after measles swept through refugee camps in Sudan during the 1985 famine.





Chief executive of the Global Alliance for Vaccines and Immunisation (GAVI), Seth Berkley, poses for a photograph with children in the village of Amanfro April 27, 2012. Berkley's interim goal with GAVI is to save 4 million lives by 2015, and his big mission is for the global health community to get vaccines against every preventable disease to every child who needs protecting. The Alliance, set up in 2000, uses private and government donor backing to negotiate down vaccine prices for the developing world and then bulk-buy and deliver them to countries whose populations need them most. In its first decade, GAVI says it has already financed immunisation that has prevented more than 5.5 million premature deaths from common but life-threatening diseases. Picture taken April 27, 2012. REUTERS/GAVI/2012/Olivier Asselin/Handout

"You'd see little shallow graves, lined up, one after the other - babies. That's what happens when measles goes through a nutritionally deficient community. It's a horrible disease and it spreads incredibly efficiently," he says.

Now, as chief executive of the Global Alliance for Vaccines and Immunization (GAVI), Berkley's specialism is vaccinology and he is in Africa again, working to introduce routine childhood immunizations which protect most people in the rich world.

Here in Ghana, there have been no deaths from measles since 2003, and no cases of polio, another vaccine-preventable disease, since 2008. But

**Exhibit 374**

Berkley's sights are set high.

His interim goal with GAVI is to save another 4 million lives by 2015, and his big mission is for the global health community to get vaccines against every preventable disease to every child who needs protecting.

A D V E R T I S E M E N T

"I wish we could have state-of-the-art hospitals in every corner of the earth...but realistically it's going to be a while before that can happen," he said in an interview.

"But we can immunize every kid on earth, and we can prevent these diseases. It's only a matter of political will, a little bit of money and some

systems to do it."

GAVI, set up in 2000, uses private and government donor backing to negotiate down vaccine prices for the developing world and then bulk-buy and deliver them to countries whose populations need them most.

In its first decade, GAVI says it has already financed Immunization that has prevented more than 5.5 million premature deaths from common but life-threatening diseases.

After teetering on the brink of a funding crisis in late 2010, the group held a pledging conference in London last June and enlisted the help of billionaire philanthropist Bill Gates and the British government to squeeze other donors hard.

ADVERTISEMENT



PAID FOR AND POSTED BY REUTERS EVENTS

US Biogas Goes Virtual

Seize Market Opportunities and Monetize Biogas-to-RNG Production

Find out more ›

The result was $4.3 billion in pledges, substantially more than the $3.7 billion GAVI had asked for and enough to keep the alliance's programs in more than 70 of the world's poorest countries funded until 2016.

Berkley says GAVI's success lies in the sheer size of the market it has created, making it hard for pharmaceutical companies to ignore.

"The concept of GAVI was to create a market for the entire developing world. When we're in negotiations with companies, it's not just about the Togo market or the Ghanaian market, it's about the entire market," Berkley says. "Our birth cohort is 75 million children. That's a big market."

## PRICES FORCED DOWN

Since 2000, Big Pharma has gradually seen the prices of its vaccines - many of which cost $70, $90 or even several hundred dollars in the west - forced down in the developing world under pressure from GAVI's market.

Last year a raft of drugmakers including GlaxoSmithKline, Merck, Johnson & Johnson's Crucell and Sanofi-Aventis' Sanofi Pasteur said they would cut their prices on vaccines against diseases such as measles, diarrhoea and meningitis to help GAVI sustain its supplies to the world's poorest countries.



The price GAVI pays for pentavalent vaccines, which protect against diphtheria, tetanus, pertussis, hepatitis B, and Haemophilus influenza type b, was also cut by the India-based firms Serum Institute and Panacea Biotec, bringing it to well below $2.00 per dose.

Slideshow (7 Images)

Yet GAVI is often criticized, in particular by the international medical charity Medecins Sans Frontieres (MSF), which says it still pays too much for some of its vaccines - effectively handing a sizeable profit and a guaranteed market to Western pharmaceutical giants like Pfizer and its British rival GlaxoSmithKline.

Pfizer and GSK signed a 10-year deal with GAVI in March 2010 to supply their patented pneumonia vaccines at a discounted price of $7 per dose for the first 20 percent and $3.50 for the remaining 80 percent - a price MSF said was too high.

"Could the price be cheaper? Probably," Berkley says. "But between the time when we roll this out - now - and the time when there is possibly going to be more competition in the market, 500,000 children would have died of pneumococcal disease.

"So what do you do, just wait and let that happen?"

Berkley admits his determination is "almost like a religious belief", but insists it is also pragmatic.

From a childhood in New York where he talked his way into helping out at a retail chemistry supply store to get closer to the science, he later worked in a ghetto clinic in Mississippi, and moved from there to study tropical medicine in Brazil. He took his first African trip to Senegal in West Africa.

"I love science and I believe in it. I have a faith that science can solve

problems and make the world a better place," he says.

Asked about fears that a focus on Immunization might take attention and funds away from other areas of health, such as building hospitals and improving access to treatment, Berkley says Immunization is simple, cheap and very cost-effective.

"You can't stop wars to build tertiary teaching hospitals, but you can say 'let's stop for a couple of days to immunize the kids'. It has been done," he says.

Reporting by Kate Kelland; Editing by Myra MacDonald

*Our Standards:*    *The Thomson Reuters Trust Principles.*

MORE FROM REUTERS



Exhibit 374

# EXHIBIT 375

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
# CENTERS FOR DISEASE CONTROL AND PREVENTION

## Advisory Committee on
## Immunization Practices (ACIP)



**Summary Report**
**June 20-21, 2018**
**Atlanta, Georgia**

**Exhibit 375**

clue? Do you know each and every time a baby shot is due? You may have questions. Your doc or nurse will explain. Though the names and timing have changed, the importance is still the same. For protection against serious disease, it's wise to immunize. Complete the full schedule on time and your kids will lead healthier lives."

Dr. Bennett thanked everyone and said she could not begin to tell them all how much this meant and how sad she was to be finishing her term. However, she noted that it was time for "new blood" and that Dr. Romero would do a fantastic job leading them forward. She shared a picture of the Temple of Vaccinia in England at the home of Edward Jenner, who gave cowpox vaccine:



She visited there about six months before she took over as Chair. The people she was visiting in Bristol had no idea she served on the ACIP or was becoming Chair. They coincidentally took her to Jenner's house, which was a wonderful event. Dr. Bennett said the reason she was showing this photograph was because she wanted to reflect for a moment on the work that ACIP does and the fact that it has such a long and amazing history, of which they are all a part. One reason this position has meant so much to her is because she felt like she could play a tiny role in the progression of vaccine science and immunization in this country. It is an incredible history, one that means so much to her, and one in which all members play a critical role.

She emphasized what a huge honor it had been to serve on the ACIP and participate in the decision-making they engage in every time they meet. She thanked the members, liaisons, *Ex Officios,* and especially CDC staff for how much she has learned from them. The other part of this position that was amazing to her was "standing on the shoulder of giants" like Dr. Carol Baker and others before her, from whom she learned every day. She expressed her deep gratitude for being given this opportunity.

**2**                                                              **Exhibit 375**

# EXHIBIT 376

Case 2:20-cv-02470-WBS-JDP　Document 12　Filed 12/29/20　Page 287 of 421

 **NEWS**

# Superbug vaccine 'shows promise'

**A vaccine to guard against hospital superbug MRSA is a step closer, according to scientists.**

US researchers have developed a vaccine that protected mice from four potentially deadly strains of MRSA.

Writing in the Proceedings of the National Academy of Sciences, the team said the study could lead to a human vaccine, though more work was needed.

Methicillin-resistant Staphylococcus aureus often strikes in hospitals where patients' immune systems are weak.

> **Making a vaccine is a bit like witchcraft – you really need to put stuff in, stir the pot round and then see what happens**
> Dr Mark Enright, Imperial College

It is difficult to fight because it has developed a resistance to certain antibiotics.

The team looked for a vaccine using a technique called "reverse vaccinology", which builds on recent genetics advances.

It involved sifting through the genome of Staphylococcus aureus to hunt for proteins on the microbe that might spark the body's immune system into action, producing protection against the bacteria.

The team identified four proteins that prompted a strong immune response, making them good targets for vaccines.

## Understanding the mechanism

When they combined the different proteins and injected them into laboratory mice, they discovered the mice had gained protection against five different strains of Staphylococcus aureus.

Four of these strains were MRSA, while the other was a strain associated with toxic shock after burn injuries.

The vaccine gave the mice between 60% and 100% immunity.

The team said further tests would be needed to understand the mechanism of the vaccine and to discover if it would be as effective in humans.

Lead researcher Olaf Schneewind, professor of microbiology at the University of Chicago, said: "This microbe's ability to acquire the tools it needs to protect itself from the drugs we use to treat it is legendary, which is why a vaccine has become such a high priority.

**1**　　　　　　　　　　　　　　　　　　　　**Exhibit 376**

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 288 of 421

"One by one, this organism has learned how to evade nearly all of our current antibiotics. So, generating protective immunity against invasive S aureus has become an important goal."

**More research needed**

But Dr Jodi Lindsay, senior lecturer at the Centre of Infection at St George's, University of London, said: "I think this study has not discussed some important things.

"The researchers did not look at a good cross-section of strains of MRSA - there are several families of MRSA, each containing many different strains, and the team only looked at a few US-specific strains."

She added that, for a vaccine to be efficient across a number of different strains, the proteins used must be the same in every strain but the proteins used in the experiments varied.

"It is also important to remember a mouse model is not the same as a human model. The hard bit is getting a vaccine from a mouse to a human, because that involves a lot of patients, a lot of money, a lot of regulation, and so far, the best examples have failed."

Dr Mark Enright, leader in molecular epidemiology at Imperial College, London, agreed but said the study was a good starting point.

"Making a vaccine is a bit like witchcraft - you really need to put stuff in, stir the pot round and then see what happens. And you only really know what happens when you try it out in patients and humans."

Story from BBC NEWS:
http://news.bbc.co.uk/go/pr/fr/-/2/hi/health/6098210.stm

Published: 2006/10/31 00:11:44 GMT

© BBC MMVI

# EXHIBIT 377



[an error occurred while processing this directive]

Low graphics | Accessibility help

**BBC NEWS**

▶ Watch **One-Minute World News**

**News services**
Your news when you want it

Last Updated: **Tuesday, 31 October 2006, 00:11 GMT**

✉ E-mail this to a friend        🖨 Printable version

# Superbug vaccine 'shows promise'

**A vaccine to guard against hospital superbug MRSA is a step closer, according to scientists.**

US researchers have developed a vaccine that protected mice from four potentially deadly strains of MRSA.


People in hospitals are susceptible to MRSA infection

Writing in the Proceedings of the National Academy of Sciences, the team said the study could lead to a human vaccine, though more work was needed.

Methicillin-resistant Staphylococcus aureus often strikes in hospitals where patients' immune systems are weak.

It is difficult to fight because it has developed a resistance to certain antibiotics.

The team looked for a vaccine using a technique called "reverse vaccinology", which builds on recent genetics advances.

It involved sifting through the genome of Staphylococcus aureus to hunt for proteins on the microbe that might spark the body's immune system into action, producing protection against the bacteria.

The team identified four proteins that prompted a strong immune response, making them good targets for vaccines.

**Understanding the mechanism**

When they combined the different proteins and injected them into laboratory mice, they discovered the mice had gained protection against five different strains of Staphylococcus aureus.

Four of these strains were MRSA, while the other was a strain associated with toxic shock after burn injuries.

The vaccine gave the mice between 60% and 100% immunity.

> 66 **This microbe's ability to acquire the tools it needs to protect itself from the drugs we use to treat it is legendary** 99
>
> Olaf Schneewind

**SEE ALSO**

Quick guide: MRSA
24 Jul 06 | Health

Hospital superbug infections rise
24 Jul 06 | Health

Potent antibiotic to target MRSA
18 May 06 | Health

Sponge puzzles superbug experts
26 Dec 05 | Scotland

Hi-tech coating to boost implants
19 Sep 05 | Health

E-nose to 'sniff out' superbugs
22 Sep 05 | Health

**RELATED INTERNET LINKS**

Proceedings of the National Academy of Sciences

University of Chicago

The BBC is not responsible for the content of external internet sites

**TOP HEALTH STORIES**

Stem cell method put to the test

Hospitals 'eyeing private market'

Low vitamin D 'Parkinson's link'

📶 | News feeds

**MOST POPULAR STORIES NOW**

| MOST SHARED | **MOST READ** |
|---|---|

1  BBC News
2  BBC News
3  BBC News
4  BBC News
5  BBC News
6  BBC News
7  BBC News
8  BBC News
9  BBC News
10  BBC News

Most popular now, in detail

The team said further tests would be needed to understand the mechanism of the vaccine and to discover if it would be as effective in humans.

Lead researcher Olaf Schneewind, professor of microbiology at the University of Chicago, said: "This microbe's ability to acquire the tools it needs to protect itself from the drugs we use to treat it is legendary, which is why a vaccine has become such a high priority.

"One by one, this organism has learned how to evade nearly all of our current antibiotics. So, generating protective immunity against invasive S aureus has become an important goal."

**More research needed**

But Dr Jodi Lindsay, senior lecturer at the Centre of Infection at St George's, University of London, said: "I think this study has not discussed some important things.

"The researchers did not look at a good cross-section of strains of MRSA - there are several families of MRSA, each containing many different strains, and the team only looked at a few US-specific strains."

She added that, for a vaccine to be efficient across a number of different strains, the proteins used must be the same in every strain but the proteins used in the experiments varied.

"It is also important to remember a mouse model is not the same as a human model. The hard bit is getting a vaccine from a mouse to a human, because that involves a lot of patients, a lot of money, a lot of regulation, and so far, the best examples have failed."

 E-mail this to a friend         Printable version

FEATURES, VIEWS, ANALYSIS



Ghost town
Has China's housing bubble burst?



The guerilla plant
How the world's oldest clove tree defied an empire



Walking away
Why Royal Ballet principal Sergei Polunin quit

Most Popular Now

The most read story in Europe is: Mona Lisa 'had high cholesterol'

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 292 of 421

**PRODUCTS & SERVICES**    E-mail news    Mobiles    Alerts    News feeds   Podcasts

© BBC MMIX                                                                    Back to top ^^

Help  | Privacy and cookies policy  | News sources  | About the BBC  | Contact us  |

**Exhibit 377**

# EXHIBIT 378

Case 2:20-cv-02470-WBS-JDP     Document 12     Filed 12/29/20     Page 294 of 421



# Press Releases

## Rep. Nadler Statement Condemning Trump Administration for Refusing to Lift Fetal Tissue Ban for COVID-19 Vaccine

1

Exhibit 378

Rep. Nadler Statement Condemning Trump Administration for Refusing …n for COVID-19 Vaccine Research | U.S. Representative Jerry Nadler    6/21/20, 6:12 PM

Case 2:20-cv-02470-WBS-JDP    Document 12    Filed 12/29/20    Page 295 of 421

## Research

**Washington, March 19, 2020**

Tags: *Health Care* , *Trump* , *COVID-19*

Today, Congressman Jerrold Nadler (D-NY) issued a statement condemning the Trump Administration's refusal to lift their ban on fetal tissue research as scientists and medical professionals work tirelessly to develop a COVID-19 vaccine and save lives:

"Scientists have told Congress again and again that fetal tissue is the gold standard for vaccine research. The ban on this research imposed by the Trump Administration last year has no scientific purpose, with reports showing it already impacting promising, life-saving medical research. This new report reveals that even in the midst of a worldwide pandemic, the Trump administration is unwilling to set aside their dangerous anti-science bias to allow research to go forward simply because it involves fetal tissue.

"That the Trump Administration prioritizes their illogical and harmful anti-science agenda over stopping this pandemic shows once again that they would rather score political points with their anti-abortion friends than save millions of lives. The fact that Health and Human Services (HHS) has not even responded to scientists' repeated requests to move forward with this research should horrify every American waiting for a vaccine to COVID-19.

"HHS must authorize this research immediately and while the ban on fetal tissue research should be lifted permanently, at the very least it must be lifted during this pandemic."

# Stay Connected

Enter your information to get the latest updates via our newsletter

# EXHIBIT 379



**ScienceNews**
INDEPENDENT JOURNALISM SINCE 1921

NEWS    HEALTH & MEDICINE

# To tackle the new coronavirus, scientists are accelerating the vaccine process

Researchers are turning to nontraditional approaches to create vaccines and therapeutics



The coronavirus that causes COVID-19 (seen in this artist's representation) has inspired scientists to take creative approaches to making vaccines.

DAVID S. GOODSELL, RCSB PROTEIN DATA BANK

By **Tina Hesman Saey**

FEBRUARY 21, 2020 AT 10:56 AM

As a mystery illness started spreading in China in late December, researchers at Inovio Pharmaceuticals were keeping a close eye on what was happening, even before anyone knew the cause was a coronavirus.

The company, based in San Diego, is no stranger to the viruses. After MERS, which is caused by a different coronavirus, emerged in 2012, Inovio was one of the first to develop a still-experimental vaccine for the disease. In the new outbreak, as soon as Chinese researchers posted the genetic makeup of the virus, dubbed SARS-CoV-2, the company's scientists sprang into action.

"We'd all hoped that there would be enough overlap that our previously

Case 2:20-cv-02470-WBS-JDP    Document 12    Filed 12/29/20    Page 298 of 421

**See all our coverage of the coronavirus outbreak**

developed MERS vaccine would be helpful in this case," says Kate Broderick, Inovio's senior vice president for research and development. Like MERS and SARS, the new virus is a coronavirus that uses RNA as its genetic material.

But in-depth analysis revealed that the two coronaviruses are too different for a vaccine against MERS, also known as Middle East respiratory syndrome, to take down the new virus. So the company's researchers set about designing a new vaccine.

That design relies on a relatively new approach to vaccine creation, one that the researchers used to develop the MERS vaccine. Traditional vaccines are composed of weakened or killed forms of viruses or parts of viruses, including purified proteins. When injected into a person, the immune system recognizes the virus as an invader and produces antibodies to stave off future invasions. But growing enough debilitated viruses or purifying enough proteins to make vaccine doses for millions of people can take months or even years.

So Inovio and other companies have developed ways to make vaccines much more quickly. For their SARS-CoV-2 vaccine, Inovio scientists convert the virus's RNA into DNA and select pieces of the virus that computer simulations have suggested will prod the immune system into making antibodies. Those selected bits of DNA are then inserted into bacteria, which produce large quantities of protein snippets to be used in the vaccine. This approach drastically shortens the time it takes to make a vaccine. A traditional vaccine takes two to three years to develop. For Inovio's product, it took three hours to design and about a month to manufacture, Broderick says.

Inovio started testing the vaccine in animals at the beginning of February and hopes to begin safety tests in people by early summer.

Even so, Inovio's vaccine is still at least a year away from being widely used. As the number of cases of the novel coronavirus disease, or COVID-19, continues to rise, several other groups are also racing to develop vaccines and therapeutics that take nontraditional approaches to fight the virus.

## Novel vaccines for a novel coronavirus

Researchers at the U.S. National Institute of Allergy and Infectious Diseases, working with the Cambridge, Mass.–based biotechnology company Moderna, are developing a messenger RNA, or mRNA, vaccine that will stimulate the body to produce vaccine components. Messenger RNAs are copies of protein-making instructions encoded in the DNA of genes. Cellular machinery reads the mRNA instructions to build proteins.

Scientists have selected portions of SARS-CoV-2 that may spark a vigorous immune reaction against the virus, says Kizzmekia Corbett, a viral immunologist at the NIAID's Vaccine Research Center in Bethesda, Md. The mRNA vaccine will

**Exhibit 379**

tell human cells which viral proteins to make, she says.

"We're literally giving the cells a genetic code of our vaccine design, delivered as RNA that will tell cells, 'Hey, make this protein,'" says Corbett, who is the scientific lead on the center's effort to develop the vaccine.

Those proteins — Corbett wouldn't say which viral proteins — will then prod the immune system to make antibodies to protect against the virus. Since the body does all of the protein-production work with the mRNA vaccine, researchers can skip the time-consuming and costly step of manufacturing vaccine proteins.

This strategy could be used to design vaccines against future coronaviruses or other emerging infectious diseases, Corbett says. "What we feel we have developed is a universal strategy, being able to quickly deploy a vaccine if another novel coronavirus should pop up," Corbett says. Other mRNA vaccines against MERS and other diseases are still in the testing phase.

Corbett would not specify a timeline for her team's mRNA vaccine, but Anthony Fauci, director of NIAID, has said the mRNA vaccine could be ready for initial safety testing within months. But the researchers have yet to find a pharmaceutical company to manufacture the large quantities of mRNA doses that would be necessary for use by the general public, Fauci said February 11 in Washington, D. C., at a discussion of the new coronavirus at the Aspen Institute, a nonprofit organization.

Inovio's experience with its MERS vaccine is one example of just how long it typically takes to make sure a vaccine is safe and effective. Inovio conducted initial safety testing of the MERS vaccine in a Phase I clinical trial from February 2016 to May 2017. There were no serious side effects among the 75 healthy adult participants, the researchers reported in 2019 in the *Lancet Infectious Diseases*. The vaccine moved into a Phase II trial in August 2018 to test safety in a larger number of people and determine whether the vaccine spurs the immune system to make protective antibodies. That trial is expected to wrap up later this year.

Even if everything goes swimmingly, the MERS vaccine must still pass Phase III safety and effectiveness testing before being considered for approval by the U.S. Food and Drug Administration. It's the same gauntlet that all new vaccines and drugs must run.

Inovio and the NIAID/Moderna partnership have both received funding from the Oslo-based Coalition for Epidemic Preparedness Innovations. CEPI is also funding yet another type of novel vaccine development. CEPI and researchers from the University of Queensland in Brisbane, Australia, have found a way to clamp down on the coronavirus to keep it from infecting cells.

The Queensland group had already been working with CEPI on molecular clamp vaccines against other viruses for about a year, says Trent Munro, a biotechnologist involved in the work. A molecular clamp is a protein stitched

**Exhibit 379**

onto another protein, in this case the coronavirus' spike protein. With SARS and MERS, spike proteins work a bit like malleable lock picks, changing shape to interact with a protein on the surface of human cells and gain entry into them. The 3-D structure of SARS-CoV-2's spike protein, reported online February 19 in *Science*, confirms the protein is also a shape-shifter. But the new coronavirus' spike protein clings 10 to 20 times as tightly to its target on human cells as the SARS version does. Holding on tighter may help the new virus spread more easily from person to person, researchers say.

The molecular clamp the Queensland team devised keeps the spike protein from shape-shifting, locking it in a form that triggers antibody production and thus making it a potent vaccine, Munro says.



The team uses mammalian cells to produce the vaccine, and a specialized machine determines which cells are churning out clamped protein. With the machine, researchers can "do things that would have taken weeks before in just days," Munro says. Laboratory testing may start within weeks. Safety testing in people may begin in months, but it will take much longer for the vaccine to be ready for general use. When the Queensland group began working with CEPI to develop a molecular clamp vaccine, "we thought it would take three years as a test case," Munro says. But the emergence of the new coronavirus forced the researchers to accelerate their efforts. Still, Munro estimates it will be at least a year before the vaccine will be ready.

Scientists have determined the 3-D structure of the COVID-19 coronavirus' spike protein (seen in this illustration), which helps the virus enter cells. The work reveals that the protein binds more tightly to proteins on the surface of human cells than the SARS' version of the protein does. Tighter binding may account for the new virus's greater infectivity.

JASON MCLELLAN/UNIV. OF TEXAS AT AUSTIN

"I know the timeline feels long," he says. "I imagine it feels just unacceptable to those folks who are in areas of serious outbreak, but at least we have a way of . . . pushing things forward as fast as possible."

CEPI has calls out for additional vaccine development proposals. On January 31, the organization announced that it would work with CureVac AG, based in Tübingen, Germany, to develop another mRNA vaccine targeting the novel coronavirus.

## Beating vaccines to the punch

Vaccines help keep people from getting infected with disease-causing organisms but may not help once someone is already infected. But a shortcut to getting protection — a shot of the protective antibodies themselves — may both prevent infections and treat them.

People who have recovered from infections retain antibodies in their blood against the virus or bacteria that caused the illness, often for years or decades. Such antibodies may give some protection when the person encounters a

**Exhibit 379**

similar infectious organism later on. But, crucially, these antibodies can also protect others. And quickly.

It can take weeks to months for vaccines to prod the immune system into making protective levels of antibodies, says Christos Kyratsous, vice president of infectious disease research and viral vector technologies at Regeneron Pharmaceuticals. Ebola vaccines, for example, take at least a week to stimulate antibody production, but shots of "antibodies offer immediate protection," Kyratsous says. (Regeneron Pharmaceuticals, headquartered in Tarrytown, N.Y., is a major financial supporter of Society for Science & the Public, which publishes *Science News*.)

In studies conducted by other researchers, blood serum containing protective antibodies taken from people who had recovered from Ebola helped infected people recover from the disease. Doctors and scientists in China have already begun using blood plasma from people who have recovered from COVID-19 to treat people who are ill with the disease.



Scientists at Regeneron's infectious disease labs in Tarrytown, N.Y., are working to develop antibodies to combat the new coronavirus in people.

RANI LEVY/REGENERON

But giving people antibodies from survivors doesn't always work. Regeneron and other companies have developed antibodies that can more reliably offer protection. The company is already testing antibodies against Ebola and the MERS virus. Clinical studies and laboratory work with the company's MERS antibodies suggests that they can help protect against infection and treat established infections, Kyratsous says.

The company is now developing antibodies against the new coronavirus. "We have learned a lot of things from the MERS project that we can now apply to the novel coronavirus project," Kyratsous says.

For instance, the team has learned more about which viral proteins and parts of proteins make the best antibody targets. Proteins on the surface of the virus that are needed for infection, such as the spike protein, are generally the best bets, he says.

**5**

**Exhibit 379**

Regeneron researchers have made SARS-CoV-2 proteins in the lab and injected them into mice that have human versions of antibody-producing genes. These "humanized mice make fully human antibodies," Kyratsous says, and could provide a ready supply. As soon as those antibodies are available, the company hopes to test their efficacy against the virus in the lab. If that works, safety testing in animals and people may start soon.

The team also hopes to work with people who have recovered from COVID-19 to get antibody-producing cells from their blood. But, Kyratsous says, harvesting antibodies from people isn't something that can be easily scaled up.

Still, despite the rapid reaction of these and other scientists, vaccine and antibody protection for most people is still far off.

"In an acute situation, you're not just going to pull a vaccine out of your pocket," NIAID director Fauci said at the Aspen Institute discussion. If the current outbreak proves to be "really bad," the FDA may be able to authorize emergency use of promising vaccines that haven't completed full safety and efficacy testing. But researchers won't know for at least six months whether any of the vaccines in development help against SARS-CoV-2.

Other strategies to fight the new virus, including repurposing existing drugs used against other diseases, including HIV and hepatitis C, are also under way. But there's no clear winner yet among those candidates. For now, people exposed to the virus must rely on their own immune systems and supportive care from doctors and nurses to fight off the disease.

A version of this article appears in the March 14, 2020 issue of *Science News*.

CITATIONS

K. Modjarrad *et al.* Safety and immunogenicity of an anti-Middle East respiratory syndrome coronavirus DNA vaccine: a phase 1, open-label, single-arm, dose-escalation trial. *The Lancet Infectious Diseases.* Published online July 24, 2019. doi: 10.1016/S1473-3099(19)30266-X.

D. Wrapp *et al.* Cryo-EM structure of the 2019-nCoV spike in the prefusion conformation. *Science.* Published online February 19, 2020. doi: 10.1126/science.abb2507.

# EXHIBIT 380

# Protection Without a Vaccine

**By Carl Zimmer**

March 9, 2015

Last month, a team of scientists announced what could prove to be an enormous step forward in the fight against H.I.V.

Scientists at Scripps Research Institute said they had developed an artificial antibody that, once in the blood, grabbed hold of the virus and inactivated it. The molecule can eliminate H.I.V. from infected monkeys and protect them from future infections.

But this treatment is not a vaccine, not in any ordinary sense. By delivering synthetic genes into the muscles of the monkeys, the scientists are essentially re-engineering the animals to resist disease. Researchers are testing this novel approach not just against H.I.V., but also Ebola, malaria, influenza and hepatitis.

"The sky's the limit," said Michael Farzan, an immunologist at Scripps and lead author of the new study.

Dr. Farzan and other scientists are increasingly hopeful that this technique may be able to provide long-term protection against diseases for which vaccines have failed. The first human trial based on this strategy — called immunoprophylaxis by gene transfer, or I.G.T. — is underway, and several new ones are planned.

"It could revolutionize the way we immunize against public health threats in the future," said Dr. Gary J. Nabel, the chief scientific officer of Sanofi, a pharmaceutical company that produces a wide range of vaccines.

Whether I.G.T. will succeed is still an open question. Researchers still need to gauge its safety and effectiveness in humans. And the prospect of genetically engineering people to resist infectious diseases may raise concerns among patients.

"The reality is we are touching third rails, and so it's going to take some explanation," said Dr. David Baltimore, a Nobel Prize recipient and virologist at Caltech who is testing I.G.T. against a number of diseases.

Conventional vaccines prompt the immune system to learn how to make antibodies by introducing it to weakened or dead pathogens, or even just their molecular fragments. Our immune cells produce a range of antibodies, some of which can fight these infections.

In some cases, these antibodies provide strong defenses. Vaccinations against diseases such as smallpox and measles can lead to almost complete protection.

But against other diseases, conventional vaccines often fail to produce effective antibodies. H.I.V., for example, comes in so many different strains that a vaccine that can protect against one will not work against others.

I.G.T. is altogether different from traditional vaccination. It is instead a form of gene therapy. Scientists isolate the genes that produce powerful antibodies against certain diseases and then synthesize artificial versions. The genes are placed into viruses and injected into human tissue, usually muscle.

The viruses invade human cells with their DNA payloads, and the synthetic gene is incorporated into the recipient's own DNA. If all goes well, the new genes instruct the cells to begin manufacturing powerful antibodies.

**Exhibit 380**

Dr. Michael Farzan, an immunologist at Scripps Research Institute, helped develop an artificial antibody that inactivated H.I.V. in monkeys.  Benjamin Rusnak for The New York Times

The idea for I.G.T. emerged during the fight against H.I.V. In a few people, it turned out, some antibodies against H.I.V. turn out to be extremely potent. So-called broadly neutralizing antibodies can latch onto many different strains of the virus and keep them from infecting new cells.

Dr. Philip R. Johnson, chief scientific officer of The Children's Hospital of Philadelphia and a virologist at the University of Pennsylvania, had an idea: Why not try to give broadly neutralizing antibodies to everybody?

At the time, Dr. Johnson and other researchers were experimenting with gene therapy for disorders like hemophilia. Researchers had figured out how to load genes into viruses and persuade them to invade cells, and it occurred to Dr. Johnson that he might be able to use this strategy to introduce the gene for a powerful antibody into a patient's cells.

After the cells began producing antibodies, the patient in effect would be "vaccinated" against a disease.

The idea represented a radical new direction for gene therapy. Until then, researchers had focused on curing genetic disorders by providing working versions of defective genes. I.G.T., on the other hand, would protect healthy people from infectious diseases.

And there was no guarantee that it would succeed. For one thing, the best virus Dr. Johnson had for delivering genes worked only to invade muscle cells — which normally would never make antibodies.

In 2009, Dr. Johnson and his colleagues announced that the approach worked after all. In their experiment, they sought to protect monkeys from S.I.V., a primate version of H.I.V. To do so, they used viruses to deliver powerful genes to the monkeys' muscles.

The muscle cells produced S.I.V. antibodies, as Dr. Johnson and his colleagues had hoped. Then they infected the monkeys with S.I.V. The monkeys produced enough antibodies in their muscles to protect them from S.I.V. infections, the scientists found. Without the I.G.T. procedure, monkeys dosed with the virus died.

**2**                                         **Exhibit 380**

Dr. Johnson's study persuaded Dr. Farzan that I.G.T. has great promise. "I started drinking the Kool-Aid," he said. Dr. Farzan and his colleagues have been modifying H.I.V. antibodies to develop more potent defenses against the virus.

Meanwhile, in 2011, Dr. Baltimore and his colleagues showed that antibodies delivered into cells with viruses could protect mice against injections of H.I.V., suggesting that I.G.T. could protect people against H.I.V. in contaminated needles.

But most H.I.V. infections occur through sex. So Dr. Baltimore and his colleagues also infected female mice with H.I.V. through their vaginal membranes. Last year, they reported that the technique also protected mice from infection in this way.

"We're going around the immune system, rather than trying to stimulate the immune system," Dr. Baltimore said. "So what we're doing is pretty fundamentally different from vaccination, although the end result is pretty similar."

Gary W. Ketner, a microbiologist at the Johns Hopkins Bloomberg School of Public Health, was intrigued by Dr. Baltimore's results and wondered if I.G.T. could be marshaled against another major disease that has eluded vaccines: malaria.

Dr. Ketner, Dr. Baltimore and their colleagues found a potent antibody against malaria and used a virus to deliver the gene for making it into mice. Last August, they reported that when malaria-laden mosquitoes bit the mice, up to 80 percent of the treated animals were protected.

Dr. Philip R. Johnson, chief scientific officer  of The Children's Hospital of Philadelphia and a virologist at the University of Pennsylvania, developed an approach of giving neutralizing antibodies to healthy people.  Jessica Kourkounis for The New York Times

"It is encouraging," Dr. Ketner said. "It's good for a first shot of an unproven method, but it should be better." Now Dr. Ketner is searching for better antibodies that provide more protection in a smaller dose.

**3**                                                              **Exhibit 380**

These experiments suggest that antibodies created by I.G.T. could help against diseases that have resisted vaccines for decades. Other studies suggest that I.G.T. might also help against sudden outbreaks in the future.

Dr. James M. Wilson, a pathologist at the University of Pennsylvania, and his colleagues have investigated using gene therapy to treat cystic fibrosis by delivering genes into the cells lining patients' airways. It occurred to him that many fast-spreading viruses, such as influenza and SARS, also attack the same cells.

In 2013, Dr. Wilson and his colleagues reported that viruses carrying antibody genes into airway cells can enable mice and ferrets to fight off a wide range of flu strains. Since then, he and his colleagues have tested I.G.T. against other viruses causing deadly outbreaks — including Ebola.

Dr. Wilson and his colleagues teamed with Mapp Biopharmaceutical, a company that has developed an antibody against Ebola called ZMapp. The scientists have synthesized a gene for the ZMapp antibody and have delivered the gene into mouse muscles. The experiments are only in their early stages, but "we have encouraging data," Dr. Wilson said.

For Dr. Johnson, the growing interesting in I.G.T. is gratifying. "It's catching on, but it's certainly not mainstream," he said. That seems likely to change, and soon.

Last February, Dr. Johnson began the first clinical trial of I.G.T. in humans. His team has placed H.I.V. antibody genes into the muscles of volunteers to see if the treatment is safe. The researchers expect to finish gathering the results this spring. "We're optimistic. We're hopeful," Dr. Johnson said.

Dr. Baltimore is collaborating with the National Institutes of Health to start a similar trial of an I.G.T.-engineered virus against H.I.V. Dr. Wilson is preparing to test I.G.T. against the flu later this year.

There is no guarantee that the successes in the animal trials can be replicated in humans. "Humans are not just big mice," said Dr. Ronald G. Crystal, chairman of genetic medicine at Weill Cornell Medical College.

Human immune systems may attack the artificial antibodies or the viruses delivering them, destroying their protection. Or muscle cells might make too many antibodies, because they do not have the built-in regulation that immune cells do.

Dr. Farzan and other researchers are investigating molecular switches that can turn off the production of antibodies, or just adjust their dose. "If we really want to see this blossom, we need regulatory 'off' switches," he said.

Despite the lingering concerns about I.G.T., Dr. Nabel says he remains optimistic. "There are safety concerns that have to be addressed, but there are logical ways to approach them," he said.

Bioethicists do not foresee major ethical hurdles to I.G.T., because it is based on gene therapy, which has been developed for more than 30 years. "It doesn't strike me as a radical departure," said Jonathan Kimmelman, an associate professor at McGill University.

Still, Dr. Baltimore says that he envisions that some people might be leery of a vaccination strategy that means altering their own DNA, even if it prevents a potentially fatal disease.

"But my feeling, as a basic scientist, is that it's our responsibility to take things into the clinic that we feel will make a difference," he said.

