# EXHIBIT 471



## 2020 Pilot Survey Data Comparison

# VACCINATED -VS- UNVACCINATED

**Percent of People with Disorder**

**27%** — Chronic Conditions, Children
**5.97%**

**6.66%** — Multiple Chronic Conditions, Children
**0.94%**

*"The cure cannot be worse than the problem itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

- U.S. National data for approximately 99%+ Vaccinated Population
  (CDC, Preventing Chronic Disease. https://www.cdc.gov/pcd/issues/2015/14_0397.htm)
- Pilot survey data for 100% Unvaccinated Control Group
- Unvaccinated but exposed to K-shot and/or maternal vaccination
- Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

- **Risk Factor in Total Population = 5.97%**
  This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of chronic illness in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 84,721,527,559,728,800,000.00 0,000,000,000,000,000,000,000,000,000.0 00,000,000,000,000,000,000,000,000,000.00. This calculation is supported by the p-value 1.18E-83. See full report for detailed explanation.

### Subsets - Chronic Conditions
- **13.32%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)
- **2.25%** (risk factor within the subset group that unexposed to the K-shot and pregnancy vaccination)

- **Risk Factor in Total Population = 0.94%**
  This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of chronic illiness in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 166,208,057,027,308,000,000,000. This calculation is supported by the p-value 6.02E-24. See full report for detailed explanation.

### Subsets - Multiple Chronic Conditions
- **2.57%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)
- **0.12%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval (5.95,5.99) without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**1**

**Exhibit 471**



# 2020 Pilot Survey Data Comparison

# VACCINATED -vs- UNVACCINATED



**Percent of People with Disorder**

- **Chronic Conditions, Adults** — 60% / 5.71%
- **2 Chronic Conditions, Adults** — 42% / 0.95%
- **5 Chronic Conditions, Adults** — 12% / 0.0%

*"The cure cannot be worse than the problem itself."*
- President Donald J. Trump, October 22, 2020, Presidential Debate

- 🟠 U.S. National data for approximately 99%+ Vaccinated Population (CDC, Chronic Diseases in America. https://www.cdc.gov/chronicdisease/resources/infographic/chronic-diseases.htm)
- 🟢 Pilot survey data for 100% Unvaccinated Control Group
- 🟡 Unvaccinated but exposed to K-shot and/or maternal vaccination
- 🔵 Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

🟢 **Risk Factor in Total Population = 5.71%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of chronic illness in America. Specifically, the odds that this large control group of unvaccinated adults (as featured on this chart) would be exponentially healthier than vaccinated adults by mere chance 1 in 245,083,100,778,672,000,000,000,000,000,000,000,000,000,000,000,000,000. This calculation is supported by the p-value 4.08E-63. See full report for detailed explanation.

🔵🟡 **Subsets - Chronic Conditions**
**12.50%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

🔵 **4.49%** (risk factor within the subset group that unexposed to the K-shot and pregnancy vaccination)

🟢 **Risk Factors in Total Population = 0.95%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of chronic illness in America. Specifically, the odds that this large control group of unvaccinated adults (as featured on this chart) would be exponentially healthier than vaccinated adults by mere chance 1 in 4,105,862,277,50 6,450,000,000,000,000,000,000,000,000,000. This calculation is supported by the p-value 2.44E-46. See full report for detailed explanation.

🔵🟡 **Subsets - 2 Chronic Conditions**
**3.13%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

🔵 **0.56%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

🟢 **Risk Factors in Total Population = 0.00%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of chronic illness in America. Specifically, the odds that this large control group of unvaccinated adults (as featured on this chart) would be exponentially healthier than vaccinated adults by mere chance 1 in 455,657,841,434. This calculation is supported by the p-value 2.19E-12. See full report for detailed explanation.

*Total survey produced 99% Confidence Interval (5.95,5.99) without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**Exhibit 471**



## 2020 Pilot Survey Data Comparison

# VACCINATED -vs- UNVACCINATED

### Percent of People with Disorder

- 50
- 45
- 40
- 35
- 30
- 25
- 20
- 15
- 10
- 5
- 0

48%

0.00%

**Heart Disease, Adults**

*"The cure cannot be worse than the problem itself."*
– President Donald J. Trump, October 22, 2020, Presidential Debate

🟠 U.S. National data for approximately 99%+ Vaccinated Population (AHA, Cardiovascular diseases affect nearly half of American adults, statistics show, https://www.heart.org/en/news/2019/01/31/cardiovascular-diseases-affect-nearly-half-of-american-adults-statistics-show)

🟢 Pilot survey data for 100% Unvaccinated Control Group

## Unvaccinated Population

🟢 **Risk Factor in Total Population = 0.0%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of heart disease in America. Specifically, the odds that this large control group of unvaccinated adults (as featured on this chart) would be exponentially healthier than vaccinated adults by mere chance; infinite / incalculable. This calculation is supported by an infinitesimal p-value. See full report for detailed explanation.

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**3**

**Exhibit 471**



*2020 Pilot Survey Data Comparison*

**VACCINATED** -VS- **UNVACCINATED**

## Percent of People with Disorder

10%

0.00%

Diabetes

*"The **cure** cannot be worse than the **problem** itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

🟠 U.S. National data for approximately 99%+ Vaccinated Population (CDC, A Snapshot Diabetes In The United States, https://www.cdc.gov/diabetes/library/socialmedia/infographics/diabetes.html)

🟢 Pilot survey data for 100% Unvaccinated Control Group

## Unvaccinated Population

🟢 **Risk Factor in Total Population = 0.0%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of diabetes in America. Specifically, the odds that this large control group of unvaccinated people (as featured on this chart) would be exponentially healthier than vaccinated people by mere chance: 1 in 64,953,268,637,406,300,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000. This calculation is supported by the p-value 1.54E-68. See full report for detailed explanation.

*Total survey produced 99% Confidence interval [5.95, 5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**Exhibit 471**



*2020 Pilot Survey Data Comparison*

# VACCINATED -vs- UNVACCINATED

## Percent of People with Disorder

18, 16, 14, 12, 10, 8, 6, 4, 2, 0

**18%**

**0.40%**

Digestive Disorders

*"The cure cannot be worse than the problem itself."*
- President Donald J. Trump, October 22, 2020, Presidential Debate

● U.S. National data for approximately 99%+ Vaccinated Population
(NIH, Digestive Diseases Statistics for the United States, https://www.niddk.nih.gov/health-information/health-statistics/digestive-disease#all)

● Pilot survey data for 100% Unvaccinated Control Group

▶ Unvaccinated but exposed to K-shot and/or maternal vaccination

▶ Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

● **Risk Factor in Total Population = 0.40%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of digestive disorders in America. Specifically, the odds that this large control group of unvaccinated people (as featured on this chart) would be exponentially healthier than vaccinated people by mere chance: 1 in 32,186,709,336,657,400,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000. This calculation is supported by the p-value 3.11E-116. See full report for detailed explanation.

**Subsets**

▶ **1.09%** risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

▶ **0.12%** risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [.95-.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**Exhibit 471**

*2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

## Percent of People with Disorder



**Eczema, Children** — 10.7% / 1.49%

**Eczema, Adults** — 7.2% / 0.95%

*"The cure cannot be worse than the problem itself."*
- President Donald J. Trump, October 22, 2020, Presidential Debate

- U.S. National data for approximately 99%+ Vaccinated Population (AJMC, Overview of Atopic Dermatitis. https://www.ajmc.com/journals/supplement/2017/atopic-dermatitis-focusing-on-the-patient-care-strategy-in-the-managed-care-setting/overview-of-atopic-dermatitis-article)
- Pilot survey data for 100% Unvaccinated Control Group
- Unvaccinated but exposed to K-shot and/or maternal vaccination
- Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

- **Risk Factor in Total Population, Children = 1.49%**
  This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of eczema in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 133,383,762,863,829,00 0,000,000,000,000,000,000. This calculation is supported by the p-value 7.50E-39. See full report for detailed explanation.

### Subsets
- **3.27%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)
- **0.36%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

- **Risk Factor in Total Population, Adults = .95%**
  This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of eczema in America. Specifically, the odds that this large control group of unvaccinated adults (as featured on this chart) would be exponentially healthier than vaccinated adults by mere chance: 1 in 43,711. This calculation is supported by the p-value 2.29E-05. See full report for detailed explanation.

### Subsets
- **6.25%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)
- **0.00%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**Exhibit 471**

THE CONTROL GROUP LITIGATION

*2020 Pilot Survey Data Comparison*

## VACCINATED -vs- UNVACCINATED

### Percent of People with Disorder



**Asthma, Children**
7.5%
0.71%

**Asthma, Adults**
7.7%
0.00%

*"The cure cannot be worse than the problem itself."*
– President Donald J. Trump, October 22, 2020, Presidential Debate

- U.S. National data for approximately 99%+ Vaccinated Population (CDC, Asthma, https://www.cdc.gov/asthma/most_recent_national_asthma_data.htm)
- Pilot survey data for 100% Unvaccinated Control Group

## Unvaccinated Population

- **Risk Factor in Total Population, Children = 0.71%**
  This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of asthma in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 3,017,587,0 25,023,760,000,000,000,000,000. This calculation is supported by the p-value 3.31E-31. See full report for detailed explanation.

  **Subsets**
  - **1.64%** risk factor within the subset group that received the K-shot and/or pregnancy vaccination.
  - **0.24%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

- **Risk Factor in Total Population, Adults = 0.00%**
  This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of asthma in America. Specifically, the odds that this large control group of unvaccinated adults (as featured on this chart) would be exponentially healthier than vaccinated adults by mere chance: 1 in 20,306,860. This calculation is supported by the p-value 4.92E-08. See full report for detailed explanation.

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.



**Exhibit 471**

*2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

## Percent of People with Disorder



**Food Allergy,** Children

6.5%

1.1%

*"The **cure** cannot be worse than the **problem** itself."*
- President Donald J. Trump, October 22, 2020, Presidential Debate

● U.S. National data for approximately 99%+ Vaccinated Population
(CDC, Summary Health Statistics: National Health Interview Survey, 2018.
https://ftp.cdc.gov/pub/Health_Statistics/NCHS/NHIS/SHS/2018_SHS_Table_C-2.pdf)

● Pilot survey data for 100% Unvaccinated Control Group

▶ Unvaccinated but exposed to K-shot and/or maternal vaccination

▶ Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

● **Risk Factor in Total Population = 1.10%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of food allergy in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 592,075,437,482,422,000,000. This calculation is supported by the p-value 1.69E-21. See full report for detailed explanation.

**Subsets**

▶ **1.87%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

▶ **0.71%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**Exhibit 471**



*2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

**Percent of People with Disorder**

6.99%

1.24%

**Developmental Disabilities**

*"The cure cannot be worse than the problem itself."*
- President Donald J. Trump, October 22, 2020, Presidential Debate

- ● U.S. National data for approximately 99%+ Vaccinated Population
  (CDC, NCHS Data Brief No. 291. https://www.cdc.gov/nchs/products/databriefs/db291.htm)

- ● Pilot survey data for 100% Unvaccinated Control Group

- ▶▶ Unvaccinated but exposed to K-shot and/or maternal vaccination

- ▶ Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

- ● **Risk Factor in Total Population = 1.24%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of developmental disabilities in America. Specifically, the odds that this large control group of unvaccinated children age 3-17 (as featured on this chart) would be exponentially healthier than vaccinated children age 3-17 by mere chance: 1 in 53,393,538,932,590,800. This calculation is supported by the p-value 1.87E-17. See full report for detailed explanation.

