Gregory J. Glaser (SBN 226706)
4399 Buckboard Drive, Box 423
Copperopolis, CA 95228
Ph. (925) 642-6651
Fx. (209) 729-4557
greg@gregglaser.com

Ray L. Flores II (SBN 233643)
11622 El Camino Real Suite 100
San Diego, CA 92130
Ph. (858) 367-0397
Fx. (888) 336-4037
rayfloreslaw@gmail.com

Attorneys for Petitioners

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## EASTERN DISTRICT - SACRAMENTO

| | |
|---|---|
| Joy Garner, individually and on behalf of The Control Group; Joy Elisse Garner, individually and as parent of J.S. and F.G.; Evan Glasco, individually and as parent of F.G.; Traci Music, individually and as parent of K.M. and J.S., Michael Harris, individually and as parent of S.H., Nicole Harris, individually and as parent of S.H.,<br><br>Petitioners,<br><br>v.<br><br>DONALD JOHN TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.: 2:20−CV−02470−WBS−JDP<br><br>PETITIONERS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE REQUEST FOR ORDER TO SHOW CAUSE<br><br><br>Date:       February 22, 2021<br>Time:       1:30 PM<br>Courtroom:  5<br>Judge:      William B. Shubb |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on February 22, 2021 at 1:30 PM, in Courtroom 5 of the above-entitled court, located at 501 I Street, 14th Floor, Sacramento, California, Petitioners, by and through their attorneys of record, will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 65, for the issuance of a preliminary injunction on any and all claims contained in the Verified Petition, or in the alternative Petitioners request this Court issue an Order to Show Cause. Petitioners' request for relief is detailed in the three Proposed Orders filed concurrently herewith, but in particular Petitioners seek a preliminary injunction to prevent discrimination based upon vaccination status.

Petitioners request the opportunity to present oral testimony at the hearing, and anticipate 30-60 minutes for hearing.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed declarations of Joy Garner and Petitioners' experts, the pleadings and papers on file in this action, and any further evidence or argument that may be presented at or before the hearing on this motion.

Dated: December 28, 2020

Respectfully submitted

Gregory J. Glaser (SBN 226706)
4399 Buckboard Drive, Box 423
Copperopolis, CA 95228
Ph: (925) 642-6651
Fx. (209) 729-4557
greg@gregglaser.com

Ray L. Flores II (SBN 233643)
11622 El Camino Real Suite 100
San Diego, CA 92130
Ph. (858) 367-0397
Fx. (888) 336-4037
rayfloreslaw@gmail.com

**ATTORNEYS FOR PETITIONERS**