**Douglas Hulstedt, MD Declaration**

I, Douglas Hulstedt, MD, FAAP, ABHM, hereby declare:

     1. I am a licensed physician in the State of California. As a physician I have been practicing medicine for over 40-years. I am also Board certified as a pediatrician.

**Professional Background & Experience**

     2. For the last 20+ years, I have operated a private medical clinic in Monterey, California where I have gained substantial experience treating hundreds of fully vaccinated, partially vaccinated, and unvaccinated children.  In particular, I have developed substantial experience treating neurodevelopmental disorders related to vaccination.

     3. Attached as Exhibit A is a true and correct copy of my *Curriculum Vitae* that details my extensive education, career, and certifications. On the basis of such education and experience, I am qualified to provide the professional opinion in this declaration.

**Petitioners Are Likely To Prevail On The Merits**

     4. In December 2020, I professionally examined the following materials filed in this lawsuit:

- Petitioners' Verified Petition
- Petitioners' Requests for Judicial Notice (Appendices 1-2)
- The Graph Exhibits Attached to Petitioners' Request to Utilize Demonstrative Evidence In Support of Motion for Preliminary Injunction
- The Declaration and Exhibits of Vicky Pebsworth, PhD in Support of Motion for Preliminary Injunction
- Exhibits attached to the declaration of Petitioner Joy Garner In Support of Motion for Preliminary Injunction

     5. I strongly concur with the four facts that define this case (as stated in paragraph 24 of the Verified Petition), as well as the working hypothesis (as stated in the declaration of Dr. Pebsworth), "Vaccinations are a reasonable suspect in the Nation's pandemic of chronic diseases, disabilities, and disorders, and result in injured and dysfunctional immune systems." Indeed, vaccination is more than just a reasonable suspect in the National Health Pandemic; vaccinations are the cause.

6. The Petitioners' evidence submitted via Judicial Notice is compelling and appropriate to describe the vaccine predicament in our Nation.

7. The Control Group survey results in this case are reliable for the reasons stated in the above referenced exhibits, especially:

A. The survey provided a reliably objective metric (diagnoses) for participants. Based on my experience as a physician, patients themselves (or the parents of the minor) are the very best and most accurate source of current health history information.  Medical records are helpful, but are no substitute for a patient history written by the patient/guardian.  This is why for example, in Petitioners' Request for Judicial Notice, Appendix One, section 7B1, the Petitioners cite to a Pediatrics article relying upon government survey data (NSCH data) which is a health survey given to parents without any involvement of doctors to verify the parent's answers, and this NSCH data is considered very reliable.  Indeed, the Pediatrics study cited by Petitioners specifically says that parent survey reports of autism are 96% accurate to doctor diagnosed autism ("An ASD registry in the United Kingdom revealed the reliability of parent-reported ASD diagnoses of children was 96% when compared with clinical reports. In addition, there was a high level of agreement between parents and clinicians on ASD-related behaviors at 12 months of age.") Citation: Kogan *et al*. (2018). The Prevalence of Parent-Reported Autism Spectrum Disorder Among US Children. *Pediatrics* 142(6):e20174161.  https://doi.org/10.1542/peds.2017-4161.  See Petitioners' Exhibit 58.  Moreover, in the NSCH study the total sample rate for the population of interest (i.e., between the ages of 3-17) was 0.071%; whereas Petitioners report the sample rate for the Control Group survey was 0.5848% for the unvaccinated population between ages 3-17. So in this example, the Control Group has a 718% better sampling rate than the government survey (NSCH) used to set public health policy.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

B.  Randomization is not required for this Control Group survey because there are other and more reliable methods of authenticity.  For example, it is commonly claimed that if a surveyor robo-calls 100,000 people looking for 'pregnant women' to answer questions about a topic, then the result is the randomized gold standard.  Let's say 412 pregnant women actually complete their telephone survey – logic and experience tell us those 412 women are (a) the type who complete cold-call phone surveys, which is generally thought to be women with time to spare rather than women with busy schedules, and (b) the women ultimately self-selected themselves to participate in the survey because they took some interest in providing answers _after_ the surveyor told them what the study was about.  The surveyor would receive an entirely different population pool depending on whether the surveyor says (a) 'this survey is about how you'd feel about felons becoming your neighbor' or (b) 'this survey is about the average longevity of Acme brand kitchen towels'.   The first question is highly personal, and will draw a different population of responders, especially those highly interested in sharing their strong belief (i.e., that they don't want felon neighbors).  The second is so mundane that perhaps only the genuinely bored pregnant woman would stay on the phone.  And this example helps illustrate the point that it's good and right and scientific to listen to women even when they are passionate about a topic; our society surely must not be so procedural that we ignore every woman who declines robocalls. Similarly, the purpose of randomization (the procedure) is to achieve reliable results. But if the Control Group Pilot Survey results are proven reliable through another method (e.g., large sampling rate coupled with the fact that results received in NY are fully consistent with the results received in CA and further with the remaining 46 States surveyed), so the procedure for whether samples were randomized becomes a functional non-issue. In other words, substance is greater than form.

C.   Another verifiable metric for the reliability of The Control Group parent health surveys is that these parents of an unvaccinated child often have an older vaccinated child with chronic illness.  The daily comparison of their children's health brings an educated awareness of the parent to the health status of everyone in the family.

D.   Petitioners' calculated p-values and Pearson correlation coefficients are additional reliable proofs that vaccines are causing America's pandemic of injured and dysfunctional immune systems.

