1  Gregory J. Glaser (SBN 226706)
2  4399 Buckboard Drive, Box 423
   Copperopolis, CA 95228
3  Ph. (925) 642-6651
   Fx. (209) 729-4557
4  greg@gregglaser.com

5  Ray L. Flores II (SBN 233643)
   11622 El Camino Real Suite 100
6  San Diego, CA 92130
7  Ph. (858) 367-0397
   Fx. (888) 336-4037
8  rayfloreslaw@gmail.com

9  Attorneys for Petitioners

10
11
12
13            **UNITED STATES DISTRICT COURT OF CALIFORNIA**
14                    **EASTERN DISTRICT - SACRAMENTO**

| | |
|---|---|
| 15  Joy Garner, individually and on behalf of The Control Group; Joy Elisse Garner, individually and as parent of J.S. and F.G.; Evan Glasco, individually and as parent of F.G.; Traci Music, individually and as parent of K.M. and J.S., Michael Harris, individually and as parent of S.H., Nicole Harris, individually and as parent of S.H., | Case No.: 2:20−CV−02470−WBS−JDP |
| | [proposed] ORDER NUMBER TWO GRANTING PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION |
| 20         Petitioners, | Date:       February 22, 2021 |
| 21   v. | Time:       1:30 PM |
| | Courtroom:  5 |
| 22  DONALD JOHN TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES OF AMERICA, | Judge:      William B. Shubb |
| 25         Respondent. | |

1  This matter is before the Court on Petitioners' Motion for a Preliminary Injunction, or in the
2  alternative Request for Order to Show Cause. Having considered the motion, including Petitioners'
3  Memorandum of Law, supporting evidence, matters subject to judicial notice, and Respondent's
4  opposition thereto, and having further considered: (1) the likelihood that Petitioners will succeed on
5  the merits of their claims; (2) the likelihood that Petitioners will suffer irreparable injury absent an
6  injunction; (3) whether injunctive relief would substantially harm Respondent; and (4) whether the
7  public interest would be furthered by an injunction, this Court concludes that Petitioners are entitled
8  to preliminary injunctive relief. The Court finds that Petitioners have satisfied all of the above
9  elements of proof.

10  THEREFORE pursuant to Federal Rule of Civil Procedure 65, Petitioners' Motion is
11  GRANTED.

12  The Court finds:

13  1. Because vaccinology is devoid of safety studies comparing the vaccinated to true
14  unvaccinated controls, all vaccination is experimental.  Covid-19 vaccination is openly
15  experimental.  Many Americans are unknowing participants of a mass medical experiment
16  being conducted without consent.

17  2. Vaccines are unavoidably unsafe as injury and death can result from side effects that are
18  unavoidable even though the vaccine may be properly prepared and accompanied by proper
19  directions and warnings. See e.g., 42 USCS § 300aa-22; Code of Federal Regulations,
20  Restatement of Torts, (Second) 402A (k) ("Unavoidably Unsafe"). The United States
21  Supreme Court has opined on this classification in *Bruesewitz v. Wyeth LLC*, 562 U.S. 223,
22  234, 251 (2011).

23  ***Preliminary Injunction***

24  Accordingly, Respondent is hereby enjoined, until such time as the Court enters judgment
25  on the Petitioners' claims for relief, as follows:

26  **A.** Within the United States of America and its territories, any laws, regulations, or
27  policies, which purport to place in any branch of government or any agency thereof,
28

whether federal, state, county, city, or otherwise the power to waive the people's right to informed consent/refusal with regard to human medical experimentation in the form of any vaccine in Stage 1-4 trial(s), or which otherwise purports to broadly authorize any form of such human medical experimentation without informed consent/refusal, is hereby declared unenforceable.

**B.** Any laws, regulations, or policies, purporting to authorize any form of discrimination against any Citizen, whether in the form of denial of educational opportunities, employment, travel, or any other common right, which is based solely upon their refusal to consent to experimental medical intervention in the form of vaccination, are repugnant to the U.S. Constitution and are therefore unenforceable.

**C.** The legal burden has shifted to Respondent to numerically prove that benefits of vaccine exposure, at any level of exposure, currently outweigh the short-term and long-term risks associated with vaccine exposure.

***Limitation***

This Order shall not apply to any of the following:

A. Lawfully incarcerated and institutionalized individuals lacking the right or ability to meaningfully provide informed consent/refusal; and

B. Courts of law issuing individualized court orders specific to one individual, provided the court order applies strict scrutiny following a hearing affording due process of law to the individual affected.

DONE AND ORDERED this ___ day of _____, 2021,

                                                                                         _____

                                                                                         Hon. _____
                                                                                         UNITED STATES DISTRICT JUDGE

[proposed] ORDER NUMBER TWO GRANTING PRELIMINARY INJUNCTION