1  Gregory J. Glaser (SBN 226706)
2  4399 Buckboard Drive, Box 423
   Copperopolis, CA 95228
3  Ph. (925) 642-6651
   Fx. (209) 729-4557
4  greg@gregglaser.com

5  Ray L. Flores II (SBN 233643)
   11622 El Camino Real Suite 100
6  San Diego, CA 92130
7  Ph. (858) 367-0397
   Fx. (888) 336-4037
8  rayfloreslaw@gmail.com

9  Attorneys for Petitioners

10
11
12

**UNITED STATES DISTRICT COURT OF CALIFORNIA**

**EASTERN DISTRICT - SACRAMENTO**

| | |
|---|---|
| Joy Garner, individually and on behalf of The Control Group; Joy Elisse Garner, individually and as parent of J.S. and F.G.; Evan Glasco, individually and as parent of F.G.; Traci Music, individually and as parent of K.M. and J.S., Michael Harris, individually and as parent of S.H., Nicole Harris, individually and as parent of S.H., <br><br> Petitioners, <br><br> v. <br><br> DONALD JOHN TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES OF AMERICA, <br><br> Respondent. | Case No.: 2:20−CV−02470−WBS−JDP <br><br> [proposed] ORDER NUMBER THREE GRANTING PETITIONERS' REQUEST FOR ORDER TO SHOW CAUSE <br><br><br> Date:       February 22, 2021 <br> Time:       1:30 PM <br> Courtroom:  5 <br> Judge:      William B. Shubb |

- 2 -

This matter is before the Court on Petitioners' Motion for a Preliminary Injunction, or in the alternative Request for Order to Show Cause. Having considered the motion, including Petitioners' Memorandum of Law, supporting evidence, matters subject to judicial notice, and Respondent's opposition thereto, and having further considered: (1) the likelihood that Petitioners will succeed on the merits of their claims; (2) the likelihood that Petitioners will suffer irreparable injury absent an injunction; (3) whether injunctive relief would substantially harm Respondent; and (4) whether the public interest would be furthered by an injunction, this Court concludes that Petitioners are entitled to preliminary injunctive relief. The Court finds that Petitioners have satisfied all of the above elements of proof.

THEREFORE, Petitioners' Request for Order to Show Cause is GRANTED.

The Court finds it is unconstitutional to discriminate against any American Citizen, by denial of educational opportunities, employment, travel, or any other common right, based solely upon their refusal to serve in medical experimentation, including but not limited to, the Citizen's refusal to submit to vaccines undergoing phase 1 through phase 4 trials.

The legal burden has shifted to Respondent to numerically prove that benefits of vaccine exposure, at any level of exposure, currently outweigh the short-term and long-term risks associated with vaccine exposure.

To shift the burdens above, Respondent must provide a large data set comparing vaccinated individuals to fully unvaccinated control group(s), so that this Court can numerically identify risk/benefit ratios confirming whether or not vaccination is, in the aggregate, helping or damaging public health. Respondent has the burden to calculate and provide this Court with expert-verified data on the long-term effects of vaccine-triggered human immune-system alterations that can prove to this Court numerically that vaccines are not a material cause of injured and dysfunctional immune systems in America.

DONE AND ORDERED this ___ day of _____, 2021,

_____

Hon. _____
UNITED STATES DISTRICT JUDGE