# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**JOY GARNER , ET AL. ,**

V.

**DONALD JOHN TRUMP ,**

## SUMMONS IN A CIVIL CASE

CASE NO: **2:20–CV–02470–WBS–JDP**

TO: **Donald John Trump**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Gregory James Glaser**
**Attorney at Law**
**P.O. Box 423, 4399 Buckboard Dr.**
**Copperopolis, CA 95228**

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

**/s/ A. Benson**

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT ★ Eastern District of California ★

**ISSUED ON 2020–12–14 14:55:45** , Clerk
USDC EDCA

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE December 15, 2020 |
|---|---|
| NAME OF SERVER *(PRINT)* Gregory J. Glaser, Esq. | TITLE Lawyer for Petitioners |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify) : Pursuant to FRCP 4, I sent a copy today of the summons and verified petition via Registered Mail from the USPS in Copperopolis, CA to: Mr. Donald John Trump, President of the United States of America, 1600 Pennsylvania Avenue NW, Washington, DC 20500.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL None |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 15, 2020
Date

Gregory J. Glaser
*Signature of Server*

4399 Buckboard Drive, Box 423, Copperopolis, CA 95228
*Address of Server*

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE December 15, 2020 |
|---|---|
| NAME OF SERVER *(PRINT)* Gregory J. Glaser, Esq. | TITLE Lawyer for Petitioners |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify) : Pursuant to FRCP 4, I sent a copy today of the summons and verified petition via Registered Mail from the USPS in Copperopolis, CA to: Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL None |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 15, 2020
Date

Gregory J. Glaser
*Signature of Server*

4399 Buckboard Drive, Box 423, Copperopolis, CA 95228
*Address of Server*

Case 2:20-cv-02470-WBS-JDP Document 1 Filed 12/14/20 Page 2 of 2

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE December 15, 2020 |
|---|---|
| NAME OF SERVER *(PRINT)* Gregory J. Glaser, Esq. | TITLE Lawyer for Petitioners |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify) : Pursuant to FRCP 4, I sent a copy today of the summons and verified petition via Registered Mail from the USPS in Copperopolis, CA to: United States Attorney's Office, Attn: Civil Process Clerk, 501 I Street, Suite 10-100, Sacramento, CA 95814.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL None |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 15, 2020
Date

Gregory J. Glaser
*Signature of Server*

4399 Buckboard Drive, Box 423, Copperopolis, CA 95228
*Address of Server*

RF 195 243 847 US

Postage $2.80
Extra Services & Fees
Registered Mail $13.20
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Restricted Delivery $0.00
Signature Confirmation $
Signature Confirmation Restricted Delivery $
Total Postage & Fees $16.00
Customer Must Declare Full Value $1.00
Received by 12/15/2020
Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Greg Glaser, Attorney at Law, PO Box 423, Copperopolis, CA 95228

TO: United States Attorney's Office, Attn: Civil Process Clerk, 501 I Street, Suite 10-100, Sacramento, CA 95814

PS Form **3806, Registered Mail Receipt**, April 2015, PSN 7530-02-000-9051 — *Copy 1 - Customer* *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com*®

RF 195 243 833 US

Postage $2.80
Extra Services & Fees
Registered Mail $13.20
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Restricted Delivery $0.00
Total Postage & Fees $16.00
Customer Must Declare Full Value $1.00
Received by 12/15/2020
Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Greg Glaser, Attorney At Law, PO Box 423, Copperopolis, CA 95228

TO: Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001

PS Form **3806, Registered Mail Receipt**, April 2015, PSN 7530-02-000-9051 — *Copy 1 - Customer* *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com*®

RF 195 243 864 US

Postage $2.60
Extra Services & Fees
Registered Mail $13.20
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Restricted Delivery $0.00
Total Postage & Fees $15.80
Customer Must Declare Full Value $1.00
Received by 12/15/2020
Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Greg Glaser, Attorney At Law, PO Box 423, Copperopolis, CA 95228

TO: Mr. Donald John Trump, President of the United States of America, 1600 Pennsylvania Avenue NW, Washington, DC 20500

PS Form **3806, Registered Mail Receipt**, April 2015, PSN 7530-02-000-9051 — *Copy 1 - Customer* *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com*®

**CERTIFICATE OF SERVICE**
**Case No.: 2:20–CV–02470–WBS–JDP**

I hereby certify that on December 15, 2020, I sent true and correct copies of the following:

- ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE (Case 2:20-cv-02470-WBS-JDP Document 3 Filed 12/14/20)
- Magistrate Judge Consent in Civil Cases: Know Your Rights! (Case 2:20-cv-02470-WBS-JDP Document 3-1 Filed 12/14/20 )
- NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION (Case 2:20-cv-02470-WBS-JDP Document 3-2 Filed 12/14/20)

via Registered Mail from the USPS in Copperopolis, CA to:

Mr. Donald John Trump, President of the United States of America
1600 Pennsylvania Avenue NW, Washington, DC 20500

Attorney General of the United States, U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

United States Attorney's Office, Attn: Civil Process Clerk
501 I Street, Suite 10-100, Sacramento, CA 95814

**ATTORNEY FOR PETITIONERS**

Gregory J. Glaser 12-15-20

Gregory J. Glaser (SBN 226706)
4399 Buckboard Drive, Box 423
Copperopolis, CA 95228
Ph. (925) 642-6651
Fx. (209) 729-4557
greg@gregglaser.com

**Confirmed Delivery via Registered Mail**
**Case No.: 2:20−CV−02470−WBS−JDP**

*Delivery confirmed with DOJ Office in Sacramento*

USPS Tracking®

Tracking / FAQs >

Track Another Package +

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

**Tracking Number:** RF195243847US

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:13 am on December 16, 2020 in SACRAMENTO, CA 95814.

**Status**

**Delivered**

December 16, 2020 at 9:13 am
Delivered, Front Desk/Reception/Mail Room
SACRAMENTO, CA 95814

**Get Updates**

**Delivered**

*Delivery confirmed with DOJ Office in Washington DC*

*Delivery confirmed to Respondent in Washington DC*