**4**                                                                                     **Exhibit 380**

# EXHIBIT 381

frontiers
in Immunology

REVIEW
published: 04 October 2018
doi: 10.3389/fimmu.2018.02224



# Nanoparticle Vaccines Against Infectious Diseases

Rashmirekha Pati [1], Maxim Shevtsov [2,3,4] and Avinash Sonawane [1,5]*

[1] School of Biotechnology, KIIT University, Bhubaneswar, India, [2] Institute of Cytology of the Russian Academy of Sciences (RAS), St. Petersburg, Russia, [3] Klinikum Rechts der Isar, Technical University of Munich, Munich, Germany, [4] First Pavlov State Medical University of St.Petersburg, St. Petersburg, Russia, [5] Discipline of Biosciences and Biomedical Engineering, Indian Institute of Technology Indore, Indore, India

Due to emergence of new variants of pathogenic micro-organisms the treatment and immunization of infectious diseases have become a great challenge in the past few years. In the context of vaccine development remarkable efforts have been made to develop new vaccines and also to improve the efficacy of existing vaccines against specific diseases. To date, some vaccines are developed from protein subunits or killed pathogens, whilst several vaccines are based on live-attenuated organisms, which carry the risk of regaining their pathogenicity under certain immunocompromised conditions. To avoid this, the development of risk-free effective vaccines in conjunction with adequate delivery systems are considered as an imperative need to obtain desired humoral and cell-mediated immunity against infectious diseases. In the last several years, the use of nanoparticle-based vaccines has received a great attention to improve vaccine efficacy, immunization strategies, and targeted delivery to achieve desired immune responses at the cellular level. To improve vaccine efficacy, these nanocarriers should protect the antigens from premature proteolytic degradation, facilitate antigen uptake and processing by antigen presenting cells, control release, and should be safe for human use. Nanocarriers composed of lipids, proteins, metals or polymers have already been used to attain some of these attributes. In this context, several physico-chemical properties of nanoparticles play an important role in the determination of vaccine efficacy. This review article focuses on the applications of nanocarrier-based vaccine formulations and the strategies used for the functionalization of nanoparticles to accomplish efficient delivery of vaccines in order to induce desired host immunity against infectious diseases.

Keywords: nanoparticles, vaccine development, human diseases, targeted vaccine delivery, antigens

OPEN ACCESS

Edited by:
Nahid Ali,
Indian Institute of Chemical Biology,
India

Reviewed by:
Randy A. Albrecht,
Icahn School of Medicine at Mount
Sinai, United States
Michael Schotsaert,
Icahn School of Medicine at Mount
Sinai, United States
Katie Louise Flanagan,
RMIT University, Australia

*Correspondence:
Avinash Sonawane
asonawane@iiti.ac.in

Specialty section:
This article was submitted to
Vaccines and Molecular Therapeutics,
a section of the journal
Frontiers in Immunology

Received: 13 April 2018
Accepted: 07 September 2018
Published: 04 October 2018

Citation:
Pati R, Shevtsov M and Sonawane A
(2018) Nanoparticle Vaccines Against
Infectious Diseases.
Front. Immunol. 9:2224.
doi: 10.3389/fimmu.2018.02224

## INTRODUCTION

In twenty-first Century, infectious diseases have emerged as a serious threat to the health of millions of people across the globe (1). According to the World Health Organization (WHO) report for 2016, ~3.2 million deaths have occurred due to lower respiratory infections and 1.4 million from tuberculosis alone worldwide (2). Over the past few decades, many new infectious diseases have emerged and few old diseases re-emerged, which were once considered to be no longer a threat to the human being (3–5). Collectively, these diseases account for millions of deaths that cause enormous impact on the global socio-economical and health-care sectors. The major challenges to combat such diseases are that for many of them, there are no effective drugs available.

1

Exhibit 381

One of the plausible approaches could be based on the application of nanocarrier based vaccination (6). However, there are still no effective vaccines available against some of the most prevalent diseases including immune deficiency syndrome (AIDS) and tuberculosis. This underlines an urgent need for the development of desired vaccines against these diseases. Some of the important aspects of any optimal vaccine includes (i) safety, (ii) stability, and (iii) the ability to elicit durable and adequate immune response with a minimum number of doses (7–9). Presently, different generation vaccines such as attenuated or killed whole organisms (*first generation*), subunit (*second generation*) and RNA or DNA vaccines (*third generation*) are used to elicit protective immunity against diseases (10–12). Despite several advantages of RNA or DNA vaccines such as minimum risk of infection, ability to elicit immune response against specific pathogen and cost effective (13); there are a number of challenges associated with the efficient delivery of these vaccine molecules to the target sites and the requirement of the prime-boost vaccination regimens with other immunogenic agents. These includes premature degradation of molecules and the inability to translate into a functional immunogen (14). Similarly, protein based vaccines are used successfully against several infectious diseases such as *Haemophilus influenza* type b, diphtheria, tetanus, acellular pertusis, meningococcus and pneumococcus (15), however they require an adjuvant to potentiate their immunogenicity, and also encounter early degradation after exposure to hostile milieu. Introduced recombinant protein-based vaccines (e.g., recombinant hemagglutinin vaccine for influenza) further enhance the immunity toward infection indicating the applicability of the recombinant technology for the vaccine production (16). To overcome these hurdles, an efficient vaccine delivery system is required which not only delivers the vaccine molecules to the target site to evoke enduring immune responses but also has minimal side effects and requires less doses. Moreover, there is an increasing need to develop new generation composite vaccine molecules that will act as immunogen as well as an adjuvant. Nanotechnology based formulations offer numerous advantages for the development of new generation vaccines. Nanocarrier based delivery system can protect the vaccines from premature degradation, improve stability, has good adjuvant properties, and also assists in targeted delivery of an immunogen to the antigen presenting cells (APCs). There are several mechanisms by which vaccines can be delivered to the specific sites using nanocarriers. Vaccine antigens can be encapsulated within the nanocarriers or decorated on their surface (**Figure 1**). Encapsulation within the nanoparticles (NPs) can protect the antigen from premature protease degradation and elicit sustainable release, whereas the surface adsorption facilitates their interaction with cognate surface receptors such as toll like receptors (TLRs) of APCs (17). Nanocarrier based delivery systems provide a suitable route of administration of vaccine molecules and enhance cellular uptake thereby resulting in robust innate, humoral, cellular as well as mucosal immune responses when compared with unconjugated antigens. This review mainly focuses on the potential use of nano delivery systems as novel vaccine strategies for the induction of innate as well as adaptive immune responses against infectious diseases.



**FIGURE 1 |** Schematic representation of the nanocarriers. Antigen can be conjugated to the nanoparticles surface or incapsulated into core of the particles. Decoration of the nanoparticles surface with targeting molecules (e.g., antibodies, Fab-fragments, peptides, etc) could further increase the delivery of particles into the antigen presenting cells (APCs) to induce innate and adaptive immune responses.

## KEY CELLULAR COMPONENTS OF THE IMMUNE SYSTEM

The immune system is composed of a collection of mobile cells that traffic throughout the body as well as reside at the site of entry (i.e., skin, respiratory, gastrointestinal, and genital tracts) in search of invading pathogens. These cells belong to two major types of innate and adaptive immune system. The innate immune cells like macrophages and neutrophils rapidly respond to the pathogens by recognizing pathogen surface moieties, phagocytosis, and the elimination of pathogens through activation of different antibacterial effector functions. Similarly, two major components of the adaptive immunity i.e., T and B-cells are important for the generation of cell mediated and humoral immune responses, respectively. T cells including CD4[+] helper T cells secrete different cytokines to modulate the functions of B cells, whereas CD8[+] T cells recognize and destroy virally infected cells. Antibodies produced by the B cells can further neutralize the invading microbes or clear infected cell or opsonized pathogens through cell-mediated systems. APCs, in particular dendritic cells (DCs) and macrophages, migrate through the body to sample, process and present the antigens to T-cells to activate cellular immune responses. These cells express various surface receptors to recognize cognate ligands and danger signals to trigger activation of different signaling pathways that eventually lead to the activation of T-cells (18). After sampling the antigens, DCs migrate from the peripheral tissues into the draining lymph nodes to activate naive T-cells (19), whereas macrophages after ingestion of antigens increase their lysosomal degradative machinery to enhance the antigen presentation to activate helper T cells.

**2**

**Exhibit 381**

# TYPES OF NANO-IMMUNO ACTIVATORS

Some NPs are themselves able to stimulate different immune cells to boost the host immunity. The size, shape and surface chemistry of NPs (described below in more detail) are important factors that determine their potential to activate immune responses. In general, NPs are able to stimulate immune reactions by increasing the synthesis of defense genes and inflammatory reactions (20). Various types of NPs like gold, carbon, dendrimers, polymers and liposomes have the capability to induce cytokine and antibody responses (21–26). This was observed in the case of administration of empty PEGylated liposomes, which were able to elicit IgM response in an *in-vivo* model. (27, 28). Besides their potential to deliver various immune stimulators to the specific sites as well as into the deep tissues where vaccine molecules alone may not able to reach, these NPs have also been exploited as adjuvants to augment immunogenicity of vaccine candidates. Nano-immuno stimulators are the nano scale (20–100 nm) vaccine particles that can improve the vaccine efficacy *in vivo* better than bulk molecules (20, 29). Some of the known nano-immuno stimulators that have been used for this specific purpose are inorganic NPs (iron and silica) (30, 31), polymeric NPs (chitosan, PLGA, PVPONAlk, γ-PGA) (32–37), liposomes (cholesterol and lipids) (33, 38) and virus like particles (VLPs) (39, 40). Different types of NPs used to deliver antigens to give protection against different diseases have been listed in **Table 1**.

## Inorganic NPs

Some biocompatible inorganic NPs such as gold, carbon and silica have been exploited in the vaccine delivery studies (50, 79–81). These NPs can be synthesized in various shapes, size and surface modified forms. Some of the viral antigens were successfully delivered using inorganic NPs as carriers. This caused increase in antigen stability by protecting them from premature degradation by proteolytic enzymes. Delivery of viral and bacterial antigens using gold NPs was also found to induce quite robust host immune responses against influenza, immunodeficiency virus, foot and mouth, and tuberculosis diseases in mice (51, 52, 82, 83). Encapsulation of plasmid DNA that encode mycobacterial hsp65 antigen in gold NPs exhibited significant reduction in the *Mycobacterium tuberculosis*, causative agent of human tuberculosis, burden in infected mice (52, 82). Few studies have used hollow mesoporous silica, nanotube and spherical forms of carbon NPs as adjuvants to improve the immunogenicity and delivery of protein and peptide antigens against viral infections (79, 83, 84). Silica based NPs contain abundant silanol groups that can be utilized to introduce specific functional groups on their surface to gain access for vaccine molecules into target cells (84–86). The major advantages of inorganic NPs include low production cost, reproducibility and safety in application.

## Polymeric NPs

In recent years, polymeric NPs have received great attention for their applications in the delivery of a number of vaccines. This is primarily due to their ease in preparation, biodegradability,

biocompatibility, reduced cytotoxicity, and the possibility to fine-tune surface properties as needed (87). Moreover, it is relatively easy to control the rate of vaccine release by altering the composition or ratio of co-polymers during the NP synthesis process (87). The most commonly used polymeric NPs for vaccine delivery are poly (lactic-*co*-glycolic acid; PLGA) or poly (lactic acid; PLA). PLGA NPs have already been tried in the delivery of a broad range of antigens, including hydrophobic antigens (34, 35), hepatitis-B virus antigens (54), *Bacillus anthracis* (41), tetanus toxoid (35), and ovalbumin (88). The use of PLGA conjugated antigens exhibited strong immunostimulatory property by inducing cytokine and nitric oxide production against mycobacteria infection (89). In addition to synthetic polymers, some natural biopolymers such as alginate, pullans, inulins, and chitosan have been used as adjuvants (90–93). Inulin, a known activator of the complement cascade (94), conferred better protection against hepatitis B and influenza viruses (92, 93). Similarly, chitosan NPs were demonstrated as nanocarrier molecules for HBV antigens (55), DNA vaccine (56), and Newcastle disease vaccine (42). The delivery of PLGA and chitosan NP conjugated vaccine molecules enhanced the immune responses at the mucosal site (95, 96). Our recent study also showed that delivery of *M. tuberculosis* lipids using biocompatible chitosan NPs was able to induce significant humoral as well as cellular immune responses when compared to lipids alone in mice (43). We also found that intraperitoneal administration of these conjugates showed better activation of splenic T-cells. Another study by de Titta et al. has shown that intradermal administration of CpG conjugated polymeric NPs increased dendritic cell activation by several fold, exhibited comparable vaccine efficacy at ∼400 times lower dose, and also caused enduring cellular immunity in comparison to free CpG (97). These desired properties along with already known reduced toxicity and biocompatibility under both *in vitro* and *in vivo* conditions make polymeric NPs plausible candidates for further preclinical pharmacokinetics and therapeutic applications (98).

## Liposomes

In addition to polymeric NPs, liposomes are the second most widely explored vaccine and drug delivery vehicle in the nanomedicine field. The synthesis of liposomes is a spontaneous process, where hydration of lipids enables the lipid bilayer formation around an aqueous core (99). So far, different types of liposomes, including unilamellar or multilamellar vesicles composed of biodegradable phospholipids (e.g., phosphatidylserine, phosphatidylcholin and cholesterol) were included in the vaccine studies (100). Liposomes deliver vaccines by fusion with the target cell membrane (101).The structurally flexible and versatile liposomes are able to encapsulate both hydrophilic and hydrophobic substances. The hydrophilic molecules can be incorporated into the aqueous core, while hydrophobic molecules are encased within the phospholipid bilayer. Earlier reports have shown that delivery of antigenic proteins entrapped in multilamellar lipid vesicles elicit strong T and B-cell responses (102). Similarly antigenic peptides conjugated to phosphatidylserine (PS)-liposomes were readily

**3**

**Exhibit 381**

**TABLE 1 |** List of antigens delivered by using different nanocarriers for the treatment of different diseases.

| Antigen | Nanocarrier used | Disease | References |
|---|---|---|---|
| **AGAINST BACTERIAL INFECTION** | | | |
| Antigenic protein | Poly(D,L-lactic-co-glycolic acid) nanospheres | Anthrax | (41) |
| DNA encoding T cell epitopes of Esat-6 and FL | Chitosan Nanoparticle | Tuberculosis | (42) |
| Mycobacterium lipids | Chitosan Nanoparticle | Tuberculosis | (43) |
| Polysaccharides | Liposomes | Pneumonia | (44) |
| Bacterial toxic and parasitic protein | Liposomes | Cholera and Malaria | (45) |
| Fusion protein | Liposomes | *Helicobacter pylori* infection | (46) |
| Antigenic protein | Nanoemulsion | Cystic fibrosis | (47) |
| Antigenic protein | Nanoemulsion | Anthrax | (48) |
| Mycobacterium fusion protein | Liposome | Tuberculosis | (49) |
| **AGAINST VIRAL INFECTION** | | | |
| Antigenic protein | Chitosan Nanoparticles | Hepatitis B | (33) |
| Viral protein | Gold Nanoparticles | Foot and mouth disease | (50) |
| Membrane protein | Gold Nanoparticles | Influenza | (51) |
| Viral plasmid DNA | Gold Nanoparticles | HIV | (52) |
| Tetanus toxoid | Poly(D,L-lactic-co-glycolic acid) nanospheres | Tetanus | (53) |
| Hepatitis B surface antigen | Poly(D,L-lactic-co-glycolic acid) nanospheres | Hepatitis B | (54) |
| Hepatitis B surface antigen | Alginate coated chitosan Nanoparticle | Hepatitis B | (55) |
| Live virus vaccine | Chitosan Nanoparticles | Newcastle disease | (56) |
| Capsid protein | VLPs | Norwalk virus infection | (57) |
| Capsid protein | VLPs | Norwalk virus infection | (58) |
| Influenza virus structural protein | VLPs | Influenza | (59–64) |
| Nucleocapsid protein | VLPs | Hepatitis | (65) |
| Fusion protein | VLPs | Human papilloma virus | (39, 40, 66–68) |
| Multiple proteins | VLPs | Rotavirus | (69, 70) |
| Virus proteins | VLPs | Blue tongue virus | (71) |
| Enveloped single protein | VLPs | HIV | (72–75) |
| Viral protein | Polypeptide Nanoparticles | Corona virus for Severe acute respiratory syndrome (SARS) | (76) |
| **AGAINST PARASITIC INFECTION** | | | |
| Merozoite surface protein | Iron oxide Nanoparticles | Malaria | (30) |
| Epitope of *Plasmodium berghei* circumsporozoite protein. | Polypeptide Nanoparticles | Rhodent mamarial parasitic infection | (77) |
| Surface protein from *Eimeria falciformis* sporozoites | ISCOMs | Diarrhea | (78) |

internalized by APCs to potentiate T-helper cell mediated immune responses (103) and delivery of heat shock protein encoding vaccine DNA using liposomes elicited strong protective immunity against fungal infection (104). Because of their foreseen applications, several liposome based vaccine nano-formulations have been approved for clinical trials against intracellular pathogens, including viruses and *M. tuberculosis* (105). One such study already demonstrated the potency of liposomal aerosol carriers in the generation of protective immunity against *M. tuberculosis* infection (106, 107). Other studies have tried a combination of dimethyl dioctadecyl ammonium (DDA) lipid based liposomes and various immunomodulators to enhance immunity against influenza, chlamydia, erythrocytic-stage malaria, and tuberculosis infections (108–112). In the context of DNA vaccines, lipid-DNA complexes have been successfully delivered to the lungs of monkeys (101).

## VLPs (Virus Like Particles)

There are several reports that adequately proved applications of VLPs as a vaccine carrier, and also their ability to stimulate the host immune responses (113–115). VLPs are composed of self-assembled viral membrane that forms a monomeric complex displaying a high density of epitopes (115, 116). Interestingly, VLPs can also be engineered to express additional proteins either by fusion of proteins with the particles or by endogenous expression of multiple antigens (113, 117). It is also possible to chemically couple non-protein antigens and small organic molecules onto the viral surface to produce bioconjugates with VLPs (118, 119). Due to these distinct features, VLPs can provide protection not only against virus, but also against heterologous antigens (116). A specific immune response was successfully generated after the delivery of an antigen using virus capsid protein SV40 in mammalian cells (120). VLPs were also found to increase the immunogenicity of weak antigens. For example

4

**Exhibit 381**

*Salmonella typhi* membrane antigen, influenza A M2 protein and H1V1 Nef gonadotropin releasing hormone (GnRH) assembled VLPs produced strong antigen specific humoral as well as cellular immune responses (121, 122). It is presumed that the use of VLP based nanoformulations could enable the antigens to achieve conformations resembling to native antigen structure, thus it may result in better stimulation of the host immune response (122).

### Dendrimers

Dendrimers are three dimensional, mono-dispersed and hyperbranched nano structures that are made up of a mixture of amines and amides. Few studies have explored the application of dendrimers in the delivery of different antigenic molecules. The most commonly used dendrimers for vaccine delivery are polypropyleneimine (PPI) and polyamido amine (PAMAM) dendrimers. A single dose of dendrimer encapsulated multiple antigens was found to produce strong antibody and T-cell responses against Ebola virus, H1N1 influenza, and *Toxoplasma gondii* (123). This generation of robust immune response was found to be due to efficient uptake of dendrimers by the host cells. Similarly a significant increase in the vaccine efficacy of HIV transactivator of transcription (TAT) based DNA vaccine was observed due to enhanced cellular uptake of PMAM dendrimer (124). Hence, the possibility to tailor the dendrimers to attain certain biological and physico-chemical properties, and also the feasibility to conjugate several ligands to the single molecule have made dendrimers promising candidates for the development of new generation vaccines with enhanced immunogenic properties.

## DELIVERY OF IMMUNE STIMULATORS USING NANOCARRIERS

### Cytokines

Cytokines are known as important signaling molecules secreted by different cells in response to external stimuli. Some of the cytokines are able to activate immune cells to generate protective immunity against several diseases. However, cytokines are mostly susceptible to early degradation that subdue their participation in the generation of host immunity. Moreover, uncontrolled release of cytokines as immune responders may sometimes lead to harmful side effects (125). To overcome these limitations, several studies have attempted to synthesize engineered nanocarriers to achieve effective and controlled delivery of cytokines to the target sites. This approach was found to reduce their toxicity, improve circulation time and antigen specific T-cell responses in comparison to free cytokines (126, 127). Incorporation of granulocyte macrophage colony stimulating factor (GM-CSF) and interferon alpha (IFN-α) into nano-carriers exhibited great application in cancer therapy (128, 129). Nano-carrier conjugated cytokines also showed great potential in the treatment of infectious diseases. For example, IL-12 encapsulated microspheres induced strong protective immunity against tuberculosis (130). This effect was due to production of high antibody titers as a result of sustained and controlled release of IL-12 from the microspheres in immunized mice (130).

### Toll Like Receptor Agonists

Like cytokines, several toll-like receptor (TLR) agonists were also explored as immune activators to augment immune surveillance mechanisms. Different immune effector cells such as macrophages, B-cells and DCs express different types of TLRs, which are known to interact with specific pathogen associated molecular patterns (PAMPs). These specific interactions eventually initiate downstream signaling cascades to ensure the elimination or generation of immunity against pathogens (131, 132). Conjugation of TLR specific agonists on nanocarriers helps to target the molecules to specific immune cells and therefore reduce the possibility of systemic biodistribution. One such study has shown that conjugation of TLR-7/8 agonist on nano polymers caused efficient internalization by APCs and has prolonged the T cell responses (133). Administration of NPs loaded with vaccine peptide antigen and TLR-7 and 9 ligands were also found to induce strong memory and effector CD8+ T-cell response (134). Another study has shown that conjugation of TLR-8 agonist to a polymer nanocarrier increased activation and maturation of naive DCs due to selective endocytosis and prolonged release of an immunogen by the nanocarrier inside DCs (135). Moreover, intradermal injection of CpG and antigen encapsulated polymeric NPs were rapidly drained into the lymph nodes to activate DCs (97). These studies indicate that NPs can be used as a tool to appropriately target presentation of antigens to T and B-cell rich lymphoid organs.

### Nucleic Acids

The genetic molecules such as DNA, plasmids and RNA can also act as immuno-stimulants. Due to these characteristics, in addition to less risk to cause disease particularly in immunocompromised individuals, these genetic materials are considered as promising candidates for the development of next generation vaccines. After administration, the plasmid vector translocates to the nucleus to initiate transcription of recombinant genes using the host cellular machinery. A recombinant DNA segment encoding HspX-PPE44-esxV fusion antigen of *M. tuberculosis* showed great potential as a new tuberculosis DNA vaccine candidate (136). A similar type of study has been conducted in the past where the vaccination of DNA or RNA constructs expressing mycobacterium antigens were capable of inducing humoral as well as cellular immune responses (137). Likewise, plasmids harboring genes encoding for viral antigen have been encapsulated into alginate nanocarriers and targeted against viral infections (138).

## IMPORTANCE OF PHYSICOCHEMICAL PROPERTIES IN DESIGNING NANO-IMMUNO FORMULATIONS

In order to improve their delivery and vaccine characteristics, different approaches have been practiced to conjugate vaccine molecules to different nanocarriers. Vaccine molecules can be surface conjugated, encapsulated or surface adsorbed with the nanocarriers. Antigen adsorption on the nanocarrier is simply based on the presence of a charge or hydrophobic interactions

5

**Exhibit 381**

between NPs and the candidate molecule (139, 140). This type of interaction is usually non-covalent, which may lead to rapid dissociation of antigens from nanocarriers depending upon the external milieu such as pH, ionic strength, temperature, and the antigen hydrophobicity. On the other hand, encapsulation and chemical conjugation of antigen to nanocarriers is more stable due to strong interactions and chemical bond formation between the target molecule and the nanocarrier. Further, antigens can also be encapsulated into nanocarriers by simple mixing reaction during the synthesis. In this case, the antigens are released only after partial or complete dissociation of the nanocarrier (141). These processes have already been used with silica and gold NPs (142). Similarly, chitosan and dextran sulfate NPs were used for the preparation of cationic and anionic antigenic formulations. Some viral antigens are known to bind to both positive as well as negative charged NPs through immobilization process and hydrogen bonds (143). The immobilization process depends on the charge, pH, ratio of NPs and antigens, and the protein partition coefficient between the solution and the colloid (143). Several antigens were successfully delivered to the target sites by chemical conjugation, adsorption and encapsulation to soft nanocarriers like VLPs, liposomes and immune stimulating complexes (ISCOM) (144–147). ISCOMs are a class of adjuvant formulations that consist of saponins, cholesterol and phospholipids in specific ratios. Antigens can be formulated into ISCOMs directly (148) or after the surface modification (149, 150). Since ISCOM particles are negatively charged, direct conjugation of most of the soluble proteins is a limiting factor. Nanocarriers can augment immunogenicity of a molecule. For example, influenza antigen H1N1 conjugated chitosan NPs and *Yersinia pestis* F1-antigen coated gold NPs (AuNPs) produced higher levels of antibody and cytokine responses in comparison to mice administered with unconjugated antigens (151).This was found to be due to stabilization and increased immunogenicity of vaccine antigens due to conjugation with NPs.

Another important aspect in the development of nano-immuno formulations is that they improve antigen delivery and presentation (152). In this context, NP shape, size and surface charge are key factors that affect NP circulation, biodistribution, bioavailability and specificity by crossing biological barriers. Besides these factors, particle geometry such as surface to volume ratio plays an important role in the determination of immunogen release and degradation kinetics (153, 154). Here, the importance of different physicochemical parameters such as size, shape, surface area, porosity, hydrophobicity, hydrophilicity and crystallinity in the interaction between NPs and the target cell is discussed.

## Size

The size of NPs determines the mode of cellular uptake and specificity (155, 156). PLGA NPs of large size (1, 7 and 17 μm) showed reduced internalization rate in comparison to smaller NPs (300 nm) (157). The size of NPs also determines the cellular specificity and migration. Smaller NPs (20–200 nm) were readily endocytosed by the resident DCs, whereas larger size (500–2,000 nm) NPs were effectively taken up by the migratory DCs (158). NPs of less than 200 nm size were drained into the lymph nodes (159), while particles up to 20 nm range were suitably transported to the APCs (152, 160). Notably, NP curvature also affects the cellular interaction and phagocytosis (161). NPs of 150 nm diameter and 450 nm height showed more cellular uptake as compared to the particles having $1,200 \times 200$ nm size. Of note the size of NPs was also found to influence the activation of signaling pathways. A study has demonstrated that smaller NPs are able to alter the cell signaling processes more efficaciously than the large NPs (31).

## Surface Charge

Vaccine loaded NPs can also be targeted to specific sites by modifying the NP surface charge. Delivery of such NPs at appropriate sites elicit strong immune responses against antigens. NP surface charge is responsible for the interaction with congnate surface molecules present on the target cells. This was exemplified from the observation that cationic polysterene NPs were efficiently internalized by the APCs in comparison to neutral surface charged NPs. This may be due to electrostatic interactions between the cationic NPs with anionic cell membranes (162, 163). Interestingly, pulmonary instillation of cationic and anionic NPs showed similar endocytosis rate in macrophages and draining lymph nodes, however cationic formulations showed more expression of *Ccl2* and *Cxc10* chemokines that caused more recruitment and maturation of CD11b DCs in comparison to anionic NPs in the lung (125, 156). Similarly, neutral silica-silane shell polymer NPs were less effective in the activation of innate immune cells (128). These studies clearly indicate appropriate surface modifications of NPs may help to generate stronger immunological responses against specific infection.

## Shape

Beside size and surface charge, NP shape is also a critical determinant in the cellular interaction, intracellular trafficking and the rate of antigen release inside the host cells (79, 141). Spherical gold NPs were actively internalized by bone marrow derived dendritic cells in comparison to rod shaped particles of similar dimensions (33, 34), and that spherical NPs were able to induce strong immune response than cube or rod shaped NPs (164). Another study reported that worm-like particles were impaired in phagocytosis as compared to spherical NPs (151). These distinctions were ascribed to the differences in contact area between NPs and the target cell membrane. The shape of NPs also determines the localization of NPs inside the host cells. This was demonstrated by the fact that although nano rods and nano sheets were internalized via clathrin mediated endocytosis, nano rods were particularly delivered to the nucleus while nano-sheet were retained in the cytoplasm (146, 147, 155). This is an important aspect in the context of improving antigen processing and presentation to T-cells. It is well established that enhanced antigen processing and presentation can be achieved if the candidate molecules are delivered to the lysosomal compartment of the cells.

## Hydrophobicity

Hydrophobicity of NPs plays a significant role in the interaction with soluble proteins and immune cells through recognition of hydrophobic moieties (165). Previous studies have shown that

6

**Exhibit 381**

hydrophobic polymeric NPs are strong inducers of cytokines and co-stimulatory molecules than hydrophilic polymeric NPs (53, 105, 166). Exposure to hydrophobic NPs showed enhanced activation of DCs by inducing the expression of CD86 co-stimulatory molecules when compared with hydrophilic ones. Similar observations were reported in other innate immune cells, in which hydrophobic NPs were able to activate these cells by up-regulating the expression of proinflammatory cytokine encoding genes (102), and also facilitated opsonization process by increasing the adsorption of immunoglobulins on the cell surfaces (103). However, other studies have reported that polyethylene glycol coating (PEGylation) reduced the interaction of NPs with immune receptors (50, 80). This property is considered useful in the prevention of non-specific adsorption of proteins on NPs and thereby prevent their up-take by APCs (50). Such non-specific adsorption of proteins and their uptake by phagocytic cells can also be preventing by the incorporation of an alkyl linker between the PEG and thiol moieties on NPs (80).

## Surface Modification

Surface modification of NPs alters ligand specificity and interaction with APCs (160). Conjugation of CD47 molecules on the surface of NPs modulated the down-stream signaling cascades and also reduced NP internalization by phagocytic cells (131). Functionalization of NPs with TLR-7, TLR-8, and TLR-9 agonists increased cytokine production and the expression of immunoregulatory genes (132–134). Similarly, conjugation of poly (methyl vinyl ether-co-maleic anhydride; PVMA), TLR2, and TLR4 agonists, and galactose polymer to NPs were shown to activate the complement pathway as a result of stable binding to C3b complement factor (139, 142). Further, lipoprotein-like NPs showed LPS scavenging activity, thereby resulting in the inhibition of TLR-4 dependent inflammatory responses (140). Overall, these studies strongly demonstrated that tuning of physico-chemical properties of NPs could be used as a fundamental tool to target vaccine molecules to specific sites to induce desired immune responses.

## IMPLICATIONS OF THE NANOCARRIERS IN THE VACCINE DEVELOPMENT

Emerging studies have proved that nanocarriers can be useful mediators in the development of vaccines against various diseases. In this context, it is important to develop NP formulations that can deliver immunogens to APCs especially DCs to induce effective antigen-specific T-cell responses (**Figure 2**). Several nanocarriers have been shown to specifically activate DCs to effectuate anti-tumor or anti-viral immune responses (167–170). Zhu et al. proposed that nano-TiO₂ and Fe₃O₄-TiO₂ particles could function as a useful vector to promote vaccine delivery in immune cells (168). Co-incubation of nano-TiO₂ and Fe₃O₄-TiO₂ with DCs resulted in an increased production of TNF-α, and also upregulated the expression of CD80, CD86 and MHC class II molecules through the NF-κB signaling pathway (163). In this way, immunization efficacy of various NP formulations such as erythrocyte membrane-enveloped poly(D,L-lactide-co-glycolide)

(PLGA) NPs for antigenic peptide (hgp10025-33) and TLR-4 agonist, VLPs expressing RSV glycoproteins, chitosan-coated EphrinA1-PE38/GM-CSF, and several others have been improved (171–177). NPs can also control cell polarization and differentiation. Branched polyethylenimine-superparamagnetic iron oxide NPs (bPEI-SPIONs) promoted Th1 polarization of DCs (178). Another study by Sehgal et al. showed that NPs can also be used to target subsets of particular immune cells. They have shown that simultaneous targeting of DC subsets (i.e., DC-SIGN+ and BDCA3+DC) by NPs synergistically stimulated the activation of T cell-mediated immunity when compared with targeting of each DC subset separately (170).

Preclinical studies by different research groups have successfully demonstrated the efficacy of NP based vaccines in the induction of specific immune responses against tuberculosis (42, 179–182). Feng et al. developed a NP-based recombinant DNA vaccine that consists of Esat-6 and fms-like tyrosine kinase 3 ligand enveloped with chitosan NPs (42). Intramuscular prime vaccination followed by nasal boost of this recombinant DNA vaccine enhanced T cell responses in *Mycobacterium tuberculosis* challenged mice (42). Another study has shown that pulmonary administration of *M. tuberculosis* Ag85B antigen and CpG adjuvant conjugated polypropylene sulfide NPs (NP-Ag85B) induced *M. tuberculosis* specific polyfunctional Th1 responses and also reduced the lung bacterial burden (183).

## TARGETED DELIVERY OF NANOPARTICLES CAN ACTIVATE INNATE AND ADAPTIVE IMMUNE RESPONSES

### Innate Immunity

Macrophages and monocytes are highly heterologous cells that are distributed throughout the body. Macrophages process and present the antigens to elicit adaptive immune response. Due to their intrinsic phagocytic nature, macrophages can be easily targeted by surface engineered NPs, in which cognate ligands agonist to macrophage receptors can be conjugated on the NP surface (**Figure 1**). As discussed above several physico-chemical parameters of NPs such as size, surface charge, hydrophobicity, surface topography, and material composition can be optimized to facilitate the interactions between NPs and macrophage receptors (184–186). The rate of NP endocytosis also depends upon the type of cell surface receptors and the ligand conjugated to the NP surface. For example, NPs targeted via mannose and Fc receptors were rapidly internalized as compared to scavenger receptors (187). Endocytosis of IgG and anti-F4/80 antibody coated NPs showed more uptake rate and retention time inside the macrophages without affecting the cell viability (188, 189). Also, positively charged NPs interact more strongly with negatively charged phospholipid components of the cell membrane (190). Hyperactivation of some inflammatory cells can also be restricted through controlled release of stimulants using NPs. Upon activation, neutrophils can secrete variety of cytokines and hydrolytic enzymes in response to infection (191). Prolonged neutrophil activation often leads to acute inflammation and tissue damage at the localized site. Therefore, controlled release of molecules is

**Exhibit 381**



**FIGURE 2 |** Targeted delivery of antigenic molecules using surface engineered nanoparticles into the antigen presenting cells (APCs). Endogenously generated antigens are presented in complex with class I major histocompatibility complex (MHC I) on the membrane of APCs to CD8+ T lymphocytes. Following the interaction between MHC I and T-cell receptor (TCR) in presence of co-stimulatory molecules and cytokines the activated CD8+ cells kill the infected cells by inducing cytotoxicity. Also the antigens are presented on the APC surface by class II MHC molecules to the helper (CD4+) T cells. Subsequently, CD4+ cells activate B-cells that produce anti-microbial antibodies. Upon stimulation the adaptor proteins MyD88 (myeloid differentiation marker 88) and TIRAP (TIR domain containing adaptor protein) colocalize with TLR (toll-like receptor) allowing for activation of the NF-κB pathway and leading to the production of pro-inflammatory cytokines.

necessary to prevent the hyperactivation and massive recruitment of neutrophils. It has been reported that bovine serum albumin (BSA) NPs were able to modulate the functions of neutrophils following their internalization. Intravenous injection of anti-inflammatory peptide encapsulated polymeric NPs reduced neutrophil recruitment and subsequently hyperinflammation to prevent further tissue damage (192). The use of NPs to deliver vaccine/drugs in a controlled fashion is now considered as an attractive approach to develop therapeutic strategies against a range of acute and chronic inflammatory diseases (193).

## Adpative Immunity

T and B-cells of the adaptive immune system express a repertoire of receptors to recognize a range of antigens. Activation or suppression of T-cell immunity can determine the fate of a disease. A number of NP based therapeutic strategies have been developed to regulate T-cell activity against viral, bacterial, or fungal infections. For example, antiviral siRNA or retroviral drug encapsulated lipid NPs or dendrimers were effectively delivered to CD4+ T-cells to block HIV replication. This caused a significant reduction in HIV titer when compared with the use of non-encapsulated retroviral drugs (191, 194). T-cell activation

also depends up on the type and size of NP used for the delivery of antigen. Liposome encapsulated antigens were better presented to CD4+ T cells by APCs (195, 196) and delivery of 200 nm ova conjugated NPs increased MHC class I and II expression and also produced a higher percentage of antigen specific CD4+T cells as compared to 30 nm ova conjugated particles (197).

B cells are able to recognize and respond to the microbial surface antigens through B-cell receptors (198). Activation and clonal expansion of antigen specific B-cells using engineered NPs have been exploited for the development of vaccines against different diseases (**Figure 2**). Encapsulation of antigen in virus like particles (VLPs) was able to induce strong and durable humoral responses when compared with the administration of exposed vaccine molecules (199). The potency of immune responses also depends upon the mode of antigen presentation to the target cells. Surface conjugated immunogenic proteins and peptides were able to activate B cells much stronger than encapsulated antigens (200). A single dose of PLGA NPs with surface displayed ovalbumin (OVA) elicited strong antibody responses *in vivo* as compared to free OVA (201, 202). NPs can also be used to activate specific immune responses. A study has shown that peptide conjugated carbon nanotubes

**8**

**Exhibit 381**

showed significant antigen specific IgG response in comparison to peptide or adjuvant alone (83).