**Subsets**

- ▶▶ **2.97%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

- ▶ **0.32%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.



**9**

**Exhibit 471**

*2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

## Percent of People with Disorder



3.0%

**Birth Defects**

0.81%

*"The **cure** cannot be worse than the **problem** itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

- U.S. National data for approximately 99%+ Vaccinated Population
  (CDC, Birth Defects, https://www.cdc.gov/ncbddd/birthdefects/index.html)

- Pilot survey data for 100% Unvaccinated Control Group

- Unvaccinated but exposed to K-shot and/or maternal vaccination

- Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

- **Risk Factor in Total Population = 0.81%***
  This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of diagnosed "birth defects" in America. Specifically, the odds that this large control group of unvaccinated people (as featured on this chart) would be exponentially healthier than vaccinated people by mere chance: 1 in 174,173,338. This calculation is supported by the p-value 5.74E-09. See full report for detailed explanation.

**Subsets**

- **1.96%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

- **0.29%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Only 3.31% of the unvaccinated surveyed were exposed to maternal vaccines, and yet they accounted for 43% of the reported birth defects in this pilot survey.

More specifically, this Control Group pilot survey data shows that the risk of being born with birth defects within a maternal vaccine subset group is 6.12%, which correlates almost precisely to national data: the national maternal vaccination rate is 48.8% (https://www.cdc.gov/vaccines/pregnancy/hcp-toolkit/maternal-vaccination-coverage.html) and the national birth defect rate is 3% (See chart citation to CDC). As 3% doubled is 6%, and because there is a near absence of birth defects in the control group subset without maternal vaccination, this pilot survey provides corroborating evidence that maternal vaccination is causing a pandemic rate of birth defects in the USA.

**10**

**Exhibit 471**

## *2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

### Percent of People with Disorder



1.2%

0.07%

Epilepsy

*"The **cure** cannot be worse than the **problem** itself."*
- President Donald J. Trump, October 22, 2020, Presidential Debate

● U.S. National data for approximately 99%+ Vaccinated Population
(CDC, Epilepsy, https://www.cdc.gov/epilepsy/data/index.html)

● Pilot survey data for 100% Unvaccinated Control Group

▶ Unvaccinated but exposed to K-shot and/ or maternal vaccination

▶ Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

● **Risk Factor in Total Population = 0.07%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of epilepsy in America. Specifically, the odds that this large control group of unvaccinated people (as featured on this chart) would be exponentially healthier than vaccinated people by mere chance: 1 in 3,100,663. This calculation is supported by the p-value 3.22E-07. See full report for detailed explanation.

**Subsets**

▶ **0.22%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

▶ **0.00%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**11**

**Exhibit 471**



*2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

**Percent of People with Disorder**

2.5%

0.21%

**Autism Spectrum Disorder**

*"The cure cannot be worse than the problem itself."*
- President Donald J. Trump, October 22, 2020, Presidential Debate

● U.S. National data for approximately 99%+ Vaccinated Population
(Kogan et al. [2018]. The Prevalence of Parent-Reported Autism Spectrum Disorder Among US Children. Pediatrics 142(6) e2017416). https://doi.org/10.1542/peds.2017-4161)

● Pilot survey data for 100% Unvaccinated Control Group

▶ Unvaccinated but exposed to K-shot and/ or maternal vaccination

◀ Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

● **Risk Factor in Total Population = 0.21%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of autism in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 128,902,754. This calculation is supported by the p-value 7.76E-09. See full report for detailed explanation.

**Subsets**

▶ **0.59%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

◀ **0.00%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)



*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**Exhibit 471**

# 2020 Pilot Survey Data Comparison

## VACCINATED -VS- UNVACCINATED



**Percent of People with Disorder**

**ADHD, Children** — 9.4% / 0.47%

**ADHD, Adults** — 4.4% / 0.00%

*"The cure cannot be worse than the problem itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

● U.S. National data for approximately 99%+ Vaccinated Population (CDC, Attention-Deficit / Hyperactivity Disorder (ADHD), https://www.cdc.gov/ncbddd/adhd/data.html; NIMH, Attention-Deficit/Hyperactivity Disorder (ADHD), https://www.nimh.nih.gov/health/statistics/attention-deficit-hyperactivity-disorder-adhd.shtml)

● Pilot survey data for 100% Unvaccinated Control Group

▶ Unvaccinated but exposed to K-shot and/or maternal vaccination

▶ Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

● **Risk Factor in Total Population, Children = 0.47%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of ADHD in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance 1 in 449,104,622,125,953,000,000,000,000,000,000,000,000. This calculation is supported by the p-value 2.23E-45. See full report for detailed explanation.

**Subsets**

▶ **0.47%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

▶ **0.47%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

● **Risk Factor in Total Population, Adults = 0.00%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of ADHD in America. Specifically, the odds that this large control group of unvaccinated adults (as featured on this chart) would be exponentially healthier than vaccinated adults by mere chance 1 in 12,701. This calculation is supported by the p-value 7.87E-05. See full report for detailed explanation.

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.



**13**

**Exhibit 471**

## 2020 Pilot Survey Data Comparison
## VACCINATED -VS- UNVACCINATED

### Percent of People with Disorder



8.0%

0.72%

**Learning Disabilities,** Children

*"The **cure** cannot be worse than the **problem** itself."*
- President Donald J. Trump, October 22, 2020, Presidential Debate

🟠 U.S. National data for approximately 99%+ Vaccinated Population (Prevalence of Learning Disabilities in Mental Disorders and Disabilities Among Low-Income Children. Boat TF, Wu JT, eds. Washington (DC): National Academies Press (US); 2015; https://www.ncbi.nlm.nih.gov/books/NBK332880)

🟢 Pilot survey data for 100% Unvaccinated Control Group

🔺 Unvaccinated but exposed to K-shot and/or maternal vaccination

🔻 Unvaccinated and unexposed to K-shot and maternal vaccination

### Unvaccinated Population

🟢 **Risk Factor in Total Population = 0.72%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of learning disabilities in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 16,537,382,528,756,600,000,000,000 This calculation is supported by the p-value 6.05E-26. See full report for detailed explanation.

**Subsets**
🔺 **1.48%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)
🔻 **0.32%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**Exhibit 471**

*2020 Pilot Survey Data Comparison*

## VACCINATED -VS- UNVACCINATED



**Percent of People with Disorder**

5.0%

0.52%

**Speech Disorders,** Children

*"The **cure** cannot be worse than the **problem** itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

🟠 U.S. National data for approximately 99%+ Vaccinated Population
(CDC, NCHS Data Brief No. 205, https://www.cdc.gov/nchs/products/databriefs/db205.htm)

🟢 Pilot survey data for 100% Unvaccinated Control Group

🔼 Unvaccinated but exposed to K-shot and/or maternal vaccination

🔼 Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

🟢 **Risk Factor in Total Population = 0.52%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of speech disorders in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 1,115,262,215,680. This calculation is supported by the p-value 8.96E-16. See full report for detailed explanation.

**Subsets**

🔼 **1.48%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

🔼 **0.00%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**15**

**Exhibit 471**

## 2020 Pilot Survey Data Comparison

# VACCINATED -VS- UNVACCINATED

### Percent of People with Disorder



**Ear Fluid (OME),** Children

90%

0.10%

*"The **cure** cannot be worse than the **problem** itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

- 🟠 U.S. National data for approximately 99%+ Vaccinated Population
  (AHRQ, Oritis Media With Effusion: Comparative Effectiveness of Treatments. https://effectivehealthcare.ahrq.gov/products/ear-infection/research-protocol)

- 🟢 Pilot survey data for 100% Unvaccinated Control Group
- ▶️ 🔺 Unvaccinated but exposed to K-shot and/or maternal vaccination
- ▶️ 🔺 Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

- 🟢 **Risk Factor in Total Population = 0.10%**
  This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of OME in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance; infinite / incalculable. This calculation is supported by an infinitesimal p-value. See full report for detailed explanation.

### Subsets
- 🔺 **0.29%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)
- 🔺 **0.00%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**16**

**Exhibit 471**



## 2020 Pilot Survey Data Comparison
# VACCINATED -VS- UNVACCINATED

**Percent of People with Disorder**

16 14 12 10 8 6 4 2 0

14.6%

0.07%

**Chronic Sinusitus**

*"The cure cannot be worse than the problem itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

● U.S. National data for approximately 99%+ Vaccinated Population (Medscape. What is the prevalence of chronic sinusitis in the US? https://www.medscape.com/answers/232791-42182/what-is-the-prevalence-of-chronic-sinusitis-in-the-us)

● Pilot survey data for 100% Unvaccinated Control Group

▶ Unvaccinated but exposed to K-shot and/or maternal vaccination

▶ Unvaccinated and unexposed to K-shot and maternal vaccination

## Unvaccinated Population

● **Risk Factor in Total Population = 0.07%**
This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of chronic sinusitus in America. Specifically, the odds that this large control group of unvaccinated people of chronic sinusitus in this chart) would be exponentially healthier than vaccinated people by mere chance: 1 in 1,492,731,523,722,410,000,000,000,000,000,000,000,000,000,000,0 000,000,000,000,000,000,000,000,000,00 0,000,000,000,000,000,000. This calculation is supported by the p-value 6.70E-100. See full report for detailed explanation.

**Subsets**

▶ **0.22%** (risk factor within the subset group that received the K-shot and/or pregnancy vaccination)

▶ **0.00%** (risk factor within the subset group unexposed to the K-shot and pregnancy vaccination)

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.



**17**

**Exhibit 471**

*2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

### Percent of People with Disorder



2.0%

0.16%

**Strabismus,**
Children

*"The cure cannot be worse than the problem itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

- 🟠 U.S. National data for approximately 99%+ Vaccinated Population
(Prevent Blindness, Eye Diseases & Conditions, Strabismus, https://
preventblindness.org/strabismus/)

- 🟢 Pilot survey data for 100% Unvaccinated Control Group

- 🔺 Unvaccinated but exposed to K-shot and/or maternal vaccination

- 🔻 Unvaccinated and unexposed to K-shot and maternal vaccination

---

## Unvaccinated Population

- 🟢 **Risk Factor in Total Population = 0.16%**

This pilot survey provides numerical proof that
vaccines are causing an exponential increased
risk of strabismus in America. Specifically, the
odds that this large control group of unvaccinated
children (as featured on this chart) would be
exponentially healthier than vaccinated children
by mere chance: 1 in 397,893,965. This calculation
is supported by the p-value 2.51E-09. See full
report for detailed explanation.

### Subsets

- 🔺 **0.47%** (risk factor within the subset group that
received the K-shot and/or pregnancy vaccination)

- 🔻 **0.00%** (risk factor within the subset group
unexposed to the K-shot and pregnancy
vaccination)



*Total survey produced 99% Confidence interval [5.95,5.99] without
finite population correction. Please see full report for all sample
rates, equations, values, and methodology.