E.   The mathematical methods employed by Petitioners to present this evidence are reliable, standard, and match my experience as a physician.

8. With the experimental Covid-19 vaccine being released at warp speed into CDC child & adult vaccines schedules already requiring 100+ lifetime vaccine doses per person, injury is imminent.  Petitioners are likely to prevail at trial because the public has a right to decline forced vaccination while both the Court and the President weigh the extensive evidence presented in this case.

9. I recognize this case is a matter of national security, especially because confirming this new pilot survey evidence means confirming the scientific cause of the health pandemic described in the Verified Petition.  Immediate judicial intervention is needed to protect control groups necessary to the scientific method.  At a minimum, the Court should issue an Order to show cause to Respondent to numerically prove that benefits of vaccine exposure, at any level of exposure, currently outweigh the short-term and long-term risks associated with vaccine exposure.  To shift such a burden, Respondent would need to provide a large data set comparing vaccinated individuals to fully unvaccinated control group(s), so that this Court can numerically identify risk/benefit ratios confirming whether or not vaccination is, in the aggregate, helping or damaging public health. In still other words, Respondent should have the burden to calculate and provide this Court with expert-verified data on the long-term effects of vaccine-triggered human immune-system alterations that can prove to this Court numerically that vaccines are not a material cause of injured and dysfunctional immune systems in America.

1       10.    A preliminary injunction is therefore necessary to preserve such evidence, namely, to

2 preserve the 'due process' guaranteed bodies of scientific control groups. The scientific method

3 requires true controls in product safety inquiry. In order for the surveying of unvaccinated

4 individuals to be conducted scientifically and without fear of retribution, an unvaccinated control

5 group must remain intact and remain free from discrimination and coercion with respect to their

6 military service, education, livelihood, and religious freedom.

7       11.    This end can be achieved by the Court simply issuing a preservation of evidence

8 order that upholds the right and ethic of informed consent/refusal, that prohibits discrimination on

9 the basis of vaccination status.

10 **A Dire Emergency Exists and There is No Other Adequate Remedy at Law**

11     This section of my declaration will focus upon key highlighted evidence in Petitioners'

12 Request for Judicial Notice, Appendix One.

13     **Health Crisis in America**

14     12.   The People of the United States of America, and particularly our Nation's children, are

15 suffering from an unprecedented pandemic of chronic diseases. More American children are sick

16 today than in any previous generation. They are suffering from a wide range of conditions: from

17 asthma and autoimmune diseases to neurodevelopmental and mental health disorders that are

18 increasingly known to be associated with an underlying dysregulated immune activation. The

19 fallout from this health emergency is an economic, healthcare and national security crisis for our

20 Nation.

21     **High Infant Mortality**

22     13.   Notwithstanding that the United States spends more on healthcare than any country in the

23 world, American children have poorer outcomes and are less likely to survive their first year of life

24 than children born in many other high-income nations.

25     14.   On their first day of birth, American infants have the highest mortality rate of any

26 industrialized nation in the world.  Even when premature births are excluded, more apparently

27 healthy American babies die in infancy of sudden and unexplained causes than infants in other

28 wealthy countries.

**Pandemic of Chronic Diseases**

15.   In recent decades, American children have experienced a decline in once common childhood infections, such as measles, whooping cough and chickenpox. At the same time, a growing number of children have begun suffering from a wide range of non-communicable, serious and often incurable illnesses, including neurodevelopmental disorders such as autism and learning disabilities, mental illnesses such as anxiety and obsessive compulsive disorder, and an array of other immune-mediated diseases such as asthma and autoimmune diseases. These once rare pediatric anomalies now afflict American children in pandemic proportions.

16.   A 2011 Health Affairs assessment estimated that 43 percent (32 million) of American children currently suffer from at least one of twenty chronic health conditions, which increases to more than half (54.1 percent) when overweight, obesity or being at risk for developmental delays are included. Nearly one-fifth (14.2 million) of children have conditions resulting in a special health care need.

17.   The Centers for Disease Control and Prevention (CDC) estimates that more than a quarter (27 percent) of American children have a chronic condition and one in fifteen are burdened with multiple chronic conditions.

18.   It was reported in *The Journal of the American Medical Association* (JAMA) that chronic illnesses in children doubled from 12.8 to 26.6 percent between 1994 and 2006, with low-income, racial and ethnic minority children being disproportionately affected in an epidemic that has continued to grow.

19.   Compared to children two generations ago (in the 1960s), as reported in *Health Affairs*, American children are now more than four times more likely to be burdened with a health condition so severe that it affects their usual daily activities.

20.   A 2018 *Pediatrics* study reported that one-fifth of American children and adolescents regularly use prescription medication and 12% of boys aged six to 12 years are prescribed more than one drug.

21.   Much of this disease burden has come from neurodevelopmental disorders, mental illness, and immune-mediated conditions.

**Neurodevelopmental disorders**

22.   The profound neurodevelopmental disorder called Autism Spectrum Disorder, virtually non-existent less than a century ago, has increased to one in 54 in children aged 8 years in 2016. And some estimates place it significantly more prevalent.

23.   ASD is projected to continue on its ascending trajectory into the future as its causes are unidentified and unaddressed.

24.   In addition, the CDC reports that today more than seven million American children have been diagnosed with attention-deficit/hyperactivity disorder (ADHD), including 388,000 children aged just two to five years old.