## NANOPARTICLES CAN BE USED TO INCREASE CROSS ANTIGEN PRESENTATION

In general, antigens captured by APCs from the extracellular environment are targeted to the endo-lysosomal compartments, where they are first processed into peptides and then loaded onto class II MHC molecules before presentation to CD4+ helper T cells. However, cytosolic antigens are loaded on MHC class I molecules and presented to CD8+ T-cells, which are crucial for the clearance of viral and intracellular infections (203). It is reported that some fraction of antigens delivered through NPs are trafficked to cytosolic vacuoles of APCs and presented by MHC class I molecules (203–205). The NP mediated cross antigen presentation was first demonstrated in antigens conjugated to iron oxide polymer NPs (206–209). In addition, inorganic and polymeric NPs have also been used for antigen delivery to cytosol (210–212). In this context, lipid NPs were shown to induce CD8+ T cell expansion by efficient antigen cross presentation against viral infection in in-vivo models (102, 213). Similarly, invariant natural killer T cells (iNKT), which are a special subset of T-cells, recognize lipid antigens presented by CD1d cells. PLGA NPs conjugated with α-galactosylceramide glycolipid, an iNKT cell stimulant, increased cytokine release as well as expansion of antigen specific CD8+ T cells (214). The cross antigen presentation also depends upon the particle-antigen linkages. It has been shown that disulfide bonding between NP and antigens caused release of antigens into the endosomal compartment and also enhanced CD8+ T cell formation as compared to non-degradable linkers (215, 216). Similarly, pulmonary administration of NPs efficiently enhanced cross antigen presentation, which resulted in at least 10-fold more effector CD8+ T cells in lungs (217).

## NANOPARTICLES AS ADJUVANTS TO GENERATE IMMUNE RESPONSES IN LYMPHOID ORGANS

Adjuvants are known to enhance and prolong the immune responses against antigens. Delivery of adjuvants and antigens using NPs have been found useful to prolong their exposure in the lymphoid organs such as lymph nodes to generate robust immune responses. This is especially important for small adjuvant molecules, which are rapidly cleared from the bloodstream. NPs with a size ranging from 10–100 nm can penetrate the extracellular matrix and travel to the lymph nodes where they can be internalized by the resident macrophages to activate T-cell responses (218–220). The bio-distribution of NPs also depends upon the route of administration and size. It was observed that larger particles accumulated near the site of NPs and were subsequently endocytosed by the local APCs (160), whereas the smaller NPs drained to the blood capillaries (158, 218). PEG coated liposomes of 80–90 nm diameter

showed higher accumulation in lymph nodes after subcutaneous administration as compared to intravenous and intraperitoneal administration (221).

## CONCLUSIONS

The nano-immuno formulations can improve the antigen stability, targeted delivery and also enhance their immunogenicity properties. Most soluble antigens cannot be efficiently endocytosed by the APCs and hence are poorly effective in inducing protective immunity. The immunogenicity of such soluble vaccine antigens can be improved by conjugating them with nanocarriers that can facilitate the recognition and uptake by APCs. This strategy has already been proved effective for inducing/increasing the immunogenicity of poorly immunogenic antigens, such as polysaccharides of pneumococcal vaccines (222). In the last few years, the application of nanotechnology in the field of immune engineering is growing rapidly with a number of new carrier synthesis strategies. Furthermore, novel nano formulations also contain immunostimulatory molecules to enhance the adjuvant properties of the nanoparticles. Co-encapsulation of the TLR agonists [e.g., CpG, poly(I:C)] (77) or imiquimoid (78) into dextran or chitosan NPs, respectively enhanced receptor-based recognition of the nanovaccines with subsequent cell activation. The recent study by Margaroni et al. showed that vaccination with poly(D,L-lactide-co-glycolide; PLGA) nanoparticles with *Leishmania infantum* antigens (sLiAg) and surface-modified with a TNFα-mimicking eight-amino-acid peptide (p8) induced significant protection against parasite infection in BALB/c mice accompanied by activation of CD8+ cells and increase in IFNγ production (223).

Additionally, NPs can be tailored for non-invasive administration and prolonged delivery of the vaccine antigens to a specific location, thus providing the possibility for formulation of the single dose vaccine. Several studies clearly demonstrated the efficacy of the non-invasively administered vaccines such as intranasal application of influenza nano vaccine (224), chitosan NPs with hemagglutinin protein of H1N1 influenza virus (225), *Streptococcus equi* proteins (226), hepatitis B surface antigen (pRc/CMV-HBs) (227) and plasmid encoding a multi-epitope protein against *M. tuberculosis* (pHSP65pep) (228) or antigen 85B (229) were used to provide protective immunity against infections. These considerations can improve the progress of ongoing strategies in the development of nanoparticle-based vaccines. In future, development of nanovaccines will address not only the possibility to induce the immune response but also the anti-infective therapeutic activity of NPs thus representing the feasibility to apply multifunctional particles for the treatment of diseases.

## AUTHOR CONTRIBUTIONS

AS and RP wrote the manuscript. AS supervised the process. MS wrote the part on Use of nanocarriers in vaccine delivery to dendritic cells.

**9**

**Exhibit 381**

## FUNDING

For financial support, we thank Department of Science and Technology (SR/NM/NS-1159/2016), Govt of India and Alexander von Humboldt Fellowship to AS. MS was supported by the Alexander von Humboldt Fellowship and by a grant of the Russian Science Foundation 14-50-00068 and by the Federal Agency of Scientific Organizations, Russia.

## ACKNOWLEDGMENTS

The authors thank Nan-Jong Lee for figures preparation.

## REFERENCES

1. Dye C. After 2015: infectious diseases in a new era of health and development. *Philos Trans R Soc Lond B Biol Sci.* (2014) 369:20130426. doi: 10.1098/rstb.2013.0426
2. WHO. *Global Tuberculosis Report.* World Health Organization (2016).
3. Kahn RE, Ma W, Richt JA. Swine and influenza: a challenge to one health research, in *Curr Top Microbiol Immunol.* (2014) 385:205–18. doi: 10.1007/82_2014_392
4. Braden CR, Dowell SF, Jernigan DB, Hughes JM. Progress in global surveillance and response capacity 10 years after severe acute respiratory syndrome. *Emerg Infect Dis.* (2013) 19:864–9. doi: 10.3201/eid1906.130192
5. Wejse C, Patsche CB, Kühle A, Bamba FJV, Mendes MS, Lemvik G, et al. Impact of HIV-1, HIV-2, and HIV-1+2 dual infection on the outcome of tuberculosis. *Int J Infect Dis.* (2015) 32:128–34. doi: 10.1016/j.ijid.2014.12.015
6. Greenwood B. The contribution of vaccination to global health: past, present and future. *Philos Trans R Soc B Biol Sci.* (2014) 369:20130433. doi: 10.1098/rstb.2013.0433
7. Ada GL. The ideal vaccine. *World J Microbiol Biotechnol.* (1991) 7:105–9. doi: 10.1007/BF00328978
8. Atkins HS, Morton M, Griffin KF, Stokes MGM, Nataro JP, Titball RW. Recombinant Salmonella vaccines for biodefence. *Vaccine* (2006) 24:2710–7. doi: 10.1016/j.vaccine.2005.12.046
9. Beverley PCL. Immunology of vaccination. *Br Med Bull.* (2002) 62:15–28. doi: 10.1093/bmb/62.1.15
10. Ulmer JB, Donnelly JJ, Parker SE, Rhodes GH, Felgner PL, Dwarki VJ, et al. Heterologous protection against influenza by injection of DNA encoding a viral protein. *Science* (1993) 259:1745–9. doi: 10.1126/science.8456302
11. Scallan CD, Tingley DW, Lindbloom JD, Toomey JS, Tucker SN. An adenovirus-based vaccine with a double-stranded RNA adjuvant protects mice and ferrets against H5N1 avian influenza in oral delivery models. *Clin Vaccine Immunol.* (2013) 20:85–94. doi: 10.1128/CVI.00552-12
12. Altenburg AF, Kreijtz JH, de Vries RD, Song F, Fux R, Rimmelzwaan GF, et al. Modified vaccinia virus ankara (MVA) as production platform for vaccines against influenza and other viral respiratory diseases. *Viruses* (2014) 6:2735–61. doi: 10.3390/v6072735
13. Nascimento IP, Leite LCC. Recombinant vaccines and the development of new vaccine strategies. *Braz J Med Biol Res.* (2012) 45:1102–11. doi: 10.1590/S0100-879X2012007500142
14. Donnelly JJ, Wahren B, Liu MA. DNA vaccines: progress and challenges. *J Immunol.* (2005) 175:633–9. doi: 10.4049/jimmunol.175.2.633
15. Skibinski DA, Baudner BC, Singh M, O'Hagan DT. Combination vaccines. *J Glob Infect Dis.* (2011) 3:63–72. doi: 10.4103/0974-777X.77298
16. Huber VC. Influenza vaccines: from whole virus preparations to recombinant protein technology. *Expert Rev Vaccines.* (2014) 13:31–42. doi: 10.1586/14760584.2014.852476
17. Means TK, Hayashi F, Smith KD, Aderem A, Luster AD. The Toll-like receptor 5 stimulus bacterial flagellin induces maturation and chemokine production in human dendritic cells. *J Immunol.* (2003) 170:5165–75. doi: 10.4049/jimmunol.170.10.5165
18. Mogensen TH. Pathogen recognition and inflammatory signaling in innate immune defenses. *Clin Microbiol Rev.* (2009) 22:240–73. doi: 10.1128/CMR.00046-08
19. Randolph GJ, Ochando J, Partida-Sánchez S. Migration of dendritic cell subsets and their precursors. *Annu Rev Immunol.* (2008) 26:293–316. doi: 10.1146/annurev.immunol.26.021607.090254

20. Smith DM, Simon JK, Baker JR. Applications of nanotechnology for immunology. *Nat Rev Immunol.* (2013) 13:592–605. doi: 10.1038/nri3488
21. Fifis T, Gamvrellis A, Crimeen-Irwin B, Pietersz GA, Li J, Mottram PL, et al. Size-dependent immunogenicity: therapeutic and protective properties of nano-vaccines against tumors. *J Immunol.* (2004) 173:3148–54. doi: 10.4049/jimmunol.173.5.3148
22. Mottram PL, Leong D, Crimeen-Irwin B, Gloster S, Xiang SD, Meanger J, et al. Type 1 and 2 immunity following vaccination is influenced by nanoparticle size: formulation of a model vaccine for respiratory syncytial virus. *Mol Pharm.* (2007) 4:73–84. doi: 10.1021/mp060096p
23. Schöler N, Hahn H, Müller RH, Liesenfeld O. Effect of lipid matrix and size of solid lipid nanoparticles (SLN) on the viability and cytokine production of macrophages. *Int J Pharm.* (2002) 231:167–76. doi: 10.1016/S0378-5173(01)00882-1
24. Schöler N, Olbrich C, Tabatt K, Müller RH, Hahn H, Liesenfeld O. Surfactant, but not the size of solid lipid nanoparticles (SLN) influences viability and cytokine production of macrophages. *Int J Pharm.* (2001) 221:57–67. doi: 10.1016/S0378-5173(01)00660-3
25. Vallhov H, Qin J, Johansson SM, Ahlborg N, Muhammed MA, Scheynius A, et al. The importance of an endotoxin-free environment during the production of nanoparticles used in medical applications. *Nano Lett.* (2006) 6:1682–6. doi: 10.1021/nl060860z
26. Shvedova AA, Kisin ER, Mercer R, Murray AR, Johnson VJ, Potapovich AI, et al. Unusual inflammatory and fibrogenic pulmonary responses to single-walled carbon nanotubes in mice. *Am J Physiol Cell Mol Physiol.* (2005) 289:L698–708. doi: 10.1152/ajplung.00084.2005
27. Wang X, Ishida T, Kiwada H. Anti-PEG IgM elicited by injection of liposomes is involved in the enhanced blood clearance of a subsequent dose of PEGylated liposomes. *J Control Release* (2007) 119:236–44. doi: 10.1016/j.jconrel.2007.02.010
28. Ishida T, Wang X, Shimizu T, Nawata K, Kiwada H. PEGylated liposomes elicit an anti-PEG IgM response in a T cell-independent manner. *J Control Release* (2007) 122:349–55. doi: 10.1016/j.jconrel.2007.05.015
29. Irvine DJ, Swartz MA, Szeto GL. Engineering synthetic vaccines using cues from natural immunity. *Nat Mater.* (2013) 12:978–90. doi: 10.1038/nmat3775
30. Pusic K, Aguilar Z, McLoughlin J, Kobuch S, Xu H, Tsang M, et al. Iron oxide nanoparticles as a clinically acceptable delivery platform for a recombinant blood-stage human malaria vaccine. *FASEB J.* (2013) 27:1153–66. doi: 10.1096/fj.12-218362
31. Lim JS, Lee K, Choi JN, Hwang YK, Yun MY, Kim HJ et al. Intracellular protein delivery by hollow mesoporous silica capsules with a large surface hole. *Nanotechnology* (2012) 23:85101. doi: 10.1088/0957-4484/23/8/085101
32. Akagi T, Wang X, Uto T, Baba M, Akashi M. Protein direct delivery to dendritic cells using nanoparticles based on amphiphilic poly(amino acid) derivatives. *Biomaterials* (2007) 28:3427–36. doi: 10.1016/j.biomaterials.2007.04.023
33. Prego C, Paolicelli P, Díaz B, Vicente S, Sánchez A, González-Fernández Á, et al. Chitosan-based nanoparticles for improving immunization against hepatitis B infection. *Vaccine* (2010) 28:2607–14. doi: 10.1016/j.vaccine.2010.01.011
34. Shen H, Ackerman AL, Cody V, Giodini A, Hinson ER, Cresswell P, et al. Enhanced and prolonged cross-presentation following endosomal escape of exogenous antigens encapsulated in biodegradable nanoparticles. *Immunology* (2006) 117:78–88. doi: 10.1111/j.1365-2567.2005.02268.x
35. Diwan M, Tafaghodi M, Samuel J. Enhancement of immune responses by co-delivery of a CpG oligodeoxynucleotide and tetanus toxoid

10

**Exhibit 381**

in biodegradable nanospheres. *J Control Release* (2002) 85:247–62. doi: 10.1016/S0168-3659(02)00275-4

36. Mintern JD, Percival C, Kamphuis MMJ, Chin WJ, Caruso F, Johnston APR. Targeting dendritic cells: the role of specific receptors in the internalization of polymer capsules. *Adv Healthc Mater*. (2013) 2:940–4. doi: 10.1002/adhm.201200441

37. Wang X, Uto T, Akagi T, Akashi M, Baba M. Induction of potent CD8+ T-cell responses by novel biodegradable nanoparticles carrying human immunodeficiency virus type 1 gp120. *J Virol*. (2007) 81:10009–16. doi: 10.1128/JVI.00489-07

38. Richards RL, Rao M, Wassef NM, Glenn GM, Rothwell SW, Alving CR. Liposomes containing lipid A serve as an adjuvant for induction of antibody and cytotoxic T-cell responses against RTS,S malaria antigen. *Infect Immun.* (1998) 66:2859–65.

39. Tyler M, Tumban E, Peabody DS, Chackerian B. The use of hybrid virus-like particles to enhance the immunogenicity of a broadly protective HPV vaccine. *Biotechnol Bioeng*. (2014) 111:2398–406. doi: 10.1002/bit.25311

40. Slupetzky K, Gambhira R, Culp TD, Shafti-Keramat S, Schellenbacher C, Christensen ND, et al. A papillomavirus-like particle (VLP) vaccine displaying HPV16 L2 epitopes induces cross-neutralizing antibodies to HPV11. *Vaccine* (2007) 25:2001–10. doi: 10.1016/j.vaccine.2006.11.049

41. Manish M, Rahi A, Kaur M, Bhatnagar R, Singh S. A single-dose PLGA encapsulated protective antigen domain 4 nanoformulation protects mice against *Bacillus anthracis* spore challenge. *PLoS ONE* (2013) 8:e61885. doi: 10.1371/journal.pone.0061885

42. Feng G, Jiang Q, Xia M, Lu Y, Qiu W, Zhao D, et al. Enhanced immune response and protective effects of nano-chitosan-based DNA vaccine encoding T cell epitopes of Esat-6 and FL against *Mycobacterium Tuberculosis* infection. *PLoS ONE* (2013) 8:e61135. doi: 10.1371/journal.pone.0061135

43. Das I, Padhi A, Mukherjee S, Dash DP, Kar S, Sonawane A. Biocompatible chitosan nanoparticles as an efficient delivery vehicle for *Mycobacterium tuberculosis* lipids to induce potent cytokines and antibody response through activation of γδ T cells in mice. *Nanotechnology* (2017) 28:165101. doi: 10.1088/1361-6528/aa60fd

44. Abraham E. Intranasal immunization with bacterial polysaccharide containing liposomes enhances antigen-specific pulmonary secretory antibody response. *Vaccine* (1992) 10:461–8. doi: 10.1016/0264-410X(92)90395-Z

45. Alving CR, Richards RL, Moss J, Alving LI, Clements JD, Shiba T, et al. Effectiveness of liposomes as potential carriers of vaccines: applications to cholera toxin and human malaria sporozoite antigen. *Vaccine* (1986) 4:166–72. doi: 10.1016/0264-410X(86)90005-8

46. Zhao W, Wu W, Xu X. Oral vaccination with liposome-encapsulated recombinant fusion peptide of urease B epitope and cholera toxin B subunit affords prophylactic and therapeutic effects against H. pylori infection in BALB/c mice. *Vaccine* (2007) 25:7664–73. doi: 10.1016/j.vaccine.2007.08.034

47. Makidon PE, Knowlton J, Groom J V., Blanco LP, LiPuma JJ, Bielinska AU, et al. Induction of immune response to the 17 kDa OMPA Burkholderia cenocepacia polypeptide and protection against pulmonary infection in mice after nasal vaccination with an OMP nanoemulsion-based vaccine. *Med Microbiol Immunol.* (2010) 199:81–92. doi: 10.1007/s00430-009-0137-2

48. Bielinska AU, Janczak KW, Landers JJ, Makidon P, Sower LE, Peterson JW, et al. Mucosal immunization with a novel nanoemulsion-based recombinant anthrax protective antigen vaccine protects against *Bacillus anthracis* spore challenge. *Infect Immun.* (2007) 75:4020–9. doi: 10.1128/IAI.00070-07

49. Kamath AT, Rochat AF, Christensen D, Agger EM, Andersen P, Lambert PH, et al. A liposome-based mycobacterial vaccine induces potent adult and neonatal multifunctional T cells through the exquisite targeting of dendritic cells. *PLoS ONE* (2009) 4:e5771. doi: 10.1371/journal.pone.0005771

50. Chen YS, Hung YC, Lin WH, Huang GS. Assessment of gold nanoparticles as a size-dependent vaccine carrier for enhancing the antibody response against synthetic foot-and-mouth disease virus peptide. *Nanotechnology* (2010) 21:195101. doi: 10.1088/0957-4484/21/19/195101

51. Tao W, Gill HS. M2e-immobilized gold nanoparticles as influenza A vaccine: role of soluble M2e and longevity of protection. *Vaccine* (2015) 33:2307–2315. doi: 10.1016/j.vaccine.2015.03.063

52. Xu L, Liu Y, Chen Z, Li W, Liu Y, Wang L, et al. Surface-engineered gold nanorods: promising DNA vaccine adjuvant for HIV-1 treatment. *Nano Lett.* (2012) 12:2003–12. doi: 10.1021/nl300027p

53. Raghuvanshi RS, Katare YK, Lalwani K, Ali MM, Singh O, Panda AK. Improved immune response from biodegradable polymer particles entrapping tetanus toxoid by use of different immunization protocol and adjuvants. *Int J Pharm.* (2002) 245:109–21. doi: 10.1016/S0378-5173(02)00342-3

54. Thomas C, Rawat A, Hope-Weeks L, Ahsan F. Aerosolized PLA and PLGA nanoparticles enhance humoral, mucosal and cytokine responses to hepatitis B vaccine. *Mol Pharm.* (2011) 8:405–15. doi: 10.1021/mp100255c

55. Borges O, Cordeiro-da-Silva A, Tavares J, Santarém N, de Sousa A, Borchard G, et al. Immune response by nasal delivery of hepatitis B surface antigen and codelivery of a CpG ODN in alginate coated chitosan nanoparticles. *Eur J Pharm Biopharm.* (2008) 69:405–16. doi: 10.1016/j.ejpb.2008.01.019

56. Zhao K, Chen G, Shi X, Gao T, Li W, Zhao Y, et al. Preparation and efficacy of a live newcastle disease virus vaccine encapsulated in chitosan nanoparticles. *PLoS ONE* (2012) 7:e53314. doi: 10.1371/journal.pone.0053314

57. Ball JM, Hardy ME, Atmar RL, Conner ME, Estes MK. Oral immunization with recombinant Norwalk virus-like particles induces a systemic and mucosal immune response in mice. *J Virol.* (1998) 72:1345–53.

58. Ball JM, Graham DY, Opekun AR, Gilger MA, Guerrero RA, Estes MK. Recombinant Norwalk virus-like particles given orally to volunteers: phase I study. *Gastroenterology* (1999) 117:40–8. doi: 10.1016/S0016-5085(99)70548-2

59. Bright RA, Carter DM, Daniluk S, Toapanta FR, Ahmad A, Gavrilov V, et al. Influenza virus-like particles elicit broader immune responses than whole virion inactivated influenza virus or recombinant hemagglutinin. *Vaccine* (2007) 25:3871–8. doi: 10.1016/j.vaccine.2007.01.106

60. Quan FS, Huang C, Compans RW, Kang SM. Virus-like particle vaccine induces protective immunity against homologous and heterologous strains of influenza virus. *J Virol.* (2007) 81:3514–24. doi: 10.1128/JVI.02052-06

61. Matassov D, Cupo A, Galarza JM. A novel intranasal virus-like particle (VLP) vaccine designed to protect against the pandemic 1918 influenza A virus (H1N1). *Viral Immunol.* (2007) 20:441–52. doi: 10.1089/vim.2007.0027

62. Bright RA, Carter DM, Crevar CJ, Toapanta FR, Steckbeck JD, Cole KS, et al. Cross-clade protective immune responses to influenza viruses with H5N1 HA and NA elicited by an influenza virus-like particle. *PLoS ONE* (2008) 3:e1501. doi: 10.1371/journal.pone.0001501

63. Mahmood K, Bright RA, Mytle N, Carter DM, Crevar CJ, Achenbach JE, et al. H5N1 VLP vaccine induced protection in ferrets against lethal challenge with highly pathogenic H5N1 influenza viruses. *Vaccine* (2008) 26:5393–9. doi: 10.1016/j.vaccine.2008.07.084

64. Guo L, Lu X, Kang SM, Chen C, Compans RW, Yao Q. Enhancement of mucosal immune responses by chimeric influenza HA/SHIV virus-like particles. *Virology* (2003) 313:502–13. doi: 10.1016/S0042-6822(03)00372-6

65. Geldmacher A, Skrastina D, Borisova G, Petrovskis I, Krüger DH, Pumpens P, et al. A hantavirus nucleocapsid protein segment exposed on hepatitis B virus core particles is highly immunogenic in mice when applied without adjuvants or in the presence of pre-existing anti-core antibodies. *Vaccine* (2005) 23:3973–83. doi: 10.1016/j.vaccine.2005.02.025

66. Sadeyen JR, Tourne S, Shkreli M, Sizaret PY, Coursaget P. Insertion of a foreign sequence on capsid surface loops of human papillomavirus type 16 virus-like particles reduces their capacity to induce neutralizing antibodies and delineates a conformational neutralizing epitope. *Virology* (2003) 309:32–40. doi: 10.1016/S0042-6822(02)00134-4

67. Paz De la Rosa G, Monroy-García A, Mora-García M de L, Peña CGR, Hernández-Montes J, Weiss-Steider B, et al. An HPV 16 L1-based chimeric human papilloma virus-like particles containing a string of epitopes produced in plants is able to elicit humoral and cytotoxic T-cell activity in mice. *Virol J.* (2009) 6:2. doi: 10.1186/1743-422X-6-2

68. Oh YK, Sohn T, Park JS, Kang MJ, Choi HG, Kim JA, et al. Enhanced mucosal and systemic immunogenicity of human papillomavirus-like particles encapsidating interleukin-2 gene adjuvant. *Virology* (2004) 328:266–73. doi: 10.1016/j.virol.2004.06.047

69. O'Neal CM, Crawford SE, Estes MK, Conner ME. Rotavirus virus-like particles administered mucosally induce protective immunity. *J Virol.* (1997) 71:8707–17.

**11**

**Exhibit 381**

Pati et al.                                                    Development of Nano-Vaccine Formulations

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 320 of 421

70. Parez N, Fourgeux C, Mohamed A, Dubuquoy C, Pillot M, Dehee A, et al. Rectal immunization with rotavirus virus-like particles induces systemic and mucosal humoral immune responses and protects mice against rotavirus infection. *J Virol.* (2006) 80:1752–61. doi: 10.1128/JVI.80.4.1752-1761.2006

71. Roy P, Bishop DH, LeBlois H, Erasmus BJ. Long-lasting protection of sheep against bluetongue challenge after vaccination with virus-like particles: evidence for homologous and partial heterologous protection. *Vaccine* (1994) 12:805–11. doi: 10.1016/0264-410X(94)90289-5

72. Deml L, Kratochwil G, Osterrieder N, Knüchel R, Wolf H, Wagner R. Increased incorporation of chimeric human immunodeficiency virus type 1 gp120 proteins into Pr55gag virus-like particles by an Epstein-Barr virus gp220/350-derived transmembrane domain. *Virology* (1997) 235:10–25. doi: 10.1006/viro.1997.8669

73. Crooks ET, Moore PL, Franti M, Cayanan CS, Zhu P, Jiang P, et al. A comparative immunogenicity study of HIV-1 virus-like particles bearing various forms of envelope proteins, particles bearing no envelope and soluble monomeric gp120. *Virology* (2007) 366:245–62. doi: 10.1016/j.virol.2007.04.033

74. Buonaguro L, Visciano ML, Tornesello ML, Tagliamonte M, Biryahwaho B, Buonaguro FM. Induction of systemic and mucosal cross-clade neutralizing antibodies in BALB/c mice immunized with human immunodeficiency virus type 1 clade A virus-like particles administered by different routes of inoculation. *J Virol.* (2005) 79:7059–67. doi: 10.1128/JVI.79.11.7059-7067.2005

75. Wang BZ, Liu W, Kang SM, Alam M, Huang C, Ye L, et al. Incorporation of high levels of chimeric human immunodeficiency virus envelope glycoproteins into virus-like particles. *J Virol.* (2007) 81:10869–78. doi: 10.1128/JVI.00542-07

76. Pimentel TAPF, Yan Z, Jeffers SA, Holmes K V., Hodges RS, Burkhard P. Peptide nanoparticles as novel immunogens: design and analysis of a prototypic severe acute respiratory syndrome vaccine. *Chem Biol Drug Des.* (2009) 73:53–61. doi: 10.1111/j.1747-0285.2008.00746.x

77. Kaba SA, Brando C, Guo Q, Mittelholzer C, Raman S, Tropel D, et al. A nonadjuvanted polypeptide nanoparticle vaccine confers long-lasting protection against rodent malaria. *J Immunol.* (2009) 183:7268–77. doi: 10.4049/jimmunol.0901957

78. Kazanji M, Laurent F, Péry P. Immune responses and protective effect in mice vaccinated orally with surface sporozoite protein of *Eimeria* falciformis in ISCOMs. *Vaccine* (1994) 12:798–804. doi: 10.1016/0264-410X(94)90288-7

79. Wang T, Zou M, Jiang H, Ji Z, Gao P, Cheng G. Synthesis of a novel kind of carbon nanoparticle with large mesopores and macropores and its application as an oral vaccine adjuvant. *Eur J Pharm Sci.* (2011) 44:653–9. doi: 10.1016/j.ejps.2011.10.012

80. Zhou X, Zhang X, Yu X, Zha X, Fu Q, Liu B, et al. The effect of conjugation to gold nanoparticles on the ability of low molecular weight chitosan to transfer DNA vaccine. *Biomaterials* (2008) 29:111–7. doi: 10.1016/j.biomaterials.2007.09.007

81. Turkevich J, Stevenson PC, Hillier J. A study of the nucleation and growth processes in the synthesis of colloidal gold. *Discuss Faraday Soc.* (1951) 11:55. doi: 10.1039/df9511100055

82. Silva CL, Bonato VLD, Coelho-Castelo AAM, De Souza AO, Santos SA, Lima KM,et al. Immunotherapy with plasmid DNA encoding mycobacterial hsp65 in association with chemotherapy is a more rapid and efficient form of treatment for tuberculosis in mice. *Gene Ther.* (2005) 12:281–7. doi: 10.1038/sj.gt.3302418

83. Villa CH, Dao T, Ahearn I, Fehrenbacher N, Casey E, Rey DA, et al. Single-walled carbon nanotubes deliver peptide antigen into dendritic cells and enhance IgG responses to tumor-associated antigens. *ACS Nano.* (2011) 5:5300–11. doi: 10.1021/nn200182x

84. Yu M, Jambhrunkar S, Thorn P, Chen J, Gu W, et al. Hyaluronic acid modified mesoporous silica nanoparticles for targeted drug delivery to CD44-overexpressing cancer cells. *Nanoscale* (2013) 5:178–83. doi: 10.1039/C2NR32145A

85. Xia T, Kovochich M, Liong M, Meng H, Kabehie S, George S, et al. Polyethyleneimine coating enhances the cellular uptake of mesoporous silica nanoparticles and allows safe delivery of siRNA and DNA constructs. *ACS Nano* (2009) 3:3273–86. doi: 10.1021/nn900918w

86. He X, Wang K, Tan W, Liu B, Lin X, et al. Bioconjugated nanoparticles for DNA protection from cleavage. *J Am Chem Soc.* (2003) 125:7168–9. doi: 10.1021/ja034450d

87. Li X, Deng X, Huang Z. *In vitro* protein release and degradation of poly-dl-lactide-poly(ethylene glycol) microspheres with entrapped human serum albumin: quantitative evaluation of the factors involved in protein release phases. *Pharm Res.* (2001) 18:117–24. doi: 10.1023/A:1011043230573

88. Demento SL, Cui W, Criscione JM, Stern E, Tulipan J, Kaech SM, et al. Role of sustained antigen release from nanoparticle vaccines in shaping the T cell memory phenotype. *Biomaterials* (2012) 33:4957–64. doi: 10.1016/j.biomaterials.2012.03.041

89. Lima VM, Bonato VL, Lima KM, Dos Santos SA, Dos Santos RR, Gonçalves ED, et al. Role of trehalose dimycolate in recruitment of cells and modulation of production of cytokines and NO in tuberculosis. *Infect Immun.* (2001) 69:5305–12. doi: 10.1128/IAI.69.9.5305-5312.2001

90. Hasegawa K, Noguchi Y, Koizumi F, Uenaka A, Tanaka M, Shimono M, et al. *In vitro* stimulation of CD8 and CD4 T cells by dendritic cells loaded with a complex of cholesterol-bearing hydrophobized pullulan and NY-ESO-1 protein: identification of a new HLA-DR15-binding CD4 T-cell epitope. *Clin Cancer Res.* (2006) 12:1921–7. doi: 10.1158/1078-0432.CCR-05-1900

91. Li P, Luo Z, Liu P, Gao N, Zhang Y, Pan H, et al. Bioreducible alginate-poly(ethylenimine) nanogels as an antigen-delivery system robustly enhance vaccine-elicited humoral and cellular immune responses. *J Control Release* (2013) 168:271–9. doi: 10.1016/j.jconrel.2013.03.025

92. Honda-Okubo Y, Saade F, Petrovsky N. Advax™, a polysaccharide adjuvant derived from delta inulin, provides improved influenza vaccine protection through broad-based enhancement of adaptive immune responses. *Vaccine* (2012) 30:5373–81. doi: 10.1016/j.vaccine.2012.06.021

93. Saade F, Honda-Okubo Y, Trec S, Petrovsky N. A novel hepatitis B vaccine containing Advax™, a polysaccharide adjuvant derived from delta inulin, induces robust humoral and cellular immunity with minimal reactogenicity in preclinical testing. *Vaccine* (2013) 31:1999–2007. doi: 10.1016/j.vaccine.2012.12.077

94. Götze O, Müller-Eberhard HJ. The C3-activator system: an alternate pathway of complement activation. *J Exp Med.* (1971) 134:90s–108s.

95. Pawar D, Mangal S, Goswami R, Jaganathan KS. Development and characterization of surface modified PLGA nanoparticles for nasal vaccine delivery: effect of mucoadhesive coating on antigen uptake and immune adjuvant activity. *Eur J Pharm Biopharm.* (2013) 85:550–9. doi: 10.1016/j.ejpb.2013.06.017

96. Sonaje K, Chuang EY, Lin KJ, Yen TC, Su FY, et al. Opening of epithelial tight junctions and enhancement of paracellular permeation by chitosan: microscopic, ultrastructural, and computed-tomographic observations. *Mol Pharm.* (2012) 9:1271–9. doi: 10.1021/mp200572t

97. de Titta A, Ballester M, Julier Z, Nembrini C, Jeanbart L, van der Vlies AJ, et al. Nanoparticle conjugation of CpG enhances adjuvancy for cellular immunity and memory recall at low dose. *Proc Natl Acad Sci USA.* (2013) 110:19902–7. doi: 10.1073/pnas.1313152110

98. Mohammed MA, Syeda JTM, Wasan KM, Wasan EK. An overview of chitosan nanoparticles and its application in non-parenteral drug delivery. *Pharmaceutics* (2017) 9:53. doi: 10.3390/pharmaceutics9040053

99. Sharma A. Liposomes in drug delivery: Progress and limitations. *Int J Pharm.* (1997) 154:123–40. doi: 10.1016/S0378-5173(97)00135-X

100. Storm G, Crommelin DJ. Liposomes: quo vadis? *Pharm Sci Technolo Today* (1998) 1:19–31. doi: 10.1016/S1461-5347(98)00007-8

101. Tyagi RK, Garg NK, Sahu T. Vaccination strategies against malaria: novel carrier(s) more than a tour de force. *J Control Release* (2012) 162:242–54. doi: 10.1016/j.jconrel.2012.04.037

102. Moon JJ, Suh H, Bershteyn A, Stephan MT, Liu H, Huang B, et al. Interbilayer-crosslinked multilamellar vesicles as synthetic vaccines for potent humoral and cellular immune responses. *Nat Mater.* (2011) 10:243–51. doi: 10.1038/nmat2960

103. Ichihashi T, Satoh T, Sugimoto C, Kajino K. Emulsified phosphatidylserine, simple and effective peptide carrier for induction of potent epitope-specific T cell responses. *PLoS ONE* (2013) 8:e60068. doi: 10.1371/journal.pone.0060068

104. Ribeiro AM, Souza ACO, Amaral AC, Vasconcelos NM, Jeronimo MS, Carneiro FP, et al. Nanobiotechnological approaches to delivery of DNA

**12**

**Exhibit 381**

vaccine against fungal infection. *J Biomed Nanotechnol.* (2013) 9:221–30. doi: 10.1166/jbn.2013.1491

105. Watson DS, Endsley AN, Huang L. Design considerations for liposomal vaccines: influence of formulation parameters on antibody and cell-mediated immune responses to liposome associated antigens. *Vaccine* (2012) 30:2256–72. doi: 10.1016/j.vaccine.2012.01.070

106. Vyas SP, Kannan ME, Jain S, Mishra V, Singh P. Design of liposomal aerosols for improved delivery of rifampicin to alveolar macrophages. *Int J Pharm.* (2004) 269:37–49. doi: 10.1016/j.ijpharm.2003.08.017

107. Vyas S, Quraishi S, Gupta S, Jaganathan K. Aerosolized liposome-based delivery of amphotericin B to alveolar macrophages. *Int J Pharm.* (2005) 296:12–25. doi: 10.1016/j.ijpharm.2005.02.003

108. Joseph A, Itskovitz-Cooper N, Samira S, Flasterstein O, Eliyahu H, Simberg D, et al. A new intranasal influenza vaccine based on a novel polycationic lipid–ceramide carbamoyl-spermine (CCS) I. Immunogenicity and efficacy studies in mice. *Vaccine* (2006) 24:3990–4006. doi: 10.1016/j.vaccine.2005.12.017

109. Postma NS, Hermsen CC, Zuidema J, Eling WM. Plasmodium vinckei: optimization of desferrioxamine B delivery in the treatment of murine malaria. *Exp Parasitol.* (1998) 89:323–30. doi: 10.1006/expr.1998.4282

110. Christensen D, Korsholm KS, Andersen P, Agger EM. Cationic liposomes as vaccine adjuvants. *Expert Rev Vaccines* (2011) 10:513–21. doi: 10.1586/erv.11.17

111. McNeil SE, Perrie Y. Gene delivery using cationic liposomes. *Expert Opin Ther Pat.* (2006) 16:1371–82. doi: 10.1517/13543776.16.10.1371

112. Alving CR, Beck Z, Matyas GR, Rao M. Liposomal adjuvants for human vaccines. *Expert Opin Drug Deliv.* (2016) 13:807–16. doi: 10.1517/17425247.2016.1151871

113. Kingsman SM, Kingsman AJ. Polyvalent recombinant antigens: a new vaccine strategy. *Vaccine* (1988) 6:304–6. doi: 10.1016/0264-410X(88)90174-0

114. Roldão A, Mellado MCM, Castilho LR, Carrondo MJ, Alves PM. Virus-like particles in vaccine development. *Expert Rev Vaccines* (2010) 9:1149–76. doi: 10.1586/erv.10.115

115. Zeltins A. Construction and characterization of virus-like particles: a review. *Mol Biotechnol.* (2013) 53:92–107. doi: 10.1007/s12033-012-9598-4

116. Grgacic EVL, Anderson DA. Virus-like particles: passport to immune recognition. *Methods* (2006) 40:60–5. doi: 10.1016/j.ymeth.2006.07.018

117. Strable E, Finn MG. Chemical modification of viruses and virus-like particles. *Curr Top Microbiol Immunol.* (2009) 327:1–21. doi: 10.1007/978-3-540-69379-6_1

118. Maurer P, Jennings GT, Willers J, Rohner F, Lindman Y, Roubicek K, et al. A therapeutic vaccine for nicotine dependence: preclinical efficacy, and Phase I safety and immunogenicity. *Eur J Immunol.* (2005) 35:2031–40. doi: 10.1002/eji.200526285

119. Patel KG, Swartz JR. Surface functionalization of virus-like particles by direct conjugation using azide–alkyne click chemistry. *Bioconjug Chem.* (2011) 22:376–87. doi: 10.1021/bc100367u

120. Kawano M, Matsui M, Handa H. SV40 virus-like particles as an effective delivery system and its application to a vaccine carrier. *Expert Rev Vaccines* (2013) 12:199–210. doi: 10.1586/erv.12.149

121. Tissot AC, Renhofa R, Schmitz N, Cielens I, Meijerink E, Ose V, et al. Versatile virus-like particle carrier for epitope based vaccines. *PLoS ONE* (2010) 5:e9809. doi: 10.1371/journal.pone.0009809

122. Gao Y, Wijewardhana C, Mann JFS. Virus-like particle, liposome, and polymeric particle-based vaccines against HIV-1. *Front Immunol.* (2018) 9:345. doi: 10.3389/fimmu.2018.00345

123. Chahal JS, Khan OF, Cooper CL, McPartlan JS, Tsosie JK, Tilley LD, et al. Dendrimer-RNA nanoparticles generate protective immunity against lethal Ebola, H1N1 influenza, and Toxoplasma gondii challenges with a single dose. *Proc Natl Acad Sci USA.* (2016) 113:E4133–42. doi: 10.1073/pnas.1600299113

124. Bahadoran A, Moeini H, Bejo MH, Hussein MZ, Omar AR. Development of Tat-conjugated dendrimer for transdermal DNA vaccine delivery. *J Pharm Pharm Sci.* (2016)19:325–38. doi: 10.18433/J3G31Q

125. Jaffer U, Wade RG, Gourlay T. Cytokines in the systemic inflammatory response syndrome: a review. *HSR Proc Intensive Care Cardiovasc Anesth.* (2010) 2:161–75.