**Exhibit 471**

*2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

## Percent of People with Disorder



0
0.005
0.01
0.015
0.02
0.025
0.03
0.035
0.04

0.04%

0.00%

SIDS

*"The **cure** cannot be worse than the **problem itself.**"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

U.S. National data for approximately 99%+ Vaccinated Population
(Biomarkers of Sudden Infant Death Syndrome (SIDS) Risk and SIDS Death in SIDS
Sudden Infant and Early Childhood Death: The Past, the Present and the Future.
Duncan JR, Byard RW, eds. Adelaide (AU): University of Adelaide Press; 2018. https://
www.ncbi.nlm.nih.gov/books/NBK513404)

Pilot survey data for 100% Unvaccinated Control Group

## Unvaccinated Population



Risk Factor in Total Population = 0.00%

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**19**

**Exhibit 471**



## Percent of People with Disorder

*2020 Pilot Survey Data Comparison*

# VACCINATED -VS- UNVACCINATED

**Cancer,** Adults — 6.0% / 0.0%

**Cancer,** Children — 0.35% / 0.0%

*"The cure cannot be worse than the problem itself"*
- President Donald J. Trump, October 22, 2020, Presidential Debate

- U.S. National data for approximately 99%+ Vaccinated Population (CDC, Cancer Prevention and Control, https://www.cdc.gov/cancer/dcpc/research/articles/cancer_2020.htm; ACCO, US Childhood Cancer Statistics, https://www.acco.org/us-childhood-cancer-statistics/)

- Pilot survey data for 100% Unvaccinated Control Group

## Unvaccinated Population

- **Risk Factor in Total Population, Adults = 0.00%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of cancer in America. Specifically, the odds that this large control group of unvaccinated adults (as featured on this chart) would be exponentially healthier than vaccinated adults by mere chance: 1 in 439,694. This calculation is supported by the p-value 2.27E-06. See full report for detailed

- **Risk Factor in Total Population, Children = 0.00%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of cancer in America. Specifically, the odds that this large control group of unvaccinated children (as featured on this chart) would be exponentially healthier than vaccinated children by mere chance: 1 in 86. This calculation is supported by the p-value 1.16E-02. See full report for detailed explanation.

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

Exhibit 471

THE CONTROL GROUP LITIGATION

*2020 Pilot Survey Data Comparison*

## VACCINATED -vs- UNVACCINATED

### Percent of People with Disorder



16.67%

0.00%

**Arthritis**

*"The cure cannot be worse than the problem itself."*
– President Donald J. Trump, October 22, 2020, Presidential Debate

● U.S. National data for approximately 99%+ Vaccinated Population
(CDC, Arthritis, https://www.cdc.gov/arthritis/data_statistics/state-data-current.htm)

● Pilot survey data for 100% Unvaccinated Control Group

## Unvaccinated Population

● **Risk Factor in Total Population = 0.00%**

This pilot survey provides numerical proof that vaccines are causing an exponential increased risk of arthritis in America. Specifically, the odds that this large control group of unvaccinated people (as featured on this chart) would be exponentially healthier than vaccinated people by mere chance: 1 in 42,826,227,194,256,900. This calculation is supported by the p-value 2.34E-17. See full report for detailed explanation.

*Total survey produced 99% Confidence Interval [5.95,5.99] without finite population correction. Please see full report for all sample rates, equations, values, and methodology.

**Exhibit 471**

# EXHIBIT 472



VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

Increase in the Number of Childhood Vaccine Doses

**1**

**Exhibit 472**



# VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

## Increase in Chronic Disease Rates in the U.S. Population

### Pearson Correlation Coefficient

| | |
|---|---|
| 1.0 | Perfect Correlation |
| 0.99 – 0.90 | Very High Correlation |
| 0.89 – 0.80 | High Correlation |
| 0.79 – 0.60 | Moderately High Correlation |
| 0.59 – 0.40 | Moderate Correlation |
| 0.39 – 0.20 | Low Correlation |
| 0.19 – 0.10 | Negligible Correlation |
| < 0.09 | No Correlation |

This graph is here >>>

Child Chronic Illnesses*
Adult Chronic Illnesses**
# of CDC Recommended Childhood Vaccine Doses

* Van Cleave et al (2010), Dynamics of obesity and chronic health conditions among children and youth. JAMA 303(7):623–630. https://doi.org/10.1001/jama.2010.104
** Aspen Health Strategy Group (2019). Reducing the Burden of Chronic Disease. Washington DC: The Aspen Institute. https://assets.aspeninstitute.org/content/uploads/2019/02/AHSG-Chronic-Disease-Report-2019.pdf
*** CDC (2020). Prior immunization schedules. https://www.cdc.gov/vaccines/schedules/hcp/imz/schedule-related-resources.html

† Correlation between Number of Vaccine Doses and Chronic Illnesses in Children: Correlation Coefficient = 0.99 (includes origin)
†† Correlation between Number of Vaccine Doses and Adult Chronic Illnesses: Correlation Coefficient = 0.90 (includes origin)




2

**Exhibit 472**



# VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

## Increase in Miscellaneous Disease/Disorder Rates in U.S. Children

**Percent of U.S. Children with Indicated Conditions**

**Year**

**Number of Vaccine Doses**

### Pearson Correlation Coefficient[†]

| | |
|---|---|
| 1.0 | Perfect Correlation |
| 0.99 – 0.90 | Very High Correlation |
| 0.89 – 0.80 | High Correlation |
| 0.79 – 0.60 | Moderately High Correlation |
| 0.59 – 0.40 | Moderate Correlation |
| 0.39 – 0.20 | Low Correlation |
| 0.19 – 0.10 | Negligible Correlation |
| <0.09 | No Correlation |

This graph is here ⋙



— Children with Skin Allergies[*]
— MDE (Major Depressive Episode) Age 12–17[**]
— Children with ADHD[***]
····· # of CDC Recommended Childhood Vaccine Doses[****]

* CDC (2013). *Trends in Allergic Conditions Among Children: United States, 1997–2011. NCHS Data Brief 121.* https://www.cdc.gov/nchs/data/databriefs/db121.pdf and United States Centers for Disease Control (CDC), *Trends in the Parent Report of Health Care*

** SAMHSA (2018). *Key Substance Use and Mental Health Indicators in the United States: Results from the 2018 National Survey on Drug Use and Health.*

*** CDC, *Attention-Deficit / Hyperactivity Disorder (ADHD).* https://www.cdc.gov/ncbddd/adhd/features/key-findings-adhd72013.html

**** CDC (2020). *Prior immunization schedules.* https://www.cdc.gov/vaccines/schedules/hcp/imz/child-adolescent-resources.html

† Correlation between Number of Vaccine Doses and Skin Allergies: Correlation Coefficient = 0.99 (includes origin)
† Correlation between Number of Vaccine Doses and MDE: Correlation Coefficient 0.99 (includes origin)
† Correlation between Number of Vaccine Doses and ADHD: Correlation Coefficient = 0.99 (includes origin)



THE CONTROL GROUP
LITIGATION

**3**

# Exhibit 472

VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

# Increase in Autism Spectrum Disorder (ASD) in U.S. Children



Legend:
- U.S. Children with ASD
- # of CDC Recommended Childhood Vaccine Doses**

Data labels on red line: 0.67, 0.80, 0.91, 1.14, 1.47, 1.58, 1.69, 1.85

X-axis: Year (1983, 1988, 1993, 1998, 2003, 2008, 2013)
Left Y-axis: Percent Diagnosed (0.0–2.0)
Right Y-axis: Number of Vaccine Doses (0–80)





| Pearson Correlation Coefficient† | |
|---|---|
| 1.0 | Perfect Correlation |
| 0.99 - 0.90 | Very High Correlation |
| 0.89 - 0.80 | High Correlation |
| 0.79 - 0.60 | Moderately High Correlation |
| 0.59 - 0.40 | Moderate Correlation |
| 0.39 - 0.20 | Low Correlation |
| 0.19 - 0.10 | Negligible Correlation |
| < 0.09 | No Correlation |

This graph is here ⟫⟫⟫ (0.99 - 0.90 Very High Correlation)

* Correlation between Number of Vaccine Doses and ASD: Correlation Coefficient = 0.91

† Nelson et al. (2018). California autism prevalence trends from 1931 to 2014 and comparison to national ASD data from SDEA and ADDM. Journal of Autism and Developmental Disorders 48,4339–4117.

** CDC (2020). Prior immunization schedules.

**Exhibit 472**


THE CONTROL GROUP
LITIGATION



# VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

## Increase in U.S. Children with Special Healthcare Needs

| Pearson Correlation Coefficient[†] | |
|---|---|
| 1.0 | Perfect Correlation |
| 0.99—0.90 | Very High Correlation |
| 0.89—0.80 | High Correlation |
| 0.79—0.60 | Moderately High Correlation |
| 0.59—0.40 | Moderate Correlation |
| 0.39—0.20 | Low Correlation |
| 0.19—0.10 | Negligible Correlation |
| <0.09 | No Correlation |

This graph is here ⟫⟫⟫

— U.S. Children with Special Healthcare Needs[*]

— # of CDC Recommended Childhood Vaccine Doses[**]

† Correlation between Number of Vaccine Doses and Percent of U.S. Children with Special Healthcare Needs: Correlation Coefficient = 0.96 (includes origin)

* Bethel et al. (2011). A national and state profile of leading health problems and health care quality for US children: key insurance disparities and across-state variations. Academic Pediatric 11(3 Suppl):S22–S33. https://doi.org/10.1016/j.acap.2010.08.011

** CDC (2020). Prior immunization schedules. https://www.cdc.gov/vaccines/schedules/hcp/schedule-related-resources.html
CDC. Preventing Chronic Disease. https://www.cdc.gov/chronicdisease/index.htm





THE CONTROL GROUP
LITIGATION

**Exhibit 472**

5



# VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

## Diabetes Increasing In Americans

**Percent of Americans with Diabetes**

**Year**

L Adult Vaccination Schedule Begins

**Number of Vaccine Doses**

* Correlation between Number of Vaccine Doses and Percent of Americans with Diabetes: Correlation Coefficient = 0.98 (include origin)

* American Diabetes Association. Statistics About Diabetes. https://www.diabetes.org/resources/statistics/statistics-about-diabetes
  Diabetes et al. (2014). Prevalence of Type 1 and Type 2 diabetes among children and adolescents from 2001 to 2009. JAMA 311(17):1778–1786. https://doi.org/10.1001/jama.2014.3201

** CDC (2020). Prior immunization schedules. https://www.cdc.gov/vaccines/schedules/hcp/schedule-related-resources.html

— Diabetes *
— # of CDC Recommended Childhood Vaccine Doses **

### Pearson Correlation Coefficient†

| | |
|---|---|
| 1.0 | Perfect Correlation |
| 0.90 – 0.99 | Very High Correlation |
| 0.89 – 0.80 | High Correlation |
| 0.79 – 0.60 | Moderately High Correlation |
| 0.59 – 0.40 | Moderate Correlation |
| 0.39 – 0.20 | Low Correlation |
| 0.19 – 0.10 | Negligible Correlation |
| < 0.09 | No Correlation |

This graph is here »»»



THE CONTROL GROUP
LITIGATION

**6**

**Exhibit 472**



VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

Increase in Mental Health Conditions, age 18–25 in the U.S.