25.   The number of ADHD diagnoses swelled by 42 percent between 2003 and 2011 and continues to increase an average of five percent per year.

26.   Per the NSCH, the estimate for learning disabilities in 2011–2012 was 8 percent for children of ages 3–17.

27.   "The root causes of the present global pandemic of neurodevelopmental disorders are only partly understood," according to a review in *Lancet Neurology,* which points to a significant role for environmental toxins in its causation.  "Although genetic factors have a role, they cannot explain recent increases in reported prevalence, and none of the genes discovered so far seem to be responsible for more than a small proportion of cases."

**Mental Illness**

28.   According to the Child Mind Institute, 17.1 million American children have had or have a diagnosable mental illness.

29.   The CDC reports that one in five children "experience a mental disorder in a given year," and that the Nation spends an estimated $247 billion each year treating and managing childhood mental disorders.

30.   The CDC reports that 7.1 percent (4.4 million) of American children aged three to 17 are diagnosed with anxiety disorders that have been increasing in recent years. Another 1.9 million children have been diagnosed with depression.

31.   According to the National Institute of Mental Health, "an estimated 49.5% of adolescents [aged 13-18] had any mental disorder. Of adolescents with any mental disorder, an estimated 22.2% had severe impairment."

32.   Self-harm-related emergency department visits by youth have skyrocketed, with 18.8% annual increase among females aged 10 to 14 years starting in 2009, from 109.8 (95% CI, 69.9-149.7) in 2009 to 317.7 (95% CI, 230.3-405.1) per 100 000 population in 2015.

33.   In 2016, suicide became the second leading cause of death for those aged 10 - 34 years, with the greatest increases among those 10 to 24 years old.

**Immune-Mediated Disorders**

34.   Immune-mediated disorders — those involving immune activation – have soared among American children in recent decades; allergies, asthma and autoimmune diseases are all inexplicably on a sharp upward trajectory.

35.   Asthma is the most common chronic disease of childhood and, in the latter part of the 20th century, has reached epidemic proportions and continues to increase. According to the CDC, asthma affects 25 million people, including six million children under 18 and is a "significant health and economic burden to patients, their families, and society."

36.   According to the Asthma and Allergy Foundation of America, more than 50 million Americans are affected by allergies.

37.   This includes millions of American children with reported allergic rhinitis (5.2 million), respiratory allergies (7.1 million), food allergies (4.8 million) and skin allergies (9.2 million), in 2018.

38.   A growing number of young Americans die from a life-threatening form of allergy called anaphylaxis, as its occurrence is increasing across all ages in the United States, with highest risk of mortality in teenagers and young adults.

39.   Autoimmune diseases, of which there are at least 80 distinct conditions, occur as a result of the immune system attacking the body's own tissues and organs. Some of the more common autoimmune conditions include type 1 diabetes, rheumatoid arthritis, systemic lupus erythematosus and inflammatory bowel disease. Taken together, these conditions, once so rare they were virtually

1   unheard of, have increased from year to year for mostly unknown reasons and are now, "as a group

2   afflict 5%–9% of the U.S. population," according to a report in International Journal of Molecular

3   Sciences.

4       40.   In their judicial notice requests, Petitioners have done a good job evidencing the immune

5   mediated nature of each condition. See also for example the citation in Joy Garner's declaration,

6   Amaya-Amaya J, Sarmiento-Monroy JC, Rojas-Villarraga A. Cardiovascular involvement in

7   autoimmune diseases. In: Anaya JM, Shoenfeld Y, Rojas-Villarraga A, et al., editors.

8   Autoimmunity: From Bench to Bedside [Internet]. Bogota (Colombia): El Rosario University Press;

9   2013 Jul 18. Chapter 38. Available from: https://www.ncbi.nlm.nih.gov/books/NBK459468/

10  ("Atherosclerosis (AT) was once considered to be a degenerative disease that was an inevitable

11  consequence of aging. However, researchers in the last three decades have shown that AT

12  is _not_ degenerative or inevitable. It is an _autoimmune_-inflammatory disease associated with

13  infectious and inflammatory factors, characterized by lipoproteins metabolism alteration that leads

14  to immune system activation with the consequent proliferation of smooth-muscle cells, narrowing

15  arteries and atheroma formation." (Emphasis added.)) See also, Kurup, R. (2017). *How the immune*

16  *system causes heart disease*. MedicalXpress. Available

17  from: https://medicalxpress.com/news/2017-07-immune-heart-disease.html.

18      41.   Another example I'll add for emphasis and clarity is that vaccines are known to alter the

19  metabolic system that regulates diet and therefore even common conditions like obesity are

20  immune-mediated. See e.g., Perez de Heredia, F (2012).  Obesity, inflammation and the immune

21  system. Proc Nutr Soc. 2012 May;71(2):332-8. https://pubmed.ncbi.nlm.nih.gov/22429824/.

22  **Pediatric Cancer**

23      42.   According to American Cancer Society, childhood cancer rates have been rising for the

24  past few decades.

25      43.   It has been reported in the Journal of the National Cancer Institute that children born in

26  the 1990s have double the risk of colon cancer and quadruple the risk of rectal cancer compared to

27  people born in the 1950s.

28

44.   According to public health authorities, the reasons for the increase in one of America's leading causes of childhood death, pediatric cancer, are unknown.