126. Hora MS, Rana RK, Nunberg JH, Tice TR, Gilley RM, Hudson ME. Controlled release of interleukin-2 from biodegradable microspheres. *Biotechnology* (1990) 8:755–8.

127. Melissen PM, van Vianen W, Bidjai O, van Marion M, Bakker-Woudenberg IA. Free versus liposome-encapsulated muramyl tripeptide phosphatidylethanolamide (MTPPE) and interferon-γ (IFN-γ) in experimental infection with Listeria monocytogenes. *Biotherapy* (1993) 6:113–24. doi: 10.1007/BF01877424

128. Ali OA, Huebsch N, Cao L, Dranoff G, Mooney DJ. Infection-mimicking materials to program dendritic cells in situ. *Nat Mater.* (2009) 8:151–58. doi: 10.1038/nmat2357

129. Killion JJ, Fishbeck R, Bar-Eli M, Chernajovsky Y. Delivery of interferon to intracellular pathways by encapsulation of interferon into multilamellar liposomes is independent of the status of interferon receptors. *Cytokine* (1994) 6:443–9. doi: 10.1016/1043-4666(94)90069-8

130. Ha SJ, Park SH, Kim HJ, Kim SC, Kang HJ, Lee EG, et al. Enhanced immunogenicity and protective efficacy with the use of interleukin-12-encapsulated microspheres plus AS01B in tuberculosis subunit vaccination. *Infect Immun.* (2006) 74:4954–9. doi: 10.1128/IAI.01781-05

131. Kawai T, Akira S. Toll-like receptors and their crosstalk with other innate receptors in infection and immunity. *Immunity* (2011) 34:637–50. doi: 10.1016/j.immuni.2011.05.006

132. Schenten D, Medzhitov R. The control of adaptive immune responses by the innate immune system. *Adv Immunol.* (2011) 109:87–124. doi: 10.1016/B978-0-12-387664-5.00003-0

133. Lynn GM, Laga R, Darrah PA, Ishizuka AS, Balaci AJ, Dulcey AE, et al. In vivo characterization of the physicochemical properties of polymer-linked TLR agonists that enhance vaccine immunogenicity. *Nat Biotechnol.* (2015) 33:1201–10. doi: 10.1038/nbt.3371

134. Goldinger SM, Dummer R, Baumgaertner P, Mihic-Probst D, Schwarz K, Hammann-Haenni A, et al. Nano-particle vaccination combined with TLR-7 and−9 ligands triggers memory and effector CD8+ T-cell responses in melanoma patients. *Eur J Immunol.* (2012) 42:3049–61. doi: 10.1002/eji.201142361

135. Dowling DJ, Scott EA, Scheid A, Bergelson I, Joshi S, Pietrasanta C, et al. Toll-like receptor 8 agonist nanoparticles mimic immunomodulating effects of the live BCG vaccine and enhance neonatal innate and adaptive immune responses. *J Allergy Clin Immunol.* (2017) 140:1339–50. doi: 10.1016/j.jaci.2016.12.985

136. Moradi B, Sankian M, Amini Y, Meshkat Z. Construction of a novel DNA vaccine candidate encoding an HspX-PPE44-EsxV fusion antigen of *Mycobacterium tuberculosis.* *Reports Biochem Mol Biol.* (2016) 4:89–97.

137. Xue T, Stavropoulos E, Yang M, Ragno S, Vordermeier M, Chambers M, et al. RNA encoding the MPT83 antigen induces protective immune responses against Mycobacterium tuberculosis infection. *Infect Immun.* (2004) 72:6324–9. doi: 10.1128/IAI.72.11.6324-6329.2004

138. Romalde JL, Luzardo-Alvárez A, Ravelo C, Toranzo AE, Blanco-Méndez J. Oral immunization using alginate microparticles as a useful strategy for booster vaccination against fish lactococcosis. *Aquaculture* (2004) 236:119–29. doi: 10.1016/j.aquaculture.2004.02.028

139. Wendorf J, Singh M, Chesko J, Kazzaz J, Soewanan E, Ugozzoli M, et al. A practical approach to the use of nanoparticles for vaccine delivery. *J Pharm Sci.* (2006) 95:2738–50. doi: 10.1002/jps.20728

140. Stieneker F, Kreuter J, Löwer J. High antibody titres in mice with polymethylmethacrylate nanoparticles as adjuvant for HIV vaccines. *AIDS* (1991) 5:431–5.

141. He Q, Mitchell AR, Johnson SL, Wagner-Bartak C, Morcol T, Bell SJ. Calcium phosphate nanoparticle adjuvant. *Clin Diagn Lab Immunol.* (2000) 7:899–903. doi: 10.1128/CDLI.7.6.899-903.2000

142. Oyewumi MO, Kumar A, Cui Z. Nano-microparticles as immune adjuvants: correlating particle sizes and the resultant immune responses. *Expert Rev Vaccines* (2010) 9:1095–107. doi: 10.1586/erv.10.89

143. Biabanikhankahdani R, Alitheen NBM, Ho KL, Tan WS. pH-responsive virus-like nanoparticles with enhanced tumour-targeting ligands for cancer drug delivery. *Sci Rep.* (2016) 6:37891. doi: 10.1038/srep37891

144. Slütter B, Soema PC, Ding Z, Verheul R, Hennink W, Jiskoot W. Conjugation of ovalbumin to trimethyl chitosan improves immunogenicity of the antigen. *J Control Release* (2010) 143:207–14. doi: 10.1016/j.jconrel.2010.01.007

**13**

**Exhibit 381**

145. Giddam AK, Giddam AK, Zaman M, Skwarczynski M, Toth I. Liposome-based delivery system for vaccine candidates: constructing an effective formulation. *Nanomedicine* (2012) 7:1877–93. doi: 10.2217/nnm.12.157

146. Glück R, Moser C, Metcalfe IC. Influenza virosomes as an efficient system for adjuvanted vaccine delivery. *Expert Opin Biol Ther.* (2004) 4:1139–45. doi: 10.1517/14712598.4.7.1139

147. Morein B, Sundquist B, Höglund S, Dalsgaard K, Osterhaus A. Iscom, a novel structure for antigenic presentation of membrane proteins from enveloped viruses. *Nature* (1984) 308:457–60.

148. Homhuan A, Prakongpan S, Poomvises P, Maas RA, Crommelin DJA, Kersten GFA, et al. Virosome and ISCOM vaccines against Newcastle disease: preparation, characterization and immunogenicity. *Eur J Pharm Sci.* (2004) 22:459–68. doi: 10.1016/j.ejps.2004.05.005

149. Pedersen JS, Oliveira CLP, Hübschmann HB, Arleth L, Manniche S, Kirkby N, et al. Structure of immune stimulating complex matrices and immune stimulating complexes in suspension determined by small-angle X-ray scattering. *Biophys J.* (2012) 102:2372–80. doi: 10.1016/j.bpj.2012.03.071

150. Reid G. Soluble proteins incorporate into ISCOMs after covalent attachment of fatty acid. *Vaccine* (1992) 10:597–602. doi: 10.1016/0264-410X(92)90439-Q

151. Gregory AE, Williamson ED, Prior JL, Butcher WA, Thompson IJ, Shaw AM, et al. Conjugation of Y. pestis F1-antigen to gold nanoparticles improves immunogenicity. *Vaccine* (2012) 30:6777–82. doi: 10.1016/j.vaccine.2012.09.021

152. Reddy ST, Rehor A, Schmoekel HG, Hubbell JA, Swartz MA. *In vivo* targeting of dendritic cells in lymph nodes with poly (propylene sulfide) nanoparticles. *J Control Release* (2006) 112:26–34. doi: 10.1016/j.jconrel.2006.01.006

153. Sunshine JC, Perica K, Schneck JP, Green JJ. Particle shape dependence of CD8+ T cell activation by artificial antigen presenting cells. *Biomaterials* (2014) 35:269–77. doi: 10.1016/j.biomaterials.2013.09.050

154. Yameen B, Choi W Il, Vilos C, Swami A, Shi J, Farokhzad OC. Insight into nanoparticle cellular uptake and intracellular targeting. *J Control Release* (2014) 190:485–99. doi: 10.1016/j.jconrel.2014.06.038

155. Dobrovolskaia MA, Aggarwal P, Hall JB, McNeil SE. Preclinical studies to understand nanoparticle interaction with the immune system and its potential effects on nanoparticle biodistribution. *Mol Pharm.* (2008) 5:487–95. doi: 10.1021/mp800032f

156. Zolnik BS, González-Fernández Á, Sadrieh N, Dobrovolskaia MA. Minireview: nanoparticles and the immune system. *Endocrinology* (2010) 151:458–65. doi: 10.1210/en.2009-1082

157. Joshi VB, Geary SM, Salem AK. Biodegradable particles as vaccine delivery systems: size matters. *AAPS J.* (2013) 15:85–94. doi: 10.1208/s12248-012-9418-6

158. Manolova V, Flace A, Bauer M, Schwarz K, Saudan P, Bachmann MF. Nanoparticles target distinct dendritic cell populations according to their size. *Eur J Immunol.* (2008) 38:1404–13. doi: 10.1002/eji.200737984

159. Nishioka Y, Yoshino H. Lymphatic targeting with nanoparticulate system. *Adv Drug Deliv Rev.* (2001) 47:55–64. doi: 10.1016/S0169-409X(00)00121-6

160. Reddy ST, van der Vlies AJ, Simeoni E, Angeli V, Randolph GJ, O'Neil CP, et al. Exploiting lymphatic transport and complement activation in nanoparticle vaccines. *Nat Biotechnol.* (2007) 25:1159–64. doi: 10.1038/nbt1332

161. Kostarelos K, Lacerda L, Pastorin G, Wu W, Wieckowski S, Luangsivilay J, et al. Cellular uptake of functionalized carbon nanotubes is independent of functional group and cell type. *Nat Nanotechnol.* (2007) 2:108–13. doi: 10.1038/nnano.2006.209

162. Foged C, Brodin B, Frokjaer S, Sundblad A. Particle size and surface charge affect particle uptake by human dendritic cells in an *in vitro* model. *Int J Pharm.* (2005) 298:315–22. doi: 10.1016/j.ijpharm.2005.03.035

163. Thiele L, Merkle HP, Walter E. Phagocytosis and phagosomal fate of surface-modified microparticles in dendritic cells and macrophages. *Pharm Res.* (2003) 20:221–8. doi: 10.1023/A:1022271020390

164. Niikura K, Matsunaga T, Suzuki T, Kobayashi S, Yamaguchi H, Orba Y, et al. Gold nanoparticles as a vaccine platform: influence of size and shape on immunological responses *in vitro* and *in vivo*. *ACS Nano* (2013) 7:3926–38. doi: 10.1021/nn3057005

165. Kim ST, Saha K, Kim C, Rotello VM. The role of surface functionality in determining nanoparticle cytotoxicity. *Acc Chem Res.* (2013) 46:681–91. doi: 10.1021/ar3000647

166. Hillaireau H, Couvreur P. Nanocarriers' entry into the cell: relevance to drug delivery. *Cell Mol Life Sci.* (2009) 66:2873–96. doi: 10.1007/s00018-009-0053-z

167. Li A, Qin L, Zhu D, Zhu R, Sun J, Wang S. Signalling pathways involved in the activation of dendritic cells by layered double hydroxide nanoparticles. *Biomaterials* (2010) 31:748–56. doi: 10.1016/j.biomaterials.2009.09.095

168. Zhu R, Zhu Y, Zhang M, Xiao Y, Du X, Liu H, et al. The induction of maturation on dendritic cells by TiO2 and Fe3O4@TiO2 nanoparticles via NF-κB signaling pathway. *Mater Sci Eng C* (2014) 39:305–14. doi: 10.1016/j.msec.2014.03.005

169. Nawwab AL-Deen FM, Selomulya C, Kong YY, Xiang SD, Ma C, Coppel RL, et al. Design of magnetic polyplexes taken up efficiently by dendritic cell for enhanced DNA vaccine delivery. *Gene Ther.* (2014) 21:212–8. doi: 10.1038/gt.2013.77

170. Toki S, Omary RA, Wilson K, Gore JC, Peebles RS, Pham W. A comprehensive analysis of transfection-assisted delivery of iron oxide nanoparticles to dendritic cells. *Nanomedicine* (2013) 9:1235–44. doi: 10.1016/j.nano.2013.05.010

171. Lee YT, Ko EJ, Hwang HS, Lee JS, Kim KH, Kwon YM, et al. Respiratory syncytial virus-like nanoparticle vaccination induces long-term protection without pulmonary disease by modulating cytokines and T-cells partially through alveolar macrophages. *Int J Nanomed.* (2015) 10:4491–505. doi: 10.2147/IJN.S83493

172. Guo Y, Wang D, Song Q, Wu T, Zhuang X, Bao Y, et al. Erythrocyte membrane-enveloped polymeric nanoparticles as nanovaccine for induction of antitumor immunity against melanoma. *ACS Nano* (2015) 9:6918–33. doi: 10.1021/acsnano.5b01042

173. Li M, Wang B, Wu Z, Shi X, Zhang J, Han S. Treatment of Dutch rat models of glioma using EphrinA1-PE38/GM-CSF chitosan nanoparticles by in situ activation of dendritic cells. *Tumor Biol.* (2015) 36:7961–6. doi: 10.1007/s13277-015-3486-z

174. Campbell DF, Saenz R, Bharati IS, Seible D, Zhang L, Esener S, et al. Enhanced anti-tumor immune responses and delay of tumor development in human epidermal growth factor receptor 2 mice immunized with an immunostimulatory peptide in poly(D,L-lactic-co-glycolic) acid nanoparticles. *Breast Cancer Res.* (2015) 17:48. doi: 10.1186/s13058-015-0552-9

175. Hernández-Gil J, Cobaleda-Siles M, Zabaleta A, Salassa L, Calvo J, Mareque-Rivas JC. An iron oxide nanocarrier loaded with a Pt(IV) prodrug and immunostimulatory dsRNA for combining complementary cancer killing effects. *Adv Healthc Mater.* (2015) 4:1034–42. doi: 10.1002/adhm.201500080

176. Lu F, Mencia A, Bi L, Taylor A, Yao Y, HogenEsch H. Dendrimer-like alpha-d-glucan nanoparticles activate dendritic cells and are effective vaccine adjuvants. *J Control Release* (2015) 204:51–9. doi: 10.1016/j.jconrel.2015.03.002

177. Sehgal K, Ragheb R, Fahmy TM, Dhodapkar M V., Dhodapkar KM. Nanoparticle-mediated combinatorial targeting of multiple human Dendritic Cell (DC) subsets leads to enhanced T cell activation via IL-15–dependent DC crosstalk. *J Immunol.* (2014) 193:2297–305. doi: 10.4049/jimmunol.1400489

178. Hoang MD, Lee HJ, Lee HJ, Jung SH, Choi NR, Vo MC, etb al. Branched Polyethylenimine-Superparamagnetic Iron Oxide Nanoparticles (bPEI-SPIONs) improve the immunogenicity of tumor antigens and enhance Th1 polarization of dendritic cells. *J Immunol Res.* (2015) 2015:706379. doi: 10.1155/2015/706379

179. Mundayoor S, Kumar RA, Dhanasooraj V. Vaccine delivery system for tuberculosis based on nano-sized hepatitis B virus core protein particles. *Int J Nanomedicine* (2013) 8:835. doi: 10.2147/IJN.S40238

180. Amini Y, Moradi B, Tafaghodi M, Meshkat Z, Ghazvini K, Fasihi-Ramandi M. TB trifusion antigen adsorbed on calcium phosphate nanoparticles stimulates strong cellular immunity in mice. *Biotechnol Bioprocess Eng.* (2016) 21:653–8. doi: 10.1007/s12257-016-0326-y

181. Speth MT, Repnik U, Müller E, Spanier J, Kalinke U, Corthay A, et al. Poly(I:C)-encapsulating nanoparticles enhance innate immune responses to the tuberculosis vaccine Bacille Calmette–Guérin (BCG) via synergistic

**14**

**Exhibit 381**

activation of innate immune receptors. *Mol Pharm.* (2017) 14:4098–112. doi: 10.1021/acs.molpharmaceut.7b00795

182. Poecheim J, Barnier-Quer C, Collin N, Borchard G. Ag85A DNA vaccine delivery by nanoparticles: influence of the formulation characteristics on immune responses. *Vaccines* (2016) 4:32. doi: 10.3390/vaccines4030032

183. Ballester M, Nembrini C, Dhar N, de Titta A, de Piano C, et al. Nanoparticle conjugation and pulmonary delivery enhance the protective efficacy of Ag85B and CpG against tuberculosis. *Vaccine* (2011) 29:6959–66. doi: 10.1016/j.vaccine.2011.07.039

184. Nel AE, Mädler L, Velegol D, Xia T, Hoek EM V, Somasundaran P, et al. Understanding biophysicochemical interactions at the nano-bio interface. *Nat Mater.* (2009) 8:543–57. doi: 10.1038/nmat2442

185. Lynch I, Dawson KA. Protein-nanoparticle interactions. (2008) 3:40–7. doi: 10.1016/S1748-0132(08)70014-8

186. Vertegel AA, Siegel RW, Dordick JS. Silica nanoparticle size influences the structure and enzymatic activity of adsorbed lysozyme. *Langmuir* (2004) 20:6800–7. doi: 10.1021/la0497200

187. Taylor PR, Martinez-Pomares L, Stacey M, Lin HH, Brown GD, Gordon S. Macrophage receptors and immune recognition. *Annu Rev Immunol.* (2005) 23:901–44. doi: 10.1146/annurev.immunol.23.021704.115816

188. Beduneau A, Ma Z, Grotepas CB, Kabanov A, Rabinow BE, Gong N, et al. Facilitated monocyte-macrophage uptake and tissue distribution of superparmagnetic iron-oxide nanoparticles. *PLoS ONE* (2009) 4:e4343. doi: 10.1371/journal.pone.0004343

189. Laroui H, Viennois E, Xiao B, Canup BSB, Geem D, Denning TL, et al. Fab'-bearing siRNA TNFα-loaded nanoparticles targeted to colonic macrophages offer an effective therapy for experimental colitis. *J Control Release* (2014) 186:41–53. doi: 10.1016/j.jconrel.2014.04.046

190. Verma A, Stellacci F. Effect of surface properties on nanoparticle-cell interactions. *Small* (2010) 6:12–21. doi: 10.1002/smll.200901158

191. Kolaczkowska E, Kubes P. Neutrophil recruitment and function in health and inflammation. *Nat Rev Immunol.* (2013) 13:159–75. doi: 10.1038/nri3399

192. Kamaly N, Fredman G, Subramanian M, Gadde S, Pesic A, Cheung L, et al. Development and in vivo efficacy of targeted polymeric inflammation-resolving nanoparticles. *Proc Natl Acad Sci USA.,* (2013) 110:6506–11. doi: 10.1073/pnas.1303377110

193. Chu D, Gao J, Wang Z. Neutrophil-mediated delivery of therapeutic nanoparticles across blood vessel barrier for treatment of inflammation and infection. *ACS Nano* (2015) 9:11800–11. doi: 10.1021/acsnano.5b05583

194. Endsley AN, Ho RJY. Enhanced anti-HIV efficacy of indinavir after inclusion in CD4-targeted lipid nanoparticles. *JAIDS J Acquir Immune Defic Syndr.* (2012) 61:417–24. doi: 10.1097/QAI.0b013e3182653c1f

195. Perisé-Barrios AJ, Jiménez JL, Domínguez-Soto A, de la Mata FJ, Corbí AL, Gomez R, et al. Carbosilane dendrimers as gene delivery agents for the treatment of HIV infection. *J Control Release* (2014) 184:51–7. doi: 10.1016/j.jconrel.2014.03.048

196. Harding C V, Collins DS, Slot JW, Geuze HJ, Unanue ER. Liposome-encapsulated antigens are processed in lysosomes, recycled, and presented to T cells. *Cell* (1991) 64:393–401. doi: 10.1016/0092-8674(91)90647-H

197. Stano A, Nembrini C, Swartz MA, Hubbell JA, Simeoni E. Nanoparticle size influences the magnitude and quality of mucosal immune responses after intranasal immunization. *Vaccine* (2012) 30:7541–6. doi: 10.1016/j.vaccine.2012.10.050

198. Kim YM, Pan JYJ, Korbel GA, Peperzak V, Boes M, Ploegh HL. Monovalent ligation of the B cell receptor induces receptor activation but fails to promote antigen presentation. *Proc Natl Acad Sci USA.* (2006) 103:3327–32. doi: 10.1073/pnas.0511315103

199. Chackerian B, Lowy DR, Schiller JT. Conjugation of a self-antigen to papillomavirus-like particles allows for efficient induction of protective autoantibodies. *J Clin Invest.* (2001) 108:415–23. doi: 10.1172/JCI11849

200. Friede M, Muller S, Briand JP, Van Regenmortel MH, Schuber F. Induction of immune response against a short synthetic peptide antigen coupled to small neutral liposomes containing monophosphoryl lipid A. *Mol Immunol.* (1993) 30:539–47. doi: 10.1016/0161-5890(93)90028-A

201. Bershteyn A, Hanson MC, Crespo MP, Moon JJ, Li A V., Suh H, et al. Robust IgG responses to nanograms of antigen using a biomimetic lipid-coated particle vaccine. *J Control Release* (2012) 157:354–65. doi: 10.1016/j.jconrel.2011.07.029

202. Temchura VV, Kozlova D, Sokolova V, Uberla K, Epple M. Targeting and activation of antigen-specific B-cells by calcium phosphate nanoparticles loaded with protein antigen. *Biomaterials* (2014) 35:6098–105. doi: 10.1016/j.biomaterials.2014.04.010

203. Joffre OP, Segura E, Savina A, Amigorena S. Cross-presentation by dendritic cells. *Nat Rev Immunol.* (2012) 12:557–69. doi: 10.1038/nri3254

204. Brode S, Macary PA. Cross-presentation: dendritic cells and macrophages bite off more than they can chew! *Immunology* (2004) 112:345–51. doi: 10.1111/j.1365-2567.2004.01920.x

205. Amigorena S, Savina A. Intracellular mechanisms of antigen cross presentation in dendritic cells. *Curr Opin Immunol.* (2010) 22:109–17. doi: 10.1016/j.coi.2010.01.022

206. Kovacsovics-Bankowski M, Clark K, Benacerraf B, Rock KL. Efficient major histocompatibility complex class I presentation of exogenous antigen upon phagocytosis by macrophages. *Proc Natl Acad Sci USA.* (1993) 90:4942–6. doi: 10.1073/pnas.90.11.4942

207. Kovacsovics-Bankowski M, Rock KL. A phagosome-to-cytosol pathway for exogenous antigens presented on MHC class I molecules. *Science* (1995) 267:243–6. doi: 10.1126/science.7809629

208. Reis e Sousa C, Germain RN. Major histocompatibility complex class I presentation of peptides derived from soluble exogenous antigen by a subset of cells engaged in phagocytosis. *J Exp Med.* (1995) 182:841–51.

209. Harding C V, Song R. Phagocytic processing of exogenous particulate antigens by macrophages for presentation by class I MHC molecules. *J Immunol.* (1994) 153:4925–33.

210. Jain S, Yap WT, Irvine DJ. Synthesis of protein-loaded hydrogel particles in an aqueous two-phase system for coincident antigen and CpG oligonucleotide delivery to antigen-presenting cells. *Biomacromolecules* (2005) 6:2590–600. doi: 10.1021/bm0503221

211. Hamdy S, Elamanchili P, Alshamsan A, Molavi O, Satou T, Samuel J. Enhanced antigen-specific primary CD4+ and CD8+ responses by codelivery of ovalbumin and toll-like receptor ligand monophosphoryl lipid A in poly(D,L-lactic-co-glycolic acid) nanoparticles. *J Biomed Mater Res A* (2007) 81:652–62. doi: 10.1002/jbm.a.31019

212. Tanaka Y, Taneichi M, Kasai M, Kakiuchi T, Uchida T. Liposome-coupled antigens are internalized by antigen-presenting cells via pinocytosis and cross-presented to CD8 T cells. *PLoS ONE* (2010) 5:e15225. doi: 10.1371/journal.pone.0015225

213. Brandtzaeg P. Induction of secretory immunity and memory at mucosal surfaces. *Vaccine* (2007) 25:5467–84. doi: 10.1016/j.vaccine.2006.12.001

214. Macho Fernandez E, Chang J, Fontaine J, Bialecki E, Rodriguez F, Werkmeister E, et al. Activation of invariant Natural Killer T lymphocytes in response to the α-galactosylceramide analogue KRN7000 encapsulated in PLGA-based nanoparticles and microparticles. *Int J Pharm.* (2012) 423:45–54. doi: 10.1016/j.ijpharm.2011.04.068

215. van der Vlies AJ, O'Neil CP, Hasegawa U, Hammond N, Hubbell JA. Synthesis of pyridyl disulfide-functionalized nanoparticles for conjugating thiol-containing small molecules, peptides, and proteins. *Bioconjug Chem.* (2010) 21:653–62. doi: 10.1021/bc9004443

216. Hirosue S, Kourtis IC, van der Vlies AJ, Hubbell JA, Swartz MA. Antigen delivery to dendritic cells by poly(propylene sulfide) nanoparticles with disulfide conjugated peptides: cross-presentation and T cell activation. *Vaccine* (2010) 28:7897–906. doi: 10.1016/j.vaccine.2010.09.077

217. Nembrini C, Stano A, Dane KY, Ballester M, van der Vlies AJ, Marsland BJ, et al. Nanoparticle conjugation of antigen enhances cytotoxic T-cell responses in pulmonary vaccination. *Proc Natl Acad Sci USA.* (2011) 108:E989–97. doi: 10.1073/pnas.1104264108

218. Swartz MA. The physiology of the lymphatic system. *Adv Drug Deliv Rev.* (2001) 50:3–20. doi: 10.1016/S0169-409X(01)00150-8

219. Cubas R, Zhang S, Kwon S, Sevick-Muraca EM, Li M, Chen C, et al. Virus-like particle (VLP) lymphatic trafficking and immune response generation after immunization by different routes. *J Immunother.* (2009) 32:118–28. doi: 10.1097/CJI.0b013e31818f13c4

220. Dane KY, Nembrini C, Tomei AA, Eby JK, O'Neil CP, Velluto D, et al. Nano-sized drug-loaded micelles deliver payload to lymph node immune cells and prolong allograft survival. *J Control Release* (2011) 156:154–60. doi: 10.1016/j.jconrel.2011.08.009

**15**

**Exhibit 381**

221. Allen TM, Hansen CB, Guo LS. Subcutaneous administration of liposomes: a comparison with the intravenous and intraperitoneal routes of injection. *Biochim Biophys Acta* (1993) 1150:9–16. doi: 10.1016/0005-2736(93) 90115-G

222. Vetro M, Safari D, Fallarini S, Salsabila K, Lahmann M, Penadés S, et al. Preparation and immunogenicity of gold glyco-nanoparticles as antipneumococcal vaccine model. *Nanomedicine (Lond)* (2017) 12:13–23. doi: 10.2217/nnm-2016-0306

223. Margaroni M, Agallou M, Athanasiou E, Kammona O, Kiparissides C, Gaitanaki C, et al. Vaccination with poly(D,L-lactide-co-glycolide) nanoparticles loaded with soluble Leishmania antigens and modified with a TNFα-mimicking peptide or monophosphoryl lipid A confers protection against experimental visceral leishmaniasis. *Int J Nanomedicine* (2017) 12:6169–84. doi: 10.2147/IJN.S141069

224. Qi M, Zhang XE, Sun X, Zhang X, Yao Y, Liu S, et al. Intranasal nanovaccine confers homo- and hetero-subtypic influenza protection. *Small* (2018) 14:e1703207. doi: 10.1002/smll.201703207

225. Sawaengsak C, Mori Y, Yamanishi K, Mitrevej A, Sinchaipanid N. Chitosan nanoparticle encapsulated hemagglutinin-split influenza virus mucosal vaccine. *AAPS PharmSciTech* (2014) 15:317–25. doi: 10.1208/s12249-013-0058-7

226. Figueiredo L, Cadete A, Gonçalves L, Corvo M, Almeida AJ. Intranasal immunisation of mice against Streptococcus equi using positively charged nanoparticulate carrier systems. *Vaccine* (2012) 30:6551–8. doi: 10.1016/j.vaccine.2012.08.050

227. Khatri K, Goyal AK, Gupta PN, Mishra N, Vyas SP. Plasmid DNA loaded chitosan nanoparticles for nasal mucosal immunization against hepatitis B. *Int J Pharm* (2008) 354:235–41. doi: 10.1016/j.ijpharm.2007. 11.027

228. Ai W, Yue Y, Xiong S, Xu W. Enhanced protection against pulmonary mycobacterial challenge by chitosan-formulated polyepitope gene vaccine is associated with increased pulmonary secretory IgA and gamma-interferon(+) T cell responses. *Microbiol Immunol* (2013) 57:224–35. doi: 10.1111/1348-0421.12027

229. Meerak J, Wanichwecharungruang SP, Palaga T. Enhancement of immune response to a DNA vaccine against Mycobacterium tuberculosis Ag85B by incorporation of an autophagy inducing system. *Vaccine* (2013) 31:784–90. doi: 10.1016/j.vaccine.2012.11.075

**Conflict of Interest Statement:** The authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

*Copyright © 2018 Pati, Shevtsov and Sonawane. This is an open-access article distributed under the terms of the Creative Commons Attribution License (CC BY). The use, distribution or reproduction in other forums is permitted, provided the original author(s) and the copyright owner(s) are credited and that the original publication in this journal is cited, in accordance with accepted academic practice. No use, distribution or reproduction is permitted which does not comply with these terms.*

16

**Exhibit 381**

# EXHIBIT 382

# White Paper on Studying the Safety of the Childhood Immunization Schedule

## For the Vaccine Safety Datalink





National Center for Emerging and Zoonotic Infectious Diseases

Immunization Safety Office

**Exhibit 382**

CS258953

White Paper on the Safety of the Childhood Immunization Schedule
Vaccine Safety Datalink
Centers for Disease Control and Prevention | 1600 Clifton Road | Atlanta GA 30329

**Notice:** The project that is the subject of this report was approved and funded by the Immunization Safety Office, Centers for Disease Control and Prevention. The contributors responsible for the content of the White Paper were funded by Task Order contract 200-2012-53582/0004 awarded as a prime contract to Kaiser Foundation Hospitals.

The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the Centers for Disease Control and Prevention.

Additional copies of this report are available from Jason Glanz, PhD, Jason.M.Glanz@kp.org

**2**                                                                                    **Exhibit 382**

## 1.5   Studying the Safety of the Childhood Immunization Schedule: Defining Key Concepts

### The Immunization Schedule

The IOM committee acknowledged that, in order to study the safety of the childhood immunization schedule, more clarity was needed about what defines the schedule. The U.S. immunization schedule, established by the ACIP, is an extensive set of immunization recommendations guiding immunization delivery from birth through old age.[22,23] The immunization schedule changes over time, as new vaccines are licensed, or the recommendations for existing vaccines change based on new knowledge. In addition, for some vaccines, the immunization schedule allows for a relatively wide age interval within which vaccines can be delivered (e.g. the third dose of inactivated poliovirus vaccine [IPV] is recommended to be administered between 6 and 18 months of age).[23] Finally, the schedule also allows for the use of different vaccine products with different dosing schedules (e.g. there are two different rotavirus vaccines currently licensed in the U.S., one which requires two doses and another which requires three doses).

For the purposes of the White Paper, we chose to focus on the schedule of vaccines routinely recommended for infants and young children before 24 months of age. The rationale for this decision is as follows. First, more vaccines are recommended before 24 months of age than at any other time of life, with multiple doses of particular vaccines recommended. Second, parents appear to be more concerned about the safety of the schedule (i.e. the timing and spacing of multiple vaccines) for young children rather than for older children and adults.[11-14] Third, several of the medical conditions of concern to parents, such as asthma and allergic disorders, may become apparent clinically in the pre-school age group, roughly corresponding to 2 to 6 years of age. Finally, long periods of time elapse between the infant immunization series, the "school entry" series at 4 to 6 years of age, and the "pre-teenager" series at 11 years of age; these long time periods create conceptual as well as methodological uncertainty about what would define the schedule in later childhood and how it could be evaluated.

### Safety

For the White Paper, we chose to explicitly define safety as the absence of vaccine-associated adverse events following immunization. Parental vaccine delay or refusal leads to an increased risk of vaccine-preventable disease in children,[16-18] and safety could be defined more broadly to include the prevention of disease. However, considerations related to vaccine effectiveness, and the risks associated with vaccine refusal, were considered out of scope of this White Paper. Nonetheless, any new knowledge generated about adverse events related to the immunization schedule could be used in the future by national policy makers when weighing all available evidence about the benefits and risks of vaccination.

### Focus on Long-term Outcomes

While there is not a uniform definition of what constitutes a short- versus long-term adverse event, short-term adverse events are typically thought to occur in the hours, days, or weeks following vaccination. For example, VSD studies of vaccine safety will generally evaluate adverse events in the 1-2, 1-7, 1-14, or 1-42 days following vaccination. Long-term outcomes can be thought of as occurring in the months to years following vaccination.

After stakeholder engagement and a review of existing literature, the IOM committee concluded that while both short- and long-term adverse events were important, the study of long-term outcomes following the routine schedule was a higher priority. The current safety surveillance systems such as the VSD,[2] and the Post-Licensure Rapid Immunization Safety Monitoring (PRISM)[24] system of the Food and Drug Administration (FDA), already have extensive systems in place to assess short-term outcomes. Parents have expressed more concerns about long-term than short-term health outcomes, and have argued that long-term health outcomes have been less well-studied in the context of vaccine safety. Finally, because the childhood immunization schedule is essentially a long-term exposure, occurring over 18 to 24 months, long-term adverse events may be more biologically plausible than short-term events. Therefore, for the purposes of the White Paper we chose to focus primarily on long-term adverse events.

**Exhibit 382**
9

# EXHIBIT 383

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 330 of 421

# Vaccine Product Approval Process

FDA's Center for Biologics Evaluation and Research (CBER) is responsible for regulating vaccines in the United States. Current authority for the regulation of vaccines resides primarily in Section 351 of the Public Health Service Act and specific sections of the Federal Food, Drug and Cosmetic Act.

Vaccine clinical development follows the same general pathway as for drugs and other biologics. A sponsor who wishes to begin clinical trials with a vaccine must submit an Investigational New Drug application (IND) to FDA. The IND describes the vaccine, its method of manufacture, and quality control tests for release. Also included are information about the vaccine's safety and ability to elicit a protective immune response (immunogenicity) in animal testing, as well as the proposed clinical protocol for studies in humans.

Pre-marketing (pre-licensure) vaccine clinical trials are typically done in three phases, as is the case for any drug or biologic. Initial human studies, referred to as Phase 1, are safety and immunogenicity studies performed in a small number of closely monitored subjects. Phase 2 studies are dose-ranging studies and may enroll hundreds of subjects. Finally, Phase 3 trials typically enroll thousands of individuals and provide the critical documentation of effectiveness and important additional safety data required for licensing. At any stage of the clinical or animal studies, if data raise significant concerns about either safety or effectiveness, FDA may request additional information or studies, or may halt ongoing clinical studies.