Mental Health Conditions, age 18–25*

# of CDC Recommended Childhood Vaccine Doses**

Percent of Youth (Age 18–25) with Mental Health Conditions

Year

Adult Vaccination Schedule Begins

18.50%

26.30%

Number of Vaccine Doses

† Correlation between Number of Vaccine Doses and Percent of Americans with Mental Health Conditions: Correlation Coefficient = 0.99 (Includes origin)

* SAMHSA (2018). Key Substance Use and Mental Health Indicators in the United States: Results from the 2018 National Survey on Drug Use and Health. https://www.samhsa.gov/data/sites/default/files/cbhsq-reports/NSDUHNationalFindingsReport2018/NSDUHNationalFindingsReport2018.pdf

** CDC (2020). Prior immunization schedules. https://www.cdc.gov/vaccines/schedules/hcp/schedule-related-resources.html



Pearson Correlation Coefficient†

| | |
|---|---|
| 1.0 | Perfect Correlation |
| 0.99 – 0.90 | Very High Correlation |
| 0.89 – 0.80 | High Correlation |
| 0.79 – 0.60 | Moderately High Correlation |
| 0.59 – 0.40 | Moderate Correlation |
| 0.39 – 0.20 | Low Correlation |
| 0.19 – 0.10 | Negligible Correlation |
| < 0.09 | No Correlation |

This graph is here »»»




THE CONTROL GROUP
LITIGATION

7

**Exhibit 472**



VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

A Bellwether for Mental Health

Increase in Attempted Suicide, Age 18–25 in the U.S.

**Exhibit 472**

8



VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS

A Bellwether for Mental Health

Serious Thoughts of Suicide, Age 18–25 in the U.S.





| Pearson Correlation Coefficient† | |
|---|---|
| 1.0 | Perfect Correlation |
| 0.99 – 0.90 | Very High Correlation |
| 0.89 – 0.80 | High Correlation |
| 0.79 – 0.60 | Moderately High Correlation |
| 0.59 – 0.40 | Moderate Correlation |
| 0.39 – 0.20 | Low Correlation |
| 0.19 – 0.10 | Negligible Correlation |
| <0.09 | No Correlation |

This graph is here ⟫⟫⟫

Serious Thoughts of Suicide*

# of CDC Recommended Childhood Vaccine Doses**



**Exhibit 472**

9



**VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS**

A Bellwether for Mental Health

Increase in Anxiety or Depression in U.S. Children, Age 6–17

**Pearson Correlation Coefficient†**

| | |
|---|---|
| 1.0 | Perfect Correlation |
| 0.99 – 0.90 | Very High Correlation |
| 0.89 – 0.80 | High Correlation |
| 0.79 – 0.60 | Moderately High Correlation |
| 0.59 – 0.40 | Moderate Correlation |
| 0.39 – 0.20 | Low Correlation |
| 0.19 – 0.10 | Negligible Correlation |
| < 0.09 | No Correlation |

This graph is here ≫≫≫

— Anxiety or Depression*

— # of CDC Recommended Childhood Vaccine Doses**

† Correlation between Number of Vaccine Doses and Percent of Children with Anxiety or Depression: Correlation Coefficient = 0.99 (includes origin)

* CDC, Children's Mental Health, http://www.cdc.gov/childrensmentalhealth/figures/anxiety-depression-children.html
** CDC (2020), Prior Immunization schedules., https://www.cdc.gov/vaccines/schedules/hcp/schedule-related-resources.html


THE CONTROL GROUP
LITIGATION

**10**

**Exhibit 472**



**VACCINES ARE A REASONABLE SUSPECT IN AMERICA'S PANDEMIC OF CHRONIC DISEASES AND DISORDERS**

## A Bellwether for Mental Health

### Increase in Major Depression among 20–21 Year-olds in the U.S.

| Pearson Correlation Coefficient | |
|---|---|
| 1.0 | Perfect Correlation† |
| 0.99 – 0.90 | Very High Correlation |
| 0.89 – 0.80 | High Correlation |
| 0.79 – 0.60 | Moderately High Correlation |
| 0.59 – 0.40 | Moderate Correlation |
| 0.39 – 0.20 | Low Correlation |
| 0.19 – 0.10 | Negligible Correlation |
| < 0.09 | No Correlation |

This graph is here ⋙

— Major Depression*

— # of CDC Recommended Childhood Vaccine Doses**

† Correlation between Number of Vaccine Doses and Percent of 20–21 Year Olds with Major Depression. Correlation Coefficient = 0.91 (includes origin)

* SAMHSA (2017). National Survey on Drug Use and Health, 2017. https://www.datafiles.samhsa.gov/study-dataset/national-survey-drug-use-and-health-2017-nsduh-2017-ds0001-cid1739

** CDC (2020). Prior Immunization schedules. https://www.cdc.gov/vaccines/schedules/hcp/schedule-related-resources.html



THE CONTROL GROUP
LITIGATION

**11**

**Exhibit 472**

# EXHIBIT 473



## Measles Disease Mortality
## United States, 1900–1960[1]

Rate Per 100,000

First Vaccine
Licensed (1963)

Year

SOURCES:
1.Grove, R. D., Hetzel, A. M., (1968), Vital statistics rates in the United States, 1940-1960, pp 559 - 603, Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service, National Center for Health Statistics, 1968. 2. "The first measles vaccines were licensed in 1963." Centers for Disease Control and Prevention. Epidemiology and Prevention of Vaccine-Preventable Diseases. Hamborsky J, Kroger A, Wolfe S, eds. 13th ed. Washington D.C. Public Health Foundation, 2015.

20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved
# Living Conditions Prior To Vaccines



THE CONTROL GROUP
LITIGATION

**1**

**Exhibit 473**

**SOURCES:**
**1.** Grove, R. D., Hetzel, A. M. (1968) Vital statistics rates in the United States, 1940–1960, pp 559 - 603, Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service, National Center for Health Statistics, 1968. **2.** Antitoxin was invented in the late 19th century, and toxoid was developed in the 1920s. Widespread use of diphtheria toxoid in the late 1940s. Centers for Disease Control and Prevention. Epidemiology and Prevention of Vaccine-Preventable Diseases. Hamborsky J, Kroger A, Wolfe S, eds. 13th ed. Washington D.C.: Public Health Foundation, 2015.



20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines

## Diphtheria Disease Mortality United States, 1900–1960[1]



Rate Per 100,000

Year

Combination Diphtheria Tetanus Toxoids Licensed (1947)



THE CONTROL GROUP
LITIGATION

**Exhibit 473**

**SOURCES:**
1. Grove, R., D., Hetzel, A., M., (1968), Vital statistics rates in the United States, 1940-1960, pp 559 - 603, Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service, National Center for Health Statistics, 1968. 2. "Before the availability of pertussis vaccine in the 1940s, more than 200,000 cases of pertussis were reported annually." Centers for Disease Control and Prevention, Epidemiology and Prevention of Vaccine-Preventable Diseases. Hamborsky J, Kroger A, Wolfe S, eds. 13th ed. Washington D.C. Public Health Foundation, 2015.

20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines



**Whooping Cough Disease Mortality United States, 1900–1960**[1,2]

Rate Per 100,000

DTP Vaccine Licensed (1949)

Year



THE CONTROL GROUP
LITIGATION

**3**

**Exhibit 473**



20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines

## Polio Disease Mortality
### United States, 1921–1970[1-6]



Rate Per 100,000

Year

Percent Vaccinated - - - -

SOURCES:
1. Sirken,M G, National Participation Trends, 1955-61, in the Poliomyelitis Vaccination Program: Pub. HealthRep,77:661-670(Aug.)1962 112. Morbidity and Mortality Vol. 20, No. 13 (April 3, 1971), pp. 114-115 (2 pages) IMMUNIZATION SURVEY - 1970, (1971) from www.jstor.org/stable/44069987 3. Centers for Disease Control and Prevention. Epidemiology and Prevention of Vaccine-Preventable Diseases. Appendix E: Vaccine Coverage Levels. United States, 1962-2016. Hamborsky J, Kroger A, Wolfe S, eds. 13th ed. Washington D.C: Public Health Foundation, 2018 4. Grove, R. D., Hetzel, A. M., (1968) Vital statistics rates in the United States, 1940-1960, pp 559 - 603. Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service, National Center for Health Statistics, 1968 5. Centers for Disease Control, Annual summary 1969: reported morbidity and mortality in the United States. Morbidity Mortality Weekly Rep 1970,18(54). https:// stacks.cdc.gov/view/cdc/1829 6. Centers for Disease Control, Annual summary 1971: reported morbidity and mortality in the United States. Morbidity Mortality Weekly Rep 1972,20(53). https://stacks.cdc.gov/view/cdc/1577

THE CONTROL GROUP
LITIGATION

**Exhibit 473**



# Reductions Caused By Improved Living Conditions Prior To Vaccines

## Varicella (Chicken Pox) Disease Mortality United States, 1958–2011[1-10]



Rate Per 100,000

Year

Percent Vaccinated - - - -

SOURCES:
1. 1959 - 1968: Centers for Disease Control. Annual summary 1969: reported morbidity and mortality in the United States. Morbidity Mortality Weekly Rep 1972; 20(53). https://stacks.cdc.gov/view/cdc/1829 2. 1969 - 1978: Centers for Disease Control. Annual summary 1971: reported morbidity and mortality in the United States. Morbidity Mortality Weekly Rep 1981; 29(54). https://stacks.cdc.gov/view/cdc/1484 4. 1980 - 1989: Centers for Disease Control. Summary of notifiable diseases, United States, 1991. Morbidity and Mortality Weekly Report 1991; 40(53). https://stacks.cdc.gov/view/cdc/36010 5. 1989 - 1998: Centers for Disease Control and Prevention. Summary of notifiable diseases - United States, 2000. MMWR 2000;49(No. 53)(90). https://stacks.cdc.gov/view/cdc/5620 6. 1998 - 2001: Centers for Disease Control and Prevention. Summary of notifiable diseases - United States, 2003. Published April 22, 2005; for MMWR 2003; 52(No. 54)(178). https://stacks.cdc.gov/view/cdc/5560 7. 2002 - 2003: Centers for Disease Control and Prevention [Summary of notifiable diseases, 2012]. Published September 19, 2014 for MMWR 2014;61(No. 53)(112). https://stacks.cdc.gov/view/cdc/21566 8. 2004 - 2010: Centers for Disease Control and Prevention. [Summary of Notifiable Infectious Diseases and Conditions - United States, 2014] MMWR Morb Mortal Wkly Rep 2016;63:1-152. DOI: http://dx.doi.org/10.15585/mmwr.mm6354a1external icon 10. Centers for Disease Control and Prevention, Epidemiology and Prevention of Vaccine-Preventable Diseases. Appendix E, Vaccine Coverage Levels. United States, 1962-2016. Hamborsky J, Kroger A, Wolfe S, eds. 13th ed. Washington D.C: Public Health Foundation, 2018.

Exhibit 473

# Reductions Caused By Improved Living Conditions Prior To Vaccines



## Varicella (Chicken Pox) Disease Mortality with Trendline (Linear)[1-10]

Rate Per 100,000

- Trendline for series 1 R² = 0.619

Year



## Varicella (Chicken Pox) Disease Mortality with Trendline (Exponential)[1-10]

Rate Per 100,000

- Trendline for series 1 R² = 0.683

Year

Linear regression for varicella mortality data 1958 – 1994 shows the rate of decline pre-vaccine, showing an estimate using simple linear fit model that were the vaccine not licensed in 1995 the varicella mortality was already on track to approach zero by 2015.