**National Crisis**

45.   The pandemic of childhood illness is straining the Nation, imposing an enormous and growing burden on individuals, families and society.  Healing is possible, but on the whole we're observing chronically ill children become chronically ill adults.

46.   According to the CDC, chronic disease and mental illness account for most American deaths, consume 90% of the Nation's $3.5 trillion in annual health care expenditures and are projected to account for more than $42 trillion in spending by 2030.

47.   The burden of illness is straining America's school system as well, which is struggling to accommodate the demands of the growing population of students with special needs.

48.   The health crisis of America's youth is a national security crisis as well; by conservative estimate nearly a third (32 percent) of all young people have health problems – other than their weight – that prevent them from military service.

49.   The underlying causes of the soaring pandemic of childhood and adult chronic illness in America must be identified, addressed and corrected in order to avert a national crisis.

**The Role of Vaccination**

50.   Numerous peer-reviewed studies in the medical literature about increasing chronic illnesses point to unidentified environmental agents as likely causes for the rise. Many toxins and environmental and sociological changes have been implicated in children's chronic diseases but one factor that is most likely to engage immune activation, and hence trigger immune-mediated conditions, has not been thoroughly assessed.  That factor is exposure to vaccination.

51.   Vaccination has been linked to a range of side effects, from febrile seizures to serious central nervous system autoimmune disorders, such acute disseminated encephalomyelitis and Guillaine-Barré syndrome. Numerous studies note a temporal association between vaccination and onset of a wide-range of chronic conditions and sudden infant death.  Petitioners included an several important observations on SIDs in their requests for judicial notice.

52.   Children in America receive more vaccines today than any previous generation in history. American children currently receive up to 79 vaccine doses against 16 diseases by age 18, compared to the 1983 schedule with just 22 recommended doses against eight diseases.

53.   The safety of the ever-expanding CDC-recommended vaccination schedule for children has never been assessed against a control group—that is, no large-scale study has compared the health outcomes of children who receive currently recommended childhood vaccinations to those who receive none. This research gap leaves important questions unanswered about the role the current vaccination schedule plays in the development of immune-mediated dysregulation that underlies much of chronic childhood illness today.

54.   Vaccine profit metrics have captured American pediatrician offices.  While they are harder to find, pediatricians who do not vaccinate according to the CDC schedule are known to lose in excess of $1,000,000 annually in "lost revenue" for their clinic.  This makes it difficult for holistic-minded pediatricians to operate large scale clinics, and indeed many gravitate toward specialty and small-scale practice. I am not aware of any holistic pediatrician in the United States who publishes genuinely independent critique with regard to the CDC schedule and is able to work seamlessly at a major hospital.  It is well known in my community of integrative physicians that we are ostracized (and penalized by the medical board) for independently examining and publishing information regarding vaccination risk.

**Trajectory Further Proves Emergency**

55.   To understand the truly dire scope of this national health crisis, it is essential to understand the increasing trajectory. See for example this article laying out the trajectory for the children: https://www.webmd.com/children/news/20100216/rise-in-childhood-health-problems# ("Chronic health conditions were found in 12.8% of children studied in 1994, compared with 26.6% of another group of same-aged children studied in 2006, the researchers found." This study included obesity as a chronic condition.  According to this study, chronic illness is more than doubling every 12 years, or increasing at an average of 8.98% per year. And this was last documented in 2006, (the trajectory actually began being documented as early as 1988) which is consistent with the numbers that turned up about a decade later (2012, and a few diseases measured beyond, to as late as 2017).

1   It appears that public health agencies are now *desperate* to cover up this trajectory, which is why

2   they stratify results to hide it, and continually attempt to blame race, poverty, etc. rather than the

3   actual cause: vaccines.

4       56.   In case I have not been clear enough already, I will be clearer now: this chronic illness

5   trajectory is horrifying. Do we really need to wait until we see chronic illness in 90% of our

6   children before we take action? At close to 54% chronic illness (including obesity, which does

7   lower survival rate, increase diabetes, heart disease, etc) in 2017, this means the true chronic illness

8   rate today is approximately 70% or more.  Vaccination is the largest piece of malpractice in the 20th

9   Century, and if we continue on the present trajectory it will be the largest in the 21st Century.

10      57.   It is imperative that I make this point clear, so I will state it again: the percentage of

11  American children with chronic illness more than doubles every 12 years. It more than doubles and

12  there is no evidence to suggest it won't continue to do so.  If the studies are correct that it was 54%

13  in 2017, how much time do we have remaining? It's already close to 4 years since the year 2017

14  when the 54% rate was established. If that number is rising at close to 9% per year, then we are

15  already in the 'irreversible' zone unless we locate and implement the <u>immediate</u> cure – the Court

16  must <u>immediately</u> issue an Order to prevent discrimination against unvaccinated Americans,

17  because the unvaccinated hold the cure as the healthiest group in America.

18  **Petitioners Are Likely To Suffer Irreparable Harm in the Absence of Preliminary Injunction**

19      58.   I have personally observed the predicament described in the Verified Petition, which

20  manifests in the conventional medical community as discrimination and vilification against the

21  unvaccinated.  I have seen it happen to my patients in many forms: unfair denial of education,

22  needless and harmful denial of medical care from other doctors, bogus complaints to child

23  protective services, and the like.  As their physician, I have had to help my patients navigate these

24  myriad issues relating to mandatory vaccination.  I have found this issue of mandatory vaccination

25  is indeed a national predicament that no one agency or local authority could possibly remedy, for

26  the issues are cross-jurisdictional and pervasive.