**Exhibit 383**

If successful, the completion of all three phases of clinical development can be followed by the submission of a Biologics License Application (BLA). To be considered, the license application must provide the multidisciplinary FDA reviewer team (medical officers, microbiologists, chemists, biostatisticians, etc.) with the efficacy and safety information necessary to make a risk/benefit assessment and to recommend or oppose the approval of a vaccine. Also during this stage, the proposed manufacturing facility undergoes a pre-approval inspection during which production of the vaccine as it is in progress is examined in detail.

Following FDA's review of a license application for a new indication, the sponsor and the FDA may present their findings to FDA's Vaccines and Related Biological Products Advisory Committee (VRBPAC). This non-FDA expert committee (scientists, physicians, biostatisticians, and a consumer representative) provides advice to the Agency regarding the safety and efficacy of the vaccine for the proposed indication.

Vaccine approval also requires the provision of adequate product labeling to allow health care providers to understand the vaccine's proper use, including its potential benefits and risks, to communicate with patients and parents, and to safely deliver the vaccine to the public.

The FDA continues to oversee the production of vaccines after the vaccine and the manufacturing processes are approved, in order to ensure continuing safety. After licensure, monitoring of the product and of production activities, including periodic facility inspections, must continue as long as the manufacturer holds a license for the product. If requested by the FDA, manufacturers are required to submit to the FDA the results of their own tests for potency, safety, and purity for each vaccine lot. They may

also required to submit samples of each vaccine lot to the
FDA for testing. However, if the sponsor describes an
alternative procedure which provides continued assurance of
safety, purity and potency, CBER may determine that
routine submission of lot release protocols (showing results
of applicable tests) and samples is not necessary.

Until a vaccine is given to the general population, all
potential adverse events cannot be anticipated. Thus, many
vaccines undergo Phase 4 studies-formal studies on a
vaccine once it is on the market. Also, the government relies
on the Vaccine Adverse Event Reporting System (VAERS) to
identify problems after marketing begins. The VAERS
system and how it works is discussed further on this website.

### References

- National Vaccine Advisory Committee. "United States
  Vaccine Research: A Delicate Fabric of Public and
  Private Collaboration." *Pediatrics*, Vol 100(6),
  Dec.1997, pp. 1015-1020.

- Parkman PD, Hardegree MC. "Regulation and Testing
  of Vaccines." In Plotkin SA, Orenstein WA, [eds.].
  *Vaccines*, 3d ed. Philadelphia: Saunders; 1999,
  pp.1131-1143.

- Stehlin, Isadora. "How FDA Works to Ensure Vaccine
  Safety." *FDA Consumer Magazine*, March 1996.

## Related Links from the Centers for Disease Control and Prevention

- What Would Happen If We Stopped Vaccinations
  (http://www.cdc.gov/vaccines/vac-
  gen/whatifstop.htm)

- Ten Things You Need To Know About Immunizations

(http://www.cdc.gov/vaccines/vac-gen/10-
shouldknow.htm)

- CDC National Immunization Program
  (http://www.cdc.gov/vaccines/)

**Exhibit 383**

# EXHIBIT 384



Credits   **+**

# Global Vaccine Safety Summit

2 – 3 December 2019 | Geneva, Switzerland

## Purpose of the event

The Global Vaccine Safety Summit is a 2-day event, from 2 to 3 December 2019, organized by the World Health Organization and held at the WHO's headquarters in Geneva, Switzerland.

In the year that marks the 20th anniversary of the WHO's Global Advisory Committee on Vaccine Safety (GACVS), the Global Vaccine Safety Summit will be an opportunity to take stock of GACVS accomplishments and look towards priorities for the next decade.

At the Summit, WHO will present the Global Vaccine Safety Blueprint 2.0 strategy 2021-2030 to key stakeholders and collect their input for the final version, due for publication in the new year.

## Attendees

Agenda

---

**WHO works to ensure vaccinations are safe**



Full screen

**Exhibit 384**

The Summit is meant for vaccine safety stakeholders from around the world, including current and former members of the Global Advisory Committee on Vaccine Safety (GACVS), immunisation programme managers, national regulatory authorities, pharmacovigilance staff from all WHO regions, and representatives of UN agencies, academic institutions, umbrella organizations of pharmaceutical companies, technical partners, industry representatives and funding agencies.



**Exhibit 384**

# EXHIBIT 385

# VITAMIN K$_1$
# INJECTION

Phytonadione

Injectable Emulsion, USP

**Aqueous Dispersion of Vitamin K$_1$**

**Ampul**

R$_x$ only

**Protect from light. Keep ampuls**

**in tray until time of use.**

---

**WARNING — INTRAVENOUS AND INTRAMUSCULAR USE**

Severe reactions, including fatalities, have occurred during and immediately after INTRAVENOUS injection of phytonadione, even when precautions have been taken to dilute the phytonadione and to avoid rapid infusion. Severe reactions, including fatalities, have also been reported following INTRAMUSCULAR administration. Typically these severe reactions have resembled hypersensitivity or anaphylaxis, including shock and cardiac and/or respiratory arrest. Some patients have exhibited these severe reactions on receiving phytonadione for the first time. Therefore the INTRAVENOUS and INTRAMUSCULAR routes should be restricted to those situations where the subcutaneous route is not feasible and the serious risk involved is considered justified.

---

## DESCRIPTION

Phytonadione is a vitamin, which is a clear, yellow to amber, viscous, odorless or nearly odorless liquid. It is insoluble in water, soluble in chloroform and slightly soluble in ethanol. It has a molecular weight of 450.70.

Phytonadione is 2-methyl-3-phytyl-1, 4-naphthoquinone. Its empirical formula is $C_{31}H_{46}O_2$ and its structural formula is:



Vitamin K$_1$ Injection (Phytonadione Injectable Emulsion, USP) is a yellow, sterile, nonpyrogenic aqueous dispersion available for injection by the intravenous, intramuscular and subcutaneous routes. Each milliliter contains phytonadione 2 or 10 mg, polyoxyethylated fatty acid derivative 70 mg, dextrose, hydrous 37.5 mg in water for injection; benzyl alcohol 9 mg added as preservative. May contain hydrochloric acid for pH adjustment. pH is 6.3 (5.0 to 7.0). Phytonadione is oxygen sensitive.

**1**                    **Exhibit 385**

**CLINICAL PHARMACOLOGY**

Vitamin $K_1$ Injection (Phytonadione Injectable Emulsion, USP) aqueous dispersion of vitamin $K_1$ for parenteral injection, possesses the same type and degree of activity as does naturally-occurring vitamin K, which is necessary for the production via the liver of active prothrombin (factor II), proconvertin (factor VII), plasma thromboplastin component (factor IX), and Stuart factor (factor X). The prothrombin test is sensitive to the levels of three of these four factors−II, VII, and X. Vitamin K is an essential cofactor for a microsomal enzyme that catalyzes the post-translational carboxylation of multiple, specific, peptide-bound glutamic acid residues in inactive hepatic precursors of factors II, VII, IX, and X. The resulting gamma-carboxy-glutamic acid residues convert the precursors into active coagulation factors that are subsequently secreted by liver cells into the blood.

Phytonadione is readily absorbed following intramuscular administration. After absorption, phytonadione is initially concentrated in the liver, but the concentration declines rapidly. Very little vitamin K accumulates in tissues. Little is known about the metabolic fate of vitamin K. Almost no free unmetabolized vitamin K appears in bile or urine.

In normal animals and humans, phytonadione is virtually devoid of pharmacodynamic activity. However, in animals and humans deficient in vitamin K, the pharmacological action of vitamin K is related to its normal physiological function, that is, to promote the hepatic biosynthesis of vitamin K dependent clotting factors.

The action of the aqueous dispersion, when administered intravenously, is generally detectable within an hour or two and hemorrhage is usually controlled within 3 to 6 hours. A normal prothrombin level may often be obtained in 12 to 14 hours.

In the prophylaxis and treatment of hemorrhagic disease of the newborn, phytonadione has demonstrated a greater margin of safety than that of the water-soluble vitamin K analogues.

**INDICATIONS AND USAGE**

Vitamin $K_1$ Injection (Phytonadione Injectable Emulsion, USP) is indicated in the following coagulation disorders which are due to faulty formation of factors II, VII, IX and X when caused by vitamin K deficiency or interference with vitamin K activity.

Vitamin $K_1$ Injection is indicated in:
- anticoagulant-induced prothrombin deficiency caused by coumarin or indanedione derivatives;
- prophylaxis and therapy of hemorrhagic disease of the newborn;
- hypoprothrombinemia due to antibacterial therapy;
- hypoprothrombinemia secondary to factors limiting absorption or synthesis of vitamin K, e.g., obstructive jaundice, biliary fistula, sprue, ulcerative colitis, celiac disease, intestinal resection, cystic fibrosis of the pancreas, and regional enteritis;
- other drug-induced hypoprothrombinemia where it is definitely shown that the result is due to interference with vitamin K metabolism, e.g., salicylates.

**CONTRAINDICATION**

Hypersensitivity to any component of this medication.

**WARNINGS**

Benzyl alcohol as a preservative in Bacteriostatic Sodium Chloride Injection has been associated with toxicity in newborns. Data are unavailable on the toxicity of other preservatives in this age group. There is no evidence to suggest that the small amount of benzyl alcohol contained in Vitamin $K_1$ Injection (Phytonadione Injectable Emulsion, USP), when used as recommended, is associated with toxicity.

**Exhibit 385**

An immediate coagulant effect should not be expected after administration of phytonadione. It takes a minimum of 1 to 2 hours for measurable improvement in the prothrombin time. Whole blood or component therapy may also be necessary if bleeding is severe.

Phytonadione will not counteract the anticoagulant action of heparin.

When vitamin $K_1$ is used to correct excessive anticoagulant-induced hypoprothrombinemia, anticoagulant therapy still being indicated, the patient is again faced with the clotting hazards existing prior to starting the anticoagulant therapy. Phytonadione is not a clotting agent, but overzealous therapy with vitamin $K_1$ may restore conditions which originally permitted thromboembolic phenomena. Dosage should be kept as low as possible, and prothrombin time should be checked regularly as clinical conditions indicate.

Repeated large doses of vitamin K are not warranted in liver disease if the response to initial use of the vitamin is unsatisfactory. Failure to respond to vitamin K may indicate that the condition being treated is inherently unresponsive to vitamin K.

Benzyl alcohol has been reported to be associated with a fatal "Gasping Syndrome" in premature infants.

WARNING: This product contains aluminum that may be toxic. Aluminum may reach toxic levels with prolonged parenteral administration if kidney function is impaired. Premature neonates are particularly at risk because their kidneys are immature, and they required large amounts of calcium and phosphate solutions, which contain aluminum.

Research indicates that patients with impaired kidney function, including premature neonates, who receive parenteral levels of aluminum at greater than 4 to 5 mcg/kg/day accumulate aluminum at levels associated with central nervous system and bone toxicity. Tissue loading may occur at even lower rates of administration.

## PRECAUTIONS

### Drug Interactions

Temporary resistance to prothrombin-depressing anticoagulants may result, especially when larger doses of phytonadione are used. If relatively large doses have been employed, it may be necessary when reinstituting anticoagulant therapy to use somewhat larger doses of the prothrombin-depressing anticoagulant, or to use one which acts on a different principle, such as heparin sodium.

### Laboratory Tests

Prothrombin time should be checked regularly as clinical conditions indicate.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

Studies of carcinogenicity, mutagenesis or impairment of fertility have not been conducted with Vitamin $K_1$ Injection (Phytonadione Injectable Emulsion, USP).

### Pregnancy

Animal reproduction studies have not been conducted with Vitamin $K_1$ Injection. It is also not known whether Vitamin $K_1$ Injection can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Vitamin $K_1$ Injection should be given to a pregnant woman only if clearly needed.

### Nursing Mothers

It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when Vitamin $K_1$ Injection is administered to a nursing woman.

### Pediatric Use

Exhibit 385

Hemolysis, jaundice, and hyperbilirubinemia in neonates, particularly those that are premature, may be related to the dose of Vitamin $K_1$ Injection. Therefore, the recommended dose should not be exceeded (See ADVERSE REACTIONS and DOSAGE AND ADMINISTRATION).

## ADVERSE REACTIONS

Deaths have occurred after intravenous and intramuscular administration. (See Box Warning.)

Transient "flushing sensations" and "peculiar" sensations of taste have been observed, as well as rare instances of dizziness, rapid and weak pulse, profuse sweating, brief hypotension, dyspnea, and cyanosis.

Pain, swelling, and tenderness at the injection site may occur.

The possibility of allergic sensitivity including an anaphylactoid reaction, should be kept in mind.

Infrequently, usually after repeated injection, erythematous, indurated, pruritic plaques have occurred; rarely, these have progressed to scleroderma-like lesions that have persisted for long periods. In other cases, these lesions have resembled erythema perstans.

Hyperbilirubinemia has been observed in the newborn following administration of phytonadione. This has occurred rarely and primarily with doses above those recommended (See PRECAUTIONS, *Pediatric Use*).

## OVERDOSAGE

The intravenous $LD_{50}$ of Vitamin $K_1$ Injection (Phytonadione Injectable Emulsion, USP) in the mouse is 41.5 and 52 mL/kg for the 0.2% and 1% concentrations, respectively.

## DOSAGE AND ADMINISTRATION

Whenever possible, Vitamin $K_1$ Injection (Phytonadione Injectable Emulsion, USP) should be given by the subcutaneous route (See Box Warning). When intravenous administration is considered unavoidable, the drug should be injected very slowly, not exceeding 1 mg per minute.

Protect from light at all times.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.

**Directions for Dilution**

Vitamin $K_1$ Injection may be diluted with 0.9% Sodium Chloride Injection, 5% Dextrose Injection, or 5% Dextrose and Sodium Chloride Injection. Benzyl alcohol as a preservative has been associated with toxicity in newborns. *Therefore, all of the above diluents should be preservative-free* (See WARNINGS). *Other diluents should not be used.* When dilutions are indicated, administration should be started immediately after mixture with the diluent, and unused portions of the dilution should be discarded, as well as unused contents of the ampul.

**Prophylaxis of Hemorrhagic Disease of the Newborn**

The American Academy of Pediatrics recommends that vitamin $K_1$ be given to the newborn. A single intramuscular dose of Vitamin $K_1$ Injection 0.5 to 1 mg within one hour of birth is recommended.

**Treatment of Hemorrhagic Disease of the Newborn**

Empiric administration of vitamin $K_1$ should not replace proper laboratory evaluation of the coagulation mechanism. A prompt response (shortening of the prothrombin time in 2 to 4 hours) following administration of vitamin $K_1$ is usually diagnostic of hemorrhagic disease of the newborn, and failure to respond indicates another

**Exhibit 385**

diagnosis or coagulation disorder.

Vitamin K$_1$ Injection 1 mg should be given either subcutaneously or intramuscularly. Higher doses may be necessary if the mother has been receiving oral anticoagulants.

Whole blood or component therapy may be indicated if bleeding is excessive. This therapy, however, does not correct the underlying disorder and Vitamin K$_1$ Injection should be given concurrently.

### Anticoagulant-Induced Prothrombin Deficiency in Adults

To correct excessively prolonged prothrombin time caused by oral anticoagulant therapy—2.5 to 10 mg or up to 25 mg initially is recommended. In rare instances 50 mg may be required. Frequency and amount of subsequent doses should be determined by prothrombin time response or clinical condition (See WARNINGS). If in 6 to 8 hours after parenteral administration the prothrombin time has not been shortened satisfactorily, the dose should be repeated.

### Vitamin K$_1$ Injection (Phytonadione Injectable Emulsion, USP) Summary of Dosage Guidelines (See circular text for details)

| Newborns | Dosage |
|---|---|
| *Hemorrhagic Disease of the Newborn Prophylaxis* | 0.5 to 1 mg IM within 1 hour of birth |
| *Treatment* | 1 mg SC or IM (Higher doses may be necessary if the mother has been receiving oral anticoagulants) |
| **Adults** | **Initial Dosage** |
| *Anticoagulant-Induced Prothrombin Deficiency* (caused by coumarin or indanedione derivatives) | 2.5 mg to 10 mg or up to 25 mg (rarely 50 mg) |
| *Hypoprothrombinemia Due to other causes* (Antibiotics; Salicylates or other drugs; Factors limiting absorption or synthesis) | 2.5 mg to 25 mg or more (rarely up to 50 mg) |

In the event of shock or excessive blood loss, the use of whole blood or component therapy is indicated.

### Hypoprothrombinemia Due to Other Causes in Adults

A dosage of 2.5 to 25 mg or more (rarely up to 50 mg) is recommended, the amount and route of administration depending upon the severity of the condition and response obtained.

If possible, discontinuation or reduction of the dosage of drugs interfering with coagulation mechanisms (such as salicylates; antibiotics) is suggested as an alternative to administering concurrent Vitamin K$_1$ Injection. The severity of the coagulation disorder should determine whether the immediate administration of Vitamin K$_1$ Injection is required in addition to discontinuation or reduction of interfering drugs.

### HOW SUPPLIED

Vitamin K$_1$ Injection (Phytonadione Injectable Emulsion, USP) is supplied in a package of 25 as follows:

| Unit of Sale | Concentration |
|---|---|

5

**Exhibit 385**

| **NDC 0409-9157-01**<br>25 ampuls in a package | 1 mg/0.5 mL<br>(2 mg/mL) |
|---|---|
| **NDC 0409-9158-01**<br>25 ampuls in a package | 10 mg/mL |

Store at 20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature.]

**Protect from light. Keep ampuls in tray until time of use.**

Distributed by Hospira, Inc., Lake Forest, IL 60045 USA



LAB-1141-1.0

Revised: 04/2018


**PRINCIPAL DISPLAY PANEL - 0.5 mL Ampul Label - RL-7130**

0.5 mL

NDC 0409-9157-31

Rx only

VITAMIN K$_1$ Inj.
Phytonadione Injectable
Emulsion, USP

1 mg/0.5 mL
Neonatal Concentration

Contains no more than
100 mcg/L of aluminum.

Protect from light.

Dist. by Hospira, Inc.,
Lake Forest, IL 60045 USA

RL-7130

Hospira

**6**                                                         **Exhibit 385**



**PRINCIPAL DISPLAY PANEL - 0.5 mL Ampul Tray Label - RL-7129**

0.5 mL Single-dose Ampul

Rx only NDC 0409-9157-50
Contains 5 of NDC 0409-9157-31

VITAMIN $K_1$ Injection
Phytonadione Injectable Emulsion, USP

1 mg/0.5 mL
Neonatal Concentration

Protect from light. Keep ampuls in tray until time of use. For Intramuscular, Subcutaneous, or Intravenous (with caution).

Each mL contains phytonadione 2 mg; polyoxyethylated fatty acid derivative 70 mg; dextrose, hydrous 37.5 mg; benzyl alcohol 9 mg added as preservative. May contain hydrochloric acid for pH adjustment. pH 6.3 (5.0 to 7.0). Usual dosage: See insert. Store at 20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature.]

Distributed by Hospira, Inc.,
Lake Forest, IL 60045 USA

Hospira

RL-7129

**Exhibit 385**



**PRINCIPAL DISPLAY PANEL - 0.5 mL Ampul Label - RL-4148**

NDC 0409-9157-25
Rx only

**0.5 mL**

**VITAMIN K$_1$** Inj.
Phytonadione Injectable
Emulsion, USP

**1 mg/0.5 mL**

**Neonatal Concentration**

Contains no more than 100 mcg/L
of aluminum.

Protect from light.
RL-4148

Mfd. by
Hospira, Inc., Lake Forest, IL 60045 USA

**Exhibit 385**

NDC 0409-9157-25   0.5 mL
Rx only



VITAMIN K₁ Inj. ®N+
Phytonadione Injectable
Emulsion, USP

1 mg/0.5 mL

Neonatal Concentration

Contains no more than 100 mcg/L
of aluminum.
Protect from light.        RL-4148
Mfd. by
Hospira, Inc., Lake Forest, IL 60045 USA

**PRINCIPAL DISPLAY PANEL - 0.5 mL Ampul Tray Label - RL-4149**

5/**NDC** 0409-9157-25
Rx only
**0.5 mL**
Single-dose Ampul

**VITAMIN K$_1$** Injection
Phytonadione Injectable Emulsion, USP

**1 mg/0.5 mL**

**Neonatal Concentration**

**Protect from light. Keep ampuls in tray until time of use.**
**For I.M., S.C., or I.V. (with caution).**

Each mL contains phytonadione 2 mg; polyoxyethylated fatty acid
derivative 70 mg; dextrose, hydrous 37.5 mg; benzyl alcohol 9 mg
added as preservative. May contain hydrochloric acid for pH
adjustment. pH 6.3 (5.0 to 7.0). Usual dosage: See insert. Store at
20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature.]

Manufactured by Hospira, Inc., Lake Forest, IL 60045 USA
N+ and NOVAPLUS are registered trademarks of Novation, LLC.

**NOVAPLUS®**

RL-4149

**Exhibit 385**

5/NDC 0409-9157-25   Rx only   0.5 mL Single-dose Ampul

# VITAMIN K₁ Injection N+

Phytonadione Injectable Emulsion, USP

## 1 mg/0.5 mL

### Neonatal Concentration

**Protect from light. Keep ampuls in tray until time of use. For I.M., S.C., or I.V. (with caution).**

Each mL contains phytonadione 2 mg; polyoxyethylated fatty acid derivative 70 mg; dextrose, hydrous 37.5 mg; benzyl alcohol 9 mg added as preservative. May contain hydrochloric acid for pH adjustment. pH 6.3 (5.0 to 7.0). Usual dosage: See insert. Store at 20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature.]

Manufactured by Hospira, Inc., Lake Forest, IL 60045 USA

N+ and NOVAPLUS are registered trademarks of Novation, LLC.

**NOVAPLUS®**

RL-4149



(01) 1 030409 915725 4

---

**PRINCIPAL DISPLAY PANEL - 1 mL Ampul Label - RL-7126**

1 mL only

NDC 0409-9158-31

VITAMIN K₁ Inj.

Phytonadione Injectable
Emulsion, USP

10 mg/mL

Contains no more than
110 mcg/L of aluminum.
Protect from light.

Rx only

RL-7126

Dist. by Hospira, Inc.
Lake Forest, IL 60045 USA



**PRINCIPAL DISPLAY PANEL - 1 mL Ampul Tray Label - RL-7125**

1 mL Single-dose Ampul

Rx only NDC 0409-9158-50
Contains 5 of NDC 0409-9158-31

VITAMIN $K_1$ Injection
Phytonadione Injectable Emulsion, USP

10 mg/mL

Protect from light. Keep ampuls in tray until time of use. For
Intramuscular, Subcutaneous, or Intravenous (with caution).

Each mL contains phytonadione 10 mg; polyoxyethylated fatty acid
derivative 70 mg; dextrose, hydrous 37.5 mg; benzyl alcohol 9 mg added
as preservative. May contain hydrochloric acid for pH adjustment.
pH 6.3 (5.0 to 7.0). Usual dosage: See insert. Store at 20 to 25°C (68 to
77°F). [See USP Controlled Room Temperature.]

Distributed by Hospira, Inc.,
Lake Forest, IL 60045 USA

Hospira

RL-7125

**11**   **Exhibit 385**



**PRINCIPAL DISPLAY PANEL - 1 mL Ampul Label - RL-4150**

NDC 0409-9158-25
Rx only

**1 mL**

**VITAMIN K₁ Inj.**
Phytonadione Injectable
Emulsion, USP

**10 mg/mL**

Contains no more than
110 mcg/L of aluminum.

Protect from light.
RL-4150

Mfd. by
Hospira, Inc., Lake Forest, IL 60045 USA

**Exhibit 385**





**PRINCIPAL DISPLAY PANEL - 1 mL Ampul Tray Label - RL-4151**

5/**NDC** 0409-9158-25
**1 mL**
Single-dose Ampul
Rx only

**VITAMIN K$_1$ Injection**
Phytonadione Injectable Emulsion, USP

**10 mg/ mL**

**For I.M., S.C., or I.V. (with caution).**

**Protect from light. Keep ampuls in tray until time of use.**

Each mL contains phytonadione 10 mg; polyoxyethylated fatty acid derivative 70 mg; dextrose, hydrous 37.5 mg; benzyl alcohol 9 mg added as preservative. May contain hydrochloric acid for pH adjustment. pH 6.3 (5.0 to 7.0). Usual dosage: See insert. Store at 20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature.]

Manufactured by Hospira, Inc., Lake Forest, IL 60045 USA
N+ and NOVAPLUS are registered
trademarks of Novation, LLC.

**NOVAPLUS®**

RL-4151

**13**                                    **Exhibit 385**

5/NDC 0409-9158-25        1 mL Single-dose Ampul

# VITAMIN K₁ Injection

Rx only

Phytonadione Injectable Emulsion, USP

## 10 mg/ mL

For I.M., S.C., or I.V. (with caution).      ®N+

**Protect from light. Keep ampuls in tray until time of use.**

Each mL contains phytonadione 10 mg; polyoxyethylated fatty acid derivative 70 mg; dextrose, hydrous 37.5 mg; benzyl alcohol 9 mg added as preservative. May contain hydrochloric acid for pH adjustment. pH 6.3 (5.0 to 7.0). Usual dosage: See insert. Store at 20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature.]

Manufactured by Hospira, Inc., Lake Forest, IL 60045 USA

**NOVAPLUS®**   N+ and NOVAPLUS are registered trademarks of Novation, LLC.

RL-4151



(01) 1 030409 915825 1

---

## VITAMIN K1

phytonadione injection, emulsion

### Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | Item Code (Source) | NDC:0409-9157 |
|---|---|---|---|
| Route of Administration | INTRAMUSCULAR, INTRAVENOUS, SUBCUTANEOUS | | |

### Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **PHYTONADIONE** (UNII: A034SE7857) (PHYTONADIONE - UNII:A034SE7857) | PHYTONADIONE | 2 mg in 1 mL |

### Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **POLYOXYL 35 CASTOR OIL** (UNII: 6D4M1DAL6O) | 70 mg in 1 mL |
| **DEXTROSE MONOHYDRATE** (UNII: LX22YL083G) | 37.5 mg in 1 mL |
| **WATER** (UNII: 059QF0KO0R) | |
| **BENZYL ALCOHOL** (UNII: LKG8494WBH) | 9 mg in 1 mL |
| **HYDROCHLORIC ACID** (UNII: QTT17582CB) | |

### Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:0409-9157-01 | 5 in 1 CONTAINER | 06/22/2005 | |
| 1 | NDC:0409-9157-50 | 5 in 1 TRAY | | |

**14**                                                    **Exhibit 385**

| 1 | NDC:0409-9157-31 | 0.5 mL in 1 AMPULE; Type 0: Not a Combination Product | | |
| 2 | NDC:0409-9157-25 | 5 in 1 CONTAINER | 06/26/2014 | 11/01/2019 |
| 2 | | 5 in 1 TRAY | | |
| 2 | | 0.5 mL in 1 AMPULE; Type 0: Not a Combination Product | | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA087954 | 06/22/2005 | |

# VITAMIN K1

phytonadione injection, emulsion

## Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | Item Code (Source) | NDC:0409-9158 |
|---|---|---|---|
| Route of Administration | INTRAMUSCULAR, INTRAVENOUS, SUBCUTANEOUS | | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **PHYTONADIONE** (UNII: A034SE7857) (PHYTONADIONE - UNII:A034SE7857) | PHYTONADIONE | 10 mg  in 1 mL |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **POLYOXYL 35 CASTOR OIL** (UNII: 6D4M1DAL6O) | 70 mg  in 1 mL |
| **DEXTROSE MONOHYDRATE** (UNII: LX22YL083G) | 37.5 mg  in 1 mL |
| **WATER** (UNII: 059QF0KO0R) | |
| **BENZYL ALCOHOL** (UNII: LKG8494WBH) | 9 mg  in 1 mL |
| **HYDROCHLORIC ACID** (UNII: QTT17582CB) | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:0409-9158-01 | 5 in 1 CONTAINER | 07/27/2005 | |
| 1 | NDC:0409-9158-50 | 5 in 1 TRAY | | |
| 1 | NDC:0409-9158-31 | 1 mL in 1 AMPULE; Type 0: Not a Combination Product | | |
| 2 | NDC:0409-9158-25 | 5 in 1 CONTAINER | 03/21/2014 | 02/01/2020 |
| 2 | | 5 in 1 TRAY | | |
| 2 | | 1 mL in 1 AMPULE; Type 0: Not a Combination Product | | |

**Exhibit 385**

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA087955 | 07/27/2005 | |

## Labeler - Hospira, Inc. (141588017)

## Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Hospira, Inc. | | 093132819 | ANALYSIS(0409-9157, 0409-9158) , LABEL(0409-9157, 0409-9158) , MANUFACTURE(0409-9157, 0409-9158) , PACK(0409-9157, 0409-9158) |

## Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Hospira, Inc. | | 827731089 | ANALYSIS(0409-9157, 0409-9158) |

## Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Hospira, Inc. | | 030606222 | ANALYSIS(0409-9157, 0409-9158) |

Revised: 12/2019                                                                 Hospira, Inc.

# EXHIBIT 386

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

These highlights do not include all the information needed to use AquaMEPHYTON safely and effectively.  See full prescribing information for AquaMEPHYTON.

AQUAMEPHYTON (phytonadione) injection, for intravenous, intramuscular, and subcutaneous use.
Initial U.S. Approval: 1960

---

| WARNING – HYPERSENSITIVITY REACTIONS WITH INTRAVENOUS AND INTRAMUSCULAR USE |
|---|
| *See full prescribing information for complete boxed warning.* |
| Fatal hypersensitivity reactions, including anaphylaxis, have occurred during and immediately after INTRAVENOUS and INTRAMUSCULAR injection of AquaMEPHYTON. Reactions have occurred despite dilution to avoid rapid infusion and upon first and subsequent doses. Avoid the intravenous and intramuscular routes of administration unless the subcutaneous route is not feasible and the serious risk is justified **(5.1***)* |

------------------------------RECENT MAJOR CHANGES------------------------------
Warnings and Precautions, Cutaneous Reactions (5.3)            03/2018

------------------------------ INDICATIONS AND USAGE ------------------------------
AquaMEPHYTON is a vitamin K replacement indicated for the treatment of the following coagulation disorders which are due to faulty formation of factors II, VII, IX and X when caused by vitamin K deficiency or interference with vitamin K activity.

- Anticoagulant-induced hypoprothrombinemia deficiency caused by coumarin or indanedione derivatives; (1.1)
- Hypoprothrombinemia due to antibacterial therapy; (1.1)
- Hypoprothrombinemia secondary to factors limiting absorption or synthesis of vitamin K, e.g., obstructive jaundice, biliary fistula, sprue, ulcerative colitis, celiac disease, intestinal resection, cystic fibrosis of the pancreas, and regional enteritis; (1.1)
- Other drug-induced hypoprothrombinemia where is it definitely shown that the result is due to interference with vitamin K metabolism, e.g., salicylates. (1.1)

AquaMEPHYTON is indicated for prophylaxis and treatment of vitamin K-deficiency bleeding in neonates.  (1.2)

------------------------------ DOSAGE AND ADMINISTRATION ------------------------------
- Administer AquaMEPHYTON by the subcutaneous route, whenever possible. (2.1)
- When intravenous administration is unavoidable, inject the drug very slowly, not exceeding 1 mg per minute. (2.1)

------------------------------ DOSAGE FORMS AND STRENGTHS ------------------------------
Injection:  2 mg/mL and 10 mg/mL single -dose ampuls. (3)

------------------------------ CONTRAINDICATIONS ------------------------------
Hypersensitivity to any component of this medication. (4)

------------------------------ WARNINGS AND PRECAUTIONS ------------------------------
- Risk of Serious Adverse Reactions in Infants due to Benzyl Alcohol Preservative: Use benzyl alcohol-free formulations in neonates and infants, if available. (5.1)
- Cutaneous Reactions: May occur with parenteral use. Discontinue drug and manage medically. (5.3)

------------------------------ ADVERSE REACTIONS ------------------------------
Most common adverse reactions are cyanosis, diaphoresis, dizziness, dysgeusia, dyspnea, flushing, hypotension and tachycardia. (6)

To report SUSPECTED ADVERSE REACTIONS, contact Teligent Pharma, Inc. at 1-856-697-1441, or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.

------------------------------ DRUG INTERACTIONS ------------------------------
Anticoagulants: May induce temporary resistance to prothrombin-depressing anticoagulants. (7)

------------------------------ USE IN SPECIFIC POPULATIONS ------------------------------
- Pregnancy: If available, use the preservative-free formulation in pregnant women. (8.1)
- Lactation: If available, use the preservative-free formulation in lactating women. (8.2)
- Pediatric Use: The safety and effectiveness of AquaMEPHYTON in pediatric patients from 6 months to 17 years have not been established. (8.4)

**Revised: 03/2018**

---

**FULL PRESCRIBING INFORMATION: CONTENTS \***

BOXED WARNING
1 INDICATIONS & USAGE
  1.1  Treatment of Hypoprothrombinemia Due to Vitamin K Deficiency or Interference
  1.2  Prophylaxis and Treatment of Vitamin K-Deficiency Bleeding in Neonates
2 DOSAGE AND ADMINISTRATION
  2.1  Dosing Considerations
  2.2  Recommended Dosage for Coagulation Disorders from Vitamin K Deficiency of Interference
  2.3  Recommended Dosage for Prophylaxis and Treatment of Vitamin K Deficiency Bleeding in Neonates
  2.4  Directions for Dilution
3 DOSAGE FORMS AND STRENGTHS
4 CONTRAINDICATIONS
5 WARNINGS AND PRECAUTIONS
  5.1  Hypersensitivity Reactions
  5.2  Risk of Serious Adverse Reaction in Infants due to Benzyl Alcohol Preservative
  5.3  Cutaneous Reactions
6 ADVERSE REACTIONS
  6.1  Clinical Trials and Post Marketing experience
7 DRUG INTERACTIONS
8 USE IN SPECIFIC POPULATIONS
  8.1  Pregnancy
  8.2  Lactation
  8.4  Pediatric Use
10 OVERDOSAGE
11  DESCRIPTION
12  CLINICAL PHARMACOLOGY
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
13  NONCLINICAL TOXICOLOGY SECTION
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
16 HOW SUPPLIED/STORAGE AND HANDLING
17 PATIENT COUNSELING INFORMATION
* Sections or subsections omitted from the full prescribing information are not listed

**FULL PRESCRIBING INFORMATION**

<div style="border:1px solid black">

**WARNING — HYPERSENSITIVITY REACTIONS WITH INTRAVENOUS AND INTRAMUSCULAR USE**

**Fatal hypersensitivity reactions, including anaphylaxis, have occurred during and immediately after intravenous and intramuscular injection of AquaMEPHYTON. Reactions have occurred despite dilution to avoid rapid intravenous infusion and upon first dose. Avoid the intravenous and intramuscular routes of administration unless the subcutaneous route is not feasible and the serious risk is justified** *[see Warnings and Precautions (5.1)]*.

</div>

**1 INDICATIONS AND USAGE**

**1.1   Treatment of Hypoprothrombinemia Due to Vitamin K Deficiency or Interference**

AquaMEPHYTON is indicated for the treatment of the following coagulation disorders which are due to faulty formation of factors II, VII, IX and X when caused by vitamin K deficiency or interference with vitamin K activity:

- anticoagulant-induced hypoprothrombinemia caused by coumarin or indanedione derivatives;
- hypoprothrombinemia due to antibacterial therapy;
- hypoprothrombinemia secondary to factors limiting absorption or synthesis of vitamin K, e.g., obstructive jaundice, biliary fistula, sprue, ulcerative colitis, celiac disease, intestinal resection, cystic fibrosis of the pancreas, and regional enteritis;
- other drug-induced hypoprothrombinemia where it is definitely shown that the result is due to interference with vitamin K metabolism, e.g., salicylates.

**1.2   Prophylaxis and Treatment of Vitamin K-Deficiency Bleeding in Neonates**

AquaMEPHYTON is indicated for prophylaxis and treatment of vitamin K-deficiency bleeding in neonates

**2 DOSAGE AND ADMINISTRATION**

**2.1   Dosing Considerations**

Whenever possible, administer AquaMEPHYTON by the subcutaneous route *[see Boxed Warning]*. When intravenous administration is unavoidable, inject the drug very slowly, not exceeding 1 mg per minute *[see Warnings and Precautions (5.1)]*.

Monitor international normalized ratio (INR) regularly and as clinical conditions indicate. Use the lowest effective dose of AquaMEPHYTON.

The coagulant effects of AquaMEPHYTON are not immediate; improvement of INR may take 1-8 hours. Interim use of whole blood or component therapy may also be necessary if bleeding is severe.

Whenever possible, administer benzyl alcohol-free formulations in pediatric patients *[see Warnings and Precautions (5.2), Use in Specific Populations (8.4)]*.

When AquaMEPHYTON is used to correct excessive anticoagulant-induced hypoprothrombinemia, anticoagulant therapy still being indicated, the patient is again faced with the clotting hazards existing prior to starting the anticoagulant therapy. AquaMEPHYTON is not a clotting agent, but overzealous therapy with AquaMEPHYTON may restore conditions which originally permitted thromboembolic phenomena. Dosage should be kept as low as possible, and INR should be checked regularly as clinical conditions indicate.