Refer to "x-intercept" below

| Best-fit values | |
| --- | --- |
| Slope | 0.001291 ± 0.0001738 |
| Y-intercept | 2.601 ± 0.3436 |
| X-intercept | 2015 |
| 1/Slope | -774.5 |

| 95% Confidence Intervals | |
| --- | --- |
| Slope | -0.001641 to -0.0009384 |
| Y-intercept | 1.904 to 3.299 |
| X-intercept | 2006 to 2030 |

| Goodness of Fit | |
| --- | --- |
| R square | 0.6051 |
| Sy.x | 0.01175 |

| Is slope significantly non-zero? | |
| --- | --- |
| F | 55.16 |
| DFn, DFd | 1, 36 |
| P value | < 0.0001 |
| Deviation from horizontal? | Significant |

| Data | |
| --- | --- |
| Number of X Y pairs | 38 |
| Equation | Y = -0.001291*X + 2.601 |

**SOURCES:**
1. 1959 - 1968. Centers for Disease Control. Annual summary 1969 reported morbidity and mortality in the United States. Morbidity Mortality Weekly Rep 1972, 20(53). https://stacks.cdc.gov/view/cdc/1829 2. 1969 - 1978. Centers for Disease Control. Annual summary 1970: reported morbidity and mortality in the United States. Morbidity Mortality Weekly Rep 1981, 29(54). https://stacks.cdc.gov/view/cdc/1484 4. 1980 - 1989. Centers for Disease Control. Summary of notifiable diseases, United States 1991. Morbidity and Mortality Weekly Report 1991, 40(53). https://stacks.cdc.gov/view/cdc/36010 5. 1980 - 1998. Centers for Disease Control and Prevention. Summary of notifiable diseases, United States, 2000. MMWR 2000;49(No. 53)[90]. https://stacks.cdc.gov/view/cdc/5626 6. 1998 - 2001: Centers for Disease Control and Prevention. Summary of notifiable diseases—United States, 2003. Published April 22, 2005, for MMWR 2003; 52(No. 54) [78]. https://stacks.cdc.gov/view/cdc/5560 7. 2002 - 2003: Centers for Disease Control and Prevention. [Summary of notifiable diseases, 2012.] Published September 19, 2014 for MMWR 2014;61(No. 53)[112]. https://stacks.cdc.gov/view/cdc/23166 8. 2004 - 2010: Centers for Disease Control and Prevention. [Summary of notifiable diseases—United States, 2014.] MMWR Morb Mortal Wkly Rep 2016;63:1-152. DOI: http://dx.doi.org/10.15585/mmwr.mm6354a1 icon 9. 2008 - 2014: Adams DA, Thomas KR, Jajosky RA, et al. Summary of Notifiable Infectious Diseases and Conditions—United States, 2014. MMWR Morb Mortal Wkly Rep 2016;63:1-152. DOI: http://dx.doi.org/10.15585/mmwr.mm6354a1 icon 10. Centers for Disease Control and Prevention. Epidemiology and Prevention of Vaccine-Preventable Diseases. Appendix E., Vaccine Coverage Levels, United States, 1962-2016. Hamborsky J, Kroger A, Wolfe S, eds. 13th ed. Washington D.C.: Public Health Foundation, 2018.


THE CONTROL GROUP LITIGATION

**Exhibit 473**

6

SOURCES:
1. Grove, R. D., Hetzel, A., M., (1968), Vital statistics rates in the United States, 1940-1960, pp 559 - 603, Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service, National Center for Health Statistics, 1968.



20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines

## Disease Mortality, United States, 1900–1960[1]

No Vaccine in General Usage



Tuberculosis (Respiratory)



Typhoid Fever



THE CONTROL GROUP
LITIGATION

**7**

**Exhibit 473**



20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines



## Disease Mortality, United States, 1900–1960[1]

No Vaccine in General Usage

**Scarlet Fever**

Rate Per 100,000

Year

**Diarrhea and Enteritis (under 2 years)**

Rate Per 100,000

Year

**SOURCES:**
1. Grove, R. D., Hetzel, A., M., (1968), Vital statistics rates in the United States, 1940-1960, pp 559 - 603, Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service, National Center for Health Statistics, 1968.



THE CONTROL GROUP
LITIGATION

**8**

**Exhibit 473**

**SOURCES:**
1.Grove, R. D., Hetzel, A., M., (1968). Vital statistics rates in the United States, 1940-1960, pp 559 - 603, Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service, National Center for Health Statistics, 1968.



20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines

## Disease Mortality, United States, 1900–1960[1]

No Vaccine in General Usage



Rate Per 100,000

Meningitis (Simple)

Year

Rate Per 100,000

Dysentry Disease

Year



THE CONTROL GROUP
LITIGATION

**9**

**Exhibit 473**



20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines

## Disease Mortality, United States, 1900–1960[1]

No Vaccine in General Usage

**Malaria**

Rate Per 100,000

Year

**Erysepilas**

Rate Per 100,000

Year

**SOURCES:**
1.Grove, R. D., Hetzel, A., M., (1968), Vital statistics rates in the United States, 1940-1960, pp 559 - 603, Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service, National Center for Health Statistics, 1968.



THE CONTROL GROUP
LITIGATION

Exhibit 473

10



SOURCES:
Centers for Disease Control (U.S.), & Centers for Disease Control and Prevention (U.S.). (1999). Morbidity and mortality weekly report: MMWR 1999; 48; 29 (621-629) Atlanta, Ga.: U.S. Dept. of Health, Education, and Welfare, Public Health Service, Center for Disease Control. https://www.cdc.gov/mmwr/PDF/wk/mm4829.pdf

## Rate Per 100,000



**Crude Death Rate* for Infectious Diseases**
**United States, 1900–1996†**

Chart labels:
- 1000, 800, 600, 400, 200, 0 (y-axis)
- Year (x-axis): 1900, 1920, 1940, 1960, 1980, 2000
- 40 States Have Health Departments
- First Continuous Municipal Use of Chlorine in Water in United States§
- Last Human-to-Human Transmission of Plague
- Influenza Pandemic
- First Use of Penicillin
- Salk Vaccine Introduced
- Passage of Vaccination Assistance Act

*Per 100,000 population per year.
†Adapted from Armstrong GL, Conn LA, Pinner RW. Trends in infectious disease mortality in the United States during the 20th century. JAMA 1999;281:61-6.
§American Water Works Association. Water chlorination principles and practices: AWWA manual M20. Denver, Colorado: American Water Works Association, 1973.



20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines



THE CONTROL GROUP
LITIGATION

**Exhibit 473**



20TH CENTURY DISEASE MORTALITY

# Reductions Caused By Improved Living Conditions Prior To Vaccines

## The 10 leading causes of death as a percentage of all deaths United States, 1900[1] and 1997[2]



1900

Percentage

Diphtheria
Senility
Cancer
Injuries
Liver Disease
Stroke
Heart Disease
Diarrhea and Enteritis
Tuberculosis
Pneumonia

1997

Percentage

Chronic Liver Disease
Suicide
HIV Infection
Diabetes
Pneumonia and Influenza
Unintentional Injury
Chronic Lung Disease
Stroke
Cancer
Heart Disease

**SOURCES:**
1. Centers for Disease Control (U.S.), & Centers for Disease Control and Prevention (U.S.). (1999). Morbidity and mortality weekly report: MMWR 1999; 48: 29:(621-629), Atlanta, Ga.: U.S. Dept. of Health, Education, and Welfare, Public Health Service, Center for Disease Control. https://www.cdc.gov/mmWR/PDF/wk/mm4829.pdf 2. Centers for Disease Control and Prevention (U.S.). (1999). Morbidity and mortality weekly report: MMWR 1999; 48: 29:(621-629), Atlanta, Ga.: U.S. Dept. of Health, Education, and Welfare, Public Health Service, Center for Disease Control. https://www.cdc.gov/mmWR/PDF/wk/mm4829.pdf



THE CONTROL GROUP
LITIGATION

**Exhibit 473**

# EXHIBIT 474

**VACCINES ARE DANGEROUS**

# Unavoidably Unsafe

Vaccines are currently classified by American tort law as **"unavoidably unsafe"** due to the injuries and deaths resulting from their unavoidable side effects. See, United States Supreme Court ruling in Bruesewitz v. Wyeth LLC, 562 U.S. 223, 254-55, 131 S. Ct. 1068, 1089 (2011):

> "The 1986 Report expressly adopts comment k of § 402A of the Restatement of Torts (Second) (1963-1964) (hereinafter Restatement), which provides that "unavoidably unsafe" products--i.e., those that 'in the present state of human knowledge, are quite incapable of being made safe for their intended and ordinary use'--are not defective. As '[a]n outstanding example' of an '[u]navoidably unsafe' product, comment *k* cites 'the vaccine for the Pasteur treatment of rabies, which not uncommonly leads to very serious and damaging consequences when it is injected'; '[s]ince the disease itself invariably leads to a dreadful death, both the marketing and the use of the vaccine are fully justified, notwithstanding the unavoidable high degree of risk which they involve.' *Id.*, at 353. Comment *k* thus provides that 'seller[s]' of '[u]navoidably unsafe' products are 'not to be held to strict liability' provided that such products 'are properly prepared and marketed, and proper warning is given.'"

The correct synonym for **"unsafe" is "dangerous"**.

Merriam Webster Dictionary (2020). https://www.merriam-webster.com/dictionary/unsafe ("Synonyms for unsafe: dangerous, grave, grievous, hazardous, jeopardizing, menacing, parlous, perilous, risky, serious, threatening, unhealthy, venturesome").

**"Dangerous**: 1: involving possible injury, pain, harm, or loss : characterized by danger, 2: able or likely to inflict injury or harm"

Merriam Webster Dictionary (2020). https://www.merriam-webster.com/dictionary/dangerous

Dangerous vaccines are kept on the market and shielded from liability because in 1986, Congress passed special interest legislation favoring the international  pharmaceutical industry.

Merriam Webster Dictionary (2020). https://www.merriam-webster.com/dictionary/dangerous



THE CONTROL GROUP
LITIGATION

**Exhibit 474**

**VACCINES ARE DANGEROUS**

# Vaccines Contain Neurotoxins

Vaccines include legally classified neurotoxins in amounts that have never been proven safe. Vaccines are experimental because they have never followed the scientific method for testing with true placebos or a control group of entirely unvaccinated individuals.

FDA (2018). Common Ingredients in U.S. Licensed Vaccines.
https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/common-ingredients-us-licensed-vaccines

ATSDR (2011). Substances A-Z. Toxic substances portal. https://www.atsdr.cdc.gov/substances/indexAZ.asp



THE CONTROL GROUP
LITIGATION

**Exhibit 474**



**VACCINES ARE DANGEROUS**

# All Vaccines Are Experimental

Vaccine regulatory approvals are supported by:

| **Fake placebos** (so-called "placebos" that contain neurotoxins),

| **Fake controls** (so-called "controls" of people who are also vaccinated),

| **Short-term testing** windows (so-called "tests" with monitoring periods as short as 3-days), and

| **Long-term passive surveillance** of vaccine injuries (so-called "surveillance" with an unknown to approximately 99% failure rate of reporting).

In this manner, vaccine science has not even evolved enough to recognize the basic dictionary definition of words, let alone become advanced enough to reach the status of "settled science".