27      59.   A preliminary injunction is necessary to protect Americans from mandatory vaccination.

28  Every day that passes without a court order protecting unvaccinated Americans from discrimination

1   is another day where vital scientific evidence is lost regarding the above-referenced Working

2   Hypothesis.

3       60.   Petitioners' Requests for Judicial Notice also prove that without expedient scientific

4   confirmation of the primary cause of this catastrophe, immediately followed by a swift reversal of

5   our current trajectory, our National economy will ultimately collapse under the weight of

6   disabilities, loss of workforce, explosive healthcare costs, plummeting fertility, and a profound loss

7   of intellectual capacity within our remaining population.

8       61.   As the Predicament worsens day-by-day, Americans will suffer great and irreparable loss

9   if their personal health is compromised and the Nation is reduced to a vast majority of sick, interfile,

10  mentally-handicapped, and dying Citizens who cannot work or contribute. This is, in fact, the

11  trajectory the United States of America is on with immune-related diseases and disorders.

12      62.   Another factor for irreparable injury is that vaccines today are produced utilizing

13  genetically modified ingredients, and using methods that can manipulate the human genome.

14  Vaccine package inserts confirm that vaccines are untested in humans for carcinogenic and

15  mutagenic potential, or for impairment of fertility.

16      63.   Attached hereto as Exhibit B is a true and correct copy of an educational document

17  produced by Physicians for Informed Consent regarding the common vaccine excipient aluminum.

18  The exhibit illustrates the type of information necessary to a true informed consent / refusal process

19  in vaccination.  And yet, it is common practice in America for conventional physicians to fail to

20  give anything even remotely described as a thorough informed consent prior to vaccination.  In

21  short, the informed consent system is broken at the physician level, and a court order upholding

22  informed consent (at the parent level) is necessary to protect the unvaccinated from further

23  irreparable harm. In other words, Constitutional rights are not delegated from patients to physicians,

24  but rather are retained by individuals.

25  **The Balance of Equities Weigh In Petitioners' Favor**

26      64.   Public health authorities consistently admit they do not know the cause of the immune

27  system related disorders, diseases and illnesses constituting the National Health Pandemic. Instead,

28  they consistently and vaguely repeat that 'unidentified environmental factors' and 'genetic factors'

are the likely cause. Yet these authorities are engaged in a pattern and practice of omitting any reference to vaccination as the leading environmental factor altering the human immune system. Likewise, the same pattern and practice is championed by 'nonprofit' organizations who gain billions of dollars annually to perpetually study anything but vaccination.

65.    If Petitioners' request is granted at trial or otherwise, such that a further and comprehensive nationwide survey of unvaccinated Americans is commenced, I would actively contact all of my unvaccinated patients to advise them of the unprecedented and important scientific opportunity.  I would also gladly participate in the survey as a physician to the extent the health of my consenting patients would require any form of verification.  Indeed, I am a member of the nonprofit organization Physicians for Informed Consent, which has hundreds of doctors like myself who would also likely be happy to help facilitate such a nationwide verified survey of our unvaccinated patients.

66.    The Survey is necessary to tally up the "sacrifices" Americans have already made with this "unavoidably unsafe" product, to determine if this Nation can survive much more of this "therapy", or whether we are better off taking our chances with the likes of measles and chicken pox.

67.    The generally accepted standard of care throughout the Nation requires doctors to physically examine a patient and review a detailed personal and family medical history prior to informed consent in vaccination.  Together with acknowledgment of the common practice of including unvaccinated individuals in ethically designed surveys and studies, this provides direct evidence that it is ethical for researchers to survey unvaccinated individuals to obtain a detailed personal medical history.  The Survey and Study requested by Petitioners is consistent with the medical ethic of informed consent.

**The Requested Relief is Genuinely in the Public Interest**

68.    Institutions profiting from vaccinations argue for the elimination/destruction of the remaining vital evidence (controls). This evidence is imperative to determining whether vaccines threaten the very survival of our Nation, and if so, to what extent. This evidence is also imperative to determining whether vaccines can be exonerated. The TCG American Survey described in the

- 14 -

Verified Petition is one such example of a scientific pilot control directly and imminently harmed by the elimination/destruction of the remaining vital evidence (controls). Once unvaccinated controls have actually been studied, and only if vaccines are exonerated, can institutions profiting from vaccinations reasonably argue against the preservation of this evidence, *not before*. Institutions profiting from vaccinations are currently arguing against employing the scientific method to determine whether or not vaccines are now maiming and killing more children than they *might* (hypothetically) be "saving". Our nation must demand an actual/factual body-count.  It shocks the conscience that institutions profiting from vaccinations actively discourage surveying the health of the unvaccinated in order to avoid any comparison to the high number of vaccinated children who are injured or disabled in some form.

69.    Simply put, without a control group, the scientific method cannot be employed.  Our Nation will collapse without protections for the unvaccinated, whose very bodies hold the evidence to heal our Country.

I declare under threat of penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on the date set forth below in Monterey, California.

12/23/2020

Douglas Hulstedt, MD                          Date

# Exhibit A

**Douglas Hulstedt MD FAAP ABHM**

Date of Birth December 31, 1953

Place of Birth Belvidere Illinois

Home Address 498 Van Buren Street
                    Monterey CA 93940

Wife Gloria Chavez

Education:

Oral Roberts University BA Biology/Minor Chemistry; 1973-1977.
Graduated Cum Laude
University Autonoma Of Guadalajara MD; 1979-1983.