**2**

**Exhibit 386**

**2.2  Recommended Dosage for Coagulation Disorders from Vitamin K Deficiency or Interference**

The recommended dosage of AquaMEPHYTON is based on whether the hypoprothrombinemia is anticoagulant-induced (e.g., due to coumarin or indanedione derivatives) or non-anticoagulant-induced (e.g., due to antibiotics; salicylates or other drugs; factors limiting absorption or synthesis) as follows:

•  Anticoagulant-Induced Hypoprothrombinemia: AquaMEPHYTON 2.5 mg to 10 mg or more subcutaneously, intramuscularly, or intravenously. Up to 25 mg to 50 mg may be administered as a single dose.

 Repeated large doses of AquaMEPHYTON are not warranted in liver disease if the initial response is unsatisfactory. Failure to respond to AquaMEPHYTON may indicate that the condition being treated is inherently unresponsive to AquaMEPHYTON.

•  Hypoprothrombinemia Due to Other Causes (Non-Anticoagulation-Induced Hypoprothrombinemia): AquaMEPHYTON 2.5 mg to 25 mg or more intravenously, intramuscularly, or subcutaneously. Up to 50 mg may be administered as a single dose.

Evaluate INR after 6-8 hours, and repeat dose if INR remains prolonged.  Modify subsequent dosage (amount and frequency) based on the INR or clinical condition.

**2.3  Recommended Dosage for Prophylaxis and Treatment of Vitamin K Deficiency Bleeding in Neonates**

Prophylaxis of Vitamin K-Deficiency Bleeding in Neonates
The recommended dosage of AquaMEPHYTON is 0.5 mg to 1 mg within one hour of birth for a single dose.

Treatment of Vitamin K Deficiency Bleeding in Neonates
The recommended dosage of AquaMEPHYTON is 1 mg given either subcutaneously or intramuscularly. Consider higher doses if the mother has been receiving oral anticoagulants.

A failure to respond (shortening of the INR in 2 to 4 hours) may indicate another diagnosis or coagulation disorder.

**2.4  Directions for Dilution**
Dilute AquaMEPHYTON with 0.9% Sodium Chloride Injection, 5% Dextrose Injection, or 5% Dextrose and Sodium Chloride Injection. Avoid use of other diluents that may contain benzyl alcohol, which can cause serious toxicity in newborns or low birth weight infants *[see Warnings and Precautions (5.2) and Use in Specific Populations (8.4).*
When diluted, start administration of AquaMEPHYTON immediately after dilution.
Discard unused portions of diluted solution as well as unused contents of the ampul.

Protect AquaMEPHYTON from light at all times.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.

**3 DOSAGE FORMS AND STRENGTHS**
Injection: 2 mg/mL and 10 mg/mL single-dose ampuls.

**4 CONTRAINDICATIONS**
Hypersensitivity to phytonadione or any other component of this medication *[see Warnings and Precautions (5.1)]*.

**5 WARNINGS AND PRECAUTIONS**

**Exhibit 386**

**5.1     Hypersensitivity Reactions**

Fatal and severe hypersensitivity reactions, including anaphylaxis, have occurred with intravenous or intramuscular administration of AquaMEPHYTON. Reactions have occurred despite dilution to avoid rapid intravenous infusion and upon first dose. These reactions have included shock, cardiorespiratory arrest, flushing, diaphoresis, chest pain, tachycardia, cyanosis, weakness, and dyspnea. Administer AquaMEPHYTON subcutaneously whenever feasible. Avoid the intravenous and intramuscular routes of administration unless the subcutaneous route is not feasible and the serious risk is justified *[see Dosage and Administration (2.1)]*.

**5.2     Risk of Serious Adverse Reaction in Infants due to Benzyl Alcohol Preservative**

Use benzyl alcohol-free formulations in neonates and infants, if available. Serious and fatal adverse reactions including "gasping syndrome" can occur in neonates and infants treated with benzyl alcohol-preserved drugs, including AquaMEPHYTON.  The "gasping syndrome" is characterized by central nervous system depression, metabolic acidosis, and gasping respirations.

When prescribing AquaMEPHYTON in infants, consider the combined daily metabolic load of benzyl alcohol from all sources including AquaMEPHYTON (contains 9 mg of benzyl alcohol per mL) and other drugs containing benzyl alcohol.  The minimum amount of benzyl alcohol at which serious adverse reactions may occur is not known *[see Use in Specific Populations (8.1, 8.2 and 8.4)]*.

**5.3     Cutaneous Reactions**

Parenteral administration of vitamin K replacements (including AquaMEPHYTON) may cause cutaneous reactions.  Reactions have included eczematous reactions, scleroderma-like patches, urticaria, and delayed-type hypersensitivity reactions.  Time of onset ranged from 1 day to a year after parenteral administration.  Discontinue AquaMEPHYTON for skin reactions and institute medical management.

**6     ADVERSE REACTIONS**

The following serious adverse reactions are described elsewhere in the labeling:
- Hypersensitivity Reactions *[see Warnings and Precautions (5.1)]*
- Cutaneous Reactions *[see Warnings and Precautions (5.3)]*

**6.3  Clinical Trials and Post-Marketing Experience**

The following adverse reactions associated with the use of AquaMEPHYTON were identified in clinical studies or postmarketing reports.  Because some of these reactions were reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Cardiac Disorders: Tachycardia, hypotension.
General disorders and administration site conditions: Generalized flushing; pain, swelling, and tenderness at injection site.
Hepatobiliary Disorders: Hyperbilirubinemia
Immune System Disorders: Fatal hypersensitivity reactions, anaphylactic reactions.
Neurologic: Dysgeusia, dizziness.
Pulmonary: Dyspnea.
Skin and Subcutaneous Tissue Disorders:  Erythema, pruritic plaques, scleroderma-like lesions, erythema perstans.
Vascular: Cyanosis.

7    **DRUG INTERACTIONS**

<u>Anticoagulants</u>

AquaMEPHYTON may induce temporary resistance to prothrombin-depressing anticoagulants, especially when larger doses of AquaMEPHYTON are used. Should this occur, higher doses of anticoagulant therapy may be needed when resuming anticoagulant therapy, or a change in therapy to a different class of anticoagulant may be necessary (i.e., heparin sodium).

AquaMEPHYTON does not affect the anticoagulant action of heparin.

8    **USE IN SPECIFIC POPULATIONS**

**8.1  Pregnancy**

<u>Risk Summary</u>

AquaMEPHYTON contains benzyl alcohol, which has been associated with gasping syndrome in neonates. The preservative benzyl alcohol can cause serious adverse events and death when administered intravenously to neonates and infants. If AquaMEPHYTON is needed during pregnancy, consider using a benzyl alcohol-free formulation *[see Warnings and Precautions (5.2), Use in Specific Populations (8.4)]*.

Published studies with the use of phytonadione during pregnancy have not reported a clear association with phytonadione and adverse developmental outcomes *(see Data)*. There are maternal and fetal risks associated with vitamin K deficiency during pregnancy *(see Clinical Considerations)*. Animal reproduction studies have not been conducted with phytonadione.

The estimated background risk for the indicated population is unknown. All pregnancies have a background risk of birth defect, loss, or other adverse outcomes. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

<u>Clinical Considerations</u>
*Disease-associated maternal and/or embryo/fetal risk*

Pregnant women with vitamin K deficiency hypoprothrombinemia may be at an increased risk for bleeding diatheses during pregnancy and hemorrhagic events at delivery. Subclinical maternal vitamin K deficiency during pregnancy has been implicated in rare cases of fetal intracranial hemorrhage.

<u>Data</u>
*Human Data*

Phytonadione has been measured in cord blood of infants whose mothers were treated with phytonadione during pregnancy in concentrations lower than seen in maternal plasma. Administration of vitamin $K_1$ to pregnant women shortly before delivery increased both maternal and cord blood concentrations. Published data do not report a clear association with phytonadione and adverse maternal or fetal outcomes when used during pregnancy. However, these studies cannot definitively establish the absence of any risk because of methodologic limitations including small sample size and lack of blinding.

*Animal Data*

In pregnant rats receiving vitamin $K_1$ orally, fetal plasma and liver concentrations increased following administration, supporting placental transfer.

**8.2  Lactation**
<u>Risk Summary</u>

**5**

**Exhibit 386**

AquaMEPHYTON contains benzyl alcohol. If available, preservative-free AquaMEPHYTON is recommended when AquaMEPHYTON is needed during lactation *[see Warnings and Precautions (5.2), Use in Specific Populations (8.4)]*.

Phytonadione is present in breastmilk. There are no data on the effects of AquaMEPHYTON on the breastfed child or on milk production. The developmental and health benefits of breastfeeding should be considered along with the clinical need for AquaMEPHYTON and any potential adverse effects on the breastfed child from AquaMEPHYTON or from the underlying maternal condition.

**8.4 Pediatric Use**

The safety and effectiveness of AquaMEPHYTON for prophylaxis and treatment of vitamin K deficiency have been established in neonates. Use of phytonadione injection for prophylaxis and treatment of vitamin K deficiency is based on published clinical studies.

Serious adverse reactions including fatal reactions and the "gasping syndrome" occurred in premature neonates and infants in the intensive care unit who received drugs containing benzyl alcohol as a preservative.  In these cases, benzyl alcohol dosages of 99 to 234 mg/kg/day produced high levels of benzyl alcohol and its metabolites in the blood and urine (blood levels of benzyl alcohol were 0.61 to 1.378 mmol/L).  Additional adverse reactions included gradual neurological deterioration, seizures, intracranial hemorrhage, hematologic abnormalities, skin breakdown, hepatic and renal failure, hypotension, bradycardia, and cardiovascular collapse.  Preterm, low-birth weight infants may be more likely to develop these reactions because they may be less able to metabolize benzyl alcohol.

When prescribing AquaMEPHYTON in infants consider the combined daily metabolic load of benzyl alcohol from all sources including AquaMEPHYTON (AquaMEPHYTON contains 9 mg of benzyl alcohol per mL) and other drugs containing benzyl alcohol.  The minimum amount of benzyl alcohol at which serious adverse reactions may occur is not known *[see Warnings and Precautions (5.2)]*.

Whenever possible, use preservative-free phytonadione formulations in neonates. The preservative benzyl alcohol has been associated with serious adverse events and death in pediatric patients. Premature and low-birth weight infants may be more likely to develop toxicity.

**10 OVERDOSAGE**

Hemolysis, jaundice, and hyperbilirubinemia in newborns, particularly in premature infants, may result from AquaMEPHYTON overdose.

**11 DESCRIPTION**

Phytonadione is a vitamin K replacement, which is a clear, yellow to amber, viscous, odorless or nearly odorless liquid. It is insoluble in water, soluble in chloroform and slightly soluble in ethanol. It has a molecular weight of 450.70.

Phytonadione is 2-methyl-3-phytyl-1, 4-naphthoquinone. Its empirical formula is $C_{31}H_{46}O_2$ and its molecular structure is:

**6**

**Exhibit 386**

AquaMEPHYTON injection is a yellow, sterile, aqueous colloidal solution of vitamin $K_1$, with a pH of 5.0 to 7.0, available for injection by the intravenous, intramuscular, and subcutaneous routes. AquaMEPHYTON is available in 1 mg (2 mg/mL) and 10 mg (10 mg/mL) single-dose ampuls. Each milliliter of AquaMEPHYTON contains the following inactive ingredients: 70 mg polyoxyethylated fatty acid derivative, 37.5 mg dextrose, 9 mg benzyl alcohol (preservative), and water for injection. AquaMEPHYTON may contain glacial acetic acid for pH adjustment to 6.3 (5.0 – 7.0).

## 12 CLINICAL PHARMACOLOGY

### 12.1    Mechanism of Action

AquaMEPHYTON aqueous colloidal solution of vitamin $K_1$ for parenteral injection, possesses the same type and degree of activity as does naturally-occurring vitamin K, which is necessary for the production via the liver of active prothrombin (factor II), proconvertin (factor VII), plasma thromboplastin component (factor IX), and Stuart factor (factor X). Vitamin K is an essential cofactor for a microsomal enzyme that catalyzes the post-translational carboxylation of multiple, specific, peptide-bound glutamic acid residues in inactive hepatic precursors of factors II, VII, IX, and X. The resulting gamma-carboxy-glutamic acid residues convert the precursors into active coagulation factors that are subsequently secreted by liver cells into the blood.

In normal animals and humans, phytonadione is virtually devoid of activity. However, in animals and humans deficient in vitamin K, the pharmacological action of vitamin K is related to its normal physiological function, that is, to promote the hepatic biosynthesis of vitamin K dependent clotting factors.

### 12.2    Pharmacodynamics

The action of the aqueous dispersion, when administered intravenously, is generally detectable within an hour or two and hemorrhage is usually controlled within 3 to 6 hours. A normal INR may often be obtained in 12 to 14 hours.

### 12.3    Pharmacokinetics

*Absorption*:
Phytonadione is readily absorbed following intramuscular administration.

*Distribution*:
After absorption, phytonadione is initially concentrated in the liver, but the concentration declines rapidly. Very little vitamin K accumulates in tissues.

*Elimination*:
Little is known about the metabolic fate of vitamin K. Almost no free unmetabolized vitamin K appears in bile or urine.

## 13 NONCLINICAL TOXICOLOGY SECTION

### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
Studies of carcinogenicity, genotoxicity or impairment of fertility have not been conducted with phytonadione.

## 16 HOW SUPPLIED/STORAGE AND HANDLING
AquaMEPHYTON is a yellow, sterile, aqueous colloidal solution and is supplied in a package of 25 as follows:

| NDC No. | Container | Amount of AquaMEPHYTON® In Container | Volume | Concentration |
|---|---|---|---|---|
| 52565-092-05 | 1 mL single-dose ampul | 1 mg | 0.5 mL | 2 mg/mL |
| 52565-093-05 | 1 mL single-dose ampul | 10 mg | 1 mL | 10 mg/mL |

Store at 20° to 25°C (68° to 77°F); excursions permitted to 15° to 30°C (59° to 86°F) [see USP Controlled Room Temperature].

Protect AquaMEPHYTON from light. Store container in closed original carton until contents have been used.

**17   PATIENT COUNSELING INFORMATION**

Inform the patient of the following important risks of AquaMEPHYTON:

Serious Hypersensitivity Reactions
Advise the patient and caregivers to immediately report signs of hypersensitivity after receiving AquaMEPHYTON *[see Warnings and Precautions (5.1)].*

Risk of Gasping Syndrome Due to Benzyl Alcohol
Advise the patient and caregivers of the risk of gasping syndrome associated with the use of products that contain benzyl alcohol (including AquaMEPHYTON) in neonates, infants, and pregnant women *[see Warnings and Precautions (5.2)].*

Cutaneous Reactions
Advise the patient and caregivers to report the occurrence of new rashes after receiving AquaMEPHYTON. These reactions may be delayed for up to a year after treatment *[see Warnings and Precautions (5.3)].*

**Manufactured by**:
Valdepharm
Val De Reuil 27100 France

**Distributed by**:
Teligent Pharma, Inc.
Buena, NJ 08310

# EXHIBIT 387



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Immunization Schedules

## For Health Care Providers

### Child and Adolescent Immunization Schedule (birth through 18 years)



### Adult Immunization Schedule (19 years and older)



### Resources for Health Care Providers



## For Parents & Adults



Parent-Friendly Schedule for Infants and Children (birth-6 years)



Parent-Friendly Schedule for Preteens and Teens (7-18 years)



Resources for Parents



Resources for Adults

### Related Pages

Vaccines and Immunizations

Advisory Committee on Immunization Practices (ACIP)

Vaccine Information Statements



Download "CDC Vaccine Schedules" free for iOS and Android devices.

### Order Hard Copies

Hard copies of the schedule are available for free using the CDC-info on Demand order form.

Page last reviewed: February 3, 2020

Content source: National Center for Immunization and Respiratory Diseases

# EXHIBIT 388

# USP Therapeutic Categories Model Guidelines

| Therapeutic Category | Pharmacologic Class | Formulary Key Drug Types |
|---|---|---|
| Analgesics | *Non-opioid Analgesics* | |
| | Opioid Analgesics | Opioid Analgesics, Long-acting |
| | | *Opioid Analgesics, Short-acting* |
| Anesthetics | Local Anesthetics | - |
| Antibacterials | Aminoglycosides | |
| | Beta-lactam, Cephalosporins | Cephalosporin Antibacterials, 1st Generation |
| | | Cephalosporin Antibacterials, 2nd Generation |
| | | Cephalosporin Antibacterials, 3rd Generation |
| | | Cephalosporin Antibacterials, 4th Generation |
| | Beta-lactam, Penicillins | Amino Derivative Penicillins |
| | | Extended Spectrum Penicillins |
| | | Natural Penicillins |
| | | Penicillinase-resistant Penicillins |
| | Beta-lactam, Other | - |
| | Macrolides | Erythromycins |
| | | Ketolides |
| | | Macrolides (Non-erythromycins, Non-ketolides) |
| | Quinolones | - |

| | | |
|---|---|---|
| | **Sulfonamides** | |
| | **Tetracyclines** | |
| | **Antibacterials, Other** | **Antifolate Antibacterials** |
| | | **Glycopeptide Antibacterials** |
| | | **Lincomycin Antibacterials** |
| | | ***Nitrofuran Antibacterials*** |
| | | **Oxazolidinone Antibacterials** |
| | | **Miscellaneous Antibacterials** |
| **Anticonvulsants** | **Calcium Channel Modifying Agents** | |
| | **Gamma-aminobutyric Acid (GABA) Augmenting Agents** | |
| | **Glutamate Reducing Agents** | |
| | **Sodium Channel Inhibitors** | |
| | **Anticonvulsants, Other** | - |
| **Antidementia Agents** | **Cholinesterase Inhibitors** | |
| | **Glutamate Pathway Modifiers** | |
| | **Antidementia Agents, Other** | |
| **Antidepressants** | **Monoamine Oxidase Inhibitors** | |
| | **Serotonin/Norepinephrine Reuptake Inhibitors** | |
| | **Tricyclics** | - |
| | **Antidepressants, Other** | |
| **Antidotes, Deterrents, and Toxicologic Agents** | **Antidotes** | - |
| | **Deterrents** | **Alcohol Deterrents** |
| | | **Smoking Cessation Agents** |
| | **Toxicologic Agents** | **Opioid Antagonists** |
| **Antiemetics** | | **5-Hydroxytryptamine 3 (5-HT3) Antagonists** |
| | | **Neurokinin 1 (NK1)** |

**Exhibit 388**

| | | |
|---|---|---|
| | | Receptor Antagonists |
| | | *Antiemetics, Other* |
| **Antifungals** | | **Allylamine Antifungals** |
| | | **Azole Antifungals** |
| | | **Echinocandin Antifungals** |
| | | **Polyene Antifungals** |
| | | **Antifungals (Other)** |
| **Antigout Agents** | | **Renal Tubular Blocking Agents** |
| | | **Xanthine Oxidase Inhibitors** |
| | | **Antigout Agents (Non-renal Tubular Blocking Agents and Non-xanthine Inhibitors)** |
| **Anti-inflammatory Agents** | **Glucocorticoids** | |
| | *Nonsteroidal Anti-inflammatory Drugs* | - |
| **Antimigraine Agents** | **Abortive** | **Ergot Alkaloids** |
| | | **Triptans** |
| | **Prophylactic** | **Beta-adrenergic Blocking Agents** |
| | | **Antimigraine Agents, Prophylactic (Non–beta-adrenergic Blocking Agents)** |
| **Antimyasthenic Agents** | **Parasympathomimetics** | |
| **Antimycobacterials** | **Antituberculars** | |
| | **Antimycobacterials, Other** | |
| | **Alkylating Agents** | **Ethylenimines/Methylmelamines** |
| | - | **Nitrogen Mustards** |
| | - | **Nitrosoureas** |
| | - | **Alkylating Agents, Other** |
| | **Antiangiogenic Agents** | - |
| | **Antiestrogens/Modifiers** | **Estrogen-nitrosoureas** |
| | | **Selective Estrogen Receptor Modulators, 1st Generation** |
| | | **Purine Analogs and** |

| | Antimetabolites | Related Inhibitors |
|---|---|---|
| Antineoplastics | - | Antimetabolites, Other |
| | Aromatase Inhibitors, 3rd Generation | |
| | Molecular Target Inhibitors | Epidermal Growth Factor Receptor Kinase Inhibitors |
| | | Multitargeted Kinase Inhibitors, Bcr-Abl/c-kit Receptor Tyrosine Kinases |
| | | Multitargeted Kinase Inhibitors, Vascular Endothelial Growth Factor Receptor Tyrosine Kinases |
| | Monoclonal Antibodies | Anti-CD20 Antibodies |
| | Retinoids | |
| | Antineoplastics, Other | - |
| Antiparasitics | Anthelmintics | |
| | Antiprotozoals | Antimalarials |
| | | Antiprotozoals (Non-antimalarials) |
| | Pediculicides/Scabicides | |
| Antiparkinson Agents | | Anticholinergics |
| | - | Catechol O-methyltransferase (COMT) Inhibitors |
| | - | Dopamine Agonists, Ergot |
| | | Dopamine Agonists, Nonergot |
| | | Dopamine Precursors |
| | | Monoamine Oxidase B (MAO-B) Inhibitors |
| | - | Antiparkinson Agents, Other |
| Antipsychotics | Atypicals | |
| | *Conventional* | |
| Antispasticity Agents | | |
| | Anti-cytomegalovirus | |

**Exhibit 388**

| | | |
|---|---|---|
| | (CMV) Agents | |
| | **Antihepatitis Agents** | |
| | **Antiherpetic Agents** | |
| **Antivirals** | **Anti-human Immunodeficiency Virus (HIV) Agents, Fusion Inhibitors** | |
| | **Anti-HIV Agents, Non-nucleoside Reverse Transcriptase Inhibitors** | |
| | **Anti-HIV Agents, Nucleoside and Nucleotide Reverse Transcriptase Inhibitors** | |
| | **Anti-HIV Agents, Protease Inhibitors** | |
| | **Anti-influenza Agents** | |
| **Anxiolytics** | **Antidepressants** | |
| | *Anxiolytics, Other* | |
| **Bipolar Agents** | | |
| **Blood Glucose Regulators** | **Antidiabetic Agents** | **Alpha Glucosidase Inhibitors** |
| | | **Amylinomimetics** |
| | | **Biguanides** |
| | | **Dipeptidyl Peptidase-4 (DPP-4) Inhibitors** |
| | | **Incretin Mimetics** |
| | | **Meglitinides** |
| | | *Sulfonylureas* |
| | | **Thiazolidinediones** |
| | **Glycemic Agents** | |
| | **Insulins** | **Insulin, Rapid-acting** |
| | | **Insulin, Short-acting** |
| | | **Insulin, Intermediate-acting** |
| | | **Insulin, Long-acting** |
| | | **Insulin Mixtures, Short-acting and Intermediate-acting** |
| | | **Insulin Mixtures, Analogs** |
| | **Anticoagulants** | **Anticoagulants, Oral** |
| | | **Factor Xa Inhibitors,** |

| | | |
|---|---|---|
| | | **Indirect** |
| | | **Low Molecular Weight Heparins** |
| | **Blood Formation Products** | **Colony Stimulating Factors** |
| **Blood Products/Modifiers/Volume Expanders** | | **Erythropoietins** |
| | **Coagulants** | **Protease Inhibitors** |
| | **Platelet Aggregation Inhibitors** | **Adenosine Diphosphate P2Y12 Inhibitors** |
| | | ***Cyclic Adenosine Monophosphate Reuptake Inhibitors*** |
| | | **Phosphodiesterase III/Adenosine Uptake Inhibitors** |
| | **Alpha-adrenergic Agonists** | |
| | **Alpha-adrenergic Blocking Agents** | |
| | **Antiarrhythmics** | **Antiarrhythmics - Classes IA, B, and C** |
| | | **Antiarrhythmics - Class Ia/II/III/IV** |
| | | **Antiarrhythmics - Class II** |
| | | **Antiarrhythmics - Class II/III** |
| | | **Antiarrhythmics - Class III** |
| | | **Antiarrhythmics - Class IV** |
| | **Beta-adrenergic Blocking Agents** | **Alpha-beta–adrenergic Blocking Agents** |
| | | **Cardioselective Beta-adrenergic Blocking Agents** |
| | | **Nonselective Beta-adrenergic Blocking Agents** |
| | **Calcium Channel** | **Calcium Channel Blocking Agents (Non-** |

| | Blocking Agents | dihydropyridines) |
| | | *Dihydropyridines* |
| **Cardiovascular Agents** | **Diuretics** | **Carbonic Anhydrase Inhibitors** |
| | | **Loop Diuretics** |
| | | **Potassium-sparing Diuretics** |
| | | **Thiazide Diuretics** |
| | **Dyslipidemics** | **Bile Acid Sequestrants** |
| | | **Cholesterol Absorption Inhibitors** |
| | | **Fibrates** |
| | | **3-hydroxy-3-methylglutaryl coenzyme A (HMG CoA) Reductase Inhibitors** |
| | | **Nicotinic Acid** |
| | | **Omega-3 Fatty Acids** |
| | **Renin-angiotensin-aldosterone System Inhibitors** | **Aldosterone Receptor Antagonists** |
| | | **Angiotensin-converting Enzyme (ACE) Inhibitors** |
| | | **Angiotensin II Receptor Antagonists** |
| | **Vasodilators** | **Vasodilators, Direct-acting Arterial** |
| | | **Vasodilators, Direct-acting Arterial/Venous** |
| | | **Vasodilators, Endothelin Receptor Antagonists** |
| | **Cardiovascular Agents, Other** | |
| **Central Nervous System Agents** | *Amphetamines, ADHD* | |
| | **Non-amphetamines, ADHD** | |
| | **Non-amphetamines, Other** | |
| **Dental and Oral Agents** | | |

| | | |
|---|---|---|
| Dermatological Agents | | Dermatological Acne Agents |
| | | Dermatological Anti-inflammatory Agents |
| | | Dermatological Antipruritic Agents |
| | | Dermatological Calcineurin Inhibitors |
| | | Dermatological Caustic Agents |
| | | Dermatological Emollients |
| | | Dermatological Genital Wart Agents |
| | | Dermatological Mitotic Inhibitors |
| | | Dermatological Non-melanoma Skin Cancer Agents |
| | | Dermatological Photochemotherapy Agents |
| | | Dermatological Psoriasis Agents |
| | | Dermatological Wound Care Agents |
| Enzyme Replacements/Modifiers | | Anti-cystine Agents |
| | | Fabry Disease Treatment |
| | | Gaucher's Disease Treatment |
| | | Glucosylceramide Synthase Inhibitors |
| | | Hereditary Tyrosinemia Type 1 (HT-1) Treatment |
| | | Homocystinuria Treatment |
| | | Hunter Syndrome Treatment |
| | | Mucopolysaccharidosis Disease Treatment |
| | | Pancrelipase |

| | | |
|---|---|---|
| | | Replacement |
| | | Severe Combined Immunodeficiency Disease (SCID) Treatment |
| | | Sucrase Enzyme Replacement |
| | | Urea Cycle Disorder Treatment |
| Gastrointestinal Agents | *Antispasmodics, Gastrointestinal* | |
| | Histamine$_2$ (H$_2$) Blocking Agents | |
| | Irritable Bowel Syndrome Agents | |
| | Protectants | |
| | Proton Pump Inhibitors | |
| | Gastrointestinal Agents, Other | |
| Genitourinary Agents | Antispasmodics, Urinary | |
| | Benign Prostatic Hypertrophy Agents | Alpha 1-adrenergic Blocking Agents |
| | | 5 Alpha-reductase Inhibitors |
| | Phosphate Binders | |
| | Genitourinary Agents, Other | |
| Hormonal Agents, Stimulant/ Replacement/ Modifying (Adrenal) | Glucocorticoids/ Mineralocorticoids | Glucocorticoids-Systemic |
| | | Glucocorticoids-Topical-Low Potency |
| | | Glucocorticoids-Topical-Medium Potency |
| | | Glucocorticoids-Topical-High Potency |
| | | Glucocorticoids-Topical-Very High Potency |
| | - | Mineralocorticoids |
| Hormonal Agents, | - | Gonadotropins |
| | | Growth Hormone |

**Exhibit 388**

| | | |
|---|---|---|
| Stimulant/ Replacement/ Modifying (Pituitary) | | Analogs |
| | | Insulin-like Growth Factor Analogs |
| | | Vasopressin Analogs |
| Hormonal Agents, Stimulant/ Replacement/ Modifying (Prostaglandins) | - | |
| Hormonal Agents, Stimulant/ Replacement/ Modifying (Sex Hormones/ Modifiers) | Anabolic Steroids | - |
| | *Androgens* | |
| | *Estrogens* | - |
| | Progestins | - |
| | Selective Estrogen Receptor Modifying Agents | - |
| *Hormonal Agents, Stimulant/ Replacement/ Modifying (Thyroid)* | - | |
| Hormonal Agents, Suppressant (Adrenal) | - | |
| Hormonal Agents, Suppressant (Parathyroid) | - | Calcimimetics |
| Hormonal Agents, Suppressant (Pituitary) | - | Dopamine Agonists |
| | - | Gonadotropin-releasing Hormone Analogs |
| | | Growth Hormone Antagonists |
| | - | Somatostatin Analogs |
| Hormonal Agents, Suppressant (Sex Hormones/ Modifiers) | Antiandrogens | - |
| Hormonal Agents, Suppressant (Thyroid) | Antithyroid Agents | |
| | Immune Stimulants | **Vaccines to Prevent Anthrax** |
| | | **Vaccines to Prevent Diphtheria** |
| | | **Vaccines to Prevent Haemophilus Type B** |
| | | **Vaccines to Prevent** |

| | | |
|---|---|---|
| | | **Hepatitis A** |
| | | **Vaccines to Prevent Hepatitis B** |
| | | **Vaccines to Prevent Japanese Encephalitis** |
| | | **Vaccines to Prevent Measles** |
| | | **Vaccines to Prevent Meningococcal Disease** |
| | | **Vaccines to Prevent Mumps** |
| | | **Vaccines to Prevent Papillomavirus Disease** |
| | | **Vaccines to Prevent Pertussis** |
| | | **Vaccines to Prevent Poliovirus** |
| **Immunological Agents** | | **Vaccines to Prevent Rabies** |
| | | **Vaccines to Prevent Rotavirus Disease** |
| | | **Vaccines to Prevent Rubella** |
| | | **Vaccines to Prevent Tetanus** |
| | | **Vaccines to Prevent Typhoid** |
| | | **Vaccines to Prevent Varicella** |
| | | **Vaccines to Prevent Yellow Fever** |
| | | **Vaccines to Prevent Zoster** |
| | **Immune Suppressants** | **Immune Suppressants (Non-TNF Inhibitors)** |
| | | **Tumor Necrosis Factor (TNF) Inhibitors** |
| | **Immunizing Agents, Passive** | **Immunoglobulins** |
| | **Immunomodulators** | **Interferons, Alfa** |
| | | **Interferons, Beta** |
| | | **Interferons, Gamma** |

| | | |
|---|---|---|
| | | **Immunomodulators, Other** |
| **Inflammatory Bowel Disease Agents** | **Glucocorticoids** | |
| | **Salicylates** | |
| | **Sulfonamides** | |
| **Metabolic Bone Disease Agents** | | **Bisphosphonates, Oral** |
| | | **Bisphosphonates, Parenteral** |
| | | **Calcium Regulating Hormones** |
| | | **Parathyroid Hormone Analogs** |
| | | **Vitamin D–related Agents/Metabolic Bone Disease Agents** |
| **Ophthalmic Agents** | **Ophthalmic Anti-allergy Agents** | |
| | **Ophthalmic Antiglaucoma Agents** | **Alpha-adrenergic Agonists, Ophthalmic** |
| | | **Beta-adrenergic Blocking Agents, Ophthalmic** |
| | | **Carbonic Anhydrase Inhibitors, Ophthalmic** |
| | | **Cholinergic Agonists, Ophthalmic** |
| | **Ophthalmic Anti-inflammatories** | **Glucocorticoids, Ophthalmic** |
| | | **Nonsteroidal Anti-inflammatory Drugs, Ophthalmic** |
| | **Ophthalmic Prostaglandin and Prostamide Analogs** | |
| | **Ophthalmic Agents, Other** | - |
| **Otic Agents** | - | **Otic Anti-inflammatories** |
| | - | |
| | **Antihistamines** | **Histamine$_1$ (H$_1$) Blocking Agents, Mildly/Non-sedating** |
| | | *H$_1$ Blocking Agents, Sedating* |

| | Anti-inflammatories, Inhaled Corticosteroids | |
|---|---|---|
| | Antileukotrienes | Receptor Antagonists |
| | | Synthesis Inhibitors |
| Respiratory Tract Agents | Bronchodilators, Anticholinergic | |
| | Bronchodilators, Phosphodiesterase Inhibitors (Xanthines) | |
| | Bronchodilators, Sympathomimetic | |
| | Mast Cell Stabilizers | |
| | Pulmonary Antihypertensives | |
| | Respiratory Tract Agents, Other | |
| Sedatives/Hypnotics | | |
| *Skeletal Muscle Relaxants* | | |
| Therapeutic Nutrients/Minerals/ Electrolytes | Electrolytes/Minerals | |
| | Vitamins | Prenatal Vitamins |

Exhibit 388

# EXHIBIT 389

# Transfer of Therapeutic Biological Products to the Center for Drug Evaluation and Research

On June 30, 2003, FDA transferred some of the therapeutic biological products that had been reviewed and regulated by the Center for Biologics Evaluation and Research (CBER) to the Center for Drug Evaluation and Research (CDER). CDER now has regulatory responsibility, including premarket review and continuing oversight, over the transferred products. In regulating the products assigned to them, CBER and CDER will consult with each other regularly and whenever necessary. On October 1, 2003, the staff comprising CBER's Office of Therapeutics Research and Review also transferred to CDER.

The lists below identify categories of biological products transferred from CBER to CDER, and categories of biological products remaining in CBER. Please note that the CBER list contains only a portion of the products CBER currently regulates; this list contains products that are closely related in chemical structure to products that transferred to CDER, e.g. therapeutic proteins and polysaccharides. Products are included on the CBER list as a means of clarifying the products that transferred and those that did not.

## Categories of Biological Products Transferred to CDER

- Monoclonal antibodies for in vivo use.

- Proteins intended for therapeutic use, including cytokines (e.g. interferons), enzymes (e.g. thrombolytics), and other novel proteins, except for

those that are specifically assigned to CBER (e.g., vaccines and blood products). This category includes therapeutic proteins derived from plants, animals, or microorganisms, and recombinant versions of these products.

- Immunomodulators: proteins or peptides that are not antigen specific (e.g., cytokines, growth factors, chemokines, etc.) that are intended to treat disease by inhibiting or modifying a pre-exisiting immune response; and proteins or peptides intended to act in antigen-specific fashion to treat or prevent autoimmune diseases by inhibiting or modifying pre-existing immune responses.

- Growth factors, cytokines, and monoclonal antibodies intended to mobilize, stimulate, decrease or otherwise alter the production of cells in vivo.[1] This category includes growth factors, cytokines, and monoclonal antibodies, as well as non-biological agents, administered as mobilizing agents for their direct therapeutic effect on the recipient, as well as growth factors, cytokines, and monoclonal antibodies administered for the purpose of subsequently harvesting the mobilized, stimulated, decreased or otherwise altered cells for use in a human cellular or tissue-based product (HCT/P).

## Categories of Biological Products Remaining in CBER

- Cellular products, including products composed of human, bacterial or animal cells (such as pancreatic islet cells for transplantation), or from physical parts of those cells (such as whole cells, cell fragments, or other components intended for use as preventative or therapeutic vaccines).

- Gene therapy products. Human gene therapy/gene transfer is the administration of nucleic acids, viruses, or genetically engineered microorganisms that mediate their effect by transcription and/or translation of the transferred genetic material, and/or by integrating into the host genome. Cells may be modified in these ways ex vivo for subsequent administration to the recipient, or altered in vivo by gene therapy products administered directly to the recipient.

- Vaccines and vaccine-associated products: products, regardless of their composition or method of manufacture, intended to induce or enhance a specific immune response to prevent or treat a disease or condition, or to enhance the activity of other therapeutic interventions.

- Allergenic extracts used for the diagnosis and treatment of allergic diseases and allergen patch tests.

- Antitoxins, antivenins, and venoms

- Blood, blood components, plasma derived products (for example, albumin, immunoglobulins, clotting factors, fibrin sealants, proteinase inhibitors), including recombinant and transgenic versions of plasma derivatives, (for example clotting factors), blood substitutes, plasma volume expanders, human or animal polyclonal antibody preparations including radiolabeled or conjugated forms, and certain fibrinolytics such as plasma-derived plasmin, and red cell reagents.

- Human cells, tissues and cellular and tissue-based products (HCT/P's). This category includes HCT/P's containing cells that have been harvested following in vivo administration of a CDER-regulated growth factor, cytokine, or monoclonal antibody,[2] as well as HCT/P's requiring ex vivo manipulation.

## Combination Products

The lists above contain some combination products comprised of a biological product component with a device and/or drug component, though such products are not specifically identified. Combination products are assigned to a Center for review and regulation in accordance with the products' primary mode of action.[3] When a product's primary mode of action is attributable to a type of biological product assigned to CDER, the product will be assigned to CDER. Similarly, when a product's primary mode of action is attributable to a type of biological product assigned to CBER, the product will be assigned to CBER. For further information about combination products, see the Combination Products (/combination-products) section of the FDA website, or contact the Office of Combination Products at 301-796-8930, or combination@fda.gov.