FDA (2018). Common Ingredients in U.S. Licensed Vaccines.
https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/common-ingredients-us-licensed-vaccines

ATSDR (2011). Substances A-Z. Toxic substances portal. https://www.atsdr.cdc.gov/substances/indexAZ.asp

FDA (2020). Vaccines Licensed For Use In the United States. https://www.fda.gov/vaccines-blood-biologics/

CDC (2017). Chapter 21: Surveillance for Adverse Events Following Immunization Using the Vaccine Adverse Event Reporting System. CDC: Manual for the Surveillance of Vaccine-Preventable Diseases.
https://www.cdc.gov/vaccines/pubs/surv-manual/chpt21-surv-adverse-events.html

Lazarus, R., et al. (2007).  Grant Final Report: Electronic Support for Public Health–Vaccine Adverse Event Reporting System (ESP:VAERS). The Agency for Healthcare Research and Quality (AHRQ) U.S. Department of Health and Human Services.
https://healthit.ahrq.gov/sites/default/les/docs/publication/r18hs017045-lazarus-nal-report-2011.pdf

FDA (2006). Guidance Document: Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products — Content and Format. https://www.fda.gov/media/72139/download



THE CONTROL GROUP
LITIGATION

**Exhibit 474**



**VACCINES ARE DANGEROUS**

# Educated Parents Are Less Likely To Vaccinate

"[F]urther studies are needed to discover why, for example, parents with more education are less likely to agree to vaccination than parents with less education."

Ogilvie G, Anderson M, et al. (2010). A population-based evaluation of a publicly funded, school-based HPV vaccine program in British Columbia, Canada: parental factors associated with HPV vaccine receipt. PLoS Med 7(5): e1000270. https://journals.plos.org/plosmedicine/article?id=10.1371/journal.pmed.1000270

"Mothers who had less than a high school degree... were more likely to be favorable about their daughter being vaccinated."

Rosenthal SL, Rupp R, et al. (2008). Uptake of HPV vaccine: demographics, sexual history and values, parenting style, and vaccine attitudes. J Adolesc Health 43(3): 239-45. https://www.jahonline.org/article/S1054-139X(08)00264-4/fulltext

"Low maternal educational levels and low socioeconomic status were associated with high 4:3:1:3 series completion rates."

Kim SS, Frimpong JA, et al. (2007). Effects of maternal and provider characteristics on up-to-date immunization status of children aged 19 to 35 months. Am J Public Health 97(2): 259-66. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1781415/



THE CONTROL GROUP
LITIGATION

Exhibit 474

**VACCINES ARE DANGEROUS**

# Doctors and Healthcare Workers Rejecting Vaccination

"[A]cceptance of the influenza vaccination by medical personnel is low."

Wicker S, Rabenau HF, et al. (2009). Influenza vaccination compliance among health care workers in a German university hospital. Infection 37(3); 197-202. https://pubmed.ncbi.nlm.nih.gov/19139807/

"Despite almost a decade of efforts, the vaccination coverage rates registered at our hospital steadily remain unsatisfactory and very distant by the minimum objective of 75% defined by the Italian Ministry of Health. During the last influenza season (2013/14), vaccination coverage rates by occupation type resulted 30% among physicians, 11% among nurses and 9% among other clinical personnel."

Alicino C, Iudici R, et al. (2015). Influenza vaccination among healthcare workers in Italy: the experience of a large tertiary acute-care teaching hospital. Hum Vaccin Immunother 11(1): 95-100. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4514208/

THE CONTROL GROUP
LITIGATION

Exhibit 474

**VACCINES ARE DANGEROUS**

# The CDC Recommended Vaccine Schedule Is Experimental

"[S]tudies designed to examine the long-term effects of the cumulative number of vaccines or other aspects of the immunization schedule have not been conducted."

"[The IOM] found a paucity of information, scientific or otherwise, that addressed the risk of adverse events in association with the complete recommended immunization schedule..."

The National Academy of Sciences (2013). The Childhood Immunization Schedule and Safety: Stakeholder Concerns, Scientific Evidence, and Future Studies. Washington, DC: The National Academies Press. doi: 10.17226/13563.

THE CONTROL GROUP
LITIGATION

Exhibit 474



**VACCINES ARE DANGEROUS**

# All Vaccines Are Experimental

Vaccine package inserts applicable to the CDC Schedules of recommended vaccines (both for adults and children) evidence that each vaccine has never been clinically evaluated in humans for its long-term potential to cause cancer, impair fertility, and mutate genes.

FDA (2020). Vaccines Licensed for Use in the United States. Vaccines, Blood & Biologics. https://www.fda.gov/vaccines-blood-biologics/vaccines/vaccines-licensed-use-united-states

CDC (2020). Immunization Schedules. https://www.cdc.gov/vaccines/schedules/index.html



THE CONTROL GROUP
LITIGATION

Exhibit 474

**VACCINES ARE DANGEROUS**

# Vaccine Side Effects Are Common

The most accurate and lawful way to describe vaccination is that it is an experimental procedure that has been falsely labeled as "safe and effective". Vaccine side effects have been falsely labeled as "rare".

The Council for International Organizations of Medical Sciences Working Group III sets forth the following definitions for drug adverse events:

| Very common ≥ 1/10 (≥ 10%)

| Common ≥ 1/100 and < 1/10 (≥ 1% and < 10%)

| Uncommon ≥ 1/1000 and < 1/100 (≥ 0.1% and < 1%)

| Rare ≥ 1/10,000 and < 1/1000 (≥ 0.01% and < 0.1%)

| Very rare < 1/10,000 (< 0.01%)

Council for International Organizations of Medical Sciences (1995). "Guidelines for Preparing Core Clinical-Safety Information on Drugs". Report of CIOMS Working Group III.
https://cioms.ch/wp-content/uploads/2018/03/WG3_Guidelines-for-Preparing-Core-Clinical-Safety-Information-on-Drugs.pdf



THE CONTROL GROUP
LITIGATION

Exhibit 474

**VACCINES ARE DANGEROUS**

# The Unvaccinated Control Group Is An Endangered Population

The number of individuals who remain entirely unvaccinated in America is small, estimated at approximately 1% or less of the American population.

Gowda C, Dempsey A (2013). The rise (and fall?) of parental vaccine hesitancy. Hum Vaccin Immunother 9(8): 1755–1762.
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3906278/

THE CONTROL GROUP
LITIGATION

**Exhibit 474**



## VACCINES ARE DANGEROUS

# The International Pharmaceutical Industry Is Corrupt and Untrustworthy

The international pharmaceutical industry that produces vaccines has a long-history of scientific corruption and conflicts of interest. It is a trillion dollar industry that uses aborted babies to manufacture certain vaccines, adds known neurotoxins such as aluminum and mercury to vaccines, specifically engineers newer vaccines to manipulate human DNA, and then summarily labels every single one of their finished products "safe", without any mathematical proof that would comply with the scientific method.

FDA (2020). Vaccines Licensed For Use In the United States. https://www.fda.gov/vaccines-blood-biologics/

NY Times (March 15, 2015). Protection Without a Vaccine.
https://www.nytimes.com/2015/03/10/health/protection-without-a-vaccine.html

Matheson vs. Schmitt: Deposition of Stanley A. Plotkin, M.D. Case #2015-831539-DM, January 11, 2018. County of Oakland Circuit Court, Family Division, Michigan.

Rashmirekha P, et al (2018). Nanoparticle Vaccines Against Infectious Diseases. *Front Immunol* 9: 2224. PMCID: PMC6180194 PMID: 30337923. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6180194/



THE CONTROL GROUP
LITIGATION

Exhibit 474



## The International Pharmaceutical Industry Is Corrupt and Untrustworthy (cont'd)

"For a pharmaceutical company, delaying or minimizing knowledge of a side effect of a medication has cash value.  Similarly, not publishing negative studies may shift the balance of subsequent meta-analysis."

Fava GA (2009). Preserving intellectual freedom in clinical medicine. Psychother Psychosom 78: 1-5.
https://pubmed.ncbi.nlm.nih.gov/18852496/

"Journals have devolved into information laundering operations for the pharmaceutical industry".

Smith R (2005). Medical journals are an extension of the marketing arm of pharmaceutical companies. PLoS Med 2(5): e138.
https://journals.plos.org/plosmedicine/article?id=10.1371/journal.pmed.0020138

Drug companies donated millions to California lawmakers before a mandatory vaccine debate in order to promote mandatory vaccination.

Matej M (August 9, 2019). Global vaccine market revenues 2014-2020. Statista.

"The global vaccine market is showing some escalating growth and it is expected that it will reach total revenues of nearly 60 billion U.S. dollars by 2020. That would be almost double the size the market had back in 2014. Driver of the growth is the increase of various infectious diseases like influenza, swine flu, hepatitis, tuberculosis, diphtheria, Ebola, and meningococcal and pneumococcal diseases.... At this moment, Pfizer's Prevnar 13 is the world's leading vaccine product, generating around 5.7 billion U.S. dollars of revenue.... The United States are the world's largest national market for vaccines..."

Matej M (August 9, 2019). Global vaccine market revenues 2014-2020. Statista.
https://www.statista.com/statistics/265102/revenues-in-the-global-vaccine-market/



**Exhibit 474**

**VACCINES ARE DANGEROUS**

# Medical Error is the 3rd Leading Cause of Death in the United States

Johns Hopkins University (May 3, 2016). Study Suggests Medical Errors Now Third Leading Cause of Death in the U.S. Johns Hopkins Medicine Press Release. https://www.hopkinsmedicine.org/news/media/releases/study_suggests_medical_errors_now_third_leading_cause_of_death_in_the_us



THE CONTROL GROUP
LITIGATION

Exhibit 474

**VACCINES ARE DANGEROUS**

# These People Are Sick

"Scientists have told Congress again and again that fetal tissue is the gold standard for vaccine research."

Office of Congressman Jerry Nadler (March 19, 2020). Rep. Nadler Statement Condemning Trump Administration for Refusing to Lift Fetal Tissue Ban for COVID-19 Vaccine Research. Press Release. https://nadler.house.gov/news/documentsingle.aspx?DocumentID=394222 (accessed June 21, 2020).



Exhibit 474

HEALTH CRISIS IN AMERICA

# High Infant Mortality

Notwithstanding that the United States spends more on healthcare than any country in the world, American children have poorer outcomes and are less likely to survive their first year of life than children born in many other high-income nations.

On their first day of birth, American infants have the highest mortality rate of any industrialized nation in the world.  Even when premature births are excluded, more apparently healthy American babies die in infancy of sudden and unexplained causes than infants in other wealthy countries.

MacDorman et al. (2014). International comparisons of infant mortality and related factors: United States and Europe, 2010. National Vital Statistics Reports 63(5):1-6. https://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_05.pdf

THE CONTROL GROUP
LITIGATION

Exhibit 474

**HEALTH CRISIS IN AMERICA**

# Pandemic of Chronic Diseases

In recent decades, American children have experienced a decline in once common childhood infections, such as measles, whooping cough and chickenpox. At the same time, a growing number of children have begun suffering from a wide range of non-communicable, serious and often incurable illnesses, including neurodevelopmental disorders such as autism and learning disabilities, mental illnesses such as anxiety and obsessive compulsive disorder, and an array of immune-mediated diseases such as asthma and autoimmune diseases. These once rare pediatric anomalies now afflict American children in pandemic proportions.

A 2011 Health Affairs assessment estimated that 43 percent (32 million) of American children currently suffer from at least one of twenty chronic health conditions, which increases to more than half (54.1 percent) when overweight, obesity or being at risk for developmental delays are included. Nearly one-fifth (14.2 million) of children have conditions resulting in a special health care need.