Internship Education

5th Pathway, University of Arizona 1983-1984.

Pediatric Residency

U.S.C. County Hospital, Los Angeles CA; 1984-1987.

CERTIFICATION:

American Board of Pediatrics certification 1988
American Board of Pediatrics, recertification 1997
Amercan Board of Pediatrics, recertification 2003
American Board of Holistic Medicine certification 2007
Defeat Autism Now clinicians Course #I 2008
Defeat Autism Now clinicians Course #2 2009

Licenses
Washington MD 00034416
California A42397

Employment

August 1987-January 1988 Maxicare, Los Angeles CA
January 1988-June 1988 Cigna, Los Angeles CA
June 1988-June 1989 Family Health Plan, Los Angeles CA
June 1989-June 1997 Kaiser, Los Angeles CA
July 1997-September 1999 Private Practice Aberdeen WA
September 1999-Present Private Practice Monterey CA

**1**                                    **Exhibit A**

<u>Interests</u>

Reading topics of origins, Mystery novels, Ancient History, Fishing, Nutritional adjuncts to health issues, Treasure hunting, bicycle collecting

<u>Languages:</u>
English and Spanish spoken fluently

References available on request

**2**                                                                                                **Exhibit A**

Exhibit B

# ALUMINUM IN VACCINES

## What Parents Need to Know



PHYSICIANS FOR INFORMED CONSENT
*Delivering Data on Infectious Diseases & Vaccines™*

Available in other languages at
physiciansforinformedconsent.org/aluminum



## 1. WHAT IS ALUMINUM?

Aluminum is a silvery-white, moldable, and durable light metal. These qualities make it useful in numerous industries and products, including machinery, construction, storage, cookware, eating utensils, textiles, dyes, and cosmetics. Aluminum is also the most abundant metal in the Earth's crust, and virtually all aluminum in the environment is in soil. However, aluminum is not naturally found in significant amounts in living organisms (such as plants and animals), and aluminum has no known biological function. During the past century, aluminum usage in certain products has led to higher human exposure. The greatest sources of such exposure are aluminum-containing foods (e.g., baking powder, processed foods, infant formulas, etc.), medical products (e.g., antiperspirants, antacids, etc.), allergy shots, and vaccines.[1-3]



## 2. WHY IS ALUMINUM IN VACCINES?

Certain vaccines use aluminum compounds (i.e., aluminum hydroxide and aluminum phosphate) as adjuvants, ingredients that enhance the immune response to an antigen (foreign substance).[4,5] The U.S. Food and Drug Administration (FDA) states that if some vaccines did not include aluminum, the immune response they trigger may be diminished.[6]



## 3. WHICH VACCINES CONTAIN ALUMINUM?

The following vaccines contain aluminum and are administered to infants, children and adolescents (Fig. 1):

- Hepatitis B (HepB)
- Diphtheria, tetanus, and pertussis (whooping cough) (DTaP and Tdap)
- *Haemophilus influenzae* type b (PedvaxHIB)
- Pneumococcal (PCV)
- Hepatitis A (HepA)
- Human papillomavirus (HPV)
- Meningococcal B (MenB)



Figure 1: Up to 22 Doses of Aluminum-Containing Vaccines Are Administered from Birth to 18 Years of Age[7,8]

Birth — 6 months

12 months — 6 years

11 — 12 years

16 — 18 years



## 4. IS EXPOSURE TO ALUMINUM SAFE?

The FDA has considered aluminum to be generally recognized as safe (GRAS) since 1975.[9] However, before 1990, the technology did not exist to accurately detect small quantities of aluminum administered to subjects in scientific studies.[10] Consequently, the amount of aluminum that could be absorbed before the onset of negative effects was not known.

Since 1990, due to advancements in technology, small amounts of aluminum that remain in the human body have been observed to interfere with a variety of cellular and metabolic processes in the nervous system and in tissues of other parts of the body.[1,10,11] The greatest negative effects of aluminum have been observed in the nervous system and range from motor skill impairment to encephalopathy (altered mental state, personality changes, difficulty thinking, loss of memory, seizures, coma, and more).[2,12]

The U.S. Department of Health and Human Services (HHS) recognizes aluminum as a known neurotoxin.[2] In addition, the FDA has warned about the risks of aluminum toxicity in infants and children.[13]



FEDERAL REGISTER
The Daily Journal of the United States Government

"Term infants with normal renal function may also be at risk because of their rapidly growing and immature brain and skeleton, and an immature blood-brain barrier. Until they are 1 to 2 years old, infants have lower glomerular filtration rates than adults, which affects their kidney function. The agency is concerned that young children and children with immature renal function are at a higher risk resulting from any exposure to aluminum."

— U.S. Food and Drug Administration (FDA), June 2003[13]



## 5. HOW MUCH ORAL ALUMINUM IS UNSAFE?

In 2008, the Agency for Toxic Substances and Disease Registry (ATSDR), a division of HHS, used studies of the neurotoxic effects of aluminum to determine that no more than 1 milligram (1,000 micrograms) of aluminum per kilogram of body weight should be taken orally per day to avoid aluminum's negative effects.[2]



The U.S. Department of Health and Human Services (HHS) states that aluminum is a neurotoxin and exposure can lead to significant "alterations in motor function, sensory function, and cognitive function."[2]

© 2020 Physicians for Informed Consent, an independent 501(c)(3) nonprofit educational organization.
All rights reserved. For more information visit physiciansforinformedconsent.org.