## Further Information

Questions about the assignment of specific products to CBER or CDER should be directed to the center jurisdiction officers at:

CDER Ombudsman ......................... 301-796-3436

CBER Ombudsman ......................... 301-827-0379

---

**Footnotes**

[1] CBER reviews and regulates some products other than growth factors, cytokines, and monoclonal antibodies that are mobilizing agents in that they are administered in vivo for mobilizing, stimulating, decreasing or otherwise altering the production or function of cells or tissues that are subsequently harvested for use in an HCT/P. The mobilizing

agents and other cell manipulating agents reviewed and regulated by CBER also fall into one of the categories of products currently assigned to CBER (e.g., a vaccine or gene therapy).

[2] The most efficient way to investigate an HCT/P developed from cells that have been harvested following in vivo administration of a growth factor, cytokine, or monoclonal antibody would ordinarily be to first investigate the safety and activity of the growth factor, cytokine, or monoclonal antibody in mobilizing, stimulating, decreasing or otherwise altering cells in vivo, and then to reference this information in a subsequent application to CBER for the HCT/P. The Center jurisdiction officers listed below are available to discuss the various options and appropriate regulatory approaches.

[3] See 21 U.S.C. § 353(g), section 503(g) of the Federal Food, Drug, and Cosmetic Act.

**Exhibit 389**

# EXHIBIT 390

# IRB Waiver or Alteration of Informed Consent for Clinical Investigations Involving No More Than Minimal Risk to Human Subjects

## Guidance for Sponsors, Investigators, and Institutional Review Boards

**This guidance is for immediate implementation.**

FDA is issuing this guidance for immediate implementation in accordance with 21 CFR 10.115(g)(3) without initially seeking prior comment. The Agency has determined that prior public participation is not feasible or appropriate because this guidance presents a less burdensome policy that is consistent with the public health. Although this guidance document is immediately in effect, it remains subject to public comment in accordance with the Agency's good guidance practices regulation (21 CFR 10.115).

You may submit comments or suggestions at any time. Submit electronic comments to https://www.regulations.gov. Submit written comments to the Dockets Management Staff (HFA-305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061, Rockville, MD 20852. All comments should be identified with the docket number listed in the notice of availability that publishes in the *Federal Register*.

For questions regarding this document, contact Janet Norden, 301-796-1127; Carol Drew, 301-796-8510; (CDER) Ebla Ali Ibrahim, Office of Medical Policy, 301-796-3691; (CBER) Office of Communication, Outreach and Development, 800-835-4709 or 240-402-8010; or (CDRH) Office of Device Evaluation, Clinical Trials Program, 301-796-5640.

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Office of Good Clinical Practice (OGCP)**
**Center for Drug Evaluation and Research (CDER)**
**Center of Biologics Evaluation and Research (CBER)**
**Center for Devices and Radiological Health (CDRH)**

**July 2017**

**Exhibit 390**

# IRB Waiver or Alteration of Informed Consent for Clinical Investigations Involving No More Than Minimal Risk to Human Subjects

## Guidance for Sponsors, Investigators, and Institutional Review Boards

*Additional copies are available from:*

Office of Good Clinical Practice
Office of Special Medical Programs, Office of Medical Products and Tobacco
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
(Tel) 301-796-8340
http://www.fda.gov/ScienceResearch/SpecialTopics/RunningClinicalTrials/GuidancesInformationSheetsandNotices/ucm219433.htm

**U.S. Department of Health and Human Services**
**Food and Drug Administration**

**July 2017**

**Exhibit 390**

*Contains Nonbinding Recommendations*

## TABLE OF CONTENTS

I.       **INTRODUCTION** ................................................................................................ 1

II.     **BACKGROUND** ................................................................................................ 2

III.   **DISCUSSION** ................................................................................................... 3

IV.   **IRB WAIVER OR ALTERATION OF INFORMED CONSENT** ............................... 4

V.    **INQUIRIES ABOUT SPECIFIC CLINICAL INVESTIGATIONS** ........................... 4

**Exhibit 390**

*Contains Nonbinding Recommendations*

# IRB Waiver or Alteration of Informed Consent for Clinical Investigations Involving No More than Minimal Risk to Human Subjects

## Guidance for Sponsors, Investigators, and IRBs[1]

---

> This guidance represents the current thinking of the Food and Drug Administration (FDA or Agency) on this topic. It does not establish any rights for any person and is not binding on FDA or the public. You can use an alternative approach if it satisfies the requirements of the applicable statutes and regulations. To discuss an alternative approach, contact the FDA staff responsible for this guidance as listed on the title page.

## I.  INTRODUCTION

This document provides guidance to sponsors, investigators, and institutional review boards (IRBs) on enforcement of FDA regulations governing informed consent requirements for clinical investigations that involve no more than minimal risk[2] to human subjects. This guidance informs sponsors, investigators, IRBs and other interested parties that the FDA does not intend to object to an IRB waiving or altering informed consent requirements for certain minimal risk clinical investigations as described in Section IV of this guidance. In addition, FDA does not intend to object to a sponsor initiating, or an investigator conducting, a minimal risk clinical investigation for which an IRB waives or alters the informed consent requirements as described in Section IV of this guidance.

Over the years, FDA has received numerous inquiries from sponsors and investigators about conducting important minimal risk clinical investigations for which obtaining informed consent was not practicable. Many of these minimal risk clinical investigations did not proceed because FDA did not have the statutory authority to permit a waiver of informed consent for such investigations. As described in Section II of this document, an amendment to the Federal Food, Drug and Cosmetic Act (FD&C Act) has provided FDA with authority to permit an exception from informed consent for minimal risk clinical investigations when specific criteria are met. Since this amendment passed, FDA has received additional questions regarding requirements for informed consent in minimal risk clinical investigations. FDA believes this guidance will facilitate the conduct of certain minimal risk clinical investigations that are important to addressing significant public health needs without compromising the rights, safety, or welfare of

---

[1] This guidance has been prepared by the Office of Good Clinical Practice, Center for Drug Evaluation and Research, Center for Biologics Evaluation and Research and the Center for Devices and Radiological Health at the Food and Drug Administration.

[2] Minimal risk is defined in applicable FDA regulations as "the probability and magnitude of harm or discomfort anticipated in the research are not greater in and of themselves than those ordinarily encountered in daily life or during the performance of routine physical or psychological examinations or tests." (21 CFR 50.3(k), 56.102(i)).

**Exhibit 390**

*Contains Nonbinding Recommendations*

human subjects.  Although this guidance is immediately in effect, FDA will consider all comments received and will revise this guidance when appropriate.

FDA's guidance documents, including this guidance, do not establish legally enforceable responsibilities.  Instead, guidances describe the Agency's current thinking on a topic and should be viewed only as recommendations, unless specific regulatory or statutory requirements are cited.  The use of the word *should* in Agency guidances means that something is suggested or recommended, but not required.

## II.     BACKGROUND

On December 13, 2016, the 21st Century Cures Act (Cures Act) (P.L. 114-255) was signed into law.  Title III, section 3024 of the Cures Act amended sections 520(g)(3) and 505(i)(4) of the FD&C Act to provide FDA with the authority to permit an exception from informed consent requirements when the proposed clinical testing poses no more than minimal risk to the human subject and includes appropriate safeguards to protect the rights, safety, and welfare of the human subject.  This statutory amendment became effective on December 13, 2016.  FDA intends to promulgate regulations to reflect this statutory change, including appropriate human subject protection safeguards.

Currently, FDA's regulations governing the protection of human subjects (21 CFR parts 50 and 56) allow exception from the general requirements for informed consent only in life-threatening situations when certain conditions are met (21 CFR 50.23) or when the requirements for emergency research are met (21 CFR 50.24). This limitation in FDA's regulations stemmed from section 520(g)(3)(D) of the FD&C Act, relating to the investigational use of devices.  Before the Cures Act amendments, this provision in the FD&C Act directed that FDA regulations require informed consent be obtained except where the investigator "determines in writing that there exists a life threatening situation involving the human subject of such testing which necessitates the use of such device" and it is not feasible to get the consent of the subject or the subject's representative.

The requirement in section 505(i) of the FD&C Act for informed consent for investigational use of drugs (including biologics) provided that FDA regulations must ensure informed consent is obtained "except where it is not feasible or it is contrary to the best interest of such human beings."  In order to promote consistency across medical products, FDA adopted regulations reflecting the device standard for all medical product research.

In general, FDA's regulations governing the protection of human subjects conform to the requirements in the "Federal Policy for the Protection of Human Subjects" (the Common Rule), with a few exceptions because of differences in FDA's mission or statutory authority.  The Common Rule, originally promulgated in 1991[3], sets forth requirements for the protection of

---

[3] The Common Rule was recently revised to better protect human subjects involved in research, facilitate valuable research, and reduce burden, delay and ambiguity for investigators (82 FR 7149, January 19, 2017).  The final rule that revised the Common Rule adopts an effective and general compliance date of January 19, 2018.  References to the Common Rule in this document are to the pre-2018 requirements that are in effect at the time of issuance of this guidance.

**Exhibit 390**

*Contains Nonbinding Recommendations*

human subjects involved in research that is conducted or supported by the Department of Health and Human Services (HHS) (see 45 CFR 46, Subpart A) and 15 other Federal departments and agencies.  The purpose of the Common Rule is to promote uniformity, understanding, and compliance with human subject protections as well as to create a uniform body of regulations across the Federal departments and agencies.[4]  FDA regulations and the Common Rule share the same definition for "minimal risk," but the Common Rule allows a waiver of informed consent for minimal risk research if specific criteria are met.  As stated above, FDA's regulations currently do not include an exception from informed consent for minimal risk clinical investigations.[5]

## III.    DISCUSSION

The Common Rule standard has been adopted and successfully employed for decades by numerous other Federal agencies.  The Common Rule permits an IRB to waive the requirements to obtain informed consent, or to allow changes to, or omission of, some or all elements of informed consent if the IRB finds and documents that: (1) the research involves no more than minimal risk to the subjects; (2) the waiver or alteration will not adversely affect the rights and welfare of the subjects; (3) the research could not practicably be carried out without the waiver or alteration; and (4) whenever appropriate, the subjects will be provided with additional pertinent information after participation. (45 CFR 46.116(d)).[6]

The Secretary's Advisory Committee on Human Research Protections (SACHRP) provided input on the issue of whether waiver of informed consent provisions for certain minimal risk clinical investigations would be appropriate and helpful to FDA-regulated research.  On March 13, 2014, SACHRP considered this issue.  Recognizing that harmonization with the Common Rule would promote consistency and help to reduce confusion in the research community about when a waiver of informed consent may be permitted, while also facilitating certain FDA-regulated research, SACHRP recommended to the Secretary of HHS that FDA adopt the provisions for waiver of informed consent that exist under the Common Rule at 45 CRF 46.116(d).  On October 26, 2016, SACHRP reiterated that recommendation to the Secretary.[7]

---

[4] 80 FR 53931 at 53935, September 8, 2015.

[5] Note that this exception from the requirement to obtain informed consent differs from the waiver from the requirement for documentation of informed consent permitted under both the Common Rule and FDA regulations (45 CFR 46.117(c); 21 CFR 56.109(c)).

[6] The final rule that recently revised the Common Rule (82 FR 7149, January 19, 2017) adds a fifth criterion (i.e., "if the research involves using identifiable private information or identifiable biospecimens, the research could not practicably be carried out without using such information or biospecimens in an identifiable format" (new 2018 requirement at 45 CFR 46.116(f)(3)(iii)).  As FDA revises its regulations to harmonize to the extent appropriate and permissible with the Common Rule, we will consider including this new criterion in any waiver provision.

[7] SACHRP's recommendations are available at https://www.hhs.gov/ohrp/sachrp-committee/recommendations/2014-july-3-letter-attachment-c/index.html and https://www.hhs.gov/ohrp/sachrp-committee/recommendations/attachment-b-november-2-2016-letter/index.html.

**Exhibit 390**

*Contains Nonbinding Recommendations*

## IV.    IRB WAIVER OR ALTERATION OF INFORMED CONSENT

Waiver of informed consent for certain FDA-regulated minimal risk clinical investigations will facilitate investigators' ability to conduct studies that may contribute substantially to the development of products to diagnose or treat diseases or conditions, or address unmet medical needs.  In light of the Cures Act amendment to the FD&C Act described above, FDA intends to revise its informed consent regulations to add this waiver or alteration under appropriate human subject protection safeguards to the two existing exceptions from informed consent (i.e., in life-threatening situations and for emergency research).  However, until FDA promulgates these regulations, we do not intend to object to an IRB[8] approving a consent procedure that does not include, or that alters, some or all of the elements of informed consent set forth in 21 CFR 50.25, or waiving the requirements to obtain informed consent when the IRB finds and documents[9] that:

1.  The clinical investigation involves no more than minimal risk (as defined in 21 CFR 50.3(k) or 56.102(i)) to the subjects;
2.  The waiver or alteration will not adversely affect the rights and welfare of the subjects;
3.  The clinical investigation could not practicably be carried out without the waiver or alteration; and
4.  Whenever appropriate, the subjects will be provided with additional pertinent information after participation.

FDA does not intend to object to a sponsor initiating, or an investigator conducting, a minimal risk clinical investigation for which an IRB waives or alters the informed consent requirements as described above.  FDA intends to withdraw this guidance after we promulgate regulations to permit a waiver or alteration of informed consent under appropriate human subject protection safeguards consistent with section 3024 of the Cures Act.

## V.    INQUIRIES ABOUT SPECIFIC CLINICAL INVESTIGATIONS

Sponsors, investigators and IRBs may contact FDA for questions about implementing the recommendations in this guidance for a specific clinical investigation.  Questions should be directed to the appropriate Center contact listed below.

Center for Drug Evaluation and Research
Ebla Ali Ibrahim
Office of Medical Policy Initiatives, Office of Medical Policy
301-796-2500 or 301-796-3691
Email: Ebla.Ali-Ibrahim@fda.hhs.gov

---

[8] An institutional review board (IRB) is defined in 21 CFR 56.102(g) and is subject to the requirements of 21 CFR part 56.

[9] An IRB is required to prepare and maintain adequate documentation of its activities, including actions taken by the IRB, under 21 CFR 56.115.

**Exhibit 390**

*Contains Nonbinding Recommendations*

Center for Biologics Evaluation and Research
Office of Communication, Outreach and Development
800-835-4709 or 240-402-8010
Email: ocod@fda.hhs.gov

Center for Devices and Radiological Health
Office of Device Evaluation, Office of the Director
Clinical Trials Program
301-796-5640
Email: CDRHClinicalEvidence@fda.hhs.gov

**Exhibit 390**

# EXHIBIT 391

# Protection of Human Subjects; Informed Consent

**21 CFR Parts 50, 71, 171, 180, 310, 312, 314, 320, 330, 361, 430, 431, 601, 630, 812, 813, 1003, 1010**

**[Docket No. 78N-0400]**

**46 FR 8942**

January 27, 1981

**AGENCY:** Food and Drug Administration.

**ACTION:** Final rule.

**SUMMARY:** The Food and Drug Administration (FDA) is issuing regulations to provide protection for human subjects of clinical investigations conducted pursuant to requirements for prior submission to FDA or conducted in support of applications for permission to conduct further research or to market regulated products. The regulations clarify existing FDA requirements governing informed consent and provide protection of the rights and welfare of human subjects involved in research activities that fall within FDA's jurisdiction.

**EFFECTIVE DATE:** July 27, 1981.

**FOR FURTHER INFORMATION CONTACT:** John C. Petricciani, Office of the Commissioner (HFB-4), Food and Drug Administration, 8800 Rockville Pike, Bethesda, MD 20205, 301-496-9320.

## TEXT: SUPPLEMENTARY INFORMATION:

argued that the concept of informed consent had not changed since the Drug Amendments were enacted in 1962, and neither comment offered any particular investigational situation in which they thought an investigator might reasonably determine, as provided in sections 505(i) and 507(d) of the act, that obtaining informed consent would not be "feasible" or "in an investigator's professional judgment, [would be] contrary to [a subject's] best interests."

Only one of the comments objecting to the promulgation of a single standard offered any extensive rationale for the objection raised. This comment argued that FDA should perpetuate in its informed consent regulation, the "therapeutic privilege" exemption provided by Congress when it enacted the 1962 Drug Amendments. This comment stated that in choosing to disregard the "therapeutic privilege" exemption, FDA was intruding into both the realm of congressional prerogative and the practice of medicine.

According to this comment, the circumstances in which the "therapeutic privilege" ought to apply, were as follows:

* * * A departure from the absolute requirement of informed consent is necessitated when "patient psychology" is such that a physician must be free to use a new therapeutic measure, without obtaining the patient's informed consent, if in his judgment it offers help of saving life, re-establishing health, or alleviating suffering. When a drug is being used in a clinical investigation *primarily for treatment,* the circumstances call forth the standards pertinent to the traditional physician-patient relationship, instead of those applicable to pure research. (Emphasis added.)

Basically, this comment assumes that a clinical investigation which involves an investigational article used primarily for treatment is not really an "investigation" at all, but is simply "the practice of medicine," and the basic objection expressed

**Exhibit 391**

seems to be that obtaining informed consent could unjustifiably frighten patients away from participation in an investigational study that might provide significant benefits for that individual and/or society as a whole, while presenting little or no risk to the individual participant.

FDA has considered the objections raised by these comments, has conducted an extensive review of the current legal requirements for informed consent in the treatment as opposed to the investigational/experimental setting, and finds, for the reasons discussed below, that the uniform approach proposed is justified.

The "therapeutic privilege" in the context of experimentation has been subject to increased criticism in recent years. In a paper on the Law of Informed Consent prepared for the National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research (Ref. *1* ), the authors concluded that nondisclosure based upon a physician's judgment that it is not in the patient's best interest to know, should never be allowed in the experimental setting.

The authors of this report, who surveyed international, Federal, and local standards of informed consent, concluded that because the purpose of the "therapeutic privilege" doctrine was to make sure that patients get treatment that physicians believe they need, it could have no application to nontherapeutic experimentation where no treatment is involved. The authors also concluded that,

* * * Because of the great potential for abuse, e.g., the withholding of information for convenience or to assure the patient will not reject the treatment, and because the probability of success with an experimental treatment is either not known or very low, this exception should also not be permitted in the case of therapeutic experimentation. Indeed, as has been noted by a number of commentators, in

**Exhibit 391**

this situation the physician-experimenter may have much more ability to obtain consent for an experiment than he would have from a normal volunteer who neither has an established dependency relation with him nor expects that the proposed experiment might be personally beneficial to him. As Professor Alexander Capron has observed: The "normal volunteer" solicited for an experiment is in a good position to consider the physical, psychological, and monetary risks and benefits to him when he consents to participate. How much harder that is for the patient to whom an experimental technique is offered during a course of treatment! The man proposing the experiment is one to whom the patient may be deeply indebted for past care (emotionally as well as financially) and on whom he is probably dependent for his future well-being. The procedure may be offered, despite unknown risks, because more conventional methods have proved ineffective. Even when a successful but slow recovery is being made, patients offered new therapy often have eyes only for its novelty and not for the risks.

In order to protect self-determination and promote rational decision-making, more, not less, information should probably be required to be disclosed in the experimental therapy situation than in the purely experimental setting with a normal volunteer (Ref. *1* ).

FDA agrees with the findings contained in the special report on the Law of Informed Consent. The standard of practice regarding informed consent promulgated by Congress in the Drug Amendments of 1962 was the standard that prevailed at that time. It is not the standard of practice today. FDA is concerned that research subjects be adequately protected from abuses of the kind that have taken place in the past (44 FR 47713-17); and is convinced that one way to protect

research subjects against abuse is to ensure that they have the opportunity to be adequately informed before they consent to participate.

FDA does not believe that promulgating a single standard that reflects both current congressional thinking and current standards regarding the practice of medicine represents an unreasonable encroachment upon the prerogatives of either Congress or the medical community. Congress expressly recognized at the time the Medical Device Amendments of 1976 were passed that, in view of changing social policy and advancing biomedical technology, the informed consent provisions of the Medical Device Amendments should be implemented through regulations based upon the recommendations to be made by the National Commission (Ref. *2* ). Indeed, the very purpose for which Congress established the National Commission was to assure a thorough review of the basic ethical principles underlying the conduct of biomedical and behavioral research (44 FR 47716).

FDA believes that the regulation does not encroach upon the prerogatives of the medical community because a review of court decisions which have involved informed consent casts doubt on whether the so-called "therapeutic privilege" to dispense with informed consent has any continued viability even in the standard practice of medicine. With increasing frequency, courts have held that when a patient is harmed by a treatment to which he or she might not have consented had he or she been adequately informed of the risks involved in that treatment, the doctor's failure to obtain informed consent may result in a finding of liability for negligence. In *Cobbs* v. *Grant,* 8 Cal. 3d 229, 502 P.2d 1 (1972), the California Supreme Court discussed at length the thesis that medical doctors are invested with discretion to withhold information from their patients and found that discretion to

be extremely limited, stating that, "it is the prerogative of the patient, not the physician, to determine for himself the direction in which he believes his interests lie. To enable the patient to chart his course knowledgeably, reasonable familiarity with the therapeutic alternatives and their hazards becomes essential." *Cobbs, supra,* at 242-243. The California Court held that a duty of reasonable disclosure of the available choices with respect to proposed therapy and of the dangers inherently and potentially involved in each choice was an "integral part of the physician's overall obligation to the patient." *Cobbs, supra,* at 243. Under the *Cobbs* rationale, a patient's informed consent is an absolute requirement except in an emergency situation or in a situation in which the patient is a child or incompetent, in which case consent is either implied or sought from a legal guardian. Thus, in *Cobbs,* the California Court found that consent of the quality required by this regulation should have been obtained from the patient and that it was the patient's prerogative to make the treatment decision based upon adequate information, not the physician's prerogative to limit the patient's choices by limiting the information provided. See generally, *Pharmaceutical Manufacturers* v. *Food Drug Administration,* 484 F. Supp. 1179, 1188 (D. Del. 1980).

The subject of negligence and informed consent is also discussed at length in *Canterbury* v. *Spence,* 464 F.2d 772 (D.C. Cir. 1972), *cert. denied,* 409 U.S. 1064 (1972), an action involving, among other things, the sufficiency of the information provided to a patient. Beginning with the fundamental premise that, "every human being of adult years and sound mind has a right to determine what shall be done with his own body," the *Canterbury* court defines "true consent" as the informed exercise of a choice that, in turn, entails an opportunity to evaluate knowledgeably the options available and the risks attendant upon each. *Canterbury,*

# EXHIBIT 392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __07/09/2018__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

INFORMED CONSENT ACTION NETWORK,

                                        Plaintiff,

        -against-

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES

                                        Defendant.

**STIPULATION**

18-cv-03215 (JMF)

WHEREAS, 42 U.S.C. § 300aa-27, entitled "Mandate for safer childhood vaccines,"

provides as follows:

>   (a) General rule

>   In the administration of this part and other pertinent laws under the jurisdiction of the Secretary [of the Department of Health and Human Services], the Secretary shall—

>>      (1) promote the development of childhood vaccines that result in fewer and less serious adverse reactions than those vaccines on the market on December 22, 1987, and promote the refinement of such vaccines, and

>>      (2) make or assure improvements in, and otherwise use the authorities of the Secretary with respect to, the licensing, manufacturing, processing, testing, labeling, warning, use instructions, distribution, storage, administration, field surveillance, adverse reaction reporting, and recall of reactogenic lots or batches, of vaccines, and research on vaccines, in order to reduce the risks of adverse reactions to vaccines.

>   . . .

>   (c) Report

>   Within 2 years after December 22, 1987, and periodically thereafter, the Secretary shall prepare and transmit to the Committee on Energy and Commerce of the House of Representatives and the Committee on Labor and Human Resources of the Senate a report describing the

1

**Exhibit 392**

actions taken pursuant to subsection (a) of this section during the preceding 2-year period.

WHEREAS, on August 25, 2017, Informed Consent Action Network ("ICAN") submitted a Freedom of Information Act request (the "FOIA Request") to the Department of Health and Human Services ("HHS" or the "Department"), which was assigned control number 2017-01119-FOIA-OS, that sought the following records:

> **Any and all reports transmitted to the Committee on Energy and Commerce of the House of Representatives and the Committee on Labor and Human Resources of the Senate by the Secretary of HHS pursuant to 42 U.S.C. §300aa-27(c).**

WHEREAS, on April 12, 2018, ICAN filed a Complaint for Declaratory and Injunctive Relief in the United States District Court, Southern District of New York against HHS seeking records, if any, responsive to the FOIA Request;

WHEREAS, the HHS Immediate Office of the Secretary ("IOS") maintains the official correspondence file of the Secretary of HHS, including reports to Congress by the Secretary of HHS, and therefore those files were most likely to contain records responsive to the FOIA Request;

WHEREAS, on June 27, 2018, HHS sent ICAN the following response to the FOIA Request:

> The [Department]'s searches for records did not locate any records responsive to your request. The Department of Health and Human Services (HHS) Immediate Office of the Secretary (IOS) conducted a thorough search of its document tracking systems. The Department also conducted a comprehensive review of all relevant indexes of HHS Secretarial Correspondence records maintained at Federal Records Centers that remain in the custody of HHS. These searches did not locate records responsive to your request, or indications that records responsive to your request and in the custody of HHS are located at Federal Records Centers.

WHEREAS, ICAN believes the foregoing response from HHS now resolves all claims asserted in this action;

**2**

**Exhibit 392**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties by and through their respective counsel:

1.     That the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its own costs, attorney fees, and expenses; and

2.     That this stipulation may be signed in counterparts, and that electronic (PDF) signatures may be deemed originals for all purposes.

Dated:  July 6, 2018
        New York, New York

        KENNEDY & MODONNA LLP
        *Attorney for Plaintiff*

By:     _____
        Robert F. Kennedy, Jr.
        48 Dewitt Mills Road
        Hurley, NY 12443
        (845) 481-2622

Dated:  July 6, 2018
        New York, New York

        GEOFFREY S. BERMAN
        United States Attorney
        *Attorney for Defendant*

By:     _____
        ANTHONY J. SUN
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        (212) 637-2810
        anthony.sun@usdoj.gov

SO ORDERED:

_____
HON. JESSE M. FURMAN, U.S.D.J.

Dated: New York, New York
       July 6, 2018

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

3

**3**                                          **Exhibit 392**

# ICAN
Informed Consent Action Network

For Immediate Release: July 13, 2018

**US District Court Judge signs order granting Plaintiff, Informed Consent Action Network (ICAN) and counsel, Robert F. Kennedy, Jr., the relief sought in a lawsuit against the US Department of Health and Human Services (HHS)**

On Monday, June 9th, the United States District Court for the Southern District of New York signed an order granting Plaintiff, the nonprofit Informed Consent Action Network (ICAN), the relief it sought against the Defendant, the United States Department of Health and Human Services, HHS. ICAN was represented by Robert F. Kennedy, Jr.

In May 2017, ICAN Founder, Del Bigtree, Robert F. Kennedy, Jr.. and a handful of other individuals concerned about vaccine safety were selected by the White House to participate in a seminal meeting with the Counselor to the Secretary of HHS, the heads of the National Institute of Health, NIH, the Center for Disease Control, CDC, and Food and the Drug Administration, FDA. Del Bigtree and Robert F. Kennedy, Jr. suspected that HHS was not fulfilling its critical vaccine safety obligations as required by Congress in The National Childhood Vaccine Injury Act of 1986.

The 1986 Act granted unprecedented, economic immunity to pharmaceutical companies for injuries caused by their products and eviscerated economic incentive for them to manufacture safe vaccine products or improve the safety of existing vaccine products. Congress therefore charged the Secretary of HHS with the explicit responsibility to assure vaccine safety.

Hence, since 1986, HHS has had the primary and virtually sole responsibility to make and assure improvements in the licensing, manufacturing, adverse reaction reporting, research, safety and efficacy testing of vaccines in order to reduce the risk of adverse vaccine reactions. In order to assure HHS meets its vaccine safety obligations, Congress required as part of the 1986 Act that the Secretary of HHS submit a biennial reports to Congress detailing the improvements in vaccine safety made by HHS in the preceding two years.

ICAN therefore filed a Freedom of Information Act, FOIA, request on August 25th, 2017 to HHS seeking copies of the biennial reports that HHS was supposed to submit to Congress, starting in 1988, detailing the improvements it made every two years to vaccine safety.   HHS stonewalled ICAN for eight months refusing to provide any substantive response to this request.

**4**                                                                                          **Exhibit 392**

# ICAN

Informed Consent Action Network

ICAN was therefore forced to file a lawsuit to force HHS to either provide copies of its biennial vaccine safety reports to Congress or admit it never filed these reports. The result of the lawsuit is that HHS had to finally and shockingly admit that it never, not even once, submitted a single biennial report to Congress detailing the improvements in vaccine safety. This speaks volumes to the seriousness by which vaccine safety is treated at HHS and heightens the concern that HHS doesn't have a clue as to the actual safety profile of the now 29 doses, and growing, of vaccines given by one year of age.

In contrast, HHS takes the other portions of the 1986 Act, which require promoting vaccine uptake, very seriously, spending billions annually and generating a steady stream of reports on how to improve vaccine uptake. Regrettably, HHS has chosen to focus on its obligation to increase vaccine uptake and defend against any claim vaccines cause harm in the National Injury Vaccine Compensation Program (aka, the Vaccine Court) to such a degree that it has abandoned its vaccine safety responsibilities. If HHS is not, as confirmed in Court this week, even fulfilling the simple task of filing a biennial report on vaccine safety improvements, there is little hope that HHS is actually tackling the much harder job of actually improving vaccine safety.

For additional information or interviews please contact:
Catharine Layton, COO, ICAN
cat@icandecide.org (512) 522-8739

**Exhibit 392**

# EXHIBIT 393

# COVID-19 Update

Learn about our expanded patient care options for your health care needs.

General Information | Self-Checker | Donate and Lend Support | Staff Appreciation



**News and Publications**

Home > News and Publications > For the Media > News Release Archive

# Study Suggests Medical Errors Now Third Leading Cause of Death in the U.S. - 05/03/2016

## Study Suggests Medical Errors Now Third Leading Cause of Death in the U.S.

Physicians advocate for changes in how deaths are reported to better reflect reality
Release Date: May 3, 2016

## Share Fast Facts

- 10 percent of all U.S. deaths are now due to medical error. - Click to Tweet - (http://ctt.ec/6UDuI)
- Third highest cause of death in the U.S. is medical error.- Click to Tweet - (http://ctt.ec/v61RG)
- Medical errors are an under-recognized cause of death. - Click to Tweet - (http://ctt.ec/AD8cS)

Analyzing medical death rate data over an eight-year period, Johns Hopkins patient safety experts have calculated that more than 250,000 deaths per year are due to medical error in the U.S. Their figure, published May 3 in *The BMJ*, surpasses the U.S. Centers for Disease Control and Prevention's (CDC's) third leading cause of death — respiratory disease - (http://www.hopkinsmedicine.org/healthlibrary/conditions/adult/respiratory_disorders/smoking_and_respiratory_diseases_85,P01 331), which kills close to 150,000 people per year.

The Johns Hopkins team says the CDC's way of collecting national health statistics fails to classify medical errors separately on the death certificate. The researchers are advocating for updated criteria for classifying deaths on death certificates.

**Exhibit 393**

"Incidence rates for deaths directly attributable to medical care gone awry haven't been recognized in any standardized method for collecting national statistics," says Martin Makary, M.D., M.P.H. - (https://www.hopkinsmedicine.org/profiles/results/directory/profile/0018306/martin-makary), professor of surgery at the Johns Hopkins University School of Medicine and an authority on health reform. "The medical coding system was designed to maximize billing for physician services, not to collect national health statistics, as it is currently being used."

In 1949, Makary says, the U.S. adopted an international form that used International Classification of Diseases (ICD) billing codes to tally causes of death.

"At that time, it was under-recognized that diagnostic errors, medical mistakes and the absence of safety nets could result in someone's death, and because of that, medical errors were unintentionally excluded from national health statistics," says Makary.

The researchers say that since that time, national mortality statistics have been tabulated using billing codes, which don't have a built-in way to recognize incidence rates of mortality due to medical care gone wrong.

In their study, the researchers examined four separate studies that analyzed medical death rate data from 2000 to 2008, including one by the U.S. Department of Health and Human Services' Office of the Inspector General and the Agency for Healthcare Research and Quality. Then, using hospital admission rates from 2013, they extrapolated that based on a total of 35,416,020 hospitalizations, 251,454 deaths stemmed from a medical error, which the researchers say now translates to 9.5 percent of all deaths each year in the U.S.

According to the CDC - (http://www.cdc.gov/nchs/fastats/leading-causes-of-death.htm), in 2013, 611,105 people died of heart disease - (http://www.hopkinsmedicine.org/healthlibrary/conditions/adult/cardiovascular_diseases/coronary_heart_disease_85,P00207/), 584,881 died of cancer and 149,205 died of chronic respiratory disease — the top three causes of death in the U.S. The newly calculated figure for medical errors puts this cause of death behind cancer but ahead of respiratory disease.

"Top-ranked causes of death as reported by the CDC inform our country's research funding and public health priorities," says Makary. "Right now, cancer and heart disease get a ton of attention, but since medical errors don't appear on the list, the problem doesn't get the funding and attention it deserves."

The researchers caution that most of medical errors aren't due to inherently bad doctors, and that reporting these errors shouldn't be addressed by punishment or legal action. Rather, they say, most errors represent systemic problems, including poorly coordinated care, fragmented insurance networks, the absence or underuse of safety nets, and other protocols, in addition to unwarranted variation in physician practice patterns that lack accountability.

"Unwarranted variation is endemic in health care. Developing consensus protocols that streamline the delivery of medicine and reduce variability can improve quality and lower costs in health care. More research on preventing medical errors from occurring is needed to address the problem," says Makary.

Michael Daniel of Johns Hopkins is a co-author on the study.