Bethell et al. (2011). A national and state profile of leading health problems and health care quality for US children: key insurance disparities and across-state variations. Academic Pediatrics 11(3 Suppl):S22-S33. https://doi.org/10.1016/j.acap.2010.08.011



THE CONTROL GROUP
LITIGATION

**Exhibit 474**

## Pandemic of Chronic Diseases (cont'd)

The Centers for Disease Control and Prevention (CDC) estimates that more than a quarter (27 percent) of American children have a chronic condition and one in fifteen are burdened with multiple chronic conditions.

Centers for Disease Control and Prevention, Multiple Chronic Conditions Among Outpatient Pediatric Patients, Southeastern Michigan, 2008–2013. BRIEF, Vol. 12, 2015. https://www.cdc.gov/pcd/issues/2015/14_0397.htm

It was reported in *The Journal of the American Medical Association* (JAMA) that chronic illnesses in children doubled from 12.8 to 26.6 percent between 1994 and 2006, with low-income, racial and ethnic minority children being disproportionately affected in an epidemic that has continued to grow.

Van Cleave et al. (2010). Dynamics of Obesity and Chronic Health Conditions among Children and Youth. JAMA 303(7):623–630. https://doi.org/10.1001/jama.2010.104,

Compared to children two generations ago (in the 1960s), as reported in Health Affairs, American children are now more than four times more likely to be burdened with a health condition so severe that it affects their usual daily activities.

Perrin et al. (2014). The rise in chronic conditions among infants, children, and youth can be met with continued health system innovations. Health Affairs 33(12):2099-2105. https://doi.org/10.1377/hlthaff.2014.0832

A 2018 Pediatrics study reported that one-fifth of American children and adolescents regularly use prescription medication and 12% of boys aged six to 12 years are prescribed more than one drug.

Dima et al. (2018). Prescription Medication Use Among Children and Adolescents in the United States. Pediatrics 142(3):e20181042. https://doi.org/10.1542/peds.2018-1042

Much of this disease burden has come from neurodevelopmental disorders, mental illness, and immune-mediated conditions.



THE CONTROL GROUP
LITIGATION

**16**                                                          **Exhibit 474**



HEALTH CRISIS IN AMERICA

# Neurodevelopmental Disorders

The profound neurodevelopmental disorder called Autism Spectrum Disorder, virtually non-existent less than a century ago, has increased to one in 54 in children aged 8 years in 2016.

Centers for Disease Control and Prevention, Morbidity and Mortality Weekly Report, March 27, 2020. Prevalence of Autism Spectrum Disorder Among Children Aged 8 Years — Autism and Developmental Disabilities Monitoring Network, 11 Sites, United States, 2016. https://www.cdc.gov/mmwr/volumes/69/ss/ss6904a1.htm?s_cid=ss6904a1_w

In addition, the CDC reports that today more than seven million American children have been diagnosed with attention-deficit/hyperactivity disorder (ADHD), including 388,000 children aged just two to five years old.

Centers for Disease Control and Prevention, Data and Statistics about ADHD. https://www.cdc.gov/ncbddd/adhd/data.html

The number of ADHD diagnoses swelled by 42 percent between 2003 and 2011 and continues to increase an average of five percent per year.

Centers for Disease Control and Prevention, Trends in the Parent-Report of Health Care Provider-Diagnosis and Medication Treatment for ADHD: United States, 2003–2011. https://www.cdc.gov/ncbddd/adhd/features/key-findings-adhd72013.html



Exhibit 474



## Neurodevelopmental Disorders (cont'd)

"The estimate for learning disabilities in 2011–2012 was 8.0 percent for children of ages 3–17 (NSCH, 2012a)."

Boat TF, Wu JT, eds. Washington (DC): National Academies Press (US); 2015. Mental Disorders and Disabilities Among Low-Income Children. https://www.ncbi.nlm.nih.gov/books/NBK332880/

"The root causes of the present global pandemic of neurodevelopmental disorders are only partly understood," according to a review in Lancet Neurology, which points to a significant role for environmental toxins in its causation. "Although genetic factors have a role, they cannot explain recent increases in reported prevalence, and none of the genes discovered so far seem to be responsible for more than a small proportion of cases."

Grandjean & Landrigan (2014). Neurobehavioural effects of developmental toxicity. Lancet Neurology 13(3):330–338. https://doi.org/10.1016/S1474-4422(13)70278-3

ASD is projected to continue on its ascending trajectory into the future as its causes are unidentified and unaddressed.

THE CONTROL GROUP
LITIGATION

Exhibit 474

HEALTH CRISIS IN AMERICA

# Mental Illness

According to the Child Mind Institute, 17.1 million American children have had or have a diagnosable mental illness.

Child Mind Institute, 2016 Child Mind Institute Children's Mental Health Report.
https://childmind.org/downloads/2016%20Childrens%20Mental%20Health%20Report.pdf

The CDC reports that one in five children "experience a mental disorder in a given year," and that the Nation spends an estimated $247 billion each year treating and managing childhood mental disorders.

United States Centers for Disease Control and Prevention, Improving Children's Behavioral Health.
https://www.cdc.gov/childrensmentalhealth/features/child-mental-health.html

The CDC reports that 7.1 percent (4.4 million) of American children aged three to 17 are diagnosed with anxiety disorders that have been increasing in recent years. Another 1.9 million children have been diagnosed with depression.

Centers for Disease Control and Prevention, Anxiety and depression in children: Get the facts.
https://www.cdc.gov/childrensmentalhealth/features/anxiety-depression-children.html



THE CONTROL GROUP
LITIGATION

Exhibit 474

## Mental Illness (cont'd)

According to the National Institute of Mental Health, "an estimated 49.5% of adolescents [aged 13-18] had any mental disorder. Of adolescents with any mental disorder, an estimated 22.2% had severe impairment."

National Institute of Mental Health, Mental Illness. https://www.nimh.nih.gov/health/statistics/mental-illness.shtml

Self-harm-related emergency department visits by youth have skyrocketed, with 18.8% annual increase among females aged 10 to 14 years starting in 2009, from 109.8 (95% CI, 69.9-149.7) in 2009 to 317.7 (95% CI, 230.3-405.1) per 100 000 population in 2015.

Mercado et al. (2017). Trends in Emergency Department Visits for Nonfatal Self- inflicted Injuries Among Youth Aged 10 to 24 Years in the United States, 2001-2015. JAMA 318(19):1931–1933. https://doi.org/10.1001/jama.2017.13317

In 2016, suicide became the second leading cause of death for those aged 10 - 34 years, with the greatest increases among those 10 to 24 years old.

Centers for Disease Control and Prevention, National Center for Health Statistics Data Brief No. 330, November, 2108. Suicide Mortality in the United States, 1999–2017, https://www.cdc.gov/nchs/products/databriefs/db330.htm



THE CONTROL GROUP
LITIGATION

Exhibit 474

HEALTH CRISIS IN AMERICA

# Immune-Mediated Disorders

Immune-mediated disorders — those involving immune activation – have soared among American children in recent decades; allergies, asthma and autoimmune diseases are all inexplicably on a sharp upward trajectory.

Asthma is the most common chronic disease of childhood and, in the latter part of the 20th century, has reached epidemic proportions and continues to increase. According to the CDC, asthma affects 25 million people, including six million children under 18 and is a "significant health and economic burden to patients, their families, and society."

Centers for Disease Control and Prevention, Most Recent National Asthma Data.
https://www.cdc.gov/asthma/most_recent_national_asthma_data.htm

According to the Asthma and Allergy Foundation of America, more than 50 million Americans are affected by allergies.

Asthma and Allergy Foundation of America, Allergy Facts and Figures. https://www.aafa.org/allergy-facts/

This includes millions of American children with reported allergic rhinitis (5.2 million), respiratory allergies (7.1 million), food allergies (4.8 million) and skin allergies (9.2 million), in 2018.

Centers for Disease Control and Prevention, Allergies and Hay Fever. https://www.cdc.gov/nchs/fastats/allergies.htm



**Exhibit 474**

## Immune-Mediated Disorders  (cont'd)

A growing number of young Americans die from a life-threatening form of allergy called anaphylaxis, as its occurrence is increasing across all ages in the United States, with highest risk of mortality in teenagers and young adults.

Dinakar (2012). Anaphylaxis in children: current understanding and key issues in diagnosis and treatment. Current Allergy and Asthma Reports 12(6):641-649. https://doi.org/10.1007/s11882-012-0284-1

Autoimmune diseases, of which there are at least 80 distinct conditions, occur as a result of the immune system attacking the body's own tissues and organs. Some of the more common autoimmune conditions include type 1 diabetes, rheumatoid arthritis, systemic lupus erythematosus and inflammatory bowel disease. Taken together, these conditions, once so rare they were virtually unheard of, have increased from year to year for mostly unknown reasons and are now, "as a group afflict 5%–9% of the U.S. population," according to a report in International Journal of Molecular Sciences.

Parks et al. (2014). Expert panel workshop consensus statement on the role of the environment in the development of autoimmune disease. International Journal of Molecular Sciences 15(8):14269-14297. https://doi.org/10.3390/ijms150814269

THE CONTROL GROUP
LITIGATION

Exhibit 474



**HEALTH CRISIS IN AMERICA**

# Pediatric Cancer

According to American Cancer Society, childhood cancer rates have been rising for the past few decades.

American Cancer Society, Key Statistics for Childhood Cancers.
https://www.cancer.org/cancer/cancer-in-children/key-statistics.htm

It has been reported in the Journal of the National Cancer Institute that children born in the 1990s have double the risk of colon cancer and quadruple the risk of rectal cancer compared to people born in the 1950s.

Siegel et al. (2017). Colorectal Cancer Incidence Patterns in the United States, 1974–2013. Journal of the National Cancer Institute 109(8):djw322. https://doi.org/10.1093/jnci/djw322



THE CONTROL GROUP
LITIGATION

**23**

**Exhibit 474**

# National Crisis

The People of the United States of America, and particularly the Nation's children, are suffering from an unprecedented pandemic of chronic diseases. More American children are sick today than in any previous generation. They are suffering from a wide range of conditions: from asthma and autoimmune diseases to neurodevelopmental and mental health disorders that are increasingly known to be associated with an underlying dysregulated immune activation. The fallout from this health emergency is an economic, healthcare and national security crisis for the Nation.

The epidemic of childhood illness is straining the Nation, imposing an enormous and growing burden on individuals, families and society.  Chronically ill children become chronically ill adults.

According to the CDC, chronic disease and mental illness account for most American deaths, consume 90% of the Nation's $3.5 trillion in annual health care expenditures and are projected to account for more than $42 trillion in spending by 2030.

National Center for Chronic Disease Prevention and Health Promotion, Centers for Disease Control and Prevention, Health and Economic Costs of Chronic Diseases. https://www.cdc.gov/chronicdisease/about/costs/index.htm#ref1



THE CONTROL GROUP
LITIGATION

Exhibit 474



## National Crisis   (cont'd)

The burden of illness is straining America's school system as well, which is struggling to accommodate the demands of the growing population of students with special needs.

The health crisis of America's youth is a national security crisis as well; nearly a third (32 percent) of all young people have health problems – other than their weight – that prevent them from military service.