Exhibit B



## 6. HOW MUCH INJECTED ALUMINUM IS UNSAFE?

To determine the amount of aluminum that can be safely injected requires a conversion of the ATSDR oral aluminum limit. The ATSDR oral aluminum limit (1,000 micrograms of aluminum per kilogram of body weight per day) is based on 0.1% of oral aluminum being absorbed into the bloodstream, as the digestive tract blocks nearly all oral aluminum (Fig. 2a).[2] In contrast, aluminum injected intramuscularly bypasses the digestive tract, and 100% of aluminum may be absorbed into the bloodstream over time (i.e., the proportion of absorbed aluminum is 1,000 times greater). To account for these different absorption amounts, the ATSDR oral aluminum limit must be divided by 1,000. This conversion results in an ATSDR-derived bloodstream aluminum limit of 1 microgram of aluminum (0.1% of 1,000 micrograms) per kilogram of body weight per day (Fig. 2b). Consequently, to avoid the neurotoxic effects of aluminum, no more than 1 microgram of aluminum per kilogram of body weight should enter the bloodstream on a daily basis. Figure 3 shows the ATSDR-derived bloodstream aluminum limit for infants of various ages based on their weight.



**Figures 2a, 2b:** When taken orally, only about 0.1% of aluminum is able to enter the bloodstream through the digestive tract (2a). In contrast, when intramuscularly injected, the proportion of aluminum that enters the bloodstream over time is 1,000 times greater (100%) because the digestive tract is bypassed (2b).



## 7. HOW MUCH ALUMINUM IS IN VACCINES?

The amount of aluminum in vaccines varies.[16] In 1968, the federal government set the limit for the amount of aluminum in vaccines to 850 micrograms per dose based on the amount

### ATSDR-Derived Bloodstream Aluminum Limit[2,14,15]

| | | |
|---|---|---|
| | Newborn | 3.3 micrograms/day |
| | 2 months | 5.3 micrograms/day |
| | 4 months | 6.7 micrograms/day |
| | 6 months | 7.6 micrograms/day |
| | 12 months | 9.3 micrograms/day |

**Figure 3:** This chart shows the aluminum limit for infants of various ages, as derived from the Agency for Toxic Substances and Disease Registry, a division of the U.S. Department of Health and Human Services. The limit indicates that no more than 1 microgram of aluminum per kilogram of body weight should enter the bloodstream on a daily basis to avoid the neurotoxic effects of aluminum.

of aluminum needed to make certain vaccines effective.[6,17] Consequently, the amount of aluminum in aluminum-containing childhood vaccines ranges from 125 to 850 micrograms per dose. Figure 4 shows the aluminum content of one dose of various vaccines administered to children.



## 8. HAVE ANY STUDIES COMPARED THE AMOUNT OF ALUMINUM IN VACCINES TO THE ATSDR-DERIVED LIMIT?

A recent study that intended to compare the amount of aluminum in vaccines to the ATSDR-derived bloodstream limit was published in 2011.[18] However, this study incorrectly based its calculations on 0.78% of oral aluminum being absorbed into the bloodstream rather than the value of 0.1% used by the ATSDR in its computations.[19,20] As a result, the 2011 study assumed that nearly 8 (0.78%/0.1%) times more aluminum can safely enter the bloodstream, and this led to an incorrect conclusion.



## 9. IS EXPOSURE TO ALUMINUM FROM VACCINES SAFE?

Vaccines are injected intramuscularly, and the rate at which aluminum from vaccines migrates from human muscle to the bloodstream is not known. Studies in animals suggest that it can take from a couple of months to more than a year for aluminum from vaccines to enter into the bloodstream, due to multiple variables.[21-23] Because the cumulative aluminum exposure from vaccines in children less than 1 year old exceeds the ATSDR-derived daily limit by several hundreds (Figs. 3 and 4), the limit would still be exceeded if aluminum from vaccines entered the bloodstream over the course of about a year. Moreover, studies have shown that aluminum from vaccines is absorbed by immune cells that travel to distant parts of the body, including the brain.[24]

The extent of the negative effects of aluminum in vaccines is not known, as safety studies comparing a population vaccinated with aluminum-containing vaccines to a population not vaccinated with such vaccines have not been conducted.



**Figure 4:** This graph shows the aluminum content of one dose of various vaccines administered to children. The administration of one dose each of Prevnar 13, PedvaxHIB, Engerix-B, and Infanrix at one visit delivers 1,225 micrograms of aluminum. PCV, Hib, HepB, and DTaP vaccines are administered multiple times by 6 months of age. The rate at which aluminum from vaccines migrates from human muscle to the bloodstream is not known.

All references are available at physiciansforinformedconsent.org/aluminum.

These statements are intended for informational purposes only and should not be construed as personal medical advice.

© 2020 Physicians for Informed Consent, an independent 501 (c)(3) nonprofit educational organization.
All rights reserved. For more information visit physiciansforinformedconsent.org.

**2**

**Exhibit B**

## REFERENCES

1. American Academy of Pediatrics, Committee on Nutrition. Aluminum toxicity in infants and children. Pediatrics. 1996 Mar;97(3):413.

2. Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological profile for aluminum. Washington, D.C.: U.S. Department of Health and Human Services; 2008.3, 13-24, 145, 171-7, 208.