## Related Stories:

- Study Questions Quality of U.S. Health Data - (https://www.hopkinsmedicine.org/news/media/releases/study_questions_quality_of_us_health_data)
- Commentary: Hospitals May Sicken Many by Withholding Food and Sleep - (https://www.hopkinsmedicine.org/news/media/releases/commentary_hospitals_may_sicken_many_by_withholding_food

_and_sleep)
- It's Time for Transparency - (https://www.hopkinsmedicine.org/news/publications/hopkins_medicine_magazine/archives/fall_2012/its_time_for_transparency)

Return to Top - (#prtop)

## For the Media

Contacts:

Vanessa McMains - (mailto:vmcmain1@jhmi.edu)
410-502-9410
vmcmain1@jhmi.edu

Lauren Nelson - (mailto:laurennelson@jhmi.edu)
410-955-8725
laurennelson@jhmi.edu

## Related Services

- Surgery - (/surgery/)

Previous - (/news/media/releases/four_from_johns_hopkins_elected_to_national_academy_of_sciences) | Next - (/news/media/releases/johns_hopkins_childrens_center_to_celebrate_national_pet_therapy_day)

## Useful Links

- Contact JHM Media Team - (https://www.hopkinsmedicine.org/_archived/staff/)
- Find a Doctor - (https://www.hopkinsmedicine.org/profiles/)
- 
- Subscribe to RSS Feeds - (https://www.hopkinsmedicine.org/news/RSSinstructions.html)
- Sign-Up for E-Newsletters - (https://www.hopkinsmedicine.org/news/e-newsletters/index.html)

Exhibit 393

# EXHIBIT 394

# Vaccine Coverage Levels – United States, 1962-2016

| Year | DTP 3+ | DTP4+ | Polio 3+ | MMR* | Hib3+ | Var | PCV3+ | HepB3+ | Rota | Combined 4-3-1 | Combined 4-3-1-3 |
|------|--------|-------|----------|------|-------|-----|-------|--------|------|----------------|-------------------|
| 1962 | 67.3 | | | | | | | | | | |
| 1963 | 71.4 | | | | | | | | | | |
| 1964 | 74.6 | | | | | | | | | | |
| 1965 | 72.7 | | | | | | | | | | |
| 1966 | 74.0 | | | | | | | | | | |
| 1967 | 77.9 | | | 60.0 | | | | | | | |
| 1968 | 76.8 | | | 61.5 | | | | | | | |
| 1969 | 77.4 | | | 61.4 | | | | | | | |
| 1970 | 76.4 | | | 58.4 | | | | | | | |
| 1971 | 77.8 | | | 62.2 | | | | | | | |
| 1972 | 74.1 | | | 62.8 | | | | | | | |
| 1973 | 71.7 | | 59.5 | 61.0 | | | | | | | |
| 1974 | 72.4 | | 60.0 | 63.4 | | | | | | | |
| 1975 | 73.2 | | 63.6 | 65.5 | | | | | | | |
| 1976 | 72.7 | | 61.3 | 66.3 | | | | | | | |
| 1977 | 69.6 | | 62.6 | 65.0 | | | | | | | |
| 1978 | 66.6 | | 59.5 | 63.6 | | | | | | | |
| 1979 | 64.4 | | 59.7 | 66.5 | | | | | | | |
| 1980 | 66.0 | | 58.9 | 66.6 | | | | | | | |
| 1981 | 68.1 | | 59.2 | 66.8 | | | | | | | |
| 1982 | 67.1 | | 57.0 | 67.6 | | | | | | | |
| 1983 | 65.4 | | 56.9 | 66.3 | | | | | | | |
| 1984 | 65.0 | | 53.2 | 65.8 | | | | | | | |
| 1985 | 63.6 | | 53.6 | 61.2 | | | | | | | |
| 1986† | | | | | | | | | | | |
| 1987† | | | | | | | | | | | |
| 1988† | | | | | | | | | | | |
| 1989† | | | | | | | | | | | |
| 1990† | | | | | | | | | | | |
| 1991 | 68.8 | | 53.2 | 82.0 | | | | | | | |
| 1992 | 83.0 | 59.0 | 72.4 | 82.5 | 28.2 | | | 8.0 | | 68.7 | 55.3 |
| 1993 | 88.2 | 72.1 | 78.9 | 84.1 | 55.0 | | | 16.3 | | 67.1 | |
| 1994 | 93.0 | 77.7 | 83.0 | 89.0 | 86.0 | | | 37.0 | | 75.0 | |
| 1995 | 94.7 | 78.5 | 87.9 | 87.6 | 91.7 | | | 68.0 | | 76.2 | 74.2 |
| 1996 | 95.0 | 81.1 | 91.1 | 90.7 | 91.7 | 16.0 | | 81.8 | | 78.4 | 76.5 |
| 1997 | 95.5 | 81.5 | 90.8 | 90.5 | 92.7 | 25.9 | | 83.7 | | 77.9 | 76.2 |
| 1998 | 95.6 | 83.9 | 90.8 | 92.0 | 93.4 | 43.2 | | 87.0 | | 80.6 | 79.2 |
| 1999 | 95.9 | 83.3 | 89.6 | 91.5 | 93.5 | 57.5 | | 88.1 | | 79.9 | 78.4 |
| 2000 | 94.1 | 81.7 | 89.5 | 90.5 | 93.4 | 67.8 | | 90.3 | | 77.6 | 76.2 |
| 2001 | 94.3 | 82.1 | 89.4 | 91.4 | 93.0 | 76.3 | | 88.9 | | 78.6 | 77.2 |
| 2002 | 94.9 | 81.6 | 90.2 | 91.6 | 93.1 | 80.6 | 40.8 | 88.9 | | 78.5 | 77.5 |
| 2003 | 96.0 | 84.8 | 91.6 | 93.0 | 93.9 | 84.8 | 68.1 | 92.4 | | 82.2 | 81.3 |
| 2004 | 95.9 | 85.5 | 91.6 | 93.0 | 93.5 | 87.5 | 73.2 | 92.4 | | 83.5 | 82.5 |
| 2005 | 96.1 | 85.7 | 91.7 | 91.5 | 93.9 | 87.9 | 82.8 | 92.9 | | 83.1 | 82.4 |
| 2006 | 95.8 | 85.2 | 92.9 | 92.4 | 93.4 | 89.3 | 87.0 | 93.4 | | 83.2 | 82.3 |
| 2007 | 95.5 | 84.5 | 92.6 | 92.3 | 92.6 | 90.0 | 90.0 | 92.7 | | 82.8 | 81.1 |
| 2008 | 96.2 | 84.6 | 93.6 | 92.1 | 90.9 | 90.7 | 92.8 | 93.5 | | 82.5 | 79.6 |
| 2009 | 94.0 | 83.9 | 92.8 | 90.0 | 92.1 | 89.6 | 92.6 | 92.4 | 43.9 | 81.5 | 50.6 |
| 2010 | 95.0 | 84.4 | 93.3 | 91.5 | 90.4 | 90.4 | 92.6 | 91.8 | 59.2 | 82.0 | 78.8 |
| 2011 | 95.5 | 84.6 | 93.9 | 91.6 | 94.0 | 90.8 | 93.6 | 91.1 | 67.3 | 82.6 | 81.9 |
| 2012 | 94.3 | 82.5 | 92.8 | 90.8 | 93.0 | 90.2 | 92.3 | 89.7 | 68.6 | 80.5 | 76.0 |
| 2013 | 94.1 | 83.1 | 92.7 | 91.9 | 92.8 | 91.2 | 92.4 | 90.8 | 72.6 | 81.5 | 77.1 |
| 2014 | 94.7 | 84.2 | 93.3 | 91.5 | 92.6 | 91.0 | 92.6 | 91.6 | 71.7 | 82.6 | 77.7 |
| 2015 | 95.0 | 84.6 | 93.7 | 91.9 | 93.2 | 91.8 | 93.3 | 92.6 | 73.2 | 83.2 | 77.7 |
| 2016 | 93.7 | 83.4 | 91.1 | 91.1 | 91.6 | 90.6 | 91.8 | 90.5 | 74.1 | 81.9 | 76.8 |

*Previously reported as measles-containing vaccine (MCV)
†No national coverage data were collected from 1986 through 1990.

**Combined 4-3-1:** Four or more doses of DTP/DTaP/DT, three or more doses of poliovirus vaccine, and one or more doses of any measles-containing vaccine.

**Combined 4-3-1-3:** Four or more doses of DTP/DTaP/DT, three or more doses of poliovirus vaccine, one or more doses of any measles-containing vaccine, and three or more doses of *Haemophilus influenzae* type b vaccine.

Data prior to 1993 were collected by the National Health Interview Survey and represent 2-year-old children. Data from 1993 forward are from the National Immunization Survey and represent 19-35 month-old children. Different methods were used for the two surveys.

Data are available for vaccines and combinations of vaccines not reflected on this table. For more information about annual coverage figures from 1995 to the present, see https://www.cdc.gov/vaccines/imz-managers/coverage/childvaxview/data-reports/index.html .

Centers for Disease Control and Prevention
Epidemiology and Prevention of Vaccine-Preventable Diseases, 13th Edition                                    March 2018

**Exhibit 394**

# EXHIBIT 395



| CDC Home | Search | Health Topics A-Z |

**MMWR™**

*Weekly*

**August 8, 2003 / 52(31);728-732**

Persons using assistive technology might not be able to fully access information in this file. For assistance, please send e-mail to: mmwrq@cdc.gov. Type 508 Accommodation and the title of the report in the subject line of e-mail.

# National, State, and Urban Area Vaccination Levels Among Children Aged 19--35 Months --- United States, 2002

Each annual birth cohort in the United States comprises approximately four million infants. Maintaining the gains in childhood vaccination coverage achieved during the 1990s among these children poses an ongoing challenge for public health. The National Immunization Survey (NIS) provides annual estimates of vaccination coverage among children aged 19--35 months for each of the 50 states and 28 selected urban areas*. This report presents NIS findings for 2002[†], which indicate a marked nationwide increase in coverage with ≥1 dose of varicella vaccine (VAR), substantial uptake for ≥3 doses of pneumococcal conjugate vaccine (PCV), generally steady coverage levels for other vaccines nationwide, and continued wide variability in coverage among the states and selected urban areas.

To collect vaccination data for all age-eligible children, NIS uses a quarterly random-digit--dialing sample of telephone numbers for each of the 78 survey areas. NIS methodology, including how the responses are weighted to represent the population of children aged 19--35 months, has been described previously (*1,2*). During 2002, health-care provider vaccination records were obtained for 21,317 children. The overall response rate for eligible households in 2002 was 62.3%.

National vaccination coverage with ≥1 dose of VAR increased from 76.3% (95% confidence interval [CI] = ±0.8%) in 2001 to 80.6% (95% CI = ±0.9%) in 2002. Coverage for ≥3 doses of PCV, reported for the first time, was 40.9% (95% CI = ±1.1%). For all other vaccines, coverage levels remained steady during 2001--2002. For all combined vaccine series reported previously, coverage remained steady (Table 1). In 2002, coverage was reported for the 4:3:1:3:3:1[§] series, which includes ≥1 dose of VAR. Coverage in 2002 for the 4:3:1:3:3:1 series was 65.5% (95% CI = ±1.1%), compared with 2000 and 2001, when coverage for this series was 54.1% (95% CI = ±1.0%) and 61.3% (95% CI = ±1.0%), respectively (Table 1).

In 2002, substantial differences remained in estimated vaccination coverage among the states. The estimated coverage with the 4:3:1:3:3[¶] series ranged from 86.2% in Massachusetts to 62.7% in Colorado (Table 2). Variability among the 28 selected urban areas was slightly less than that among the states. Among

National, State, and Urban Area Vaccination Levels Among Children Aged 19--35 Months --- United States, 2002     7/5/20, 5:39 PM

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 416 of 421

the 28 selected urban areas, the highest estimated coverage for the 4:3:1:3:3 series ranged from 81.1% in Santa Clara County, California, to 57.5% in Newark, New Jersey (Table 2).

**Reported by:** *L Barker, PhD, N Darling, MPH, Data Management Div; M McCauley, MTSC, Office of the Director; J Santoli, MD, Immunization Svcs Div, National Immunization Program, CDC.*

## Editorial Note:

The findings in the report indicate that among U.S. children aged 19--35 months, coverage with the recommended vaccines in 2002 remained near all-time highs. Changes in national level coverage from 2001 to 2002 with all vaccines other than VAR and PCV were so small that they are unlikely to have a major public health impact. Although coverage with recommended vaccines for each new birth cohort remains high, vigilance is needed to maintain these high levels. Eliminating the coverage disparity between states and urban areas with the highest and lowest coverage remains a priority. If vaccine-preventable disease is introduced in an area with low coverage, groups of susceptible children might serve as a reservoir to transmit disease.

Because coverage with $\geq 1$ dose of VAR attained a level approximately equal to that of $\geq 4$ doses of DTaP, coverage for the 4:3:1:3:3:1 series, which includes VAR, was assessed and presented for the first time in this report. From 2000 to 2002, steady increases were observed. The 2002 NIS cohort was the first entire NIS birth cohort to be eligible for PCV. Coverage with $\geq 3$ doses of PCV (40.9%) was similar to coverage for VAR in 1998 (43.2%), the first year for which the entire NIS birth cohort was eligible for that vaccine. Uptake for $\geq 3$ doses of PCV showed steady quarterly increases (Q1 = 24.5%; Q2 = 35.3%; Q3 = 48.8%; Q4 = 56.3%), with a similar trend for $\geq 4$ doses.

The findings in this report are subject to at least three limitations. First, NIS is a telephone survey; although statistical weights adjust for nonresponse and households without telephones, some bias might remain. Second, although NIS relies on provider-verified vaccination histories, incomplete records and reporting could result in underestimates of coverage. The estimation procedure assumes that coverage among children whose providers do not respond is similar to that among children whose providers respond. Finally, although national level estimates are precise, estimates for states and urban areas should be interpreted with caution (*3*); CIs are wider for state and selected urban areas compared with national estimates.

During the time that children in the 2002 cohort were to be vaccinated, vaccines in short supply included DTaP; measles, mumps, and rubella (MMR); VAR; and PCV (*4--7*). When DTaP was in short supply, approximately 86% of the NIS cohort needed $\geq 1$ dose of the vaccine to stay on schedule. For MMR, VAR, and PCV, the percentages were approximately 6%, 21%, and 37%, respectively. NIS has sufficient power to detect a moderate (e.g., 15%) decrease in coverage even among the 6% of children due to receive a dose of MMR during the period it was in short supply; no effect on coverage was noted for any vaccine or series. These shortages affected children, their parents, and health-care providers; however, many aspects of vaccine delivery are not reflected by coverage attained among children aged 19--35 months. For example, if vaccine was unavailable at a health-care provider visit, another visit could have been made at a later time when vaccine was obtained. Such affected children, although lacking optimal protection for some period, still could show up as fully vaccinated through NIS. The impact of the shortages also might have been minimized if efforts by health-care providers, such as recalling children who missed doses and administering catch-up doses, had taken place. Further analysis of the 2002 data are ongoing to assess these potential impacts of the shortages, including changes in the percentage of children who received vaccines at

**Exhibit 395**

National, State, and Urban Area Vaccination Levels Among Children Aged 19--35 Months --- United States, 2002　　　7/5/20, 5:39 PM

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 417 of 421

recommended ages or the number of health-care provider visits required for children to be vaccinated fully. Health-care providers serving the cohort of children surveyed in 2002 also might have mitigated the effects of the shortages with vaccines already on hand that had been distributed during 1999--2001. Because many children affected by the shortages will be members of the 2003 NIS birth cohort, potential impacts on coverage and timeliness should be assessed in next year's data.

## References

1. Zell ER, Ezzati-Rice TM, Battaglia MP, Wright RA. National Immunization Survey: the methodology of a vaccination surveillance system. Public Health Rep 2000;115:65--77.
2. Smith PJ, Battaglia MP, Huggins VJ, et al. Overview of the sampling design and statistical methods used in the National Immunization Survey. Am J Prev Med 2001;40:17--24.
3. Simpson DM, Rodewald LE, Barker LE. What's in a number? The use and abuse of survey data. Am J Prev Med 2001;40:86--7.
4. CDC. Updated recommendations on the use of pneumococcal conjugate vaccine in a setting of vaccine storage. MMWR 2002;50:1140--2.
5. CDC. Resumption of routine schedule for tetanus and diphtheria toxoids. MMWR 2002;51:529--30.
6. CDC. Resumption of routine schedule for diphtheria and tetanus toxoids and acellular pertussis vaccine and for measles, mumps, and rubella vaccine. MMWR 2002;51:598--9.
7. CDC. Shortage of varicella and measles, mumps, and rubella vaccines and interim recommendations from the Advisory Committee on Immunization Practices. MMWR 2002;51:190--7.

\* Jefferson County, Alabama; Maricopa County, Arizona; Los Angeles, San Diego, and Santa Clara counties, California; District of Columbia; Miami-Dade and Duval counties, Florida; Fulton/DeKalb counties, Georgia; Chicago, Illinois; Marion County, Indiana; Orleans Parish, Louisiana; Baltimore, Maryland; Boston, Massachusetts; Detroit, Michigan; Newark, New Jersey; New York, New York; Cuyahoga and Franklin counties, Ohio; Philadelphia County, Pennsylvania; Davidson and Shelby counties, Tennessee; Bexar, Dallas, and El Paso counties, and Houston, Texas; King County, Washington; and Milwaukee County, Wisconsin.

† For the January--December 2002 reporting period, NIS included children born during February 1999--June 2001.

§ Comprises $\geq$4 doses of diphtheria and tetanus toxoids and pertussis vaccine, diphtheria and tetanus toxoids, and diphtheria and tetanus toxoids and acellular pertussis vaccine (DTP/DT/DTaP); $\geq$3 doses of poliovirus vaccine; $\geq$1 dose of measles-containing vaccine (MCV); $\geq$3 doses of *Haemophilus influenzae* type b vaccine (Hib); $\geq$3 doses of hepatitis B vaccine (hep B); and $\geq$1 dose of VAR vaccine.

¶ Comprises $\geq$4 doses of DTP vaccine, $\geq$3 doses of poliovirus vaccine, $\geq$1 dose of MCV, $\geq$3 doses of Hib vaccine, and $\geq$3 doses of hepB vaccine.

## Table 1

National, State, and Urban Area Vaccination Levels Among Children Aged 19--35 Months --- United States, 2002    7/5/20, 5:39 PM

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 418 of 421

TABLE 1. Vaccination coverage levels among children aged 19–35 months, by selected vaccines — National Immunization Survey, United States, 1998–2002

| Vaccine/Dose | 1998[*] % | (95% CI[††]) | 1999[†] % | (95% CI) | 2000[§] % | (95% CI) | 2001[¶] % | (95% CI) | 2002[**] % | (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| **DTP/DT/DTaP[§§]** | | | | | | | | | | |
| ≥3 doses | 95.6 | (±0.5) | 95.9 | (±0.4) | 94.1 | (±0.5) | 94.3 | (±0.5) | 94.9 | (±0.6) |
| ≥4 doses | 83.9 | (±0.8) | 83.8 | (±0.8) | 81.7 | (±0.8) | 82.1 | (±0.8) | 81.6 | (±0.9) |
| **Poliovirus** | | | | | | | | | | |
| ≥3 doses | 90.8 | (±0.7) | 89.6 | (±0.6) | 89.5 | (±0.6) | 89.4 | (±0.7) | 90.2 | (±0.7) |
| **Hib[¶¶]** | | | | | | | | | | |
| ≥3 doses | 93.4 | (±0.6) | 93.5 | (±0.5) | 93.4 | (±0.5) | 93.0 | (±0.6) | 93.1 | (±0.6) |
| **MMR[***]** | | | | | | | | | | |
| ≥1 dose | 92.0 | (±0.6) | 91.5 | (±0.6) | 90.5 | (±0.6) | 91.4 | (±0.6) | 91.6 | (±0.7) |
| **Hepatitis B** | | | | | | | | | | |
| ≥3 doses | 87.0 | (±0.7) | 88.1 | (±0.7) | 90.3 | (±0.6) | 88.9 | (±0.7) | 89.9 | (±0.7) |
| **Varicella** | | | | | | | | | | |
| ≥1 dose | 43.2 | (±1.0) | 57.5 | (±1.0) | 67.8 | (±0.9) | 76.3 | (±0.8) | 80.6 | (±0.9) |
| **PCV[†††]** | | | | | | | | | | |
| ≥3 doses | — | | — | | — | | — | | 40.9 | (±1.1) |
| **Combined series** | | | | | | | | | | |
| 4:3:1[§§§] | 80.6 | (±0.9) | 79.9 | (±0.8) | 77.6 | (±0.9) | 78.6 | (±0.9) | 78.5 | (±1.0) |
| 4:3:1:3[¶¶¶] | 79.2 | (±0.9) | 78.4 | (±0.9) | 76.2 | (±0.9) | 77.2 | (±0.9) | 77.5 | (±1.0) |
| 4:3:1:3:3[****] | — | | 73.2 | (±0.9) | 72.9 | (±0.9) | 73.7 | (±0.9) | 74.8 | (±1.0) |
| 4:3:1:3:3:1[††††] | — | | — | | 54.1 | (±1.0) | 61.3 | (±1.0) | 65.5 | (±1.1) |

[*] Born during February 1995–June 1997.
[†] Born during February 1996–June 1998.
[§] Born during February 1997–June 1999.
[¶] Born during February 1998–June 2000.
[**] Born during February 1999–June 2001.
[††] Confidence interval.
[§§] Diphtheria and tetanus toxoids and pertussis vaccine, diphtheria and tetanus toxoids, and diphtheria and tetanus toxoids and acellular pertussis vaccine.
[¶¶] *Haemophilus influenzae* type b.
[***] Measles, mumps, and rubella vaccine.
[†††] Pneumococcal conjugate vaccine.
[§§§] Comprises ≥4 doses of DTP/DT/DTaP, ≥3 doses of poliovirus vaccine, and ≥1 dose of measles-containing vaccine.
[¶¶¶] 4:3:1 plus ≥3 doses of Hib vaccine.
[****] 4:3:1:3 plus ≥3 doses of hepatitis B vaccine.
[††††] 4:3:1:3:3 plus ≥1 dose of varicella vaccine.

Return to top.

**Table 2**

National, State, and Urban Area Vaccination Levels Among Children Aged 19--35 Months --- United States, 2002    7/5/20, 5:39 PM

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 419 of 421

TABLE 2. Estimated vaccination coverage levels with 4:3:1*, 4:3:1:3[†], 4:3:1:3:3[§], and 4:3:1:3:3:1[¶] series among children aged 19–35 months, by states and selected urban areas — National Immunization Survey, United States, 2002

| State/Urban area | 4:3:1 | | 4:3:1:3 | | 4:3:1:3:3 | | 4:3:1:3:3:1 | |
|---|---|---|---|---|---|---|---|---|
| | % | (95% CI**) | % | (95% CI) | % | (95% CI) | % | (95% CI) |
| Alabama | 80.8 | (±5.1) | 79.5 | (±5.1) | 76.8 | (±5.3) | 73.3 | (±5.5) |
| Jefferson County | 81.7 | (±5.4) | 81.7 | (±5.4) | 77.8 | (±5.9) | 74.1 | (±6.2) |
| Rest of state | 80.6 | (±5.9) | 79.2 | (±6.0) | 76.6 | (±6.1) | 73.1 | (±6.4) |
| Alaska | 78.3 | (±5.6) | 78.3 | (±5.6) | 75.3 | (±5.9) | 56.2 | (±6.7) |
| Arizona | 70.0 | (±4.7) | 69.5 | (±4.7) | 67.9 | (±4.7) | 59.0 | (±4.9) |
| Maricopa County | 73.7 | (±6.3) | 73.1 | (±6.3) | 71.8 | (±6.4) | 62.2 | (±6.7) |
| Rest of state | 63.5 | (±6.8) | 63.3 | (±6.8) | 61.2 | (±6.7) | 53.5 | (±6.8) |
| Arkansas | 74.6 | (±5.9) | 74.4 | (±5.9) | 71.0 | (±6.1) | 68.3 | (±6.4) |
| California | 77.5 | (±3.7) | 75.8 | (±3.8) | 73.2 | (±3.8) | 67.1 | (±4.0) |
| Los Angeles County | 79.6 | (±5.6) | 77.1 | (±5.8) | 76.0 | (±5.9) | 72.3 | (±6.1) |
| San Diego County | 79.0 | (±5.7) | 77.7 | (±5.8) | 74.1 | (±6.1) | 70.7 | (±6.3) |
| Santa Clara County | 85.0 | (±4.4) | 83.7 | (±4.5) | 81.1 | (±4.8) | 75.2 | (±5.3) |
| Rest of state | 75.6 | (±5.7) | 74.0 | (±5.8) | 70.9 | (±5.9) | 63.1 | (±6.2) |
| Colorado | 64.7 | (±6.6) | 64.3 | (±6.6) | 62.7 | (±6.6) | 56.1 | (±6.8) |
| Connecticut | 86.1 | (±4.8) | 85.7 | (±4.9) | 81.9 | (±5.2) | 72.8 | (±5.9) |
| Delaware | 84.8 | (±4.6) | 81.1 | (±5.3) | 78.7 | (±5.5) | 69.7 | (±5.9) |
| District of Columbia | 73.8 | (±7.4) | 72.2 | (±7.4) | 69.7 | (±7.5) | 68.3 | (±7.5) |
| Florida | 78.0 | (±4.4) | 77.2 | (±4.4) | 74.5 | (±4.7) | 66.4 | (±5.1) |
| Miami-Dade County | 75.4 | (±6.3) | 73.3 | (±6.4) | 70.9 | (±6.5) | 60.2 | (±7.0) |
| Duval County | 78.0 | (±6.9) | 77.3 | (±6.9) | 76.1 | (±7.0) | 70.3 | (±7.1) |
| Rest of state | 78.6 | (±5.5) | 78.0 | (±5.5) | 75.1 | (±5.8) | 67.3 | (±6.4) |
| Georgia | 83.4 | (±3.9) | 82.0 | (±4.1) | 80.4 | (±4.2) | 76.5 | (±4.5) |
| Fulton/DeKalb counties | 79.4 | (±5.6) | 79.1 | (±5.6) | 77.5 | (±5.7) | 74.6 | (±5.9) |
| Rest of state | 84.4 | (±4.7) | 82.6 | (±4.9) | 81.0 | (±5.0) | 76.9 | (±5.4) |
| Hawaii | 81.3 | (±5.4) | 80.9 | (±5.4) | 78.7 | (±5.5) | 69.1 | (±6.1) |
| Idaho | 73.9 | (±5.7) | 73.3 | (±5.8) | 69.4 | (±5.9) | 52.6 | (±6.3) |
| Illinois | 80.4 | (±4.2) | 79.6 | (±4.3) | 78.6 | (±4.3) | 58.1 | (±5.3) |
| Chicago | 72.3 | (±7.4) | 71.5 | (±7.4) | 69.1 | (±7.5) | 58.3 | (±7.9) |
| Rest of state | 83.5 | (±5.1) | 82.6 | (±5.1) | 82.1 | (±5.2) | 58.1 | (±6.6) |
| Indiana | 79.2 | (±4.5) | 77.9 | (±4.6) | 76.0 | (±5.0) | 59.4 | (±5.8) |
| Marion County | 75.6 | (±6.5) | 75.3 | (±6.5) | 74.0 | (±6.5) | 62.2 | (±7.0) |
| Rest of state | 79.9 | (±5.2) | 78.4 | (±5.4) | 76.4 | (±5.8) | 58.9 | (±6.8) |
| Iowa | 80.7 | (±5.4) | 79.7 | (±5.4) | 78.7 | (±5.5) | 58.2 | (±6.5) |
| Kansas | 74.0 | (±6.6) | 72.9 | (±6.6) | 66.8 | (±6.9) | 55.1 | (±6.9) |
| Kentucky | 74.4 | (±6.3) | 74.4 | (±6.3) | 72.3 | (±6.4) | 63.6 | (±6.8) |
| Louisiana | 69.8 | (±5.5) | 69.3 | (±5.5) | 66.8 | (±5.6) | 61.9 | (±5.8) |
| Orleans Parish | 65.0 | (±8.0) | 63.4 | (±8.1) | 60.5 | (±8.3) | 53.3 | (±8.6) |
| Rest of state | 70.4 | (±6.2) | 70.0 | (±6.2) | 67.6 | (±6.3) | 63.0 | (±6.4) |
| Maine | 83.7 | (±4.9) | 82.8 | (±4.9) | 80.7 | (±5.1) | 62.1 | (±6.5) |
| Maryland | 81.8 | (±5.5) | 80.8 | (±5.6) | 78.7 | (±5.6) | 70.7 | (±6.4) |
| Baltimore | 76.2 | (±6.3) | 74.6 | (±6.3) | 70.8 | (±6.7) | 69.1 | (±6.8) |
| Rest of state | 82.7 | (±6.4) | 81.9 | (±6.4) | 80.1 | (±6.5) | 71.0 | (±7.3) |
| Massachusetts | 89.5 | (±3.4) | 89.2 | (±3.4) | 86.2 | (±3.8) | 78.0 | (±4.6) |
| Boston | 82.5 | (±5.3) | 79.9 | (±5.6) | 76.6 | (±6.3) | 70.7 | (±6.5) |
| Rest of state | 90.3 | (±3.7) | 90.3 | (±3.7) | 87.4 | (±4.1) | 78.8 | (±5.0) |
| Michigan | 84.3 | (±4.1) | 83.8 | (±4.2) | 81.6 | (±4.4) | 71.7 | (±5.6) |
| Detroit | 66.7 | (±6.8) | 65.9 | (±6.8) | 64.5 | (±6.8) | 59.5 | (±6.9) |
| Rest of state | 86.6 | (±4.6) | 86.1 | (±4.6) | 83.9 | (±4.9) | 73.3 | (±6.3) |
| Minnesota | 82.2 | (±5.6) | 78.9 | (±6.5) | 76.8 | (±6.5) | 61.5 | (±6.9) |
| Mississippi | 77.8 | (±6.2) | 77.8 | (±6.2) | 75.7 | (±6.5) | 63.9 | (±7.3) |
| Missouri | 77.7 | (±6.3) | 77.3 | (±6.4) | 73.0 | (±6.5) | 60.1 | (±7.0) |
| Montana | 71.5 | (±6.6) | 70.9 | (±6.7) | 66.6 | (±6.8) | 49.4 | (±7.2) |
| Nebraska | 80.6 | (±5.4) | 79.2 | (±5.5) | 78.2 | (±5.6) | 64.3 | (±6.3) |
| Nevada | 78.4 | (±5.9) | 77.8 | (±6.0) | 76.4 | (±6.1) | 65.3 | (±6.5) |
| New Hampshire | 88.1 | (±4.4) | 87.3 | (±4.5) | 83.5 | (±5.0) | 66.2 | (±6.5) |

---

\* Comprises ≥4 doses of diphtheria and tetanus toxoids and pertussis vaccine, diphtheria and tetanus toxoids, and diphtheria and tetanus toxoids and
  acellular pertussis vaccine; ≥3 doses of poliovirus vaccine; and ≥1 dose of measles-containing vaccine.
[†] 4:3:1 plus ≥3 doses of *Haemophilus influenzae* type b vaccine.
[§] 4:3:1:3 plus ≥3 doses of hepatitis B vaccine.
[¶] 4:3:1:3:3 plus ≥1 dose of varicella vaccine.
** Confidence interval.

**Exhibit 395**

National, State, and Urban Area Vaccination Levels Among Children Aged 19--35 Months --- United States, 2002    7/5/20, 5:39 PM

Case 2:20-cv-02470-WBS-JDP   Document 12   Filed 12/29/20   Page 420 of 421

TABLE 2. (*Continued*) Estimated vaccination coverage levels with 4:3:1*, 4:3:1:3†, 4:3:1:3:3§, and 4:3:1:3:3:1¶ series among children aged 19–35 months, by states and selected urban areas — National Immunization Survey, United States, 2002

| State/Urban area | 4:3:1 | | 4:3:1:3 | | 4:3:1:3:3 | | 4:3:1:3:3:1 | |
|---|---|---|---|---|---|---|---|---|
| | % | (95% CI**) | % | (95% CI) | % | (95% CI) | % | (95% CI) |
| New Jersey | 81.9 | (±4.9) | 80.4 | (±5.0) | 76.1 | (±5.4) | 65.5 | (±6.0) |
| Newark | 61.5 | (±8.2) | 59.9 | (±8.2) | 57.5 | (±8.1) | 50.4 | (±7.9) |
| Rest of state | 82.9 | (±5.1) | 81.3 | (±5.2) | 77.0 | (±5.7) | 66.2 | (±6.3) |
| New Mexico | 68.1 | (±6.6) | 67.4 | (±6.6) | 64.6 | (±6.7) | 59.1 | (±7.0) |
| New York | 81.8 | (±4.0) | 81.3 | (±4.0) | 77.5 | (±4.3) | 67.3 | (±4.8) |
| New York City | 81.8 | (±5.8) | 81.0 | (±5.9) | 78.1 | (±6.2) | 71.0 | (±6.7) |
| Rest of state | 81.8 | (±5.5) | 81.6 | (±5.5) | 77.0 | (±6.0) | 64.0 | (±6.8) |
| North Carolina | 86.9 | (±4.9) | 86.5 | (±4.9) | 82.4 | (±5.5) | 69.7 | (±6.8) |
| North Dakota | 78.8 | (±6.7) | 78.8 | (±6.7) | 77.7 | (±6.7) | 56.3 | (±6.9) |
| Ohio | 77.9 | (±4.4) | 77.1 | (±4.4) | 75.0 | (±4.5) | 63.5 | (±4.9) |
| Cuyahoga County | 74.6 | (±7.7) | 74.2 | (±7.8) | 72.1 | (±7.8) | 65.0 | (±8.0) |
| Franklin County | 84.5 | (±5.2) | 83.7 | (±5.2) | 81.0 | (±5.6) | 69.4 | (±6.8) |
| Rest of state | 77.5 | (±5.5) | 76.6 | (±5.5) | 74.6 | (±5.7) | 62.4 | (±6.1) |
| Oklahoma | 69.6 | (±7.1) | 66.7 | (±7.4) | 65.3 | (±7.4) | 60.3 | (±7.4) |
| Oregon | 74.8 | (±5.6) | 74.5 | (±5.6) | 70.0 | (±5.9) | 60.3 | (±6.1) |
| Pennsylvania | 78.7 | (±5.2) | 77.1 | (±5.3) | 74.7 | (±5.5) | 67.6 | (±5.8) |
| Philadelphia County | 75.0 | (±6.0) | 73.5 | (±6.0) | 72.0 | (±6.1) | 68.2 | (±6.3) |
| Rest of state | 79.3 | (±6.0) | 77.7 | (±6.2) | 75.2 | (±6.4) | 67.5 | (±6.7) |
| Rhode Island | 90.1 | (±4.1) | 85.8 | (±5.5) | 84.5 | (±5.6) | 80.7 | (±5.9) |
| South Carolina | 80.5 | (±6.4) | 80.2 | (±6.4) | 78.8 | (±6.5) | 73.8 | (±6.7) |
| South Dakota | 82.0 | (±6.3) | 81.2 | (±6.3) | 79.9 | (±6.4) | 62.0 | (±7.0) |
| Tennessee | 80.5 | (±3.9) | 79.7 | (±4.0) | 78.2 | (±4.1) | 67.3 | (±4.8) |
| Davidson County | 81.3 | (±5.8) | 79.8 | (±6.1) | 79.3 | (±6.2) | 66.7 | (±7.3) |
| Shelby County | 73.4 | (±6.7) | 72.6 | (±6.7) | 72.5 | (±6.7) | 60.6 | (±7.2) |
| Rest of state | 82.3 | (±5.2) | 81.5 | (±5.3) | 79.6 | (±5.4) | 69.2 | (±6.5) |
| Texas | 71.3 | (±5.0) | 70.9 | (±5.0) | 67.9 | (±5.1) | 65.0 | (±5.1) |
| Bexar County | 76.4 | (±5.8) | 75.9 | (±5.8) | 73.9 | (±5.9) | 71.8 | (±6.1) |
| Houston | 64.2 | (±8.0) | 63.9 | (±8.1) | 61.4 | (±8.0) | 55.6 | (±8.0) |
| Dallas County | 77.3 | (±5.1) | 75.9 | (±5.2) | 71.5 | (±5.5) | 68.0 | (±5.8) |
| El Paso County | 78.6 | (±5.9) | 77.1 | (±6.0) | 67.4 | (±7.1) | 60.6 | (±7.3) |
| Rest of state | 70.6 | (±7.4) | 70.4 | (±7.4) | 67.8 | (±7.5) | 65.8 | (±7.5) |
| Utah | 79.9 | (±5.6) | 79.1 | (±5.6) | 75.7 | (±5.9) | 61.4 | (±6.5) |
| Vermont | 87.7 | (±3.9) | 87.0 | (±4.0) | 80.9 | (±4.7) | 57.7 | (±6.3) |
| Virginia | 77.7 | (±5.8) | 76.6 | (±5.9) | 72.0 | (±6.2) | 64.8 | (±6.5) |
| Washington | 74.7 | (±4.7) | 73.1 | (±4.9) | 69.2 | (±5.0) | 51.9 | (±5.1) |
| King County | 78.3 | (±5.3) | 76.9 | (±5.4) | 73.1 | (±5.6) | 56.3 | (±6.3) |
| Rest of state | 73.3 | (±6.2) | 71.7 | (±6.4) | 67.7 | (±6.5) | 50.2 | (±6.6) |
| West Virginia | 79.0 | (±6.1) | 78.5 | (±6.2) | 76.9 | (±6.3) | 65.8 | (±6.8) |
| Wisconsin | 83.4 | (±4.2) | 81.8 | (±4.3) | 80.3 | (±4.3) | 67.5 | (±5.0) |
| Milwaukee County | 73.6 | (±7.3) | 69.8 | (±7.6) | 67.8 | (±7.7) | 59.9 | (±7.7) |
| Rest of state | 86.2 | (±4.9) | 85.2 | (±5.0) | 83.9 | (±5.1) | 69.6 | (±6.0) |
| Wyoming | 76.5 | (±6.1) | 76.5 | (±6.1) | 73.3 | (±6.4) | 54.1 | (±6.8) |
| Total | 78.5 | (±1.0) | 77.5 | (±1.0) | 74.8 | (±1.0) | 65.5 | (±1.1) |

* Comprises ≥4 doses of diphtheria and tetanus toxoids and pertussis vaccine, diphtheria and tetanus toxoids, and diphtheria and tetanus toxoids and
  acellular pertussis vaccine; ≥3 doses of poliovirus vaccine; and ≥1 dose of measles-containing vaccine.
† 4:3:1 plus ≥3 doses of *Haemophilus influenzae* type b vaccine.
§ 4:3:1:3 plus ≥3 doses of hepatitis B vaccine.
¶ 4:3:1:3:3 plus ≥1 dose of varicella vaccine.
** Confidence interval.

Return to top.

Use of trade names and commercial sources is for identification only and does not imply endorsement by the U.S. Department of Health and Human Services.

———

References to non-CDC sites on the Internet are provided as a service to *MMWR* readers and do not constitute or imply endorsement of these organizations or their programs by CDC or the U.S. Department of Health and Human Services. CDC is not responsible for the content of pages found at these sites. URL addresses listed in *MMWR* were current as of the date of publication.

National, State, and Urban Area Vaccination Levels Among Children Aged 19--35 Months --- United States, 2002          7/5/20, 5:39 PM

Case 2:20-cv-02470-WBS-JDP    Document 12    Filed 12/29/20    Page 421 of 421

**Disclaimer**   All *MMWR* HTML versions of articles are electronic conversions from ASCII text into HTML. This conversion may have resulted in character translation or format errors in the HTML version. Users should not rely on this HTML document, but are referred to the electronic PDF version and/or the original *MMWR* paper copy for the official text, figures, and tables. An original paper copy of this issue can be obtained from the Superintendent of Documents, U.S. Government Printing Office (GPO), Washington, DC 20402-9371; telephone: (202) 512-1800. Contact GPO for current prices.

## **Questions or messages regarding errors in formatting should be addressed to mmwrq@cdc.gov.**

Page converted: 8/7/2003

**SAFER · HEALTHIER · PEOPLE™**
**Morbidity and Mortality Weekly Report**
Centers for Disease Control and Prevention
1600 Clifton Rd, MailStop E-90, Atlanta, GA 30333,
U.S.A



Department of Health
and Human Services

This page last reviewed 8/7/2003