Mission: Readiness, Washington, DC, 2009. Ready, willing, and unable to serve.
http://cdn.missionreadiness.org/MR-Ready-Willing-Unable.pdf



**25**                                                    **Exhibit 474**

# MADE  IN       CHINA

VACCINES ARE MADE IN COMMUNIST CHINA

# Communist Chinese Vaccines Infiltrate the United States

"The Chinese vaccine industry is developing rapidly due to an emerging and large market for current and new vaccines, a large potential for local vaccine manufacturing both in the public and private domain…"

Human Vaccines, China's Emerging Vaccine Industry, July 2010, Vol. 6, Issue 7, https://pubmed.ncbi.nlm.nih.gov/20523120/

"China ranks second among countries that export drugs and biologics to the United States."

United States Food and Drug Administration, Global Operations - China Office, January 28, 2020, https://www.fda.gov/about-fda/office-global-operations/china-office

"Chinese companies now account for more than 50% of the global active pharmaceutical ingredient (API) market. It has more than 500 companies registered to sell in the U.S. and 10 times that many serving its own market. But many of those continue to struggle to meet international standards."

Fierce Pharma, China's Drug Exports to the U.S. Rise but Companies Struggle With Quality, August 30, 2016, https://www.fiercepharma.com/manufacturing/china-drug-exports-to-u-s-rise-but-companies-struggle-quality



THE CONTROL GROUP
LITIGATION

**26**                                        **Exhibit 474**



## Communist Chinese Vaccines Infiltrate the United States (cont'd)

Since the inception of the 1986 National Vaccine Injury Compensation Program, the pharmaceutical industry started to offshore the manufacturing of vaccines. It did so to meet the growing demand in producing hundreds of millions of doses each year for the United States vaccination schedule that had quadrupled in size and scope. First, the vaccine makers harvested active pharmaceutical ingredients from Asia (primarily Communist China); then outsourced research and development. Over the past decade, the world's top five vaccine manufacturers built plants in Communist China.

United States Food and Drug Administration, Exploring the Growing U.S. Reliance on China's Biotech and Pharmaceutical Products, July 31, 2019,
https://www.fda.gov/news-events/congressional-testimony/exploring-growing-us-reliance-chinas-biotech-and-pharmaceutical-products-07312019

Office of the United States (U.S.) Trade Representative, "Notice of Determination and Request for Public Comment Concerning Proposed Determination of Action Pursuant to Section 301: China's Acts, Policies, and Practices," (Docket No. USTR-2018-0005) (2018). https://ustr.gov/sites/default/files/files/Press/Releases/301FRN.pdf

United States Food and Drug Administration, Vaccines Licensed for Use In the United States, April 24, 2020,
https://www.fda.gov/vaccines-blood-biologics/vaccines/vaccines-licensed-use-united-states

United States Food and Drug Administration, Importing CBER-Regulated Products Into the United States,
https://www.fda.gov/vaccines-blood-biologics/exporting-cber-regulated-products/importing-cber-regulated-products-united-states

United States Food and Drug Administration, FDA Product Codes For Importing CBER-Regulated Products, October 10, 2018,
https://www.fda.gov/vaccines-blood-biologics/exporting-cber-regulated-products/importing-cber-regulated-products-united-states



THE CONTROL GROUP
LITIGATION

**Exhibit 474**

**VACCINES ARE MADE IN COMMUNIST CHINA**

# Vaccine Manufacturers Conceal Their Communist Chinese Operations

"The intricacies of the supply chains for individual medicines—which companies keep under wraps for competitive reasons—remain hidden from the public."

Wall Street Journal, FDA Cites Shortage of One Drug, Exposing Supply-Line Worry, February 28, 2020,
https://www.wsj.com/articles/coronavirus-slows-drug-production-in-china-the-worlds-pharmacy-11582900885

"[United States lawmakers] expressed alarm, and sometimes disbelief, at the lack of oversight the FDA demonstrates over these foreign suppliers—despite the fact that U.S. drug firms are continuously outsourcing their manufacturing needs."

Newsweek, Congress, Grappling With Tainted Chinese Drugs, is Baffled by Lack of FDA Oversight in U.S. Pharmaceutical Supply Chain, October 30, 2019,
https://www.newsweek.com/congress-spooked-tainted-chinese-drugs-eyeing-pharmaceutical-supply-chain-1468753

"FDA quality control programs suffer gaps, from inventory and source material ingredients, to inability to inspect plants unannounced or has complete visibility over a Chinese plant's total supply chain."

United States Food and Drug Administration, Exploring the Growing U.S. Reliance on China's Biotech and Pharmaceutical Products, July 31, 2019,
https://www.fda.gov/news-events/congressional-testimony/exploring-growing-us-reliance-chinas-biotech-and-pharmaceutical-products-07312019



THE CONTROL GROUP
LITIGATION

Exhibit 474

## Vaccine Manufacturers Conceal Their Communist Chinese Operations  (cont'd)

COVID-19 has further disrupted any surveillance or inspections of vaccine manufacturing plants in China.

Drug, Chemical & Associated Technologies Association (DCAT), FDA Updates Plan for Manufacturing Inspections in China in Wake of Coronavirus Outbreak, February 27, 2020,
https://dcatvci.org/pharma-news/6373-fda-updates-plan-for-mfg-inspections-in-china-in-wake-of-coronavirus-outbreak

Medtech Pharma Intelligence,  Coronavirus: All FDA Inspections Of Chinese Manufacturing Facilities Come To Screeching Halt, February 14, 2020,
https://medtech.pharmaintelligence.informa.com/MT126258/Coronavirus-All-FDA-Inspections-Of-Chinese-Manufacturing-Facilities-Come-To-Screeching-Halt

THE CONTROL GROUP
LITIGATION

**29**

**Exhibit 474**

VACCINES ARE MADE IN COMMUNIST CHINA

# Communist Chinese Vaccine Scandals Are Commonplace

"Health authorities in China are investigating one of the nation's biggest vaccine makers after eight infants died in the past two months following injections that were meant to immunize them against hepatitis B...

"Six of the deaths have been linked to vaccines produced by Shenzhen Kangtai; the two other infant deaths occurred recently after the use of a hepatitis B vaccine produced by another drug maker, Beijing Tiantan Biological Products...

"Merck gave the company the biological technology to produce a hepatitis B vaccine royalty free as part of an unusual joint venture aimed at improving health standards in China."

New York Times, China Investigates Vaccine Maker After Deaths of Infants, December 25, 2013,
https://www.nytimes.com/2013/12/26/world/asia/china-investigates-vaccine-maker-after-infant-deaths.html



THE CONTROL GROUP
LITIGATION

Exhibit 474

## Communist Chinese Vaccine Scandals Are Commonplace  (cont'd)

"The Chinese Government should address the shattered public confidence made worse by the vaccine scandal. The health management system should be improved to ensure that vaccines are properly stored and transported, and transparency of supervision should also be enhanced."

The Lancet, Vaccine Scandal and Crisis in Public Confidence in China, June 11, 2016, Vol. 387, Issue 10036, p2382, https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(16)30737-1/fulltext

"Investigators in China have begun recalling defective vaccines produced by a Chinese drugmaker from domestic and overseas markets, health authorities said."

Insurance Journal, China Recalls Defective Vaccines Recalled from Overseas Markets, August 9, 2018, https://www.insurancejournal.com/news/international/2018/08/09/497593.htm

THE CONTROL GROUP
LITIGATION

**31**                                                **Exhibit 474**





**VACCINES ARE MADE IN COMMUNIST CHINA**

# Coincidences?
# Globalists Orchestrate and
# Infiltrate US Response To Covid-19

**COINCIDENCE?**

In the offshore entity Global Preparedness Monitoring Board ("GPMB"), Drs. Anthony Fauci and Victor Dzau convene to make policy, recommendations, share potential intelligence and intellectual property with not only the Chinese CDC, but also unelected officials at global health foundations. In that boardroom, the head of the Chinese Communist Party's director-general of China's CDC sits across the planning table from the director of the U.S. National Institute of Allergy and Infectious Disease.

The WHO's Global Preparedness Monitoring Board, 2018-2020, https://apps.who.int/gpmb/board.html

**COINCIDENCE?**

In the months before Covid-19 infected the United States, the participants in The Event 201 engaged in strategic planning for a coronavirus pandemic.

Research Gate, The Event 201, Domina Petric at the University Hospital Centre in Split, Croatia, https://www.researchgate.net/publication/340236453_The_Event_201

John Hopkins University's Center for Security Health press release, The Event 201 Model, October 11, 2019, https://www.centerforhealthsecurity.org/event201/event201-resources/event201-model-desc.pdf



THE CONTROL GROUP
LITIGATION

**32**                                                                 **Exhibit 474**





## Coincidences? Globalists Orchestrate and Infiltrate US Response To Covid-19   (cont'd)

**COINCIDENCE?**

Event 201 participants endeavored to predetermine that Event 201's benefactors, such as Bill Gates, would be reliable for spreading truthful information during a pandemic.

John Hopkins University's Center for Security Health, Event 201: Communication in a Pandemic, October 14, 2019, https://www.centerforhealthsecurity.org/event201/event201-resources/comms-fact-sheet-191014.pdf

**COINCIDENCE?**

In the months before Covid-19 infected the United States the GPMB engaged in strategic planning for a fast-moving, high impact airborne pathogen outbreak such as for influenza, or an accidental or deliberate release.

The WHO's Global Preparedness Monitoring Board, Summary: GPMB Board Meeting, April 1-2, 2019, IFRC, Geneva, Switzerland, https://apps.who.int/gpmb/assets/pdf/GPMB_Board_Meeting_1-2_April_2019_Summary.pdf

**COINCIDENCE?**

The GPMB planned for the United Nations by September 2020 to conduct at least two systemwide training and simulation exercises, including one for covering the deliberate release of a lethal respiratory pathogen.

The WHO's Global Preparedness Monitoring Board, A World at Risk Report, September 22, 2019, https://apps.who.int/gpmb/assets/annual_report/GPMB_annualreport_2019.pdf



THE CONTROL GROUP
LITIGATION

**Exhibit 474**



## Coincidences? Globalists Orchestrate and Infiltrate US Response To Covid-19 (cont'd)

**COINCIDENCE?**

The GPMB is utilizing the Covid-19 pandemic to implement its plans to increase the power and financial resources of the UN, China, the GPMB, and the GPMB's benefactors.

The WHO's Global Preparedness Monitoring Board, Statement Calls for a Scaled-Up Global Response to COVID-19: Estimated Costs and Funding Sources, March 10, 2020, https://apps.who.int/gpmb/assets/pdf/GPMB_6March2020statement.pdf

The WHO's Global Preparedness Monitoring Board, Statement on the COVID-19 Pandemic and the Extraordinary G20 Leaders' Summit on COVID-19, April 1, 2020, https://apps.who.int/gpmb/assets/pdf/Statement%20on%20the%20 COVID-19%20pandemic%20and%20the%20Extraordinary%20G20%20Leaders'%20Summit%201Apr2020.pdf

The Newsteader, Statement from the Global Preparedness Monitoring Board on the Outbreak of 2019-novel Coronavirus (2019-nCoV), January 30, 2020, https://thenewsteader.com/2020/01/30/statement-from-the-global-preparedness-monitoring-board-on-the-outbreak-of-2019-novel-coronavirus-2019-ncov/

The WHO's Global Preparedness Monitoring Board, Statement on the launch of the Access to COVID-19 Tools (ACT) Accelerator, April 24, 2020, https://apps.who.int/gpmb/assets/pdf/GPMB_Statement_Accelerator_24_April.pdf



Exhibit 474