3. Yokel RA. Aluminum in food—the nature and contribution of food additives. In: El-Samragy Y, editor. Food additive. Rijeka (Croatia): InTech; 2012. 203-28.

4. Marrack P, McKee AS, Munks MW. Towards an understanding of the adjuvant action of aluminium. Nat Rev Immunol. 2009 Apr;9(4):287.

5. Volk VK, Bunney WE. Diphtheria immunization with fluid toxoid and alum-precipitated toxoid. Am J Public Health Nations Health. 1942 Jul;32(7):690-9.

6. Baylor NW, Egan W, Richman P. Aluminum salts in vaccines—U.S. perspective. Vaccine. 2002 May 31;20 Suppl 3:S18-22.

7. U.S. Food and Drug Administration. Silver Spring (MD): U.S. Food and Drug Administration. Vaccines licensed for use in the United States; [updated 2018 Feb 14; cited 2018 Feb 27]. https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/Ucm093833.htm.

8. Centers for Disease Control and Prevention. Washington, D.C.: U.S. Department of Health and Human Services. Recommended immunization schedule for children and adolescents aged 18 years or younger, United States, 2018. https://www.cdc.gov/vaccines/schedules/downloads/child/0-18yrs-child-combined-schedule.pdf.

9. U.S. Food and Drug Administration. Silver Spring (MD): U.S. Food and Drug Administration. SCOGS (Select Committee on GRAS Substances); [cited 2018 Aug 16]. https://www.accessdata.fda.gov/scripts/fdcc/?set=SCOGS.

10. Priest ND. The biological behaviour and bioavailability of aluminium in man, with special reference to studies employing aluminium-26 as a tracer: review and study update. J Environ Monit. 2004;6:376,392.

11. Poole RL, Pieroni KP, Gaskari S, Dixon TK, Park KT, Kerner JA. Aluminum in pediatric parenteral nutrition products: measured versus labeled content. J Pediatr Pharmacol Ther. 2011;16(2):92-7.

12. Sedman A. Aluminum toxicity in childhood. Pediatr Nephrol. 1992 Jul;6(4):383-93.

13. U.S. Food and Drug Administration, Department of Health and Human Services. Rules and regulations. Fed Regist. 2003 Jun;68(100):34286.

14. Centers for Disease Control and Prevention. Washington, D.C.: U.S. Department of Health and Human Services. National Center for Health Statistics: Data table for boys length-for-age and weight-for-age charts; [cited 2019 April 2]. https://www.cdc.gov/growthcharts/who/boys_length_weight.htm.

15. Centers for Disease Control and Prevention. Washington, D.C.: U.S. Department of Health and Human Services. National Center for Health Statistics: Data table for girls length-for-age and weight-for-age charts; [cited 2019 April 2]. https://www.cdc.gov/growthcharts/who/girls_length_weight.htm.

16. U.S Food and Drug Administration, Department of Health and Human Services. Revision of the requirements for constituent materials. Final rule. Fed Regist. 2011 Apr 13;76(71):20513-8.

17. Office of the Federal Register, National Archives and Records Service, General Services Administration. Rules and regulations. Fed Regist. 1968 Jan; 33(6):369.

18. Mitkus RJ, King DB, Hess MA, Forshee RA, Walderhaug MO. Updated aluminum pharmacokinetics following infant exposures through diet and vaccination. Vaccine. 2011 Nov 28;29(51):9538-43.

19. Miller S, Physicians for Informed Consent. Erratum in 'Updated aluminum pharmacokinetics following infant exposures through diet and vaccination.' In: ResearchGate. Berlin (Germany): ResearchGate GmbH; 2020 Mar 6 [cited 2020 Mar 6]. https://www.researchgate.net/publication/51718934_Updated_Aluminum_pharmacokinetics_following_infant_exposures_through_diet_and_vaccines/comments.

20. Physicians for Informed Consent. Newport Beach (CA): Physicians for Informed Consent. Erratum in 'Updated aluminum pharmacokinetics following infant exposures through diet and vaccination'; [cited 2020 Mar 6]. https://physiciansforinformedconsent.org/mitkus-2011-erratum/.

21. Flarend RE, Hem SL, White JL, Elmore D, Suckow MA, Rudy AC, Dandashli EA. In vivo absorption of aluminium-containing vaccine adjuvants using 26Al. Vaccine 1997 Aug-Sept;15(12-13):1314-8.

22. Verdier F, Burnett R, Michelet-Habchi C, Moretto P, Fievet-Groyne F, Sauzeat E. Aluminium assay and evaluation of the local reaction at several time points after intramuscular administration of aluminium containing vaccines in the Cynomolgus monkey. Vaccine. 2005 Feb 3;23(11):1359-67.

23. Weisser K, Göen T, Oduro JD, Wangorsch G, Hanschmann KO, Keller-Stanislawski B. Aluminium in plasma and tissues after intramuscular injection of adjuvanted human vaccines in rats. Arch Toxicol. 2019 Oct;93(10):2787-96.

24. Masson JD, Crépeaux G, Authier FJ, Exley C, Gherardi RK. Critical analysis of reference studies on the toxicokinetics of aluminum-based adjuvants. J Inorg Biochem. 2018 Apr;181:87-95.

© 2020 Physicians for Informed Consent, an independent 501(c)(3) nonprofit educational organization.
All rights reserved. For more information visit physiciansforinformedconsent.org.

Exhibit B